UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-2286-GW(KSx) | | Date | July 10, 2020 |
|---|---|---|---|---|
| Title | *Strategic Partners, Inc. v. FIGS, Inc., et al.* | | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:    IN CHAMBERS - ORDER**

The Court orders Plaintiff to file a supplemental brief in response to Defendants' argument that Plaintiff did not adequately allege a property right in intangible property, raised on pages 6-7 of Defendants' reply brief. The supplemental brief should be no longer than five pages, and it should be filed by July 17, 2020.  Defendants' Motion to Strike, or in the Alternative, to Dismiss Portions of Plaintiff's Fourth Amended Complaint [115] is continued from July 13, 2020, to July 27, 2020 at 8:30 a.m.

The post mediation status conference set for July 13, 2020, is continued to July 27, 2020 at 8:30 a.m.

_____    :    _____

Initials of Preparer    JG