1  MONA Z. HANNA (SBN 131439)
    mhanna@mrllp.com
2  JEFFREY D. FARROW (SBN 180019)
    jfarrow@mrllp.com
3  KEVIN S. KIM (SBN 275200)
    kkim@mrllp.com
4  **MICHELMAN & ROBINSON, LLP**
   17901 Von Karman Avenue, Suite 1000
5  Irvine, CA 92614
   Telephone: (714) 557-7990
6  Facsimile: (714) 557-7991

7  MARC R. JACOBS (SBN 185924)
    mjacobs@mrllp.com
8  ROBERT D. ESTRIN (SBN 260402)
    restrin@mrllp.com
9  **MICHELMAN & ROBINSON, LLP**
   10880 Wilshire Boulevard, 19th Floor
10 Los Angeles, CA 90024
   Telephone: (310) 299-5500
11 Facsimile: (310) 299-5600

13 Attorneys for Plaintiff
   STRATEGIC PARTNERS, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STRATEGIC PARTNERS, INC., | Case No.: 2:19-cv-02286-GW-KSx |
| Plaintiff, | District Judge: Hon. George H. Wu<br>Magistrate Judge: Hon. Karen Stevenson |
| v. | **PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL EXHIBIT A TO PLAINTIFF'S FIFTH AMENDED COMPLAINT** |
| FIGS, INC., CATHERINE ("TRINA") SPEAR, HEATHER HASSON, | |
| Defendants. | |

-1-
**PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Local Rule 79-5.2.2 and the Stipulated Protective Order entered by the Court on August 2, 2019 (Dkt. No. 37), Plaintiff Strategic Partners, Inc. ("SPI" or "Plaintiff") hereby files this Application For Leave to File Under Seal Exhibit A to SPI's Fifth Amended Complaint ("Application"). Exhibit A to SPI's Fifth Amended Complaint is a Microsoft Excel spreadsheet containing customer information, including personally identifiable information, including email addresses, and includes information from a document produced by FIGS bates stamped FIGS0028535. FIGS has designated FIGS0028535 as "Highly Confidential – Attorneys' Eyes Only" under the Stipulated Protective Order.

As set forth in the sealed Declaration of Marc R. Jacobs, filed under separate cover concurrently herewith, FIGS contends this information is highly confidential and warrants an attorneys eyes only designation under the protective order, thus requiring sealing. While Plaintiff does not agree with FIGS's designation, out of an abundance of caution, Plaintiff submits this Application under Local Rule 79-5.2.2(b) seeking to file Exhibit A under seal. Plaintiff attaches the requested redacted Exhibit A to this Application.

**MICHELMAN & ROBINSON, LLP**

Dated: August 17, 2020

/s/ Marc R. Jacobs
Mona Z. Hanna
Jeff D. Farrow
Marc R. Jacobs
Robert D. Estrin
Kevin S. Kim
Attorneys for Plaintiff
STRATEGIC PARTNERS, INC.