**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STRATEGIC PARTNERS, INC.,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FIGS, INC., CATHERINE ("TRINA") SPEAR, HEATHER HASSON,<br><br>Defendants. | Case No.: 2:19-cv-02286-JWH-KSx<br><br>District Judge:  Hon. John W. Holcomb<br>Magistrate Judge:  Hon. Karen Stevenson<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL DOCUMENTS IN SUPPORT OF ITS MOTION FOR PRELIMINARY INJUNCTION**<br><br><br>Date:　　　February 19, 2021<br>Time:　　　9:00 a.m.<br>Crtrm.:　　2<br><br>Complaint Filed:  February 22, 2019<br>Trial Date:  September 20, 2021 |

# ORDER

The Court, having considered Plaintiff Strategic Partner Inc.'s ("SPI") Application for Leave to File Under Seal Documents in Support of Motion for Preliminary Injunction (the "Application"), and good cause shown, it is hereby ordered that:

The Application is **GRANTED**. Exhibits 1, 3, 5, 7, and 12 to the Declaration of Marc R. Jacobs in Support of Motion for Preliminary Injunction ("Jacobs Decl."), and SPI's Motion for Preliminary Injunction, shall not be filed under seal. Furthermore, Exhibits 11 and 59 to the Jacobs Decl. shall be filed under seal with the proposed redactions.

**IT IS SO ORDERED.**

Dated: December 10, 2020

_____
Hon. John W. Holcomb
United States District Judge