Terry W. Bird – State Bar No. 49038
  tbird@birdmarella.com
Ekwan E. Rhow - State Bar No. 174604
  erhow@birdmarella.com
Nicole R. Van Dyk - State Bar No. 261646
  nvandyk@birdmarella.com
Fanxi Wang - State Bar No. 287584
  fwang@birdmarella.com
Julia B. Cherlow – State Bar No. 290538
  jcherlow@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Stephen J. Erigero - State Bar No. 121616
  stephen.erigero@ropers.com
Pascale Gagnon - State Bar No, 207117
  pascale.gagnon@ropers.com
ROPERS MAJESKI PC
445 South Figueroa Street, Suite 3000
Los Angeles, CA  90071
Telephone: (213) 312-2000
Facsimile: (213) 312-2001

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| STRATEGIC PARTNERS, INC.,<br><br>   Plaintiff,<br><br>vs.<br><br>FIGS, INC., CATHERINE ("TRINA") SPEAR, HEATHER HASSON,<br><br>   Defendants. | CASE NO. 2:19-cv-02286-JWH-KS<br><br>**JOINT STIPULATION RE SEALING APPLICATION**<br><br>Filed Concurrently with [PROPOSED] ORDER<br><br>Assigned to Hon. John W. Holcomb<br><br>Ctrm: 2 |

3688782.1

JOINT STIPULATION RE SEALING APPLICATION

1  Plaintiff Strategic Partners, Inc. ("SPI") and Defendants FIGS, Inc. ("FIGS"),
2  Catherine Spear ("Spear") and Heather Hasson ("Hasson") ("FIGS") (collectively
3  the "Parties"), by and through their undersigned counsel of record, hereby agree and
4  stipulate as follows:
5  WHEREAS, on December 10, 2020, SPI filed application to seal (the
6  "Sealing Application") with respect to certain documents produced by FIGS in this
7  litigation that FIGS had previously designated "Confidential" or "Highly
8  Confidential – Attorneys' Eyes Only" pursuant to the Parties' Stipulated Protective
9  Order (*see* Dkt. No. 177);
10  WHEREAS, on December 10, 2020, SPI lodged with the Court unredacted
11  copies of the documents that were the subject of its Sealing Application;
12  WHEREAS, the Court issued an order on SPI's Sealing Application on
13  December 11, 2020 (Dkt. No. 182);
14  WHEREAS, the Parties are continuing to meet and confer with respect to
15  certain documents that were the subject of SPI's Sealing Application;
16  WHEREAS, the Parties have agreed to refrain from filing publicly the
17  documents that are the subject of the Parties' ongoing meet and confer efforts, until
18  such meeting and conferring efforts are exhausted, or the Parties obtain further
19  guidance from the Court.
20  Out of an abundance of caution, the Parties hereby stipulate and respectfully
21  request that the Court take no steps on its own to unseal the document entitled,
22  "Exhibit 1 to Marc Jacobs' Declaration In Support of Motion for Preliminary
23  Injunction," that was lodged with the Court on December 10, 2020, until the Parties
24  complete their meeting and conferring or otherwise seek relief from the Court. A
25  proposed order is filed concurrently herewith.

| | | |
|---|---|---|
| 1 | DATED: December 14, 2020 | Ekwan E. Rhow |
| 2 | | Terry W. Bird |
| 3 | | Nicole R. Van Dyk |
| | | Fanxi Wang |
| 4 | | Bird, Marella, Boxer, Wolpert, Nessim, |
| 5 | | Drooks, Lincenberg & Rhow, P.C. |

By: _____*/s/ Fanxi Wang*_____
Fanxi Wang
Attorneys for Defendant FIGS, Inc.

DATED: December 14, 2020    Stephen J. Erigero
Pascale Gagnon
ROPERS MAJESKI PC

By: _____*/s/ Pascale Gagnon*_____
Pascale Gagnon
Attorneys for Defendants

DATED:  December 14, 2020    Mona Z. Hanna
Marc R. Jacobs
Kevin S. Kim
Michelman & Robinson, LLP

By: _____*/s/ Kevin S. Kim*_____
Kevin S. Kim
Attorneys for Plaintiff Strategic Partners, Inc.

3688782.1

3

JOINT STIPULATION RE SEALING APPLICATION

## ATTESTATION

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Fanxi Wang, attest that the signatories listed above, on whose behalf this filing is submitted, concur in the filing's content and have authorized the filing.

By: */s/ Fanxi Wang*