| | |
|---|---|
| MONA Z. HANNA (SBN 131439)<br>  mhanna@mrllp.com<br>JEFFREY D. FARROW (SBN 180019)<br>  jfarrow@mrllp.com<br>KEVIN S. KIM (SBN 275200)<br>  kkim@mrllp.com<br>ALLISON C. AGUIRRE (SBN 312544)<br>  aaguirre@mrllp.com<br>**MICHELMAN & ROBINSON, LLP**<br>17901 Von Karman Avenue, Suite 1000<br>Irvine, CA 92614<br>Telephone:   (714) 557-7990<br>Facsimile:    (714) 557-7991 | SANFORD L. MICHELMAN (SBN 179702)<br>  smichelman@mrllp.com<br>MARC R. JACOBS (SBN 185924)<br>  mjacobs@mrllp.com<br>JESSE J. CONTRERAS (SBN 190538)<br>  jcontreras@mrllp.com<br>JENNIFER S. GOLDSTEIN (SBN 310335)<br>  jgoldstein@mrllp.com<br>ADAM M. KORN (SBN 333270)<br>  akorn@mrllp.com<br>**MICHELMAN & ROBINSON, LLP**<br>10880 Wilshire Boulevard, 19th Floor<br>Los Angeles, CA  90024<br>Telephone: (310) 299-5500<br>Facsimile:  (310) 201-2110 |

*Attorneys for Plaintiff*
*STRATEGIC PARTNERS, INC.*

*Additional Counsel on Next Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC PARTNERS, INC.,<br><br>            Plaintiff,<br><br>      v.<br><br>FIGS, INC., CATHERINE ("TRINA") SPEAR, HEATHER HASSON,<br><br>            Defendants. | Case No.: 2:19-cv-02286-JWH-KSx<br><br>District Judge:  Hon. John W. Holcomb<br>Magistrate Judge:  Hon. Karen Stevenson<br><br>**STRATEGIC PARTNERS, INC.'S THIRD AMENDED WITNESS ORDER FOR TRIAL**<br><br>Date: October 17, 2022<br>Time: 9:00 a.m.<br>Crtrm: 9D<br><br>Complaint Filed:  February 22, 2019<br>Trial Date:  October 17, 2022 |

**STRATEGIC PARTNERS, INC.'s THIRD AMENDED WITNESS ORDER FOR TRIAL**

*Additional Counsel:*

KRISTIN J. ACHTERHOF
(*Admitted Pro Hac Vice*)
  kristin.achterhof@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, IL 60661-3693
T: (312) 902-5296
F: (312) 902-1061

RICHARD H. ZELICHOV (SBN 193858)
  richard.zelichov@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
T: (310) 788-4680
F: (310) 788-4471

TIMOTHY H. GRAY
(*Admitted Pro Hac Vice*)
  timothy.gray@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2900 K Street NW, North Tower, Suite 200
Washington, DC 20007-5118
T: (202) 625-3608
F: (202) 298-7570

*Attorneys for Plaintiff, STRATEGIC PARTNERS, INC.*

---

**STRATEGIC PARTNERS, INC.'s THIRD AMENDED WITNESS ORDER FOR TRIAL**

Plaintiff STRATEGIC PARTNERS, INC. ("Plaintiff") submit the below Third Amended Witness Order Filed Pursuant to Court Order. (Dkt No. 830).

Dated: October 19, 2022         **MICHELMAN & ROBINSON, LLP**

                               By:   /s/ Allison C. Aguirre
                                     Sanford L. Michelman, Esq.
                                     Mona Z. Hanna, Esq.
                                     Jeff D. Farrow, Esq.
                                     Marc R. Jacobs, Esq.
                                     Kevin S. Kim, Esq.

                                     Attorneys for Plaintiff

                               **KATTEN MUCHIN ROSENMAN LLP**

Dated: October 19, 2022

                               By:   /s/ Kristin J. Achterhof
                                     Richard H. Zelichov, Esq.
                                     Kristin J. Achterhof, Esq.
                                     Timothy H. Gray, Esq.

                                     Attorneys for Plaintiff

**HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Strategic Partners, Inc. ("Plaintiff") provides to the Court Plaintiff's Third Amended Witness Order for Trial. Plaintiff takes this opportunity to alert the Court that this order may change to accommodate judicial efficiency.

Plaintiff takes this opportunity to alert the Court that this order may change to accommodate judicial efficiency.

| **Case No.** 2:19-cv-02286-JWH-KSx | **Case Name:** *Strategic Partners, Inc. v. FIGS, Inc. et al.* |
|---|---|
| **NO.    Witness Name** | **Date Called to Testify** |
| 1.      Benjamin Chase | October 18, 2022 |
| 2.      Devon Duff Gago | October 19, 2022 |
| 3.      Hyosung Corp. | October 19, 2022 |
| 4.      Heather Hasson | October 19-20, 2022 |
| 5.      Catherine "Trina" Spear | October 20, 2022 |
| 6.      Dr. Itamar Simonson | October 20, 2022 |
| 7.      Elaine Chang | October 24, 2022 |
| 8.      Jenny Seyfried | October 24, 2022 |
| 9.      Renata Ritcheson | October 24, 2022 |
| 10.    Dr. Peter Hauser | October 25, 2022 |
| 11.    Dr. Deverick Anderson | October 25, 2022 |
| 12.    Timothy Byers | October 25, 2022 |
| 13.    Michael Singer | October 26, 2022 |
| 14.    Dr. Greg Bell | October 26, 2022 |