# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV19-02286-JWH(KSx) |
| Title: | Strategic Partners, Inc. v. FIGS, Inc., et al |
| Date | October 17, 2022 |

**Present: The Honorable** JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Deborah Lewman | Sheri Kleeger |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Mona Z. Hanna; Jesse J. Contreras; Jennifer S. Goldstein; Kristin J. Achterhof; Timothy Gray; Sanford Michelman | Ekwan E. Rhow; James R. Salzmann; Adam Weiss; Jacob S. Kreilkamp; Sara A. McDermott; Fanxi Wang; Julia Cherlow; Sara Worth |

\_\_\_\_ Day Court Trial    1st Day Jury Trial

\_\_\_\_ One day trial:   X Begun (1st day);   X Held & Continued;   \_\_\_\_ Completed by jury verdict/submitted to court.

\_\_\_\_ The Jury is impaneled and sworn.
\_\_\_\_ Opening statements made by _____
\_\_\_\_ Witnesses called, sworn and testified.   \_\_\_\_ Exhibits Identified   \_\_\_\_ Exhibits admitted.
\_\_\_\_ Plaintiff(s) rest.   \_\_\_\_ Defendant(s) rest.
\_\_\_\_ Closing arguments made by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).   \_\_\_\_ Court pre-instructs jury.
\_\_\_\_ Bailiff(s) sworn.   \_\_\_\_ Jury retires to deliberate.   \_\_\_\_ Jury resumes deliberations.
\_\_\_\_ Jury Verdict in favor of   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s) is read and filed.
\_\_\_\_ Jury polled.   \_\_\_\_ Polling waived.
\_\_\_\_ Filed Witness & Exhibit Lists   \_\_\_\_ Filed jury notes.   \_\_\_\_ Filed jury instructions.
\_\_\_\_ Judgment by Court for _____   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by   \_\_\_\_ plaintiff(s)   \_\_\_\_ defendant(s).
\_\_\_\_ Case submitted.   \_\_\_\_ Briefs to be filed by _____
\_\_\_\_ Motion to dismiss by _____ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.
\_\_\_\_ Motion for mistrial by _____ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.
\_\_\_\_ Motion for Judgment/Directed Verdict by _____ is   \_\_\_\_ granted.   \_\_\_\_ denied.   \_\_\_\_ submitted.
\_\_\_\_ Settlement reached and placed on the record.
\_\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to October 18, 2022, at 8:30 a.m. for completion of jury empanelment and further trial.
\_\_\_\_ Other:

6 : 04
Initials of Deputy Clerk   djl

cc: