# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV19-02286-JWH(KSx) |
| Title: | Strategic Partners, Inc. v. FIGS, Inc., et al |
| Date | October 18, 2022 |

Present: The Honorable **JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE**

| Deborah Lewman | Sheri Kleeger |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Mona Z. Hanna; Jesse J. Contreras; Jennifer S. Goldstein; Kristin J. Achterhof; Timothy Gray; Sanford Michelman | Ekwan E. Rhow; James R. Salzmann; Adam Weiss; Jacob S. Kreilkamp; Sara A. McDermott; Fanxi Wang; Julia Cherlow; Sara Worth |

___ Day Court Trial    2nd Day Jury Trial

___ One day trial:    ___ Begun (1st day);    X Held & Continued;    ___ Completed by jury verdict/submitted to court.

X The Jury is impaneled and sworn.
X Opening statements made by    Plaintiff and Defendant
X Witnesses called, sworn, and testified.    X Exhibits Identified    X Exhibits admitted.
___ Plaintiff(s) rest.    ___ Defendant(s) rest.
___ Closing arguments made by    ___ plaintiff(s)    ___ defendant(s).    ___ Court pre-instructs jury.
___ Bailiff(s) sworn.    ___ Jury retires to deliberate.    ___ Jury resumes deliberations.
___ Jury Verdict in favor of    ___ plaintiff(s)    ___ defendant(s) is read and filed.
___ Jury polled.    ___ Polling waived.
___ Filed Witness & Exhibit Lists    ___ Filed jury notes.    ___ Filed jury instructions.
___ Judgment by Court for    ___    ___ plaintiff(s)    ___ defendant(s).
___ Findings, Conclusions of Law & Judgment to be prepared by    ___ plaintiff(s)    ___ defendant(s).
___ Case submitted.    ___ Briefs to be filed by ___
X Motion to excuse Juror #6    Plaintiff    is    X granted.    ___ denied.    ___ submitted.
X Motion for mistrial by    Plaintiff    is    ___ granted.    X denied.    ___ submitted.
___ Motion for Judgment/Directed Verdict by ___    is    ___ granted.    ___ denied.    ___ submitted.
___ Settlement reached and placed on the record.
___ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
___ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
___ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to    October 19, 2022, at 8:30 a.m.    for further trial.
X Other:    Juror #6, Alex Huynh, sworn and testified. The Court EXCUSES Juror #6, Alex Huynh for cause.

6 : 42

Initials of Deputy Clerk    djl

cc: