# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV19-02286-JWH(KSx) |
| Title: | Strategic Partners, Inc. v. FIGS, Inc., et al |

Date: October 19, 2022

Present: The Honorable **JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE**

| Deborah Lewman | Sheri Kleeger |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Mona Z. Hanna; Jesse J. Contreras; Jennifer S. Goldstein; Kristin J. Achterhof; Timothy Gray; Sanford Michelman | Ekwan E. Rhow; James R. Salzmann; Adam Weiss; Jacob S. Kreilkamp; Sara A. McDermott; Fanxi Wang; Julia Cherlow; Sara Worth |

_____ Day Court Trial   __3rd__   Day Jury Trial

_____ One day trial:   Begun (1st day);   **X** Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by

**X** Witnesses called, sworn, and testified.   **X** Exhibits Identified   **X** Exhibits admitted.

_____ Plaintiff(s) rest.   _____ Defendant(s) rest.

_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court pre-instructs jury.

_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.

_____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.

_____ Jury polled.   _____ Polling waived.

_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.

_____ Judgment by Court for   _____ plaintiff(s)   _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).

_____ Case submitted.   _____ Briefs to be filed by

_____ Motion to Dismiss by   _____ is   _____ granted.   _____ denied.   _____ submitted.

_____ Motion for mistrial by   _____ is   _____ granted.   _____ denied.   _____ submitted.

_____ Motion for Judgment/Directed Verdict by   _____ is   _____ granted.   _____ denied.   _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

**X** Case continued to   October 20, 2022, at 8:00 a.m.   for further trial.

_____ Other:

| | 7 | : | 15 |
|---|---|---|---|
| Initials of Deputy Clerk | | | djl |

cc: