1 | MONA Z. HANNA (SBN 131439)  SANFORD L. MICHELMAN (SBN 179702)
   mhanna@mrllp.com                smichelman@mrllp.com
2 | JEFFREY D. FARROW (SBN 180019)  MARC R. JACOBS (SBN 185924)
   jfarrow@mrllp.com               mjacobs@mrllp.com
3 | KEVIN S. KIM (SBN 275200)      JESSE J. CONTRERAS (SBN 190538)
   kkim@mrllp.com                  jcontreras@mrllp.com
4 | ALLISON C. AGUIRRE (SBN 312544)  JENNIFER S. GOLDSTEIN (SBN 310335)
   aaguirre@mrllp.com              jgoldstein@mrllp.com
5 | AMANDA V. ANDERSON (SBN 306903)  ADAM M. KORN (SBN 333270)
   aanderson@mrllp.com             akorn@mrllp.com
6 | **MICHELMAN & ROBINSON, LLP**   **MICHELMAN & ROBINSON, LLP**
7 | 17901 Von Karman Avenue, Suite 1000  10880 Wilshire Boulevard, 19th Floor
   Irvine, CA 92614                Los Angeles, CA  90024
8 | Telephone:   (714) 557-7990    Telephone: (310) 299-5500
   Facsimile:   (714) 557-7991    Facsimile:  (310) 201-2110
9 |

10 | *Additional Counsel on Next Page*

11 |                    **UNITED STATES DISTRICT COURT**

12 |               **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

13 |

14 | STRATEGIC PARTNERS, INC.,          Case No.: 2:19-cv-02286-JWH-KSx

15 |            Plaintiff,             District Judge:  Hon. John W. Holcomb
                                        Magistrate Judge:  Hon. Karen Stevenson
16 |       v.
                                        **REDACTED VERSION SUBMITTED**
17 | FIGS, INC., CATHERINE ("TRINA")    **PURSUANT TO APPLICATION TO FILE**
   SPEAR, HEATHER HASSON,             **UNDER SEAL**
18 |
            Defendants.               **STRATEGIC PARTNERS, INC.'S NOTICE**
19 |                                   **OF MOTION AND MOTION TO QUASH**
                                        **DEFENDANTS' TRIAL SUBPOENA TO**
20 |                                   **RENATA RITCHESON; DECLARATION**
                                        **OF RENATA RITCHESON IN SUPPORT**
21 |                                   **THEREOF**

22 |                                   **Trial Date:  October 17, 2022**
                                        **Time:        9:00 a.m.**
23 |                                   **Crtrm.:       9D**

24 |                                   Complaint Filed:  February 22, 2019
                                        Trial Date:  October 17, 2022
25 |

26 |

27 |

28 |

---

*Additional Counsel:*

KRISTIN J. ACHTERHOF
(*Admitted Pro Hac Vice*)
  kristin.achterhof@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, IL 60661-3693
T: (312) 902-5296
F: (312) 902-1061

RICHARD H. ZELICHOV (SBN 193858)
  richard.zelichov@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
T: (310) 788-4680
F: (310) 788-4471

TIMOTHY H. GRAY
(*Admitted Pro Hac Vice*)
  timothy.gray@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2900 K Street NW, North Tower, Suite 200
Washington, DC 20007-5118
T: (202) 625-3608
F: (202) 298-7570

*Attorneys for Plaintiff, STRATEGIC PARTNERS, INC.*

**NOTICE OF MOTION**

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that as soon as this matter may be heard before the Hon. John W. Holcomb in Courtroom 9D of the above-entitled Court, located at 411 W. 4th Street, Santa Ana, CA 92701, Plaintiff Strategic Partners, Inc. ("SPI") will and hereby does move the Court (the "Motion") for an order quashing Defendants FIGS, Inc., Trina Spear and Heather Hasson's (collectively, the "Defendants") Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (the "Trial Subpoena") served upon SPI's employee Renata Ritcheson ("Ms. Ritcheson").

This Motion is brought pursuant to Federal Rules of Civil Procedure ("Rule(s)") 45(d)(3)(A)(iv), on the grounds that the Trial Subpoena imposes an undue burden upon Ms. Ritcheson because ███████████████████████████████████████████
████████████

This Motion is based on this Notice, the attached Memorandum of Points and Authorities, the Declaration of Renata Ritcheson, the papers and files of record in this action, and on such other oral argument as may be heard at the hearing of this Motion.

