| | |
|---|---|
| MONA Z. HANNA (SBN 131439) | SANFORD L. MICHELMAN (SBN 179702) |
| mhanna@mrllp.com | smichelman@mrllp.com |
| JEFFREY D. FARROW (SBN 180019) | MARC R. JACOBS (SBN 185924) |
| jfarrow@mrllp.com | mjacobs@mrllp.com |
| KEVIN S. KIM (SBN 275200) | JESSE J. CONTRERAS (SBN 190538) |
| kkim@mrllp.com | jcontreras@mrllp.com |
| ALLISON C. AGUIRRE (SBN 312544) | JENNIFER S. GOLDSTEIN (SBN 310335) |
| aaguirre@mrllp.com | jgoldstein@mrllp.com |
| AMANDA V. ANDERSON (SBN 306903) | ADAM M. KORN (SBN 333270) |
| aanderson@mrllp.com | akorn@mrllp.com |
| **MICHELMAN & ROBINSON, LLP** | **MICHELMAN & ROBINSON, LLP** |
| 17901 Von Karman Avenue, Suite 1000 | 10880 Wilshire Boulevard, 19th Floor |
| Irvine, CA 92614 | Los Angeles, CA 90024 |
| Telephone: (714) 557-7990 | Telephone: (310) 299-5500 |
| Facsimile: (714) 557-7991 | Facsimile: (310) 201-2110 |

*Additional Counsel on Next Page*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC PARTNERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIGS, INC., CATHERINE ("TRINA") SPEAR, HEATHER HASSON, <br><br> Defendants. | Case No.: 2:19-cv-02286-JWH-KSx <br><br> District Judge: Hon. John W. Holcomb <br> Magistrate Judge: Hon. Karen Stevenson <br><br> **REDACTED VERSION SUBMITTED PURSUANT TO APPLICATION TO FILE UNDER SEAL** <br><br> **DECLARATION OF RENATA G. RITCHESON IN SUPPORT OF STRATEGIC PARTNERS, INC.'S MOTION TO QUASH DEFENDANTS' TRIAL SUBPOENA TO RENATA RITCHESON** <br><br> Complaint Filed: February 22, 2019 |

**DECLARATION OF RENATA G. RITCHESON**

*Additional Counsel:*

KRISTIN J. ACHTERHOF
(*Admitted Pro Hac Vice*)
  kristin.achterhof@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, IL 60661-3693
T: (312) 902-5296
F: (312) 902-1061

RICHARD H. ZELICHOV (SBN 193858)
  richard.zelichov@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
T: (310) 788-4680
F: (310) 788-4471

TIMOTHY H. GRAY
(*Admitted Pro Hac Vice*)
  timothy.gray@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2900 K Street NW, North Tower, Suite 200
Washington, DC 20007-5118
T: (202) 625-3608
F: (202) 298-7570

*Attorneys for Plaintiff, STRATEGIC PARTNERS, INC.*

**DECLARATION OF RENATA G. RITCHESON**

# DECLARATION OF RENATA G. RITCHESON

I, Renata G. Ritcheson, declare as follows:

1. I am over the age of 18, reside in the United States, and have knowledge of the matters herein. I make this declaration in support of my motion to quash the trial subpoena served by Defendants FIGS, Inc., Heather Hasson, and Catherine ("Trina") Spear to compel me to testify as a witness in this case. I have personal knowledge of the facts set forth below and if called as a witness, I could and would competently testify thereto under oath.

2. I am currently an employee of the Plaintiff Strategic Partners, Inc. ("SPI"), now doing business as Careismatic Brands, Inc.

3. On September 14, 2022, I was served with a trial subpoena by the defendants in this case, and counsel for SPI, Michelman & Robinson, LLP, accepted service of the subpoena on my behalf. A true and correct copy of the trial subpoena is attached to this declaration as **Exhibit A**.

[Lines 15–28 redacted]

1

**DECLARATION OF RENATA G. RITCHESON**



2

**DECLARATION OF RENATA G. RITCHESON**

1 █████████████████████████████████████████████████
2 █████████████████████████████████████████████████
3 █████████████████████████████████████████████████
4 █████████████████████████████████████████████████
5 █████████████████████████████████████████████████
6 █████████████████████████████████████████████████
7 █████████████████████████████████████████████████
8 ████████
9 ████████████████████████████████████████████████
10 ████████████████████████████████████████████████
11 ████████████████████████████████████████████████
12 ████████████████████████████████████████████████
13 ██████████████████████████████

15       I declare under penalty of perjury that the foregoing is true and correct.
16 Executed on this 27th day of October 2022, in Los Angeles, California.

/s/ *[signature]*
Renata G. Ritcheson

---
3
**DECLARATION OF RENATA G. RITCHESON**