# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV19-02286-JWH(KSx) |
| Title: | Strategic Partners, Inc. v. FIGS, Inc., et al |
| Date | October 25, 2022 |

Present: The Honorable **JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE**

| Deborah Lewman | Sheri Kleeger/Sharon Seffens |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Mona Z. Hanna; Jesse J. Contreras; Jennifer S. Goldstein; Kristin J. Achterhof; Timothy Gray; Sanford Michelman | Ekwan E. Rhow; James R. Salzmann; Adam Weiss; Jacob S. Kreilkamp; Sara A. McDermott; Fanxi Wang; Julia Cherlow; Sara Worth |

_____ Day Court Trial   6th Day Jury Trial

_____ One day trial:   _____ Begun (1st day);   X Held & Continued;   _____ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.
_____ Opening statements made by
X Witnesses called, sworn, and testified.   X Exhibits Identified   X Exhibits admitted.
_____ Plaintiff(s) rest.   _____ Defendant(s) rest.
_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court pre-instructs jury.
_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   _____ Jury resumes deliberations.
_____ Jury Verdict in favor of   _____ plaintiff(s)   _____ defendant(s) is read and filed.
_____ Jury polled.   _____ Polling waived.
_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.
_____ Judgment by Court for   _____ plaintiff(s)   _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).
_____ Case submitted.   _____ Briefs to be filed by _____
_____ Motion to Dismiss by _____ is _____ granted.   _____ denied.   _____ submitted.
_____ Motion for mistrial by _____ is _____ granted.   _____ denied.   _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is _____ granted.   _____ denied.   _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
X Case continued to   October 26, 2022, at 8:30 a.m.   for further trial.
_____ Other:

8 : 14
Initials of Deputy Clerk   djl

cc: