MONA Z. HANNA (SBN 131439)
mhanna@mrllp.com
JEFFREY D. FARROW (SBN 180019)
jfarrow@mrllp.com
KEVIN S. KIM (SBN 275200)
kkim@mrllp.com
ALLISON C. AGUIRRE (SBN 312544)
aaguirre@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Avenue, Suite 1000
Irvine, CA 92614
Telephone:   (714) 557-7990
Facsimile:   (714) 557-7991

SANFORD L. MICHELMAN (SBN 179702)
smichelman@mrllp.com
MARC R. JACOBS (SBN 185924)
mjacobs@mrllp.com
JESSE J. CONTRERAS (SBN 190538)
jcontreras@mrllp.com
JENNIFER S. GOLDSTEIN (SBN 310335)
jgoldstein@mrllp.com
ADAM M. KORN (SBN 333270)
akorn@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90024
Telephone: (310) 299-5500
Facsimile:  (310) 201-2110

*Additional Counsel on Next Page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC PARTNERS, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>FIGS, INC., CATHERINE ("TRINA") SPEAR, HEATHER HASSON,<br><br>        Defendants. | Case No.: 2:19-cv-02286-JWH-KSx<br><br>District Judge:  Hon. John W. Holcomb<br>Magistrate Judge:  Hon. Karen Stevenson<br><br>**JOINT SUPPLEMENTAL UNDISPUTED PROPOSED SPECIAL INTERROGATORY FORM**<br><br>Date: October 17, 2022<br>Time: 9:00 a.m.<br>Crtrm: 9D<br><br>Complaint Filed:  February 22, 2019<br>Trial Date:  October 17, 2022 |

**JOINT SUPPLEMENTAL UNDISPUTED PROPOSED SPECIAL INTERROGATORY FORM**

*Additional Counsel*

KRISTIN J. ACHTERHOF
(*Admitted Pro Hac Vice*)
 kristin.achterhof@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, IL 60661-3693
T: (312) 902-5296
F: (312) 902-1061

RICHARD H. ZELICHOV (SBN 193858)
 richard.zelichov@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
T: (310) 788-4680
F: (310) 788-4471

TIMOTHY H. GRAY
(*Admitted Pro Hac Vice*)
 timothy.gray@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2900 K Street NW, North Tower, Suite 200
Washington, DC 20007-5118
T: (202) 625-3608
F: (202) 298-7570

*Attorneys for Plaintiff, STRATEGIC PARTNERS, INC.*

Jacob S. Kreilkamp (State Bar No. 248210)
 jacob.kreilkamp@mto.com
Adam B. Weiss (State Bar No. 296381)
  adam.weiss@mto.com
Sara A. McDermott (State Bar No. 307564)
  sara.mcdermott@mto.com
James R. Salzmann (State Bar No. 324527)
  james.salzmann@mto.com
Hunter V. Armour (State Bar No. 334874)
  hunter.armour@mto.com
Sara H. Worth (State Bar No. 341088)
  sara.worth@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Xiaonan April Hu (State Bar No. 321354)
  april.hu@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001-5369

**JOINT SUPPLEMENTAL UNDISPUTED PROPOSED SPECIAL INTERROGATORY FORM**

Telephone: (202) 220-1100
Facsimile: (202) 220-2300

Ekwan E. Rhow (State Bar No. 174604)
  erhow@birdmarella.com
Julia B. Cherlow (State Bar No. 290538)
  jcherlow@birdmarella.com
Fanxi Wang (State Bar No. 287584)
  fwang@birdmarella.com
Miri E. Gold (State Bar No. 319060)
  mgold@birdmarella.com
Kate S. Shin (State Bar No. 279867)
  kshin@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

*Attorneys for Defendants*

**JOINT SUPPLEMENTAL UNDISPUTED PROPOSED SPECIAL INTERROGATORY FORM**

Plaintiff STRATEGIC PARTNERS, INC. ("Plaintiff") and Defendants FIGS, INC., CATHERINE ("TRINA") SPEAR, and HEATHER HASSON (collectively "Defendants"), jointly submit the following undisputed supplemental special interrogatory.

