Jacob S. Kreilkamp (State Bar No. 248210)
    jacob.kreilkamp@mto.com
Adam B. Weiss (State Bar No. 296381)
    adam.weiss@mto.com
Sara A. McDermott (State Bar No. 307564)
    sara.mcdermott@mto.com
James R. Salzmann (State Bar No. 324527)
    james.salzmann@mto.com
William M. Orr (State Bar No. 331842)
    william.orr@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Ekwan E. Rhow (State Bar No. 174604)
    erhow@birdmarella.com
Julia B. Cherlow (State Bar No. 290538)
    jcherlow@birdmarella.com
Fanxi Wang (State Bar No. 287584)
    fwang@birdmarella.com
Kate S. Shin (State Bar No. 279867)
    kshin@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

*Additional Counsel on Next Page*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC PARTNERS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>FIGS, INC., CATHERINE ("TRINA") SPEAR, HEATHER HASSON,<br><br>Defendants. | Case No. 2:19-cv-02286-JWH-KS<br><br>**DECLARATION OF XIAONAN APRIL HU IN SUPPORT OF DEFENDANTS' OPPOSITION RE: DR. AHMED EL-SHAFEI'S DEPOSITION TESTIMONY**<br><br>Judge: Hon. John W. Holcomb |

*Additional Counsel*

Xiaonan April Hu (State Bar No. 321354)
    april.hu@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001-5369
Telephone: (202) 220-1100
Facsimile: (202) 220-2300

Sara H. Worth (State Bar No. 341088)
    sara.worth@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Miri E. Gold (State Bar No. 319060)
    mgold@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Defendants

I, Xiaonan April Hu, hereby declare:

1. I am admitted to practice before all of the courts of the State of California and this Court. I am an attorney at the law firm of Munger, Tolles & Olson LLP, and counsel of record for Defendants FIGS, Inc., Catherine (Trina) Spear, and Heather Hasson (collectively, FIGS) in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, I could and would testify competently to the matters set forth herein.

2. Attached hereto as **Exhibit A** is an excerpt of the deposition of Dr. Ahmed El-Shafei, which took place on April 26, 2022, and which reflects the portions of his testimony Plaintiff Strategic Partners, Inc. (SPI) has designated for use during its rebuttal.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 31st day of October, 2022, at Costa Mesa, California.

                                           */s/ Xiaonan April Hu*
                                           Xiaonan April Hu