CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                  UNITED STATES DISTRICT COURT
 2                 CENTRAL DISTRICT OF CALIFORNIA
 3
 4    STRATEGIC PARTNERS, INC.,     )
                                    )
 5           Plaintiff,             )
          v.                        ) Case No. 2:19-cv-
 6                                  ) 02286-JWH-KSx
                                    )
 7    FIGS, INC., CATHERINE         )
      ("TRINA") SPEAR, HEATHER      )
 8    HASSON,                       )
                                    )
 9           Defendants.
10
11
12
13          CONFIDENTIAL - ATTORNEYS' EYES ONLY
14
15
16
17    VIDEOTAPED REMOTE DEPOSITION VIA ZOOM OF:
18              EXPERT DR. AHMED EL-SHAFEI
19              TUESDAY, APRIL 26, 2022
20              10:01 A.M. EASTERN DAYLIGHT TIME
21
22
23    Reported by:  PAULA A. PYBURN
24                  CSR 7304, RPR, CLR
25
```

Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            VIDEOTAPED REMOTE DEPOSITION VIA ZOOM OF
 2    EXPERT DR. AHMED EL-SHAFEI, the witness, taken on
 3    behalf of PLAINTIFF, on Tuesday, April 26, 2022,
 4    10:01 a.m. Eastern Daylight Time, before PAULA A.
 5    PYBURN, CSR 7304, RPR, CLR.
 6
 7
 8    APPEARANCES OF COUNSEL VIA VIDEOCONFERENCE:
 9
10    FOR PLAINTIFF:
11         MICHELMAN & ROBINSON, LLP
12         BY:  KEVIN S. KIM, ESQ.
13         17901 Von Karman Avenue
14         Suite 1000
15         Irvine, California 92614
16         714.557.7990
17         kkim@mrllp.com
18
19
20
21
22
23
24
25
```

Page 2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    APPEARANCES:  (CONTINUED)
2
3    FOR THE PLAINTIFF:
4         MICHELMAN & ROBINSON, LLP
5         BY:  MARC R. JACOBS, ESQ.
6         BY:  ADAM M. KORN, ESQ.
7         10880 Wilshire Boulevard
8         19th Floor
9         Los Angeles, California 90024
10        310.299.5500
11        mjacobs@mrllp.com
12        akorn@mrllp.com
13
14
15
16
17
18
19
20
21
22
23
24
25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    APPEARANCES:  (CONTINUED)
 2
 3    FOR THE DEFENDANTS:
 4         MUNGER, TOLLES & OLSON LLP
 5         BY:  XIAONAN A. HU, ESQ.
 6         BY:  ADAM B. WEISS, ESQ.
 7         BY:  SARA H. WORTH, ESQ.
 8              (Where Indicated)
 9         350 South Grand Avenue
10         50th Floor
11         Los Angeles, California 90071
12         213.683.9100
13         april.hu@mto.com
14         adam.weiss@mto.com
15         sara.worth@mto.com
16
17
18
19
20
21
22
23
24
25
```

Page 4

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1     APPEARANCES:  (CONTINUED)
2
3     FOR THE DEFENDANTS:
4          BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS,
5          LINCENBERG & RHOW, P.C.
6          BY:  FANXI F. WANG, ESQ.
7               (Where Indicated)
8          BY:  EKWAN E. RHOW, ESQ.
9               (Where Indicated)
10         1875 Century Park East
11         23rd Floor
12         Los Angeles, California 90067-2561
13         310.201.2100
14         fwang@birdmarella.com
15         erhow@birdmarella.com
16
17    ALSO PRESENT:
18         Terry Weiss, Videographer
19
20
21
22
23
24
25
```

