| | |
|---|---|
| MONA Z. HANNA (SBN 131439)<br>  mhanna@mrllp.com<br>JEFFREY D. FARROW (SBN 180019)<br>  jfarrow@mrllp.com<br>KEVIN S. KIM (SBN 275200)<br>  kkim@mrllp.com<br>ALLISON C. AGUIRRE (SBN 312544)<br>  aaguirre@mrllp.com<br>AMANDA V. ANDERSON (SBN 306903)<br>  aanderson@mrllp.com<br>**MICHELMAN & ROBINSON, LLP**<br>17901 Von Karman Avenue, Suite 1000<br>Irvine, CA 92614<br>Telephone:   (714) 557-7990<br>Facsimile:   (714) 557-7991 | SANFORD L. MICHELMAN (SBN 179702)<br>  smichelman@mrllp.com<br>MARC R. JACOBS (SBN 185924)<br>  mjacobs@mrllp.com<br>JESSE J. CONTRERAS (SBN 190538)<br>  jcontreras@mrllp.com<br>JENNIFER S. GOLDSTEIN (SBN 310335)<br>  jgoldstein@mrllp.com<br>ADAM M. KORN (SBN 333270)<br>  akorn@mrllp.com<br>**MICHELMAN & ROBINSON, LLP**<br>10880 Wilshire Boulevard, 19th Floor<br>Los Angeles, CA  90024<br>Telephone: (310) 299-5500<br>Facsimile:  (310) 201-2110 |

*Additional Counsel on Next Page*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC PARTNERS, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>FIGS, INC., CATHERINE ("TRINA") SPEAR, HEATHER HASSON,<br><br>            Defendants. | Case No.: 2:19-cv-02286-JWH-KSx<br><br>District Judge:  Hon. John W. Holcomb<br>Magistrate Judge:  Hon. Karen Stevenson<br>Special Discovery Master: Hon. Suzanne Segal<br><br>**PLAINTIFF STRATEGIC PARTNERS, INC.'S NOTICE OF DEPOSITION DESIGNATIONS FOR DR. AHMED EL-SHAFEI**<br><br>Complaint Filed:  February 22, 2019<br>Trial Date: October 17, 2022 |

*Additional Counsel:*

KRISTIN J. ACHTERHOF
(*Admitted Pro Hac Vice*)
  kristin.achterhof@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, IL 60661-3693
T: (312) 902-5296
F: (312) 902-1061

RICHARD H. ZELICHOV (SBN 193858)
  richard.zelichov@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
T: (310) 788-4680
F: (310) 788-4471

TIMOTHY H. GRAY
(*Admitted Pro Hac Vice*)
  timothy.gray@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2900 K Street NW, North Tower, Suite 200
Washington, DC 20007-5118
T: (202) 625-3608
F: (202) 298-7570

*Attorneys for Plaintiff, STRATEGIC PARTNERS, INC.*

TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Plaintiff STRATEGIC PARTNERS, INC. intends to play the following portions of the deposition testimony of Dr. Ahmed El-Shafei.

### DR. AHMED EL-SHAFEI

| Plaintiff's Initial Designations | Defendants' Objections | Defendants' Counter-Designations | Plaintiff's Objections | Ruling |
|---|---|---|---|---|
| 9:16-20 | | | | ___ Sustained<br>___ Overruled |
| 10:25-11:3 | | | | ___ Sustained<br>___ Overruled |
| 105:22-106:9 | | | | ___ Sustained<br>___ Overruled |

Dated: November 1, 2022

MICHELMAN & ROBINSON, LLP

By:   /s/ Jesse J. Contreras
Sanford L. Michelman, Esq.
Mona Z. Hanna, Esq.
Jeff D. Farrow, Esq.
Marc R. Jacobs, Esq.
Jesse J. Contreras, Esq.
Kevin S, Kim, Esq.
Allison C. Aguirre, Esq.
Jennifer S. Goldstein, Esq.
Adam M. Korn, Esq.

Attorneys for Plaintiff
STRATEGIC PARTNERS, INC.

1
2  Dated: November 1, 2022
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**KATTEN MUCHIN ROSENMAN LLP**

By: */s/ Kristen J. Achterhof*
━━━━━━━━━━━━━━━━━━━━━━
Richard H. Zelichov, Esq.
Kristin J. Achterhof, Esq.
Timothy H. Gray, Esq.

Attorneys for Plaintiff
STRATEGIC PARTNERS, INC.

**PLAINTIFF STRATEGIC PARTNERS, INC.'S NOTICE OF DEPOSITION DESIGNATIONS FOR
DR. AHMED EL-SHAFEI**