Jacob S. Kreilkamp (State Bar No. 248210)
  jacob.kreilkamp@mto.com
Adam B. Weiss (State Bar No. 296381)
  adam.weiss@mto.com
Sara A. McDermott (State Bar No. 307564)
  sara.mcdermott@mto.com
James R. Salzmann (State Bar No. 324527)
  james.salzmann@mto.com
Hunter V. Armour (State Bar No. 334874)
  hunter.armour@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Ekwan E. Rhow (State Bar No. 174604)
  erhow@birdmarella.com
Julia B. Cherlow (State Bar No. 290538)
  jcherlow@birdmarella.com
Fanxi Wang (State Bar No. 287584)
  fwang@birdmarella.com
Kate S. Shin (State Bar No. 279867)
  kshin@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

*Additional Counsel on Next Page*

R

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STRATEGIC PARTNERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FIGS, INC., CATHERINE ("TRINA") SPEAR, HEATHER HASSON, <br><br> Defendants. | Case No. 2:19-cv-02286-JWH-KS <br><br> **NOTICE OF LODGING EXHIBITS CONTAINING TEXT OF VIDEO PLAYED IN COURT DURING TRIAL BEGINNING ON OCTOBER 17, 2022** <br><br> Judge: Hon. John W. Holcomb |

49910482.1

NOTICE OF LODGING EXHIBITS CONTAINING TEXT OF VIDEO PLAYED AT TRIAL

*Additional Counsel*

Xiaonan April Hu (State Bar No. 321354)
    april.hu@mto.com
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001-5369
Telephone:  (202) 220-1100
Facsimile:  (202) 220-2300

Sara H. Worth (State Bar No. 341088)
    sara.worth@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:  (213) 683-9100
Facsimile:  (213) 687-3702

Miri E. Gold (State Bar No. 319060)
    mgold@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone:  (310) 201-2100
Facsimile:  (310) 201-2110

Attorneys for Defendants

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants FIGS, Inc., Catherine (Trina) Spear and Heather Hasson (collectively, FIGS) will and hereby do lodge the attached exhibits containing the text of video played in court during the trial beginning October 17, 2022:

- Exhibit A – Michael Alexander (played on October 31, 2022)
- Exhibit B – Timothy Byers (played on October 31, 2022)
- Exhibit C – Lars Johansson (played on November 1, 2022)
- Exhibit D – Paul McAdam (played on October 31, 2022)
- Exhibit E – Marni Penta (played on October 31, 2022)
- Exhibit F – Robert Pierpoint (played on October 31, 2022)
- Exhibit G – Renata Ritcheson (played on November 1, 2022)
- Exhibit H – Matthew Tingler (played on November 1, 2022)

DATED: November 1, 2022          MUNGER, TOLLES & OLSON LLP

By:   /s/ Sara A. McDermott
      Sara A. McDermott
      Attorneys for Defendants

49910482.1

1

NOTICE OF LODGING EXHIBITS CONTAINING TEXT OF VIDEO PLAYED AT TRIAL