# EXHIBIT A

ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3

 4    STRATEGIC PARTNERS, INC.,    )

 5         Plaintiff,              )

 6     vs.                         ) No. 2:19-cv-02286-JWH-KS

 7    FIGS, INC, CATHERINE         )

 8    ("TRINA") SPEAR, HEATHER     )

 9    HASSON,                      )

10         Defendants.             )

11    _____)

12

13           ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL

14         REMOTE VIDEO DEPOSITION OF MICHAEL ALEXANDER

15                   August 5, 2021

16

17      Reported by:  Rosalie A. Kramm, CSR No. 5469, CRR

18

19

20

21

22

23

24

25

                                              Page 1
```

ATTORNEYS' EYES ONLY / HIGHLY CONFIDENTIAL



9                          MICHAEL ALEXANDER,                    09:03:21

10        having been first duly sworn, testified as follows:    09:03:21

Page 10

ATTORNEYS' EYES ONLY—HIGHLY CONFIDENTIAL

```
2        Q.    Where do you currently work?              09:17:07

3        A.    Where do I currently work?                09:17:10

4        Q.    Your employer.  Yes.                       09:17:12

5        A.    It's Careismatic Brands, previously Strategic   09:17:14

6    Partners.                                            09:17:19
```

Veritext Legal Solutions
866 299-5127

ATTORNEYS' EYES ONLY/HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 16 | Q.   What are your responsibilities as executive | 09:28:23 |
| 17 | vice president of sales? | 09:28:25 |
| 18 | A.   I am responsible for the U.S. sales.  I don't | 09:28:31 |
| 19 | have responsibility over our Walmart business, but I have | 09:28:37 |
| 20 | responsibility over the -- you know, the U.S. accounts, | 09:28:42 |
| 21 | both online, brick-and-mortar, you know, Amazon.  I also | 09:28:48 |
| 22 | have responsibility over our school uniform division, | 09:28:55 |
| 23 | which is U.S. and outside the U.S.  And then I have | 09:28:58 |
| 24 | responsibility over our medical instruments division, | 09:29:07 |
| 25 | both U.S. and global, and our footwear and hosiery | 09:29:12 |

Page 29

ATTORNEYS' EYES ONLY/HIGHLY CONFIDENTIAL

| 1 | division. | 09:29:16 |

Veritext Legal Solutions
866 299-5127

ATTORNEYS' EYES ONLY / HIGHLY CONFIDENTIAL

| 11 | Q.   And do you know if year-to-date in 2021, SPI | 10:03:46 |
| 12 | has sold more scrubs this year than it had at the same | 10:03:53 |
| 13 | time last year? | 10:03:57 |
| 14 | A.   Units, I'm not sure. | 10:04:01 |
| 15 | Q.   You don't know? | 10:04:05 |
| 16 | A.   Units, you're asking me for units, correct? | 10:04:08 |
| 17 | Q.   That's correct. | 10:04:11 |
| 18 | A.   Not dollars?  I'm not sure. | 10:04:12 |
| 19 | Q.   Do you know if 2021 revenue year-to-date is | 10:04:15 |
| 20 | greater than 2020 revenue year-to-date? | 10:04:18 |
| 21 | A.   2020 revenue is greater than -- or 2021 revenue | 10:04:22 |
| 22 | is greater than 2020.  Yes. | 10:04:25 |
| 23 | Q.   In the medical apparel division. | 10:04:27 |
| 24 | A.   Yes.  In my responsibility, yes. | 10:04:29 |

Page 49

ATTORNEYS' EYES ONLY/HIGHLY CONFIDENTIAL

| 22 | What characterizes a premium scrub line? | 10:13:40 |
| 23 | A.    To me personally or -- I'm not really sure I | 10:13:46 |
| 24 | can speak for everyone, I bet everybody has a different | 10:13:49 |
| 25 | description, but, you know, it's -- typically starts with | 10:13:54 |

Page 55

ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | fabric and the fabrication. So it is a stretch | 10:13:59 |
| 2 | fabrication, you know, comfort of that product, and then | 10:14:03 |
| 3 | features, so number of pockets, the number of bells and | 10:14:10 |
| 4 | whistles, things like that. | 10:14:15 |
| 5 | Q. What sorts of bells and whistles make a product | 10:14:16 |
| 6 | more a premium product? | 10:14:21 |
| 7 | A. I would say -- I would say pockets, you know, | 10:14:23 |
| 8 | is a bell and whistle. You know, different types of | 10:14:26 |
| 9 | loops and, you know, things, badge-holder type pieces, | 10:14:32 |
| 10 | things for your, you know -- for your instruments. | 10:14:37 |
| 11 | Things like that. Maybe, like, branding, you know, | 10:14:41 |
| 12 | labeling, things like that. | 10:14:47 |
| 15 | Q. Do you consider FIGS to be a premium brand? | 10:14:57 |
| 16 | A. Yes. | 10:15:02 |

Page 56

ATTORNEYS' EYES ONLY / HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 8 | Q.   Your familiarity with SPI's advertising does | 10:36:07 |
| 9 | not extend to that differentiation. | 10:36:14 |
| 10 | A.   Correct. | 10:36:20 |

ATTORNEYS' EYES ONLY/HIGHLY CONFIDENTIAL

| 8 | Q.   Do you believe all scrub manufacturers have | 12:25:37 |
| 9 | equivalent quality of product? | 12:25:42 |

| 16 | THE WITNESS:  I would probably -- I would say | 12:26:06 |
| 17 | no. | 12:26:07 |

Page 116

ATTORNEYS' EYES ONLY / HIGHLY CONFIDENTIAL

