# EXHIBIT B

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3
 4
     _____
 5                                   )
     STRATEGIC PARTNERS, INC.,       )
 6                                   )
             Plaintiff,              )
 7                                   )
        vs.                          )   Case No. 2:19-cv-02286-JWH-KS
 8                                   )
     FIGS, INC., CATHERINE           )
 9   ("TRINA") SPEAR, HEATHER        )
     HASSON,                         )
10                                   )
             Defendants.             )
11                                   )
                                     )
12   _____)
13
14
15      ** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **
16            REMOTE VIDEOTAPED DEPOSITION OF
17                  TIMOTHY H. BYERS
18              Tuesday, October 5, 2021
19                      Volume I
20
21   Reported by:
     NADIA NEWHART
22   CSR No. 8714
23   Job No. 4831673
24   PAGES 1 - 180
25
```

Page 1

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY



11          THE REPORTER:  Thank you.  Please raise your

12     right hand, Mr. Byers.

13

14               TIMOTHY H. BYERS,

15       having been first duly sworn, was examined and

16               testified as follows:

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 9      Q   So looking at this Exhibit Number 2, I want

10   to focus your attention on your experience with        12:28:07

11   Consolidated Pathways, Inc. from, I believe,

12   April 2012 to March 2017.

13           Do you see that?

14      A   Yes.
```

```
18      Q   Tell me about that.  Tell me about your --

19   your duties and responsibilities as a

20   commercialization manager at Consolidated Pathways.     12:28:41

21      A   Basically, what I did during that time frame

22   was identify sales leads for potential client

23   customers for the antimicrobial technology.  I would

24   contact them, attempt to convince them to adopt the

25   technology for their products.                          12:29:08
```

Page 24

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              I would also describe the benefits of the

 2      technology, how they might market and promote them,

 3      what kind of up charge they might be able to charge

 4      for it, describe the process by which the technology

 5      would be applied to the textiles in the textile        12:29:29

 6      mills.

 7              I would often provide our distributors who

 8      sold to various textile mills around the world that

 9      could apply the technology, and then I would put

10      them in contact with the distributor to actually get   12:29:41

11      the physical materials to the plant for trials.

12              And then there's a process by which once the

13      fabrics are treated, they're sent back to our

14      location or independent textile labs that would

15      confirm that material was applied properly and that    12:30:02

16      the antimicrobial performed was -- was one treated

17      with enough technology and treated properly so that

18      it was functional.

19              Once that -- those reports were done, we'd

20      provide back that positive report, and the clients     12:30:22

21      were given a green light to buy and use the

22      technology.

23              In doing that activity, the other things that

24      I provided was refer back to Dow Chemical, the

25      company that Consolidated Pathways had contract with   12:30:39
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| 1 | to let them know of the new client and make sure |
| 2 | that they were then well aware that we would be |
| 3 | tracking and following the success of that client |
| 4 | for them. |
| 5 |     Q   Anything else? |
| 6 |     A   I attended various technical meetings, |
| 7 | industry seminars and -- who routinely went out and |
| 8 | tried to drum up new clients at various association |
| 9 | meetings and seminars. |
| 10 |     Q   And you mentioned technology.  What |
| 11 | technology are you talking about? |
| 12 |     A   During those four years, we had a single |
| 13 | product.  It was Silvadur, which is a brand name |
| 14 | silver-based antimicrobial from Dow Chemical, and we |
| 15 | were the -- that was the product that we were |
| 16 | representing to the industry. |

Timestamps:
- 5: 12:30:56
- 10: 12:31:16
- 15: 12:31:37

Page 26

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 2      Q   Mr. Byers, it looks like, based upon, you

 3   know, Exhibit 2, you have a -- at least some

 4   educational background in chemical engineering.

 5        Is that one of your bases for -- for, I        12:35:48

 6   guess, understanding the technology behind these

 7   antimicrobial products?

 8      A   It certainly helped.  Prior to -- I don't

 9   know if it's listed in the LinkedIn or not.  No, it

10   doesn't go far enough.                              12:36:10

11        My background, if you're interested, I spent

12   30 years with Dow Corning, started out in the

13   technical area for five years, developing products

14   and vetting things.  Then moved to marketing

15   research; then into marketing; then into sales; then 12:36:27

16   into commercial development.

