# EXHIBIT D

ATTORNEYS' EYES ONLY

```
 1                 UNITED STATES DISTRICT COURT

 2            FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3

 4      _____

                                     )
 5      STRATEGIC PARTNERS, INC.,     )
                                     )
 6              Plaintiff,            )
                                     )
 7         vs.                        )   No. 2:19-cv-02286-JWH-KSx
                                     )
 8      FIGS, INC., CATHERINE         )
        ("TRINA") SPEAR, HEATHER      )
 9      HASSON,                       )
                                     )
10              Defendants.           )
        _____)

11

12

13                  ***ATTORNEYS' EYES ONLY***

14            VIRTUAL VIDEOCONFERENCE DEPOSITION OF

15                 PAUL MCADAM, SPI 30(b)(6)

16               Friday, February 11, 2022

17                        Volume I

18

19

20

21      Reported by:

        ALEXIS KAGAY

22      CSR No. 13795

23      Job No.  5075592

24      PAGES 1 - 146

25
```

Page 1

ATTORNEYS EYES ONLY



9          This is the video-recorded deposition of Paul

10    McAdam, designated as 30(b)(6) witness in the matter of   02:02:15

11    Strategic Partners, Inc., versus Figs, Inc., filed in

12    the United States District Court for the Central

13    District of California, case number 2:19-cv-02286.

Page  9

ATTORNEYS EYES ONLY



18          THE VIDEOGRAPHER:  Would the court reporter

19    please swear in the witness.

20

21

22              PAUL MCADAM, SPI 30(b)(6),

23    having been administered an oath, was examined and

24    testified as follows:

25

Veritext Legal Solutions
866 299-5127

ATTORNEYS' EYES ONLY

16        Q    When did you first join SPI?

17        A    CBI, as it's known -- as it's known today.

18             I joined in July 2019, late July.

19        Q    When you joined in 2019, what was your initial

20    position there?                                          02:05:58

21        A    The same position I've held for the last two

22    and a half years.  I joined as president and chief

23    revenue officer.

Page 12

ATTORNEYS EYES ONLY

```
2              I want to turn now and mark as Exhibit 1023,

3       I'm going off of the prior deposition a spreadsheet

4       that was produced by SPI.  If we could show that.

5              (Exhibit 1023 was marked for identification     02:07:45

6          by the court reporter and is attached hereto.)
```

Page 14

ATTORNEYS' EYES ONLY

6      Q   At a high level, what does Exhibit 1023 show?

7      A   It shows -- I don't know how you would like me

8  to refer to it, SPI or CBI, you tell me how you would

9  like me to do it, but it refers to our revenue from Q-1

10  2011 to Q-2, 2021.                                    02:10:34

11      Q   And I think for purposes of the deposition, if

12  you use SPI, that's perfectly fine.

13          The far right column, if you look at it, it

14  states that it is quote, total, end quote.  What does

15  that column denote?                                   02:10:50

16      A   That is our net revenue.

17      Q   And how would you define net revenue?

18      A   Gross sales minus discount and returns.

19      Q   Any other deductions off of gross revenue

20  other than those two components?                      02:11:04

21      A   Not to my understanding.

22      Q   Does Exhibit 1023 include revenue derived from

23  allheart?

24      A   No, it does not.

25      Q   Does Exhibit 1023 include revenue derived from  02:11:23

ATTORNEYS EYES ONLY

```
1     Medelita?

2          A   No, it does not.
```

ATTORNEYS' EYES ONLY

```
13          Q   Do you know what percentage of your scrubs

14     revenue is B-to-B sales?

15          A   95 percent.                              02:23:02
```

Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY



```
21        Q   As of today, if you know.

22        A   On an annualized basis?

23        Q   Correct.

24        A   Directly, 12 percent.  And that would not

25    redefine international to not include Canada for the        02:27:41
```

Page 28

ATTORNEYS' EYES ONLY

| 1 | sake of that question. |

Veritext Legal Solutions
866 299-5127

ATTORNEYS' EYES ONLY

```
1          Q   At the prior 30(b)(6) deposition, Mr. Singer,

2     who was testifying as the corporate representative,

3     testified that SPI's total revenue in 2020 was

4     approximately 650 million.  Is that number accurate?

5          A   Directionally accurate, yes.                02:29:32

6          Q   And when you say directionally accurate, what

7     do you mean by that?

8          A   Give or take $10 million.
```

