# EXHIBIT E

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4     _____

 5     STRATEGIC PARTNERS, INC.,      )

 6             Plaintiff,             )

 7         vs.                        ) Case No.

 8     FIGS, INC., CATHERINE          ) 2:19-cv-02286-JWH-KS

 9     ("TRINA") SPEAR, HEATHER       )

10     HASSON,                        )

11             Defendants.            )

       _____)

12

13       ** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **

14

15            REMOTE VIDEOTAPED DEPOSITION OF

16                 MARNI J. PENTA, ESQ.

17                Monday, July 12, 2021

18                     Volume I

19

20     Reported by:

21     NADIA NEWHART

22     CSR No. 8714

23     Job No. 4666344

24

25     PAGES 1 - 218
```

Page 1

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

```
17          THE REPORTER:  Please raise your right hand.

18

19                MIRNA J. PENTA, ESQ.,

20     having been first duly sworn, was examined and

21                testified as follows:

22
```

Page 9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
12        Q    Okay.  Great.  So per your profile, you say

13     that you're (as read):

14             "CEO and Founder of ProWearPlus

15             Designer Medical Apparel, Los              09:12:22

16             Angeles' premiere full-service

17             provider of high-end medical

18             garments and specialty medical

19             devices for medical professionals

20             and the entertainment industry."          09:12:37

21             Do you see that?

22        A    Yes, I do.
```

Page 25

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

4       Q    So would you say that SPI doesn't have a

5    marketing message?                                         09:54:22

8            THE WITNESS:   I would say that a marketing

9    message by SPI -- if you're talking about to end

10   consumers, not me as a retailer -- is not something       09:54:37

11   that has been the focus.

12           Now, if you're talking about SPI's marketing

13   message to retailers, because we are really their

14   customers as well, then that would be different.

15   It's not something that you would see on social           09:54:51

16   media, but you can tell by letters and collateral

17   material that are sent to us and the occasional

18   convention that we have what their message is.

Page 56

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

4      BY MS. CHERLOW:

5          Q   So you would say that SPI does not have a          09:56:50

6      dominant message to end consumers, yes or no?

7          A   No, no, they don't.

Page 58

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
19        Q    What about advertising?  Is SPI best in class

20     at advertising in comparison to FIGS?                    10:21:01

21        A    No.
```

Page 74

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

```
10      Q   Is SPI being harmed by the way it's        10:48:44

11    supporting its retailers -- third party retailers

12    with respect to how they market its brands?
```

```
15          THE WITNESS:  Yes, harm to the degree that it   10:48:53

16    reduces potential sales.
```

Page 85

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 4        Q   So -- but there are documents that exist

 5   prior to 2018 where you're emailing SPI with respect       10:49:57

 6   to your criticisms?

 7        A   Yes.

 8        Q   And generally speaking, what topics did you

 9   have crit- -- did you discuss in those emails?

10        A   Generally speaking, I addressed how to          10:50:24

11   improve branding, how to differentiate product, how

12   to generate excitement about the products that we

13   sell, how to encourage people to buy more frequently

14   because they make more products more frequently.
```

```
17            Approximately how early did you begin

18   emailing SPI with respect to your criticisms on

19   branding?

20        A   Maybe like eight to nine years ago.            10:51:08

21   Definitely eight years ago.  I'm not sure what form

22   other discussions took place in.
```

Page 86

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 2          MS. CHERLOW:  I'm going to mark as

 3     Exhibit 252 -- 3 -- 253.

 4          This is a October 17th, 2018 email from

 5     yourself to Mike Singer with a subject line "FIGS      10:53:40

 6     Becomes the First-Ever Medical Apparel Company to

 7     Open A Pop-Up Shop with Its First Location on

 8     Melrose Place."

 9          (Exhibit 253 was marked for identification

10          and is attached hereto.)                          10:54:00
```

Page 88

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY



```
25         Q   And then you -- you go on to say (as read):    10:57:01
```

Page 90

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

1           "Why are we giving up easy points?"

2           What'd you mean by that?

3      A    Because it's easy to advocate for your

4    product.  And if you're not effectively advocating

5    for your product, that's something that you could be          10:57:15

6    doing.  And you're not doing and you're giving up

7    easy points, that is, sales.

8      Q    So you didn't think that SPI was effectively

9    advocating for its product, correct?

10     A    Not in a way that reached the end consumer,          10:57:29

11   yes.

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

10          MS. CHERLOW:  I'm going to mark as exhibit          11:01:21

11     next in order Exhibit 254, and this is an

12     April 30th, 2018 email chain between yourself, Mike

13     Alexander, Mike Singer, Rosh -- Ross Fischman,

14     Martha Penta, Lionel Cassini, and the subject line

15     is "Quality Problems - WorkWear Originals for          11:02:03

16     National Customer."

17          (Exhibit 254 was marked for identification

18          and is attached hereto.)

Page 94

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

11      Q   Okay.  You also bring up the issue of

12  shipping in this email.

13      A   Okay.  Let me -- okay.  I'm there.

14      Q   Uh-huh.  And you mention that it takes --

15  overall, you're frustrated with the cost and the          11:20:09

16  times for shipping SPI's brands to you and you

17  getting them to the end consumer; is that fair to

18  say?

19      A   Yes.

20      Q   And you set an example where you actually          11:20:19

21  lost money by the time a product was shipped to the

22  end user given the shipping cost and time, correct?

23      A   Yes.

Page 107

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



