# EXHIBIT G

1                UNITED STATES DISTRICT COURT

2               CENTRAL DISTRICT OF CALIFORNIA

3

4

5    STRATEGIC PARTNERS, INC.,        )
                                      )
6              Plaintiff,             )
                                      )
7          vs.                        ) Case No.
                                      ) 2:19-cv-02286-JWH-KS
8                                     )
     FIGS, INC., CATHERINE            )
9    ("TRINA") SPEAR, HEATHER         )
     HASSON,                          )
10             Defendants.            )
                                      )
11

12

13

14              REMOTE VIDEO DEPOSITION OF

15             RENATA RITCHESON, VOLUME II

16              Sunday, October 30, 2022

17

18

19

20

21

22

23

24   REPORTED BY:  RENEE HARRIS, CSR 14168, CCR, RPR
     JOB NO. 5558993
25   PAGES:  267 - 322

                                        Page 267

```
 1        APPEARING VIRTUALLY IN MARINA DEL REY, CALIFORNIA;

 2             SUNDAY, OCTOBER 30, 2022; 10:08 A.M.

 3

 4                           --o0o--

 5

 6                      RENATA RITCHESON,

 7     called as a witness and having been first duly

 8     sworn by the Certified Shorthand Reporter, was

 9     examined and testified as follows:

10

11

                                                  10:10:59
17          Could you state and spell your name for    10:11:00

18     the record, please?                             10:11:02

19        A.  My name is Renata Ritcheson.  First name, 10:11:02

20     R-e-n-a-t-a; last name, R-i-t-c-h-e-s-o-n.      10:11:13
```

Page 274

1

24          So you are a current employee of the          10:12:15

25     entity formerly known at Strategic Partners, now     10:12:19

Page 275

| | | |
|---|---|---|
| 1 | known as Careismatic Brands; correct? | 10:12:22 |
| 2 | A.  Yes. | 10:12:24 |
| 3 | Q.  You're represented for purposes of this | 10:12:25 |
| 4 | deposition by the law firm of Michelman & | 10:12:28 |
| 5 | Robinson; correct? | 10:12:28 |
| 6 | A.  Yes. | 10:12:28 |
| 7 | Q.  And your employer, Careismatic, formerly | 10:12:33 |
| 8 | known as SPI is paying for your legal counsel | 10:12:39 |
| 9 | today; right? | 10:12:42 |
| 10 | A.  Yes. | 10:12:43 |
| 11 | | |

Page 276

1

| | | |
|---|---|---|
| 14 | Q.  Okay.  You are currently vice president | 10:17:53 |
| 15 | of emerging products at SPI; correct? | 10:17:57 |
| 16 | A.  I am no longer. | 10:18:01 |
| 17 | Q.  What is your present position? | 10:18:02 |
| 18 | A.  Vice president, research and insights. | 10:18:03 |
| 19 | Q.  Prior to assuming that position, you were | 10:18:10 |
| 20 | vice president of emerging products; correct? | 10:18:12 |
| 21 | A.  Yes. | 10:18:12 |
| 22 | Q.  And you became vice president of emerging | 10:18:16 |
| 23 | products in roughly mid-2020; is that fair? | 10:18:19 |
| 24 | A.  Yes. | 10:18:24 |
| 25 | Q.  Before you became vice president of | 10:18:25 |

Page 281

| | | |
|---|---|---|
| 1 | emerging products, you were director of market | 10:18:28 |
| 2 | research; right? | 10:18:30 |
| 3 |     A.  Yes. | 10:18:32 |
| 4 |     Q.  And you assumed that position in roughly | 10:18:33 |
| 5 | 2012; correct? | 10:18:36 |
| 6 |     A.  Yes. | 10:18:38 |
| 7 |     Q.  During the time that you were director of | 10:18:39 |
| 8 | market research, Kim Webb was your supervisor; | 10:18:43 |
| 9 | right? | 10:18:49 |
| 10 |     A.  Yes. | 10:18:49 |
| 11 |     Q.  She was the chief marketing officer at | 10:18:49 |
| 12 | SPI? | 10:18:53 |
| 13 |     A.  Yes. | 10:18:54 |
| 14 |     Q.  She was in charge of the whole marketing | 10:18:55 |
| 15 | department; right? | 10:18:59 |
| 16 |     A.  Yes. | 10:19:00 |
| 17 |     Q.  And you were fond of Ms. Webb as a | 10:19:01 |
| 18 | supervisor; right? | 10:19:06 |
| 19 |     A.  Yes. | 10:19:07 |
| 20 |     Q.  Others in the marketing department, as | 10:19:09 |
| 21 | well, they liked Ms. Webb? | 10:19:11 |
| 22 |     A.  Yes. | 10:19:14 |
| 23 | | |

Page 282

```
 1                                                        10:19:40
 7          Q.  When Ms. Webb left SPI, is it fair to say  10:19:41
 8     the marketing department was devastated?            10:19:44
 9          A.  Yes.                                        10:19:46
10          Q.  And people cried?                          10:19:50
11          A.  Yes.                                        10:19:51
12          Q.  Before Ms. Webb, you had another           10:19:51
13     supervisor; right?                                  10:19:58
14          A.  Yes.                                        10:19:59
15          Q.  And, in fact, it's fair to say, isn't it,  10:19:59
16     that since you started working at SPI, there have   10:20:06
17     been at least four or five different heads of       10:20:10
18     marketing; correct?                                 10:20:12
19          A.  Yes.                                        10:20:12
20                                                          10:20:24
23          When is it specifically that you became         10:20:25
24     vice president of research and insights?            10:20:28
25          A.  A couple months ago.                       10:20:30
```

