# EXHIBIT H

CONFIDENTIAL - ATTORNEY'S EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3

 4      _____

 5      STRATEGIC PARTNERS, INC.,      )

 6               Plaintiff,            )

 7          vs.                        ) Case No.

 8      FIGS, INC., CATHERINE          ) 2:19-cv-02286-JWH-KS

 9      ("TRINA") SPEAR, HEATHER       )

10      HASSON,                        )

11               Defendants.           )

        _____)

12

13         *** CONFIDENTIAL - ATTORNEY'S EYES ONLY ***

14

15       VIDEOTAPED REMOTE DEPOSITION OF MATTHEW TINGLER

16          Deponent testifying from Chicago, Illinois

17                 Monday, October 18, 2021

18                       Volume I

19

20      Stenographically Reported By:

21      Melissa M. Villagran, RPR

22      CSR No. 12543

23      Job No. 4802885

24

25      PAGES 1 - 206
```

Page 1

CONFIDENTIAL - ATTORNEY'S EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2              CENTRAL DISTRICT OF CALIFORNIA

 3

 4     _____

 5     STRATEGIC PARTNERS, INC.,     )

 6             Plaintiff,            )

 7         vs.                       ) Case No.

 8     FIGS, INC., CATHERINE         ) 2:19-cv-02286-JWH-KS

 9     ("TRINA") SPEAR, HEATHER      )

10     HASSON,                       )

11             Defendants.           )

       _____)

12

13

14

15       *** CONFIDENTIAL - ATTORNEY'S EYES ONLY ***

16

17         Videotaped Remote deposition of MATTHEW

18     TINGLER, Volume I, taken on behalf of Defendants

19     with all participants appearing remotely via

20     videoconference and the Deponent.  Deponent

21     testifying from Chicago, Illinois, beginning at

22     10:14 a.m. and ending at 3:09 p.m. on Monday,

23     October 18, 2021, before Melissa M. Villagran, RPR,

24     Certified Shorthand Reporter No. 12543.

25
```

Page 2

CONFIDENTIAL - ATTORNEY'S EYES ONLY

1

17

18                        MATTHEW TINGLER,

19        Having been administered an oath, was examined and

20                      testified as follows:

21

22

10:17:10

Page 10

CONFIDENTIAL-ATTORNEY'S EYES ONLY

1

17          What is your highest level of education,
18     Mr. Tingler?
19          A    MBA from Northwestern.
20          Q    And you're currently employed by Baird & Co.,     10:39:01
21     correct?
22          A    Correct.

23

Page 24

CONFIDENTIAL - ATTORNEY'S EYES ONLY

1



20        Q   At a very high level, what type of services          10:41:34

21    or products does Baird & Co. provide?

22        A   Investment banking.

23        Q   And what is your present title at Baird?

24        A   Managing director.

25                                                                  10:41:47

                                                        Page 26

CONFIDENTIAL - ATTORNEY'S EYES ONLY

1

10:43:13

6     Q   In your capacity as a managing director at

7   Baird with a focus, among other things, on the

8   medical apparel industry, have you become familiar

9   with an entity currently known as Careismatic

10   Brands?                                          10:43:30

11     A   I am.

12     Q   And that's the current name for the entity

13   formerly known as SPI, right?

14     A   Correct.

15     Q   Can you describe for me, again at a high    10:43:37

16   level, your professional relationship with SPI?

17     A   I'm -- I've been an advisor at SPI in their

18   recent transactions.

19     Q   For how long have you been an advisor to SPI?

20     A   I worked with SPI in 2010 on a transaction;  10:43:56

21   2016, and in 2020.

22

10:44:17

Page 28

CONFIDENTIAL ATTORNEY'S EYES ONLY

1

10      Q   Have you ever pitched FIGS to do any                    10:50:34

11   investment banking or deal work for them?

12      A   Not in a formal manner, no.

13      Q   Have you ever expressed interest in investing

14   personally or through Baird?

15      A   Personally.  I can't invest through Baird but       10:50:53

16   personally I expressed interest in Trina.

17

10:51:17

Page 33

CONFIDENTIAL - ATTORNEY'S EYES ONLY

1

10:51:39

6      Q    And why did you -- why were you interested

7    personally in investing in FIGS?

8      A    I know the medical uniform category.  I find

9    it to be an interesting category.  I thought it's an

10   interesting business model being developed.

11

10:52:44

Page 34

CONFIDENTIAL - ATTORNEY'S EYES ONLY

1

20      Q   Can the medical scrubs market be divided into          10:55:03

21   categories in your view, sectors, subsectors?

22      A   Could be.  It kind of depends on what

23   categories you are talking about, but yes.

