1  MONA Z. HANNA (SBN 131439)
     mhanna@mrllp.com
2  JEFFREY D. FARROW (SBN 180019)
     jfarrow@mrllp.com
3  KEVIN S. KIM (SBN 275200)
     kkim@mrllp.com
4  ALLISON C. AGUIRRE (SBN 312544)
     aaguirre@mrllp.com
5  AMANDA V. ANDERSON (SBN 306903)
     aanderson@mrllp.com
6  **MICHELMAN & ROBINSON, LLP**
7  17901 Von Karman Avenue, Suite 1000
   Irvine, CA 92614
8  Telephone:   (714) 557-7990
   Facsimile:   (714) 557-7991
9

SANFORD L. MICHELMAN (SBN 179702)
  smichelman@mrllp.com
MARC R. JACOBS (SBN 185924)
  mjacobs@mrllp.com
JESSE J. CONTRERAS (SBN 190538)
  jcontreras@mrllp.com
JENNIFER S. GOLDSTEIN (SBN 310335)
  jgoldstein@mrllp.com
ADAM M. KORN (SBN 333270)
  akorn@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90024
Telephone: (310) 299-5500
Facsimile:  (310) 201-2110

10

11  *Additional Counsel on Next Page*

## UNITED STATES DISTRICT COURT

12

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  STRATEGIC PARTNERS, INC.,<br><br>15       Plaintiff,<br><br>16    v.<br><br>17  FIGS, INC., CATHERINE ("TRINA") SPEAR, HEATHER HASSON,<br><br>18       Defendants.<br>19<br>20<br>21<br>22<br>23 | Case No.: 2:19-cv-02286-JWH-KSx<br><br>District Judge:  Hon. John W. Holcomb<br>Magistrate Judge:  Hon. Karen Stevenson<br>Special Discovery Master: Hon. Suzanne Segal<br><br>**PLAINTIFF STRATEGIC PARTNERS, INC.'S LODGMENT OF DEPOSITION TESTIMONY OF BENJAMIN CHASE PLAYED TO THE JURY ON OCTOBER 18, 2022**<br><br>Complaint Filed:  February 22, 2019<br>Trial Date: October 17, 2022 |

24

25

26

27

28

1

*Additional Counsel:*

2

KRISTIN J. ACHTERHOF
(*Admitted Pro Hac Vice*)

3

 kristin.achterhof@katten.com
**KATTEN MUCHIN ROSENMAN LLP**

4

525 W. Monroe Street
Chicago, IL 60661-3693

5

T: (312) 902-5296
F: (312) 902-1061

6

RICHARD H. ZELICHOV (SBN 193858)

7

 richard.zelichov@katten.com
**KATTEN MUCHIN ROSENMAN LLP**

8

2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012

9

T: (310) 788-4680
F: (310) 788-4471

10

11

TIMOTHY H. GRAY
(*Admitted Pro Hac Vice*)

12

 timothy.gray@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2900 K Street NW, North Tower, Suite 200

13

Washington, DC 20007-5118
T: (202) 625-3608

14

F: (202) 298-7570

15

*Attorneys for Plaintiff, STRATEGIC PARTNERS, INC.*

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFF STRATEGIC PARTNERS, INC.'S LODGMENT OF DEPOSITION TESTIMONY OF BENJAMIN CHASE PLAYED TO THE JURY ON OCTOBER 18, 2022**

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY

1          UNITED STATES DISTRICT COURT

2         CENTRAL DISTRICT OF CALIFORNIA

3

4    _____      SPI's Affirmative Designations
                                   )
5    STRATEGIC PARTNERS, INC.,     )     FIGS' Counter-Designations
                                   )
6           Plaintiff,             )
                                   )
7       vs.                        ) No. 8:19-cv-01692-GW-PLA
                                   )
8    FIGS, INC., CATHERINE         )
     ("TRINA") SPEAR, HEATHER      )
9    HASSON,                       )
                                   )
10          Defendants.            )
     _____)

11

12

13     *** HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY ***

14

15        VIRTUAL VIDEOCONFERENCE DEPOSITION OF

16                 BENJAMIN CHASE

17            Friday, October 8, 2021

18                   Volume I

19

20   Reported by:

21   ALEXIS KAGAY

22   CSR No. 13795

23   Job No. 4831911

24

25   PAGES 1 - 156

                                        Page 1

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18          THE VIDEOGRAPHER:  Will the court reporter

19     please swear in the witness.

20          THE REPORTER:  Please raise your right hand.

21          Do you solemnly affirm the testimony you're

22     about to give in the matter now pending shall be the

23     truth, the whole truth, and nothing but the truth

24     under the penalty of perjury?

25          THE WITNESS:  Yes, ma'am.

Page 10

SPI's Affirmative Designations          FIGS' Counter-Designations

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

```
 1                    BENJAMIN CHASE,

 2      having been first duly sworn, was examined and

 3                  testified as follows:

 4

 5                    EXAMINATION

 6   BY MR. MICHELMAN:

 7      Q   Hi.  Good morning, Mr. Chase.

 8      A   Hi.  Good morning.

 9      Q   Can you please state your name for the

10   record, your full legal name.                    09:02:51

11      A   Alister Benjamin Chase.

12      Q   Okay.  And do you go by Alister, or do you go

13   by Benjamin?

14      A   I go by Ben, actually.

15

16

17

18

19

20

21

22

23

24

25

                                              Page 11
```

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4      Q   Okay.  And where did you go to college?

 5      A   I got my bachelor's at Mount Saint Mary's in    09:17:35

 6  Brentwood, and then I got my master's at Cal State

 7  L.A. in L.A.  And then -- now I'm two months -- a

 8  month and a half away from my Ph.D. at University of

 9  Arizona.

10      Q   Okay.  And so is it correct that you went to    09:17:47

11  Mount Saint Mary's University from 1998 to 2002?

12      A   Yes.

13      Q   And you got a bachelor's of science in

14  nursing?

15      A   Yeah, just like my mama.                        09:17:59

16      Q   Okay.  Yeah.  And -- that's awesome.  And

17  then you went to Cal State University, L.A. and got

18  a master's of science from 2007 to 2009 and became a

19  family nurse practitioner; is that correct?

20      A   Yes.                                            09:18:10

21

22

23

24

25

                                              Page 26
```

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              When you were there, did you study any type

 2      of epidemiology?

 3          A    I took microbiology.

 4          Q    Okay.  Other than microbiology, anything

 5      else?                                              09:18:39

 6          A    Pathophysiology, chemistry, anatomy and

 7      physiology, biology --

 8          Q    Uh-huh.

 9          A    -- pharmacology --

10          Q    Uh-huh.                                   09:18:54

11          A    -- healthcare research.  Gosh.  And then

12      clinical practicum to, like, support that -- like

13      nursing practicum courses.

14          Q    Uh-huh.  Okay.

15          A    Yeah, psychology, child development, human  09:19:09

16      development, that kind of stuff, yeah.

17          Q    Sure.  Sure.

18              And did you take any courses specifically in

19      epidemiology or infectious disease research?

20          A    Microbiology, we did study infectious      09:19:21

21      diseases.  And then I was also -- I took classes to

22      be a licensed public health nurse, as well, which

23      deals with infectious disease on a population scale,

24      so...

25          Q    Okay.  Well, do you consider yourself an    09:19:35
```

                                                       Page 27

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    expert in epidemiology?