Dated: October 27, 2022

**MICHELMAN & ROBINSON, LLP**

By:   *Marc R. Jacobs*
      Sanford L. Michelman, Esq.
      Mona Z. Hanna, Esq.
      Jeff D. Farrow, Esq.
      Marc R. Jacobs, Esq.
      Jesse J. Contreras, Esq.
      Kevin S, Kim, Esq.
      Allison C. Aguirre, Esq.
      Jennifer S. Goldstein, Esq.
      Adam M. Korn, Esq.

      Attorneys for Plaintiff
      STRATEGIC PARTNERS, INC.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Dated: October 27, 2022

**KATTEN MUCHIN ROSENMAN LLP**

By:     *Kristin J. Achterhof*
Richard H. Zelichov, Esq.
Kristin J. Achterhof, Esq.
Timothy H. Gray, Esq.

Attorneys for Plaintiff
STRATEGIC PARTNERS, INC.

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.   INTRODUCTION

This Motion respectfully requests that the Court quash Defendants FIGS, Inc., Trina Spear and Heather Hasson's (collectively, the "Defendants") Subpoena to Appear and Testify at a Hearing or Trial in a Civil Action (the "Trial Subpoena") served upon SPI's employee Renata Ritcheson ("Ms. Ritcheson"). *See* **Exhibit A** to the Declaration of Renata Ritcheson (the "Ritcheson Decl."). Defendants intend to call Ms. Ritcheson to testify in person on Monday, October 31, 2022.



The Trial Subpoena at issue served upon Ms. Ritcheson imposes an undue burden

Accordingly, SPI respectfully requests that the Court quash the Trial Subpoena and not require her to appear for in-person testimony.

**II.**

**STRATEGIC PARTNERS, INC.'S MOTION TO QUASH DEFENDANTS'
SUBPOENA TO RENATA RITCHESON**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STRATEGIC PARTNERS, INC.'S MOTION TO QUASH DEFENDANTS'
SUBPOENA TO RENATA RITCHESON

## III.   **ARGUMENT**

Rule 45 provides that, on a timely motion, the Court <u>must</u> quash or modify a subpoena that "subjects a person to undue burden." Fed. R. Civ. P. 45(d)(3)(A)(iv) (emphasis added); *S.E.C. v. CMKM Diamonds, Inc.*, 656 F.3d 829, 832 (9th Cir. 2011).  Courts have broad discretion to determine whether a subpoena is unduly burdensome. *See Exxon Shipping Co. v. U.S. Dep't of Interior*, 34 F.3d 774, 779 (9th Cir. 1994).

Here, Defendants' Trial Subpoena imposes an undue burden upon Ms. Ritcheson for the following reasons:





**STRATEGIC PARTNERS, INC.'S MOTION TO QUASH DEFENDANTS'
SUBPOENA TO RENATA RITCHESON**



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24  ///
25  ///
26  ///
27  ///
28  ///

STRATEGIC PARTNERS, INC.'S MOTION TO QUASH DEFENDANTS'
SUBPOENA TO RENATA RITCHESON

IV.   **CONCLUSION**

WHEREFORE, for all of the foregoing reasons, SPI asserts that good cause exists to find that the Trial Subpoena imposes an undue burden on Ms. Ritcheson ███████████ ████████████   Accordingly, SPI respectfully urges the Court to quash the Trial Subpoena served upon Ms. Ritcheson and not require her to appear for in-person testimony.

Dated: October 27, 2022                    **MICHELMAN & ROBINSON, LLP**

                                   By:    *Marc R. Jacobs*
                                          Sanford L. Michelman, Esq.
                                          Mona Z. Hanna, Esq.
                                          Jeff D. Farrow, Esq.
                                          Marc R. Jacobs, Esq.
                                          Jesse J. Contreras, Esq.
                                          Kevin S, Kim, Esq.
                                          Allison C. Aguirre, Esq.
                                          Jennifer S. Goldstein, Esq.
                                          Adam M. Korn, Esq.

                                          Attorneys for Plaintiff
                                          STRATEGIC PARTNERS, INC.

                                   **KATTEN MUCHIN ROSENMAN LLP**

Dated: October 27, 2022

                                   By:    *Kristin J. Achterhof*
                                          Richard H. Zelichov, Esq.
                                          Kristin J. Achterhof, Esq.
                                          Timothy H. Gray, Esq.

                                          Attorneys for Plaintiff
                                          STRATEGIC PARTNERS, INC.