# PROPOSED SPECIAL INTERROGATORY FORM 2

1. For its Lanham Act claim, did FIGS prove that SPI knew or should have known of its claimed harm before February 22, 2016 with respect to:

    (a) FIGS' statement that FIGS' scrubs kill bacteria and infection immediately upon contact?

    Yes _____   No _____

    (b) FIGS' statement that FIGS' scrubs reduce hospital-acquired infection rates by 66%?

    Yes _____   No _____

    (c) FIGS' statement that FIGS' scrubs are liquid and fluid repellent?

    Yes _____   No _____

    (d) FIGS' statement that FIGS donates one set of scrubs for every set of scrubs sold?

    Yes _____   No _____

2. If you answered "yes" to any of Questions 1(a)-1(d) above, which, if any, of those statements did FIGS continue to make after February 22, 2016?

    (a) FIGS' statement that FIGS' scrubs kill bacteria and infection immediately upon contact.

    Yes _____   No _____

    (b) FIGS' statement that FIGS' scrubs reduce hospital-acquired infection rates by 66%.

    Yes _____   No _____

    (c) FIGS' statement that FIGS' scrubs are liquid and fluid repellent.

    Yes _____   No _____

    (d) FIGS' statement that FIGS donates one set of scrubs for every set of scrubs sold.

    Yes _____   No _____

**Authority**:

*Jarrow Formulas, Inc. v. Nutrition Now, Inc.*, 304 F.3d 829, 838 (9th Cir. 2002).

|    |                              |                                   |
|----|------------------------------|-----------------------------------|
| 1  |                              |                                   |
| 2  |                              |                                   |
| 3  | DATED: October 31, 2022      | **MICHELMAN & ROBINSON, LLP**     |
| 4  |                              |                                   |
| 5  |                              |                                   |
| 6  |                              | By: */s/ Jennifer S. Goldstein*   |
|    |                              |     Sanford L. Michelman, Esq.    |
| 7  |                              |     Mona Z. Hanna, Esq.           |
| 8  |                              |     Jeff D. Farrow, Esq.          |
|    |                              |     Marc R. Jacobs, Esq.          |
| 9  |                              |     Jesse J. Contreras, Esq.      |
| 10 |                              |     Kevin S, Kim, Esq.            |
|    |                              |     Allison C. Aguirre, Esq.      |
| 11 |                              |     Jennifer S. Goldstein, Esq.   |
| 12 |                              |     Adam M. Korn, Esq.            |
| 13 |                              |     Attorneys for Plaintiff       |
| 14 |                              |     STRATEGIC PARTNERS, INC.      |
| 15 | DATED: October 31, 2022      | **KATTEN MUCHIN ROSENMAN LLP**    |
| 16 |                              |                                   |
| 17 |                              |                                   |
| 18 |                              | By: */s/ Kristin J. Achterhof*    |
|    |                              |     Richard H. Zelichov, Esq.     |
| 19 |                              |     Kristin J. Achterhof, Esq.    |
| 20 |                              |     Timothy H. Gray, Esq.         |
| 21 |                              |                                   |
| 22 |                              |     Attorneys for Plaintiff       |
|    |                              |     STRATEGIC PARTNERS, INC.      |

**JOINT SUPPLEMENTAL UNDISPUTED PROPOSED SPECIAL INTERROGATORY FORM**

| | | |
|---|---|---|
| 1 | DATED:  October 31, 2022 | **MUNGER, TOLLES & OLSON LLP** |
| 2 | | |
| 3 | | |
| 4 | | By: */s/ Jacob S. Kreilkamp* |
| 5 | | Jacob S. Kreilkamp |
| | | Attorneys for Defendants |
| 6 | | |
| 7 | DATED:  October 31, 2022 | **BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG &** |
| 8 | | **RHOW, P.C.** |
| 9 | | |
| 10 | | |
| 11 | | By: */s/ Ekwan E. Rhow* |
| 12 | | Ekwan E. Rhow |
| | | Attorneys for Defendants |

**JOINT SUPPLEMENTAL UNDISPUTED PROPOSED SPECIAL INTERROGATORY FORM**