Page 5

# INDEX

| WITNESS | EXAMINATION | PAGE |
|---|---|---|
| EXPERT DR. AHMED EL-SHAFEI | | |
| (BY MR. KIM) | | 12 |

## EXHIBITS

| NO. | | DESCRIPTION |
|---|---|---|
| Exhibit 1 | 20 | Plaintiff Strategic Partners, Inc.'s Notice of Deposition of Dr. Ahmed El-Shafei |
| Exhibit 2 | 28 | Expert Report of Dr. Ahmed El-Shafei |
| Exhibit 3 | 268 | Expert Rebuttal Report of Dr. Ahmed El-Shafei |
| Exhibit 4 | | ***Not Marked*** |
| Exhibit 5 | | ***Not Marked*** |
| Exhibit 6 | 225 | AATCC TM-100 2019 Test Method for Antibacterial Finishes on Textile Materials |
| Exhibit 7 | 151 | Email Chain, FIGS0005600 - FIGS0005608 |

```
                TESTIMONY MARKED ON REQUEST OF COUNSEL
                                LINE
                             72        15


                          UNANSWERED QUESTIONS
                                LINE
                             23        13
                             24         2
                            265        18
                            266        17
                            267         5



                           INFORMATION REQUESTED
                                (None)
```

Page 7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

|   |   |   |
|---|---|---|
| 1 | TUESDAY, APRIL 26, 2022 |   |
| 2 | 10:01 A.M. EASTERN DAYLIGHT TIME |   |
| 3 | * * * |   |
| 4 | THE VIDEOGRAPHER: Good morning. We're on | 10:01:09 |
| 5 | the record at 10:01 a.m. -- | 10:01:10 |
| 6 | THE WITNESS: Good morning. | 10:01:14 |
| 7 | THE VIDEOGRAPHER: -- on April 26, 2022. | 10:01:15 |
| 8 | Audio and video recording will continue to take | 10:01:17 |
| 9 | place unless all parties agree to go off the record. | 10:01:20 |
| 10 | This is the video-recorded deposition of | 10:01:22 |
| 11 | Dr. Ahmed El-Shafei in the matter of "Strategic | 10:01:25 |
| 12 | Partners, Inc. v. FIGS, Inc.," filed in the United | 10:01:33 |
| 13 | States District Court, Central District of | 10:01:36 |
| 14 | California, Case No. 2:19-cv-02286-JWH-KSx. | 10:01:38 |
| 15 | This deposition is being held via Zoom | 10:01:48 |
| 16 | remote meeting. | 10:01:51 |
| 17 | My name is Terry Weiss from the firm | 10:01:52 |
| 18 | Veritext Legal Solutions, and I am your | 10:01:55 |
| 19 | videographer. | 10:01:57 |
| 20 | Our court reporter today is Paula Pyburn | 10:01:58 |
| 21 | from the firm of Veritext Legal Solutions. | 10:02:00 |
| 22 | I am not related to any party in this | 10:02:04 |
| 23 | action, nor am I financially interested in the | 10:02:07 |
| 24 | outcome. | 10:02:09 |
| 25 | Counsel and everyone attending remotely | 10:02:10 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | will now state their appearances and affiliations | 10:02:12 |
| 2 | for the record.  If there are any objections to | 10:02:15 |
| 3 | proceeding, please state them at the time of your | 10:02:17 |
| 4 | appearance, beginning with the noticing attorney. | 10:02:21 |
| 5 |       MR. KIM:  Yes.  Good morning.  Kevin Kim on | 10:02:24 |
| 6 | behalf the plaintiffs, Strategic Partners, Inc.  I'm | 10:02:28 |
| 7 | also joined by my colleagues Mark Jacobs and | 10:02:30 |
| 8 | Adam Korn. | 10:02:33 |
| 9 |       MS. HU:  Good morning.  This is | 10:02:36 |
| 10 | Xiaonan April Hu from the law firm Munger, Tolles & | 10:02:38 |
| 11 | Olson, representing the defendants, FIGS.  I am | 10:02:41 |
| 12 | joined here today in person by my colleague, | 10:02:43 |
| 13 | Adam Weiss, also from the same law firm, and | 10:02:48 |
| 14 | remotely by Fanxi Wang, cocounsel in this case from | 10:02:50 |
| 15 | the law firm Bird, Marella. | 10:02:52 |
| 16 |       THE VIDEOGRAPHER:  Will the court reporter | 10:02:54 |
| 17 | please swear in the witness. | 10:02:56 |
| 18 |       THE WITNESS:  My name is Ahmed El-Shafei. | 10:03:00 |
| 19 | I'm a professor at North Carolina State University | 10:03:03 |
| 20 | and representing the defendant, FIGS, Inc. | 10:03:03 |
| 21 |       THE REPORTER:  Okay, I'll get it later. | 10:03:12 |
| 22 |       MR. KIM:  Paula, I don't know if this is | 10:03:14 |
| 23 | what you were going to say, but Dr. El-Shafei is a | 10:03:15 |
| 24 | little muffled for me.  I don't know if it is for | 10:03:18 |
| 25 | you. | 10:03:25 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | THE REPORTER: It is for me too. Maybe we | 10:03:26 |
| 2 | should go off the record. | 10:03:30 |
| 3 | MR. KIM: Let's go off the record and work | 10:03:31 |
| 4 | on that first. | 10:03:33 |
| 5 | THE VIDEOGRAPHER: Off the record. The | 10:03:33 |
| 6 | time is 10:03. | 10:03:34 |
| 7 | (A recess was taken from 10:03 a.m. | 10:05:39 |
| 8 | to 10:05 a.m.) | 10:05:42 |
| 9 | THE VIDEOGRAPHER: We're now back on the | 10:05:42 |
| 10 | record. The time is 10:05. | 10:05:44 |
| 11 | THE WITNESS: Good morning, everyone. I am | 10:05:46 |
| 12 | Ahmed Shafei. I'm a professor at North Carolina | 10:05:49 |
| 13 | State University, Wilson College of Textiles. | 10:05:54 |
| 14 | MR. ADAM WEISS: Just wait for him to ask a | 10:05:59 |
| 15 | question. | 10:06:02 |
| 16 | THE WITNESS: Oh, I'm sorry. | 10:06:02 |
| 17 | MR. KIM: I'm Kevin Kim -- | 10:06:04 |
| 18 | MR. ADAM WEISS: I told him to just wait | 10:06:05 |
| 19 | for you to ask questions. So you're going to get | 10:06:07 |
| 20 | sworn now, and then they're going to start the | 10:06:10 |
| 21 | questioning. | 10:06:12 |
| 22 | THE WITNESS: Okay. | 10:06:12 |
| 23 | THE REPORTER: Raise your right hand, | 10:06:22 |
| 24 | please. | 10:06:23 |
| 25 | ==Do you solemnly swear the testimony you are== | 10:06:23 |