```
15        Q.   But your testimony is that all of SPI's scrubs    12:29:06

16   are of an equally high quality.                             12:29:09

17        A.   Yeah.                                             12:29:14

18        Q.   Are all of SPI's scrubs offered at the same       12:29:15

19   price point?                                               12:29:19

20        A.   No.                                              12:29:22
```

Page 118

ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL



```
10          MR. SALZMANN:  I'm going to introduce      12:35:27

11     Exhibit 653.  I'm going to ask Jeff to confirm, as I   12:35:29
```

```
21          Q.   So is it correct to say this is an email sent   12:36:07

22     by you to Mr. Singer on May 22nd, 2018?          12:36:09

23          A.   Yes.                                    12:36:19

24          Q.   Do you recall why you didn't copy Ms. Song on   12:36:19

25     this email?                                       12:36:21
```

Page 122

ATTORNEYS' EYES ONLY/HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | A.   Do you mind if I read it first? | 12:36:23 |
| 2 | Q.   Please go ahead.  Please let me know when | 12:36:25 |
| 3 | you've finished. | 12:37:07 |
| 4 | A.   Yeah, I just finished.  Yeah, I -- I was trying | 12:37:08 |
| 5 | to have a -- you know, from my perspective, which is not | 12:37:10 |
| 6 | in design and merchandising, to critique design and | 12:37:14 |
| 7 | merchandising, I didn't want -- I think at the time | 12:37:18 |
| 8 | Sallian was reporting to Mike, and I was reporting to | 12:37:23 |
| 9 | Mike.  So I would say -- | 12:37:27 |
| 19 | Q.   In the fourth paragraph here, that you say, "I | 12:38:01 |
| 20 | feel like our approach to product has gotten formulaic," | 12:38:04 |
| 21 | what did you mean by "formulaic"? | 12:38:07 |
| 22 | A.   I think I meant following the same process, | 12:38:14 |
| 23 | processes, which I don't know what the design processes | 12:38:21 |
| 24 | are, so I'm a little over my skis in making that comment, | 12:38:24 |
| 25 | but I'm trying to be -- you know, trying to express the | 12:38:30 |

Page 123

ATTORNEYS' EYES ONLY — HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | way I'm feeling about it. | 12:38:33 |
| 2 | So, you know, they've got -- they've got a | 12:38:37 |
| 3 | process, right?  You do this and you do this and you do | 12:38:39 |
| 4 | this.  So I think that's a formula. | 12:38:42 |
| 5 | Q.   Did you believe that the formulaic approach | 12:38:45 |
| 6 | process was costing SPI potential sales? | 12:38:49 |
| 7 | A.   I'm not sure if that's the right way to | 12:38:58 |
| 8 | describe it, no. | 12:39:01 |
| 9 | Q.   If -- did you believe that the formulaic | 12:39:02 |
| 10 | approach to the process impacted SPI's revenue? | 12:39:12 |
| 11 | A.   I think it probably positively impacted, yes. | 12:39:17 |
| 12 | Q.   You were complaining about a process that | 12:39:23 |
| 13 | positively impacted revenue? | 12:39:25 |
| 14 | A.   You asked me if a formulaic -- if our formulaic | 12:39:29 |
| 15 | process impacted revenue, and I think, yes, in a positive | 12:39:34 |
| 16 | way, historically, yes. | 12:39:38 |
| 17 | Q.   Then if the impact of that process was -- was a | 12:39:43 |
| 18 | positive one, why were you suggesting to Mr. Singer that | 12:39:46 |
| 19 | you needed to spend -- we needed to break our mold and | 12:39:51 |
| 20 | think differently? | 12:39:58 |
| 21 | A.   Because I think you have to adapt to a changing | 12:39:59 |
| 22 | environment. | 12:40:02 |

Page 124

ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL

```
 7        Q.   You say in the third paragraph in this email    12:42:24
 8    that FIGS uses a unique fabric.  Did this unique fabric    12:42:26
 9    distinguish FIGS from SPI?                                 12:42:36
10        A.   At the time, I don't recall.  I -- I don't       12:42:44
11    think it's -- maybe unique was not the right word.  I     12:42:47
12    believe it is just a poly/rayon fabric, which is not very 12:42:53
13    unique.                                                    12:42:57
14        Q.   At the time you raised it, did you consider it   12:42:58
15    to be unique?  Strike that.                                12:43:04
16            At the time you raised it, did you consider it    12:43:09
17    to be a different fabric than SPI used in its products?   12:43:11
18        A.   I -- I think I did.  But, again, I wasn't a --   12:43:17
19    I'm not a fabric guru, and I think I was since schooled   12:43:24
20    in it's poly/rayon/spandex, we have this, this, this, and 12:43:28
21    this.  So there is nothing unique about it.               12:43:35
```

Page 126

ATTORNEYS' EYES ONLY/HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 19 | The sleek and clean design of FIGS, did you | 12:44:32 |
| 20 | view that as a differentiating factor between FIGS' | 12:44:35 |
| 21 | products and the SPI designs you are discussing in this | 12:44:38 |
| 22 | email? | 12:44:42 |
| 23 | A.   I liked the -- I liked the sleek and clean | 12:44:44 |
| 24 | design.  I'm a -- I'm a fan of that look. | 12:44:47 |
| 25 | Q.   Were you concerned at the time that SPI's | 12:44:57 |

Page 127

ATTORNEYS' EYES ONLY/HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | designs were less sleek and less clean looking than FIGS' | 12:44:58 |
| 2 | designs? | 12:45:03 |
| 3 | A.    Perhaps, yes.  I mean we've got a lot of very | 12:45:08 |
| 4 | plain, sleek, you know, clean design product, but, yeah, | 12:45:11 |
| 5 | I -- I like -- I like the FIGS fabric product. | 12:45:15 |

Page 128

ATTORNEYS' EYES ONLY/HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 8 | Q.   We have now talked a little bit now getting | 12:48:14 |
| 9 | into FIGS' products as well as SPI's.  Do you own any | 12:48:16 |
| 10 | FIGS' products yourself? | 12:48:21 |
| 11 | A.   I do.  I have a pair of joggers. | 12:48:23 |
| 12 | Q.   Anything else besides the joggers? | 12:48:29 |
| 13 | A.   No. | 12:48:33 |
| 14 | Q.   Do you also own joggers made by SPI? | 12:48:36 |
| 15 | A.   Yes. | 12:48:39 |
| 16 | Q.   How do your FIGS joggers compare to the SPI | 12:48:43 |
| 17 | joggers? | 12:48:48 |
| 18 | A.   I like the -- I like the fit on the FIGS jogger | 12:48:51 |
| 19 | the best because it is tighter. | 12:48:59 |
| 20 | Q.   What about its fabric?  Do you like its fabric | 12:49:07 |
| 21 | better than the SPI joggers? | 12:49:10 |
| 22 | A.   No.  I like -- I mean it is a totally different | 12:49:11 |
| 23 | fabrication of -- it is like apples and bananas, you | 12:49:17 |