17        I was -- was forced with early release

18   through a downsizing in 2002; and then worked for

19   Akzo Nobel in commercial development, Eastman Kodak,

20   for a year in commercial development.               12:36:47

21        And then came back to Midland and worked for

22   AEGIS, which was an antimicrobial technology.  So I

23   did that for eight years and then joined -- when

24   that was purchased and the Midland shop closed,

25   that's when we started up Consolidated Pathways.  So 12:37:05
```

Page 29

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      I've been -- what is that, eight plus five?
 2      13 years or so in antimicrobial technology selling
 3      to it, and the sell is a technical sell.  So I've --
 4      my knowledge of how antimicrobials work are the ones
 5      that I sell, is -- is based on a fundamental skill      12:37:27
 6      in understanding technology.
 7            But then also I was trained by Dow Corning
 8      personnel, as well as microbiologists such as Bob
 9      Monticello, to understand how do you apply them, how
10      do you work with them, how do you test them and then   12:37:46
11      on the commercial side, working with clients and --
12      and the suppliers of the technology, knowing how
13      they needed to be promoted to the industry.
14            So it's -- it's knowledge gained by
15      experience working with people who understand the      12:38:01
16      technology, is how I learned how they work.
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

7     Q   It does.  So have you heard of a enzyme wash

8   during your experience working with antimicrobial

9   technology?

10    A   I personally have never run into it.          12:49:41

11    Q   Do you know what it is?

12    A   And I'm -- I'm not a textile chemist by

13   trade.  I've heard of it, but I -- I am not familiar

14   with the technology.

15    Q   Would you say Silvadur is an enzyme wash?       12:49:51

16    A   No.

17    Q   Would you say Silvadur is some sort of a

18   coating?

19    A   Yes.

20    Q   So let's talk about Consolidated Pathways and   12:50:11

21   Dow.  I know you mentioned Consolidated Pathways was

22   a company that helped promote Silvadur; is that

23   correct?

24    A   Yes.

Page 38

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

23        Q   In order to do all this, did you receive any

24     education or, for example, documents about the

25     science behind Silvadur?                        12:54:05

Page 40

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A   Yes, the -- from the science and -- Dow | |
| 2 | Chemical had a whole array of documents on the | |
| 3 | technology and how to use it, and so forth.  The | |
| 4 | Exhibit 1 you had of the trademark and promotional | |
| 5 | use was one of only more than probably two dozen | 12:54:27 |
| 6 | brochures on the Silvadur technology in general. | |

| | | |
|---|---|---|
| 13 | Q   And who would have these brochures right now? | |
| 14 | A   Dow Chemical certainly should or whoever they | |
| 15 | eventually sold the technology off to with their | 12:55:04 |
| 16 | mergers and then breakups. | |
| 17 | Q   Did you have -- | |
| 18 | A   Go ahead. | |
| 19 | Q   I'm sorry.  Go ahead, Mr. Byers.  I | |
| 20 | interrupted you. | 12:55:16 |
| 21 | A   I don't know if the Silvadur website is still | |
| 22 | up or not.  Any -- any current distributor that has | |
| 23 | access to that website would have the -- pre-access | |
| 24 | to all those documents.  They were all online. | |

Page 41

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

4       A   The -- the Silvadur website itself, a

5   significant amount of literature was available and        12:55:50

6   it was a public site.  Within that was a password

7   protected for distributors which had a lot of the

8   more in-depth technical nitty-gritty of how to

9   actually apply it to the textile mills.

Page 42

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

13    Q   Got it.  Was FIGS a licensee of the Silvadur

14    trademark, to your knowledge?

15    A   I do not know whether they signed or -- or         01:01:11

16    did not sign a license.  I'm aware, through this

17    process and so forth, that they did use the Silvadur

18    brand in their promotional literature.

19    Q   But in order to use the Silvadur brand, the

20    literature, they would have to enter into a           01:01:36

21    licensing agreement; is that right?

22    A   Actually, no.  There -- there are many

23    companies around the world that use the Silvadur

24    name that never obtain the formal license.

25    Q   How does that work?                                01:01:51

Page 45

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    A   They put Silvadur on their marketing

2    materials and -- and never told Dow they did it.

3    It's up to Dow to scrutinize the market and take

4    action if they have a problem with it.

14    Q   So let's -- let's talk about sort of the

15    science behind Silvadur again.                    01:02:56

16        Do you know what type of tests were done

17    regarding Silvadur and its efficacy as far as

18    antimicrobial efficacy?

19    A   Yes.  There's multiple antimicrobial tests

20    that are recognized and -- and authorized by -- by   01:03:19

21    the textile industry.  The ones that are typically

22    used and the ones that -- that are used for the

23    Silvadur technology, you make up a culture of a

24    certain known amount of bacteria.  Typically, it's

25    either staphylococcus or E. coli are the two most   01:03:45

Page 46

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

1    readily used organisms.

2        You take treated fabric, you inoculate a

3    small amount of organism onto the fabric.  You put

4    it in a petri dish.  You let it run overnight for at

5    least 24 hours, sometimes for a week.  You then          01:04:11

6    recover a little bit from that fabric, and then you

7    play it out and you see if it grew.

Page 47

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 9      Q   How -- how long have you seen the Silvadur --
10   to your knowledge, how long have you seen                01:07:18
11   Silvadur -- the efficacy of Silvadur last on a
12   treated article?
13      A   The longest I've seen testing -- I think we
14   did one fabric to a hundred washes on a well-treated
15   fabric just to see if it really would last that         01:07:37
16   long, and it did.  But once again, that was a
17   very -- a higher level of treatment, and usually
18   anywhere from 25 to 50 washes is pretty much what we
19   saw customers get.
20      Q   Would you say Silvadur lasts for the lifetime     01:07:56
21   of the garment?
22      A   You would have to specify what the fabric's
23   lifetime is first.  Cotton versus rayon versus
24   polyester all have different lifetimes, and -- and
25   blends are anywhere in between.                          01:08:21
```