Page 30

ATTORNEYS' EYES ONLY



```
15              MR. RHOW:  All right.  Let's move to the next    02:35:46

16    document that I have, which we'll mark as Exhibit 1025.

17              This is another spreadsheet that SPI produced,

18    and it should be pulling up on the screen.

19              (Exhibit 1025 was marked for identification

20         by the court reporter and is attached hereto.)       02:36:01
```

```
23         Q    What is Exhibit 1025?

24         A    It is our gross sales, net sales in unit and

25    profit for CBI sales versus Amazon, Walmart, ASI and      02:36:26
```

Page 34

ATTORNEYS EYES ONLY

```
1     other online channels.  So it would be Walmart --

2     Walmart.com in this case.
```

Veritext Legal Solutions
866 299-5127

ATTORNEYS EYES ONLY



```
15            All right.  Let's now move to -- let's move to      03:06:18

16     Exhibit 1030.

17            (Exhibit 1030 was marked for identification

18         by the court reporter and is attached hereto.)
```

```
21        Q    What is Exhibit 1030?

22        A    It is allheart revenue from 20 -- allheart

23     sales from 2012 to 2021.
```

Page 54

ATTORNEYS' EYES ONLY



```
13        Q    And?

14        A    Gross sales units, net sales profit.

15        Q    And is this all sales from allheart or sales    03:07:51

16   of SPI scrubs and allheart?

17        A    It is all allheart sales.

18        Q    Are you able to, from the records you're aware

19   of, obtain SPI -- strike that.

20             Are you able to obtain sales from allheart SPI   03:08:13

21   scrubs?

22        A    I am able to obtain it.  You can see it in

23   column F and G what we deliver to allheart.

24        Q    Okay.  I'm sorry.  So the left column, gross

25   sales, is total sales from allheart.com?                   03:08:34
```

Page 55

ATTORNEYS EYES ONLY

1          A    Yes.

2          Q    And the column that says sales of SPI -- of

3    CBI brands are sales of SPI brands on allheart?

4          A    Correct.

ATTORNEYS EYES ONLY



```
12        Q    Okay.  Now I want to focus on the far right

13   column which we talked about, CBI's percentage of net

14   sales.  The number has gone up since 2017 to the

15   present.  Do you see that?                              03:11:24

16        A    I do.

17        Q    Yeah, so it went from 29.9 percent to a high

18   of 40.8 percent in 2020.  Do you see those numbers?

19        A    I do.

20        Q    And then SPI of course purchased allheart in  03:11:37

21   2018.  With those data points in mind, do you know why

22   that percentage has increased?

23        A    No.

24        Q    Has that been part of an intentional business

25   strategy, if you know?                                  03:12:01
```

Page 57

ATTORNEYS EYES ONLY

```
 1          A    In what years, please?

 2          Q    Really, in any of the years after allheart was

 3     purchased by SPI, has the increase in the sales of SPI

 4     brands been part of an intentional business strategy?

 5          A    We spent marketing dollars in 2021 more          03:12:23

 6     heavily than in past years on CBI brands.
```

```
 9          Q    So the marketing that you spent in 2021 was

10     specific to allheart?                                      03:12:55

11          A    Allheart does its own marketing.

12          Q    Okay.  Because you said the "we."  So in 2021,

13     was it allheart that was spending more money in terms

14     of marketing on SPI brands?

15          A    Yes.                                             03:13:17
```

Page 58

ATTORNEYS EYES ONLY

```
    14          Q    And is there anything wrong with Figs buying

    15      ad words?                                                    03:17:36

    16          A    No.
```

Page 61

ATTORNEYS EYES ONLY



```
22        Q   When did SPI retailers begin selling 3P on

23     Amazon?

24        A   2014.  Maybe before.  I don't know.  To my

25     knowledge, I believe it -- I believe it was roughly    03:29:47
```

Page 63

ATTORNEYS' EYES ONLY

```
 1    2014.

 2            Possibly -- actually, let me clarify that.  I

 3    believe it was before.  I don't know when it was

 4    before.

 5        Q   Now, at the prior 30(b)(6) deposition, Mr.      03:30:02

 6    Singer indicated that at some point in time SPI began

 7    to reduce and consolidate the retailers who were

 8    selling 3P.

 9            Do you recall that?  And if so, when did that

10    start taking place?                                     03:30:17

11        A   I do recall it, and the transition started in

12    2020.

13        Q   And in 2020, how many retailers were selling

14    3P on Amazon prior to the consolidation?

15        A   45.                                             03:30:39

16        Q   And after the consolidation?

17        A   5.

18        Q   And how did SPI determine which retailers

19    could sell 3P on Amazon in 2020?

20        A   We determined who were our best partners,      03:30:52

21    caring for our brands and treating our brands in the

22    right way and working in partnership with us, and those

23    that did that, continued with the Amazon business.

24        Q   Why did SPI want to consolidate at that time?

25        A   Because we want to market our brands in the     03:31:14
```