```
 9        Q   Going back to the email on 3144, you go on to

10     say (as read):                                    11:36:25

11            "The idea that SPI can have its cake

12            and eat it to by selling direct on

13            two fronts and squeezing retailers

14            with burdensome, outdated terms is

15            not a tenable long-term situation          11:36:33

16            for SPI or its retailers."
```

Page 119

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q    So what did you mean by that first sentence?

2      A    In terms of long-term solutions, we, as

3   retailers, compete with not just FIGS but Amazon.

4   Amazon is dominant for everybody.  And we needed to

5   be able to have current shipping terms that were          11:37:40

6   not, as I said, outdated that could satisfy people's

7   needs for product quickly and with easy returns.

8      Q    Did you think you were being harmed by the

9   fact that SPI was not competing with Amazon with

10  respect to shipping and getting you product?            11:38:06

11     A    Yes, yes.

12     Q    And because you were being harmed and it was

13  harder for you to sell product, SPI was selling less

14  product through your retail location, correct?

15     A    Yes.                                             11:38:32

16     Q    Do you think that SPI's shipping terms have

17  improved since 2018?

18     A    The shipping terms and time are the same

19  except for the fact that everything has been

20  impacted by COVID.                                       11:39:01

Page 120

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

let's mark exhibit

12      next in order Exhibit 255.  It's a September 14th,

13      2018 email from you to Mike Singer.

14              (Exhibit 255 was marked for identification

15              and is attached hereto.)                    11:40:35

Page 121

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

23          MS. CHERLOW:  I'd like to mark as exhibit

24      next in order Exhibit 256, and it's a August 24th,

25      2020 email, it looks like, to yourself, with a                12:49:45

Page 129

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1        subject line "Mike Alexander texts:  December 3 & 4,

2        2019."

3                (Exhibit 256 was marked for identification

4                and is attached hereto.)
```

Page 130

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY



| 20 | Q   And so it's fair to say that you didn't think | 12:52:33 |
| 21 | SPI was spending enough attention on brand building | |
| 22 | at the time, correct? | |
| 23 | A   Correct. | |
| 24 | Q   And you go on to state -- and this is on the | |
| 25 | next page of the PDF (as read): | 12:52:45 |

Page 131

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              "It seems like SPI is appealing to
 2              identity first as a substitute for
 3              building the brand name and (2)
 4              detaching it from the mass market
 5              Walmart history of the brand."        12:53:04
 6          Do you see that?
 7      A   I do.
```

```
10              MS. CHERLOW:  Thank you.              12:53:14
11      Q   What do you mean by a substitute for building
12   the brand name?
13      A   As I've stated in this testimony today, I
14   believe that it's important for people to know what
15   the brands are, first of all, that are available to  12:53:27
16   them and then what the brands stand for, what the
17   different collections are within those brands, what
18   their prices are, how they differentiate among each
19   other.
20      Q   And you didn't think SPI was doing a good    12:53:38
21   enough job at that as of December 2019, correct?
22      A   Correct.
23      Q   What do you mean by SPI appealing to identity
24   first as a substitute for, two, detaching it from
25   the mass market Walmart history of the brand --      12:54:01
```

Page 132

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

| 1 | MS. HANNA: "Of the Cherokee brand." |
|---|---|
| 2 | MS. CHERLOW: "Cherokee brand." Thank you. |
| 3 | THE WITNESS: Sometimes consumers informed me |
| 4 | that they associated Cherokee with a Walmart-type |
| 5 | brand. It seemed imperative, first of all, that -- |
| 6 | because since they're separate companies, that we |
| 7 | needed to clarify that but also make it clear to |
| 8 | consumers at large that Cherokee is not the same as |
| 9 | the Walmart brand and is not synonymous with the |
| 10 | pricing or quality or experience that you would |
| 11 | expect from Walmart. |

12:54:16

12:54:33

| 22 | Q   And you didn't think that SPI was doing a |
|---|---|
| 23 | good enough job at highlighting the differences |
| 24 | between the Cherokee brand as sold in Walmart versus |
| 25 | the Cherokee brand and sub-brands that you sell in |

12:55:12

Page 133

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1     your store, correct?

2        A    Correct.

3        Q    Did you think these two issues were

4     causing -- in your opinion, did you think these two

5     issues were causing harm to SPI?                    12:55:32
```

```
8              THE WITNESS:   It certainly were causing harm

9     to me.   I can't speak for SPI as a whole.
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