Page 283

1

10:20:52

7        Q.  So while you were director of market          10:20:52

8    research, your job responsibilities included           10:20:56

9    understanding consumer wants and needs for             10:21:01

10   purposes of product development and marketing;         10:21:05

11   correct?                                               10:21:05

12       A.  Yes.                                           10:21:05

13       Q.  And your job responsibilities as -- as         10:21:10

14   director of market research also included             10:21:13

15   conducting focus groups, interviews, surveys with     10:21:16

16   consumers; right?                                      10:21:20

17       A.  Yes.                                           10:21:21

18       Q.  And in the course of conducting those         10:21:22

19   focus groups, interviews, surveys, you learned        10:21:26

20   what motivated customers to buy its products;         10:21:30

21   right?                                                 10:21:33

22       A.  Yes.                                           10:21:33

23       Q.  You learned for example, that the No. 1       10:21:35

24   attribute that motivates consumers to buy scrubs      10:21:41

25   is comfort; right?                                     10:21:45

Page 284

| | | |
|---|---|---|
| 1 | A.  Yes. | 10:21:47 |
| 2 | Q.  And you learned that the second-most | 10:21:47 |
| 3 | important attribute that motivates customers to | 10:21:50 |
| 4 | buy scrubs is fit; right? | 10:21:53 |
| 5 | A.  Yes. | 10:21:56 |
| 6 | Q.  And then after that, you learned value | 10:21:57 |
| 7 | and stretch are, I guess, the third and fourth | 10:22:01 |
| 8 | most important attributes that motivate customers | 10:22:10 |
| 9 | to buy scrubs; right? | 10:22:12 |
| 10 | A.  It depends on the year. | 10:22:13 |
| 11 | Q.  Okay.  Well, how does it depend on the | 10:22:15 |
| 12 | year? | 10:22:17 |
| 13 | A.  Generally those are the two -- the next | 10:22:18 |
| 14 | two attributes. | 10:22:21 |
| 18 | Putting those four attributes aside: | 10:22:30 |
| 19 | Comfort, first; fit, second; value and stretch | 10:22:35 |
| 20 | third and fourth, you learned as director of | 10:22:38 |
| 21 | market research that everything else really just | 10:22:41 |
| 22 | comes down to the purchaser's personal preference; | 10:22:44 |
| 23 | right? | 10:22:44 |
| 24 | A.  Yes. | 10:22:44 |
| 25 | Q.  SPI changed its name to Careismatic | 10:22:55 |

Page 285

| | | |
|---|---|---|
| 1 | Brands, Inc. in January of 2020; right? | 10:22:59 |
| 2 | A.  Yes. | 10:22:59 |
| 3 | Q.  It's fair to say that it did that because | 10:23:06 |
| 4 | the prior name, Strategic Partners, Incorporated, | 10:23:09 |
| 5 | didn't really tell a compelling brand story; | 10:23:15 |
| 6 | right? | 10:23:15 |
| 7 | A.  Yes. | 10:23:15 |
| 8 | Q.  It didn't tell a consumer story; correct? | 10:23:21 |
| 9 | A.  Yes. | 10:23:21 |

| | | |
|---|---|---|
| 11 | And when SPI was named Strategic | 10:23:32 |
| 12 | Partners, Inc., it was really just a collection of | 10:23:35 |
| 13 | brands; fair? | 10:23:38 |
| 14 | A.  Yes. | 10:23:40 |
| 15 | Q.  Going -- going back to your job | 10:23:43 |
| 16 | responsibilities as director of market research, | 10:23:52 |
| 17 | those responsibilities also included researching | 10:23:56 |
| 18 | other scrubs companies in the marketplace; | 10:23:59 |
| 19 | correct? | 10:23:59 |
| 20 | A.  Yes. | 10:23:59 |
| 21 | Q.  Including FIGS? | 10:24:08 |
| 22 | A.  Yes. | 10:24:09 |
| 23 | Q.  Part of that research included | 10:24:09 |
| 24 | researching whether other scrubs companies in the | 10:24:15 |
| 25 | marketplace were making health claims; right? | 10:24:17 |

Page 286

| | | |
|---|---|---|
| 1 | A.  Yes. | 10:24:17 |
| 2 | Q.  And you would agree, Ms. Ritcheson, that | 10:24:20 |
| 3 | in your view, a health claim is a claim that a | 10:24:22 |
| 4 | person was going to be protected from disease or | 10:24:27 |
| 5 | infection; right? | 10:24:30 |
| 6 | A.  Yes. | 10:24:30 |
| 7 | | |
| 9 | During the time that you were director of | 10:24:40 |
| 10 | market research, Mike Singer was SPI's chief | 10:24:46 |
| 11 | executive officer; right? | 10:24:49 |
| 12 | A.  Yes. | 10:24:51 |

Page 287

```
 1

 7              In 2017, Mr. Singer specifically asked to    10:25:49

 8    you look into whether FIGS was making health           10:25:52

 9    claims; correct?                                       10:25:56

10         A.  Yes.                                          10:25:59

11         Q.  And you determined that when it came to       10:25:59

12    health claims, FIGS was actually pretty good;          10:26:02

13    right?                                                 10:26:06

14         A.  No.                                           10:26:06

15              MR. WEISS:  I'd like to direct your          10:26:10

16         attention to Exhibit 2101, and we'll -- we        10:26:11

17         can pull that up on the screen so you can see     10:26:18

18         it.                                               10:26:19

19    BY MR. WEISS:                                          10:26:19

20         Q.  This appears to be a January 9, 2017          10:26:26

21    e-mail from you to Mr. Singer, subject line,           10:26:29

22    "Competitors Healthcare Claims."  Right?               10:26:32

23         A.  Yes.                                          10:26:32

24
```

Page 288

1

```
 4        Q.  Do you see there in the first line, you        10:26:49

 5     say, "Mike, you asked for a list of FIGS and Life      10:26:51

 6     Threads healthcare claims.  Following is the           10:26:56

 7     list."                                                 10:26:58

 8            Do you see that?                                10:26:59

 9        A.  Yes.                                            10:26:59

10        Q.  And then you say, "FIGS is actually            10:27:00

11     pretty good."  Don't you?                              10:27:05

12        A.  With a comma after the sentence.                10:27:06

13        Q.  "But the word FIGS is actually pretty          10:27:09

14     good.  They only make one claim and it is buried       10:27:14

15     on their site" appeared there in the e-mail;           10:27:16

16     correct?                                               10:27:16

17        A.  Yes.                                            10:27:16
```

Veritext Legal Solutions
866 299-5127

```
 1

 5        Q.  So you would agree, Ms. Ritcheson,          10:27:55

 6    wouldn't you, that when you conducted research      10:27:56

 7    into any health claims FIGS was making in 2017,     10:27:58

 8    your conclusion was that, "FIGS was actually        10:28:02

 9    pretty good.  They only made one claim that was     10:28:08

10    buried on their site."  Right?                      10:28:10

11        A.  No.                                         10:28:12

12        Q.  So what you wrote in this e-mail, you       10:28:12

13    were not being truthful with Mr. Singer?            10:28:14

14        A.  I had been asked to look at the website     10:28:15

15    on a specific day.  So with respect to this         10:28:20

16    e-mail, I was being very truthful with the          10:28:25

17    request, not in general.                            10:28:28


20        Q.  But on the day that you conducted the       10:28:35

21    research Mr. Singer had asked you to do and         10:28:39

22    reviewed FIGS website, your conclusion was that,    10:28:41

23    "FIGS is actually pretty good.  They only make one  10:28:44

24    claim and it's buried on their site."  Right?       10:28:47

25        A.  With respect to their website on that       10:28:51
```