24      Q   How about premium scrubs versus nonpremium

25   scrubs, would that be one division?                           10:55:28

Page 36

CONFIDENTIAL - ATTORNEY'S EYES ONLY

```
1        A    Sure.

2             You can look at it that way.

3        Q    Okay.

4             And how about direct-to-consumer  focused

5    scrubs  companies  versus  retailer-focused  scrubs        10:55:37

6    company?   Would  that  be  another  division?

7        A    It would be.

8
```

10:56:36

Page 37

CONFIDENTIAL - ATTORNEY'S EYES ONLY

1

10:57:34

21        Q   Would you consider SPI to be more focused on

22     premium medical scrubs or nonpremium medical scrubs?

23

10:57:56

Page 38

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL - ATTORNEY'S EYES ONLY



1

3        Their focus is across the full medical

4    uniform category.

5        Q   Would the same go for FIGS?                10:58:06

6        A   I think of FIGS as premium scrubs.

7

18       Q   I believe you testified earlier that scrubs

19   was intriguing to you as a potential investment,

20   among other reasons, because of their digitally        10:59:04

21   native approach; is that right?

22       A   Yes.

23       Q   And did that, in your mind, distinguish FIGS

24   from SPI in any respect?

25       A   Yes, in that they were direct-to-consumer      10:59:19

Page 39

CONFIDENTIAL - ATTORNEY'S EYES ONLY

1    where as SPI was traditionally selling through

2    brick-and-mortar retailers.

3

19

11:00:15

Page 40

CONFIDENTIAL - ATTORNEY'S EYES ONLY

1

11:00:56

16          Q    Does SPI still, to your understanding, sell

17     principally through retailers?

18               MS. HANNA:   Objection; form and foundation.

19               THE DEPONENT:   It does to my understanding.

20

11:01:27

Page 41

CONFIDENTIAL-ATTORNEY'S EYES ONLY

1

24      Q   In -- at around the time of the 2016 sale do

25   you recall roughly what SPI's market share in the          11:05:16

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL - ATTORNEY'S EYES ONLY

```
 1    scrubs industry was in the United States?

 2        A   Based on third-party reports, about

 3    40 percent.

 4        Q   And what is your understanding of SPI's

 5    market share in the United States scrub market     11:05:33

 6    today?

 7
                                                         11:05:47

11        A   For the 2020 process, still 40 percent,

12    roughly 40 percent.

13            Today I'm not sure where it stands today.

14
                                                         11:06:34

                                                         Page 45
```

CONFIDENTIAL-ATTORNEY'S EYES ONLY

1



14          Has SPI's sales increased year over year

15      since 2016 to your understanding?                    02:29:34

16


19          THE DEPONENT:  2016 the company continued to

20      grow.  The financial profile I would characterize it   02:29:47

21      as improved from '16 to 2020.

22


                                                        02:30:09

                                                        Page 179

CONFIDENTIAL - ATTORNEY'S EYES ONLY

1

02:30:45

11     Q   So would you consider SPI to be stronger

12   financially today than it was in 2016?

13     A   Yes --

14

02:31:33

Page 180

CONFIDENTIAL - ATTORNEY'S EYES ONLY

1

9          Just very generally I'm interested in your

10    view as a -- as a investment banker who's been          02:57:44

11    involved in the medical apparel space for over a

12    decade, considers himself well-versed in that

13    industry.

14          What do you think have been the most

15    significant drivers of FIGS' success between 2016       02:57:59

16    and 2021?

17

19          THE DEPONENT:  I'd say their

20    direct-to-consumer model, branding and marketing of     02:58:15

21    the business are the two major drivers of that

22    company.

23

02:58:29

Page 196

CONFIDENTIAL-ATTORNEY'S EYES ONLY

1          I, the undersigned, a Certified Shorthand

2    Reporter of the State of California, Registered

3    Professional Reporter, Certified Live Note Reporter,

4    do hereby certify:

5          That the foregoing proceedings were taken

6    before me at the time and place herein set forth;

7    that any witnesses in the foregoing proceedings,

8    prior to testifying, were duly sworn; that a record

9    of the proceedings was made by me using machine

10   shorthand which was thereafter transcribed under my

11   direction; that the foregoing transcript is a true

12   record of the testimony given.

13         Further, that if the foregoing pertains to

14   the original transcript of a deposition in a Federal

15   Case, before completion of the proceedings, review

16   of the transcript [  ] was [  ] was not requested.

17   I further certify I am neither financially

18   interested in the action nor a relative or employee

19   of any attorney or party to this action.

20         IN WITNESS WHEREOF, I have this date

21   subscribed my name this 21st day October, 2021.

22

23

24        MELISSA M. VILLAGRAN

25        CSR No. 12543 RPR

                                          Page 202