2        A   I would say I -- in the -- in the legal sense

3    of the word, right, I know more than the average

4    person.  So in that sense, yes.  But I am in no

5    means an epidemiologist, no.                        09:19:48

6        Q   Okay.  And do you have any type of special

7    degrees or certifications in epidemiology?

8        A   No.

9        Q   Do you have any type of degrees or special

10   certifications in any type of infectious diseases?  09:20:00

11       A   No.

12       Q   Do you have any special certifications or

13   degrees in any type of chemistry?

14       A   No.

15       Q   Any type of engineering?                    09:20:10

16       A   No.

17       Q   Okay.  And have you ever done any clinical

18   research regarding infectious diseases?

19       A   No.

20       Q   Have you ever participated in any studies   09:20:24

21   regarding infectious diseases?

22       A   No.

23       Q   Have you ever written any papers on

24   infectious diseases?

25       A   No.                                         09:20:33
```

Page 28

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        Q    Have you ever done any type of lab work

 2   regarding infectious diseases?

 3        A    Yes.

 4        Q    Okay.  And the lab work you did, did you do

 5   it outside of your studies at either CS --          09:20:46

 6   California State University, L.A. or Mount Saint

 7   Mary's University?

 8        A    No.

 9        Q    Okay.  So it's just part of your GA -- GE

10   education --                                        09:20:58

11        A    Correct.

12        Q    -- general education?  Okay.

13             And have -- do you consider yourself a

14   medical researcher?

15        A    Yes.                                      09:21:07

16        Q    Between -- up until 2012, did you consider

17   yourself a medical researcher?

18        A    No.

19        Q    Okay.  And it's only after two thousand --

20   well, let me ask you.  At what point did you        09:21:18

21   consider yourself a medical researcher?  When you

22   started Genentech?

23        A    I would say once I started to -- well, when

24   I -- when I started to work at UCLA, I started to

25   work on clinical trials.  So I would say at that     09:21:30
```

Page 29

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

```
1    point, I would -- I was working with medical

2    research, and I was actually participating in the

3    actual act of researching.

4         But I also think that, you know, being called

5    a researcher is kind of a broad term.  You know, are      09:21:42

6    you -- are you writing papers as a researcher?  Are

7    you actually, you know, running the studies for

8    research organization?  It's kind of nebulous to say

9    that.  So I would say I got more into the research

10   side of things once I started work as a nurse            09:22:00

11   practitioner at UCLA.

12        But certainly before that, I had taken

13   medical research -- or, you know, healthcare

14   research classes, so I knew how to conduct, you

15   know, reviews of literature, how to find credible        09:22:10

16   peer review data.  So I certainly knew how to write

17   in a scholarly manner and consistent with kind of

18   the research standard and guidelines in -- in

19   healthcare, so...

20   Q    Okay.  So it was -- so would that be after          09:22:24

21   2013?  I'm trying to -- you said it was after 2012.

22   I'm just trying to get a date when you think you

23   qualified as a medical researcher.

24   A    Yeah.  I would say, you know, up until that

25   point, I was predominantly a healthcare provider.  I     09:22:37
```

Page 30

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1     was not a researcher outside of my scholarly, you
 2     know, endeavors, in school.
 3        Q   Okay.  Got it.  And did you ever -- have you
 4     ever written any type of conclusions or opinions
 5     regarding anything involved in the area of          09:22:56
 6     infectious diseases prior to 2015?
 7        A   No.
 8        Q   All right.  Okay.  Do you know, are there
 9     compliance or regulatory issues associated with the
10     medical apparel industry?                           09:23:25
11
12
13
14          THE WITNESS:  I don't know.
15
16
17
18
19
20
21
22
23
24
25
```

Page 31

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17      Q    Okay.  Have you ever taken any classes on

18   antimicrobial technologies?

19      A    No.

20      Q    Do you even understand how antimicrobial        09:26:37

21   technologies work?

22      A    No.  Not really interested.  Never been --

23   never been something that flagged my interest.

24      Q    Sure.

25           Do you know what FIFRA is, F-I F-R-A?           09:26:49

                                                            Page 34

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A    No.

 2        Q    Have you ever heard of it?

 3        A    No.  No.

 4        Q    Have you -- have you ever heard of Pesticide

 5   Registration Notice 2000-1?                          09:27:03

 6        A    No.

 7        Q    Have you ever read PR Notice 2000-1?

 8        A    No.

 9        Q    Do you know if there's any limitations on

10   what you can say as a healthcare worker or --         09:27:10

11   regarding antimicrobial technologies?

12        A    No, I don't know.

13        Q    Do you know how many antimicrobial agents

14   exist?

15        A    No.                                         09:27:22

16        Q    Do you know what a bacteriocide is?

17        A    Yes.

18        Q    What is it?

19        A    Something that kills bacteria.

20        Q    Do you know what a bacteriostatic is?       09:27:33

21        A    Something that probably prevents the growth

22   of bacteria.

23        Q    Okay.  Do you know what leaching is?

24        A    Leaching?

25        Q    Correct.                                    09:27:44
```

Page 35

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A    In the sense of something kind of penetrating

 2   a barrier and seeping in, that's what I would think

 3   of leaching.

 4        Q    Okay.  And what about non-leaching?

 5        A    Something that prevents the -- the leaching     09:27:54

 6   from happening.

 7        Q    Okay.  And do you know if there's any

 8   correlation between leaching and antimicrobial

 9   agents?

10        A    No, I -- no clue.                               09:28:06

11

12

13             Do you know what an organic antimicrobial

14   agent is?

15        A    I don't know.                                  09:28:15

16        Q    Do you know what an inorganic antimicrobial

17   agent is?

18        A    I don't know.

19

20

21

22

23

24

25

                                                    Page 36
```

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



1

2

3

4

5

6

7

8      Q    Okay.  And, again, you've -- you've never

9    conducted any type of clinical antimicrobial

10   research; correct?                                      09:29:00

11      A    No, never.

12      Q    You've never written a paper on antimicrobial

13   products?

14      A    No.

15      Q    Would you consider yourself even close to       09:29:05

16   being an expert antimicrobial agents?

17      A    No.

18

19

20

21

22

23

24

25

                                              Page  37

SPI's Affirmative Designations          FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14      Q   Tell me everything you know about

15   antimicrobials.                                    09:30:04

16

17

18

19          THE WITNESS:  I'm familiar with the -- the

20   fact that we use antimicrobials in healthcare as,    09:30:14

21   like, intervenous, oral agents to treat infections.

22   I'm familiar with -- loosely familiar with the fact

23   that you can use Clorox to clean a desk and kill

24   bacteria.  I would say I'm familiar in those ways,

25   but, you know --                                     09:30:38
```

Page 38

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2      Q   Okay.

3      A   Yeah.  And I know that, you know, some

4   antimicrobials target DNA synthesis at different

5   phases of the cycle, that when you treat bacteria,        09:30:44

6   they can develop methods of resistance, and you need

7   to find a different agent to treat different stages

8   of the DNA cycle to stop it from replicating.  So,

9   you know, I'm familiar in sort of those ways.

10     Q   And does that exhaust your entire knowledge     09:30:59

11  regarding antimicrobial technologies?

12     A   Technologies?  I'm not familiar with

13  technologies.  I'm just familiar with more so like

14  agents that we use in healthcare to treat an

15  infection.                                               09:31:10

16     Q   Okay.

17     A   I don't do that any -- I -- I don't use them

18  anymore, so in my capacity now -- so I haven't

19  practiced for six years or so, so I haven't been

20  prescribing them.  So, again, my knowledge is a         09:31:25

21  little out of touch in -- in that sense.