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    about to give in this deposition shall be the truth,    10:06:23
2    the whole truth, and nothing but the truth?             10:06:23
3            THE WITNESS:  I do.                             10:06:23
4                          * * *                             10:06:23
5                       EXAMINATION                          10:06:25
6    BY MR. KIM:                                             10:06:25
7        Q    All right.  Dr. El-Shafei -- and correct me    10:06:25
8    if I'm mispronouncing that -- your name.                10:06:31
9        A    That's correct.  That's great.                 10:06:33
10       Q    Is that correct?                               10:06:34
11       A    Yes.                                           10:06:36
12       Q    Awesome.                                       10:06:36
13            So my first question to you is have you        10:06:37
14   been deposed before?                                    10:06:41
15       A    Yes.                                           10:06:42
16       Q    Okay.  And when was that?                      10:06:43
17       A    It was few years ago.                          10:06:48
18       Q    Two years ago?                                 10:06:51
19       A    No, a few years ago.  I think was, like,       10:06:52
20   maybe eight years ago or so something like that.        10:06:56
21       Q    About eight years.  Okay.                      10:06:59
22            Well -- and is that the only time you've       10:07:01
23   been deposed before?                                    10:07:02
24       A    Yes.                                           10:07:03
25       Q    Okay.  Well, because it's been a little bit    10:07:03
```

Veritext Legal Solutions
866 299-5127