| 24 | know? | 12:49:22 |
| 25 | Q.   How about the value for dollar?  How does that | 12:49:22 |

Page 130

ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | compare between FIGS and SPI? | 12:49:26 |
| 2 | A.   I think that the value for dollar is in the SPI | 12:49:28 |
| 3 | court. | 12:49:33 |

Page 131

ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL

3          Mr. Alexander, when you joined SPI, was it the        13:43:09

4     dominant player in the medical apparel industry in the     13:43:13

5     United States?                                             13:43:17

6          A.   The dominant player?  What do you mean?  What    13:43:21

7     do you mean by that?                                       13:43:26

8          Q.   Did SPI have more market share in the medical    13:43:27

9     apparel space than any other manufacturer?                 13:43:30

10         A.   Yes.                                              13:43:35

11         Q.   Is that still true today?                        13:43:38

12         A.   Yes.                                              13:43:40

Page 136

ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 11 | Q.   Did you primarily sell directly to consumers or | 13:45:20 |
| 12 | did you primarily sell to retailers? | 13:45:23 |
| 13 | A.   Primarily through distributors and -- and | 13:45:30 |
| 14 | retailers. | 13:45:34 |
| 15 | Q.   Is that still true today? | 13:45:36 |
| 16 | A.   No.  I think it's evolved in that time frame. | 13:45:41 |
| 17 | Q.   So today the majority of SPI's sales are | 13:45:48 |
| 18 | directly to consumers? | 13:45:52 |
| 19 | A.   I don't know what your definition of "majority" | 13:45:59 |
| 20 | is. | 13:46:02 |
| 21 | Q.   Let's say 50 percent, 51. | 13:46:04 |
| 22 | A.   So the question is, is 51 percent or more of | 13:46:16 |
| 23 | the sales direct -- direct to consumers? | 13:46:19 |
| 24 | Q.   Correct. | 13:46:23 |
| 25 | A.   I would say no. | 13:46:27 |

Page 137

ATTORNEYS' EYES ONLY/HIGHLY CONFIDENTIAL



25            MR. SALZMANN:  I'm going to mark as Exhibit 655    13:50:12

Page 139

ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL

| 1 | an email sent by you, Mr. Alexander, on April 24, 2017. | 13:50:14 |

Page 140

ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL

```
 6        Q.   Was it accurate to say in 2017 that a visitor      14:17:10

 7   to cherokeeuniforms.com would not have been able to make     14:17:14

 8   a purchase on that website?                                  14:17:19

 9        A.   Correct.  So they -- they would be sent to         14:17:23

10   another partner's website to buy the product.                14:17:28

11        Q.   What about today?  Is a visitor to                 14:17:35

12   cherokeeuniforms.com able to transact on that website?       14:17:38

13        A.   No.                                                14:17:42
```

Page 157

ATTORNEYS' EYES ONLY / HIGHLY CONFIDENTIAL