Page 49

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1        Q    What about -- what about poly/rayon?

2        A    Typically, the Silvadur would be very

3   strongly adhered and would last a good long time at

4   the higher end.
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
14       Q   Based upon your relationship with Dow and

15   with the silver product, is that statement a          01:10:30

16   statement that you would -- you would say is -- is a

17   statement that is approved for a Silvadur brand?

18       A   The statement lasts for the life of the

19   garment?

20       Q   Yes.                                           01:10:49

21       A   I believe that was Dow's intent, yes.  I

22   think they would -- I believe Karel Williams, the

23   marketing manager, was comfortable with that

24   statement.
```

Page 51

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
12        Q    And, Mr. Byers, who would -- who would have

13      the actual test supporting the efficacy, whether

14      it's 24 hours or two, three minutes, of Silvadur?
```

```
17              THE WITNESS:  The president of -- of

18      Consolidated Pathways, Bob Monticello, was also the

19      Ph.D. microbiologist who oversaw all of the testing

20      that was done for the Silvadur technology for the          01:41:59

21      time that I was there, so he would be the person who

22      would have kept the file for all of the testing.

23           And that was also provided -- all copies were

24      provided to Karel Williams at Dow Chemical, who may

25      or may not still have that, since Bob I know -- I          01:42:21
```

Page 68

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

 1    believe is still at Consolidated Pathways.

 2    BY MR. KIM:

 3        Q    Let's move on to a different claim that a

 4    company can make about Silvadur.

 5            Have you seen any testing or studies that          01:42:41

 6    show Silvadur reduces hospital-acquired infections

 7    by 66 percent?

 8        A    I have not seen any formal studies reported

 9    on that.  I've seen studies done by alternate

10    technologies that people have done, and I'm aware of      01:43:05

11    technologies that can achieve that.

Page 69

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 4          And my question to you is, did FIGS use

 5    Silvadur?                                        01:55:58

 6       A   Yes.

 7       Q   When did FIGS start using Silvadur?

 8       A   My recollection is they -- we were contacted.

 9    I contacted back.  I got them involved with the

10    distributor.  I believe they came in contact and    01:56:13

11    went with a different distributor of Silvadur.

12          The process would be that they would have

13    arranged for trials at a textile mill.  I think

14    where they ended up -- I believe they ended up in

15    China, if I remember correctly.  But I would need    01:56:37

16    access to my old emails in order to verify that.