Page 64

ATTORNEYS' EYES ONLY

```
 1    right way, control our brands in the right way, and

 2    making sure that the end consumer is getting the best

 3    possible product and the best possible service.

 4         Q    Prior to consolidation, what was the problem

 5    with having the 45 retailers sell 3P?              03:31:39

 6         A    Some didn't represent our brand in the correct

 7    way.  They didn't give the consumer enough choice,

 8    enough depth in the collection, enough options to

 9    purchase.

10              We want to make sure our brands are        03:32:02

11    highlighted and amplified in the right way, and we can

12    do that best ourselves.

20         Q    Do you know why SPI decided to sell P3 on   03:32:41

21    Amazon?

22         A    Yes, because we want to amplify our brands,

23    highlight our brands in the right way, control our

24    listings in the right way, so we make the consumer

25    experience much more enhanced.                       03:32:57
```

Page 65

ATTORNEYS EYES ONLY

14        Q   What does it mean that those retailers were

15   not treating the brand with care?                        03:37:05

16        A   They weren't presenting the brand correctly.

17   They weren't controlling the listings.  There would be

18   broken sizes.  There would be incomplete offers.  They

19   wouldn't have the correct style.  They wouldn't have --

20   they wouldn't hold inventory correctly.                   03:37:17

21        Q   And for SPI, the retailers who were not

22   treating the brand with care were hurting SPI sales;

23   fair?

24        A   I don't know if they were hurting SPI sales.

25   They were hurting our brand, our image and the way we    03:37:34

Page 68

ATTORNEYS' EYES ONLY

```
 1        like to treat our brand in the marketplace.
```

```
21             Q   All right.  Okay.  Now let's move to

22        Exhibit 1031.
```

```
24             Q   What is Exhibit 1031?

25             A   It is sales from if our branded sites that we    03:39:13
```

Page 69

1       own.

7            Q    What does "branded sites" mean?

8            A    It is sites that we own and run directly.

9            Q    And as you sit here, the only sites that SPI

10      has ever owned and run directly are Cherokee Infinity        03:39:49

11      and Heartsoul?

12           A    By the definition of branded sites, yes.

13           Q    I don't mean this to be argumentative.   Is

14      there another definition of branded sites?

15           A    Well, it's not our only D-to-C, right?   We've       03:40:04

16      got allheart.   We've got Metalida.   We have Silverts.

17      These are the branded sites outside of those other

18      D-to-C platforms.

                                                              Page 70

ATTORNEYS EYES ONLY



19          As to Infinity scrubs, what percentage of its

20     overall sales at SPI come from the website?          03:44:15

21          A   1 percent.

23          The remaining 99 percent comes from brick and

24     mortar sales?

25          A   No.                                          03:44:41

                                                            Page 72

ATTORNEYS EYES ONLY

```
 1          Q    Tell me where the remaining 99 percent comes
 2     from.
 3          A    Brick and mortar sales, Amazon, allheart, ASI
 4     sales retailer Amazon, 3P.
```

```
 9          Q    Do you have estimates as to bricks and -- as
10     to the brick and mortar component, do you have an          03:45:24
11     estimate as to what percentage of Infinity scrub sales
12     come from brick and mortar?
13          A    It's an estimate.  I would like it to be taken
14     as such, 50 percent.
15          Q    And that's a current estimate; correct?          03:45:40
16          A    Yes.
```

Page 73

ATTORNEYS EYES ONLY

```
 9          Q    Do you know the marketing budget for the

10     Infinity marketing team?                              03:48:30

11          A    Define budget, please.

12          Q    The amount that SPI is allocating to marketing

13     for Infinity, do you know that number currently on an

14     annualized basis?

15          A    Directly, $500,000.                          03:48:52

16          Q    And do you know what that number was in 2018?

17          A    I was not there in 2018.  I have no idea.

18          Q    Do you know what it was in 2019?

19          A    $400,000.

20          Q    How about for 2020?                          03:49:07

21          A    $450,000.
```

Page 75

ATTORNEYS' EYES ONLY



```
13              Scrubstar is -- has a website, correct?

14      A    Correct, yes.

15      Q    And who owns that website?              04:15:55

16      A    We do.

17      Q    And who manages it?

18      A    We do.

19      Q    Can you buy scrubs off the Scrubstar website?

20      A    No.                                     04:16:08
```