```
18          So then on the next page, you go on to say

19      (as read):

20          "So FIGS is killing us in La because          12:59:19

21          it looks like the only high quality

22          brand.  I have had so many FIGS

23          requests lately!!!  I had a lady

24          pull out her phone so she could show

25          me how awesome the video she saw          12:59:36
```

Page 136

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1              was - and it was an AD.  She was

2              literally excited about an ad."

3              Was this statement true at the time?

4       A     It is true.
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

18          MS. CHERLOW:  Okay.  I'm going to introduce

19     exhibit next in order, 258; and this is a

20     November 5th, 2018 email chain between yourself,          01:12:15

21     Mike Singer and Michael Alexander, with a subject

22     line "Re:  Introducing Infinity's new site, where

23     the possibilities are endless!"

24         (Exhibit 258 was marked for identification

25          and is attached hereto.)                             01:12:37

                                                        Page 143

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY



```
17       Q   Would you say you were unhappy about SPI's

18   move into direct-to-consumer sales?

19       A   Yes.

20       Q   On a scale of one to ten, how unhappy were      01:14:47

21   you about SPI's movement to direct-to-consumer

22   sales?

23       A   On a scale of one to ten with ten being the

24   most unhappy?

25       Q   Uh-huh.                                          01:15:00
```

Page 144

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

| 1 | A   Let's say a 9.5. |
|---|----------------------|

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



```
22        Q   When you said SPI said for years that it

23   would not sell direct, who at SPI made that

24   statement?

25        A   Sales reps, including Ross Fischman, Mike        01:17:54
```

Page 146

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Alexander, Mike Singer.

2        Q   Did you feel betrayed by these people when

3    you found out that SPI was selling direct?

4        A   Yes.

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

18      Q   Are you receiving commissions from purchases

19   made through the Infinity site?

20      A   We have received commissions from the          01:22:26

21   direct-to-consumer site, yes.

22      Q   And what volume of, I guess, overall revenue

23   is comprised of those commissions you've received

24   from the direct purchase site?

25      A   It is de minimis.                               01:22:47

Page 149

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY



```
            Thank you.  Okay.  So going back to the

17   second paragraph, you identify certain critiques of

18   SPI.

19           First -- so you describe FIGS.  You say (as

20   read):                                          01:28:12

21           "FIGS is successful because they

22           advertise, plain and simple."

23           And then you go on to state (as read):

24           "If SPI had done this advertising,

25           as I suggested in a series of            01:28:24
```

Page 152

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

1          meetings in 2015, we wouldn't be at

2          this point today."

3          What advertising had you suggested in those

4     meetings in 2015?

5     A    I advocated building the brand names,                01:28:32

6     distinguishing among the different brands themselves

7     and calling out what the differences are among the

8     different types of brands at different price points,

9     especially given that there -- that they sound very

10    similar.                                                  01:28:50

11         I thought it was important to make consumers

12    excited about fashion and the -- the fashion element

13    of scrubs.  I thought it was important to be more

14    engaging and advertise the brands as a whole, not

15    with a view towards manufacturers selling direct,        01:29:04

16    but getting people excited such that they would want

17    to go to stores, either online or in person, to try

18    on and, hopefully, buy SPI product.

19    Q    And is it fair to say that you think that

20    FIGS has done a good job on those metrics for its        01:29:21

21    brand?

22    A    Yes.  But -- except for the metrics that

23    don't apply, yes, they've done a good job.

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 5      Q   You state (as read):                    01:31:03

 6          "I now have customers who don't even

 7          want Cherokee or Dickies because

 8          those are deemed to be low class

 9          brands compared to FIGS which is

10          marketed as a premium apparel brand."   01:31:15

11          Was that statement true when you made it?

12      A   Yes.
```

Page 155

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



```
 8            MS. CHERLOW:  Okay.  I'd like to mark as

 9    Exhibit 260 a January 3, 2019 email chain between

10    yourself and Mike Alexander with a subject -- dated    01:44:45

11    January 3, 2019, subject line "Re:  SPI-PWP:  Agenda

12    for 1/3 Meeting."

13            (Exhibit 260 was marked for identification

14             and is attached hereto.)
```

Page 164

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
13        Q    When you say with respect to "Classical" --

14   "Classic Professional Scrubs" (as read):

15            "I hate to say it, but if I were a              01:54:36

16            doctor, I would" -- "I probably

17            would be wearing FIGS scrubs."