| | | |
|---|---|---|
| 1 | specific day that I did the research. | 10:28:53 |
| 2 | | |
| 3 | As director of market research, you were | 10:29:05 |
| 4 | also involved with SPI's marketing of its own | 10:29:08 |
| 5 | scrubs; correct? | 10:29:11 |
| 6 | A.  Yes. | 10:29:11 |
| 7 | Q.  And that included reviewing SPI's | 10:29:13 |
| 8 | marketing and advertisement for compliance with | 10:29:18 |
| 9 | regulatory issues; right? | 10:29:20 |
| 10 | A.  Yes. | 10:29:26 |
| 11 | Q.  Particularly with respect to | 10:29:26 |
| 12 | antimicrobial and fluid barrier claims; correct? | 10:29:29 |
| 13 | A.  Yes. | 10:29:38 |
| 16 | Are you familiar with the product | 10:29:41 |
| 17 | SILVADUR? | 10:29:44 |
| 18 | A.  Yes. | 10:29:45 |
| 19 | Q.  And that's an antimicrobial treatment; | 10:29:45 |
| 20 | right? | 10:29:52 |
| 21 | A.  Yes. | 10:29:52 |
| 22 | Q.  It could be applied to scrubs among other | 10:29:53 |
| 23 | things; correct? | 10:29:55 |
| 24 | A.  Yes. | 10:29:55 |
| 25 | Q.  SPI has used SILVADUR as an antimicrobial | 10:30:00 |

Page 291

| | | |
|---|---|---|
| 1 | treatment on its scrubs; right? | 10:30:05 |
| 2 | A.  Yes. | 10:30:08 |
| 3 | Q.  And SPI marketed those SILVADUR treated | 10:30:08 |
| 4 | antimicrobial scrubs as being treated with | 10:30:11 |
| 5 | CERTAINTY antimicrobial technology; right? | 10:30:15 |
| 6 | A.  Yes. | 10:30:23 |
| 7 | Q.  That product, CERTAINTY antimicrobial | 10:30:23 |
| 8 | technology, launched in October 2014; right? | 10:30:27 |
| 9 | A.  Yes. | 10:30:27 |

| | | |
|---|---|---|
| 22 | Are you aware that one of the claims at | 10:30:56 |
| 23 | issue in this case is FIGS statement that its | 10:30:57 |
| 24 | scrubs kill bacteria and infection immediately | 10:31:00 |
| 25 | upon contact? | 10:31:03 |

Page 292

| | | |
|---|---|---|
| 1 | A.  Yes. | 10:31:04 |
| 2 | Q.  Now, SPI has also represented to | 10:31:09 |
| 3 | healthcare professionals that its CERTAINTY | 10:31:11 |
| 4 | antimicrobial technology, based on SILVADUR, | 10:31:14 |
| 5 | begins to work upon contact with bacteria; right? | 10:31:18 |
| 6 | A.  Yes. | 10:31:24 |
| 7 | Q.  And SPI has also represented to | 10:31:24 |
| 8 | healthcare professionals that its CERTAINTY | 10:31:29 |
| 9 | antimicrobial technology, based on SILVADUR, | 10:31:32 |
| 10 | renders bacteria ineffective immediately; right? | 10:31:36 |
| 11 | A.  Yes. | 10:31:39 |
| 12 | MR. WEISS:  I'd ask you to pull up, or | 10:31:41 |
| 13 | we'll do it on the screen, Exhibit 2342. | 10:31:43 |

| | | |
|---|---|---|
| 18 | Do you recognize this document? | 10:32:01 |
| 19 | A.  I do recognize this document. | 10:32:01 |
| 20 | Q.  This is the frequently asked questions | 10:32:05 |
| 21 | page on the CERTAINTY Technologies website as of | 10:32:06 |
| 22 | August 2016; correct? | 10:32:10 |
| 23 | A.  I will take your word for that. | 10:32:15 |
| 24 | Q.  If you look at the small text at the top | 10:32:18 |
| 25 | of this document, you'll see WayBack Machine | 10:32:21 |

Page 293

| | | |
|---|---|---|
| 1 | archive and then there's a date 20160818. | 10:32:26 |
| 2 | Do you see that? | 10:32:34 |
| 3 | A.  I do. | 10:32:34 |
| 4 | Q.  Do you have any reason to believe this is | 10:32:35 |
| 5 | not the CERTAINTY Technologies FAQ page as of | 10:32:36 |
| 6 | August 18, 2016? | 10:32:39 |
| 7 | A.  No. | 10:32:40 |
| 8 | Q.  And you would have been responsible for | 10:32:41 |
| 9 | vetting the language on this page to the extent it | 10:32:48 |
| 10 | dealt with antimicrobial or fluid barrier issues; | 10:32:50 |
| 11 | correct? | 10:32:55 |
| 12 | A.  In 2016, I am not certain that I was the | 10:32:55 |
| 13 | person vetting all of the language. | 10:32:59 |
| 14 | MR. WEISS:  Let's pull up Exhibit 2019. | 10:33:07 |
| 15 | We'll come back to this one. | 10:33:12 |
| 16 | BY MR. WEISS: | 10:33:12 |
| 17 | Q.  Do you recall, Ms. Ritcheson, a | 10:33:20 |
| 18 | litigation that SPI filed against a company called | 10:33:21 |
| 19 | Vestagen? | 10:33:29 |
| 20 | A.  Yes. | 10:33:29 |
| 21 | Q.  And you submitted a declaration in | 10:33:29 |
| 22 | connection with that litigation; correct? | 10:33:32 |
| 23 | A.  Yes. | 10:33:32 |
| 24 | Q.  Does this, at least based on the cover | 10:33:39 |
| 25 | page, and of course we can flip through it, does | 10:33:41 |

Page 294

| | | |
|---|---|---|
| 1 | this appear to be a true and correct copy of that | 10:33:43 |
| 2 | declaration? | 10:33:46 |
| 3 | A. Yes. | 10:33:46 |
| 4 | Q. If you move to the last page of the | 10:33:49 |
| 5 | declaration, do you see that you signed that | 10:33:51 |
| 6 | declaration there under penalty of perjury? | 10:33:56 |
| 7 | A. Yes. | 10:33:57 |

| | | |
|---|---|---|
| 19 | Q. If you go to Paragraph 6, it states | 10:34:20 |
| 20 | there, "In my role as director of market research, | 10:34:22 |
| 21 | I was one of the individuals who authorized the | 10:34:25 |
| 22 | publishing of the frequently asked questions and | 10:34:27 |
| 23 | answers on SPI's website regarding CERTAINTY and | 10:34:29 |
| 24 | CERTAINTY plus products"; correct? | 10:34:32 |
| 25 | A. Yes. | 10:34:32 |