22     Q   Okay.  And so you're talking about

23  antimicrobials in terms of treatments for sick

24  patients.

25        What about antimicrobial technology on            09:31:35

                                                        Page 39

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    medical uniforms?  Tell me everything you know about

2    them.

3         A    Nothing.

24        Q    Okay.  And do you know if antimicrobial

25   technologies can be woven into the fabric of                09:32:18

                                                    Page 40

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    textiles?

 2         A    No, I don't know.

 3         Q    Do you know if antimicrobial agents can be

 4    woven into scrubs?

 5         A    I don't know.                              09:32:28

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 41

SPI's Affirmative Designations   FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3          "QUESTION:  Okay.  If somebody

 4          from FIGS testified that their

 5          medical claims regarding the

 6          advantages of antimicrobial agents

 7          were based on your research, would

 8          that be a true statement?")

 9          THE WITNESS:  I don't know.  I don't know

10    about any medical claims.                        09:34:33

11    BY MR. MICHELMAN:

12       Q   Well, I'm asking just for clarity of the

13    record.

14          If somebody from FIGS said they made medical

15    claims based on your research and the medical claims  09:34:44

16    they were making was that the antimicrobial

17    technology provided certain benefits, would you

18    consider that statement to be true, that you gave

19    research to FIGS for them to justify that claim?

20       A   No.                                        09:34:55

21

22

23

24       Q   Okay.  Okay.  And then --

25       A   Sorry.  I heard "medical claims" and I was  09:35:01

                                              Page 43
```

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1    thinking, like, somebody made a medical claim, like

2    a person in the community made a medical claim.  I

3    got confused on that.

15        If somebody from FIGS said that they based    09:35:33

16   all of their medical representations to the public

17   about antimicrobial technology associated with their

18   scrubs based on articles that you provided them and

19   written conclusions and opinions, would that be

20   true?                                              09:35:48

Page 44

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A    That would not be true.

2      Q    Okay.  And did you do any research that

3  proved that FIGS scrubs kills bacteria and

4  infections immediately on contact and prevent the

5  spread of infection based solely on Silvadur        09:36:09

6  products?

7      A    No.

8      Q    All right.  And did you ever have any special

9  access to research that is done by hospitals?

10     A    No.                                          09:36:22

11     Q    Did you ever do any research that you

12  collected, aggregated, and interpreted that you gave

13  to FIGS to justify any health claims they made?

14     A    I would -- what do you mean by health claims?

15     Q    Do you not understand that?                 09:36:39

16     A    I just think it's kind of broad.  I mean, I

17  never gave them -- I never gave any -- provided any

18  research to substantiate any health claim.  And I --

19  I gave research to quantify the impact of how clean

20  scrubs are, much -- have less bacteria on them in     09:36:59

21  previous studies than dirty scrubs do.

22     Q    Okay.  So did you -- when you say

23  "research" --

24     A    Uh-huh.

25     Q    -- did you conduct research across a number   09:37:15

Page 45

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    of different sources?

2        A    Yes.

3        Q    What were those sources?

4        A    Medical databases on the Internet that

5    anybody could search.                                    09:37:25

6        Q    So -- so like Google?

7        A    I didn't use Google.  I used, like, PubMed.

8        Q    PubMed.

9        A    Uh-huh.  PubMed --

10       Q    Okay.                                           09:37:33

11       A    -- NIH.

12

13

14

15

16

17

18

19

20

21

22

23

24       Q    And other than those three public sources,

25   what other research did you do?  What other -- what   09:38:02

                                                    Page 46

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    did you do?

2

3

4

5

6        A   Those are the main sites that I -- in my --

7    in my memory that I went to.

8        Q   Okay.  And so, basically, you just would go

9    into those sites and put in some search terms, and

10   that was the extent of your, quote, medical          09:38:24

11   research; correct?

12       A   Yes.

13

14

15           When you did the research, you found some    09:38:31

16   articles; correct?

17       A   Yes.

18       Q   And did you call the authors of those

19   articles?

20       A   No.                                          09:38:41

21       Q   Did you fact-check those articles in any way?

22       A   The fact that the articles were on a

23   scholarly database that were published and

24   peer-reviewed scientific journals, it means that

25   they've been fact-checked by the editors of those    09:38:53

                                                    Page 47

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

1    journals.  It's not common practice to read an

2    article out of a -- like a reputable scientific

3    journal and be like, I'm going to call the author to

4    ask if this is true.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  48

SPI's Affirmative Designations                                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25            So if you've got a study talking about a            09:40:55

Page 49

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    reduc- -- do you know what HAI is?

2        A    Healthcare-acquired infection, I believe.

3        Q    Isn't it hospital-acquired infections?

4        A    Okay.

5        Q    Yeah.  So when's the first time you heard          09:41:08

6    that term?

7        A    I don't know.  Years ago.

8        Q    Okay.  And if you saw a study on hospital-

9    acquired infections and the reductions of them based

10   on some study, isn't it true that the only way you          09:41:21

11   can make a representation on the reduction of HAI is

12   if you have the same exact environment as that

13   study?

14

15

16

17

18       A    I would say no in the sense that you're

19   seeing any reduction.  So I think that there are

20   things that you can probably, you know, take from          09:41:42

21   that study that are best practices that could

22   potentially lead to a decrease in outcomes of

23   whatever it is that's being studied, but no, you

24   couldn't replicate it exactly, most likely, unless

25   you were doing it under the same controlled           09:41:59

                                                        Page 50

SPI's Affirmative Designations                      FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    environment.

2       Q   Correct.  And so when you say you take some

3    best practices, you can't necessarily reach the same

4    conclusion as the article.  You can just say maybe

5    it will have an impact, but that's really just a          09:42:09

6    guess, isn't it?

7       A   Yeah, absolutely.

8       Q   All right.  And so if you saw an article that

9    said there was reduction to HAI, you couldn't tell

10   the world that if you followed the same best             09:42:20

11   practices, you would have the identical outcome,

12   could you?

13

14          THE WITNESS:  You may have the same outcome,

15   you may have a different outcome, right.  You           09:42:30

16   just --

17   BY MR. MICHELMAN:

18      Q   Right.  So you couldn't say it in absolute

19   terms; otherwise, that would be misleading; correct?

20      A   Yes.                                              09:42:36

21

22

23

24          Did you do a ton of research at FIGS?

25

Page 51

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            THE WITNESS:  For what?

 2    BY MR. MICHELMAN:

 3        Q   Antimicrobial impact.

 4        A   A ton, no.  I wouldn't say a ton.  I don't

 5    know what a ton is.                              09:42:59

 6        Q   All right.  Well, if somebody said, Ben Chase

 7    did a ton of research at FIGS, would that be a

 8    truthful statement?

 9        A   I certainly scoured the Internet to try and

10    find as much data as I could pertaining to clean  09:43:13

11    scrubs and clean uniforms at a certain point a long

12    time ago.

13        Q   Okay.  Well -- so my question, did you do a

14    ton of research regarding antimicrobial?

15        A   Not on antimicrobial, no.                09:43:26

16        Q   Okay.  Okay.  And that would be a false

17    statement if somebody said that; right?

18        A   I did not research antimicrobials.

19        Q   So it would be a false statement --

20

21            THE WITNESS:  No, it would not be a false --

22

23

24

25

                                          Page 52
```

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13       Q   Okay.  Did you do research for FIGS and you

14    concluded that its scrubs, quote, prevent the spread

15    of infection, end quote?  Did you ever do research      09:44:20

16    to justify that statement?