```
1   BY MR. KIM:                                               12:05:09
2       Q    Okay.  Are you aware of any antimicrobial        12:05:09
3   agents made of plant extracts?                            12:05:22
4       A    There are because, you know, I am an editor      12:05:26
5   of journals that focus on, you know, finishing.  And      12:05:32
6   I see as an editor many papers coming with plant          12:05:36
7   extracts that has antimicrobial efficacy.  The            12:05:42
8   answer is yes.                                            12:05:47
9       Q    So is -- is quat made of plant extracts?         12:05:48
10      A    Quat is not made of plant extracts.  There       12:05:54
11  are other compounds that you can get from the plant       12:06:01
12  that -- that have antimicrobials.                         12:06:04
13           Like, for example, the antimicrobials I          12:06:06
14  developed in 1990s, they were not quat; they were         12:06:10
15  quinazolinone-based compound.                             12:06:17
16           (Reporter interruption for clarification.)       12:06:18
17           THE WITNESS:  Quinazo- -- quinazolinone.         12:06:18
18  Quinazolinone, q-u-i-n-a-z-o-l-o-n-e-s [verbatim].        12:06:24
19           So, to answer your question, Kevin, it does      12:06:38
20  not have to be quat to have antimicrobial.                12:06:41
21  BY MR. KIM:                                               12:06:43
22      Q    Do you know what an enzyme wash is?              12:06:47
23      A    Say that again, please.                          12:06:49
24      Q    Do you know what an enzyme wash is?              12:06:50
25      A    Enzyme wash?                                     12:06:52
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | | |
|---|---|---|---|
| 1 | Q | Yes. | 12:06:56 |
| 2 | A | Can you explain that a little bit more? | 12:06:57 |
| 3 | Q | That's actually my question for you. | 12:06:59 |
| 4 | | Have you ever heard of an antimicrobial | 12:07:02 |
| 5 | agent that's applied as an enzyme wash? | | 12:07:06 |
| 6 | A | No, I haven't. | 12:07:10 |
| 7 | Q | Do you know if quat is an enzyme wash? | 12:07:11 |
| 8 | A | I -- I haven't come across this -- this | 12:07:21 |
| 9 | term before, "enzyme wash." | | 12:07:23 |
| 10 | Q | Is quat made of -- or constructed of | 12:07:28 |
| 11 | enzymes? | | 12:07:33 |
| 12 | A | No, it's not made of enzymes. | 12:07:34 |
| 13 | Q | Do you know if quat could be woven into the | 12:07:37 |
| 14 | fabric, not a finish? | | 12:07:48 |
| 15 | A | It is possible. | 12:07:52 |
| 16 | Q | How is it possible? | 12:07:55 |
| 17 | A | So when you say -- when you say -- you said | 12:07:56 |
| 18 | woven or you said -- you said -- you say weaving? | | 12:08:01 |
| 19 | Q | Woven, yes, woven. | 12:08:04 |
| 20 | A | Oh, okay, woven in the fabric. | 12:08:05 |
| 21 | | That -- that would be -- all the -- all the | 12:08:14 |
| 22 | quats that I know don't have that type of property | | 12:08:16 |
| 23 | where you can weave them into the fabric. So I'm | | 12:08:21 |
| 24 | not aware of any quats that can be woven into the | | 12:08:25 |
| 25 | fabric. | | 12:08:30 |

Page 106

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                    DECLARATION
 2
 3
 4
 5         I hereby declare I am the deponent in the
 6   within matter; that I have read the foregoing
 7   deposition and know the contents thereof, and I
 8   declare that the same is true of my knowledge except
 9   as to the matters which are therein stated upon my
10   information or belief, and as to those matters, I
11   believe it to be true.
12
13         I declare under the penalties of perjury of
14   the state of California that the foregoing is true
15   and correct.
16
17         Executed on the __ day of _____,
18   20____, at _____,
19   California.
20
21
22                              _____
                                EXPERT DR. AHMED EL-SHAFEI
23
24
25
                                                   Page 373
```

```
1      STATE OF CALIFORNIA      )
2      COUNTY OF RIVERSIDE      )  ss.
3
4          I, Paula A. Pyburn, CSR No. 7304, RPR, CLR, in
5      and for the State of California, do hereby certify:
6          I am the deposition officer that
7      stenographically recorded the testimony in the
8      foregoing deposition;
9          Prior to being examined the deponent was first
10     duly sworn by me;
11         The foregoing transcript is a true record of the
12     testimony given.
13         Before completion of the deposition, review of
14     the transcript [ ] was [xx] was not requested.  If
15     requested, any changes made by the deponent (and
16     provided to the reporter) during the period allowed
17     are appended hereto.
18     Dated:  April 28, 2022
19
20
21
22
                             Paula A. Pyburn, RPR, CLR
23                           CSR No. 7304
                             Certified Shorthand
24                           Reporter for the
                             State of California
25
```

Page 374