```
23          Q.   Do you think that SPI's online marketing of      14:20:31

24     scrubs results in a low-friction transaction for           14:20:37

25     interested purchasers?                                     14:20:40
```

                                                      Page 158

ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL

2          THE WITNESS:  So I think that our Amazon        14:20:45

3      business is low friction.  I think that our Infinity    14:20:48

4      Scrubs and HeartSoul Scrubs businesses are low friction.  14:20:54

5      I think our Scrubs & Beyond website and our Allheart    14:21:01

6      website is -- yeah, there is a lot of low friction, if    14:21:03

7      that's what you are referring to.                14:21:06

Page 159

ATTORNEYS' EYES ONLY/HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 12 | Q.   Have you ever considered SPI to have fallen | 14:31:00 |
| 13 | behind competitors such as FIGS in terms of public | 14:31:03 |
| 14 | relations strategy? | 14:31:08 |
| 15 | A.   I think overall, yes. | 14:31:16 |
| 16 | Q.   Did you ever consider FIGS (sic) to have fallen | 14:31:20 |
| 17 | behind competitors like FIGS in terms of planning | 14:31:22 |
| 18 | advertising campaigns? | 14:31:26 |
| 19 | A.   From my viewpoint, because I'm not in marketing | 14:31:30 |
| 20 | and I don't know all the direct piece, I would say yes. | 14:31:37 |
| 21 | Q.   Do you ever consider SPI to have fallen behind | 14:31:42 |
| 22 | competitors like FIGS in terms of video advertising? | 14:31:45 |
| 23 | A.   Again, it's not just FIGS.  You know, there's | 14:31:54 |
| 24 | many other competitors that are doing a really good job | 14:31:57 |
| 25 | with video and with PR.  So I wouldn't just say FIGS, | 14:32:02 |

Page 165

ATTORNEYS' EYES ONLY / HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 1 | but, yes. | 14:32:07 |
| 2 | Q.   But you would include FIGS among the | 14:32:09 |
| 3 | competitors who are doing a good job with video? | 14:32:11 |
| 4 | A.   Yes. | 14:32:14 |

| | | |
|---|---|---|
| 9 | Q.   Did you ever consider SPI to have fallen behind | 14:32:28 |
| 10 | competitors like FIGS in terms of the marketing budget? | 14:32:31 |
| 11 | MR. FARROW:  Objection.  Form. | 14:32:36 |
| 12 | THE WITNESS:  I would like to see more | 14:32:41 |
| 13 | marketing spend from SPI. | 14:32:44 |

Page 166

ATTORNEYS' EYES ONLY – HIGHLY CONFIDENTIAL



19       Q.   Does Mr. McAdam have any responsibility in his          15:26:05

20    role for tracking SPI's competitors?                           15:26:08

21       A.   I -- I'm not sure if "responsibilities" is the         15:26:16

22    right word, but, you know, he's the chief revenue officer      15:26:20

23    and president, so he tracks all competitors and wants to       15:26:24

24    know about competitors.                                        15:26:29

25       Q.   Does Mr. McAdam project competitors' impact on         15:26:31

Page 191

ATTORNEYS' EYES ONLY — HIGHLY CONFIDENTIAL

| 1 | SPI's revenue? | 15:26:36 |
| 2 | A.   Not to my knowledge, no. | 15:26:38 |

| 6 | To the best of your knowledge, has Mr. McAdam | 15:26:53 |
| 7 | ever attempted to quantify the revenue SPI has lost to | 15:26:55 |
| 8 | FIGS or to any other competitor? | 15:26:57 |
| 9 | A.   Not to my knowledge. | 15:27:04 |

Page 192

ATTORNEYS' EYES ONLY – HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 18 | Q.   When FIGS entered the marketplace, did you | 15:44:44 |
| 19 | consider FIGS to be marketing to a specific segment of | 15:44:49 |
| 20 | medical professionals? | 15:44:54 |
| 21 | A.   No. | 15:45:00 |

Page 202

ATTORNEYS' EYES ONLY — HIGHLY CONFIDENTIAL

| | | |
|---|---|---|
| 7 | (Exhibit 666 was marked for identification.) | 16:43:05 |

| | | |
|---|---|---|
| 9 | BY MR. SALZMANN: | 16:43:25 |
| 10 | Q.   Mr. Alexander, do you recognize this as an | 16:43:25 |
| 11 | email from Kim Webb sent on May 4th, 2018, addressed to | 16:43:27 |
| 12 | you among others? | 16:43:30 |
| 13 | A.   Yes. | 16:43:31 |
| 14 | Q.   If you go to the bottom of the chain before the | 16:43:40 |
| 15 | attachment, it's page ending 1246, there is an email from | 16:43:41 |
| 16 | Mr. Singer.  And he says, "Kim, Jeff, Jae, please each | 16:43:44 |
| 17 | study FIGS and Jaanuu's marketing and advertising.  I'd | 16:43:48 |
| 18 | like a presentation from each of you on Friday when I | 16:43:54 |
| 19 | return from NYC.  They are growing and connecting better | 16:43:54 |
| 20 | with our audience.  Let's study them.  Please tell us | 16:43:56 |
| 21 | what is making them so effective.  I'd like to know what | 16:43:59 |
| 22 | they are doing well and what you see that is wrong or | 16:44:01 |
| 23 | misleading about their marketing." | 16:44:01 |
| 24 | Do you know why he was focused on FIGS and | 16:44:06 |
| 25 | Jaanuu specifically? | 16:44:09 |

Page 233

ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL

| 1 | A.   I think that's a good question for Mike. | 16:44:18 |

Page 234

ATTORNEYS' EYES ONLY—HIGHLY CONFIDENTIAL