17    The trials were successful, and I believe that they

18    started using the technology.
```

Page 77

HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 5 | Mr. Byers -- Mr. Byers, do you recollect any | 02:09:32 |
| 6 | testing that FIGS or -- or you oversaw testing the | |
| 7 | Silvadur efficacy of the 77 percent rayon polyester | |
| 8 | combination? | |
| 9 | A   Well, I believe that -- that -- I can't say | |
| 10 | whether that fabric specifically was -- was run or | 02:09:56 |
| 11 | not.  But I'm seeing from Bob's memo here that they | |
| 12 | went to Hua Fang in China instead of staying with | |
| 13 | Hyosung. | |
| 14 | My recollection is that the fabric trials -- | |
| 15 | whatever fabrics that were used at Hua Fang were | 02:10:21 |
| 16 | successful trials. | |

Page 86

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



25        Q   And is it accurate -- is it correct for me to        02:19:18

Page 92

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

1    say that these branding guidelines are applied to

2    FIGS and FIGS' use of Silvadur?

13        A    If FIGS is a user of Silvadur, it would apply

14    to them.

Page 93

5      Q   I know you mentioned that -- that there was      03:48:16

6   some trials done on the FIGS garment treated with

7   Silvadur.  Can you describe in detail specifically

8   what the trial tests that were done.

9      A   The -- I'm not sure what -- which trials

10   you're referring to, so --      03:48:42

11      Q   So you mentioned --

12      A   The qualification trials?

13      Q   Right.  Is there any other trials besides

14   that?

15      A   The -- well, I just wanted to be specific,      03:48:53

16   what you're talking about.  The -- the qualification

17   trials at Hua Fang textile mill would have been on

18   fabric samples that they would produce for FIGS.

19   And those fabric samples, treated and untreated,

20   would have been sent to our location, Consolidated      03:49:17

21   Pathways.  And we would have them independently

22   tested for efficacy.  So what is -- what is the

23   question?

24      Q   So the test that Consolidated Pathways

25   performed, you said for efficacy.  What efficacy?      03:49:33

Page 131

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1        A    The control of the growth of typically either

2    E. coli or staph on the fabric.
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 10 | Q   This is a copy of an article entitled "The | 04:08:29 |
| 11 | polymer approach"? | |
| 12 | A   Yes, I see it. | |
| 13 | Q   Have you seen this article before? | |
| 14 | A   Let me look at it for a second. | |
| 15 | Okay.  I actually have never read this one | 04:09:11 |
| 16 | before, but I -- I know what it's about. | |
| 17 | Q   In the third paragraph, Dr. Monticello writes | |
| 18 | that (as read): | |
| 19 | "Microbial contamination of textile | |
| 20 | products is a major problem, not | 04:09:34 |
| 21 | only in the hospital environment but | |
| 22 | in the everyday use of fabrics." | |
| 23 | Do you see that? | |
| 24 | A   Yes, I do. | |
| 25 | Q   Do you have any reason to disagree with | 04:09:40 |

Page 146

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      Dr. Monticello's statement?

 2          A   I would agree with it.
```

```
 6          Q   And he also says that (as read):

 7              "Bacterial cross-contamination and

 8              the risks associated with Hospital

 9              Acquired Infections (HAI) are

10              pronounced."                            04:09:57

11              Do you have any reason to disagree with that

12      statement?

13          A   I do not disagree.
```

Page 147

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

 1   Reporter of the State of California, do hereby

 2   certify:

 3        That the foregoing proceedings were taken

 4   before me at the time and place herein set forth;

 5   that any witnesses in the foregoing proceedings,

 6   prior to testifying, were administered an oath; that

 7   a record of the proceedings was made by me using

 8   machine shorthand which was thereafter transcribed

 9   under my direction; that the foregoing transcript is

10   a true record of the testimony given.

11        Further, that if the foregoing pertains to the

12   original transcript of a deposition in a Federal

13   Case, before completion of the proceedings, review

14   of the transcript [X] was [ ] was not requested.

15        I further certify that I am neither financially

16   interested in the action nor a relative or employee

17   of any attorney or any party to this action.

18        IN WITNESS WHEREOF, I have this date subscribed

19   my name.

20

21   Dated: October 7, 2021

22

23                    *Nadia Newhart*

                    NADIA NEWHART

24                    CSR NO. 8714

25

                                             Page 177