Page 93

ATTORNEYS' EYES ONLY



```
12            Do you have any documents -- are you aware of

13      any documents in SPI's possession that identify a

14      specific customer that was lost due to what is being

15      alleged in the complaints?                          05:00:59

16        A    That names a specific customer?

17        Q    Correct.

18        A    I do not.
```

Page 101

ATTORNEYS EYES ONLY

```
 7        Q   Do you know if SPI has ever reached out to

 8    former customers to learn why they no longer purchase

 9    SPI brands prior to filing the complaint?

10        A   I do not.                                    05:02:05
```

Page 102

ATTORNEYS EYES ONLY



| 14 | Q    And so between 2013 and 2018, did SPI reduce | |
| 15 | the amount of employees dedicated to marketing? | 05:22:08 |
| 16 | A    Yes. | |
| 17 | Q    And do you know the number of employees that | |
| 18 | were reduced? | |
| 19 | A    I do not. | |

Page 114

ATTORNEYS' EYES ONLY



```
 3         Q    In 2019, do you know the size of the marketing

 4     department?

 5         A    Yes.                                          05:22:51

 6         Q    How many folks were there?
```

```
10              THE WITNESS:   Between 32 to 35 people.      05:23:05

11     BY MR. RHOW:

12         Q    And today, what is the number of folks in the

13     marketing department?

14         A    26 people.
```

Page 115

ATTORNEYS EYES ONLY

21          MR. RHOW:  Okay.  Let's go to Exhibit 1035.

22          (Exhibit 1035 was marked for identification

23      by the court reporter and is attached hereto.)

ATTORNEYS' EYES ONLY

2        Q   And what is Exhibit 1035?

3        A   So for the record, I didn't see this document,

4    so I missed it in the prep.

5            It looks like "Targeted keyword themes and          05:45:03

6    related phrases," from 21 to -- June 21 to

7    January 2022.

Page 125

ATTORNEYS EYES ONLY

```
 8        Q    Now, at least this document indicates a total

 9    spend of $61,000 for June 2021 to January 2022.  Do you

10    see that?                                              05:48:08

11        A    I do.

12        Q    Do you know how an average budget of about

13    $60,000 came about?

14        A    No, I do not.
```

Page 127

ATTORNEYS EYES ONLY



Do you have any --

```
20    does SPI have in its possession any purchase orders    05:59:26

21    which identify on the purchase order which

22    antimicrobial treatment has been applied?

23         A   I haven't seen those purchase orders.

24         Q   And so you don't know if any such purchase

25    orders exist?                                          05:59:41
```

Page 135

ATTORNEYS' EYES ONLY

```
 1        A    Are you asking me if I've seen a physical

 2    piece of paper saying we have a purchase order for

 3    antimicrobial goods?  No, I haven't.

 4        Q    All right.  And so let me just wrap it up.

 5    I've gone -- as you sit here today, you are not aware        05:59:54

 6    of any purchase orders in SPI's possession, custody and

 7    control that reflect the identity of the antimicrobial

 8    manufacturer used on its scrub wear; right?
```

```
13        A    So we purchase garments with antimicrobial

14    treatments.  I have not physically seen a purchase

15    order -- a purchase order simulating that, so I have        06:00:26

16    not seen a physical piece of paper, no.

17        Q    Well, when you say physical that gets me --

18    whether it's digital or physical --

19        A    I have not seen digital, physical purchase

20    orders.  Any form of purchase orders, I have not seen.      06:00:41
```

```
                                                                 06:00:53

                                                                 Page 136
```

ATTORNEYS' EYES ONLY

```
 1
 2
 3
 4          I, the undersigned, a Certified Shorthand
 5   Reporter of the State of California, do hereby certify:
 6          That the foregoing proceedings were taken
 7   before me at the time and place herein set forth; that
 8   any witnesses in the foregoing proceedings, prior to
 9   testifying, were placed under oath; that a record of
10   the proceedings was made by me using machine shorthand
11   which was thereafter transcribed under my direction;
12   further, that the foregoing is an accurate
13   transcription thereof.
14          I further certify that I am neither financially
15   interested in the action nor a relative or employee of
16   any attorney of any of the parties.
17          IN WITNESS WHEREOF, I have this date subscribed
18   my name.
19
20   Dated: 2/13/2022
21
22
23
                     ALEXIS KAGAY
24                   CSR NO. 13795
25
```

Veritext Legal Solutions
866 299-5127