18            Do you see that?

19        A    I do.

20        Q    Why did you say that?                          01:54:45

21        A    Aside from the fact that it's true?  I mean,

22   more broadly, before FIGS ever came along -- I know

23   FIGS likes to advertise that they invented all of

24   the scrubs.  There had been no innovation for the

25   last hundred years I constantly hear.                    01:55:08
```

Page 170

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    It was apparent to me that classic scrubs,

2    classic professional scrubs, as I defined them, were

3    a bit lacking.  What I mean by that are the scrub

4    equivalent of the Armani suit, something with clean

5    lines, no hooks, bungees, zippers, long sleeves, low    01:55:25

6    V-necks, shiny fabrics.

7    And as I mentioned previously, the lack of a

8    one-pocket women's shirt that a female dentist or

9    doctor would wear was something that was missing,

10   and I identified it.  If I were a female doctor,      01:55:42

11   that's the style of garment that I would wear, and

12   that was always the case even before FIGS.

13   And at this time, when I wrote the email,

14   FIGS did create a product that addressed those

15   needs; therefore, I said if I were a doctor, I       01:55:58

16   probably would be wearing FIGS scrubs and Medelita

17   lab coats.

Page 171

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY



```
 9        Q   So you think that SPI is not casting as large

10    a net as it should be with its marketing?          02:00:19


12            THE WITNESS:  Well, I think that goes back to

13    what I talked about with the brand.  I mean, you

14    don't have to run an ad for every single profession

15    under the sun.  But if you sufficiently advertise    02:00:34

16    your brand and your products in a way that everybody

17    sees it, people who are looking for scrubs will say,

18    hey, I want those too.

19    BY MS. CHERLOW:

20        Q   And you agree that FIGS has done a good job   02:00:50

21    at that, correct?

22        A   Correct.
```

Page  174

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 12      Q   Then you go on to talk about (as read):

 13          "FIGS - A 2-Pronged Counter-Attack."

 14          Is it fair to say that at this point, you

 15  wanted to drive FIGS out?                              02:07:37

 16      A   Yes.  I'm a businessperson.
```

                                                            02:07:53

```
 21      Q   Your first prong is "Product Focus."  You

 22  mention something interesting here.

 23          You say (as read):

 24          "We're seeing people now say 'I

 25          don't want Cherokee/Dickies' because       02:08:12
```

Page 179

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              it's associated with cheaper

 2              collections.  Even when I show

 3              customers that there are higher end

 4              Cherokee and Dickies lines, they're

 5              not interested because the brand is        02:08:21

 6              tainted."

 7              What did you mean by the word "tainted"?

 8       A    It has -- at the higher price points, it is

 9   more difficult to convince people sometimes -- I'm

10   using again generalizations here because these are    02:08:36

11   bullet points for a meeting -- it is sometimes

12   harder to convince people that Cherokee or Dickies

13   is worthy of a hundred dollar price point for a

14   scrub set because of the public perception of what

15   those brands are.                                     02:08:54

16       Q    And what created the public perception of

17   what those brands are in your opinion?

18       A    I mean, the origin is, for example, Dickies

19   is more well known as a -- or broadly known as a,

20   you know, blue collar work-type outfit.  That's       02:09:15

21   something having to do with the brand.  I believe

22   that existed even before SPI took over the Dickies

23   license.

24              As noted previously, people also see Cherokee

25   in Walmart, so the origins of people's familiarity    02:09:28
```

Page 180

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1     with those brands could stem in part from those two

2     scenarios.
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

```
12        Q    You go on to state (as read):

13             "This is where FIGS succeeded in

14             creating a clean, modern aesthetic

15             surrounded by a perception of              02:13:21

16             luxury, exclusivity, and better

17             quality."

18             And this was based -- you made this

19        statement, in part, based on your ten years of

20        experience in the medical apparel industry, correct?   02:13:28

21        A    Correct.

22        Q    Do you still agree with that statement?


24             THE WITNESS:  I do.

                                                          02:13:45

                                                          Page 183
```

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1            I, the undersigned, a Certified Shorthand
 2    Reporter of the State of California, do hereby
 3    certify:
 4         That the foregoing proceedings were taken
 5    before me at the time and place herein set forth;
 6    that any witnesses in the foregoing proceedings,
 7    prior to testifying, were administered an oath; that
 8    a record of the proceedings was made by me using
 9    machine shorthand which was thereafter transcribed
10    under my direction; that the foregoing transcript is
11    a true record of the testimony given.
12         Further, that if the foregoing pertains to the
13    original transcript of a deposition in a Federal
14    Case, before completion of the proceedings, review
15    of the transcript [ ] was [ ] was not requested.
16         I further certify that I am neither financially
17    interested in the action nor a relative or employee
18    of any attorney or any party to this action.
19         IN WITNESS WHEREOF, I have this date subscribed
20    my name.
21         Dated: July 14, 2021
22
23
24         NADIA NEWHART
25         CSR NO. 8714
```

Page 214