Page 295

| | | |
|---|---|---|
| 1 | Q.  Okay.  You don't have any reason to | 10:34:36 |
| 2 | disagree with that statement, do you? | 10:34:38 |
| 3 | A.  I do not. | 10:34:39 |
| 4 | MR. WEISS:  We can go back to Exhibit | 10:34:45 |
| 5 | 2342 which has previously been admitted into | 10:34:47 |
| 6 | evidence. | 10:34:53 |

| | | |
|---|---|---|
| 13 | Q.  If we can go to the fifth page, the | 10:35:09 |
| 14 | fourth question down, you'll see there, there's a | 10:35:12 |
| 15 | question, "How quickly does the antimicrobial | 10:35:15 |
| 16 | fabric technology in CERTAINTY and CERTAINTY Plus | 10:35:20 |
| 17 | start working?" | 10:35:22 |
| 18 | Do you see that question? | 10:35:24 |
| 19 | A.  I do. | 10:35:25 |
| 20 | Q.  Would you please read the answer to that | 10:35:26 |
| 21 | question into the record? | 10:35:28 |
| 22 | A.  "The antimicrobial fabric technology in | 10:35:29 |
| 23 | CERTAINTY and CERTAINTY Plus starts to work upon | 10:35:32 |
| 24 | contact with unwanted bacteria on the fabric.  The | 10:35:36 |
| 25 | technology affects the ability of the cell to | 10:35:40 |

Page 296

| | | |
|---|---|---|
| 1 | replicate as well as its ability to remain viable; | 10:35:43 |
| 2 | essentially the bacteria cell is rendered | 10:35:48 |
| 3 | ineffective immediately." | 10:35:51 |
| 4 | Q.  That's a true statement, right, | 10:35:56 |
| 5 | Ms. Ritcheson? | 10:35:59 |
| 6 | A.  Yes. | 10:35:59 |

| | | |
|---|---|---|
| 10 | Q.  So I believe you -- you testified a few | 10:36:07 |
| 11 | moments ago, or a few -- a few minutes ago, | 10:36:10 |
| 12 | rather, that you are familiar with a company that | 10:36:13 |
| 13 | was called Vestagen; right? | 10:36:15 |
| 14 | A.  Yes. | 10:36:18 |
| 15 | Q.  And SPI initiated a lawsuit against | 10:36:20 |
| 16 | Vestagen about certain health claims Vestagen was | 10:36:23 |
| 17 | making; correct? | 10:36:28 |
| 18 | A.  Yes. | 10:36:28 |
| 19 | Q.  And that's the litigation in which you | 10:36:28 |
| 20 | submitted the declaration we were looking at a few | 10:36:30 |
| 21 | moments ago; right? | 10:36:32 |
| 22 | A.  Yes. | 10:36:33 |
| 23 | Q.  Vestagen was a scrubs manufacturer; | 10:36:38 |
| 24 | right? | 10:36:38 |
| 25 | A.  Yes. | 10:36:38 |

Page 297

| | | |
|---|---|---|
| 1 | Q.  Now, in that litigation, Vestagen | 10:36:45 |
| 2 | countersued SPI with respect to the claim on the | 10:36:47 |
| 3 | CERTAINTY Technologies FAQ page that we just | 10:36:49 |
| 4 | looked at; right? | 10:36:53 |
| 5 | A.  I know they did a counterclaim.  I don't | 10:36:58 |
| 6 | know the specific phrases that were in that suit. | 10:37:02 |
| 7 | Q.  We'll get to that in a moment. | 10:37:06 |
| 8 | Vestagen's countersuit was dismissed; | 10:37:08 |
| 9 | right? | 10:37:08 |
| 10 | A.  Yes. | 10:37:08 |
| 11 | MR. WEISS:  Let's go back to | 10:37:21 |
| 12 | Exhibit 2019, please, | |
| | | 10:37:29 |
| 15 | Q.  If we can go to paragraph 8, you'll see | 10:37:48 |
| 16 | there, you state that, "In connection with" -- and | 10:37:54 |
| 17 | I'm going to paraphrase the first part and then | 10:37:58 |
| 18 | we'll get to the specific language? | 10:38:01 |
| 19 | But in connection with CERTAINTY and | 10:38:02 |
| 20 | Certainty Plus products, you proposed the | 10:38:03 |
| 21 | following language, and then you see some language | 10:38:05 |
| 22 | italicized there; right? | 10:38:08 |
| 23 | A.  Yes. | 10:38:08 |
| 24 | Q.  Now, that language is the same language | 10:38:11 |
| 25 | that we just looked at on the frequently asked | 10:38:14 |

Page 298

| | | |
|---|---|---|
| 1 | questions page of the CERTAINTY technology | 10:38:17 |
| 2 | website; right? | 10:38:19 |
| 3 |     A.  Yes. | 10:38:24 |
| 4 |     Q.  Does that refresh your recollection as to | 10:38:25 |
| 5 | whether it was that language that was at issue in | 10:38:27 |
| 6 | Vestagen's countersuit? | 10:38:29 |
| 7 |     A.  That is -- yes, that language is at | 10:38:32 |
| 8 | issue. | 10:38:35 |
| 9 |     Q.  It was the language that was at issue in | 10:38:35 |
| 10 | Vestagen's countersuit; correct? | 10:38:39 |
| 11 |     A.  Yes. | 10:38:42 |
| 12 |     Q.  If we can go to the next paragraph, | 10:38:43 |
| 13 | Paragraph 9, you declared under penalty of perjury | 10:38:55 |
| 14 | in this declaration in the Vestagen lawsuit that | 10:38:58 |
| 15 | you knew that statement to be accurate because you | 10:39:01 |
| 16 | had studied the science behind SILVADUR; correct? | 10:39:03 |
| 17 |     A.  Yes. | 10:39:07 |
| 18 |     Q.  And that's true, you had studied the | 10:39:12 |
| 19 | science behind SILVADUR; correct? | 10:39:14 |
| 20 |     A.  Yes. | 10:39:16 |
| 21 |     Q.  And your study of the science behind | 10:39:16 |
| 22 | SILVADUR led you to understand that SILVADUR began | 10:39:20 |
| 23 | to render bacteria ineffective immediately upon | 10:39:22 |
| 24 | contact; correct? | 10:39:26 |
| 25 |     A.  Yes. | 10:39:28 |