17       A   That scrubs prevent infection?  I don't

18    remember.

19       Q   As you sit here today, you have no

20    recollection?                                           09:44:35

21       A   That's -- that exact statement isn't familiar

22    to me, no.

23       Q   Okay.  And have you done any research

24    whatsoever regarding the efficacy of Silvadur?

25       A   None --                                          09:44:45
```

                                                     Page 53

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1        Q    Uh-huh.

 2        A    -- to my knowledge.

 3        Q    Yep.  Did you ever have a report that

 4   concluded antimicrobial studies reduced HAI?

 5        A    I never wrote a report on that.          09:44:55

 6        Q    Did you ever see one?

 7        A    That antimicrobials prevent HAIs?

 8        Q    Reduces HAIs.

 9        A    No.  I don't -- I don't recall.

10        Q    Did you ever see one -- at the entire time  09:45:10

11   you were at FIGS, any studies whatsoever that

12   antimicrobial technologies or agents reduces HAI?

13        A    I wasn't involved with anything having to do

14   with the production of textiles or antimicrobials in

15   the fabrics at all.  So that -- that just wasn't     09:45:27

16   something that I was involved with.

17        Q    Okay.  So if anybody at FIGS said that you

18   were -- you did research to justify their claims

19   about antimicrobial impact on their scrubs, that

20   would be a false statement; true?                    09:45:44

21

22

23

24        THE WITNESS:  I -- so the point of my

25   research was never to talk about antimicrobial        09:45:54
```

Page 54

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    properties of scrubs.  The -- the point of my

 2    research was to -- was to look at the impact to help

 3    raise awareness for the fact that there are people

 4    wearing dirty scrubs every day or no scrubs at all

 5    that they've worn every day to try and quantify, in      09:46:11

 6    a very general way, the impact of clean scrubs

 7    versus dirty scrubs.  It wasn't about textiles or

 8    coatings or anything like that.

 9         And -- and throughout this time, I've never

10    been involved in conversations at FIGS or at that       09:46:24

11    time, either, that have anything to do with

12    antimicrobial properties.  I -- I do not know --

13    I -- that's not my area of experience.

14

15

16

17

18

19

20

21

22    Q   Okay.  So if somebody at FIGS said you did --

23    you were involved, they would be lying; is that

24    correct?

25
```

Page 55

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      THE WITNESS:  I can't speak for anybody but

2   myself.

3

4      Q   Well, no, I'm not -- so -- okay.  I'm going

5   to -- I'm going to give you a hypothetical.          09:47:00

6      Heather -- if Heather Hasson said that you

7   were involved in the research that justified the

8   efficacy of the antimicrobial technology, would she

9   be lying?

10

11

12

13

14      A   I wouldn't say she was lying because I would

15   say that part of what antimicrobial technology is,   09:47:16

16   which is what I was researching, was the effect

17   of -- like the effect of hospital laundering versus

18   home laundering versus heat, electric dryers, you

19   know, just how long does bacteria live on materials?

20      So that is antimicrobial in the sense that,       09:47:35

21   like, washing is antimicrobial.  So, I mean, it's

22   not -- it's not a lie.  She wasn't lying in that

23   sense.  I mean, it's not --

24   BY MR. MICHELMAN:

25      Q   Okay.  So are you saying that the -- you did   09:47:44

Page 56

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

 1    research on how to clean scrubs, and that's the

 2    extent of your research regarding antimicrobial

 3    efficacy while you were at FIGS?

 4        A   No.  That's just --

 5        Q   All right.  So --                          09:48:01

 6        A   -- what I looked up.  I'm just saying like --

 7    I'm saying heat and washing is antimicrobial.

 8        Q   Okay.

 9        A   It's an antimicrobial technique.

10        Q   No, for sure, I totally get it.           09:48:12

11            But you -- did you do research to justify --

12    strike that.

13            Did you do research at FIGS to justify their

14    health claims based on any research regarding

15    washing clothing?                                  09:48:22

16        A   My research was -- was based on what

17    difference is there?  We were just trying to get

18    a -- to -- to get a very -- kind of like an

19    approximate ballpark, what's the -- what does the

20    literature say as far as like -- or how contaminated  09:48:38

21    are scrubs at -- at the end of the day?  That's

22    really what I was trying to get an idea of.

23

24

25

                                                    Page 57

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21          Q    Right.  And so would you say it would be

22     inappropriate for a healthcare provider to say that

23     there is a standard in terms of reduction of HAI

24     unless they know exactly what the environment is?

25

Page 58

SPI's Affirmative Designations                         FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3      A    I don't know.

4      Q    You don't know what?

5      A    I don't know what -- I mean, a health -- I --    09:49:54

6    I wasn't studying percentages of healthcare-acquired

7    infections.  I was trying to quantify in a very,

8    like, ballpark way, you know, the -- the dire

9    circumstances that we were seeing in the developing

10   world.  And the -- the quality of the supplies that    09:50:13

11   they had were horrible and would be shocking to

12   people in the developing world.

13        So I was trying to quantify the difference

14   that -- you know, the -- the difference that we

15   could make by giving folks clean scrubs to wear       09:50:26

16   every day versus wearing the same old dirty,

17   bloodstained, nasty scrubs, if any, that they were

18   using to take care of patients and moving from room

19   to room to room.  Just trying -- that's all I was

20   trying to do.  It was not about what's happening      09:50:41

21   here in the United States in healthcare-acquired

22   infections.

23

24        So any kind of research you did on clean

25   scrubs, that was for non-U.S. environment; is that    09:50:51

                                                    Page 59

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    correct?

2       A   Yes.  The intent -- the intention of that was

3    to raise awareness and really just try and quantify

4    people -- the -- the degree of impact we could make

5    by -- with our donations.                              09:51:04

6       Q   Right.  So all the research you did was for

7    the Threads for Threads program at FIGS to give away

8    clean scrubs to Kenya and other emerging nations;

9    correct?

10      A   Correct.                                          09:51:16

11      Q   It was never intended to be a representation

12   domestically; correct?

13      A   I didn't do any test to represent that

14   statistic.  So, no, I mean, I couldn't do that.

15      Q   Okay.  And if Heather Hasson said that Ben      09:51:26

16   Chase was actually the one to come up with the

17   66 percent reduction in hospital-acquired

18   infections, would that be true?

19      A   I came up with the number 66 percent, but I

20   never said it reduced infections by 66 percent.         09:51:42

21

22

23

24

25

Page 60

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23        Have you ever seen a FIGS test laboratory?
24    A   No.
25    Q   Have you ever heard of a FIGS test        09:53:21
```

Page 61

SPI's Affirmative Designations          FIGS' Counter-Designations

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

1     laboratory?

2         A    No.

3         Q    Have you ever heard of FIGS having

4     proprietary technology?

5         A    I don't -- no.  I --                    09:53:33

6         Q    Have you ever --

7         A    No.

8         Q    Have you ever seen any purchase orders from

9     FIGS for antimicrobial materials?

10        A    No.                                     09:53:41

11        Q    Have you ever -- when you were at FIGS, have

12    you ever seen any fabrics that were antimicrobial?

13        A    I don't know if they were or not.

14        Q    Okay.  Have -- do you know how antimicrobial

15    agents are applied to textiles?                  09:53:52

16        A    No.

17        Q    Do you know what factories FIGS used while

18    you were working there, if any, to manufacture their

19    scrubs?

20        A    No.  I don't know where they were.      09:54:01

21        Q    And do you know if -- well, when you were

22    there, do you know if FIGS put any antimicrobial

23    products on their scrubs?