```
11        Q.   All right.  This is slide headed "Analysis."      16:53:35
12   It's the last slide of the attachment about FIGS.  The      16:53:42
13   analysis read:  "This is a company that is young, has a      16:53:42
14   great corporate image, good product, and is mobile.  They   16:53:44
15   have excellent social, especially on Instagram and          16:53:47
16   Pinterest, where engagement is high.  The target audience   16:53:51
17   is high-end niche market, but they have the best fully      16:53:55
18   integrated and multi-platform marketing content in the      16:53:57
19   industry, and will most likely capture the attention of     16:53:57
20   up and coming nurses because of it.  Perhaps most           16:53:59
21   importantly, their DTC e-commerce strategy gives them a     16:54:01
22   huge advantage over retail-oriented manufacturers."         16:54:05
23        Does the analysis report any of the misleading         16:54:11
24   claims Mr. Singer asked the team to find?                   16:54:14
25        A.   I haven't read through the -- the document, so    16:54:18
```

Page 240

ATTORNEYS' EYES ONLY / HIGHLY CONFIDENTIAL



| | | |
|---|---|---|
| 1 | I don't know. | 16:54:20 |
| 2 | Q. This analysis at the end contains no report of | 16:54:22 |
| 3 | misleading claims? | 16:54:26 |
| 4 | A. It doesn't say that. | 16:54:33 |

| | | |
|---|---|---|
| 12 | Q. Let me -- is there anything negative about FIGS | 16:54:50 |
| 13 | in this analysis? | 16:54:53 |
| 14 | A. There doesn't appear to be, no. | 16:54:56 |

Page 241

ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL

1                    REPORTER'S CERTIFICATE

2

3           I, Rosalie A. Kramm, Certified Shorthand

4     Reporter for the State of California, do hereby certify:

5           That the witness named in the foregoing

6     deposition was by me duly sworn; that the deposition was

7     then taken before me at the time and place herein set

8     forth; that the testimony and proceedings were reported

9     stenographically by me and were transcribed through

10    computerized transcription by me; that the foregoing is a

11    true record of the testimony and proceedings taken at

12    that time; and that I am not interested in the event of

13    the action.

14          Witness my hand dated August 12, 2021.

15

16

17                    *Rosalie A. Kramm*

18          ROSALIE A. KRAMM

19          CSR 5469, RPR, CRR

20

21

22

23

24

25

                                              Page  273