Page 299

| | | |
|---|---|---|
| 1 | Q.  But just to be safe, you confirmed the | 10:39:31 |
| 2 | accuracy of that statement with representatives of | 10:39:34 |
| 3 | the Dow Chemical Company, the manufacturer of | 10:39:36 |
| 4 | SILVADUR anyway, didn't you? | 10:39:40 |
| 5 | A.  Yes. | 10:39:41 |
| 6 | Q.  You confirmed that language with a | 10:39:44 |
| 7 | gentleman named Robert Monticello at Consolidated | 10:39:46 |
| 8 | Pathways; right? | 10:39:51 |
| 9 | A.  Yes. | 10:39:51 |
| 10 | Q.  Consolidated Pathways was the authorized | 10:39:52 |
| 11 | distributor for SILVADUR; right? | 10:39:56 |
| 12 | A.  I don't know their role exactly.  I don't | 10:39:59 |
| 13 | remember. | 10:40:04 |
| 14 | Q.  But you understood Mr. Monticello to be a | 10:40:04 |
| 15 | representative of Dow in connection with SILVADUR; | 10:40:09 |
| 16 | is that fair? | 10:40:12 |
| 17 | A.  Yes. | 10:40:13 |
| 18 | Q.  And it's true, isn't it, that | 10:40:14 |
| 19 | Mr. Monticello described SPI's statement that | 10:40:18 |
| 20 | CERTAINTY began to work immediately on contact; | 10:40:22 |
| 21 | that SILVADUR began to work immediately on contact | 10:40:25 |
| 22 | as "worded very well," didn't you? | 10:40:27 |
| 23 | A.  Yes. | 10:40:30 |
| 24 | Q.  And that was "worded very well" because | 10:40:41 |
| 25 | SILVADUR does, in fact, begin working immediately | 10:40:43 |

Page 300

| | | |
|---|---|---|
| 1 | on contact against bacteria -- against bacteria; | 10:40:46 |
| 2 | correct? | 10:40:46 |
| 3 |     A.  Correct. | 10:40:46 |
| 4 | | |
| 5 |        If you could reference Exhibit 444. | 10:41:01 |
| 6 | You'll see here, this appears to be an e-mail | 10:41:12 |
| 7 | chain between you and Mr. Monticello in June of | 10:41:15 |
| 8 | 2016; right? | 10:41:21 |
| 9 |     A.  Yes. | 10:41:21 |
| 10 |     Q.  And that's roughly two months prior to | 10:41:25 |
| 11 | the frequently asked questions page regarding | 10:41:29 |
| 12 | CERTAINTY technology that we looked at a few | 10:41:32 |
| 13 | minutes ago; right? | 10:41:34 |
| 14 |     A.  Yes. | 10:41:34 |
| 15 | | |
| 16 |        Does this appear to be an e-mail that you | 10:41:41 |
| 17 | would have received in the regular course of your | 10:41:44 |
| 18 | business duties at SPI in 2016? | 10:41:46 |
| 19 |     A.  Yes. | 10:41:48 |
| 20 |     Q.  And it appears to be a true and accurate | 10:41:49 |
| 21 | copy of that e-mail; correct? | 10:41:51 |
| 22 |     A.  Yes. | 10:41:51 |
| 23 |        MR. WEISS:  All right.  Here, just for | 10:41:56 |
| 24 |       the record, we will be moving this into -- | 10:41:56 |
| 25 |       this e-mail into evidence. | 10:42:00 |

Page 301

| | | |
|---|---|---|
| 1 | MS. HANNA:  We have no objection. | 10:42:01 |
| 2 | | |
| 6 | Q.  You testified earlier, Ms. Ritcheson, | 10:42:11 |
| 7 | that a health claim is a claim that a person is | 10:42:13 |
| 8 | going to be protected from disease or infection. | 10:42:17 |
| 9 | Do I have that right? | 10:42:19 |
| 10 | A.  Yes. | 10:42:20 |
| 11 | Q.  Now, SPI also made health claims about | 10:42:21 |
| 12 | its CERTAINTY product, didn't it? | 10:42:29 |
| 13 | A.  No. | 10:42:31 |
| 14 | Q.  Well, it marketed its CERTAINTY | 10:42:34 |
| 15 | antimicrobial technology as transforming scrubs | 10:42:38 |
| 16 | into a protective shield against unwanted | 10:42:42 |
| 17 | bacteria; correct? | 10:42:44 |
| 18 | A.  Yes. | 10:42:44 |
| 19 | Q.  And it advertised that healthcare | 10:42:44 |
| 20 | professionals could be safe by wearing scrubs that | 10:42:46 |
| 21 | had been treated with CERTAINTY antimicrobial | 10:42:49 |
| 22 | technology; correct? | 10:42:53 |
| 23 | A.  Yes. | 10:42:53 |
| 24 | MR. WEISS:  I'd like to direct your | 10:42:56 |
| 25 | attention to Exhibit 3128-A, if you want to | 10:42:58 |

Page 302

```
 1              pull it up.
```

10:43:16

```
 7         Q.  Now, does this appear to be a -- the
```
10:43:19
```
 8     landing page for a YouTube video regarding SPI's
```
10:43:22
```
 9     CERTAINTY antimicrobial technology?
```
10:43:28
```
10         A.  Yes.
```
10:43:31
```
11
```

Page 303

```
 1

 7        Q.  But you certainly, sitting here today,    10:44:34

 8    have no reason to doubt that this was, in fact --  10:44:38

 9    that this is, in fact, a true and accurate copy of 10:44:41

10    the landing page for this SPI-produced video;      10:44:44

11    correct?                                           10:44:44

12        A.  Correct.                                   10:44:52

13            MR. WEISS:  We will move to admit          10:44:52

14        Exhibit 3128-A into evidence.                  10:44:53

15

21            Let's play the actual video, which is     10:45:10

22        Exhibit 3128.                                  10:45:12

23
```

Page 304

1

16          MR. WEISS:  Just for clarity of the          10:47:01

17      record, I will say that we are moving it into    10:47:02

18      evidence.