24        A    I don't know.

25        Q    Do you know if -- do you know what research,  09:54:13

Page 62

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    if any, FIGS used to represent that their scrubs

2    prevent the spread of disease?

3        A    No.

4        Q    Do you know what research FIGS used, if any,

5    to say that their scrubs has a fluid barrier?          09:54:31

6        A    No.

7        Q    Do you know what research FIGS used to

8    represent that their scrubs kills bacteria on

9    contact?

10       A    No.                                           09:54:42

11       Q    Do you know what research FIGS used to say

12   that their scrubs prevent the spread of disease?

13       A    No.

14       Q    Okay.  Again, while you were at FIGS, did you

15   see any studies whatsoever, any medical studies        09:54:55

16   whatsoever other than anything that you might have

17   looked at on these public websites?

18       A    No.

19       Q    Okay.  Do you know if a customer ever made an

20   inquiry to FIGS regarding their claims of the          09:55:06

21   efficacy of their scrubs?

22       A    No.

23

24

25

                                                   Page 63

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19      Q   Do you know if there's any bacterias in
20   hospitals in the United States that cause hospital-     10:00:06
21   acquired infections that are resistant to
22   antimicrobial agents?
23      A   Agents being textile agents or agents being
24   pharmaceutical agents that you would give --
25   administer to a person?                                 10:00:21
```

Page 68

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q   Textiles.  Thank you.

2      A   I don't know about textiles and

3   antimicrobials.

4      Q   At all, nothing?

5      A   No.                                              10:00:27

6      Q   Okay.  Can you list for me the top 25

7   infectious bacterias in a hospital that routinely

8   cause hospital-acquired infections?

9      A   The top how many?

10     Q   25.                                              10:00:40

11     A   No.

12     Q   Can you give me the top five?

13     A   Pseudomonas aeruginosa, Staphylococcus

14  aureus, Streptococcus, methicillin-resistant Staph

15  aureus, Vancomycin-resistant Enterococcus would be a   10:00:47

16  few of the big ones.

17

18

19

20

21

22

23

24

25

Page 69

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7      Q   So I'm looking at your LinkedIn page here,

8   and you mark that between 2009 and 2013, you're the

9   director of operations of FIGS; is that true?

10     A   Yes.                                      10:12:40

11     Q   Did you have any other title?

12     A   No.

13     Q   And what were your roles or responsibilities

14   as director of operations at FIGS?

15     A   Wasn't certainly as grand as it sounded, but   10:12:50

16   I was basically -- but basically, I was -- I was

17   there to kind of assist Heather in the background.

18         So I would -- I did a lot of shipping, I

19   would say, is kind of what I did.  I did a lot of,

20   you know, shipping product to customers, answering   10:13:10

21   e-mails sometimes or, you know, helping with her

22   writing, like, copy.  But for the most part, it was

23   just shipping, help -- kind of being an assistant in

24   the background so that she could do what she needed

25   to do.                                           10:13:31

                                                     Page 72

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1     Q    Okay.  And how did you get to FIGS?  Like how
 2   did you end up having a job there?
 3     A    Well, I -- yeah, I really wouldn't call it --
 4   I mean, it's, I guess, sort of a job, but it wasn't
 5   really a job.                                      10:13:40
 6         But Heather and I were good friends and I --
 7   I have know her for quite a while and I always
 8   loved -- I mean, she's just really a lovely person
 9   and a huge heart.  And I -- I kind of just was
10   fascinated with her entrepreneurial spirit and      10:13:53
11   interest, which is so the opposite of me.  I'm such
12   a rule following, like, I got to do what I got to
13   do.  I just don't have those risk-taking streaks in
14   me.
15         But I thought it was just so interesting, and  10:14:07
16   it was a side of the world that I had never seen
17   before.  Like how do you make something, and how do
18   you start a company?  I just thought it was so cool.
19         And I -- I just loved the fact that she
20   was -- like her Threads for Threads initiative, just 10:14:21
21   like -- I -- it just really resonated with me, and I
22   thought it was beautiful.
23         And I'm a very charitable person, and so I
24   was like, "Well, I want to help.  What -- what do
25   you need?"                                          10:14:32
```

Page 73

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              And so we just -- you know, we bonded over
 2     kind of like that energy that was -- you know,
 3     whatever I could do to help, it was, like, fun for
 4     me.  It was really just like -- just like a learning
 5     experience for me.  I had fun.  It was like a -- I        10:14:41
 6     just -- I was -- I enjoyed learning about this other
 7     part of the world and business that I had never been
 8     exposed to before.  So that's kind of how it
 9     happened.
10        Q   Awesome.                                           10:14:51
11            And did you get paid while you were there?
12     Were you paid?
13        A   No.
14        Q   So it was free?
15        A   Yeah.  I mean, I was learning.                     10:14:56
16        Q   Got it.
17        A   I was having fun with my friend doing cool
18     stuff.  Like it was -- it was exciting, you know.
19     It was exciting --
20        Q   Totally.                                           10:15:03
21            And -- and did you get any equity in the
22     company?
23        A   No.
24        Q   And how many hours a week do you think you
25     worked if you had to, like, average it?  Give me,        10:15:14
```

                                                    Page 74

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1     like, an estimate.

 2        A   It's hard to say because it just depended on

 3     my work schedule.  I tried to be there whenever I

 4     was needed, but, I mean, I would -- maybe 20 hours a

 5     week or something like that.  I really -- it's hard    10:15:24

 6     to quantify.  And it would have varied, but -- that

 7     may be like a very rough estimate.

 8        Q   Okay.  And when you say job, no job, is it

 9     because it was like a nonpaid, show up when you can

10     type of situation?                                     10:15:38

11        A   Correct.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 75

SPI's Affirmative Designations          FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

 1

 2

 3

 4

 5          And then did you formally leave FIGS, or was      10:18:17

 6    it just that you just moved on to new endeavors?

 7    Like was -- was there any formality to your exit

 8    from FIGS?

 9      A   No.  It was kind of a gradual transition.  I

10    just started to get busier with work and needed to     10:18:26

11    focus, you know, my free time.  And, I mean, I was

12    pretty exhausted, and so I really just needed to

13    focus.

14          And I think Heather also needed, you know,

15    people that were -- like that's their job.  And that    10:18:42

16    wasn't my job, and I didn't have -- you know, I

17    wasn't a trained director of operations.  I was

18    doing the best that I could and I was learning a lot

19    but that wasn't my profession and so, you know...

20      Q   Right.  But you have no training on -- it was     10:18:57

21    like a fluff title.  You don't have any training in

22    logistics or operations, do you?

23      A   No.  But I have on-the-job experience, you

24    know, which I would say very practical, but -- but,

25    no, like I wouldn't -- I was -- you know, we were      10:19:08

                                                          Page 78

SPI's Affirmative Designations                          FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    much smaller, and it was manageable then, you

2    know --

3        Q   Sure.

4        A   -- to the extent that it was.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21        Q   Okay.  And do you know if FIGS ever used

22    Facebook to advertise its products?

23        A   Yes.

24        Q   And did it?

25        A   It does.                          10:20:00

                                              Page 79

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7      Q   Okay.  Did you know how else they advertised

8    when you were there?

9      A   Instagram.  And I -- I don't know if there

10   was a Twitter account or not, but I know for sure,        10:20:30

11   like -- there wasn't -- being on Instagram, I don't

12   think there was any other kind of fancy social

13   media, but there was no social media team or

14   anything like that.  So it was minimal.  But, yeah,

15   I think they did, or they were starting to get into       10:20:44

16   it.

17      Q   Did they ever use influencers?

18          MS. WANG:  At what time?

19          THE WITNESS:  Yes.

20

21

22

23

24

25

                                                    Page 80

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10          Well, in the -- when you were at FIGS, did      10:21:28

11     FIGS provide a school uniform to a child in need of

12     an education under the Threads for Threads program?

13        A   Yes.

14        Q   Did they -- do you know how much -- did they

15     provide over 10,000 while you were there?            10:21:42

16        A   I was actually not involved with the number

17     of -- so to move that, like, needle back a second if

18     I could, there came a point when FIGS stopped giving

19     school uniforms and started to give scrubs.  So I

20     don't remember when that point was.                  10:22:04

21

22

23

24

25
```

                                              Page 81

SPI's Affirmative Designations                 FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3          Kevin, let's go to tab 3, which is FIGS 7995.