19                                                        10:47:12

20          Q.  The gentleman speaking in the scrubs      10:47:12

21   store in the middle of that video, that was Mike     10:47:14

22   Singer, correct, Ms. Ritcheson?                      10:47:17

23          A.  Yes.                                       10:47:18

24          Q.  And that was Mr. Singer who, in that       10:47:19

25   video, was telling healthcare professionals that     10:47:21

Page 305

| | | |
|---|---|---|
| 1 | CERTAINTY antimicrobial technology, SILVADUR, will | 10:47:24 |
| 2 | protect them from unwanted bacteria; right? | 10:47:28 |
| 3 | | |
| | | 10:47:41 |
| 5 | THE WITNESS:  That is not what he said. | 10:47:42 |
| 6 | BY MR. WEISS: | 10:47:43 |
| 7 | Q.  Do you need to watch the video again? | 10:47:43 |
| 8 | A.  I do not. | 10:47:45 |
| 9 | Q.  So it's your testimony that Mr. Singer | 10:47:45 |
| 10 | did not use the words "protect from unwanted | 10:47:48 |
| 11 | bacteria"? | 10:47:50 |
| 12 | A.  "Protect your uniform from unwanted | 10:47:52 |
| 13 | bacteria." | 10:47:55 |
| 14 | | |

Page 306

1

4          Q.  Mr. Singer, in that video, represents to          10:48:43

5     healthcare professionals that CERTAINTY                    10:48:45

6     antimicrobial technology transforms scrubs into a          10:48:48

7     "protective shield against unwanted bacteria";             10:48:53

8     correct?                                                   10:48:58

9

24         Q.  Ms. Ritcheson, would you like to see the          10:49:18

25    video again?                                               10:49:20

Page 307

| | | |
|---|---|---|
| 1 | A.  I would like to see the video again, | 10:49:20 |
| 2 | please. | 10:49:22 |
| 3 | MR. WEISS:  Let's please publish Exhibit | 10:49:23 |
| 4 | 3128. | 10:49:23 |
| 5 | | |
| | | 10:50:01 |
| 15 | Isn't it true that in that video, SPI was | 10:50:02 |
| 16 | marketing its CERTAINTY antimicrobial technology | 10:50:06 |
| 17 | as transforming scrubs into "a protective shield | 10:50:09 |
| 18 | against unwanted bacteria on fabric"? | 10:50:14 |
| 19 | A.  Yes. | 10:50:20 |
| 20 | Q.  Now, nowhere in that video did Mr. Singer | 10:50:21 |
| 21 | or the narrator make any mention of odor control, | 10:50:26 |
| 22 | did they? | 10:50:32 |
| 23 | A.  No. | 10:50:33 |
| 24 | Q.  And nowhere in that video did Mr. Singer | 10:50:33 |
| 25 | or the narrator make any mention of fabric | 10:50:36 |

Page 308

| | | |
|---|---|---|
| 1 | degradation, did they? | 10:50:39 |
| 2 |     A.  No. | 10:50:41 |
| 3 |     Q.  And at the end of the video there, you | 10:50:47 |
| 4 | saw the CERTAINTY logo; right? | 10:50:49 |
| 5 |     A.  Yes. | 10:50:51 |
| 6 |     Q.  Now, that CERTAINTY logo appeared on | 10:50:51 |
| 7 | SPI's advertising for products treated with | 10:50:54 |
| 8 | CERTAINTY -- CERTAINTY antimicrobial technology; | 10:50:57 |
| 9 | correct? | 10:51:01 |
| 10 |     A.  Yes. | 10:51:02 |
| 11 |     Q.  And, in fact, you saw the video, it even | 10:51:03 |
| 12 | appears on the sleeve of -- of scrubs treated with | 10:51:08 |
| 13 | CERTAINTY antimicrobial technology; right? | 10:51:11 |
| 14 |     A.  Yes. | 10:51:13 |
| 15 |        MR. WEISS:  Let's pull up Exhibit 3446. | 10:51:19 |
| 16 |  BY MR. WEISS: | 10:51:22 |
| 17 |     Q.  Does this appear to be a true and | 10:51:22 |
| 18 | accurate representation of the logo for CERTAINTY | 10:51:24 |
| 19 | antimicrobial technology? | 10:51:28 |
| 20 |     A.  Yes, with it -- with a tag line. | 10:51:31 |
| 21 |     Q.  The "Be safe.  Be Smart.  Be certain" at | 10:51:36 |
| 22 | the bottom? | 10:51:39 |
| 23 |     A.  Yes. | 10:51:40 |
| 24 |        MR. WEISS:  We'll be moving this into | 10:51:44 |
| 25 |     evidence as -- as well. | 10:51:46 |

Veritext Legal Solutions
866 299-5127

1

3          That tag line, "Be safe.  Be smart.  Be          10:51:59

4     certain," that was SPI's tag line for its          10:52:03

5     CERTAINTY antimicrobial technology; right?          10:52:05

6          A.  Yes.          10:52:05

7          Q.  Now, when SPI advertised to healthcare          10:52:12

8     professionals that its CERTAINTY technology would          10:52:14

9     make them "safe," safe from what?          10:52:18

10          A.  We didn't advertise that they would be          10:52:22

11     safe.          10:52:33

12          Q.  So what was a healthcare professional to          10:52:33

13     interpret from the phrase, "Be safe"?          10:52:36

14          A.  It was a full phrase about making a good          10:52:39

15     choice.          10:52:42

16          Q.  So it was saving them from the danger of          10:52:49

17     making bad choices; is that your testimony?          10:52:51

18          A.  Not a danger.          10:53:01

                                                          10:53:12

25          Q.  So if it wasn't protecting them, keeping          10:53:12

Page 310

| | | |
|---|---|---|
| 1 | them safe from a danger, what was it keeping them | 10:53:14 |
| 2 | safe from, Ms. Ritcheson? | 10:53:17 |
| 3 | A.  It was just marketing language to make a | 10:53:22 |
| 4 | good choice instead of -- | 10:53:25 |
| 5 | Q.  Please finish, I'm sorry. | 10:53:30 |
| 6 | A.  Instead of choosing a different brand. | 10:53:33 |
| 7 | Q.  So it was -- it was telling healthcare | 10:53:37 |
| 8 | professionals that they could be safe from other | 10:53:40 |
| 9 | scrubs; is that your testimony? | 10:53:43 |
| 10 | A.  No. | 10:53:44 |
| 11 | Q.  Okay.  I'm going to ask one more time. | 10:53:47 |
| 12 | When SPI advertised to healthcare | 10:53:49 |
| 13 | professionals that its CERTAINTY antimicrobial | 10:53:53 |
| 14 | technology could make them safe, safe from what? | 10:53:56 |
| | | 10:54:09 |
| 20 | A.  This does not tell them that our | 10:54:12 |
| 21 | technology could make them safe. | 10:54:15 |
| 22 | Q.  It doesn't say "be safe," right under | 10:54:19 |
| 23 | CERTAINTY? | 10:54:21 |
| 24 | A.  It says that but it does not say that | 10:54:24 |
| 25 | they will be safe from anything. | 10:54:27 |