4          (Exhibit 4 was marked for identification

5       and is attached hereto.)                        10:29:09

6

7

8

9

10

11

12

13

14

15

16

17

18

19          So this is an e-mail from Heather to you on

20      March 14th, 2012.                               10:30:09

21          And if we can scroll down.

22          I want to draw your attention to the

23      "infection rate 2/3 less hospital-acquired

24      infections with clean scrubs."

25      A    Uh-huh.                                     10:30:23

                                                    Page 88

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1       Q   Do you know what the -- is the basis of this

 2   an article that you reviewed?  Let me -- that's a

 3   bad question.

 4       What's the foundation for this?  Where did

 5   this come from?                              10:30:37

 6       A   I didn't write this.

 7       Q   Okay.  Well, do you agree with this

 8   statement?  Do you know if that's a truthful

 9   statement?

10       A   I don't know.  I didn't do that research, so   10:30:43

11   I don't know if it's -- I don't know if it's

12   truthful or not.

13

14

15

16

17

18

19

20

21

22

23

24

25
                                               Page 89
```

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1

 2

 3          MR. MICHELMAN:  Okay.

 4      Let's go to number 7.  Thank you.  I'm done

 5   with 6.  Let's go to 7.                        10:39:17

 6          (Exhibit 7 was marked for identification

 7           and is attached hereto.)

 8

 9   Q   Okay.  This is the -- an e-mail from you to

10   Heather, and the subject is "Missing statistics you   10:40:00

11   asked for."

12          Did Heather ask -- ask you to find statistics

13   that they were previously using but didn't have any

14   support for?

15   A   I recall her asking me to try and find the     10:40:10

16   research articles that I had originally found that

17   substantiated our belief that clean scrubs are

18   better than dirty scrubs, yeah.  Try -- yeah.

19   Q   Okay.  And so -- and if you want, take a

20   moment to read the e-mail, but I'll set up the     10:40:33

21   question.

22          The only thing you're saying in this e-mail

23   is that 66 percent -- strike that.

24          That if you have a clean scrub, you're

25   66 percent less likely to have a hospital-acquired   10:40:46
```

Page 96

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    infection; is that correct?

 2        A    I don't think that's what that was saying.

 3        Q    What was -- what were you intending to

 4    express in this e-mail?

 5        A    The intent -- the intent of that statistic    10:41:08

 6    was to convey that there is -- in previous studies,

 7    that when people had worn, you know, their scrubs

 8    for extended periods of time and gone into patient

 9    rooms, that those scrubs are contaminated by all the

10    things that they could have potentially and did and    10:41:28

11    did not come in contact with that day.

12            And so as compared to a clean scrub that has

13    not had any of that exposure, there's approximately

14    66 percent more bacteria on those used exposed

15    scrubs than there are on clean scrubs in --           10:41:46

16

17

18

19

20

21

22

23

24

25
```

Page 97

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7      Q   So, you know, you're wearing scrubs.  They're

 8   clean.  It's your first patient visit to somebody

 9   who has MRSA.  You're -- the -- the nurse is dealing

10   with that patient.  If the nurse never changes        10:42:31

11   that -- their scrubs during the entire day and

12   they're in a 12-hour shift and they keep coming in

13   contact with patients all day long that have MRSA --

14      A   Uh-huh.

15      Q   -- at some point does the fact that those      10:42:47

16   scrubs were clean in the morning lose the impact of

17   lowering down hospital-acquired infections?

18

19

20

21      THE WITNESS:  Yeah, I mean, I would have to

22   test it to know if that was true or not.

23   BY MR. MICHELMAN:

24      Q   Okay.  So unless you knew that the person

25   wearing the scrubs who saw the patient in the         10:43:06
```

Page 98

SPI's Affirmative Designations                                FIGS' Counter-Designations

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

1    morning were either changing their scrubs after each

2    visit with the patient or had a protective gown and

3    took it off, you would have no way to make the

4    blanket statement that a clean scrub in the morning

5    would reduce hospital-acquired infections by          10:43:23

6    66 percent; isn't that correct?

7

8         THE WITNESS:  And I never did that study.

9         So, you know, my -- like the point of my

10   research was simply to really raise awareness for      10:43:35

11   Threads for Threads, that there were, you know,

12   gross sanitary violations happening and they put

13   patients at risk.  And, like, how could we really

14   convey to people in a way that would really just,

15   like, make it clear based on, you know, evidence       10:43:55

16   that we had read that -- that, look, you know, it's

17   a dire situation over here, and we can really make a

18   difference by helping them in this way practice in a

19   more sanitary environment.

20   BY MR. MICHELMAN:                                      10:44:06

21      Q   Okay.  Since you never did the research, you

22   don't know if that statement would be true, then; is

23   that right?

24      A   Right.  I didn't --

25

                                              Page 99

SPI's Affirmative Designations          FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      THE WITNESS:  I didn't conduct those studies.

2

3    Q   Okay.  And so you have no idea if a clean

4  scrub in the morning that a nurse wears for 12 hours

5  seeing patients would reduce hospital-acquired          10:44:20

6  infections by 66 percent simply because they were

7  clean in the morning; is that right?

8    A   I don't know, I don't know.

9    Q   Okay.  Thank you.  Okay.

10       And then let's go to the second page of that    10:44:32

11  e-mail.

12       In here, the first part that says "Infection

13  Rates," you were just saying here that clean scrubs

14  in a clean environment reduces contamination; is

15  that right?  That's all those articles really talk    10:44:51

16  about.

17    A   I couldn't tell you the gist of what each --

18  I think each one is different.

19

20

21

22

23

24

25

                                          Page 100

SPI's Affirmative Designations          FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12          (Exhibit 8 was marked for identification

13       and is attached hereto.)

14

15

16

17

18

19

20

21

22

23

24

25

Page 101

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20      Q   All right.  So -- so this is one of the          10:50:41

21    articles that you gave to Heather.  There's nothing

22    in here that's saying that their scrubs reduce

23    hospital-acquired infections by 66 percent, is

24    there?

25      A   No.                                               10:50:50

Page 105

SPI's Affirmative Designations     FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          MR. MICHELMAN:   Okay.   Let's go to 7B.

2          (Exhibit 9 was marked for identification

3       and is attached hereto.)

Page 106

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

1

2

3

4      Q    This is another article that you sent on --

5   "Coming Clean on Home Laundered Scrubs."  I want to      10:52:16

6   go to the next page.

7          Right there.

8          And it says (as read):

9            "Microbes Adhere to Fabric."

10         Can you take a moment and just read to           10:52:25

11   yourself the first paragraph.