Page 311

1

11:01:38

8       Q.  Mr. Weiss played a video where Mike     11:01:39

9    Singer is talking about CERTAINTY, and he asked    11:01:45

10   you whether Mr. Singer or someone on the video    11:01:48

11   represented that the CERTAINTY protects, and I    11:01:53

12   objected, remember that whole thing, and then we    11:02:01

13   had to play it back and there was a clarification    11:02:03

14   that actually protects the fabric.    11:02:05

15          Is there -- is that an important    11:02:08

16   distinction in your mind, protecting the    11:02:10

17   individual versus protecting the fabric?    11:02:12

18       A.  Yes.    11:02:14

19       Q.  Why is that?    11:02:15

20       A.  Because the fabric is just what you're    11:02:18

21   wearing versus protecting an individual, which    11:02:26

22   then leads to someone thinking did disease or    11:02:28

23   infection.    11:02:30

24       Q.  Okay.  Could, as far as your aware, based    11:02:33

25   on your research, could SPI market or represent    11:02:37

Page 314

| | | |
|---|---|---|
| 1 | that its antimicrobial SILVADUR can protect | 11:02:42 |
| 2 | against infection? | 11:02:47 |
| 3 | A.  It cannot. | 11:02:48 |
| 4 | Q.  Why not? | 11:02:50 |
| 5 | A.  Because it is just a topical treatment to | 11:02:51 |
| 6 | the fabric, and so it's only about the -- about | 11:02:56 |
| 7 | the fabric or whatever it's being applied to | 11:03:01 |
| 8 | versus the individual person. | 11:03:04 |
| 9 | | |
| | | 11:03:20 |
| 19 | Q.  You were asked about whether or not -- | 11:03:23 |
| 20 | the SPI made health claims, you said they did not, | 11:03:27 |
| 21 | and you were asked whether or not there was claims | 11:03:32 |
| 22 | that it protected against bacteria -- a protective | 11:03:37 |
| 23 | shield against bacteria. | 11:03:40 |
| 24 | Do you recall that testimony? | 11:03:41 |
| 25 | A.  Yes. | 11:03:43 |

Page 315

| | | |
|---|---|---|
| 1 | Q.  I would like to pull up, and you can do | 11:03:49 |
| 2 | this, since I don't have the ability to use | 11:03:54 |
| 3 | Exhibit Share, the Defendants Exhibit 2342.  If | 11:03:56 |
| 4 | you look at the marked exhibits folder, there | 11:03:59 |
| 5 | should be numbered exhibits and if you double | 11:04:02 |
| 6 | click on it, it will pull up that exhibit. | 11:04:06 |
| 7 | A.  Yes. | 11:04:08 |
| 8 | Q.  And this is one of the -- I'm sorry, | 11:04:09 |
| 9 | SPI's frequently asked questions page.  Mr. Weiss | 11:04:15 |
| 10 | directed you to the URL that shows it's a 2016 | 11:04:19 |
| 11 | version of that page. | 11:04:24 |
| 12 | A.  Yes. | 11:04:25 |
| 13 | Q.  Okay.  If I ask you to scroll down to the | 11:04:25 |
| 14 | bottom of 2342-2 under "Benefits." | 11:04:30 |
| 15 | A.  2342, yes. | 11:04:38 |
| 16 | Q.  And there it says, "What are the benefits | 11:04:39 |
| 17 | of medical apparel treated with antimicrobial and | 11:04:42 |
| 18 | fluid barrier fabric technologies?" | 11:04:45 |
| 19 | Can you please read that statement | 11:04:49 |
| 20 | underneath that into the record? | 11:04:51 |
| 21 | A.  "On a daily basis, many healthcare | 11:04:53 |
| 22 | professionals are exposed to unwanted bacteria on | 11:04:58 |
| 23 | their clothing.  The technologies behind CERTAINTY | 11:05:01 |
| 24 | and CERTAINTY Plus can provide wearers more | 11:05:05 |
| 25 | protection against odor-causing and fabric | 11:05:09 |

Page 316

| | | |
|---|---|---|
| 1 | degrading bacteria than traditional scrubs, giving | 11:05:14 |
| 2 | healthcare professionals the freedom to perform | 11:05:18 |
| 3 | their duties in high-tech, comfortable, | 11:05:19 |
| 4 | fashion-inspired clothing." | 11:05:24 |
| 5 | Q.  Why -- no, that's it, you don't have to | 11:05:31 |
| 6 | read the whole webpage. | 11:05:33 |
| 7 | Why, if you know, is SPI's website | 11:05:34 |
| 8 | anchoring their protection to odor-causing and | 11:05:44 |
| 9 | fabric degradation bacteria in that statement? | 11:05:47 |
| 10 | A.  Because that is what we are allowed to do | 11:05:51 |
| 18 | Q.  How do you know that, Ms. Ritcheson? | 11:06:12 |
| 19 | A.  We were instructed to do that by Dow and | 11:06:13 |
| 20 | Dow's attorneys, to follow the treated articles' | 11:06:18 |
| 21 | exemption. | 11:06:27 |
| 22 | | |
| 23 | | |
| 24 | Q.  And in terms of being instructed to do | 11:06:28 |
| 25 | that by Dow and Dow's attorneys, was that in | 11:06:30 |

Page 317

| | | |
|---|---|---|
| 1 | connection with SPI's use of SILVADUR? | 11:06:33 |
| 2 | A.  With respect to SPI's use of SILVADUR and | 11:06:35 |
| 3 | the licensing agreement. | 11:06:39 |
| 4 | Q.  We also saw Exhibit 444.  That was the | 11:06:45 |
| 5 | e-mail exchange between you and Mr. Monticello | 11:06:49 |
| 6 | approving -- | 11:06:52 |
| 7 | MS. HANNA:  And we can pull that up if | 11:06:53 |
| 8 | you'd like.  It was Exhibit 444. | 11:06:55 |
| 9 | BY MS. HANNA: | 11:06:55 |
| 10 | Q.  And that was the e-mail exchange in which | 11:07:01 |
| 11 | Mr. Monticello is approving the specific language | 11:07:04 |
| 12 | as to "works upon contact with unwanted bacteria | 11:07:11 |
| 13 | on the fabric." | 11:07:15 |
| 14 | Why were you having Mr. Monticello | 11:07:20 |
| 15 | approve that statement? | 11:07:22 |
| 16 | A.  Because he had Mr. -- Dow had directed us | 11:07:24 |
| 17 | to Mr. Monticello and we had wanted to make sure | 11:07:29 |
| 18 | that we were very specifically describing how | 11:07:34 |
| 19 | SILVADUR worked. | 11:07:40 |
| 20 | Q.  Did SPI ever claim that its antimicrobial | 11:07:41 |
| 21 | kills bacteria on contact? | 11:07:48 |
| 22 | A.  No. | 11:07:50 |
| 23 | Q.  Why not? | 11:07:50 |
| 24 | A.  Because it doesn't -- our understanding | 11:07:51 |
| 25 | of the science is that it doesn't kill on contact. | 11:07:57 |