12     A    Okay.

13     Q    So this is really just saying -- it's not

14   just any -- it's not just clean scrubs generally.

15   There's actually a process to make the scrubs,          10:52:53

16   quote, clean with respect to microbes that you have

17   to follow this procedure to make sure they're not a

18   transmission or reservoir for bacteria that could

19   live up to 90 days; is that correct?

20     A    I don't know about the 90 days.  It doesn't      10:53:07

21   say that.  But it does cite the study.  I -- I mean,

22   I can't -- I'm not referencing it right now, but I

23   believe it references the study that we just talked

24   about.

25          So it -- it does say that, you know, nurses      10:53:24

                                                   Page 107

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    who have worked, right, they work.  They are exposed

2    to patients.  65 percent of those nurses had, you

3    know, antibiotic-resistant bacteria on their gowns

4    after those encounters, so over half of them.

5          And when -- and then they're just saying         10:53:49

6    laundering reduces the risk of infections when done

7    properly, but they don't state how to launder.  They

8    just say laundering does.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 108

SPI's Affirmative Designations                              FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8      Q   Okay.  I agree.  So let's go to the last one,

9   which is "Summary."  Read that to yourself, and when

10   you're done, tell me what you think the conclusion      10:56:28

11   of this article that you sent to Heather Hasson is.

12      A   I think the conclusion is that scrubs get

13   highly contaminated in a hospital environment and

14   how you want to deal with that issue in your own

15   institution should be up to the resources available   10:56:57

16   to you.

17      Q   Okay.  And there's -- there's no, like,

18   magical fabric that you could put on a scrub, that

19   you're aware of, that would block the transmission

20   of a bacteria during the entirety of a shift, is     10:57:11

21   there?

22

23

24      THE WITNESS:  I have no knowledge of special

25   fabric technologies.  I -- since that was never my   10:57:18

Page 110

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

1    area of expertise.

2

3       Q    How about -- how about any antimicrobial

4    technology, are you aware of any antimicrobial

5    technology that would prevent the spread of disease    10:57:28

6    or kill bacteria on contract or reduce hospital-

7    acquired infections by 66 percent if it was woven

8    onto a scrub?

9       A    It may exist.  I -- I just don't know.

10      Q    So you have no idea one way or another?    10:57:47

11      A    No.

12      Q    Have you ever seen such technology?

13      A    Never looked into it.

14           MR. MICHELMAN:  Okay.  Let's go to 8, please.

15           (Exhibit 2 was marked for identification    10:57:58

16       and is attached hereto.)

17   BY MR. MICHELMAN:

18      Q    All right.  This is an e-mail from you to

19   Heather Hasson entitled "research."  And read it to

20   yourself, and tell me when you're done.    10:58:38

21      A    Okay.

22      Q    What are you communicating to Ms. Hasson

23   here?

24      A    That I'm still unable to find the original

25   article that used to substantiate the 68 percent --    10:59:12

                                        Page 111

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

```
 1   66 percent statement, but that I think -- which is
 2   another important point here, is that there are
 3   other articles that are consistently coming up that
 4   are approximately the same as far as kind of the
 5   bottom line that we were trying to communicate        10:59:31
 6   about, you know, clean versus at the end of the
 7   shift and, you know, infection control practices,
 8   basically, that can reduce the, you know, rate of
 9   bacterial load on -- on scrubs.
10      Q   Okay.  So is it correct that of all the        10:59:46
11   research you did at FIGS, the only thing you were
12   trying to communicate is a clean environment reduces
13   infection?
14      A   Correct.
15      Q   And it was just an awareness campaign; is      10:59:55
16   that right?
17      A   It was to raise awareness for the fact that
18   there are really, you know -- it was really to bring
19   attention to our Threads for Threads initiative, to
20   bring attention to the fact that there are just       11:00:08
21   grossly unsanitary things happening in the world,
22   and that by giving them, you know, a fresh set of
23   scrubs to wear, that, you know, they'll enter into
24   those rooms much cleaner and, you know, not passing
25   that stuff on from one person to the other that's     11:00:22
```

Page 112

SPI's Affirmative Designations     FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    been compounded, you know, day after day of wear.

2        Q    If somebody said that the research that you

3    just looked at, these articles, and the research you

4    did at FIGS is the basis to say that FIGS scrubs

5    kills bacteria on contact, would that be a truthful    11:00:37

6    statement?

7

8

9        THE WITNESS:  I mean, I don't know what was

10   in their mind when they were writing it.  I don't    11:00:48

11   know if they're trying to be truthful or not, but it

12   wasn't the -- what the intention of my research was.

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 113

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL -- ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17          (Exhibit 10 was marked for identification

18       and is attached hereto.)

19   BY MR. MICHELMAN:

20      Q   Okay.  So you can go -- use that.  It will be   11:02:23

21   faster.

22          What I want you to do -- this is the article,

23   and it says "Central Line Associated with

24   Bloodstream" [sic], basically, catheters.

25      A   Yeah.                                           11:02:32

                                               Page 114
```

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q   If you go, I don't know how many pages in,

2   you'll see it says "Background:  Preventative" --

3   "Prevention Strategies, Interventions."

4      A   Okay.

5

6

7

8

9

10

11

12

13

14

15

16

17

18      Q   So this says 66 percent reduction.  And the

19   basic interventions are (as read):

20          "Hand hygiene, full barrier                11:03:19

21          precautions during" -- basically,

22          catheter insertion, "skin cleansing,

23          avoiding femoral sites, removing

24          unnecessary catheters, use of

25          insertion checklists, promotion of        11:03:33

                                                Page 115

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          safety culture."

2          And they're saying, if you do all these

3    things for that one particular patient -- not an

4    entire shift -- you can reduce CLABSI, right, which

5    is bloodstream infections.                          11:03:49

6        A   Right.  Centralized bloodstream infection.

7        Q   Yeah, right.  By 66 percent.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 116

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22          Do you know that -- how do you know that any

23    of the scrubs that FIGS was selling were -- had any

24    antimicrobial products on them?

25       A   I didn't.                                    11:09:51

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

1      Q   Did you just take her -- you just took her

2   word for it?

3      A   Correct.

4      Q   Okay.  Let's go to -- let me ask you, in 2018

5   or before, did you see any studies done by FIGS that     11:10:09

6   demonstrated the effectiveness of their scrubs to

7   reduce infection by 66 percent?

8      A   No.

9      Q   Do you see any studies that demonstrated the

10  effectiveness of Silvadur antimicrobial technology     11:10:28

11  to reduce hospital-acquired infections?

12     A   No.

13     Q   Did you see any studies that their -- FIGS

14  Threads for Threads initiatives decreased the

15  infection rate by 66 percent in the countries in     11:10:41

16  which they have donated?

17     A   No.

18     Q   Are you aware of any such study?

19     A   I'm not aware whether studies exist or they

20  don't exist regarding what types of testing FIGS has     11:10:55

21  done.

22         MR. MICHELMAN:  Let's go to Exhibit -- my 12,

23  Kevin.  So it might be -- should be 12 in yours.

24         (Exhibit 12 was marked for identification

25         and is attached hereto.)     11:11:14

                                        Page 121

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7

 8

 9      Q    And then it goes (as read):

10           -- "the scrubs cut the spread of            11:12:39

11      infection by 66 percent."

12      Do you know what the basis of that is?

13

14

15      Q    What's ever in your brain.                  11:12:48

16      So do you have any basis for what is the

17      foundation for that statement?

18      A    I don't.  I -- I wasn't involved in the -- in

19      the writing of this or -- yeah.  I wasn't around

20      then.                                            11:12:59

21      Q    Okay.  If Heather Hasson said that they made

22      the statement based on your research, would that be

23      a truthful statement?

24

25           THE WITNESS:  I didn't do anything in a test 11:13:16
```

Page 123

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    lab.