Page 318

| | | |
|---|---|---|
| 1 | Q. Are you familiar with the SILVADUR | 11:08:00 |
| 2 | guidelines as to what can -- what claims can and | 11:08:03 |
| 3 | cannot be made about the use of SILVADUR? | 11:08:05 |
| 4 | A. Yes. | 11:08:08 |
| 5 | Q. Does the guidelines, as far as you know, | 11:08:09 |
| 6 | allow someone using SILVADUR to claim that it | 11:08:12 |
| 7 | kills bacteria on -- on contact? | 11:08:17 |
| 8 | A. I -- could you repeat the question? | 11:08:20 |
| 9 | Q. Does the SILVADUR brand guidelines allow | 11:08:23 |
| 10 | someone to claim that SILVADUR antimicrobial kills | 11:08:27 |
| 11 | bacteria on contact? | 11:08:29 |
| 12 | A. No. | 11:08:31 |
| 13 | Q. Does the -- does the SILVADUR brand | 11:08:32 |
| 14 | guidelines allow someone using SILVADUR | 11:08:37 |
| 15 | antimicrobial technology to claim that it kills | 11:08:39 |
| 16 | infections? | 11:08:42 |
| 17 | A. No. | 11:08:44 |
| 18 | Q. You were asked about Exhibit 2101. This | 11:08:45 |
| 19 | is the e-mail where Mr. Singer was asking you to | 11:08:56 |
| 20 | review statements on FIGS' website to see if -- | 11:08:59 |
| 21 | what their claims were, and you said there's -- | 11:09:08 |
| 22 | there's only one, and it's buried in their -- in | 11:09:10 |
| 23 | their website. | 11:09:12 |
| 24 | Do you recall that? | 11:09:13 |
| 25 | A. Yes. | 11:09:14 |

Page 319

```
 1          Q.  Did you -- did you ever learn at some      11:09:14
 2     point that the antimicrobial that FIGS was using    11:09:19
 3     did not have antimicrobial efficacy?                11:09:25
 4                                                          
 5             THE WITNESS:  I eventual -- I saw an -- I    11:09:31
 6         was on an e-mail --                              11:09:35
 7     BY MS. HANNA:                                        11:09:38
 8         Q.  No, I'm just looking for yes or no.          11:09:38
 9         A.  Yes.                                         11:09:38
10         Q.  I'm just looking for yes or --              11:09:42
11         A.  Yes.                                         11:09:43
12                                                          
19             (Exhibit 2904 was received and marked        11:10:52
20         for identification on this date.)               11:10:58
21                                                          
```

Page 320

1

10      Q.   So I'm going to direct your attention to      11:11:30

11   the first page of that exhibit, halfway down,         11:11:33

12   underneath where it says "begin forwarding,"          11:11:36

13   there's an e-mail from Giancarlo Beevis to Mike       11:11:37

14   Singer and to yourself.                               11:11:41

15          Do you see that?                               11:11:43

16      A.   Yes.                                          11:11:43

17      Q.   And it's dated February 6, 2018?             11:11:43

18      A.   Yes.                                          11:11:46

19          MS. HANNA:   Okay.   I'm going to move to      11:11:48

20      admit this exhibit

Page 321

1

6          Q.   Okay.  So Ms. Ritcheson, this is an          11:12:21

7     e-mail that you received at your Strategic          11:12:23

8     Partners e-mail address; correct?          11:12:26

9          A.   Yes.          11:12:26

10          Q.   And it's -- and you received it in the          11:12:27

11     normal course of business as you would any other          11:12:30

12     business e-mail that you received; is that right?          11:12:32

13          A.   Yes.          11:12:33

14          Q.   Okay.  Now, I'd like to -- can you tell          11:12:34

15     us who it is -- who is Mr. Beevis, if you know?          11:12:39

16          A.   Mr. Beevis is the CEO of IFTNA, an          11:12:43

17     antimicrobial technology provider.          11:12:49

18          Q.   And was this an antimicrobial technology          11:12:52

19     provider that SPI was using at this time?          11:12:54

20          A.   Yes.          11:12:59

21          Q.   At the bottom of this e-mail chain, which          11:12:59

22     is I think the second page, there's an e-mail from          11:13:03

23     him to you and Mr. Singer -- Singer.          11:13:05

24               He says, "Quick question, is Barco          11:13:09

25     considered a competitor in your space?"          11:13:12

                                        Page 322

1

25          Q.  His e-mail goes on to say, "They were          11:15:13

Page 324

| | | |
|---|---|---|
| 1 | also not happy with the support provided by Dow. | 11:15:16 |
| 2 | At least that's what they reported to us." | 11:15:18 |
| 3 | Did this impact your investigation as to | 11:15:23 |
| 4 | whether or not the -- SPI became aware that the | 11:15:29 |
| 5 | claims that FIGS were making may not, in fact, be | 11:15:37 |
| 6 | truthful? | 11:15:41 |
| 7 | A.  This made us start to think that, yes. | 11:15:42 |

Page 325

```
 1              DECLARATION UNDER PENALTY OF PERJURY

 2

 3          I, RENATA RITCHESON, do hereby certify

 4      under penalty of perjury that I have read the

 5      foregoing transcript of my deposition taken

 6      on October 30, 2022; that I have made such

 7      corrections as appear noted herein; that my

 8      testimony as contained herein, as corrected,

 9      is true and correct.

10

11      DATED this        day of              ,

12    2022, at                    .

13

14

15                      _____

16                      RENATA RITCHESON

17

18

19

20

21

22

23

24

25

                                        Page 328
```

```
 1    STATE OF CALIFORNIA      )

 2                            (      ss.

 3    COUNTY OF LOS ANGELES    )

 4

 5         I, RENEE HARRIS, do hereby certify that I

 6    am a licensed Certified Shorthand Reporter, duly

 7    qualified and certified as such by the State of

 8    California;

 9       That prior to being examined, the witness named

10    in the foregoing deposition was by me duly sworn

11    to testify to tell the truth, the whole truth, and

12    nothing but the truth;

13       That the said deposition was by me recorded

14    stenographically;

15       And the foregoing pages constitute a full,

16    true, complete and correct record of the testimony

17    given by the said witness;

18          That I am a disinterested person, not

19    being in any way interested in the outcome of said

20    action, or connected with, nor related to any of

21    the parties in said action, or to their respective

22    counsel, in any manner whatsoever.

23    DATED: 10/30/2022

24                        Renee Harris, CSR, CCR, RPR
                          CA CSR No. 14168,
25                        NJ CRR No. 30XI00241200
```

Page 329