2    BY MR. MICHELMAN:

3        Q   Well, did you do anything to establish that

4    the scrubs cut the spread of infection by

5    66 percent?                                          11:13:26

6

7

8

9        A   I didn't do any tests with any scrubs.

10       Q   Okay.  Okay.  And if Devon Duff Gago said    11:13:33

11   that this statement was based on research you did,

12   would you consider that to be a truthful statement?

13

14

15           THE WITNESS:  Yeah, I don't know who --       11:13:53

16   BY MR. MICHELMAN:

17       Q   Is that -- all right.  That's fair.

18           If anybody from FIGS said that they made the

19   statement based on your medical research, would that

20   be a truthful statement?                             11:14:03

21

22           THE WITNESS:  I would say that they

23   misunderstood what I was researching.

24   BY MR. MICHELMAN:

25       Q   Okay.  And if anybody at FIGS said that you   11:14:16
```

Page 124

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

1    sent to them written conclusions substantiating the

2    representation that FIGS scrubs reduces hospital-

3    acquired infections by 66 percent, would that be

4    truthful?

5        A    I don't know what they would be referring to.    11:14:41

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                    Page 125

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20      Q   You can't make the representation to the        11:19:01

21   public that FIGS scrubs reduces hospital-acquired

22   infections by 66 percent unless there's a study for

23   all the different types of bacteria that cause

24   hospital-acquired infections; isn't that correct?

25      A   It would seem like the -- like you should        11:19:18

                                              Page 128

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

1    have a study to be able to back up what you're

2    saying.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 129

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

 1

 2

 3

 4

 5

 6          Is it a true statement for FIGS to say, our

 7     antimicrobial agents are built in to products during

 8     the manufacturing process and became an intrinsic

 9     part of the product in site and at the surface?

10        A   I don't know.  I've never heard that          11:26:36

11     statement, and I don't know how products are made.

12        Q   Okay.  Do you know if FIGS ever employed any

13     engineers to formulate an antimicrobial agent

14     technology?

15        A   I don't know.                                 11:26:56

16        Q   Do you know if they ever employed any

17     engineers?

18        A   No idea.

19        Q   Do you know if they ever contracted with any

20     engineers?                                           11:27:03

21        A   No idea.

22

23

24

25

                                              Page 134

SPI's Affirmative Designations          FIGS' Counter-Designations

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

19          When you were doing your review through these

20     three public sites regarding reduction and                11:31:47

21     infections, it was really just about a clean

22     environment, but not how the environment becomes

23     unclean?

24        A    Well, part of, you know, the impetus for it

25     was the fact that people were wearing dirty scrubs        11:32:02

                                            Page 137

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

1    day after day after day, and so it was, you know,

2    compounded issues.

3          So even if you were to get them to change

4    their scrubs once a day, that would still be far

5    better than the alternative, which was occurring.    11:32:16

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 138

SPI's Affirmative Designations                              FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4        So at the time you were at FIGS, how many

 5   employees were there?                              11:52:22

 6      A   Just me and Heather, I mean -- and I wasn't

 7   really even an employee, so just us.

 8      Q   Okay.  And you left officially, according to

 9   your LinkedIn, in 2013.

10        At the time you left, it was just you and     11:52:40

11   Heather?

12      A   Yes.

13

14

15

16

17

18

19

20      Q   Okay.  And do you know how FIGS came up with 11:53:01

21   the name Threads for Threads?

22      A   My understanding is that the Heather came up

23   with that.  Before I knew her, she already had come

24   up with that name.

25      Q   Okay.  And did you understand Threads to     11:53:14
```

Page 145

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    Threads to mean one for one?

 2        A    At the time, that's what it meant.

 3        Q    Yeah.  Meaning -- and just for clarity of the

 4    record, be it a necktie, school uniform or a scrub,

 5    for every one purchased -- by way of example, one        11:53:26

 6    necktie, one necktie was given away; one school

 7    uniform was purchased, one was given away; or one

 8    scrub was purchased and one scrub was given away.

 9    Is what that means?

10        A    That was my understanding.                      11:53:40

11

12

13

14

15

16

17           Out of all the articles we reviewed today or

18    that you recollect researching for FIGS, do any of

19    them support the claim that FIGS scrubs kill

20    bacteria immediately on contact?                         11:54:08

21        A    The articles that we read today didn't have

22    anything to do with FIGS scrubs properties as far as

23    I'm aware.  So I would say no.

24        Q    Okay.  Okay.  And same question.  Any of the

25    articles that we reviewed today or that you            11:54:28
```

Page 146

SPI's Affirmative Designations                          FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    recollect researching for FIGS, does any of -- do

2    any of them support the claim that FIGS scrubs

3    prevent the spread of infection?

4        A    So I would say the -- the claim about

5    preventing infection has to do with, you know,                 11:54:42

6    general hygiene practices, and one of those

7    practices germane to being sanitary is wearing clean

8    scrubs, which, you know, again, was something that

9    we were dealing with on a very different scale in

10   developing countries.                                          11:55:01

11           And I think at the end of the day, you know,

12   when you look at a lot of these studies, they kind

13   of anchor to this 2/3 66, 65 percent number that

14   says, you know, at the end of the shift, that

15   bacterial counts increased by roughly 2/3.                     11:55:13

16           And so by providing that person clean scrubs,

17   compared to that 2/3 at the end of the day, I mean,

18   obviously, you don't have that 2/3 when you have a

19   set of clean scrubs.  So I think that there --

20   there's a connection there that's relative.                    11:55:29

21

22

23

24

25

                                                  Page 147

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2      Q    Okay.  And then out of all the articles we

3    reviewed today or you recollect researching for

4    FIGS, none of them support the claim that clean

5    scrubs reduce hospital-acquired infections by         11:55:54

6    66 percent; correct?

7      A    I don't -- I don't know.  No.

8      Q    Well, as you sit here today, there isn't a

9    single article that you sent to FIGS or you can

10   think of that concluded that clean scrubs reduce      11:56:14

11   hospital-acquired infections by 66 percent; is that

12   true?

13     A    I would say the articles that I provided

14   shows that throughout the workday, nurses or

15   hospital uniforms become progressively more           11:56:28

16   contaminated with bacteria.

17

18

19

20

21

22

23

24

25

Page 148

SPI's Affirmative Designations     FIGS' Counter-Designations

HIGHLY CONFIDENTIAL- ATTORNEYS' EYES ONLY

1

2

3          I, the undersigned, a Certified Shorthand

4    Reporter of the State of California, do hereby

5    certify:

6          That the foregoing proceedings were taken

7    before me at the time and place herein set forth;

8    that any witnesses in the foregoing proceedings,

9    prior to testifying, were placed under oath; that a

10   record of the proceedings was made by me using

11   machine shorthand which was thereafter transcribed

12   under my direction; further, that the foregoing is

13   an accurate transcription thereof.

14          I further certify that I am neither

15   financially interested in the action nor a relative

16   or employee of any attorney of any of the parties.

17          IN WITNESS WHEREOF, I have this date

18   subscribed my name.

19

20          Dated: October 11, 2021

21

22

23

24          ALEXIS KAGAY

25          CSR NO. 13795

Page 152

SPI's Affirmative Designations                    FIGS' Counter-Designations