MONA Z. HANNA (SBN 131439)
  mhanna@mrllp.com
JEFFREY D. FARROW (SBN 180019)
  jfarrow@mrllp.com
KEVIN S. KIM (SBN 275200)
  kkim@mrllp.com
ALLISON C. AGUIRRE (SBN 312544)
  aaguirre@mrllp.com
AMANDA V. ANDERSON (SBN 306903)
  aanderson@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Avenue, Suite 1000
Irvine, CA 92614
Telephone:   (714) 557-7990
Facsimile:   (714) 557-7991

SANFORD L. MICHELMAN (SBN 179702)
  smichelman@mrllp.com
MARC R. JACOBS (SBN 185924)
  mjacobs@mrllp.com
JESSE J. CONTRERAS (SBN 190538)
  jcontreras@mrllp.com
JENNIFER S. GOLDSTEIN (SBN 310335)
  jgoldstein@mrllp.com
ADAM M. KORN (SBN 333270)
  akorn@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90024
Telephone: (310) 299-5500
Facsimile:  (310) 201-2110

*Additional Counsel on Next Page*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

STRATEGIC PARTNERS, INC.,

Plaintiff,

v.

FIGS, INC., CATHERINE ("TRINA") SPEAR, HEATHER HASSON,

Defendants.

Case No.: 2:19-cv-02286-JWH-KSx

District Judge:  Hon. John W. Holcomb
Magistrate Judge:  Hon. Karen Stevenson
Special Discovery Master: Hon. Suzanne Segal

**PLAINTIFF STRATEGIC PARTNERS, INC.'S LODGMENT OF DEPOSITION TESTIMONY OF DEVON DUFF GAGO PLAY TO THE JURY ON OCTOBER 19, 2022**

Complaint Filed:  February 22, 2019
Trial Date: October 17, 2022

*Additional Counsel:*

KRISTIN J. ACHTERHOF
(*Admitted Pro Hac Vice*)
 kristin.achterhof@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, IL 60661-3693
T: (312) 902-5296
F: (312) 902-1061

RICHARD H. ZELICHOV (SBN 193858)
 richard.zelichov@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
T: (310) 788-4680
F: (310) 788-4471

TIMOTHY H. GRAY
(*Admitted Pro Hac Vice*)
 timothy.gray@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2900 K Street NW, North Tower, Suite 200
Washington, DC 20007-5118
T: (202) 625-3608
F: (202) 298-7570

*Attorneys for Plaintiff, STRATEGIC PARTNERS, INC.*

**PLAINTIFF STRATEGIC PARTNERS, INC.'S LODGMENT OF DEPOSITION TESTIMONY OF DEVON DUFF GAGO PLAY TO THE JURY ON OCTOBER 19, 2022**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3
 4     _____
                                      )    SPI Affirmative Designations
 5     STRATEGIC PARTNERS, INC.,      )
                                      )    FIGS Counter-Designations
 6              Plaintiff,            )
                                      )    FIGS Affirmative Designations
 7          vs.                       )    Case No. 2:19-cv-02286-JWH-KS
                                      )
 8     FIGS, INC., CATHERINE          )
       ("TRINA") SPEAR, HEATHER       )
 9     HASSON,                        )
                                      )
10              Defendants.           )
       _____)
11
12
13
14       ** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **
15            REMOTE VIDEOTAPED DEPOSITION OF
16         30(b)(6) WITNESS FOR FIGS, INCORPORATED
17                    DEVON DUFF GAGO
18                 Friday, July 9, 2021
19                      Volume I
20
21
22     Reported by:
       NADIA NEWHART
23     CSR No. 8714
24     Job No. 4671915
25     PAGES 1 - 325
```

Page 1

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13          This is media unit 1 of the

14   video-recorded deposition of Devon Duff Gago, FIGS,

15   Incorporated 30(b)(6), taken by counsel for          09:03:06

16   plaintiff in the matter of Strategic Partners,

17   Incorporated versus FIGS, Incorporated, et al. filed

18   in United States District Court, Central District of

19   California.  The case number is 2:19-cv-02286-JWH-KSx.

20

21

22

23

24

25

Page 13

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3          THE VIDEOGRAPHER:  Thank you.  If that's all

4     the introductions, will the court reporter please

5     swear in the witness.                          09:05:13

6          THE REPORTER:  Please raise your right hand.

7

8                    DEVON DUFF GAGO,

9       having been first duly sworn, was examined and

10                 testified as follows:

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 15

SPI Affirmative Designations      FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19      Q   And do you understand that the answers you

20   give me, because you've been noticed today as a          09:06:39

21   corporate representative, will be binding on FIGS?

22        Do you understand that?

23      A   I understand.

24

25

                                                     Page 16
```

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1

2

3

4

5        Q    Okay.  Excellent.  All right.  Again, you       09:07:51

6   understand you're here in -- serving as the

7   corporate representative for testimony today; is

8   that right?

9        A    I understand.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 18

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17      Q    Okay.  Thank you.  Did you do anything to
18   make yourself familiar with any facts or evidence
19   supporting or related to FIGS' claims regarding a
20   66 percent reduction in hospital-acquired          09:17:17
21   infections?
22      A    I, you know, took a look at some places where
23   they may have appeared in the past and some of the
24   documents that were provided to me through the
25   attorneys.                                          09:17:31
```

Page 25

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1        Q    Okay.  Well, what did you do to make yourself

2    knowledgeable of any scientific research data or

3    studies regarding a hospital-acquired infection rate

4    being reduced by 66 percent?

5        A    I reviewed some documents that our attorneys    09:17:46

6    provided to me in relation to that.

7        Q    Do you remember how many documents?

8        A    I don't.  I think I mentioned before I

9    reviewed many, many documents as part of this

10   preparation.                                             09:18:01

11       Q    Okay.  Well, how many do you think you

12   reviewed?  More than ten?

13       A    Hundreds.

14       Q    Hundreds?  Okay.

15            And what did you do to make yourself           09:18:07

16   knowledgeable of any antimicrobial technology used

17   in FIGS' fabric from 2013 until today?

18       A    I reviewed documents that our attorneys

19   provided to me regarding this topic.

20       Q    And do you have any specific recollection of   09:18:28

21   any documents regarding this topic?

22       A    No.  I reviewed hundreds of documents, like I

23   mentioned before.  So I'm unable to recall the --

24   the specifics of a single one.

25       Q    Okay.  And what did you do, if anything, to    09:18:45
```

Page 26

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    make yourself knowledgeable of FIGS' product testing

2    protocols?

3        A    I reviewed documents that our attorneys

4    provided to me regarding protocols, you know, that

5    were practiced by the company.                        09:19:06

6        Q    Okay.  Well, do you recall any documents you

7    reviewed regarding FIGS' product testing protocols?

8        A    I reviewed hundreds of documents and,

9    unfortunately, I'm unable to recall the specifics of

10   single documents.                                     09:19:22

11       Q    All right.  Well, let me ask you this

12   question, then.

13            Can you identify a single document that you

14   reviewed this week over the two days that you met

15   with your counsel?                                    09:19:31

16       A    I reviewed hundreds of different types of

17   documents.  I can't remember the specifics of every

18   document that I reviewed.

19       Q    Yeah, my question is different.

20            My question is, can you just recall any one   09:19:45

21   document now -- I don't care about the specifics.

22            Can you describe it to me, what -- what --

23   anything?

24       A    I'm sorry.  I -- I reviewed so many

25   documents.  And I can't recall, you know, the         09:20:08

Page 27

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    details of one single one, you know, with enough

 2    clarity to describe.

 3        Q   Yeah, I'm not asking for details.

 4            Can you think of a name?  And then we can

 5    break it down to see if it helps refresh your          09:20:22

 6    recollection.  Anything?

 7        A   Of course.  There were many, you know,

 8    documents and emails with FIGS' team members' names,

 9    FIGS, you know, the -- the company included.

10        Q   All right.  So you can remember the format,    09:20:43

11    but you can't remember any content; is that correct?

12        A   I'm having trouble, you know, remembering a

13    very clear example to describe to you.

14

15

16        Q   My question is, do you remember the format?

17    Because you said "email."

18            Other than the format, can you remember any

19    of the content of any of the documents that you

20    looked at?                                             09:21:10

21        A   I'm sure once a document is shown to me, I --

22    you know, I might be able to recall it.  But like I

23    mentioned before, I reviewed hundreds of documents.

24

25
```

Page 28

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12       Q   Okay.  Do you know Heather Hasson?

13       A   I do.

14       Q   And do you consider her -- how long have you

15   known her?                                          09:35:00

16       A   I've known Heather since 2016.

17       Q   And how did you come to meet her?

18       A   I came to meet Heather when I started working

19   with FIGS.

20

21

22

23

24

25
```

Page 39

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19      Q   All right.  And have you ever known
20   Ms. Hasson to lie?                              09:36:46
21      A   I have not.
22      Q   Do you consider her to be truthful?
23      A   I do.
24      Q   Okay.  And regarding Trina Spear, how long
25   have you known her?                             09:36:58
```

Page 40

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A    I've known Trina Spear since 2016.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              Page 41

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14      Q   Okay.  And do you know who Benjamin Chase is?

15      A   I am aware of who he is, but I do not know      09:41:42

16   him personally.

17      Q   Okay.  Thank you.  And what are you

18   aware of -- let me rephrase that.

19         How do you -- how do you know of Benjamin

20   Chase?                                              09:41:53

21      A   Because he was a former FIGS employee.

22      Q   Okay.  And when did you first learn about

23   Mr. Chase?

24      A   I had heard Heather mention his name over the

25   years as an early FIGS employee.  And through the --  09:42:15

                                                    Page 44

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    you know, some of the preparation, you know, I also

2    gained more insight into his role at FIGS.

3        Q    What was his role at FIGS?

4        A    He joined the company very early on and, you

5    know, appeared to be -- so one thing that I think is    09:42:36

6    important to note about his background is that he is

7    a healthcare professional and, you know, has a -- a

8    background in research.

9            But when he was working at FIGS, you know, it

10   was very early on, so he was supporting in a number    09:42:48

11   of different capacities, I would say almost as a

12   generalist.

13       Q    A generalist for what?  How to cut fabrics?

14   How to do research?  What -- what did he do?

15       A    I know that he supported on a number of    09:43:04

16   research-related items and, you know, also helped

17   with a lot of the, you know, just foundational

18   elements of building a company with Heather in the

19   early years.

20       Q    Is that the best description you can give me    09:43:22

21   of Mr. Chase's role at FIGS?

22       A    That is the best description that I can give

23   you.

24

25

Page 45

SPI Affirmative Designations       FIGS' Counter-Designations       FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21          What was Mr. Loose's position with FIGS?

22      A   Mr. Loose served as our finance leader for a

23   short period of time.

24      Q   Do you know what his title was?

25      A   I believe his title was CFO.              10:02:48

Page 59

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        Q    Okay.  And do you consider Mr. Loose to be an
 2    honest person?
 3        A    I do not.
 4        Q    Why not?
 5        A    He was not a reliable finance leader.  He was     10:03:04
 6    really, really disorganized and did not complete the
 7    work that he needed to complete within the needed
 8    time frames.
 9        Q    All right.  So -- but what does -- what does
10    that have to do with honesty?                            10:03:30
11            Tell me why you believe he's not honest.
12        A    I think, you know, honesty is also about
13    following through on, you know, the commitments that
14    you make.  And if you commit to, you know, help
15    prepare the company budget by a certain time and say    10:03:42
16    that you're going to do it and then you don't do it,
17    that's an example of being dishonest.
18
19
20
21
22
23
24
25
```

Page 60

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20          I'm asking, are you aware of any              10:06:39

21     representation -- I don't care where it was made --

22     that FIGS was giving away Threads For Threads on a

23     one-to-one basis in 2020.

24          A    I am not.

25          Q    And isn't it also correct that FIGS is saying   10:06:51

Page 62

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    that it ceased its one-to-one Threads For Threads

2    program prior to 2020?

3        A    That is correct.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20        If FIGS made representations to the public    10:07:49

21    that it was giving away scrubs on a one-to-one basis

22    in its Threads to Threads [sic] program in 2020,

23    that would be a lie, correct?

24

25        THE WITNESS:  No.  I -- I can't comment on    10:08:09

Page 63

SPI Affirmative Designations          FIGS' Counter-Designations          FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    this, because I -- you know, it's too abstract.  I

2    don't have any context on, you know, what you're

3    referring to.  And you asked me not to speculate.

4    BY MR. MICHELMAN:

5       Q   I'm not asking you to -- I'm actually not          10:08:25

6    asking you to speculate.  I'm giving you -- I'm --

7    I'm going to ask you these following facts.  Well,

8    strike that.

9          You testified in 2020, FIGS was not doing a

10   one-to-one giveaway.  And I'm saying if there is          10:08:37

11   literature out from FIGS in 2020 saying they are

12   giving it away on a one-to-one basis, that would be

13   an untruthful statement by FIGS.

14         It's either a yes or no.

15

16

17

18

19

20

21

22         THE WITNESS:  It's very confusing to me that

23   I'm being asked to speculate when I was told not to

24   speculate at the beginning of the deposition.  So I

25   don't think I'm able to answer that.  I want to           10:09:12

                                                        Page 64

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    follow all of the rules of the deposition, and I'm

2    concerned that I would be going against the rules of

3    the deposition if, you know, I do what you're asking

4    me to.

5         MR. MICHELMAN:  Yeah, well, I don't think you      10:09:29

6    are.

7         But, Court Reporter, if you can mark

8    questions that I ask to be marked.  If you can mark

9    this one, please.

10         We're going to pull up an exhibit, 313.           10:09:42

11   We're going to mark this as 127.  I'm going to

12   eliminate some of the confusion for everybody and

13   show you the numerous representations in 2020 about

14   the one-to-one program.

15         (Exhibit 127 was marked for identification        10:09:58

16         and is attached hereto.)

17   BY MR. MICHELMAN:

18     Q   And you can access it on your own as we're

19   pulling it up.  It's 313.

20         If you can go to page 2 of 2.  And if you go      10:10:25

21   down to right -- and about one-third down where it

22   says "acquired infection rate by 2/3," right there,

23   our cursor is on it.  It says (as read):

24         "We are partnered with International

25         Medical Corp and other healthcare                 10:10:43

                                                            Page 65

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            organizations to ensure that for

 2            every set of scrubs sold, a set is

 3            distributed to a healthcare provider

 4            in need."

 5        Is that a true statement in 2020?              10:10:51

 6    A   Do you mind just giving me a minute to read

 7   the exhibit?

 8    Q   It's important.  Take as much time as you

 9   need.

10        Did you have enough time to read it?  It's    10:11:42

11   only a few sentences.

12    A   No, I'm -- I'm still reading.

13    Q   Okay.  All right.  So do you know what I'm

14   going to do because it's -- I'm just noting the

15   time.  Just look where it says "about."  I'll make  10:12:25

16   it even simple.

17        Just read that one paragraph (as read):

18            "100% Awesome Medical Apparel!  For

19            every set of scrubs sold, FIGS gives

20            a set to a healthcare provider in       10:12:34

21            need."

22        Is that true or false?

23    A   Well, it depends.  It depends on the, you

24   know, time period that you're referring to and, you

25   know, the -- the donations that were taking place   10:12:55
```

Veritext Legal Solutions
866 299-5127

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1     at -- at the time.

2         Q    I --

3              (Simultaneous speaking - unreportable.)

4     BY MR. MICHELMAN:

5         Q    -- to your prior testimony if it was in 2020,    10:13:00

6     it would not be true.

7              Take a look in the top left corner.  It's

8     August 19, 2020.

9              Is it true or false, ma'am?

10        A    I have not seen this document before, so --    10:13:15

11        Q    It's not relevant.

12             Is it true or false?

13        A    It just -- it doesn't -- this doesn't look,

14    you know, like the LinkedIn page that I'm familiar

15    with, so -- but I'm just, you know, having a little    10:13:34

16    bit of hesitation about -- you know, that's what is

17    written in this document here that, you know, it

18    just doesn't align with my understanding of what

19    was -- you know, what has been communicated on our

20    LinkedIn page recently following the -- you know,    10:13:56

21    the evolution of our Threads For Threads program.

22        Q    All right.  Well, why don't we -- why don't

23    we stick with what's relevant.  This is a Facebook

24    page from your -- your company's Facebook posting.

25    So I'm asking you to assume that this is actually    10:14:15

Page 67

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      your Facebook page, because that's -- it is.  I'll

2      make that representation as an officer of the court.

3              Is this a true or false statement?  You're

4      here as a corporate representative.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 68

SPI Affirmative Designations        FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7      Q    But, ma'am, I'm just going to ask you your

8    question again.

9         Is that a true statement in 2020?

10     A    Like I mentioned before, FIGS evolved our        10:15:34

11   Threads For Threads giving program in 2017 to, you

12   know, go beyond giving scrubs.  And I'm a bit

13   confused by this document here.  I have not seen

14   this before.  So, you know, I don't -- I don't know

15   who prepared it or what -- you know, what they meant   10:15:56

16   by it.

17

18

19

20

21

22

23

24

25

                                              Page 69

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18       Q    (As read):

19            "For every set of scrubs sold, FIGS

20            gives a set to a healthcare provider         10:16:56

21            in need."

22            If this statement was made on August 19th,

23       2020 by FIGS, would it be true or false?

24          A   It's -- I mean, in regard to how the program

25       operated earlier, FIGS did follow one-for-one model.   10:17:16
```

Page 70

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1     After late 2017, we decided to evolve the program to

 2     be, you know, much more expansive.  So I'm sorry,

 3     I'm a bit confused by the document that I have -- I

 4     have not seen before.

 5          And it -- it just -- you know, it doesn't         10:17:37

 6     look like -- it doesn't look like FIGS', you know,

 7     language.  It looks like something is incorrect

 8     here, like something -- like I can't trust this

 9     document.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25     Q   Sure.  (As read):                                 10:18:29
```

Page 71

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1            "For every set of scrubs sold, FIGS

2            gives a set to a healthcare provider

3            in need."

4            If FIGS made that statement on August 19th,

5    2020 to the public, would that be a true or false          10:18:38

6    statement?

7        A    FIGS was not making donations on a

8    one-for-one basis after 2017 when it made the

9    decision to evolve the -- the program.  I'm sorry.

10

11

12

13

14

15

16

17

18

19

20

21

22        Q    Well, okay.  I'm just -- I just want to make

23   this clear, because you're here under penalty of

24   perjury.

25            You said after '17, there was no one-to-one          10:19:24

                                                        Page 72

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    program.

2         Are you saying that you can't answer the

3    question of whether or not this statement, if made

4    on August 19th, 2020, is true or false?

5         Is that your testimony today, ma'am?                    10:19:38

6      A   I don't have all of the context behind this

7    document to, you know, be able to say.  And I'm --

8    I'm concerned, you know, that I can't trust the

9    document.

10        FIGS -- it was not FIGS practice once it, you    10:19:54

11   know, decided to evolve its Threads For Threads

12   model, to, you know, continue to communicate that it

13   donated on a -- a one-for-one basis.  You know, that

14   was how it was prior to 2017.

15        And in, you know, more recent years, we've      10:20:15

16   been focused on really communicating the bigger

17   impact that we're having and -- and the different

18   ways in which we're giving and supporting the global

19   healthcare community.

20

21

22

23

24

25

                                                    Page  73

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20          (Exhibit 128 was marked for identification          10:32:59

21       and is attached hereto.)

22

23

24

25

Page 74

SPI Affirmative Designations          FIGS' Counter-Designations          FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19       Q   In 2019, that sentence, "For every set of

20   scrubs sold, we give a set to a healthcare provider   10:36:20

21   in need," is that true or false?

22       A   In 2019, FIGS was not giving a -- a set of

23   scrubs for every set sold --

24       Q   Okay.

25       A   -- but I do think it's important to note   10:36:32
```

Page 77

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    that, you know, this was an old brand book.

 2        Q   Okay.  Wonderful.  Let's go to --

 3            (Simultaneous speaking - unreportable.)

 4    BY MR. MICHELMAN:

 5        Q   I'm sorry?                              10:36:47

 6        A   Oh, sorry.  I was still trying to talk.  You

 7    know, there's not information based on what you've

 8    shared with me that, you know, this is being shared,

 9    you know, anywhere other than the team just looking

10    at the latest -- you know, whatever the last update   10:36:59

11    on it was.

12

13

14

15

16

17

18

19

20

21            THE WITNESS:  I just wanted to share that

22    brand books are not something that, you know, are

23    updated even every year.  So I think that's really

24    important context to have as it relates to this.

25
```

                                                    Page 78

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3      Q   Is it your testimony that FIGS did not make

4  any statements after 2017 to the public that it was

5  still giving away scrubs on a one-to-one basis?        10:37:48

6      A   It is my testimony that FIGS transitioned its

7  giving model in late 2017 away from the one-for-one

8  model and to a kind of bigger more impactful giving

9  program.  And as a result, our -- you know, we

10  updated our communications, you know, everywhere,     10:38:17

11  you know, that -- that the team were called to

12  update them.  And it was not FIGS' practice to

13  continue to communicate that we were giving on a

14  one-for-one basis.

15

16

17

18

19

20

21

22

23

24

25

                                              Page  79

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3      Q   Not at all.  Why did FIGS stop saying after

4   2017 that it was giving away scrubs on a one-to-one

5   basis?                                          10:39:14

6      A   We stopped because we changed our model after

7   the end of 2017.  So we stopped communicating that

8   we were, you know, giving scrubs on a one-for-one

9   basis in accordance with the way that we changed the

10  giving model.                                   10:39:31

11        MR. MICHELMAN:  Okay.  Let's pull up -- it's

12  Exhibit 205.  We're going to mark it as 129.

13        (Exhibit 129 was marked for identification

14        and is attached hereto.)

15  BY MR. MICHELMAN:                               10:40:04

16     Q   All right.  This is a -- an invoice that was

17  produced to us by USC dated June 10th, 2020 and it's

18  a FIGS invoice.  And right below the total, it says

19  (as read):

20        "For every set of scrubs sold, FIGS       10:40:20

21        gives a set to a healthcare provider

22        in need."

23        Is that a true statement?

24     A   It was a true statement in 2017 and prior

25  when FIGS was following that giving model.      10:40:35

Page 80

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        Q    Okay.  So it's not true in 2020?

 2        A    In 2020, FIGS was not following a -- a

 3   one-for-one donation model.

 4        Q    So it's false; is that right?

 5        A    It's incorrect to say that, you know, for      10:40:51

 6   every set of scrubs sold, a set was donated to a

 7   healthcare provider in need.  I don't have the full

 8   context on this document, but you did share that it

 9   was an invoice to USC.

10        And I know that USC is a -- a teams customer,       10:41:12

11   and, you know, that is a really small portion of our

12   business.  And, you know, it may have been the case

13   that since this was not a really prominent area of

14   our business, that our team, you know, just in

15   oversight did not make this update.  But, you know,     10:41:40

16   it was not FIGS' intent to, you know, continue to

17   have this language beyond 2017.

18        Q    All right.  So it was false; is that right?

19        After all of that, the punch line is

20   Exhibit 129 saying that it gives away a scrub that      10:42:03

21   we just read, that's a false statement; isn't that

22   right?

23        After all of that, isn't that just the

24   answer?

25        A    It was not a correct statement as to how FIGS  10:42:11
```

Page 81

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    made its donations in 2020; however, I think it's
2    very important to note that this is clearly just an
3    oversight, because this, you know, area of our
4    business is a very small part of our business.  Our
5    team was not frequently using these invoices, and it    10:42:32
6    appears that someone, just in oversight, did not
7    update this document.
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 82

SPI Affirmative Designations       FIGS' Counter-Designations       FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4      Q   What evidence do you have that this was an

5   oversight?                                            10:43:47

6      A   Well, I know from, you know, being at the

7   company that this was not a -- a claim that we, you

8   know, proactively were making.  You know, there was

9   a process to -- once we transitioned to the new

10  giving model, to remove these statements from         10:44:05

11  anywhere that they had previously appeared.

12         And, you know, so I'm using that information

13  that I have, my knowledge of being at the company at

14  the time, in understanding that, you know, that was

15  a practice that was important to FIGS and an          10:44:22

16  exercise that was important to FIGS to go through

17  and -- and do.  And so I felt, you know, that that

18  is evidence that I can provide to you.

19

20

21      Q   Let me ask you, did FIGS ever advertise on

22   NPR?

23      A   I believe we may have had some kind of, you

24   know, brief kind of -- I'm not sure of the exact way

25   to describe it, kind of like brief advertising,       10:44:59

                                                         Page 83

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    brief -- I don't want to say --

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                    Page 84

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13      Q    So this is a email between NPR and FIGS.  We

14   go to 128, and it's talking about the different

15   spots.  At the very bottom, it says (as read):        10:48:22

16         "Support for this NPR podcast and

17          the following message comes from

18          FIGS."

19          Do you see that?

20          (As read):                                     10:48:32

21         "Purveyors of modern medical

22          apparel."

23      A    Yes.

24      Q    The second to last sentence, the penultimate

25   sentence, says (as read):                             10:48:41
```

                                                        Page 86

SPI Affirmative Designations       FIGS' Counter-Designations       FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          "And when a purchase is made, FIGS

2          gives to a healthcare provider in

3          need and has donated scrubs in over

4          35 countries."

5          Do you see that?                              10:48:58

6     A    Yes.

7     Q    Do you know whether or not at this time, as

8    part of the NPR recordings or statements, that FIGS

9    was representing a one-to-one model?

10    A    The date on these documents looks to be from    10:49:15

11   early January 2018 when FIGS had just transitioned

12   away from the one-for-one giving, and, you know,

13   FIGS going forward was not continuing to make

14   donations on a one-for-one basis.

15         But given the, you know, very close time        10:49:41

16   period to when the decision was made, you know,

17   it's -- it's, you know, very clearly an example of,

18   you know, an oversight in -- in their language.

19    Q    All right.  So I got it.

20         So every time that FIGS makes a                 10:50:02

21   representation after 2017 about it giving away a

22   scrub for a scrub, it's an oversight; is that your

23   testimony today?

24    A    My testimony is what I shared before, which

25   is when FIGS transitioned away from the one-for-one   10:50:23

                                                      Page 87

SPI Affirmative Designations          FIGS' Counter-Designations          FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    giving model in late 2017, the company had a

2    practice of updating its materials and no longer

3    communicating that it was giving on a one-for-one

4    basis going forward.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 88

SPI Affirmative Designations          FIGS' Counter-Designations          FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q    All right.  So let's go back to Karsten

2    Loose.  You said you don't believe him to be honest.

3          Was he terminated?

4      A    He was terminated.

5      Q    Why was he terminated?                     10:52:26

6      A    Performance reasons.

7      Q    What were those performance reasons?

8      A    Well, I -- I shared an example previously

9    that he was unable to prepare the company's annual

10   budget, you know, in a timely manner and according    10:52:43

11   to the agreed-upon timeline.

                                                    Page 90

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      Q   All right.  Well, on that topic, when was
 2   FIGS launched?
 3      A   So Heather conceived of FIGS in -- I believe
 4   it was about 2009, and started working on the idea
 5   around that time.                                   11:01:22
 6          In 2010, she created FIGS Enterprises and
 7   spent time, you know, continuing to, you know, build
 8   the -- the foundation for the company and develop
 9   product prototypes and start to meet, you know,
10   potential manufacturers.                            11:01:46
11          In early 2013, Trina and Heather together
12   created FIGS, Inc. which is, you know, what we refer
13   to as FIGS today.
14      Q   All right.  And the -- and the term "Threads
15   For Threads," what is that term supposed to --       11:02:13
16   strike that.
17          Threads For Threads, who created that term?
18          Who invented that term?
19      A   I believe it was Heather.
20      Q   And how did she come about creating the --    11:02:30
21   the trademark Threads For Threads?
22          What is it supposed to be portraying to the
23   public?
24      A   Well, I think Heather would probably be the
25   best person to ask that question since, you know,    11:02:45
```

                                                   Page 97

SPI Affirmative Designations        FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    she -- she did that.

 2          But Threads For Threads, you know, is about

 3    communicating to the healthcare community, you know,

 4    the -- the different ways in -- in which we give

 5    today, whether it's threads, whether it's monetary    11:03:04

 6    donations, whether it's our time, our partnership.

 7       Q    Okay.  Why Threads For Threads?  Why not some

 8    other term, Threads For All?  Threads For Many?

 9    Threads For Some?

10          Why is it Threads For Threads?                  11:03:23

11       A    Like I mentioned before, I didn't come up

12    with the name for the program, Heather did, so I

13    think she would be the best person to ask these

14    questions to.

15       Q    Nope.  You're the corporate rep.             11:03:39

16          What's your answer?

17

18          THE WITNESS:  I don't have the history on,

19    you know, why exactly this specific name was chosen

20    and what the inspiration was for it, you know, prior  11:03:55

21    to the founding of FIGS, Inc.

22

23

24

25

                                                      Page 98
```

SPI Affirmative Designations        FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8      Q    Okay.  So when did the teams formally get

9   structured?

10     A    Well, you know, we had engineering -- I'm          11:05:37

11   trying to remember the exact date.  I mean,

12   engineering is something that has always been a part

13   of the company.  Of course, you know, the people

14   that we worked with changed over time.

15         But engineering is something that, you know,        11:06:00

16   we've always needed in order to ensure that, you

17   know, our website is functioning properly and we're

18   able to make the updates that we need to.

19         You know, I would say data science, I think,

20   you know, we first created a very kind of focused      11:06:21

21   and dedicated data science team -- I believe it was

22   late 2017 or maybe early 2018.  But data science

23   has, you know, always been a part of what we do,

24   even before having a, you know, completely, you

25   know, dedicated team.                                    11:06:59

                                              Page 100

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1            Data science is part of the work that I did

2     related to inventory planning, part of the work that

3     our marketing team did in order to ensure that, you

4     know, we understood our information and, you know,

5     were able to use it to support the business.            11:07:17

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 101

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1
 2          Does FIGS ever pay for fabric without first
 3     getting an invoice?
 4       A   Well, FIGS typically doesn't pay for fabric.
 5       Q   All right.  Well, does FIGS ever pay for raw      11:11:48
 6     materials to produce its scrubs without getting an
 7     invoice?
 8       A   We don't pay -- we typically don't pay for
 9     our raw materials directly.
10       Q   Okay.  Well, does FIGS ever pay for scrubs      11:12:02
11     without an invoice?
12       A   No.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 104

SPI Affirmative Designations       FIGS' Counter-Designations       FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1
 2              Does FIGS ever buy scrubs without any
 3      antimicrobial properties on it?
 4         A   FIGS scrubs have always been antimicrobial.
 5         Q   So is the answer no?                         11:13:04
 6         A   I'm sorry.  Can you restate your question?  I
 7      want to make sure I heard it correctly.
 8         Q   Yeah.  Does -- does FIGS ever buy scrubs that
 9      do not have any antimicrobial properties on it?
10         A   No.  Our -- our scrubs are treated with      11:13:21
11      antimicrobial, all of our scrubs.
12         Q   Okay.  And you say "all."  Okay.  I've got
13      it.
14              And is that -- that's always been the case
15      since inception; is that right?                     11:13:35
16         A   Yes.
17         Q   Okay.  Why is that?  Why does FIGS buy scrubs
18      with antimicrobial properties?
19         A   It's, you know, an element of the -- the
20      product composition.  It's something that, you know, 11:13:52
21      we've always had, and we want to continue to be able
22      to offer that to our customers.
23
24
25              Does antimicrobial properties have anything  11:14:14
                                                   Page 105
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1     to do with hospital-acquired infections rates being

2     reduced by 66 percent?

3         A    Well, antimicrobial properties help to --

4     antimicrobial properties in fabric neutralize

5     bacteria, which, you know, results in a reduction in     11:14:41

6     the likelihood of HAIs.

7         Q    Okay.  So the reason that FIGS uses

8     antimicrobial properties is for the purpose of

9     trying to reduce hospital-acquired infections; is

10    that correct?                                            11:15:06

11        A    I think you could say that that is, you know,

12    one of the reasons.  I think it's -- it's broader

13    than that though.  You know, healthcare

14    professionals are working in environments where, you

15    know, there are a lot of different, you know,            11:15:21

16    bacteria and it's a -- a nice feature to have

17    antimicrobial properties in the scrubs.  It's

18    something that we've always done and that, you know,

19    we have always felt was important.

20        Q    Why would it -- why was it important?  I        11:15:42

21    don't understand it.

22             Help me understand.  Why was it important to

23    have antimicrobial features on your scrubs?

24        A    Well, I think it's -- you know, it's a little

25    bit of common sense.                                     11:15:56

Page 106

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1          If you can have properties on your clothing,
 2     you know, that would result in bacteria not
 3     continuing to be on your clothing, or you could have
 4     clothing, you know, that -- that did have bacteria,
 5     I think it's a -- it's a helpful feature.  I          11:16:20
 6     think --
 7        Q    And it's -- and it's helpful to whom -- for
 8     whom?
 9        A    I think we view it as -- it's just kind of
10     like a baseline necessary feature --                   11:16:29
11        Q    Okay.
12        A    -- in modern healthcare apparel.
13        Q    Okay.  And you -- you call your healthcare
14     workers awesome humans; is that right?
15        A    That's correct.                                11:16:43
16        Q    And one of the reasons you have this
17     antimicrobial property is you want to protect your
18     awesome humans; is that right?
19        A    I think we have the antimicrobial properties,
20     because, you know, it's -- 2021, we have these, you    11:16:54
21     know, technical, you know, capabilities so, you
22     know, why wouldn't we include it in our product?
23          Why wouldn't we ensure that, you know, we're
24     giving always kind of the -- the most innovative
25     products and features to our healthcare               11:17:17
```

Page 107

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    professionals?

2

3

4         My question was, FIGS offers this

5    antimicrobial product because it wants to protect     11:17:28

6    its awesome humans; is that right?

7         There could be other reasons, but that's one

8    of the reasons?

9     A   I think protecting them is -- that -- those

10   aren't the words that I would put it in.  I think we   11:17:46

11   want to provide modern healthcare apparel that

12   supports every need of healthcare professionals --

13    Q   So --

14    A   -- to ensure that they can perform at their

15   best and really feel their best.                       11:18:00

16    Q   So FIGS doesn't want to protect its awesome

17   humans?

18    A   I think FIGS wants to support its awesome

19   humans in every possible way that it can.  I think

20   FIGS also recognizes that, you know, this is just      11:18:22

21   one kind of piece of the -- the product equation,

22   right, there are many, many other features that, you

23   know, go into creating a product or a type of scrub

24   and really, you know, defining that product, and --

25   and there's also so much more that goes into, you      11:18:44
```

Page 108

SPI Affirmative Designations          FIGS' Counter-Designations          FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

 1    know, ensuring a -- a safe and healthy workplace

 2    environment.

 3         Q    Does FIGS want to protect its awesome humans?

 4    It's yes or no.

 5         A    Yes, FIGS wants to do anything that it can to    11:19:01

 6    protect, support, honor, empower awesome humans,

 7    which are healthcare professionals around the world.

 8         Q    And then FIGS doesn't want to do anything

 9    that would put these awesome humans in harm's way,

10    would -- would it?                                          11:19:19

11         A    FIGS would not want to do anything that would

12    put healthcare professionals in harm's way.

13         Q    And FIGS wouldn't lie to healthcare

14    professionals, these awesome humans, if it meant

15    that it would harm these awesome humans; is that          11:19:31

16    correct?

17         A    FIGS has never had any intention of lying to

18    healthcare professionals.

19         Q    That's not my question, ma'am.

20              My question is, FIGS wouldn't do anything        11:19:44

21    that would harm these awesome humans, including

22    lying to them about their product; is that correct?

23         A    FIGS would never do something that would harm

24    its healthcare professionals.  Your -- your sentence

25    is a bit long, and I feel like it's trying to             11:20:09

                                                Page 109

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      confuse me a bit.

2          Q    No, you got it.  I appreciate the answer.

3              Why wouldn't FIGS want to do that?

4          A    FIGS is committed to providing our healthcare

5      professionals with the best possible product we can.    11:20:26

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                        Page 110

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2      Q   Have you done research that FIGS scrubs

 3   reduces hospital-acquired infections by 66 percent

 4   without any antimicrobial features?

 5      A   Can you repeat the question.              11:22:05

 6          MR. MICHELMAN:  If you can read it back,

 7   please.

 8          (Record read as follows:

 9          "Q:  Have you done research that

10          FIGS scrubs reduces hospital-            11:21:56

11          acquired infections by 66 percent

12          without any antimicrobial features?")

13          THE WITNESS:  Well, we wouldn't be able to do

14   that scrub because -- or that test because we don't

15   have scrubs that don't have antimicrobial           11:22:28

16   properties.

17   BY MR. MICHELMAN:

18      Q   So the answer is no, you've never done the

19   test?

20      A   We have not done the specific test that you   11:22:37

21   just described.

22      Q   Okay.  Now, have you done any test that FIGS'

23   scrubs reduces hospital-acquired infections by

24   66 percent with or without the antimicrobial

25   features?                                          11:22:53
```

                                          Page 111

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      A    FIGS scrubs have antimicrobial features, and

2    we have done testing on efficacy of our

3    antimicrobial properties which show that bacteria is

4    reduced by 99 percent or more.

5      Q    Okay.  Let's -- let's stick with my question,    11:23:12

6    because that's really the answer -- I want the

7    answer to my question.

8           Has FIGS done any test that established that

9    the FIGS scrubs reduce hospital-acquired infections

10   by 66 percent?                                          11:23:26

11     A    FIGS has given scrubs in developing countries

12   where there were previously no, you know, clean

13   healthcare apparel available and has anecdotal

14   information about how FIGS scrubs have helped to

15   improve the HAI rates there.                            11:23:59

16          In addition, FIGS does a significant amount

17   of testing on our antimicrobial properties, which

18   does show that our properties are effective at

19   reducing bacteria on scrubs by more than 99 percent.

20     Q    All right.  So I'm going to ask it once more    11:24:22

21   time -- one more time because you haven't answered

22   it.

23          And just mark the answer for me.

24          Has FIGS done testing on FIGS' scrubs to

25   establish that it's reduced hospital-acquired          11:24:40

Page 112

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    infections by 66 percent?  It's a yes or no

2    question.

3        A    Can you repeat the question.

4            MR. MICHELMAN:  Sure.  If you can read it

5    back, please.                                    11:24:51

6            THE REPORTER:  Can you repeat that one for

7    me.

8            MR. MICHELMAN:  Yeah.

9        Q    Has FIGS done any testing to establish that

10   the FIGS scrubs reduced hospital-acquired infections   11:24:58

11   by 66 percent?  It's a yes-or-no question.

12       A    FIGS does routine testing on all of its

13   antimicrobial fabrics, and test results show the

14   reduction of more than 99 percent of the bacteria.

15           And we have also given scrubs to healthcare     11:25:18

16   environments in developing countries where there

17   previously was not access to clean scrubs or

18   antimicrobial scrubs and have seen the impact that

19   those donations have had.

20

21

22

23

24

25

                                              Page 113

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9          Has FIGS done any testing on FIGS scrubs that

10    establishes that hospital-acquired infections are        11:26:17

11    reduced by 66 percent, yes or no?

12         A    Yes.   The tests that I --

13

14

15         Q    Okay.   What tests?   Tell me the exact tests.    11:26:32

16    When were -- let me back up.

17         When was the first time FIGS did a test on

18    FIGS scrubs to establish that its scrubs reduce

19    hospital-acquired infections by 66 percent?

20         A    I can't recall the exact date.                  11:26:44

21         Q    2012?

22         A    What is the question?

23         Q    Did they do any testing in 2012?   You're here

24    as a corporate rep.

25         A    I -- I can't recall the exact date of when      11:27:04

                                                  Page 114

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    the testing began.

2         Q   2013?  I mean, this is -- this is the day,

3    like it's not coming back later and saying, oops, I

4    suddenly remember.

5         In 2013, was there any testing?                    11:27:16

6

7

8

9

10

11

12

13

14        Q   Do you know if it occurred in 2013, any

15   testing that we've been talking about?                 11:27:37

16        Any of the testing that you said was done,

17   did it happen in 2013?

18        A   I -- I can't recall the exact -- exact dates

19   of all of the test reports that I've seen.

20        Q   Okay.  How about 2014?  Do you recall whether  11:27:53

21   or not the tests that you just testified to was done

22   in 2014?

23        A   I -- I can't recall the exact dates.

24        Q   How about 2015?

25        A   I can't recall the exact dates.  I know that  11:28:12

                                              Page 115

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    we have testing, and I'm -- you know, I'm confident

2    that there are reports from 2015 and -- and likely

3    earlier, but I can't recall the exact date it

4    started.

5        Q    All right.  How about 2016?                    11:28:25

6        A    We have tests from 2016.

7        Q    Okay.  How do you know you have tests from

8    2016?  Have you seen them?

9        A    I have seen them.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                    Page 116

SPI Affirmative Designations       FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1

2

3

4

5

6              (Exhibit 133 was marked for identification

7          and is attached hereto.)

8

9

10

11

12

13

14

15

16

17

18

19

20     Q   And it's showing here the Google ads --          11:46:13

21   Google AdWords report, and it's showing the impact

22   of this word utilized by FIGS.

23        Do you see that?

24     A   Yes.

25     Q   And it shows that the word "microb," a          11:46:34
```

                                                    Page 129

Veritext Legal Solutions
866 299-5127

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1     derivation of microbial, was the highest impressions

2     of all --

3         A   No.

4         Q   -- the words that you guys used on ad --

5     Google ad advertising; isn't that correct?          11:46:50

6         A   That's incorrect.

7

8


9         Q   All right.  What does this report reflect to

10    you?                                                11:47:00

11        A   The specific cell that you were referring to,

12    which is microb and the number of impressions,

13    which, for clarity, reads 48,467, is referring to

14    the number of times that someone saw a link to the

15    site as a result of having "microb" in the keyword  11:47:17

16    that they searched.

17        This 48,467 is part of a total number of

18    impressions of 1.7 billion.  So on this page, we've

19    only included the details for the -- the

20    impressions, the clicks, interactions, all of these 11:47:48

21    metrics for keywords that are related to this claim.

22        There are many, many, many other keywords

23    that we've included -- or -- or that are not

24    included here that we use regularly.  And so it's

25    not correct to say that "microb" is, you know,      11:48:09
```

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    the -- the highest impression keyword, because there
 2    are many other noncontested keywords that are not
 3    included here but that are represented in the line
 4    that reads "Total For All Keywords Used By FIGS."
 5       Q   Okay.  So FIGS did use this keyword to drive      11:48:37
 6    traffic; is that correct?
 7       A   So I answered previously that, you know, FIGS
 8    was not using "microb" to drive traffic.  It -- you
 9    know, it is a product benefit that we did want to
10    communicate to our customers.  But our goal was       11:49:00
11    really just communicating the -- the composition of
12    the product, and, you know, as you can see here, it
13    actually wasn't very successful.
14       Q   So FIGS was communicating, to use your term,
15    microbial, microb, antimicrobial, any derivation of    11:49:25
16    that, because it believed -- believes it's a benefit
17    for your consumers; isn't that right?
18       A   No.  Just -- just to clarify -- I just want
19    to make sure you understand this top table here,
20    so --                                                  11:49:42
21       Q   Forget about the table.  I'm not talking
22    about the table.
23       A   Okay.  Well, the way that you just
24    characterized this was incorrect, and so I just
25    wanted to make sure you had a correct understanding.   11:49:51
```

Page 131

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3      Q   FIGS uses the word -- uses "microbial" or

4   "antimicrobial" because it believes it's a benefit

5   for the consumer of FIGS' scrubs; isn't that              11:50:07

6   correct?

7      A   FIGS believes that the antimicrobial

8   properties of its scrub fabric are one benefit of

9   its product that we want to communicate to our

10   customers.                                                11:50:27

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                    Page 132

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3        Q   Does FIGS advertise through its website?

 4        A   We communicate new product launches, product

 5    details through our site.  I don't know that I would     11:52:08

 6    call it advertising, though.  You know, advertising

 7    to me is really when, you know, you're -- it's a

 8    very kind of -- kind of concerted promotional

 9    effort.  I think more of, you know, ads that we

10    might do or, you know, billboards that -- that the     11:52:38

11    company might feature as more traditional

12    advertising.

13

14

15        Q   Does FIGS advertise through social media?     11:52:54

16        A   Yes.

17        Q   Does FIGS advertise through blogs?

18        A   I -- I am not aware of FIGS advertising

19    through blogs.

20        Q   Does FIGS advertise on Instagram?             11:53:11

21        A   Yes.

22        Q   Does FIGS advertise through press releases?

23        A   No.

24        Q   Does FIGS advertise through catalogs?

25
```

                                                     Page 133

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1
 2          THE WITNESS:  I think of the catalog almost
 3     as kind of a -- a physical version of the website.
 4     So I wouldn't consider it advertising in the, you
 5     know, traditional sense that I was thinking of.        11:54:15
 6
 7          Q    Okay.  Does FIGS use any type of flyers to
 8     advertise or market its products?
 9          A    I think FIGS in the past has sent some
10     postcard-like mailings to customers with, you know,    11:54:47
11     a -- a potential new customer discount opportunity.
12          Q    Does FIGS have any type of marketing
13     strategy?
14          A    FIGS does.
15          Q    What is it?                                  11:54:58
16
17
18
19
20
21          THE WITNESS:  So FIGS has a really
22     diversified marketing strategy that is really
23     focused on the product and really, you know, showing
24     to customers, you know, the -- the new product that
25     we are launching.                                      11:55:37
```

Page 134

SPI Affirmative Designations       FIGS' Counter-Designations       FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

1            And the marketing strategy is also focused

2    on, you know, attracting new customers, you know,

3    through our advertisements.  And I think it's also

4    focused on, you know, a more kind of organic

5    strategy as well where, you know, our -- you know,          11:56:02

6    some have been Instagram, you know, posts that we do

7    about new products could be considered an example of

8    our marketing strategy.

9

10       Q   Okay.  And you said "our advertisements."          11:56:20

11           What are your advertisements?

12       A   You know, I'm thinking of a -- a paid

13   advertisement on -- on -- let's take a set, for

14   example, you know, that features a new -- a

15   completely new jacket that we're offering and, you          11:56:42

16   know, encourages customers to -- it explains, you

17   know, what the jacket is.  It encourages customers

18   to look and -- and learn more about the new product.

19       Q   Okay.  Did Heather Hasson ever go to medical

20   school?                                                     11:57:16

21       A   She did not, to my knowledge.

22

23

24

25

Page 135

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1

2

3

4

5

6      Q   Did Heather Hasson ever receive an M.B.A.

7   from Oxford?

8      A   To my understanding, she did not receive an

9   M.B.A. from Oxford.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
                                            Page 138
```

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15      Q   Let me ask you, how did the FIGS scrub        12:02:41

16   company come about?  Who -- who originated the idea?

17      A   Heather Hasson is the original founder of

18   FIGS.  She came up with the idea in 2009.

19      Q   Okay.  And so did Trina ever -- did Trina

20   come up with the idea of building a scrubs company?     12:03:11

21      A   She did not.

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7

 8          If a statement was made that FIGS scrubs

 9    reduced hospital-acquired infections by 66 percent

10    simply because they're clean, could you say whether    12:45:41

11    or not that was a true or false statement without

12    additional information?

13       A   Yes, it's true.

14       Q   Okay.  What's that based on?

15       A   It's based on our own testing of the         12:46:01

16    antimicrobial properties of our fabric.

17       Q   I didn't talk about antimicrobial.  I said

18    just clean.  I'm not talking about antimicrobial.

19          So do you have anything else you can support

20    that with?                                           12:46:14

21       A   That FIGS scrubs are antimicrobial --

22       Q   I'm not asking about antimicrobial.  I'm

23    saying if it's just that they're clean scrubs

24    without any -- I'll rephrase it.

25          Without any antimicrobial properties and      12:46:25
```

                                              Page 144

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1     they're just clean scrubs, would they reduce

2     hospital-acquired infections by 66 percent?

3         A    Yes.   There is research that shows that clean

4     scrubs can reduce HAIs by 66 percent.

5         Q    Where is that research?  Do you have it?        12:46:41

6             I'd love to know it.   Where is it?

7         A    There is a variety of research that has shown

8     this.  FIGS has collected this research over the

9     years and -- and has a number of different pieces of

10    research that -- that show this.                        12:47:05

11        Q    Name them to me.

12            Where are they located?  Where is this --

13    where is this research?

14            Because I can tell you -- I can represent to

15    you the only thing you guys have produced to us was    12:47:13

16    one regarding a catheter.

17            So where is this research housed?

18        A    The former team member, Ben Chase, conducted

19    research across a number of different sources.

20

21

22

23

24

25

Page 145

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2      Q   Right.  So isn't it true, then, that any

3   brand of healthcare apparel that is clean reduces

4   hospital-acquired infections by 66 percent?

5      A   Clean scrubs reduce hospital-acquired          01:04:21

6   infection by 66 percent.

7      Q   Right.  And it's not just FIGS scrubs, it's

8   anybody's scrubs that are clean; isn't that true?

9      A   Clean scrubs.

10     Q   So it could be Cherokee scrubs.  As long as    01:04:38

11  they're clean, your science says it reduces

12  hospital-acquired infections by 66 percent; is that

13  true?

14     A   Clean scrubs, but I do think it's important

15  to remember that this was, you know, in the context   01:04:51

16  of developing countries where, you know, clean

17  scrubs are, unfortunately, a luxury in some places.

18  That is what, you know, these studies and -- and

19  work that FIGS have done are in relation to.  And --

20

21

22

23

24

25

Page 159

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20      Q    Okay.  I got it.  Did FIGS ever make the        01:06:30

21   representation to the public that it's FIGS scrubs

22   that reduce hospital-acquired infections by

23   66 percent, not just clean scrubs but FIGS scrubs?

24      A    Yes, there were some instances where FIGS

25   made that statement.                                     01:06:58
```

                                                      Page 160

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      Q    Was there some magic fabric that FIGS had

 2   that reduced hospital-acquired infections by

 3   66 percent other than being clean?

 4      A    FIGS scrubs are antimicrobial.  They are

 5   treated with an antimicrobial treatment that has     01:07:15

 6   been proven to reduce bacteria by, you know, more

 7   than 66 percent.  And FIGS also has detailed test

 8   results affirming that the product, the

 9   antimicrobial treatment used did indeed reduce the

10   bacteria on FIGS scrubs by 99 percent or more.       01:07:41

11

12

13

14

15

16

17      Q    Sure.  Do you know what antimicrobial means?

18      A    I do.

19      Q    What does it mean?

20      A    With respect to antimicrobial fabric          01:08:29

21   treatments, it means that there are properties that

22   neutralize bacteria upon contact with the fabric and

23   over time.

24

25
```

Veritext Legal Solutions
866 299-5127

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2          FIGS makes the statement that its

3    antimicrobial products kill bacteria on contact;

4    isn't that true?

5       A   That is not true.                          01:10:35

6

7

8       Q   Does FIGS make the statement that its

9    antimicrobial technology prevents the spread of

10   infection?                                         01:10:54

11      A   No, that is not --

12

13

14      Q   Does FIGS make the statement that its

15   antimicrobial properties prevents the spreading of  01:11:12

16   diseases or disease?

17      A   FIGS does not make that statement.

18

19      Q   As to any of these last three statements we

20   made, has FIGS ever made those statements?         01:11:33

21      A   Can you repeat the statements again, please.

22      Q   Sure.  That FIGS antimicrobial properties

23   kills bacteria on contact, has FIGS ever made that

24   statement?

25      A   I believe we may have made that statement or  01:11:48

                                              Page 163

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    a similar statement in the past.

2       Q    Okay.  What bacterias does it -- does it

3    kill?  So it's -- are you saying that FIGS

4    antimicrobial technology kills all bacteria, every

5    kind of bacteria in the world?                        01:12:04

6

7

8

9

10      A    I -- I -- you know, I'm not an -- a science  01:12:18

11   expert, so I don't know every type of bacteria that

12   exists in the world.  But I do know that FIGS was

13   referring to bacteria that, you know, is most

14   commonly found in hospitals and that, you know, the

15   antimicrobial treatments that FIGS uses are designed  01:12:46

16   to protect against, which, you know, is a -- a

17   significant amount of bacteria.

18

19           Does it kill all bacteria, yes or no?

20           I don't care if you're an expert or not.      01:13:01

21   You're here as a corporate rep.

22      A    I -- I don't know.

23      Q    Does it kill all bacteria -- you don't know.

24   Thank you.

25      A    I don't know.                                 01:13:11

                                               Page 164

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2          Does FIGS antimicrobial agent prevent the

3     spreading of all disease?

4          A   I don't know.

5          Q   Does FIGS' antimicrobial product stop the          01:13:22

6     spread of all infections?

7          A   I don't know.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 165

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3      Q   All right.  So let me ask you, coming back to

4   this, does scrubs -- I'm sorry, does FIGS test every

5   order it receives of its scrubs to ensure its          01:14:37

6   antimicrobial product was applied appropriately and

7   effective?

8      A   We work with our fabric mill to ensure that

9   they are completing antimicrobial testing for every

10  batch of fabric that is -- basically, we're           01:14:58

11  producing large batches every month, so they're

12  doing the testing on a monthly basis.

13     Q   Okay.  So your testimony is your mills test

14  every batch to make sure that the antimicrobial

15  properties have the appropriate efficacy?             01:15:15

16     A   The -- the mill is doing a test -- each of

17  our mills is doing the test every month on the new

18  batch that's created.

19     Q   Okay.  And does -- all right.

20         Have you ever seen this antimicrobial          01:15:40

21  product?  Do you know what it looks like?

22     A   I've seen images of the -- you know, what the

23  bottle of the product looks like, and I have seen --

24  you know, seen bottles of it at a mill when I

25  completed a tour.                                      01:16:06

                                                  Page 166

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1     Q   Is it a liquid?

2     A   I don't know if a liquid is the right word to

3   describe it from a science perspective, but it's in

4   a -- a bottle when I have seen it.

5     Q   Is it a paste?                                01:16:23

6     A   I can't -- I'm unable to describe, you know,

7   the, like, proper, I guess, composition of it just

8   because I don't have expert, you know, science

9   knowledge of it.

10     Q   I'm not asking that.  I'm just -- what is it?  01:16:37

11   Is it -- is it a liquid?  Is it a paste?  Is it a

12   glue?  Can you describe it?

13     A   It -- it was in a bottle.  I -- I can't

14   describe the consistency of it.

15     Q   That's because you never saw it; is that      01:16:53

16   right?

17     A   That's incorrect.

18     Q   So describe the consistency.  Is it thick?

19   Is it thin?

20

21

22

23     A   Like I said before, I've seen pictures of the

24   bottles and then also bottles in person on a mill

25   tour.                                               01:17:14

                                              Page 167

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q   I'll ask the question again.

2          Can you describe the consistency of it?

3      A   I cannot describe the consistency of the

4    product, like I said before.

5      Q   Okay.  Is this product -- is it woven into        01:17:23

6    the scrubs?

7      A   It's -- it's treated.  I don't know the

8    correct scientific term, but the fabric is treated

9    with the antimicrobial.

10     Q   So you don't know if it's woven in or not, do      01:17:45

11   you?

12     A   I'm just not certain that woven is the best

13   way to describe that the treatment occurs.

14     Q   Well, I'm asking you, do you think -- do you

15   think woven is the best way to describe it?              01:18:00

16     A   I'm not sure.

17

18

19

20     Q   Well, you're -- today you're here as a            01:18:04

21   corporate representative.  You don't know?

22     A   I am not sure.

23     Q   All right.  Is it -- is it a finish?  Is the

24   antimicrobial agent a finish?

25     A   It is a treatment.                                01:18:16

Page 168

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1       Q   It's not a finish?

2       A   It is a treatment.

3

4

5

6       Q   I'm asking you.  You're saying it's a

7   treatment.

8           I'm asking you, is it also considered a

9   finish?

10

11

12

13

14      A   It is most accurately described as a

15  treatment.                                          01:18:37

16      Q   What's the difference between a treatment and

17  a finish?

18

19

20

21      A   I don't -- I'm not comfortable that I know

22  the exact technical definition of the word "finish"

23  within, you know, fabric manufacturing.  But I am

24  confident that the antimicrobial is a treatment that

25  is applied to our fabrication in the process of      01:19:12

                                        Page 169

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    creating the fabric.

2        Q    I'm asking you as a corporate representative

3    of FIGS valued at eight and a half billion dollars

4    predicated on these very claims in part, what's the

5    difference between a treatment and a finish?        01:19:26

6        A    I previously answered the question.

7        Q    No, you didn't.  What's the difference

8    between a treatment --

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 170

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4        Q   So back to this, what's the difference

 5    between treatment and a finish?                    01:20:11

 6

 7

 8

 9

10

11

12

13

14        A   I previously answered that I -- I don't have

15    the technical definition of a -- a finish, and that   01:20:27

16    the appropriate way to describe the antimicrobial

17    that we use is that it is a treatment to the fabric.

18        Q   All right.  So when they're doing this

19    treatment, how do they do -- how do they put the

20    antimicrobial features into the scrubs?            01:20:49

21          How do they treat it?  What do they do?

22        A   The chemicals of the antimicrobial treatment

23    are used on, you know, the -- the fabrication during

24    the fabrication construction process to -- did you

25    want to interrupt me?                              01:21:16
```

                                                Page 171

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q    No, no.  Just a lag on the computer.

2           Were you still going?

3           All right.  So I'll ask.  How is it -- how is

4      that antimicrobial agent treated into scrubs?

5           How is it fabricated?  What's the process, do      01:21:36

6      you know?

7      A    Well, I understand it at a high level, but

8      I'm -- I'm not a -- a fabric mill operator, so I'm

9      not able to describe the process in great detail.

10     Q    Okay.  Does it wash off?  Does the              01:21:53

11     antimicrobial features ever wash off FIGS scrubs?

12     A    The antimicrobial properties are, you know --

13     based on the research that we have from the

14     antimicrobial provider states that it will last, you

15     know, the lifetime of the garment.              01:22:18

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2      Q   In 2013, who was the manufacturer of the

3   antimicrobial product or agent -- and I don't care

4   what term you want to use -- that FIGS purchased

5   from?                                          01:26:55

6      A   I can't recall the exact manufacturer in

7   2013.  We've used several different manufacturers

8   for antimicrobial over time.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 176

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          So in 2013, who was the manufacturer of the

2     antimicrobial agent that FIGS purchased?

3

4

5

6

7     A   I don't recall the name of the manufacturer

8     that was used specifically in 2013.

9     Q   How would you find out?

10    A   I would have to speak with people that were      01:28:17

11    working, you know, on the product back then and, you

12    know, review documents that I have not yet seen or

13    that I'm -- I'm not yet able to recall.

14

15

16

17

18

19

20

21

22

23

24

25    Q   So to get that information, you would have to    01:28:57

Page 177

SPI Affirmative Designations        FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    do an inquiry and diligence; is that correct?
 2        A   I don't -- I don't recall the name in 2013.
 3        Q   I'm not asking that.  I asked you how you
 4    would find out that information, and you said you'd
 5    have to look at documents and talk to people.  Who      01:29:10
 6    would -- I'll break it down.
 7            Who would you have to talk to?
 8        A   I -- I answered.  I would need to look at
 9    documents and -- and talk to people.  I cannot
10    recall.                                                 01:29:21
11        Q   All right.  Who would you talk to?
12        A   I would need to go back and see who, you
13    know, was working on our -- our product at that
14    time.
15        Q   Do you know, as you sit here today, who was    01:29:34
16    working on your product at that time?
17        A   I know some of the team members that were,
18    but I --
19        Q   Who are they?
20        A   I know that Heather and Trina were involved    01:29:50
21    with our product back then, but I -- I can't recall
22    team members that were on the team and involved with
23    product at that time, other team members.
24        Q   What documents would you look at?
25        A   The same type of documents that we referenced  01:30:17
```

                                            Page 178

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    today.
 2        Q   No, I need specifications, ma'am.
 3            What documents would you look at to find out
 4    what manufacturer FIGS purchased antimicrobial
 5    agents from in 2013, if you know?                    01:30:29
 6        A   Well, I think there's an important thing to
 7    note, is that FIGS wasn't purchasing antimicrobials
 8    from antimicrobial providers.  Our mill has always
 9    done -- you know, the -- the purchase of the
10    treatment, application of the treatment and -- and   01:30:59
11    also the testing of the treatment.  So I would need
12    to, you know, also spend time talking to the -- the
13    mill.
14        Q   Okay.  So the mill is another talk-to.
15            What documents would you need to look at to   01:31:16
16    find out what agents were applied to the FIGS
17    scrubs?
18        A   The documents that the mill maintains.
19        Q   Okay.  Same question in 2014.  Who was the
20    manufacturer of the antimicrobial agents used with   01:31:28
21    FIGS scrubs?
22        A   I -- I can't recall for certain.  I think it
23    may have been Silane.
24        Q   And is Silane a manufacturer, or is it an
25    antimicrobial agent?                                  01:31:47
```

Page 179

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A    Do you mind clarifying what you mean with the

 2    differentiation between manufacturer and agent?

 3        Q    Sure.  Dow is a manufacturer; Silvadur is a

 4    product of Dow.

 5             Silane is a manufacturer or a product?        01:32:08

 6        A    I think I recall that it was a -- a product,

 7    but it was quite a long time ago so I --

 8        Q    All right.  So who's the manufacturer in 2014

 9    of whatever product was used in 2014?

10        A    I can't recall the -- the name of the         01:32:29

11    manufacturer.

12        Q    Who would you talk to to find that out --

13    find out that information?

14        A    The mill.

15        Q    Only the mill, nobody at FIGS?                01:32:36

16        A    Yes.  I would talk to the people that I, you

17    know, previously described.  But the mill was really

18    playing a -- a key role in, you know, procuring and

19    applying and -- and testing and even managing -- you

20    know, really managing the relationship with the --    01:32:59

21    the manufacturer.

22        Q    Sure.  What was the name of the mill in 2013

23    and 2014?

24        A    Well, we've worked with a number of different

25    mills.                                                 01:33:13
```

                                                   Page 180

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        Q   Who are they?

2        A   We have worked with Huafang most

3    consistently.

4        Q   Can you spell it for me.  I couldn't hear

5    you.                                          01:33:33

6        A   H-u-a-f-a-n-g.

7        Q   And your testimony is you worked with them in

8    2013 and '14?

9        A   I can't recall when we began working with

10   them.                                         01:33:46

11       Q   Okay.  Any other mills you can think of?

12   I'll make it easier.

13           Give me all the mills FIGS worked with

14   between 2013 and 2020.

15           Who are all the mills?                01:33:54

16       A   Well, we've worked with a number of different

17   mills for our scrub wear.

18

19

20

21

22

23

24

25

Page 181

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19          THE WITNESS:  We've worked with mills by the

20     name of Huafang and Hyosong.                    01:35:58

21     BY MR. MICHELMAN:

22         Q   Anybody else?

23         A   No.

24         Q   Okay.  What years did you work with them?

25         A   We have been working with Huafang, I believe,  01:36:12
```

Page 183

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    since 2014 or 2015.  And with Hyosong, we no longer

2    work with them, but I -- I can't recall the exact

3    date when we started working with them.

4        Q   Can you give me an estimate?

5        A   I'm afraid I can't.                          01:36:45

6        Q   Was it before or after 2015?

7        A   I can't recall.

8        Q   All right.  And what are the names of the

9    antimicrobial agents either of these mills used in

10   2015?                                                01:37:04

11       A   Silvadur.

12       Q   Was that the first time Silvadur was used?

13       A   Yes.  Silvadur I'm pretty certain we began --

14   we transitioned to that in 2015.

15       Q   And did the mills ever tell you that Silvadur   01:37:24

16   did not show positive efficacy regarding

17   antimicrobial properties on FIGS scrubs?

18       A   Not that I am aware of.

19       Q   Okay.  And didn't your mill tell you not to

20   use Silvadur on the scrubs and to use a different   01:37:42

21   product?

22       A   Not that I'm aware of.

23       Q   All right.  In 2015 through 2020, did FIGS

24   use any other antimicrobial properties other than

25   Silvadur?                                           01:38:00

                                              Page 184

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A    Can you repeat the time period, please.

 2        Q    Of course.  2015 to 2020.

 3        A    We've used other antimicrobial properties

 4   such as XT2 and -- and Rutherford on other types of

 5   garments.                                              01:38:19

 6        Q    All right.  The first one was what?

 7        A    Rutherford and XT2.

 8        Q    I'm sorry.  The second one?

 9        A    XT2.

10        Q    Okay.  And when did you use XT2?            01:38:31

11        A    Around the time that we began our design and

12   production in socks.

13        Q    Okay.  And did you only use it for socks?

14        A    Yes.  It's used for our socks.

15        Q    Okay.  And that's Pro XT2; isn't that the   01:38:57

16   full name?

17        A    I know it as XT2 by Noble.

18        Q    Okay.  And then Rutherford, when did -- is --

19   strike that.

20             When did you start using Rutherford?        01:39:12

21        A    I can't recall the exact start date for

22   Rutherford.

23        Q    Is there a particular product line that you

24   used Rutherford for?

25        A    It is used for our performance on our scrubs.  01:39:26
```

Page 185

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        Q    And Silvadur is used for everything other

2    than what you use Rutherford and XT2 for; is that

3    correct?

4        A    Yeah, Silvadur is used for our scrubs.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 186

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24          (Exhibit 135 was marked for identification

25       and is attached hereto.)                        01:49:15

                                              Page 191

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2      Q   So this is an email with Diane Shin -- Diana

3   Shin, and it appears to be with one of your mills;

4   is that correct?

5      A   Can I have just a minute to familiarize        01:49:27

6   myself with it?

7      Q   Yeah.  I'm just drawing your attention to the

8   from and to -- just so you can identify the parties,

9   to make sure it's who you under- -- who you believe

10  it is.                                               01:49:38

11     A   Yes.

12     Q   Okay.  So it is with one of your mills,

13  correct?

14     A   It appears to be with one of our meal --

15  mills.                                               01:49:43

16     Q   All right.  And your mill says, "Dear Diana,"

17  right, who's at FIGS (as read):

18          "I have checked with the factory

19          about Antimicrobial finish.  They

20          said they couldn't" --                       01:50:00

21

22

23

24

25          THE WITNESS:  Okay.  I think we have it here.  01:50:19

                                              Page 192

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    BY MR. MICHELMAN:

 2      Q    Thank you.  (As read):

 3           "Dear Diana, I have checked with the

 4           factory about Antimicrobial finish.

 5           They said they couldn't guarantee          01:50:25

 6           antimicrobial finish after

 7           industrial washing.  Industrial

 8           washing is much severe than normal

 9           washing and Silvadur will not be

10           hold" -- "will not be hold its          01:50:37

11           effect."

12           Did anybody ever share this information with

13    you?  Did you know about this?

14      A    I just want to take a minute to read through

15    this.                                          01:50:55

16      Q    Sure.

17           It's just this email.  You don't have to read

18    the whole thing.

19           So were you aware of your mill informing FIGS

20    that they couldn't guarantee antimicrobial       01:52:13

21    finishings -- finish after industrial washings?

22      A    I don't think that I was aware of -- of this,

23    but I think -- you know, as I mentioned before, I

24    think there are a lot of factors that go into -- you

25    know, in addition to the -- the type of machine     01:52:40
```

Page 193

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    and -- I'm sorry, into the way something is washed

 2    regardless of the machine.  And so I don't know.  I

 3    don't have all of the context here, so I don't want

 4    to speculate, but --

 5        Q   Okay.  I wasn't asking for speculation.  I        01:53:04

 6    was just asking if you were aware of it.

 7            So on these -- these factors that you say

 8    impact whether or not antimicrobial finish will

 9    remain -- I don't care if it's the washing machine

10    or other factors because you said it was multiple --    01:53:21

11    how do you tell your consumers what the factors are

12    that will impact the longevity or efficacy of

13    antimicrobial agents?

14        A   Well, there are care instructions inside the

15    garment --                                               01:53:35

16        Q   Uh-huh.

17        A   -- and then also available on our website.

18

19

20

21

22

23

24

25
```

Page 194

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12      Q    Okay.  And so when you say "a lifetime of

13   garment," what does that mean?  Does that mean

14   forever?

15      A    The lifetime of the garment is defined, I        01:55:03

16   believe, by Silvadur as less than 50 washings.

17

18

19

20

21

22

23

24

25

Page 195

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12          (Exhibit 136 was marked for identification

13           and is attached hereto.)

14

15

16

17

18

19

20

21

22

23

24

25

Page 196

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5      Q   All right.  If you look at the screen, it     02:06:47

 6   will draw your attention easier where we're looking

 7   at.

 8          So this is from Trina to a whole bunch of

 9   people at FIGS and it's the FIGS wholesale product

10   marketing.                                           02:06:56

11          I want to draw your attention to the very

12   bottom paragraph where it says (as read):

13          "Cherokee is going after the

14          wholesale market."

15          Do you see that?                              02:07:05

16      A   Yes.

17      Q   (As read):

18          "Cherokee is going after the

19          wholesale market with poly rayon

20          fabric with anti-microbial treatment          02:07:08

21          at our price point in a big way."

22          Do you know what she's referring to there?

23      A   I do not.

24      Q   Do you know who Cherokee is?

25      A   I've heard of Cherokee.                        02:07:19
```

Page 197

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1        Q    And Cherokee is one of the brands owned by

2     Strategic Partners, correct?

3        A    Correct.

4        Q    And then it goes on (as read):

5             "Our design and brand blows them         02:07:27

6             away but our research and marketing

7             of these attributes must also

8             compete with theirs."

9             Do you know what she means by that?

10       A    I don't know what she meant here.         02:07:39

11       Q    All right.  And then if you scroll up where

12    it says -- not all the way up, go down, go down.

13            Under where it says "FIGS Wholesale - Product

14    Education," it says (as read):

15            "These are the following product         02:07:55

16            attributes that I would like to

17            include with tons of information and

18            little icons in catalogs and on HANG

19            TAGS (like a little booklet) going

20            forward."                                  02:08:06

21            The first one is "anti-microbial."

22            Do you see that?

23       A    Yes.

24       Q    So FIGS wanted to compete with Cherokee on

25    the poly/rayon fabrics and compete with them by    02:08:13
```

Page 198

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    saying that it has antimicrobial properties,

2    correct?

3        A    I think that's a conclusion that you're

4    drawing.  The word "antimicrobial" is written here,

5    but a lot of other things are also written here.    02:08:32

6        Q    I'm not saying exclusively.  It's one of the

7    attributes that Trina said she wanted on the hang

8    tags, et cetera, is "antimicrobial"; is that right?

9        A    Yes.  She indicated --

10       Q    Okay.                                         02:08:55

11       A    -- in this email --

12       Q    Thank you.

13       A    -- that she wanted to include hang tags with

14   "antimicrobial" and other features.

15       Q    Thank you.  Now, let's go to the top.        02:09:02

16            This is from Ananda where it says -- to --

17   back to Trina in response -- or I'm sorry -- to

18   Heather, cutting Trina out (as read):

19            "I'm a bit confused, does Trina know

20            that the Poly/Rayon does not have           02:09:18

21            any treatments on it?  I am not sure

22            how to say all of these things &

23            back up the technology if it's not

24            there," frown.

25            Do you know whether or not if FIGS competed  02:09:31

                                            Page 199

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    with Cherokee on the poly/rayon fabric by saying it

 2    was antimicrobial when, in fact, it was not?

 3        A    So FIGS scrubs have always been

 4    antimicrobial.  I think there are some things that

 5    are important to note about this email; first and        02:09:58

 6    foremost, that it's an internal brainstorming email

 7    specifically in regards to what looks like a

 8    potential wholesale product, which is not FIGS' core

 9    business.

10        So I -- you know, I -- I don't have all of           02:10:17

11    the context here, but I don't think it's correct to

12    draw that conclusion.

13        Q    Well, let -- let me ask it this way so we can

14    get the right conclusion.

15        Did FIGS poly/rayon fabric have antimicrobial        02:10:36

16    treatments at this time?

17        A    FIGS scrubs that were being sold through our

18    B2B site at this time had antimicrobial treatment, I

19    am not -- I don't have the context here on, you

20    know, what specific product Trina is referring to       02:11:05

21    and what specific product Ananda is interpreting it

22    to be.

23        You know, it's an internal email where, you

24    know, clearly, these two people are, you know --

25    Ananda is understanding -- interpreting something       02:11:26
```

Page 200

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    that Trina sent.  But I don't know what Trina is,

2    you know, referring to in terms of this specific

3    product.  So I'm -- I'm really not able to -- to

4    draw a conclusion on this and --

5

6

7

8

9

10

11

12

13         But do you think Ananda Bhavani, is she

14   truthful?

15        A   I don't know.                              02:12:20

16        Q   Is she a liar?

17        A   I don't know.

18        Q   Is she honest?

19        A   I don't know.

20        Q   Have you ever worked with her before?    02:12:25

21        A   I've never worked with Ananda.

22        Q   All right.  Is she -- was she terminated from

23   FIGS?

24        A   I don't know.

25        Q   Is she still employed by FIGS?           02:12:30
```

Page 201

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1        A   She is not.

2        Q   Okay.  So was she fired right after sending

3    this email?

4        A   I already shared that I -- I don't know the

5    details of Ananda's employment with FIGS.        02:12:46

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1
 2
 3
 4
 5              (Exhibit 137 was marked for identification   02:15:27
 6          and is attached hereto.)
 7
 8      Q   Okay.  So if you can go to 388, please.
 9          All right.  So this email is -- follows about
10  two months after the Ananda email.                       02:16:28
11          It's from Heather back to her factory saying
12  (as read):
13          "Hi Chris, we want to test Silvadur
14          on our poly/rayon fabric -
15          antimicrobial," and then it goes on          02:16:41
16          and on.
17          Is the person Heather is emailing the mill
18  that is involved in the production of FIGS scrubs?
19      A   I'm not sure.  I don't recognize these names.
20      Q   Okay.  Now, let's go to the email above that   02:16:59
21  on 387, and it says (as read):
22          "Dear Heather, how are you?  We
23          already tested Silvadur in our
24          product last year and found some
25          problems in there."                          02:17:13
```

Page 203

Veritext Legal Solutions
866 299-5127

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          And then it goes on (as read):

2          "The Silvadur can't pass AATCC 100

3          original standards."

4          Then it goes on.  Have you ever seen this

5     before?                                          02:17:26

6     A   I have not.

7     Q   All right.  It then goes up, and then Heather

8     writes back to him saying (as read):

9          "Thank you for letting me know about

10         the testing.  Are there any other          02:17:36

11         antimicrobial finishes you can put

12         on the garment?  It does not have to

13         be Silvadur."

14         Do you know if you put on other antimicrobial

15    features other than Silvadur in 2015?           02:17:46

16    A   I am not sure what is being referred to you

17    here in this email.

18

19

20

21

22

23

24

25

Page 204

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23          (Exhibit 139 was marked for identification

24      and is attached hereto.)

25      Let me know when you guys have it up.  I          02:20:09
```

Page 205

SPI Affirmative Designations          FIGS' Counter-Designations          FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    don't want to jump ahead.

2         THE WITNESS:  Okay.

3    BY MR. MICHELMAN:

4    Q   All right.  So this is an email with Diana

5    Shin with a whole bunch of people, FIGS and people      02:20:37

6    outside of FIGS talking about ordering some more

7    product.

8         Do you know who Galtex is?  G-a- --

9    A   Yes.

10   Q   Who is it?                                           02:20:55

11   A   They're a vendor.

12   Q   A vendor of what?

13   A   FIGS healthcare apparel.

14   Q   Okay.  So -- and meaning they're a supplier

15   or manufacturer for you guys, right?                     02:21:06

16   A   Yes.

17   Q   All right.  So go to 031.  All right.

18   Thanks.

19        So in here, I'm interested in this one.  It

20   says -- this is from Diana, and it goes -- the first     02:21:23

21   sentence right after the comma (as read):

22        "Your current knit fabric is normal

23        finished, not antimicrobial.  So why

24        you ask to apply this finish while

25        this is your repeated order.  Please          02:21:39
```

Page 206

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              note as Dongyeun advised, to apply
 2              antimicrobial finish, extra cost
 3              will be $0.40 to $0.50 per yard at
 4              least.  So, please check this point
 5              and let us know.  DS 8/29:  This was          02:21:53
 6              only a request for possible future
 7              development.  Noted upcharge cost is
 8              very high.  Please keep as regular
 9              normal finished."
10         So in 2017, why was FIGS ordering scrubs          02:22:11
11    without antimicrobial if scrubs always relied on its
12    mills to provide antimicrobial scrubs?
13      A   It wasn't.  First, Dongyeun is not one of our
14    fabric providers.  And where it says "WB," that
15    stands for waistbands.  That's the actual waistband    02:22:36
16    material on our pants --
17      Q   Uh-huh.
18      A   -- which, you know, is concealed by our
19    fabric and wouldn't need to be antimicrobial.
20      Q   Okay.  So are you saying the -- all the          02:22:51
21    components of a scrub is not antimicrobial and only
22    certain parts of your scrubs are antimicrobial?
23      A   The waistband is not.  The waistband elastic?
24      Q   Is there anything else that's not
25    antimicrobial?                                          02:23:05
```

Page 207

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A    Not that I am aware of.
 2        Q    Did you tell your consumers that it's not a
 3    hundred percent antimicrobial -- let me rephrase
 4    that.
 5             Didn't you tell your consumers that it's a      02:23:15
 6    hundred percent antimicrobial?
 7        A    This is -- what I'm referring to is the
 8    interior of the waist brand -- band, it wouldn't be
 9    exposed.
10        Q    I understand.  Doesn't your advertising say     02:23:27
11    it's a hundred percent antimicrobial?
12        A    I'm not aware of where it says 100 percent.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 208

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7            Do you know who Dan Abitan is, by the way?

 8     A   I've heard of Dan, but I do not know him.

 9     Q   Do you know if he was terminated?

10     A   He was terminated.                        02:29:08

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 211

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24          (Exhibit 142 was marked for identification

25       and is attached hereto.)                              02:31:03

                                                         Page 212

SPI Affirmative Designations        FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1
2      Q   Okay.  This is a document where Trina is
3   asking people to review all the content for the FIGS
4   wholesale catalog.  That's at the bottom of 70 and
5   the beginning of 71.                              02:31:19
6         Do you see that?  Just the first sentence at
7   the top of 71.  The cursor can show it to you.
8      A   Yes.
9      Q   All right.  Now, if you go to the top --
10  above, Dan writes to Trina (as read):             02:31:35
11         "Please remove any wording that says
12         anti microbial, our fabric right now
13         is not anti microbial."
14         This is in March of 2015.
15         And then Trina goes on to take Dan off and  02:31:45
16  have these side conversations.
17         Now, why do you think -- do you have any
18  information as to why Dan told everybody that your
19  fabrics in 20 -- your fabric in 2015 was not
20  antimicrobial?                                     02:32:02
21     A   I don't know why Dan said that here.  FIGS'
22  fabric was always antimicrobial.  I do notice that
23  this says "wholesale," which as we discussed before,
24  is not FIGS' business.  So I don't know if this --
25  yeah, I'm not sure if this is related to...        02:32:34
```

Page 213

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q   So does FIGS sell non -- sell scrubs that are

2    not antimicrobial wholesale?

3      A   FIGS does not.

4      Q   So what difference does it make if it says

5    wholesale?                                          02:32:53

6      A   Well, I'm thinking that it may have had

7    something to do with the -- the Crocs scrubs which

8    were a -- were a completely different type of scrub.

9      Q   All right.  But it would still be

10   antimicrobial, wouldn't it?                         02:33:11

11     A   I'm not sure on -- on Crocs.  Crocs was not

12   a -- it wasn't a FIGS product.

13

14

15

16

17     Q   In terms of marketing, when FIGS decides it's

18   going into -- it's going to engage in a marketing

19   campaign -- I don't really care what that campaign

20   is, if it's a flier or a posting, whatever it is.    02:33:56

21       Who's in charge of approving whatever the

22   marketing material is that goes out ultimately to

23   the public?

24     A   They have marketing team leaders and Trina

25   and Heather and our legal team.                      02:34:17

                                              Page 214

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Q    Okay.  So before anything goes out to the

2    world from FIGS in a marketing campaign, Trina and

3    Heather both have to sign off on it?

4    A    Yes.

5    Q    Okay.  Do they -- can one sign off without          02:34:36

6    the other?

7    A    They both normally sign off.

8    Q    Okay.  And so does that mean that every piece

9    of marketing material that goes out, Heather and

10   Trina have personally looked at?                         02:34:52

11   A    In terms of marketing campaigns, yes.  There

12   is a very robust review and approval process that

13   our team goes through.

14   Q    Okay.  And ultimately, Trina and Heather

15   review the marketing materials inclusive of any          02:35:13

16   product claims in the marketing materials to approve

17   them before they'll be released into the public

18   domain; is that right?

19   A    Our details go through our normal review

20   process that I -- I just described.                      02:35:31

21   Q    Okay.  So let me just be a little bit more

22   crisp on it, because it's probably a bad question.

23        So Trina and Heather approve all of the

24   product claims made if they're -- any product claims

25   made or used in any marketing campaigns, correct?        02:35:52

                                              Page 215

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        A    Yes, Trina and Heather approve the marketing

2    campaigns.

3        Q    Okay.   And has that been the case since 2012?

4        A    Yes.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 216

SPI Affirmative Designations       FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18     Q   Okay.  So this claim by FIGS that its scrubs

19   reduces hospital-acquired infections by 66 percent,

20   that's an important stat that FIGS likes to tell the     02:44:36

21   public, isn't it?

22     A   It was a stat that FIGS used previously.

23     Q   That's not my question.

24        My question, it's an important stat that FIGS

25   used or uses?                                            02:44:59

Page 217

SPI Affirmative Designations        FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        A    I don't think I would call it an important

2     stat.

Page 218

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7

 8

 9          (Exhibit 144 was marked for identification

10       and is attached hereto.)                          02:49:21

11    Q    All right.  This is with Elaine Chiang,

12  Trina, Heather, a bunch of folks talking about the

13  Threads For Threads impact section.

14          And at the bottom, Elaine Chiang says (as

15  read):                                                  02:49:32

16          "What are the points we want to get

17          across?"

18          She lists a whole bunch of them under "Global

19  Healthcare," (as read):

20          "Clean" -- "clean FIGS scrubs reduce          02:49:40

21          hospital acquired infections by

22          66%."

23          I'm going to first ask a question on that.

24          It's not that it's FIGS scrubs; it's just any

25  scrubs, correct?                                        02:49:53
```

                                                          Page 221

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

```
 1        A    It's written here as clean scrubs generally.

 2        Q    Yeah, no, it's written as clean FIGS scrubs.

 3             I'm saying it's any scrub.  It doesn't matter

 4   if they're FIGS; isn't that right?

 5        A    Well, here it's written as "clean FIGS        02:50:07

 6   scrubs."

 7        Q    I know.  I'm asking if it's material if it

 8   says FIGS or not, because before, you testified it's

 9   just that they're clean.  It doesn't matter if

10   they're FIGS.                                          02:50:15

11        A    Well, I can't testify for Elaine Chiang in

12   exactly what she was trying to say here.

13        Q    Okay.  Well, I'm not asking about Elaine

14   Chiang.  I'm saying the word "FIGS" -- well, let me

15   ask you this way as the corporate representative       02:50:26

16   today.

17             Is this simply to imply that only -- only

18   scrubs made by FIGS that are clean reduce

19   hospital-acquired infections by 66 percent?

20        A    I think we've gone over this a lot earlier.  02:50:44

21   You know, this is an internal brainstorming document

22   where they're -- they're going back and forth.

23        Q    If you don't want to answer it, that's fine.

24   I'm marking the question.  I'll move on.

25             If you go up, it says (as read):             02:51:04
```

                                               Page 222

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              "Trina Spear.  Exactly.  1) Reduce
 2         HAI rate."
 3         That's -- that's literally her number 1.
 4         So isn't it true that Trina Spear is saying
 5    the points that they want to get across is that FIGS   02:51:19
 6    scrubs reduce HAI rates; isn't that true?
 7
 8
 9
10         THE WITNESS:  I don't know what exactly Trina   02:51:32
11    meant when she wrote these bullet points here.  I
12    don't have the full context on this internal
13    brainstorming document.
14    BY MR. MICHELMAN:
15         Q   Well, are these one of the documents that you   02:51:49
16    reviewed in your preparation for today?
17         A   I don't believe I've seen this document
18    previously.
19         Q   Okay.  Well, would you disagree with Trina
20    that the points FIGS wants to get across is HAI   02:51:59
21    rates being reduced in March 2nd, 2016?
22         A   I don't have the full context on what the
23    goal of the Threads For Threads impact section was
24    at -- at that point in time, and, you know, I don't
25    know exactly what Trina or Elaine were thinking when   02:52:24
```

                                        Page 223

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    they were going back and forth in this email

2    exchange.

3        Q    Forget about the email exchange.

4            In March of 2016, isn't it true that FIGS

5    wanted -- wanted to emphasize that its scrubs          02:52:37

6    reduces hospital-acquired infections?

7        A    FIGS communicated that its clean scrubs are

8    scrubs that it donated through its Threads For

9    Threads program have the ability to reduce HAI.

10       Q    So is it your testimony -- because you keep   02:53:04

11   qualifying it, and I just want it to be clear at

12   trial.

13           Are you saying that FIGS scrubs that were

14   donated were the only ones that reduced HAI?

15       A    No, I'm not.  But I'm saying, you know, this  02:53:16

16   statement was made on our Threads For Threads page

17   and specifically in regard to the impact that, you

18   know, FIGS was able to make with donations of clean

19   FIGS scrubs to healthcare professionals in

20   developing countries.                                   02:53:42

21       Q    Yeah.  I -- I said ignore that document, so

22   my bad.  I should have taken it down.  Forget about

23   the document.

24           In March of 2016, isn't it true that FIGS

25   wanted to emphasize the importance it placed on the    02:53:52

                                            Page  224

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    claim that its scrubs reduced HAI rates?
 2        A   The claim was made specifically with respect
 3    to Threads For Threads.
 4        Q   Only Threads For Threads?  Is that your
 5    testimony today?                                        02:54:10
 6        FIGS only made it in 2016 with respect to
 7    Threads For Threads?
 8        A   That is what the claim was focused on.
 9        Q   So -- just so I'm clear, in 2016, the claim
10    that there was an HAI reduction by utilizing FIGS        02:54:26
11    scrubs only related to the Threads For Threads
12    program; is that right?
13        A   The statement was made on the Threads For
14    Threads page to communicate the impact that clean
15    FIGS scrubs could have to help the professionals in      02:54:50
16    developing countries.
17        Q   That's fantastic.  But that's not my
18    question.
19        My question is, in 2016, did FIGS only make
20    the claim that its scrubs reduced HAI by 66 percent      02:55:02
21    only for the scrubs it donated?
22        A   FIGS primarily made this claim with respect
23    to the impact of its donated scrubs.  But as we
24    discussed before, FIGS scrubs were antimicrobial
25    and -- and are still antimicrobial and testing shows     02:55:29
```

Page 225

SPI Affirmative Designations          FIGS' Counter-Designations          FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    that the most common bacteria found in a hospital is

 2    reduced by 99 percent or more.

 3

 4

 5

 6

 7

 8

 9

10         (Exhibit 145 was marked for identification     02:56:17

11         and is attached hereto.)

12    BY MS. McDERMOTT:

13       Q   All right.  So this is an email with Trina

14    and Elaine Chiang, Heather, Megan.

15           Is Megan still employed by FIGS?            02:56:56

16       A   She is not.

17       Q   Was she terminated as well?

18       A   I don't think she was terminated.

19       Q   Do you know if she was terminated?

20       A   I can't remember exactly, but I -- I believe  02:57:10

21    she resigned.

22       Q   Okay.  Here, it's an email and it's talking

23    about "B2B - HAI/Impact."

24           And Trina writes, as you can see here, under

25    the URL (as read):                                 02:57:27
```

Page 226

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            "Email Drip:  Power of Antimicrobial

 2            Scrubs, HAI rate, et cetera."

 3       She puts that as the number 1 on an email

 4  drip.  And then she says at the bottom of that (as

 5  read):                                     02:57:38

 6       "No reason to re-invent the wheel."

 7       Isn't it true in 2016, FIGS was talking about

 8  the power of its antimicrobial scrubs to the general

 9  public?

10    A   I can't conclude that based on this internal  02:58:03

11  email where Trina mentions that language.  I don't

12  have context on any other --

13

14

15       In 2016, did FIGS emphasize the power of    02:58:20

16  antimicrobial scrubs in HAI rate reduction?

17    A   I don't believe that FIGS emphasized these

18  items, but FIGS has always communicated that the

19  scrubs are antimicrobial and, as we discussed

20  previously, shared the impact that FIGS clean scrubs  02:58:50

21  can have in developing environments.

22       I do think this email that you were just

23  showing me, though, is in relation to B2B, which,

24  you know, is -- that is not our core business.  So,

25  you know, I think there would be additional context  02:59:15
```

                                              Page  227

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    that is needed.
 2        Q   I don't care if it's your core business or
 3    not.  I'm just going to ask you a generalized
 4    question.
 5            How many pieces of literature, paper or        02:59:24
 6    other -- I'm going to back it up.
 7            How many statements, either written or oral,
 8    did FIGS push out in 2016 touting hospital-acquired
 9    infections are reduced by 66 percent because of its
10    scrubs?                                                02:59:43
11            Do you have an estimate?
12        A   I don't think FIGS ever touted that.
13        Q   Do you have an estimate of how many
14    statements are put out to the public regarding an
15    allegation of 66 percent hospital-acquired            02:59:54
16    infections are reduced by wearing its scrubs?
17        A   I believe it was mentioned on our Threads For
18    Threads page in relation to the impact, a -- a clean
19    set of FIGS scrubs.
20        Q   Yeah, I didn't say where.                      03:00:11
21            I said, do you have an estimate of how many
22    times the statement was made by FIGS?
23        A   That is the primary location that I believe
24    that statement was made.  I'm not aware of other
25    places that FIGS shared that messaging.                03:00:26
```

Page 228

SPI Affirmative Designations       FIGS' Counter-Designations       FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        Q    So you think -- as you sit here today as a

2    corporate rep, you think it's only on the Threads

3    For Threads page where FIGS made that statement

4    about HAI reduction of 66 percent?

5        A    I noted that was the primary location that it    03:00:39

6    was mentioned.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22              (Exhibit 146 was marked for identification

23              and is attached hereto.)

24

25

Page 229

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4      Q   All right.  So this is to Trina and Trina

5   copying Heather.  It's a FIGS overview, a board        03:01:54

6   package, Joseph Granato is on it.  And it talks

7   about -- they're giving a package to a member of

8   Baptist and Nicklaus Children's Hospital.  Do you

9   see that?

10     A   Just one minute.                                 03:02:30

11     Q   Well, you know what would -- might be good

12   for you?  Let's just go to the bottom email where

13   Joe sets the context as to why he's even sending

14   this email, that he's bragging about FIGS to

15   hospital groups in Miami.                              03:02:40

16         Let me know when you're done with that email,

17   and then I can tell you where I'm going, ask the

18   question.

19         Are you ready?

20     A   Just one minute.                                 03:03:36

21         Okay.  What page should I be on?

22     Q   You should just be on 128, the first one.

23         So my question to you is, in 2017, Trina

24   writes to Joe in reference to this possible hospital

25   group in Miami saying (as read):                       03:04:03

                                          Page 230

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              "Our value proposition to

 2               institutions is as follows:  Reduce

 3               hospital acquired infection rates

 4               through antimicrobial scrubs."

 5              In 2017, isn't it true that FIGS was telling   03:04:14

 6      various institutions that its value proposition, why

 7      it should purchase its product, was in part because

 8      it reduces hospital-acquired infection rates through

 9      antimicrobial scrubs?

10          A    So again, I don't have the full context on   03:04:35

11      the email here, and I don't know, you know, exactly

12      what Trina meant by this.  But I do think it's

13      important to note that FIGS has done, you know,

14      custom projects and -- and fabrications for

15      hospitals.                                             03:04:53

16

17

18

19

20              In 2017, isn't it true that your co-founder,  03:05:03

21      Trina Spear, was telling people that FIGS' value

22      proposition as to why they should buy your product

23      is because its scrubs reduces hospital-acquired

24      infection rate through antimicrobial scrubs?

25
```

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2          THE WITNESS:  I think that's a

3    generalization.  I have, you know, just one example

4    in front of me where, you know, I don't know exactly

5    what Trina means in this email.  I'm --              03:05:36

6

7

8

9

10         I'm asking you, as the corporate rep, in     03:05:46

11   2017, isn't it true that your co-founder was touting

12   to people, institutions, the reasons they should

13   purchase FIGS scrubs is because FIGS' antimicrobial

14   scrubs reduces hospital-acquired infections?

15

16

17

18         THE WITNESS:  Yeah.  I mean, it's difficult

19   for me to, you know, speculate generally.  I don't

20   know all of the communications that Trina had with   03:06:20

21   institutions.  I don't know all of the reasons that

22   she shared with them.

23   BY MR. MICHELMAN:

24      Q   All right.  I'm just asking you, as the chief

25   operating officer of the company, the corporate rep,  03:06:35

                                        Page 232

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    someone who's been there a long time, clearly smart,

2    in 2017 -- forget about Trina.

3          In 2017, didn't FIGS use as one of its value

4    propositions its allegation that its scrubs are

5    antimicrobial and as a result it reduces          03:06:53

6    hospital-acquired infections, yes or no?

7        A    FIGS did make statements during this time

8    period regarding the antimicrobial nature of its

9    properties and also regarding the efficacy of our

10   antimicrobial treatments in reducing bacteria and   03:07:23

11   hospital-acquired infection.

12       Q    Right.   And it did that because it was saying

13   it's one of the value propositions it offers,

14   correct?

15       A    I -- I think that's speculation in making a   03:07:43

16   broad generalization.   I've seen one email.   I'm

17   sure there were many communications that Trina had

18   with institutions.   So I can't draw that conclusion,

19   broad conclusion.

20       Q    Okay.   Did any customers or potential       03:07:57

21   customers ask about FIGS' antimicrobial properties?

22       A    I'm sure that some customers inquired over

23   time.

24       Q    Why are you sure?

25       A    I've seen some questions, you know, come in   03:08:43

                                              Page 233

SPI Affirmative Designations        FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    to customer experience and also through -- you know,

2    just through emails that had been shared.

3        Q   All right.  And is it true that the FIGS HAI,

4    hospital-acquired infection, claim resonated with

5    customers?                                          03:09:00

6        A   I think that would be requiring me to

7    speculate on, you know, what customers felt was

8    important.  You know, our research actually shows

9    through the focus groups and -- and surveys that

10   we've done that actually the antimicrobial           03:09:21

11   properties are not that important to our healthcare

12   professionals.

13        And it's really the style of our products and

14   the comfort of our products and the actual

15   functionality of our products that customers love    03:09:42

16   and are seeking and also just the newness of our

17   products with the way that we're constantly

18   launching new items for them.

19        MR. MICHELMAN:  All right.  So let's go to

20   tab 129.  I want to mark it as 147.                  03:10:00

21        (Exhibit 147 was marked for identification

22        and is attached hereto.)

23

24

25

                                              Page 234

SPI Affirmative Designations       FIGS' Counter-Designations       FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3      Q    All right.  This is between Trina and

4   Heather, the two co-founders, and they're talking

5   about Mike Martens' email below, talking about          03:10:40

6   improved flow of story, telling things of that

7   nature.  And he asks them to read this thing and

8   Elaine Chiang does.

9          And Trina writes to Heather up top (as read):

10         "They missed the boat.  Main reasons          03:10:57

11         to order FIGS for your office!

12         Antimicrobial scrubs - Brings down

13         your hospital acquired infection

14         rate!"

15         That was in February of 2016.          03:11:08

16         Isn't it true that at least in two

17   thousand -- minimally, in 2016, your co-founders

18   thought one of the main reasons to order FIGS scrubs

19   was because of its antimicrobial products and, as a

20   result, it would bring down hospital-acquired          03:11:24

21   infection rates?

22      A    I think I need to take a minute to read

23   through the document to get some additional context.

24

25

                                              Page 235

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2     I don't think you need to read the whole thing.

3         A    Can you repeat your question.

4              MR. MICHELMAN:   If you can read back my last

5     question, please.                                    03:12:38

6              (Record read as follows:

7              "Q:   Isn't it true that at least in

8              February of 2016 one of your

9              co-founders thought that one of the

10             reasons to order FIGS scrubs was        03:11:17

11             because of its antimicrobial

12             products and as a result of it

13             bringing down hospital-acquired

14             infection rates?")

15             THE WITNESS:   I -- you know, I can't draw   03:13:15

16    that conclusion from this, you know, internal email,

17    which again, appears to be kind of brainstorming and

18    internal dialogue back and forth with Trina and

19    Heather.

20

21

22

23

24

25

                                              Page 236

SPI Affirmative Designations        FIGS' Counter-Designations    FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9      Q   Is it -- as a person who's a corporate rep,

10   is it your impression that the co-founders of this      03:14:07

11   company believed that a reduction in hospital-

12   acquired infections and antimicrobial properties

13   were important to tell the public?

14      A   It is not.

15

16

17      Q   Oh, you know what?  Before we do that, does

18   FIGS still make the claim that its products reduces

19   hospital-acquired infections by 66 percent?

20      A   FIGS does not currently make that statement.   03:14:44

21      Q   When did it stop?

22      A   I -- I can't recall the exact date.

23      Q   Give me the year.

24      A   It may have been in 2019.

25

Page 237

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12            (Exhibit 148 was marked for identification

13         and is attached hereto.)

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 239

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

1

2

3

4          All right.  So in December of '18, it says

5     (as read):                                          03:18:23

6          "Proving that our scrubs reduce

7          hospital acquired infection rates by

8          66%?  If I could have the study that

9          we did, it would be super.  If not,

10         no problema" -- "problemo!"                    03:18:34

11         And then you got Trina writing back (as

12    read):

13         "Yes, I have the study - what do we

14         need this for?"

15         I'm going to ask you -- the first question    03:18:44

16    is, was the study published anywhere within the

17    company?

18    A   I'm not aware of the study being published to

19    the company.

20    Q   Is -- well, was it available to anybody who    03:18:55

21    wanted to see the study?

22    A   I'm not sure.

23    Q   Why was it kept a secret from people?

24    A   I don't know that it was kept a secret.

25    Q   Have you ever seen the study?               03:19:08

                                        Page 240

SPI Affirmative Designations        FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

1          A    I'm not sure if I have.  I've seen a lot of,

2     you know, different -- I'm not sure exactly what

3     they're referring to in this email here.  But I have

4     seen a lot of -- you know, the different research

5     that Ben Chase, you know, reviewed as -- as part of        03:19:28

6     his collection.

7          Q    Yeah.  The question was, "The" -- "The study

8     that we did," meaning FIGS -- have you ever seen a

9     study that FIGS did as referenced by Jenny?

10         A    I'm not sure if I have seen the study around      03:19:44

11    the Threads For Threads.

12         Q    Do you know anybody in the company?  Give me

13    any name of somebody that has seen it.

14         A    Well, I'm sure that Trina and Heather have.

15         Q    Other than those two.                            03:19:56

16         A    I'm not sure.

17         Q    Okay.  And then -- so she asks for it, and

18    Trina says (as read):

19              "What do you need" -- "what do we

20              need this for?"                                   03:20:14

21              Why does it matter?  If Jenny wants to see a

22    study that FIGS did that proves its claim, who cares

23    what the reason is?  Why does it matter?

24

25

                                             Page  241

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4       Q    Why is it that FIGS is not just turning over

 5   a study that it commissioned that proves a health      03:20:44

 6   claim to the general public?

 7

 8

 9

10

11            THE WITNESS:  I'm not sure.  I don't know

12   exactly, you know, what Trina meant in her email.  I

13   don't have the context to be able to respond.

14   BY MR. MICHELMAN:

15       Q    All right.  So let's go to the email above     03:21:18

16   that.  Jenny writes again, I think, five days later

17   (as read):

18            "Hi, I just got another inquiry

19            about this.  Let me know if we have

20            any documentation on this from the          03:21:30

21            study that resulted in our 66 rate.

22            If not, I'll create a macro around

23            our Silvadur treatment et cetera."

24            All right.  Do you know if Jenny on

25   December 19th ever got this alleged study?           03:21:47
```

                                                    Page 242

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1       A   I don't know.

 2       Q   Okay.  So let's go up and let's see what

 3  Trina responds with.

 4           So here, Trina writes a macro, quote, for

 5  Jenny to send on, which talks about the            03:22:08

 6  antimicrobial technology is woven into the fabric.

 7  We've talked about that earlier, whether that's true

 8  or not.  It goes on and on and on.

 9           Do you know why it is that Jenny never got

10  the study?                                         03:22:23

11       A   I don't know if it's true that she never got

12  the study.  She may have.  It's not clear to me.

13

14

15

16

17

18

19

20

21

22

23

24

25       Q   Do you know if Jenny ever got the study?   03:22:59
```

Page 243

SPI Affirmative Designations       FIGS' Counter-Designations       FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3          THE WITNESS:  I don't know if Jenny received

4    the study.

5          MR. MICHELMAN:  All right.  Thank you.          03:23:06

6      Q   And then Jenny responds back (as read):

7          "I have that macro.  People" --

8          "people are inquiring about the

9          actual study which is what I'm

10         trying to track down - or what          03:23:14

11         third-party did" -- "did this?"

12         Why is it, to your knowledge, employees at

13    FIGS are trying to track down a study that FIGS

14    commissioned that allegedly proves the 66 percent

15    reduction?                                           03:23:37

16     A   I don't know other than what Jenny has shared

17    here that a customer had a question.

18     Q   Okay.  And did FIGS have a -- I don't know.

19    Between 2013 and 2018, did FIGS have a customer

20    service department, group, whatever you want to call   03:23:57

21    it?

22     A   I'm sorry.  Can you say the time period

23    again?

24     Q   I'll go -- I'll go 2015 to 2018.  I'll make

25    it shorter.                                          03:24:09

                                        Page  244

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        A   Yes.

2        Q   All right.  Did anybody in customer service

3   ever get the study?

4        A   I'm not sure the exact materials that the

5   customer service team did or did not receive.          03:24:22

6        Q   So you don't know one way or another; is that

7   right?

8        A   I don't.

9            MR. MICHELMAN:   Okay.  All right.  Let's go

10   to number -- it's going to be Exhibit 149, and it's     03:24:36

11   tab 160.

12            (Exhibit 149 was marked for identification

13        and is attached hereto.)

14

15

16        Q   All right.  This is an email from Elaine

17   Chiang and Casey Mouton regarding Trina's speech in

18   October of '16 to John Hopkins.  I want to turn your

19   attention to 283.  It is the second to last

20   paragraph where it says "We currently."              03:25:50

21        Do you see that?

22        A   Yes.

23        Q   It says (as read):

24        "We are currently performing a study

25            with Brigham Women's Hospital that          03:26:00

                                           Page 245

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1          will measure medical professional

 2          performance and productivity before

 3          and after FIGS was introduced within

 4          the hospital."

 5          Then it goes down and lists four features.    03:26:09

 6     And number 4 is (as read):

 7          "And 4) and more evidenced" --

 8          "evidenced based outcomes like what

 9          is in the infection rate?"

10          Have you ever seen any studies from Brigham    03:26:23

11     Women's Hospital?

12       A   I'm not sure.  I can't recall whether or not

13     I did see studies or focus groups from this

14     particular organization.

15       Q   Yeah, I'm not asking about focus groups.    03:26:47

16          So do you -- as you sit here today, do you

17     know if any studies exist from Brigham?

18       A   I'm not sure.

19       Q   Do you know who would?

20       A   Trina would probably know.    03:27:09

21       Q   Anybody else?

22       A   Trina would be the best person to ask.

23

24

25

                                         Page  246
```

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17          MR. MICHELMAN:  All right.  Let's go to tab

18     96.  I'm going to mark it as 150.

19          (Exhibit 150 was marked for identification

20          and is attached hereto.)                    03:34:19

21

22

23

24

25

Page 247

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2      Q    Okay.  All right.  So here it says
3    "antimicrobial."  And it says "antimicrobial" -- one
4    of the features that FIGS is touting (as read):
5          "Our antimicrobial technology is                    03:40:50
6          woven directly into our fabric."
7          I'm going to stop there.
8          Earlier you said it wasn't woven into your
9    fabric.
10         So is this a false statement?                        03:40:57
11     A    I believe I clarified that I -- I couldn't
12   confirm the exact scientific details of how the
13   treatment was applied but that it was during the
14   garment construction process that the fabric was
15   treated with the antimicrobial treatment.            03:41:23
16     Q    Okay.  And it goes on to say (as read):
17         "Our antimicrobial technology is
18         woven directly into our fabric to
19         kill bacteria immediately upon
20         contact and prevent the spread of               03:41:36
21         infection."
22         I want you to focus on the "kill bacteria
23   immediately."
24         What proof do you have that that's a true
25   statement?                                            03:41:45

                                              Page 252

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1       A   Well, we have -- the way that Silvadur

2   communicates the efficacy of their product --

3       Q   Okay.

4       A   -- which is the antimicrobial that we use --

5       Q   Okay.                                        03:41:59

6       A   -- and their site specifically states that

7   Silvadur's antimicrobial ions release to neutralize

8   bacteria on contact.

9       Q   And does it say it kills bacteria

10  immediately?                                         03:42:17

11      A   I can't recall if I've ever seen the word

12  "kill" used in Silvadur's language, but it

13  definitely says that Silvadur neutralizes bacteria

14  on contact.

15      Q   Okay.  Then it says (as read):               03:42:36

16          "...and prevent the spread of

17          infection."

18          Are you also relying on Silvadur's statements

19  for that -- for the authority to say that FIGS'

20  scrubs' antimicrobial agent prevents the spread of   03:42:55

21  infection?

22      A   We're relying on a number of things.  Yes, we

23  are relying on the way that Silvadur communicates

24  the activeness of its product and we're also

25  communicating -- or I'm sorry, relying on the        03:43:12
```

Page 253

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1     results of our own testing on our scrubs fabric.

 2     And then we're also relying on the research that

 3     FIGS collected through Ben Chase, you know, who was

 4     a healthcare professional and researcher that spent

 5     a lot of time gathering a lot of research on this      03:43:39

 6     topic.

 7         Q    Okay.  So you came up with three ways.

 8              Silvadur, whatever they said got it, tests,

 9     whatever tests you have would be in your email

10     servers as you previously testified to, correct?      03:43:52

11         A    Correct.

12         Q    And then Ben Chase.  Have you ever read

13     any --

14         A    I'm sorry -- sorry, I just wanted to make one

15     additional communication.  Also with our mill for     03:44:02

16     the fabric test results.

17         Q    Oh, with the mill.  Okay.  In the mill.

18              And then you said Ben Chase.

19              Have you ever read any of Ben Chase's

20     research?                                             03:44:14

21         A    I have seen some of Ben's research, yes.

22         Q    And are you testifying today that Ben's

23     research supports the statements in that

24     antimicrobial section?

25         A    I think Ben's research in combination with,   03:44:28
```

                                                    Page 254

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      you know, his experience and his, you know,

 2      healthcare professional expert research opinion that

 3      he shared with FIGS, yes.

 4          Q   Okay.  So you're saying it's his research

 5      that you've read, and are you saying conversations      03:44:51

 6      that you've had with him?

 7          A   I have not had direct conversations with Ben,

 8      but the company has worked with Ben on this

 9      research.  Ben conducted a lot of research for FIGS,

10      and, through his research, you know, provided          03:45:09

11      information and, you know, conclusion of his

12      analysis to support this.

13

14

15          Q   When's the last time you read Ben's research   03:45:27

16      proving those claims?

17          A   I can't recall the exact last date of when I

18      reviewed his -- any of his work.

19          Q   Give me a ballpark, best estimate.

20          A   It's been at least several months, if not      03:45:48

21      more.

22          Q   Okay.  So recently.  So in the last

23      24 months; is that right?

24          A   Yes.

25          Q   Okay.  And what was the research?             03:45:58
```

Page 255

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1           Were they spreadsheets?  Were they articles?

2    Were they graphs?  Were they science projects?

3           What were they?

4      A    Articles and, you know, written conclusions

5    and opinions.                                    03:46:14

6

7

8

9           MR. MICHELMAN:  Okay.  Let's go to

10   Exhibit 151 and I'm going to mark tab 91.         03:46:27

11          (Exhibit 151 was marked for identification

12           and is attached hereto.)

13   BY MR. MICHELMAN:

14     Q    All right.  This is an email with Tim Byers

15   with Consolidated Pathways who I'll represent to you  03:47:09

16   is the distribution agent for Dow which is the

17   Silvadur product.  What I really want to do is have

18   you focus on FIGS 464 -- I'm sorry, the last three

19   numbers are 464.

20          All right.  These are Silvadur's usage       03:47:30

21   guidelines that were sent to FIGS on May 1, 2015

22   directly to Heather Hasson.

23          Now, here it goes through what is permitted

24   to be used with respect to the Silvadur product.

25          Let's go to the next page, which is 465, and  03:47:54

                                                Page 256

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    it has a whole section, section 4 called "Not

 2    Approved Claims."

 3          Have you ever seen this before?  Have you

 4    ever seen the guidelines before?  Let me start at

 5    the highest level.                              03:48:15

 6          Have you ever even seen this document before?

 7       A   I have.

 8       Q   All right.  So earlier you testified you've

 9    never seen the word "kill" when it comes to

10    Silvadur.                                       03:48:19

11          Let me just read this to you.  (As read):

12              "4.  NOT APPROVED CLAIMS:  The

13              following claims are not permitted

14              for treated articles:  B.  Claims

15              that the treated product kills       03:48:30

16              germs, bacteria, virus(s) or

17              pathogens."

18          So we just saw in Exhibit 150 that FIGS was

19    saying that the Silvadur product kills bacteria.

20    Isn't that claim directly prohibited by Silvadur?  03:48:46

21

22

23

24          THE WITNESS:  Well, I think this is

25    Silvadur's brand guidelines.  It's not necessarily  03:48:59
```

Page 257

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    describing how Silvadur's product works, which I

2    think is a really important piece of information to

3    consider.

4    BY MR. MICHELMAN:

5        Q    Okay.  So is it your position that where it    03:49:14

6    says "Not Approved Claims:  The following claims are

7    not permitted for treated articles," that -- when

8    they say claims that the treated product kills

9    bacteria, that's something that Silvadur says it's

10   okay to do -- okay to say?  Is that your position?    03:49:30

11       A    Well, these are branding guidelines on

12   Silvadur's own website on the product overview page.

13   Even today, it -- one of the statements about how

14   the product works is that it neutralizes bacteria

15   immediately on contact by releasing silver ions.    03:49:55

16       Q    Yeah, that's not my question.

17            My question is, do you believe that Silvadur

18   allows claims to be made that its products kills

19   bacteria on contact?

20       A    I think it's very confusing that Silvadur has    03:50:13

21   branding guidelines that say one thing but describes

22   the way that their product works in a completely

23   different way on their website.

24

25

Page  258

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

 1
 2      because I want to make sure I get this right.
 3              You're saying neutralized.  Is there a
 4      difference in your mind between neutralized and
 5      kills, or do you consider that to be the same?        03:50:38
 6          A   I think they both mean eliminate.
 7          Q   Okay.  That's fine.  Do you have any
 8      background in science to make that statement?
 9          A   I do not.
10          Q   Does anybody at FIGS have a background in   03:50:46
11      medicine to make that statement?
12          A   I'm not sure if anyone at FIGS has a
13      background in medicine today but, you know, we are
14      relying on Silvadur and on our mills to, you know,
15      explain their -- exactly how their product works and  03:51:09
16      to, you know, confirm that it does what it says it
17      does.  And, you know, the tests from our mill show
18      that it -- it does kill bacteria, eliminates
19      bacteria.
20
21
22
23          Q   Okay.  And I'm glad you brought it up, that
24      you rely on Silvadur and their guidelines.
25              Look at paragraph 7.  Paragraph 7 says if    03:51:37

                                            Page 259

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    you're going to make any claims, you have to get

2    their approval.

3          Did FIGS ever get approval for Exhibit 150,

4    the claim that it kills bacteria immediately?

5

6

7

8

9

10

11    A    So section 7 is referring to the licensee.

12    FIGS is not the licensee of Silvadur.  Our mill is

13    the licensee of Silvadur.

14    Q    Well, do you consider your mill an agent of

15    FIGS?                                          03:52:26

16

17          THE WITNESS:  I'm not sure what you mean.

18

19

20

21

22

23

24

25

Page 260

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3      Q   Do you know if your mill or FIGS ever sent

4   anything to Silvadur for approval with respect to

5   any claims?                                         03:52:52

6      A   I don't know the details of our mills'

7   relationship with Silvadur.

8      Q   Well, I'm asking, does -- (technical

9

10

11

12

13

14

15

16

17

18

19

20     Q   Does FIGS know if anybody, either directly or   03:53:29

21   on its behalf, sought approval from Silvadur for any

22   claims that it ever made involving Silvadur product?

23     A   I am not sure, but I'm -- I also don't

24   believe that approval was needed because FIGS was

25   not the licensee.                                   03:53:54

                                           Page 261

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        Q    All right.  Well, I'll just ask it a cleanup

 2    this way.  Forget about licensee.

 3           I'm just asking you, do you know whether or

 4    not FIGS, regardless of being a licensee or not,

 5    ever sought approval from Silvadur to make any        03:54:07

 6    claims that involved its product?

 7        A    We weren't required to seek approval.

 8        Q    I'm not asking if you're required to.  People

 9    do things all the time that's voluntary.

10           I'm asking if -- if FIGS did it.              03:54:25

11        A    I don't believe that FIGS sought approval

12    because we weren't required to.  We do not have a

13    direct relationship with Silvadur.

14

15           Now, the claim that FIGS made that it -- that  03:54:38

16    its scrubs kills bacteria and infections immediately

17    on contact and its claim that its scrubs kills

18    bacteria immediately upon contact and prevent the

19    spread of infection, are those claims being made

20    today?                                               03:54:59

21        A    They are not.

22        Q    Why not?

23        A    Our customers are not focused on the

24    antimicrobial benefits of the product.  Our studies,

25    through the form of focus groups and surveys, have   03:55:16
```

                                             Page 262

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1    shown this.  And as a result, we've decided to focus

 2    more on what our customers want to learn about and

 3    hear about our product, which is, what's new?  What

 4    functionality does the product have?  How does it

 5    make you feel relative to other product that they've      03:55:37

 6    purchased from FIGS in the past?

 7

 8

 9

10

11

12

13

14

15

16        Q    And is the claim that FIGS scrubs kills

17    bacteria and infections immediately on contact and

18    prevent the spread of -- spread of infection based

19    solely on the Silvadur product, or is there some

20    other basis for that statement?                           03:56:44

21        A    It's based on the technology and the

22    antimicrobial treatments that FIGS uses.  It's based

23    on the test results of FIGS product once the

24    antimicrobial treatment has been applied, and it's

25    also based on research that Ben Chase has done and        03:57:13
```

                                                    Page 263

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    the company's experience.

25          Is it the antimicrobial agent, whatever it          03:58:39

Page 264

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    is, that results in the bacteria being killed?

2       A   It is the antimicrobial agent.

3       Q   Okay.  Thank you.  All right.  FIGS makes

4    another claim that it has -- that its scrubs are

5    liquid repellant or water repellant; isn't that          03:59:08

6    true?

7       A   FIGS does not make this claim with regard to

8    the majority of the scrubs that it sells today.

9       Q   I didn't ask about the volume of claims it

10   makes.  I'm saying, does it make -- did it make --        03:59:24

11   let me start it.

12          Did it make that claim?

13      A   In the past, FIGS had made that claim.

14      Q   When did it stop making that claim?

15      A   I can't recall the exact date when the            03:59:43

16   company stopped making that claim, but it was quite

17   a long time ago, I believe.

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21        (Exhibit 152 was marked for identification
22         and is attached hereto.)
23        MR. MICHELMAN:  Okay.  It's on the screen.
24   Do you see it now?  Has it shown up?
25        MR. ARMOUR:  Yep, it's up now.  We're pulling   04:03:41
```

Page 267

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    it up.

 2    BY MR. MICHELMAN:

 3       Q   All right.  If I could have you go to 592.

 4    Just shoot there -- actually, you know what?  Go to

 5    the front page.  I'm going to do this because this     04:03:50

 6    is -- this is directly from you to Trina and

 7    Heather?

 8            So this is regarding the Cedars-Sinai bid.

 9            Do you remember being involved in the bid to

10    Cedars-Sinai --                                        04:04:06

11       A   I do.

12       Q   -- in 2017?

13            All right.  Go to -- go to 592.  Second to

14    last page.  Right there.

15            All right.  This is from Trina, and it says     04:04:32

16    (as read):

17            "FABRIC INFORMATION.  Cedars-Sinai

18            is requesting pricing for scrub

19            apparel fabricated with."

20            Number 2 is (as read):                          04:04:35

21            "Fluid resistant fabric only."

22            Do you see that?

23       A   Yes.

24       Q   And then (as read):

25            "A combination of antimicrobial                 04:04:49

                                                            Page 268
```

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              treated and fluid resistant fabric."

2              Do you see that?

3         A    Yes.

4         Q    All right.  And so part of the RFP or the --

5    the bid that -- to Cedars, they wanted information        04:05:02

6    on those categories; is that correct?

7         A    They wanted to understand what type of

8    product FIGS would be able to produce within these

9    specific categories.

10

11

12

13

14

15

16

17

18

19        Q    Okay.  And by this time, 2017, FIGS had been

20   working with fluid repellancy I think you said since       04:06:02

21   2014.

22              So for two and a half, three years, it was

23   pretty well-versed in this product; is that right,

24   meaning that experience with fluid repellants?

25        A    Well, we had had some experience with fluid       04:06:22

Page 269

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    repellants, but the product that we were discussing

2    with Cedars was going to be a completely custom

3    creation.  We had discussed with them developing

4    something completely new that was, you know, subject

5    to their exact specifications given beyond what was        04:06:44

6    provided here.

7          They had, you know, additional information

8    that they had shared about things that were

9    important for them with their product.  And so this

10   particular proposal that we put together for Cedars        04:07:02

11   was considering a new, you know, custom product that

12   we would create for them.

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 270

Veritext Legal Solutions
866 299-5127

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          Go to 590, please.

2     Q    All right.  This is from Trina, and we're

3    talking about the fluid resistant technology.

4          (As read):

5          "What fluid resistant technology can        04:08:11

6          we write about for this given we are

7          creating this all from scratch anyway."

8          What's she talking about?

9     A    So I believe that's an example of where

10   Heather is talking about how we had discussed with   04:08:27

11   Cedars that this would not be, you know, the scrubs

12   that we had previously created for FIGS.  This would

13   truly be, you know, a custom blend and -- and

14   preparation to ensure that it met the specific needs

15   of Cedars, so that is what I believe she meant by    04:08:45

16   "scratch."

17    Q    Yeah.  Isn't it true that the fluid resistant

18   technology that she's talking about making from

19   scratch has nothing to do with the characteristics

20   that Cedars was requesting?                          04:08:59

21         Did you hear me?  I don't know if I broke up.

22    A    She -- I -- I haven't had a chance -- this is

23   a long email.  I haven't had a chance to read

24   through it all.  I would like to have the

25   opportunity to do that, but I believe she was        04:09:29

                                              Page 271

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    referring to other DWRs that we had had experience

 2    working with.

 3        Q   Yeah.  Isn't it -- isn't it true that FIGS

 4    actually was just making this whole thing up, the

 5    fluid resistant technology?                        04:09:46

 6            There was no real fluid resistant technology,

 7    and FIGS was lying the whole time?

 8        A   That is not true.

 9

10

11

12

13

14

15

16

17

18

19

20

21            Let's mark 15 -- Exhibit 153 as tab 288.

22            (Exhibit 153 was marked for identification

23         and is attached hereto.)

24    BY MR. MICHELMAN:

25        Q   This is talking about the Cedars bid due      04:10:48
```

Page 272

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

```
 1       tomorrow between you and Trina.  If you can go to

 2       791.

 3              All right.  It says at the bottom, you write

 4       (as read):

 5              "Can you proofread, fix formatting          04:11:13

 6              and call Heather and Diana to see

 7              what is the best fluid resistant

 8              technology and write about that?"

 9              What were you referring to?

10       A   Well, this is actually an email from Trina to   04:11:23

11       me, so I wasn't referring to anything here.

12

13

14

15

16

17

18

19

20

21

22

23

24

25       Q   Okay.  So then it goes -- you -- you respond   04:12:19
```

SPI Affirmative Designations          FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    back saying that you're going to be talking to Diana

 2    later about the fabric.

 3          And then go to 790, a page up, and you do --

 4    there is a response from Trina to you again saying

 5    (as read):                                          04:12:33

 6          "Got it.  Make it clear that this is

 7          custom for Cedars, not what we are

 8          doing currently."

 9          Got it.  We're on the same page.

10          Then she says (as read):                      04:12:39

11          "Just ask" -- meaning Diana, "just

12          ask what the best fluid resistant

13          technology is so we can add a

14          paragraph about it and then we'll

15          figure it out later..."                       04:12:50

16          So, basically, you guys were putting into the

17    Cedars bid the best fluid resistant technology

18    having done no diligence, having no understanding.

19    And then if you got the bid, you'd sort of scramble

20    to figure out what you guys were even doing; is      04:13:04

21    that -- is that about right?

22

23          THE WITNESS:  That's not at all right.

24

25

                                              Page 274
```

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11          (Exhibit 154 was marked for identification

12      and is attached hereto.)

13  BY MR. MICHELMAN:

14      Q   All right.  Let me know when you've got it.

15      A   Okay.  We have it.                      04:23:06

16      Q   All right.  So this is the bid that you

17  actually submitted to Cedars-Sinai.  It's bid 3152.

18  What I want to do is turn you to number 3 native of

19  the document, 5.2, right there.

20          So in response to 5.2, what you write is (as   04:23:42

21  read):

22          "Our SILVADUR antimicrobial

23          treatment will last the lifetime of

24          the garment as it's woven into the

25          yarn and thus inherent in the        04:23:50
```

                                        Page 276

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              fabric.  Our proprietary fluid

 2              resistant technology lasts more than

 3              50 washings."

 4          What is that proprietary fluid resistant

 5   technology that you guys got or built in the last    04:24:04

 6   24 hours from this date?

 7      A   I believe this was referring to the -- the

 8   way that DWR finishes were applied to our particular

 9   product.

10      Q   Okay.  It says "Our proprietary fluid."       04:24:30

11          What's the proprietary fluid?

12      A   I don't think it's a proprietary fluid.  I

13   think it's referring to the way that the DWR product

14   was, you know, applied or, you know, treated to our

15   specific fabrication.                                 04:25:01

16      Q   Okay.  So you're saying the technology

17   referenced here is the methodology in which the

18   fluid resistant product was applied; is that your

19   testimony?

20      A   Yeah.                                          04:25:13

21      Q   Okay.

22      A   That's what I believe.  I mean, it was many

23   years ago when this --

24      Q   Yeah, that's fine.  Well, that's why we sent

25   out the notices in advance, so you have time to      04:25:21
```

Page 277

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1       prepare, which you did, which I thank you for that.
 2              But the day before, 24 hours before, you said
 3       it was custom, so -- and it was going to be
 4       something unique for Cedars, and now there's some
 5       proprietary application, and the day before there      04:25:40
 6       wasn't any.
 7              So I guess that's a big question of what
 8       happened in the preceding 24 hours with FIGS to get
 9       some proprietary resistant technology that's --
10       A    So --                                             04:25:52
11       Q    -- written in 5.2?
12       A    I don't recall.  There were, you know, DWR
13       applications that we were using.  But here we were
14       talking about creating something, you know,
15       completely new.  So we're just -- right here in this   04:26:14
16       fabric information, you know, we are describing kind
17       of current offerings and -- and current
18       capabilities.
19              But it was made very clear to Cedars that,
20       you know, we would be working with them to customize   04:26:32
21       the product to ensure that it met their needs.
22       Q    So it wasn't custom, is what you're telling
23       me.  There was nothing custom in this response; it
24       was something you already were doing.
25       A    So in this response, we were writing about        04:26:51
```

Page 278

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    current capabilities, but it was very clear to the

2    FIGS team and also to the Cedars team that we would

3    be creating something, you know, completely custom

4    for Cedars to ensure that it met their needs.

5         As you'll recall from the earlier, you know,    04:27:11

6    big document that we received from Cedars, they were

7    looking at kind of the number of different

8    specifications.

9         And so it wasn't necessarily just, you know,

10   one, you know, type of product that it was clear     04:27:31

11   that they wanted to go with and that, you know, the

12   participants in the RFP needed to provide, but

13   rather, it was more about, you know, explaining

14   capabilities with the understanding that the product

15   could be customized to meet Cedars' needs.          04:27:49

16

17        What is the proprietary fluid resistant

18   technology?  Explain it to me.

19     A   I can't recall the exact details of -- of

20   the -- this technology.                             04:28:07

21     Q   Generally.

22     A   It's a -- it's a treatment, you know, that is

23   applied to the fabric and part of the fabric

24   constructed -- construction process to ensure that,

25   you know, product is able to repel different liquids  04:28:32

                                             Page  279

SPI Affirmative Designations     FIGS' Counter-Designations    FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    and -- and fluids.

2         Q   What's it called?  What's its name?

3         A   I can't recall the exact name.

4         Q   Give me generally.

5

6

7

8         A   It clearly refers to as durable water

9    resistant treatments, DWRs.

10        Q   No, I know what DWRs are.  I'm asking what        04:29:03

11   the -- what the name of your proprietary fluid

12   resistant technology is.

13        A   I -- I can't recall the exact fluid resistant

14   technology that we were using at this time.

15        Q   Who manufactured it?                              04:29:16

16        A   I can't recall.

17        Q   How long did you use it?

18        A   I can't recall.

19

20

21

22

23

24

25

Page 280

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4        Do you still use your proprietary fluid

 5   resistant technology today?                        04:30:11

 6      A   We are not currently using a DWR that I would

 7   refer to as proprietary.

 8      Q   Okay.  So when did you stop using your

 9   proprietary fluid resistant technology?

10      A   I can't recall.                             04:30:19

11      Q   Was it before or after this lawsuit?

12      A   I can't recall.

13      Q   All right.  And when did you start using this

14   alleged proprietary fluid resistant technology?

15      A   I can't recall.                             04:30:41

16

17

18

19

20

21

22

23

24

25

                                          Page  281
```

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24          Would you agree that the Threads For Threads

25      program is at the core of your company?          04:34:57

                                                    Page 284

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

 1       A    I think Threads For Threads is central to who

 2    FIGS is as -- as a company, but it is not core to

 3    the company's business.

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Veritext Legal Solutions
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7

 8        Q    All right.  So if you look at the

 9     interrogatory, it says (as read):

10            "State all the facts RELATING TO the          04:42:48

11            differences between the fabric

12            composition, features, and

13            properties of the scrubs FIGS sells

14            versus the scrubs FIGS donates

15            through the FIGS Threads For Threads          04:42:59

16            program."

17            And then on the next page 7, the answer is

18     (as read):

19            "There is no difference between the

20            scrubs FIGS sells and the scrubs             04:43:07

21            FIGS donates."

22            Is that true?

23        A    It's true.

24        Q    And go to the verification page.  It is like

25     three from the back.  Right there.  And this is a    04:43:28
```

                                                    Page 290

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1      verification under the penalty of perjury.  It says,

2      "Katrina Spear (phonetic)."

3              Is that Trina Spear?

4          A   Yes.

5

6

7

8

9

10

11

12              (Exhibit 156 was marked for identification

13          and is attached hereto.)

14     BY MR. MICHELMAN:

15         Q   All right.  So this is the FIGS finance and    04:44:41

16     accounting reference manual for December 2017.  If

17     you can go to 059, page 7?

18              All right.  So Trina declared under oath that

19     there's no difference between sold and donated.

20     Look at the "Reserve For Excess and Obsolete          04:45:05

21     Inventory" (as read):

22              "As FIGS donates all excess and

23              obsolete inventory via our Thread

24              For Threads initiative, there is no

25              need for this reserve."                       04:45:21
```

Page 291

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          I'm going to stop there.

2          Do you sell obsolete inventory to your

3     consumers?

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 292

HIGHLY CONFIDENTIAL-ATTORNEYS' EYES ONLY

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13          THE WITNESS:  So "obsolete" is used as an
14     accounting term here.  I think it's important to
15     understand from a product perspective what is          04:46:40
16     actually meant with the use of the word "obsolete."
17          FIGS produces 13 core scrub wear styles that
18     are on constant replenishment in all of our core
19     scrub wear colors.
20          In addition, we regularly launch the same         04:46:59
21     core scrub wear styles in new colors that we offer
22     to our customers for a limited period of time.
23          We determine, as a company, when we remove
24     those products that -- the limited edition products
25     from our website, because we always want to make       04:47:20
```

Page 293

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      sure that our site is, you know, fresh and exciting

 2      for our healthcare professionals.

 3            But when we decide to remove the injection

 4      colors from our site, although from an accounting

 5      perspective it could be termed obsolete inventory,     04:47:38

 6      it's perfectly good inventory that we just might

 7      have too much of and decide that it's not a color or

 8      a style that we are going to continue to sell on our

 9      site.  And we use that inventory to be able to

10      support donations to healthcare professionals around   04:48:06

11      the world.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

SPI Affirmative Designations          FIGS' Counter-Designations          FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6          In terms of the Threads For Threads program,

7     who's in charge of tracking how many scrubs you give

8     away?  And I'm going to start with two thousand --

9     let's go with 2015.

10          Who was in charge of it?                          04:55:32

11     A   There have been different people that have

12     tracked it and different tracking methods that have

13     been used over time.

14     Q   All right.  Well, in 2015, who were the

15     people?  And I'll get to the methods later.  Who      04:55:47

16     were the people?

17     A   Trina and Heather were very involved with the

18     donations early on.

19     Q   All right.  Anybody else?

20     A   Not that I'm aware of in 2015.                    04:56:01

21     Q   Okay.  Between 2015 and 2019 -- strike that.

22          Between 2013 and 2017, who was involved in

23     tracking the amount of threads that were donated?

24     A   Trina and Heather were involved, and there

25     was tracking that I also contributed.                 04:56:29

                                                        Page 300

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        Q    All right.  So it was Heather and Trina, and
 2   who else?
 3        A    And myself.
 4        Q    Anybody else?
 5        A    A number of other employees.  You know,        04:56:42
 6   really, over time, you know, just the way that the
 7   Threads For Threads giving initiative works, a
 8   number of different employees have been, you know,
 9   involved with the giving and the tracking.
10        Q    I want to be very clear here.  I'm just        04:57:01
11   talking about the tracking.  Who was in charge?  Who
12   was ultimately responsible for making sure that the
13   count, the number of scrubs that were donated, was
14   accurate?
15        A    There was not one single -- single person      04:57:16
16   that was dedicated as the tracking person.  Multiple
17   people contributed.
18        Q    So what systems did you have in place to know
19   that the number was ultimately correct?
20        A    Well, the tracking was done in many different  04:57:31
21   ways.  You know, from 2013 to 2017, the company was
22   a very young, very small company that was making
23   donations in, you know, many different ways.
24             Like I mentioned before, you know, multiple
25   different people from the company were, you know,        04:57:56
```

                                                    Page 301

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    receiving and acting upon donation requests, which
 2    is something that Trina and Heather really empowered
 3    employees to do, you know, was to give.
 4         And we were donating to all different types
 5    of organizations from, you know, really large          04:58:10
 6    organizations like Project Cure to, you know, dental
 7    school class presidents that, you know, would reach
 8    out to our customer experience department about
 9    getting a donation for their entire class, or even
10    to employees, you know, to be able to give to their    04:58:31
11    families that were healthcare professionals or even
12    their personal doctors.
13         And so there was really a lot of variety in
14    terms of the way that donations were made, who the
15    donations were made to and then also in terms of how   04:58:48
16    the donations were actually processed.
17         You know, there were, you know, multiple
18    different warehouses that we worked with, multiple,
19    you know, different types of shipping methods that
20    we would follow, either based on, you know, what       04:59:10
21    FIGS was able to support with or what the
22    organization, you know, was able to support with.
23         And as a result of, you know, having
24    different, you know, fulfillment and logistics
25    providers, we also had many different systems that     04:59:30
```

Page 302

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    were used during this period, you know, to actually

 2    input and process the donations.

 3        Q   All right.  And so my question was, have you

 4    verified the number?

 5            Have you ever heard of the term "filibuster"?   04:59:47

 6        A   I have.

 7        Q   Okay.  All right.  What do you understand

 8    that to mean?

 9        A   When someone is, you know, continuing to

10    speak about something that is not relevant.            04:59:58

11        Q   Okay.  Thank you.

12            So let me just read this to you (as read):

13            "Do you know whether or not you

14            tracked how many scrubs you gave

15            away on a one-to-one basis?                     05:00:11

16            "I'm sure my team has.

17            "Okay.  Who on your team has tracked

18            it?

19            "Probably Devon.

20            "Devon?  Anybody else?                          05:00:19

21            "Devon would be the go-to."

22            That was Ms. Hasson on Tuesday -- on Monday?

23    Tuesday.  Was she truthful, you're the go-to on how

24    to track the donations?

25        A   I have supported in the tracking, but as I      05:00:32
```

Page 303

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    mentioned, there are many different people that have

2    been involved in it just given the nature of how the

3    donations were received and processed over time.

4        Q   Yeah.  Were you -- are you the go-to, is my

5    question?                                    05:00:51

6

7

8

9

10       Q   Are you the go-to?                    05:00:58

11       A   I'm not sure what you mean by "the go-to."  I

12   have been involved in supporting Threads For Threads

13   donations and elements of the tracking over time.

14

15

16

17

18

19

20

21

22

23

24

25

Page 304

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        Q   Do you have any shares or equity in FIGS?

 2        A   I do.

 3        Q   How much do you have?

 4        A   I don't know the exact amount of that.

 5        Q   Can you give me an estimate of dollar value?    05:11:19

 6        A   I mean, I would have to look at where things

 7     are today and -- in terms of pricing and, you know,

 8     where my vesting is.

 9        Q   Give me a range.

10        A   Maybe -- maybe $20 million.                      05:11:56

11

12

13

14

15

16

17

18

19

20

21

22

23        Q   Okay.  And the better FIGS does, the better

24     you do, right?

25        A   Yes.                                             05:12:26
```

Page 309

SPI Affirmative Designations          FIGS' Counter-Designations          FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7              (Exhibit 158 was marked for identification

 8         and is attached hereto.)

 9    BY MR. MICHELMAN:

10        Q   All right.  Have you seen this document        05:16:16

11    before?

12        A   I have.

13        Q   Who created it?

14        A   I worked on this document together with our

15    attorneys.                                             05:16:24

16        Q   All right.  So 610,000 sets donated.

17            What year -- in two thousand -- well, how did

18    you create this?  What is the source information for

19    this document?  What is the source data?

20        A   So I'm -- this document represents donations   05:16:44

21    from prior to 2020.  And as such, the source data is

22    a compilation of many, many different pieces of

23    information, as I had described earlier --

24        Q   Okay.

25        A   -- that I --                                   05:17:10
```

                                                        Page 313

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1     Q   Okay.  Yeah, where is that source data?

2     A   The source data was collected, you know, in

3   terms of the actual documents and pieces of

4   information but also through conversations.

5

6

7

8

9

10

11         So forget about the conversations, the

12   non-conversations, the documents you reviewed.

13   Where is that data today?  Where is that located?

14   Is it in a file?  In your office?  Where is it?

15     A   There's many different pieces of information     05:17:53

16   at FIGS that was used to come up with, you know, the

17   best estimate of the number of sets that FIGS

18   donated in 2019 and prior.

19     Q   Okay.  I'm asking where the data is today.

20   Where is it residing?  Is it in a file?  Where is     05:18:15

21   it?

22     A   There are many different pieces of data.

23   It's not just one source file.

24

25

Veritext Legal Solutions
866 299-5127

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7          Now, you referred to these as estimates.  So

 8   this isn't an actual number.  It's actually to

 9   the -- literally the time period to which this

10   reflects, it's 610,000 sets of -- sets donated.        05:20:17

11   It's not an estimate.

12          That's the actual number; is that correct?

13      A   So as I explained previously, the manner in

14   which the donations was made, was, you know, very --

15   it was done in a multitude of ways.  And I also       05:20:36

16   explained, we don't have -- we didn't have, in the

17   early years, one centralized place of recordkeeping

18   for the FIGS Threads For Threads donations.

19          We always knew that we were very far ahead in

20   terms of, you know, what we had given versus what we   05:21:00

21   had sold in early years because our sales were so

22   small and our donations were so significant

23   relative.

24          And so, you know, a perfectly centralized,

25   you know, tracking system, it wasn't something that    05:21:25
```

                                                    Page 316

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    we needed in the early years.  Of course, it's

2    something that we've put in place over time as we

3    grew.

4           But this does represent our -- our, you know,

5    very best estimate and very diligent efforts by          05:21:40

6    myself and our counsel to provide a summary of, you

7    know, quantities that FIGS donated and also the

8    locations to which FIGS donated.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                              Page 317

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              I, the undersigned, a Certified Shorthand
 2    Reporter of the State of California, do hereby
 3    certify:
 4         That the foregoing proceedings were taken
 5    before me at the time and place herein set forth;
 6    that any witnesses in the foregoing proceedings,
 7    prior to testifying, were administered an oath; that
 8    a record of the proceedings was made by me using
 9    machine shorthand which was thereafter transcribed
10    under my direction; that the foregoing transcript is
11    a true record of the testimony given.
12         Further, that if the foregoing pertains to the
13    original transcript of a deposition in a Federal
14    Case, before completion of the proceedings, review
15    of the transcript [ ] was [ ] was not requested.
16         I further certify that I am neither financially
17    interested in the action nor a relative or employee
18    of any attorney or any party to this action.
19         IN WITNESS WHEREOF, I have this date subscribed
20    my name.
21
22    Dated: July 14, 2021
23                              Nadia Newhart
24                         NADIA NEWHART
25                         CSR NO. 8714
```

Page 325

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3                                          SPI Affirmative Designations

   _____          FIGS' Counter-Designations

4   STRATEGIC PARTNERS, INC.,      )        FIGS' Affirmative Designations

5            Plaintiff,            )

6        vs.                       ) Case No.

7   FIGS, INC., CATHERINE          ) 2:19-cv-02286-JWH-KS

8   ("TRINA") SPEAR, HEATHER       )

9   HASSON,                        )

10           Defendants.           )

    _____)

11        *** CONFIDENTIAL - ATTORNEY'S EYES ONLY ***

12

13        CONTINUED VIDEOTAPED REMOTE DEPOSITION OF

14          30(b)(6) WITNESS FOR FIGS, INCORPORATED

15              DEVON DUFF GAGO, Volume II

16    Deponent testifying from Los Angeles, California

17              Thursday, February 3, 2022

18

19

20   Stenographically Reported By:

21   Melissa M. Villagran, RPR

22   CSR No. 12543

23   Job No. 5005691

24

25   PAGES 326 - 487

                                          Page 326

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25          Q    Let me ask you, the statement, quote:   "FIGS'    09:23:55

Page 345

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    antimicrobial fabrics reduce hospital-acquired

 2    infection rates by 66 percent," end quote, why did

 3    FIGS make that statement to the public?

 4        A    That was a statement that was made on FIGS'

 5    Threads for Threads site in reference to FIGS          09:24:19

 6    Threads for Threads giving program.  And it was a

 7    statement that was trying to communicate the impact

 8    that a set of clean scrubs could have on the

 9    developing countries where FIGS was donating clean

10    scrubs to healthcare providers that, unfortunately,   09:24:46

11    didn't have scrubs prior to that, and, you know,

12    were often treating patients in, you know, just

13    casual street wear.

14

15

16

17

18        Q    What was the purpose of making that

19    statement?  What did FIGS want to achieve as a

20    result of making that statement to the public?       09:25:12

21        A    FIGS made that statement on its Threads for

22    Threads site in reference to the impact of -- that a

23    set of clean scrubs through FIGS' giving initiative

24    and was making that statement to help communicate

25    the impact that FIGS was able to have by giving to    09:25:39
```

Page 346

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    some of these less fortunate healthcare communities.

2        Q   Do you think that -- well, strike that.

3            Was that statement made to the public in some

4    way designed to help benefit FIGS in any way?

5

6

7            THE DEPONENT:  No, it was not.

8

9        Q   So FIGS just made the statement for no

10   particular reason?  It just figured, I'm just going    09:26:08

11   to make this statement and who cares?

12

13

14

15

16       A   FIGS made the statement to communicate the

17   impact that clean scrubs that were being donated to

18   healthcare professionals in these kind of

19   underresourced environments were able to have.

20       Q   Okay.                                          09:26:35

21           So you were trying to -- is it true that FIGS

22   was trying to educate the world about clean scrubs

23   and the benefits of having clean scrubs?

24       A   FIGS was trying to communicate the impact

25   that giving clean scrubs was able to have in the       09:26:50

                                              Page 347

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    underresourced environments where FIGS was giving

2    scrubs.

3        Q    Okay.

4            So what you're saying is FIGS -- correct me

5    if I'm wrong -- but the -- FIGS' intent on putting    09:27:04

6    out that statement to the public was to show the

7    impact it's having, FIGS, in giving clean scrubs to

8    underresourced countries; is that right?

9        A    The impact that giving a set of clean scrubs

10   could have.                                          09:27:24

11

12           And so the statement that FIGS' antimicrobial

13   fabric reduces hospital-acquired infection by

14   60 percent, was that only made in conjunction with

15   the Threads for Threads program?                     09:27:45

16       A    Yes, it was made as it relates to the Threads

17   for Threads program, and it mainly appeared on the

18   Threads for Threads site.  I think there was one

19   instance -- one other instance that I determined

20   from my research in which this statement appeared on  09:28:10

21   a communication to B2B customers, but the statement

22   was always made in regard to the impact that, you

23   know, clean scrubs have in underresourced

24   environments where FIGS was giving scrubs.

25       Q    And what were the dates that FIGS was making  09:28:36

                                                    Page 348

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    the statement that I just read?  And I'll read it
 2    again:  "FIGS' antimicrobial fabric reduces
 3    hospital-acquired infection rates by 66 percent,"
 4    what are the dates in which FIGS was making that
 5    representation to the public?                      09:29:02
 6        A   From my research, I recall that that
 7    statement appeared on a Threads for Threads site
 8    from part of 2018 through early 2019.
 9        Q   And whose decision was it to make that
10    statement?                                         09:29:28
11        A   From my research I wasn't able to confirm
12    exactly who had the ultimate decision power in
13    making that statement, but from my research, I did
14    develop a better understanding of how decisions
15    about communications were typically made, and it was  09:29:57
16    often a collaboration between our marketing team and
17    Trina and Heather.
18        Q   Okay.
19            So with respect to this statement, how was a
20    decision made?  Who was involved in making          09:30:14
21    that -- making the decision, collaboratively or
22    otherwise, that FIGS' antimicrobial fabric reduces
23    hospital-acquired infection rates by 66 percent?
24        A   I think I just explained from my research, I
25    wasn't able to confirm exactly who the people were   09:30:38
```

Page 349

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    that aligned on this statement, but that typically

2    it was the marketing team and Trina and Heather that

3    aligned on communications that would appear on the

4    site.

5        Q    All right.  So is it your best testimony        09:30:56

6    today under oath that Heather Hasson and Trina

7    Spears were involved in the decision to issue out

8    that statement to the public?

9

10

11          THE DEPONENT:  No.  What I said before, and I

12   will repeat it again, is that I was not able to

13   confirm who exactly aligned on this statement, but

14   that typically communications were a collaboration

15   between marketing and Trina and Heather.             09:31:32

16

17

18

19

20

21

22

23

24

25

Page 350

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24        Q    So you don't know who was involved in the

25     decision-making for the specific statement "FIGS'        09:32:30

                                                    Page 351

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    antimicrobial fabric reduces hospital-acquired

 2    infection rates by 66 percent," do you?

 3

 4

 5

 6        Q   Do you know who specifically was involved?

 7        A   I've answered a few times, but I'll answer

 8    again.

 9            I wasn't able to confirm an exact person

10    that -- or people that align on this particular          09:33:00

11    statement, but that communications were typically

12    aligned on by the marketing team and Trina and

13    Heather.

14

15            And it says -- the statement is "FIGS'           09:33:13

16    antimicrobial fabric."  You said from 2018 to 2019.

17            What antimicrobial agents were you using at

18    the time that that statement was made?

19        A   At that time they were using Silvadur.

20

21

22

23

24

25
```

Page 352

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11          From 2012 to 2019, what product lines did

12    FIGS not use any antimicrobial agent on?

13      A    From 2012 to 2019, products that never had

14    antimicrobial would be our knitwear, our

15    nonperformance knitwear.  So tees that are at least      09:34:51

16    partially a cotton blend were never treated with

17    antimicrobial.  Our -- I'm sorry, with Silvadur

18    specifically?

19          Is that what you are asking about, Silvadur?

20      Q    No.  No.  I said any antimicrobial.          09:35:09

21      A    Any antimicrobial.

22          So nonperformance knitwear; activewear which

23    would be bras and leggings and underwear.

24    Compression socks which would be the traditional

25    kind of high-compression socks, not including our      09:35:37

                                                    Page 353

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    ankle socks.  Our ankle socks do have antimicrobial.

2         Headwear, so hats and headbands were not

3    treated with antimicrobial.  Any sort of bags and

4    accessories were not treated with antimicrobial.  I

5    think that's the majority of the -- the categories          09:36:25

6    that would not be treated with antimicrobial during

7    that period.

8

9

10        So in 2013 what percentage of FIGS products           09:36:31

11   were treated with antimicrobial agents?

12   A    Well, in 2013 FIGS was really just selling

13   scrubs at that time, and FIGS scrubs were

14   antimicrobial, so, you know, 100 percent.

15   Q    And same question for 2014.                           09:36:54

16        What percentage of FIGS products were treated

17   with antimicrobial agents?

18   A    So in 2014 FIGS was, I believe, still just

19   selling scrubs, and their primary scrub wear

20   collection was antimicrobial.  There was -- which          09:37:18

21   represented the -- you know, the vast majority of

22   sales.  There was a small collection that was

23   offered for a few months during the summer of 2014

24   called the California collection, which was

25   100 percent cotton fabrication that was not treated        09:37:39

Page 354

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    with antimicrobial.  And, you know, that would have

 2    been a very small percentage of sales since it was

 3    only sold for a few months during the summer of

 4    2014.

 5       Q   And your answer would be what -- so my        09:37:59

 6    question was what percentage.  I don't need all the

 7    background.  I'm just asking a percentage.

 8       A   I don't have the exact percentage for the

 9    California collection, but I would say the vast

10    majority, so probably 90 percent of what was sold in  09:38:18

11    2014 was antimicrobial scrubs.

12       Q   All right.  So I'm going to make sure I get

13    it because you put a qualifier in it.

14          So is it correct that in 2014, 90 percent of

15    all FIGS products had some antimicrobial agent on     09:38:32

16    it; is that correct?

17       A   FIGS scrubs that were sold during 2014,

18    majority had an antimicrobial treatment.  I was

19    estimating that those scrubs would have represented

20    about 90 percent of FIGS' sales.  The one exception   09:38:51

21    to -- or that -- you know, the other 10 percent

22    roughly would have been comprised of the California

23    collection, which was a 100 percent cotton

24    collection that was not treated with antimicrobial.

25    That was really kind of a limited edition collection  09:39:11
```

Page 355

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1     that was just offered during the summer.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25          Is it correct that 90 percent of all products    09:39:59

                                                    Page 356

SPI Affirmative Designations        FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        that FIGS sold in 2014 had antimicrobial agent?

2

3              THE DEPONENT:  Like I just said before, I

4        estimate that about 90 percent of the products that

5        were sold in 2014 were antimicrobial scrubs.        09:40:13

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                               Page 357

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20          So is it correct that, as you sit here today,     09:42:03

21    90 percent of all products sold by FIGS in 2014 had

22    an antimicrobial agent?

23

24

25

Page 358

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2      A    Based on my research, I recall that FIGS was

3    just selling scrubs during 2014; and, given that the

4    California collection was the only scrub wear that

5    was not treated with antimicrobial that was sold        09:42:32

6    during 2014, I'm estimating that 90 percent of FIGS'

7    scrub wear and, you know, essentially what FIGS sold

8    in totality in 2014, was antimicrobial.

9      Q    Okay.

10         And in 2015, of all the products that FIGS      09:42:50

11   sold, what percentage had an antimicrobial agent?

12

13

14         THE DEPONENT:  So in 2015, FIGS started to

15   introduce additional products that were --            09:43:06

16         MR. MICHELMAN:  Ms. Gago, I'm just -- I'm

17   just going to cut you off.  I don't want the

18   background; I just want a percentage.  Think to

19   yourself.  I don't even need to hear it.  When you

20   are ready to answer, answer.  I don't want to hear    09:43:21

21   your answer other than to the question I'm asking.

22

23

24

25

                                        Page 359

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9      Q    So in 2015, out of all the products that FIGS

10    sold, what percentage were antimicrobial?  When you      09:43:49

11    have a percentage, tell me.  I don't need to hear

12    anything else.

13

14

15         THE DEPONENT:  Based on my research, I            09:44:01

16    believe that about 95 percent of FIGS' products were

17    antimicrobial in 2015.

18

19

20         In 2016, out of all the products that FIGS        09:44:11

21    sold, what percentage had an antimicrobial agent?

22

23

24         THE DEPONENT:  Based on my research, I

25    believe that it was about 93 percent in 2016 that       09:44:30

                                                    Page 360

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    was treated with an antimicrobial.

2    BY MR. MICHELMAN:

3       Q   And in 2017, out of all the products that

4    FIGS sold, what percentage contained an

5    antimicrobial agent?                              09:44:46

6

7          THE DEPONENT:  In 2017, based on my research,

8    I recall that about 90 percent of what FIGS sold had

9    an antimicrobial treatment.

10   BY MR. MICHELMAN:                                 09:45:07

11      Q   In 2018, out of all the products that FIGS

12   sold, what percentage had an antimicrobial agent?

13

14         THE DEPONENT:  Based on my research, I recall

15   that about 90 percent of all products sold in 2018   09:45:21

16   had an antimicrobial treatment.

17   BY MR. MICHELMAN:

18      Q   And in 2019, out of all the products that

19   FIGS sold, what percentage had an antimicrobial

20   agent?                                            09:45:36

21

22         THE DEPONENT:  Based on my research, I recall

23   that about 90 percent of all products that FIGS sold

24   had an antimicrobial treatment.

25   BY MR. MICHELMAN:                                 09:45:51

                                           Page 361

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q    And in 2020, out of all the products that

2   FIGS sold, what percentage had an antimicrobial

3   agent?

4

5          THE DEPONENT:  Based on my research, I recall    09:45:58

6   that about 90 percent of all products sold had an

7   antimicrobial treatment.

8   BY MR. MICHELMAN:

9      Q    Okay.

10         And in 2021, out of all the products that     09:46:07

11  FIGS sold, what percentage had an antimicrobial

12  agent?

13

14         THE DEPONENT:  Based on my research, I recall

15  that about 88 percent of all products that FIGS sold    09:46:17

16  had an antimicrobial treatment.

17  BY MR. MICHELMAN:

18     Q    In 2013, who was the manufacturer of the

19  antimicrobial products applied to FIGS' products?

20     A    In 2013, FIGS was working with agents to      09:46:36

21  produce its scrub wear, which meant that the agent

22  was really responsible for coordinating the

23  production of the fabric, and at that time FIGS was

24  using a generic antimicrobial.

25     Q    What's the name?  What's the name of the      09:47:05

                                              Page 362

1    generic?  I'm just asking for names.

2        A   Well, a generic antimicrobial wouldn't have a

3    brand name.

4        Q   I'm not asking for brand name.  Who -- I'll

5    go another direction.                              09:47:22

6        Who is the manufacturer of this generic

7    antimicrobial product that FIGS applied to

8    100 percent of its products in 2013?

9

10

11       THE DEPONENT:  It was a generic antimicrobial

12   that was applied by the mill that was engaged by our

13   agent.  And based on my research, I did not see the

14   name of the manufacturer of the generic

15   antimicrobial that was used in 2013.              09:48:03

16

17

18

19

20

21

22

23

24

25

Page 363

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15     Q   So you don't have the name of the mills?        09:49:28

16     A   Through my research, I have not been able to

17  confirm the exact names of the mills that Shandong

18  Dashen partnered with in 2013.

19

20         So do you have any documents, anywhere in the    09:49:46

21  vast file rooms of FIGS, wherever you guys keep

22  things, servers, wherever it is, do you have any

23  document -- an invoice, a purchase order, an

24  import-export record -- which, obviously, you can

25  get publicly these days, that can prove that FIGS     09:50:02

                                              Page 364

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

CONFIDENTIAL – ATTORNEYS' EYES ONLY

1    had an antimicrobial agent on 100 percent of its

2    products in 2013?  Any document --

9         Q    Any document you can point me to, Ms. Gago?

10

11        THE DEPONENT:  I don't have a document that

12   provides exactly what you're asking for.  But I have

13   been able to obtain a lot of knowledge through my

14   preparation and investigation that makes me fully

15   confident that FIGS was using an antimicrobial on          09:50:45

16   its scrub wear in 2013.

17        Heather, our co-founder and co-CEO, who --

18   you know, was very involved in the creation of our

19   product worked very closely with dash- -- with our

20   agent to develop the fabric and -- and, you know,          09:51:13

21   actually visited the agent in person and has a very

22   vivid recollection of, you know, seeing the

23   antimicrobial being applied, reviewing test results

24   with Shandong Dashen in person, and, in addition,

25   you know, there are e-mails that we have produced as       09:51:46

Page 365

SPI Affirmative Designations          FIGS' Counter-Designations          FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    part of this discovery that, you know, do show

2    Heather instructing our agents to ensure that the

3    antimicrobial is applied to our fabrications.

4    BY MR. MICHELMAN:

5        Q    Okay.                                      09:52:09

6            So you don't have a single document you can

7    point to me to say, hey, here's the antimicrobial

8    agent that we put on, either by name, by factory,

9    here's a check, nothing.  There's no document that

10   you can point me to; is that right?                 09:52:22

11

12

13           THE DEPONENT:  There's not one document that

14   kind of brings together all of the different pieces

15   of information to, you know, confirm on one piece of  09:52:36

16   paper, but I have done extensive research to confirm

17   that FIGS was using antimicrobial on their product

18   in 2013, like I described to you earlier.

19   BY MR. MICHELMAN:

20       Q    Okay.                                      09:53:03

21           Got it.  You said there are test results that

22   Heather saw.  What tests were conducted in 2013 on

23   these antimicrobial agent that you don't remember

24   and have no documents to give to me?

25

Page 366

SPI Affirmative Designations          FIGS' Counter-Designations          FIGS' Affirmative Designations

```
 1

 2

 3

 4

 5      A   I just want to clarify that by saying that a    09:53:22

 6   treatment is a generic treatment doesn't mean that

 7   the company does not remember.  The company recalls

 8   and the treatment was indeed a generic antimicrobial

 9   that was being used.

10      Q   Believe me.  I get what you guys are doing.    09:53:43

11   I am asking you about test results.

12          What tests were conducted in 2013 that you

13   just testified to that Heather Hasson saw while she

14   was in Vietnam?

15      A   The test that is -- has always been the test    09:53:58

16   that FIGS has relied upon to verify the

17   antimicrobial properties of the fabrication based on

18   my research of FIGS' history, is the AATCC 100.

19

20

21

22

23

24

25
```

Page 367

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1
 2
 3
 4
 5
 6
 7
 8
 9      Q   Do you have a copy of the test?  Just the
10    test.  That's all I'm asking for.  I'm not asking        09:55:04
11    for memories.  I'm not asking about e-mails.  I'm
12    asking about the test.
13      A   I do not --
14
15
16
17
18      A   I do not have a copy of a 2013 test
19    from -- from my research that I can recall.
20
21
22      A   There could be one that I'm not recalling,
23    but I can't recall one from 2013.
24
25
```

Page 368

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1
 2
 3
 4
 5
 6
 7
 8          Is it your testimony that everything, every
 9     test that you have, meaning FIGS, regarding the
10     issues in this case have been fully produced to SPI    09:56:06
11     in this matter?
12          There's nothing been held back?
13
14
15
16
17
18     A   FIGS has done a comprehensive search to
19     ensure that all test results that FIGS has have been
20     provided.                                               09:56:28
21     Q   Okay.
22          And if it hasn't been provided, it's not as
23     if you're holding it back; is that correct?
24     A   FIGS would never hold anything back, and like
25     I said before, FIGS has provided all test            09:56:37
```

                                                    Page 369

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    documentation that we have.

2

3         And so this statement, "FIGS' antimicrobial

4    fabric reduces hospital-acquired infection rates by

5    66 percent" -- I'm still in 2013 -- what infections     09:56:53

6    were you referring to?  Give me the names of the

7    infections because obviously there's a lot of

8    infections.  So I just want to know which infections

9    were you referring to when you made --

10

11

12

13

14

15

16

17

18    A    Well, "hospital-acquired infections" refers

19   to infections that one might be likely to obtain in

20   a hospital environment, and there are certain          09:57:27

21   infections that are known as very commonly acquired

22   infections in hospital settings.  MRSA or staph is

23   one of the most common, and pneumonia is also

24   common, and I believe E. coli is a common

25   hospital-acquired infection.                           09:58:01

                                                   Page 370

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20          So what infections -- is there an infection        09:58:45

21     that is not included in that statement that you can

22     think of?

23

24

25          THE DEPONENT:  This statement is referring to      09:58:55
```

Page 371

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    hospital-acquired infections, and some of the most

 2    common hospital-acquired infections are what I

 3    mentioned before; staph, pneumonia, E. coli, and

 4    FIGS.  You know, FIGS has done testing through the

 5    AATCC 100 to validate that the antimicrobial          09:59:26

 6    properties of our fabric are effective in

 7    neutralizing bacteria that caused those types of

 8    infections.

 9    BY MR. MICHELMAN:

10        Q   The question was, what infections are not     09:59:43

11    included in that statement?

12            Not what is included.  You've told me the

13    three, I got it, E. coli, staph, and pneumonia.

14            What is not included, if anything?

15

16

17            THE DEPONENT:  It's a very vague question

18    that I'm a little confused by, but FIGS was

19    referring to the most common hospital-acquired

20    infections.                                           10:00:15

21    BY MR. MICHELMAN:

22        Q   Okay.

23            Well other than the three you gave me, what

24    are the most common -- most common hospital-acquired

25    infections?                                           10:00:23
```

Page 372

SPI Affirmative Designations        FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A    Those are the three that I am most familiar

 2    with.

 3        Q    I'm not asking what you're most familiar

 4    with.  You're here in a representative capacity.  So

 5    I'm asking you:  As to that statement, what are the     10:00:35

 6    most common hospital-acquired infections to which

 7    you were trying to capture with that statement?

 8

 9

10            THE DEPONENT:  Those are the three most          10:00:46

11    common hospital-acquired infections that the company

12    is familiar with and was referring to in this

13    statement.

14    BY MR. MICHELMAN:

15        Q    So it's just E. coli, staph, and pneumonia is   10:01:00

16    what FIGS meant by when it said "Reduces the rate of

17    hospital-acquired infections by 66 percent."  It was

18    only referencing E. coli, staph, and pneumonia; is

19    that correct?

20

21

22

23        Q    Is that correct?

24        A    Based on my research, those are three of the

25    most common that FIGS was referencing.  There may       10:01:24
```

                                                    Page 373

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    have been others that -- that the team was

2    referencing, that I was not able to -- to discover

3    through my research.

Page 374

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1          So do you have any -- you don't have any

2     tests -- you don't have any tests regarding E. coli,

3     staph, or pneumonia for 2013, do you?

4

5

6          THE DEPONENT:  I have -- through my research,

7     I have not identified any tests that the company has

8     for test results from 2013.  However, like I

9     mentioned before, Heather was very involved in

10    developing our product with our agent at that time      10:03:20

11    and recalls, you know, being with the agent in

12    person, in Asia, viewing the fabric being created,

13    seeing test results, and is confident that

14    antimicrobial was used in the production of scrubs

15    for 2013.                                                10:03:48

16

17

18

19

20

21

22

23

24

25

                                              Page 375

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5      Q   In 2014, what was the name of the          10:18:35

6   antimicrobial product that FIGS applied to

7   90 percent of the products it sold?

8

9

10     Q   I'm sorry, I might have misspoken, so let me   10:18:51

11   do a clear question.

12          In 2014 what was the name of the

13   antimicrobial product that FIGS applied?

14     A   That FIGS applied to what?

15     Q   To 90 percent of its products.          10:19:08

16

17

18          THE DEPONENT:   FIGS was using a generic

19   antimicrobial in 2014.

20   BY MR. MICHELMAN:                              10:19:21

21     Q   And do you know who the manufacturer of that

22   generic antimicrobial was?

23     A   No.   Just like for 2013, our agent Shandong

24   Dashen was coordinating that and, given that it was

25   a generic antimicrobial applied by the mill, I have   10:19:39

                                              Page 376

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1     not been able to confirm the manufacturer of the

 2     antimicrobial.

 3         Q   Okay.

 4             And do you have any documents that you can

 5     point me to that would substantiate this claim that    10:19:55

 6     FIGS actually used an antimicrobial agent in 2014?

 7         A   I can't recall a specific document for the

 8     year of 2014, but like I said, before 2013, Heather

 9     was extremely involved in the development and

10     creation of our product with our agent, and it --      10:20:28

11     was able to confirm that there was indeed

12     antimicrobial that was applied.

13             I think it's also, you know, important to

14     remember that 2012, 2014 -- this is eight to ten

15     years ago, and just because FIGS didn't retain a       10:20:50

16     document from the very earliest days of our business

17     doesn't mean that it didn't exist.  We are fully

18     confident that antimicrobial was applied to FIGS

19     scrubs in 2014, based on all of the confirmations

20     that Heather has shared with me through our            10:21:16

21     conversations.

22         Q   Okay.

23             So you have no documents.

24             Did you -- do you have any tests for 2014

25     that substantiates the efficacy of this alleged        10:21:25
```

Page 377

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    generic antimicrobial agent that was applied to FIGS

 2    products?

 3        A    From my research I can't recall a specific

 4    test that FIGS has that was conducted in 2014.

 5            But like I said before, just because FIGS        10:21:52

 6    does not have a record from 2014 does not mean that

 7    it didn't exist then.  We were a young company.  You

 8    know, Heather, our CEO was extremely involved in

 9    creating the -- the product and, you know, was

10    working hand in hand with the agent to ensure that     10:22:22

11    the antimicrobial was applied and that the fabric

12    was created according to our specifications.

13        Q    In 2015, what antimicrobial agent did FIGS

14    allegedly use for its products?

15        A    In 2015 FIGS was still using generic with      10:22:42

16    some of its production but began doing testing with

17    Silvadur in 2015 and made the transition to Silvadur

18    in 2016.

19        Q    Okay.

20            So 2015, do you know the name of this alleged   10:23:08

21    generic antimicrobial agent that FIGS used?

22        A    No.  Given that it's a generic, it wouldn't

23    have a specific name.  It was, in 2015, being

24    coordinated by our agent, Dongnam, who was

25    overseeing the development and production and         10:23:31
```

Page 378

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    testing of our fabric.

 2        Q   Okay.

 3            But you have nothing to point me to so I can

 4    somehow validate for either '13, '14, or '15 that

 5    this generic antimicrobial was actually used, other    10:23:46

 6    than what Heather tells you; is that right?

 7        A   No, in --

 8

 9

10

11        Q   Is that right?

12        A   In 2015, there are e-mails that have been

13    provided as part of our production that do show

14    Heather, you know, instructing to apply the generic

15    antimicrobial.                                          10:24:12

16        Q   Okay.

17            So what's the name of the company or the mill

18    that applied it?

19

20

21            THE DEPONENT:   I can't recall in this

22    specific e-mail who the parties are, but I know at

23    that time that Dongnam was our agent and that he was

24    working with multiple mills at that time to create

25    and produce and test our fabric, which at that time    10:24:45
```

Page 379

SPI Affirmative Designations          FIGS' Counter-Designations          FIGS' Affirmative Designations

CONFIDENTIAL ATTORNEYS' EYES ONLY

```
 1   we had two different fabrics that were being created

 2   and treated with antimicrobial, and I know that

 3   two -- from my research, I know that two of the

 4   mills that he was working with during the 2015 and

 5   2016 period are Hyosang and Huafang.            10:25:14

 6   BY MR. MICHELMAN:

 7       Q   Okay.

 8           And it's your testimony today under oath,

 9   under penalty of perjury, that both those mills

10   applied a generic antimicrobial agent to FIGS'      10:25:28

11   products in 2015; is that your testimony?

12       A   Yes.

13       Q   Okay.

14           And did you do any -- did FIGS do any tests

15   in 2015 regarding the efficacy of this generic      10:25:39

16   antimicrobial agent?

17       A   I'm trying to recall from my research if

18   I -- there may have been a test report from 2015.

19   I -- I can't recall exactly.  But I know in 2016 is

20   really when we changed our production structure and   10:26:04

21   we developed a direct relationship with our mill,

22   which we selected Huafang as our mill in 2016, and

23   as part of that direct relationship with Huafang,

24   FIGS, you know, became much more involved in the --

25   you know, all of the standards and the testing that   10:26:35
```

Page 380

SPI Affirmative Designations          FIGS' Counter-Designations          FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    was being conducted and evolved to having more

2    regular testing under the AATCC 100 method that I

3    described previously.

4        Q   In 2016, what antimicrobial agents did FIGS

5    allegedly apply to 93 percent of its products?      10:26:57

6        A   In 2016, FIGS started using Rudolf -- I'm

7    sorry -- started using Silvadur for our scrub wear.

8    And from my research, I recall that the name of

9    antimicrobial that was used for our lab coats was

10   Rudolf.                                              10:27:29

11       Q   When in 2016 did FIGS start using Silvadur?

12       A   I believe it was in early 2016.  I can't

13   recall the exact date from my research.  I believe

14   it was early 2016.

15       Q   January?  February?  March?  Can you give me  10:27:55

16   any estimate?

17       A   Early 2016.

18       Q   Well, what is early to you?  First quarter?

19   Second quarter?

20       A   First quarter.                               10:28:05

21       Q   Okay.

22           And so prior to that, is it your testimony

23   that FIGS was using this generic antimicrobial?

24       A   Yes, FIGS was using the generic antimicrobial

25   prior to that.                                       10:28:17

                                          Page 381

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        Q    Okay.

 2        A    It's important to just remember, though, that

 3   back at that time FIGS wasn't in constant

 4   production.  And given that, you know, the company

 5   was so small, they weren't constantly producing      10:28:32

 6   and -- and delivering.

 7            There was constant development going on,

 8   Heather spent a lot of time really developing and --

 9   and perfecting our -- our fabric, particularly the

10   technical collection, which was launched in 2015.  I  10:28:48

11   just wanted to note that at the time period we

12   weren't in constant production.

13

14

15

16

17

18        Q    In 2017, what was the antimicrobial agent

19   that FIGS was using?

20        A    In 2017, FIGS used Silvadur for our scrub    10:29:08

21   wear.

22        Q    Okay.

23            How about 2018?

24        A    In 2018, FIGS used Silvadur as the

25   antimicrobial for our scrub wear.                      10:29:22
```

                                                    Page 382

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        Q    And for 2019, what agent or antimicrobial
 2    agent did FIGS use?
 3        A    In 2019, FIGS used Silvadur as the
 4    antimicrobial for our scrub wear.
 5        Q    How about in 2020?                          10:29:37
 6        A    In 2020, FIGS used Silvadur as the
 7    antimicrobial for our scrub wear.
 8        Q    How about 2021?
 9        A    In 2021, FIGS used Silvadur as the
10    antimicrobial for our scrub wear.                    10:29:52
11        Q    Okay.
12             So FIGS's statement that its antimicrobial
13    technology kills bacteria and infection immediately
14    on contact, what bacterias were FIGS referring to?
15        A    I'm not sure of the exact statement that    10:30:24
16    you're referring to.  Can you provide a little bit
17    more context on where the statement appeared?
18        Q    Well, are you saying that FIGS never made
19    that statement, quote:  "Kills bacteria and
20    infection immediately on contact"?                   10:30:41
21        A    That's not what I said.  I said I'm not sure
22    of the exact context that you're referring to.  If
23    you could provide more information on where you saw
24    this.
25        Q    Ms. Gago, I'm not going to.  I'm asking you: 10:30:52
```

                                          Page 383

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    Did FIGS make the statement, quote:  "Kills bacteria

2    and infection immediately on contact," end quote?

3        A    I can't recall if FIGS made that exact

4    statement verbatim as you have said it.

5            There was reference at one point on our         10:31:13

6    hangtags to "bacteria being killed on contact" on

7    our -- our scrub wear -- or any product that were

8    treated with the antimicrobial.

9        Q    Do you contest that FIGS made the statement,

10   quote:  "Kills bacteria and infection immediately on    10:31:33

11   contact," end quote?

12

13

14           THE DEPONENT:  There was a time when FIGS

15   included a statement on its hangtags that had          10:31:48

16   language about antimicrobial killing bacteria on

17   contact.

18           I can't recall if it's verbatim as you have

19   said it, but there was a time when we had the

20   language that I have described on our hangtags.        10:32:11

21   BY MR. MICHELMAN:

22       Q    Okay.

23           What was the date range that you -- that FIGS

24   made that statement to the public?

25       A    Prior to early 2019, that was a statement     10:32:21

                                                   Page 384

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    that appeared on FIGS' hangtags.

2        Q   Since 2013?  So 2013 to 2019?

3        A   I'm trying to recall from my research exactly

4    when it first appeared on FIGS' hangtags.  It may

5    have been 2015 or 2016 when that language was first    10:32:59

6    introduced.

7        Q   Okay.

8            So what bacteria was FIGS' antimicrobial

9    technology killing?

10       A   FIGS' antimicrobial Silvadur reduces -- or    10:33:09

11   neutralizes bacteria such as staph and pneumonia on

12   contact.

13       Q   Is that it?  Is that the exhaustive list of

14   what bacteria FIGS was saying its antimicrobial

15   technology kills on contact, just those two?    10:33:36

16

17

18

19

20

21

22

23

24

25           I'm going to go narrow and I'll go backwards    10:33:52

                                                    Page 385

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    because you obviously qualified it by Silvadur,

 2    which was not my question, so I'll just play with it

 3    and see where it goes.

 4         So you said from 2015 to 2019, you were using

 5    Silvadur and Silvadur is what kills bacteria on      10:34:05

 6    contact.  And the bacteria you referenced was staph

 7    and pneumonia; is that correct?

 8      A   Yes.  Those are two bacteria that Silvadur is

 9    proven to neutralize on contact.

10      Q   Okay.                                           10:34:27

11         And so is that -- those are the only two

12    bacterias that FIGS was referencing when it says it

13    kills on contact, bacteria on contact?

14      A   I think FIGS was speaking to bacteria in a

15    broad sense.  I think I think there are other        10:34:45

16    bacteria that, you know, are reduced by

17    antimicrobial treatments and by Silvadur

18    specifically.

19         I am just having trouble recalling the exact

20    names of the different types of bacteria.  I know    10:35:08

21    one other that I mentioned earlier is E. coli.  It

22    was our -- three of the most common infections that

23    can be caused by bacteria.  But, like I said before,

24    I'm not an expert on the exact scientific names.

25      Q   Okay.                                           10:35:35
```

SPI Affirmative Designations          FIGS' Counter-Designations          FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      So -- so you're saying it's staph, E. coli,

2    and pneumonia.  Those are the three bacterias that

3    you were trying -- FIGS was trying to tell the

4    public its antimicrobial technology kills on

5    contact; is that correct?                        10:35:52

6

7

8

9

10      A    Staph, pneumonia, and E. coli are the     10:35:55

11    infections that can be caused by this commonly

12    occurring bacteria.

13      Q    Okay.

14         Well, what other bacterias are there that you

15    were trying to represent to the public, "If you wear   10:36:09

16    our scrubs, it will kill it on contact immediately"?

17

18

19         THE DEPONENT:  FIGS was referring to bacteria

20    in a broader sense that can cause these most common    10:36:27

21    hospital-acquired infections.

22    BY MR. MICHELMAN:

23      Q    Well, I'm asking you what bacteria are you

24    referring to.  I'm not asking about this vague

25    concept.                                          10:36:39

Page 387

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

4        So what bacteria are you referring to when

5    you say "it kills" -- "it kills bacteria immediately   10:36:48

6    on contact."

7        What bacteria are you referring to?

8    A   Bacteria that cause staph, pneumonia,

9    E. coli, and other types of commonly acquired

10   infections in hospital settings.                    10:37:06

11   Q   Okay.

25       My question was the statement is          10:37:49

                                              Page 388

SPI Affirmative Designations      FIGS' Counter-Designations     FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    "kills bacteria infection immediately on contact."

2    You testified that refers to staph, pneumonia, and

3    E. coli.

4         Why didn't you tell the public that it was

5    limited to just three infections?                    10:38:01

6

7

8

9

10

11   A    I didn't state that it was limited to just

12   three infections.  I stated that those are the

13   infections that I'm able to recall from my research.

14   Q    Okay.

15        So is it unlimited?  It kills every bacteria    10:38:23

16   known to man?

17   A    No.  FIGS never made that claim.

18   Q    Okay.

19        So what bacteria doesn't -- what bacteria

20   wouldn't be killed by FIGS' antimicrobial            10:38:36

21   technology?

22

23

24        THE DEPONENT:  FIGS' testing included

25   bacteria that caused the most common                 10:38:54

                                                          Page 389

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    hospital-acquired infections.

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20        "QUESTION:  What bacteria wouldn't        10:38:35

21    be killed by FIGS' antimicrobial

22    technology?")

23        MR. MICHELMAN:  That's correct.  That's the

24    question I want.

25        THE DEPONENT:  There is, I'm sure, a lot of    10:39:45

                                          Page 390

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    bacteria names that I'm not able to recall or even
 2    pronounce because I am not an expert on bacteria.
 3    FIGS testing was specifically focused around the
 4    bacteria that caused the most common
 5    hospital-acquired infections like staph, pneumonia,    10:40:13
 6    and E. coli which, you know, are widely recognized
 7    as the most common hospital-acquired infections.
 8
 9
10         So since you're not an expert in bacteria,      10:40:28
11    are you telling me that to understand "kills
12    bacteria and infection immediately on contact," you
13    have to be an expert?
14
15         THE DEPONENT:  No, I don't think one needs to   10:40:40
16    be an expert to understand that.
17
18
19         So if you don't have to be an expert and you
20    just testified you're not an expert, what bacteria   10:40:51
21    is killed immediately on contact with FIGS'
22    antimicrobial technology?
23      A   Commonly occurring bacteria in hospital
24    environments that are known to cause infections,
25    such as staph, pneumonia, and E. coli.              10:41:13
```

                                                Page 391

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22        Q    Okay.

23             Fine.

24             You said this is Silvadur, but Silvadur

25        didn't start till early '16, and we were talking '15    10:42:26

Page 392

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      to '19.  So is your testimony the same with the
 2      generic products, that you can't recall who the
 3      manufacturer is?
 4           A    Antimicrobial is generally recognized as
 5      reducing those types of bacteria -- or neutralizing    10:42:45
 6      is a better way to explain it.
 7           Q    So you are saying every antimicrobial
 8      property is exactly the same, has the same output?
 9      So there's no difference between the generic and
10      Silvadur?                                               10:42:58
11           Is that what you are saying?
12
13
14           THE DEPONENT:  There could be differences
15      in -- in terms of the, you know, mechanism of, you     10:43:07
16      know, how exactly it works, the technology behind
17      it, exactly how it's applied, but the functionality
18      of antimicrobial technology is the same which is to
19      neutralize the microbes, you know, that -- that are
20      bacteria.                                               10:43:40
21
22
23
24
25
```

Page 393

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1          What are -- is there any difference between

 2     the generic product between 2012 and early 2016 in

 3     Silvadur?  Any differences?

 4      A   They are both antimicrobials.  Silvadur is a

 5     branded antimicrobial.                        10:44:07

 6      Q   Are there any differences other than just

 7     calling it generic and Silvadur?

 8          What are the differences between the two?

 9

10

11          THE DEPONENT:  In my research I was not able

12     to identify technical differences between the

13     generic antimicrobials that FIGS used and Silvadur.

14     BY MR. MICHELMAN:

15      Q   So why did you change?                    10:44:39

16      A   We had the opportunity to learn more about

17     Silvadur and about how well-respected it was, and

18     really wanted to, as we continued to grow the brand,

19     you know, have a brand name that we could rely on

20     were our antimicrobial.                        10:45:15

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

SPI Affirmative Designations          FIGS' Counter-Designations          FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    Silvadur had a brand name and was generally known?
 2        A   Well, for FIGS, internally we wanted to be
 3    able to have that as our standard, so that we could
 4    use it as we continued to grow and diversify our
 5    production strategy, so that as we had multiple      10:45:47
 6    mills, you know, we could ensure that they were all
 7    using Silvadur and that we could have a brand
 8    standard that we were relying on internally for our
 9    antimicrobial.
10        Q   Okay.                                        10:46:01
11            So is the generic not -- you couldn't rely on
12    the generic?
13        A   Not that we couldn't rely on it.  We -- you
14    know, there are a lot of antimicrobials and other
15    treatments that are generic that are, you know,      10:46:21
16    really excellent products, and, you know, at the end
17    of the day, it's -- it's a treatment.  Right?
18    It's -- it's chemistry.  So just as you would think
19    about, you know, let's take Advil --
20        Q   Ms. Gago, I'm going to cut you off.  I'm     10:46:40
21    withdrawing the question.  I don't care.  This is
22
23            FIGS claims that certain of its scrubs had
24    liquid repellent qualities.
25            Which scrubs had liquid repellent qualities?  10:46:56
```

Page 395

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A    So all of -- with the exception of the
 2   California collection that I described earlier that
 3   was 100 percent cotton, all of FIGS scrubs have had
 4   a very high poly -- poly content, and polyester is
 5   naturally hydrophobic.  And in addition to that,        10:47:26
 6   our -- our weave for our fabric is a 12 weave.  It's
 7   a -- we have a corespun polyester wrapped around
 8   spandex that is a two-under, one-over weave that
 9   makes the weave extremely tight.  And so the tight
10   weave combined with the naturally water-repellent       10:48:02
11   properties of FIGS' scrub -- of FIGS' fabric, our
12   high-polyester content fabric makes our scrubs have
13   some inherent fluid-repellent properties.
14        And there were several years based on my
15   research where FIGS, in addition to that, did use a     10:48:31
16   fluid-resistant treatment even on top of these
17   inherently fluid-resistant properties that our
18   fabric has, and that treatment was called spill
19   resist, and that was used for several years on
20   our -- our technical collection.  And I believe the     10:49:02
21   years for that were 2015 to 2017.
22
23        So before 2015, did FIGS apply anything on
24   its scrubs to make it liquid repellent?
25        A    Before 2015 FIGS was not applying an          10:49:19
```

Page 396

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    additional liquid repellent treatment beyond the

 2    kind of naturally fluid-resistant properties that

 3    our fabric had as a result of its content and

 4    construction.

 5        Q   Okay.                                  10:49:52

 6            Perfect.  And --

 7        A   And --

 8        Q   No, I'm done.

 9            Let me ask you --

10        A   I didn't finish answering.            10:50:01

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 397

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3      Q    Okay.

 4           When did FIGS stop making the one-to-one

 5   claim?                                              10:51:13

 6

 7

 8           THE DEPONENT:  FIGS stopped making -- FIGS'

 9   program for one-for-one was stopped in late 2017.

10   BY MR. MICHELMAN:                                   10:51:32

11      Q    Okay.

12           And why did it stop making the one-to-one

13   claim?

14      A    In 2017, in late 2017, FIGS felt the need to

15   evolve the Threads for Threads program to ensure    10:51:47

16   that the company was able to have the greatest

17   impact possible on global healthcare communities and

18   global healthcare professionals.  Up until then,

19   FIGS had been giving scrubs and supporting mission

20   trips with funding but really wanted to have the    10:52:15

21   greatest impact that the company could have and

22   wanted to do it in a more holistic way.

23           So while Threads for Threads has continued to

24   include significant scrub donations in 2018 and

25   beyond, the program has now evolved to be much more  10:52:39
```

Page 399

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1     than that and includes actual FIGS team member and

 2     FIGS healthcare community participation in -- in

 3     medical trips.  It includes FIGS supporting the

 4     construction of hospitals in Kenya.  It includes

 5     grants for healthcare professionals to go obtain the    10:53:11

 6     education that they need to pursue this dream

 7     healthcare career that they have, and it has enabled

 8     FIGS to deepen our relationships with the global

 9     healthcare community and support healthcare

10     professionals in so many different ways in addition    10:53:35

11     to getting scrubs.

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Veritext Legal Solutions
866 299-5127

SPI Affirmative Designations        FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4      Q    In 2012, how many sets of scrubs did FIGS

5    donate?                                          10:56:18

6      A    I can't recall an exact number for 2012.

7      Q    Give me a range -- a range.

8      A    But I do know -- I can't recall an exact

9    number for 2014 -- or 2012.  I'm sorry.

10     Q    Give me an estimate, please.              10:56:40

11     A    I -- I can't recall an exact number for 2012.

12     Q    I'm just asking for an estimate.  I'm not

13   asking for an exact number.

14          It's okay if you don't have an estimate.

15   Just tell me you don't have an estimate.         10:57:01

16     A    I don't have an estimate.

17     Q    All right.

18          2013.  Can you tell me how many scrubs FIGS

19   allegedly donated as part of their Threads for

20   Threads program?                                 10:57:13

21     A    I don't have an exact number for 2013.

22     Q    Estimate.  Can you give me an estimate?

23     A    I don't have an estimate.

24     Q    How about 2014, can you give me the number of

25   scrubs FIGS allegedly donated as part of its Threads  10:57:34

                                            Page 402

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    for Threads program?
2        A   I don't have an estimate for 2013.
3        Q   How about for 2015?
4        A   I don't have an estimate for 2015.
5        Q   How about 2016?                        10:57:54
6        A   I don't have an exact estimate for 2016.
7        Q   You said "exact."  Do you have any estimate?
8        A   Not -- not for 2016 specifically.
9        Q   How about 2017, up until the point that you
10   changed the Threads for Threads program?        10:58:17
11       A   Based on my research, I estimate that from
12   FIGS' -- from the beginning of the Threads for
13   Threads program through the end of the one-for-one
14   program, that FIGS donated more than 400,000 sets of
15   scrubs.                                          10:58:51
16
17
18
19       Q   My question was in 2017 up until the time you
20   changed the Threads for Threads program, as you    10:58:56
21   previously testified, just '17, do you have a
22   number?
23       A   I don't have an estimate.
24
25
```

Page 403

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3          (Exhibit 2 was marked for

4          identification by the court reporter

5          and is attached hereto.)                    10:59:32

6

7     Q    And while it's being pulled up, Ms. Gago,

8  from 2012 to 2017 -- is when the program changed --

9  one-to-one means for every scrub bought, FIGS

10 donated one to someone or someplace; is that right?   10:59:42

11    A    To healthcare professionals in need.

12    Q    Is the answer yes, though?

13    A    The answer is that FIGS donated one -- more

14 than one scrub for every scrub that was purchased to

15 healthcare professionals in need.  It wasn't just to   11:00:05

16 anyone or any one -- anyplace.

17    Q    Okay.

18         I just want to make sure I got it.  So 2012

19 up until the time you -- FIGS changed its one-to-one

20 program in 2017, FIGS gave more than one to one.  So   11:00:18

21 it was somebody bought one and FIGS gave more than

22 one away; is that correct?

23    A    Yes.

24    Q    Okay.  Thanks.

25         Have you seen this document before?           11:00:31

                                                  Page 404

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1       A    Yes, I have.

 2            MR. MICHELMAN:   Can you blow it up, Adam.

 3    BY MR. MICHELMAN:

 4       Q    Who -- who put it together?

 5       A    I worked with our counsel to prepare this.    11:00:38

 6       Q    So was it you and your lawyers?

 7       A    To prepare this specific document; but there

 8    was a lot of additional work that went into

 9    preparing and -- and collecting the information that

10    comprises this document.                              11:01:07

11       Q    All right.  It was just you from FIGS and

12    your lawyers; is that correct?

13

14

15

16

17       A    That worked specifically on preparing this

18    document.  But like I said, there was a lot of

19    additional work that went into researching and

20    collecting all of the information that comprises      11:01:29

21    this document.

22       Q    Okay.

23            No, that's -- I mean, it's like you're

24    reading right into it.

25            What are the documents that you used to       11:01:35
```

Page 405

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    create Exhibit 2?

19       Q    So my question is what are the source

20   documents that you used to create Exhibit 2?        11:02:28

21       A    To create Exhibit 2, I'm -- I spent a lot of

22   time speaking with Trina and with Heather and --

23       Q    Ms. Gago -- Ms. Gago, my question was

24   documents, not conversations.  Please focus on

25   "documents."                                         11:02:48

                                                Page 406

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                What are the source documents you used to
 2       create Exhibit 2?
 3           A    To create the exhibit, there were many, many
 4       different pieces of information that I reviewed to
 5       aggregate FIGS' giving over the years.  There, you      11:03:12
 6       know, were many different pieces of information
 7       because there was not one central tracking system
 8       for FIGS' donations over the years because of the
 9       way that the program was, you know, really operated
10       and the way that all employees were encouraged to      11:03:36
11       participate and give.
12                And so giving was, you know, taking place in
13       many different forms, you know, from many different
14       locations to many different organizations, and --
15       but, you know, there wasn't one person or one source   11:03:57
16       where all of this was tracked.  So in order to
17       collect and -- and aggregate this information, I
18       reviewed, you know, some documents that were related
19       to, you know -- shipments that were related to
20       communications with donation partners that were        11:04:27
21       about specific trips that FIGS' team members
22       participated in.  And a lot of it was not through
23       documents.  A lot of it was through team members'
24       recollection because, like I said before, a lot of
25       the giving was not -- you know, it was not fully        11:04:49
```

                                                      Page 407

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    documented because it did take place.  And, you

2    know, in the early years of FIGS where the company

3    was growing very quickly and had limited resources

4    in terms of team members and in terms of systems for

5    tracking all of this and the company was growing        11:05:10

6    quickly and partners were changing, systems were

7    changing, team members were changing.  And so this

8    document here, you know, represents our -- our best

9    estimate of the donations that had been made up to

10   this point in time and, you know, is -- it's a         11:05:32

11   compilation of, you know, many different documents

12   and conversations and, you know, recollections that,

13   you know, have all come together to -- to form this.

14       Q    -- list me the documents.

15           COURT REPORTER:  I'm sorry.  Can you repeat     11:05:52

16   that?

17           MR. MICHELMAN:  Sure.

18   BY MR. MICHELMAN:

19       Q    Give me a list of documents that you used to

20   compile Exhibit 2.                                     11:06:04

21

22

23

24

25

                                              Page  408

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7

 8

 9        Q   Give me a list of documents that you relied

10    on to create Exhibit 2.                            11:06:26

11

12

13

14

15

16

17        A   Well, like I said before, I reviewed a number

18    of different shipping documents, system records from

19    all different warehouse management systems, e-mails

20    from employees that were involved in different        11:06:57

21    giving trips, different -- all different sorts of

22    tracking that had been done over time.  And as we,

23    you know, got further along in our growth and were

24    able to, you know, really put in place systems like

25    an ERP where we were able to track that, I was able   11:07:23
```

Page 409

SPI Affirmative Designations          FIGS' Counter-Designations          FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    to rely on you know, information from there for the

2    later years.  But it was, you know, many different

3    documents and many different conversations, and, you

4    know, donation acceptance, acknowledgment letters,

5    you know, system records from different systems and        11:07:56

6    e-mails that really all came together to, you know,

7    provide information for this document.

8        Q   Does this -- what time period does this

9    document cover?

10       A   This document is from the inception of          11:08:13

11   Threads for Threads through the time that this was

12   produced which I recall from my research being about

13   mid-2020.

14       Q   Okay.

15           And you mentioned five categories, shipment       11:08:34

16   documents, system management, e-mails, ERP, and

17   letters.

18

19

20

21

22

23

24

25

Page  410

SPI Affirmative Designations          FIGS' Counter-Designations          FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9      Q   Ms. Gago, with respect to Exhibit 2, which is

10   the list or the tally of alleged donations FIGS          11:28:06

11   gave, the 610,000, approximately how many documents

12   did you review when you prepared it?  I'm looking

13   for a number, 10, 15, a billion, whatever the number

14   is.

15      A   I can't recall any -- can you hear me?          11:28:24

16      Q   Yeah.  You broke up.  What was that again?

17      A   Sorry.  I can't recall the exact number, but

18   I would say definitely in the hundreds of documents.

19      Q   Okay.

20         Are those documents readily available today?   11:28:47

21

22

23         THE DEPONENT:  Any documents that are in

24   FIGS' possession that were used for the creation of

25   this summary would be available today.            11:29:02

                                          Page  414

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4          Is it true that between May of 2019 and March

 5    of 2019, FIGS' antimicrobial fabric reduced              11:29:20

 6    hospital-acquired infection rates by 66 percent?

 7       A   Can you clarify the question for me?  It

 8    sounds like you're asking me to determine the

 9    outcome in a -- you know, in the setting during that

10    time period for anyone that wore FIGS scrubs, but      11:29:45

11    isn't -- that isn't necessarily something that --

12    you know, we weren't tracking the results of each of

13    our customers.

14          Maybe can you clarify it a little bit more.

15       Q   Sure.                                             11:30:03

16          Between May 2018 and March 2019, is it true

17    that FIGS' antimicrobial fabric reduced

18    hospital-acquired infection rates by 66 percent?

19       A   Well, FIGS fabric that was treated with

20    antimicrobials was proven to reduce the bacteria      11:30:26

21    that caused some of the most commonly occurring

22    hospital-acquired infections by more than 66 percent

23    actually.  Actually, our -- our test results showed

24    a 99 percent reduction of the bacteria.

25          MR. MICHELMAN:  Melissa, if you can read back   11:30:50
```

                                          Page 415

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1     the question, please.

2          It's a yes-or-no question.

3          (Record was read back by the court

4          reporter as follows:

5             "QUESTION:  Between May 2018 and          11:30:04

6          March 2019, is it true that FIGS'

7          antimicrobial fabric reduced

8          hospital-acquired infection rates by

9          66 percent?)"

10         THE DEPONENT:  It's true that FIGS fabric had    11:31:18

11    the capabilities to reduce or to neutralize the

12    bacteria that causes hospital-acquired infections,

13    and our test results show that the reduction of

14    bacteria, you know, was more than 99 percent,

15    actually.                                          11:31:44

16         But, you know, FIGS isn't -- that would --

17    the way that you're asking the question makes it

18    seem like you're asking if we kind of tracked the

19    environments in which each of our healthcare

20    professionals wore the scrubs and the exact outcomes   11:32:06

21    that each person had and what they were exposed to,

22    which is something that, you know, based on my

23    research, you know, I -- that's not something that

24    FIGS can comment on.

25         But what, you know, FIGS' position was was     11:32:29

Page 416

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1     that our antimicrobial fabric did -- was effective

 2     at reducing bacteria that came in contact with the

 3     fabric by 99 percent.

 4     BY MR. MICHELMAN:

 5        Q   I'm going to ask the question again.  I want    11:32:48

 6     you to listen because you're modifying the question

 7     by your answer.

 8            Is it -- between May 2018 and March of

 9     2019 -- do you have that timeframe in mind?

10        A   Yes.                                             11:33:01

11        Q   Is it true that FIGS' antimicrobial fabric

12     reduced hospital-acquired infection rates by

13     66 percent.

14            Do you understand the question?

15        A   No, I think the question is being worded a      11:33:24

16     bit confusingly.  That's why I've tried to answer it

17     the best that I can in my prior responses.

18        Q   What's confusing about it?  Because I want to

19     help you.  What is confusing about that question?

20     Like, what -- what words are confusing you?           11:33:36

21            FIGS' antimicrobial fabric reduced

22     hospital-acquired infection rates by 66 percent.

23            What's confusing?

24        A   The way that it's --  excuse me -- being said

25     in the past tense is a bit confusing for me.          11:33:50
```

                                                        Page 417

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1       Q   Well, because I was giving you a date in the

 2   past, but I can change it to the present if it makes

 3   it easier for you.

 4           So is it true that FIGS' antimicrobial fabric

 5   reduces hospital-acquired infection rates by          11:34:05

 6   66 percent?

 7       A   FIGS' antimicrobial fabric treatments have

 8   been proven to reduce the bacteria that causes

 9   hospital-acquired infections by more than

10   66 percent.  Our test results showed 99 percent       11:34:23

11   reduction of the most commonly occurring bacteria in

12   hospital settings that do cause infections.

13       Q   Okay.

14           MR. MICHELMAN:  Melissa, if you could mark.

15   BY MR. MICHELMAN:                                      11:34:37

16       Q   I'm going to just give it one more shot.

17           It's a yes-or-no question.

18           Between May 2018 and March of 2019, is it

19   true that FIGS' antimicrobial fabric reduces

20   hospital-acquired infection rates by 66 percent?      11:34:50

21           It's a yes-or-no question.

22       A   Like I said before, I don't think I can

23   answer it in the past tense.  I think you're trying

24   to imply something that I can't answer by using the

25   past tense.  But what I can tell you is that FIGS     11:35:09
```

                                                Page  418

SPI Affirmative Designations          FIGS' Counter-Designations     FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    scrubs during the time period that you specified

2    were treated with Silvadur antimicrobial which has

3    been proven to reduce the bacteria causes

4    hospital-acquired infections by 99 percent.

5        Q    All right.  So now this is going to be my          11:35:35

6    last time because I didn't use the past tense, so

7    maybe because it's over Zoom, it sounded that way.

8            So I'll ask it one more time.

9            Between May of 2018 --

10           MR. KREILKAMP:  May of 2018 and March of           11:35:46

11   2019.

12           THE DEPONENT:  Yeah.

13   BY MR. MICHELMAN:

14       Q    May of 2018 and March of -- oh, is that

15   confusing you, because I'm picking that time period?    11:35:53

16       A    The way that you're wording it is and using

17   the past tense is confusing.

18       Q    When you say "past tense," are you saying

19   because you don't recall between May of 2018 and

20   March of 2019 whether or not that statement was          11:36:08

21   true?

22       A    No.  As I explained before, your use of the

23   past tense seems to imply to me that you're trying

24   to ask about a scenario in which -- if FIGS tracked

25   the, kind of, the environments of every single one      11:36:36

                                                     Page 419

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    of its scrubs users, which is -- it's very confusing

 2    to me the way that you're asking.

 3        Q    FIGS never tracked its users, like you said,

 4    to see if in fact 66 percent of hospital-acquired

 5    infection rates were reduced as a result of somebody   11:36:54

 6    wearing FIGS scrubs; is that correct?

 7        A    Well, FIGS does fabric testing, like I have

 8    explained a number of times, on -- on the bacteria

 9    that is known for causing hospital-acquired

10    infections.  And --                                    11:37:12

11        Q    My question, Ms. Gago, was track.

12             Did you track the users -- not what you did

13    up front, what you did on the back end.

14             Did FIGS track the users to see if

15    scrubs -- FIGS scrubs reduced hospital-acquired         11:37:29

16    infections by 66 percent?

17        A    Within our Threads for Threads program, there

18    were -- there was an instance where we did have

19    certain donation recipients that were receiving FIGS

20    scrubs that, you know, did not previously have          11:37:45

21    scrubs or the healthcare professionals in that

22    environment and they did provide feedback on how

23    helpful the scrubs were in, you know, promoting a

24    cleaner, safer environment.  But that is -- I would

25    say that is, you know, really the extent of the         11:38:13
```

Page 420

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    tracking.  There would be no way for us to track
 2    every single customer's, you know, experiences with
 3    the product and the environments in which they
 4    are -- you know, and conditions under which
 5    the -- the product is -- is being worn.          11:38:37
 6       Q   Okay.  Thank you.
 7            I'm going to do this one really slowly.
 8            I don't care what time period you use.  Is it
 9    true that FIGS' antimicrobial fabric reduces
10    hospital-acquired infection rates by 66 percent?   11:39:00
11       A   The company's position is that FIGS'
12    antimicrobial fabric reduces the bacteria that
13    causes the most commonly acquired hospital
14    infections by more than 66 percent, and our test
15    results indicate that for the most common bacteria  11:39:18
16    the reduction is actually 99 percent.
17       Q   Okay.
18            So is there any reason you can't -- you can't
19    say -- answer it a yes or a no?  Is there something
20    confusing preventing you from answering that as a   11:39:31
21    yes-or-no question?  And I'll say it again if you
22    want it for ease.  And I'll do it for you, actually,
23    because I want a clear record.
24            Is it true that FIGS' antimicrobial fabric
25    reduces hospital-acquired infection rates by        11:39:42
```

Page 421

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1       66 percent?

2             Yes or no?

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18          Is it true that FIGS' antimicrobial

19    technology kills bacteria and infection immediately

20    on contact.  Yes or no?                          11:40:23

21        A   Yes, based on the company's research of

22    Silvadur's capabilities, Silvadur neutralizes

23    bacteria on contact.

24

25

                                            Page 422

CONFIDENTIAL - ATTORNEYS' EYES ONLY



```
 1

 2

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22          Does FIGS purchase Google AdWords?

23      A   FIGS does purchase Google AdWords.

24      Q   And did FIGS purchase Google AdWords from

25   2013 until the present?                        11:44:09

                                              Page 424
```

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        A    Yes.

2        Q    And were -- did it ever purchase the word

3    "Cherokee"?

4        A    From my research, I recall that FIGS

5    purchased "Cherokee" as part of a phrase with the        11:44:26

6    word "scrubs."

7        Q    Okay.

8             And did FIGS purchase the word "Dickies"?

9        A    Yes.

10       Q    And did --                                      11:44:46

11            Yeah.  Go ahead, please.

12       A    Just like "Cherokee," FIGS has purchased

13   "Dickies" in combination with other words such as

14   "scrubs."

15       Q    And did FIGS purchase the word "allheart"?      11:45:02

16       A    I'm trying to recall from my research if I

17   saw "allheart" in the list of historical AdWords

18   that FIGS has purchased.  I can't recall seeing that

19   name in particular.

20       Q    Okay.                                           11:45:32

21            And did FIGS purchase any of the following

22   words in any variation.  "Strategic Partners"?

23       A    No, not that I have become aware of through

24   my research.

25       Q    Okay.                                           11:45:49

                                              Page 425

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              And for -- why did FIGS purchase the words
 2       "Cherokee" and "Dickies"?
 3           A   So through FIGS digital marketing and
 4       customer targeting, FIGS searches for any customers,
 5       any potential customers that are in the market for      11:46:12
 6       purchasing scrubs, and through our purchase of
 7       AdWords provides ads that share more information
 8       about the FIGS brand to give them the opportunity to
 9       link to our website and learn more about our
10       product.                                                11:46:40
11           Q   Okay.
12              So is there any other -- is there any SPI
13       brand names that FIGS has bought a Google word --
14       AdWord other than "Dickies" and "Cherokee"?
15           A   Can you list all of the brand names for me?     11:46:54
16           Q   Medelita, allheart, any of those ring a bell?
17           A   I do recall seeing Medelita as an AdWord that
18       FIGS had purchased in the past in combination as
19       part of a phrase with other AdWords such as
20       "scrubs."                                               11:47:18
21           Q   Okay.
22              And do you remember what years FIGS purchased
23       Cherokee, Dickies, and Medelita?
24           A   I can't recall the exact years from my
25       research.                                               11:47:31
```

                                                    Page 426

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        Q    Okay.

 2             And the point is that FIGS would purchase

 3   these words and if somebody typed into Google the

 4   word "Cherokee scrubs," if you will, it would

 5   redirect them to wherever FIGS wanted that person to     11:47:46

 6   be redirected to; is that right?

 7        A    That's incorrect.

 8        Q    All right.  So can you explain to me how that

 9   would work, what the process is?

10        A    Sure.                                          11:47:56

11             So I explained it a bit earlier, but if

12   someone were searching for "Cherokee scrubs" and

13   entered that into the Google search box, if FIGS had

14   bid on that phrase, then on -- somewhere on the page

15   FIGS would deliver an ad that would invite customers    11:48:18

16   to click and learn more about FIGS scrubs by going

17   to our web page.  At no point has FIGS ever

18   redirected customers.

19        Q    Okay.

20             And so I'm just curious, why would FIGS care   11:48:41

21   what a Cherokee, Dickies, or Medelita customer was

22   looking for?

23        A    It wasn't that FIGS is particularly

24   interested in, you know, what a Cherokee or Medelita

25   or a Dickies customer is looking for.  It's more        11:49:07
```

Page 427

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    that FIGS wants to make sure that all healthcare

2    professionals that need to purchase scrubs have the

3    opportunity to learn more about our product, and

4    that's why we deliver ads.

5         And this is -- you know, it's really digital        11:49:32

6    marketing standard practice in something that --

7    that all brands do with how they structure

8    their -- their Google AdWords.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page  428

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25       Q   Would it be a truthful statement that as of        12:51:11

Page 440

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    July 2018, 90 percent of American healthcare

2    professionals now own at least one pair of FIGS

3    scrubs?

4

5           THE DEPONENT:  Based on my research, I don't     12:51:22

6    think that it's correct.

7    BY MR. MICHELMAN:

8        Q    Okay.

9           And so if somebody said that, that would be a

10   false statement; is that right?                          12:51:34

11       A    I would have to understand more about the

12   context in which it's being said.

13       Q    Under what context would that ever be

14   truthful?

15

16

17          THE DEPONENT:  All I'm saying is I don't have

18   the context about this statement; but based on the

19   information that I have, that was not the case in

20   the summer of 2018.                                       12:52:02

21   BY MR. MICHELMAN:

22       Q    Was it the case ever?

23       A    Based on the information that I have, that is

24   not -- that is not correct.

25

                                              Page 441

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

1

2          The statement that FIGS' antimicrobial

3    technology kills bacteria and infection immediately

4    on contact, why did FIGS make that statement?

5       A   FIGS made that statement in -- with respect      12:52:35

6    to its scrub wear fabric to communicate the

7    antimicrobial properties of the fabric.

8       Q   Okay.

9          And you testified that Silvadur neutralizes

10   bacteria on contact.  Are you making a distinction     12:53:12

11   between neutralized and kill or kills?

12      A   I think the exact language that Silvadur uses

13   is "neutralize"; however, I know that other

14   scientific professionals that are very familiar with

15   Silvadur have used similar terminology to describe     12:53:41

16   how the bacteria is effectively destroyed upon

17   contact.

18

19

20

21

22

23

24

25

Page  442

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1      Q    So do you make a distinction between the term

2   "neutralized" versus "kills"?

3      A    The company views both of those terms as

4   meaning that they eliminate the bacteria.

5      Q    So is it your testimony that "neutralize" and    12:54:37

6   "kills" is interchangeable?

7      A    I think they have the same effect.

8      Q    Okay.

9           So they are interchangeable; is that your

10  testimony?                                              12:55:00

11     A    They are obviously slightly different words.

12  But in this situation were being used to describe

13  the same thing, which is the elimination of

14  bacteria.

15

16

17

18

19

20

21

22

23

24

25

                                                Page  443

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              Why did FIGS market that its scrubs had a
 2    liquid -- liquid repellent quality?  What was it
 3    trying to communicate by that representation?
 4       A    FIGS was trying to communicate that the
 5    scrubs did have liquid repellent properties, which I    12:55:57
 6    described earlier, some of which are inherent in the
 7    fabric due to high polyester content and also due to
 8    the weave construction.  And then for a time there
 9    was an additional fluid-resistance treatment that
10    was being applied.                                      12:56:23
11       Q    Yeah, but why.  Like, why was it -- was it
12    trying to tell the public that this is some unique
13    benefit to FIGS products, or was there some other
14    reason?
15       A    FIGS was trying to communicate that this was   12:56:35
16    one of the features of the products.  You know,
17    we -- we ultimately, you know, have not emphasized
18    it in our advertising recently because we thought it
19    was something that really wasn't that important to
20    our customers.  So we did develop a separate kind of    12:57:02
21    smaller collection specifically for fluid-resistant
22    needs where we are doing a liquid-resistant
23    treatment called a DWR that we are applying
24    specifically to our FIONLite collection.
25       Q    So you said you stopped emphasizing it.         12:57:38
```

Page 444

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    Why -- why -- because it wasn't important to your

2    customers.

3         How do you know it wasn't important to your

4    customers?

5    A    From feedback that we received from our         12:57:49

6    customers.

7    Q    And what was the form of that feedback?

8    E-mail?  Survey?  What was it?

9    A    We received feedback in many different forms

10   over the years.  A lot of the feedback has been      12:57:57

11   informal.  We have really sought to develop deep

12   connections and relationships with healthcare

13   professionals and spent a lot of time speaking with,

14   you know, just people that we've gotten to know that

15   work within healthcare, and are always very eager to  12:58:17

16   receive their feedback on our product.

17        Our design team has done focus groups to

18   receive feedback on the product and to bounce ideas

19   off our customers for needs or future product.

20        And then we also -- you know, we have -- we      12:58:39

21   run, you know, NPS surveys on a daily basis and

22   additional surveys through our data team on a more

23   quarterly basis where we're inviting customers to

24   provide feedback on our product, you know, about

25   what they like about it, you know, why they choose    12:59:07
```

Page 445

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL ATTORNEYS' EYES ONLY

1    to buy from FIGS, what they think could -- we could

2    improve, what they would like to see more of with

3    regard to the product, but also with regard to, you

4    know, the entire experience of shopping with FIGS.

5    They want faster shipping, more embroidery options.    12:59:28

6          We're -- we're very open to our customer

7    feedback and want to make sure that, you know,

8    everything that we are doing is with the goal of

9    better supporting them in their needs.

10

11

12

13

14

15

16

17

18

19

20    Q    You testified that you had -- FIGS had         01:00:31

21   antimicrobial properties from 2016 to 2021.

22          Is there any difference between the

23   antimicrobial agents it used in 2016 to 2021?

24

25

                                               Page 446

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    THE DEPONENT:  For our scrub wear during this

2    time period, we have used Silvadur for our lab coats

3    which were antimicrobial --

4    BY MR. MICHELMAN:

5    Q   Ms. Gago, I think you might have                01:01:06

6    misunderstood what I'm saying.  I'm just asking, is

7    there a difference between 2016 and 2021 in the

8    antimicrobial agent that you used.

9    A   No.  We've been using Silvadur.  We were

10   making the transition at the end of 2015 and early   01:01:23

11   2016 in to Silvadur.

12   Q   Yep.  Thank you.  I got that.

13       Is there any difference between the efficacy

14   between 2016 and 2021 with Silvadur product?

15   A   Not that I have found through my research of   01:01:41

16   the company's records.

17   Q   Thank you.

18       And so has FIGS ever received a test of its

19   efficacy of its antimicrobial agents that it's

20   failed?                                              01:02:13

21   A   Based on my review of the company records and

22   based on my conversations with members of the -- the

23   production team, FIGS has never, you know, failed a

24   test.  If there's something that wasn't coming out,

25   you know, exactly as they wanted, they would, you    01:02:40

Page 447

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    know, resolve the issue before they continued with

 2    production.

 3        Q    In 2012, was FIGS 100 percent direct to

 4    consumer?

 5        A    Yes.  In 2012, based on my review of the       01:03:06

 6    company's records and historical sales, it was fully

 7    direct to consumer.

 8        Q    Okay.

 9             How about 2013?  Was FIGS 100 percent direct

10    to consumer.  Yes-or-no question.                       01:03:32

11        A    Yes.

12        Q    For 2014, was FIGS 100 percent direct to

13    consumer?

14        A    Yes.  Yes.

15

16

17

18

19        Q    For 2015, was FIGS 100 percent direct to

20    consumer?                                               01:03:53

21        A    In 2015, FIGS had a very, very small amount

22    of product that it tried selling through a wholesale

23    simple sale channels but quickly realized that

24    that -- you know, was not how we wanted to be

25    connecting with and -- and engaging with healthcare     01:04:16
```

Page 448

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    customers and, you know, also just was very quickly
 2    able to see that the opportunity was really within D
 3    to C.
 4        Q   So what percentage in 2016 was direct to
 5    consumer?                                          01:04:40
 6        A   In 2016, based on my review of our records,
 7    FIGS was fully direct to consumer.
 8
 9
10
11
12        In 2015, what percentage was direct to
13    consumer?
14        A   In 2015, nearly all of the business was
15    direct to consumer.  I don't have an exact          01:05:14
16    percentage breakdown but the business was nearly all
17    direct to consumer.  Wholesale was a very small
18    trial period.
19        Q   How about 2017?  Was FIGS 100 percent direct
20    to consumer?                                        01:05:33
21        A   Yes, in 2017 --
22        Q   Thank you.
23        How about 2018?  Was FIGS 100 percent direct
24    to consumer?
25        A   Yes.                                        01:05:43
```

Page 449

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        Q    Thank you.

 2             2019, was FIGS 100 percent direct to

 3     consumer?

 4             In 2019, was FIGS 100 percent direct to

 5     consumer?                                          01:06:04

 6        A    I said yes.  I'm sorry, you might not have

 7     been able to hear me.

 8

 9

10

11

12

13

14

15

16

17

18

19

20     BY MR. MICHELMAN:                                  01:12:33

21        Q    In 2020, was FIGS 100 percent direct to

22     consumer?

23        A    Yes.

24

25

                                             Page 450
```

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13        Q   Was FIGS 100 percent DTC, direct to consumer

14    in 2020?

15        A   Yes.                                              01:26:21

16        Q   Was FIGS 100 percent direct to consumer in

17    2021?

18        A   Yes.

19

20

21

22

23

24

25

                                              Page 451

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4      Q   Did FIGS use any other third parties to

5   distribute or offer its products?                      01:27:29

6      A   During what time period?

7      Q   Ever.

8      A   There was a brief period in time that I

9   mentioned earlier, and I recall from my research it

10  was 2015 where FIGS did a trial selling some of        01:27:59

11  their product through wholesale.  It was a short

12  period during 2015.

13

14

15

16

17

18

19

20

21

22

23

24

25

                                            Page 452

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21      Q   Well, let me state it another way.

22          If there was a healthcare worker -- I don't

23   know -- somebody who worked at a hospital --

24   nurse -- is that a customer you would want?

25      A   FIGS seeks to serve all healthcare          01:30:51

                                                Page 453

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    professionals through the product that we create and

 2    sell.

 3        Q   Okay.

 4            So do you really care how the consumer

 5    purchases, meaning online or brick and mortar?  You      01:31:04

 6    want to sell to all healthcare workers, don't you?

 7        A   Yes, FIGS --

 8        Q   Okay.

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 454

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1           THE DEPONENT:  Well, I was -- I just think

2      it's important to recognize that, you know,

3      customers have preferences about how they prefer to

4      shop.  And FIGS indeed seeks to serve and exceed the

5      needs of health -- all healthcare professionals.          01:32:02

6      But, you know, FIGS is -- is -- we exist to serve

7      healthcare professionals in a D-to-C manner that is

8      what our business is.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                            Page 455

CONFIDENTIAL - ATTORNEYS' EYES ONLY



```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20      Q    Okay.                                        01:39:23
21           And is there somebody on your data team
22      who's, like, in charge of it?  Like, if you wanted
23      to run a query on the - what's the average number of
24      repurchases or second or third purchases a customer
25      does, is there somebody on your data team that is    01:39:38
```

Page 460

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    responsible for that?
 2        A   We have a team member that leads our data
 3    team.
 4        Q   Who is that?
 5        A   Brian Kim.                              01:39:47
 6
 7
 8        Q   And if Brian wanted to look up how many times
 9    the consumer of FIGS in, let's say, 2018 purchased
10    FIGS products, can Brian just do a query into your    01:40:04
11    data warehouse, wherever you store it, and just pull
12    the information, or do you know?
13        A   Yes, Brian could look up a specific customer
14    and see their purchase history within 2018.
15
16
17
18
19
20
21
22
23
24
25
```

Page 461

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17          Who did the testing for your antimicrobial

18    efficacy prior to the use of Silvadur?

19       A    Our agents partnered with the mills that they

20    were working with to conduct and review the testing.   01:43:40

21       Q    The mills did the testing; is that your

22    testimony?

23       A    The mills would do the testing in partnership

24    with the agent.  The agent would require it, review

25    it, and confirm, you know, that the antimicrobial       01:43:59

                                              Page 463

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

```
 1    was completed according to the standards that they
 2    had stated.
 3        Q    My question is who did the testing?  Are you
 4    saying the agent actually did the physical test?
 5    Like, the agent did the testing?  Had testing          01:44:21
 6    materials, testing certifications, things of that
 7    nature?
 8        A    No.  From my research, I -- I don't recall
 9    the agent actually, you know, being the person doing
10    the testing.  However, you know, they would work       01:44:36
11    closely with the mill to make sure that the testing
12    would done -- would be done, and, yes, it's very
13    common that a mill will, you know, complete the
14    test.
15        Q    Okay.                                          01:44:54
16        So we know it's not the agent.  So you are
17    saying that the mills, prior to 2016, were the
18    entities that did the efficacy testing of the
19    antimicrobial agents, this generic agent you
20    testified to?                                           01:45:09
21        A    Yes.
22        Q    Okay.
23        Have you ever seen any of these tests?
24        A    During what period?
25        Q    Prior to Silvadur.                             01:45:18
```

Page 464

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      A   From my research, I don't recall seeing any

 2   of the testing for the generic antimicrobial that

 3   was used.

 4        Again, that was a time when FIGS was working

 5   with agents that were really managing the          01:45:37

 6   relationship with the mills.  So we were really

 7   relying on our agent partners to, you know, review

 8   that documentation and, you know, confirm that the

 9   antimicrobial was applied.

10      Q   Is any of this in any e-mails where anybody  01:46:00

11   from FIGS ever requested the agent to do so, to

12   manage this process?

13      A   From my research, I don't recall seeing a

14   specific e-mail on this, but I know that Heather was

15   very involved and worked very closely with the      01:46:22

16   agents on this process and even traveled to Asia to

17   meet with them in person to, you know, review the

18   fabric, review results of antimicrobial testing,

19   and, you know, other -- other testing.

20      Q   Okay.                                        01:46:42

21        So you have no e-mails setting forth that the

22   agent is obligated to do this or responsible for

23   that.

24        Do you have any written document saying that?

25      A   Through my research, I have not seen any     01:46:52
```

                                          Page 465

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    documents that specifically state that, that I can

 2    recall.  But given that the agent was responsible

 3    for this, they very well could have had

 4    documentation about this that, you know, FIGS just

 5    doesn't have.                                      01:47:15

 6       Q    Did you have a contract with the agent during

 7    this time period?

 8       A    I -- through my research, I haven't seen

 9    contracts with the agents.

10       Q    Okay.                                      01:47:32

11           So did you ever have a confirming letter,

12    e-mail, anything in writing, to the agent saying

13    this is part of your scope of your responsibilities,

14    overseeing the testing to make sure it was done on

15    the efficacy of the antimicrobial agent applied to  01:47:44

16    FIGS products?

17       A    From my research, I -- I don't recall seeing

18    a letter like that.  But, you know, I think it very

19    well could be something that existed back then.  I

20    think, you know, like we talked about before, this  01:48:05

21    was eight, ten years ago when a lot of this work was

22    being done.  And just because FIGS doesn't have a

23    document about it today doesn't mean that it didn't

24    exist back then.

25
```

Page 466

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1            So let me ask you:  How often did you mandate
 2    to the agent that the testing be done?  Was it once
 3    a month?  Once a week?  What was it?
 4       A   I don't recall seeing a specific mandate
 5    about the testing cadence, but what is typically the    01:48:44
 6    protocol and based on my conversations with Heather,
 7    what I understand was followed was that anytime a
 8    new production of a new type of fabrication was
 9    being done or even, you know, a new run was being
10    completed, a new production run, then testing would    01:49:06
11    be done.
12       Q   And that's all based on what Heather told
13    you?
14       A   Well, it's based on conversations that I had
15    with Heather.  I also spoke with Patrick from         01:49:20
16    Dongnam, who confirmed that he was doing the testing
17    to ensure that every run of FIGS was antimicrobial.
18       Q   Okay.
19            And have you made a request of the mills to
20    send you any evidence of these tests actually         01:49:54
21    happening?
22       A   Heather has requested that Dongnam send any
23    documents that they have.
24       Q   And when did she make this request?
25       A   I'm not sure of the exact date when she made   01:50:13
```

Page 467

Veritext Legal Solutions
866 299-5127

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    it, but I believe it was in the last couple weeks

 2    when she reconnected with Dongnam.

 3        Q   Okay.

 4            And prior to that, nobody at FIGS has ever

 5    asked the agent for evidence of testing of            01:50:33

 6    antimicrobial products?

 7        A   Based on my research, I'm not aware of any

 8    prior conversations with our early agents regarding

 9    obtaining documentation that we didn't have.

10        Q   Okay.                                         01:50:59

11            How about the mills?  Anybody ever reach out

12    from FIGS to the mills saying, "Hey, can you give me

13    some evidence of the actual testing," if there was

14    even any testing?

15        A   Well, we know that there was testing both in  01:51:11

16    the pre Silvadur time period and in the Silvadur

17    time period, and we did, as part of the production,

18    you know, worked with our mills to ensure that all

19    of the mills that we have a direct relationship

20    with, that we were able to receive and -- and we did  01:51:40

21    produce test results from the mills where we had a

22    direct relationship and were able to obtain those or

23    where we already had them on hand.

24        Q   My question was did anybody reach out from

25    FIGS to the mills and ask for evidence of the         01:52:02
```

                                                    Page 468

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    testing?
 2       A   I'm not aware of us reaching out directly to
 3    the mills that our agents partnered with in the
 4    early years, and I think, you know, part of this is
 5    that we are -- this is many years ago, and it wasn't   01:52:27
 6    a direct relationship that we had with the mills,
 7    so, you know, we had been working with the agents to
 8    go back and understand, you know, exactly who they
 9    were working with, you know, prior to us having that
10    direct relationship with the mills.                    01:52:45
11           But, you know, we don't have confirmation of
12    that yet.  So we have not been in touch with, you
13    know, mills from the very, very early years where,
14    you know, we'd been -- where we were working through
15    those agent relationships.                             01:53:12
16       Q   So if FIGS wants to prove that it had testing
17    done prior to Silvadur, other than relying on
18    Heather, how would you prove it?
19
20
21
22
23
24
25
```

Page 469

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9      A    So, Sanford, can you just repeat the

10   question.   I want to make sure I have it clear.      01:54:23

11      Q    Sure.

12          If FIGS wants to prove that there was

13   actually testing prior to Silvadur, other than

14   Heather how are you going to prove it?

15      A    Well, like I just told you, we have been, you    01:54:33

16   know, working to reconnect with agents from the

17   very, very early years that we worked with eight,

18   ten years ago to understand if they are able to

19   provide the names of the -- the mills and connect us

20   with them so that we can provide information from     01:54:52

21   those very, very early years.

22      Q    So -- so you are talking prospectively.   I'm

23   talking about right now.

24          What evidence does FIGS have to prove that

25   there was testing done prior to Silvadur?            01:55:08

                                               Page 470

SPI Affirmative Designations      FIGS' Counter-Designations    FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A   Well, we have what Heather has shared.  We
 2     have our agent, Patrick, that I spoke to myself that
 3     confirmed that antimicrobial was applied and was
 4     tested.
 5        Q   Okay.                                      01:55:29
 6            I'm going to break this down.
 7            Other than this guy, Patrick Park, that you
 8     spoke to, say you spoke to, and Heather, other than
 9     this verbal testimony, how would you prove that FIGS
10     did any testing prior to Silvadur?                 01:55:40
11        A   Right now as I've shared, all of the
12     information that I've been able to gather has been
13     verbal.
14        Q   Okay.
15            And that's from Heather and Patrick, correct?  01:55:58
16        A   Correct.
17
18
19
20
21
22
23
24
25
```

SPI Affirmative Designations          FIGS' Counter-Designations          FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1
 2
 3
 4
 5
 6
 7
 8
 9      Q   You mentioned that Heather Hasson was
10   reaching out the last couple of week to          02:06:29
11   Patricia Park to -- for whatever reasons.  I don't
12   really care.
13         Did Heather Hasson receive anything -- any
14   documents in response to that request?
15      A   She did not.                              02:06:40
16
17
18
19
20
21
22
23
24
25
                                           Page  472
```

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2          And there's no difference in the

 3   antimicrobial efficacy from 2016 to today with

 4   respect to the FIGS products that are coated with

 5   Silvadur, correct?                              02:07:15

 6      A   Based on all -- my review of all of our

 7   information and -- and test reports, there is no

 8   difference.

 9      Q   Okay.

10          And there's no difference in the materials or  02:07:29

11   the fabric composition between 2016 and today that

12   would change the antimicrobial efficacy, is there?

13      A   No.  In 2016 -- well, in -- actually in 2015,

14   we rolled out a new fabrication, our technical

15   collection fabrication which is a poly rayon/spandex  02:07:50

16   blend, and we -- starting in -- in 2016, late 2016

17   made that part of our primary scrub wear and

18   fabrication that we have been, you know, continuing

19   to -- to use for all of our scrub wear.

20      Q   And --                                   02:08:13

21      A   I was just going to say -- and we've

22   continued to apply Silvadur to that.

23      Q   Okay.

24          And from 2012 until current, is there any

25   lines of scrub wear that were not antimicrobial?    02:08:27
```

Page 473

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A    Yes, so I touched on the California

 2   collection earlier which was a 100 percent cotton

 3   collection that was -- it was kind of like a limited

 4   edition capsule, just something cool for the summer

 5   in 2014.  And FIGS in 2021 introduced the FIONLite      02:08:47

 6   collection which is -- it's a recycled polyester.

 7   And it does not have antimicrobial, but it does have

 8   a DWR treatment which is kind of like an extra

 9   fluid-resistance treatment that -- that we use on

10   that collection.                                        02:09:22

11        Q    In 2012, what percentage of FIGS products

12   were liquid repellent?

13        A    Well, like I shared earlier in -- sorry.  You

14   said 2012, right?

15        Q    Yeah, 2012.                                   02:09:47

16        A    2012.  So in 2012, FIGS was just selling

17   scrub wear based on all of the information that I

18   was able to obtain through my review, and it was --

19   the content was majority polyester and it was still

20   the twill weave construction which created the kind     02:10:13

21   of inherent fluid-resistant properties that I spoke

22   to earlier.  And so that's something that, you know,

23   has always been inherent in our fabric and in place.

24        In 2015 through 2017, FIGS did apply an

25   additional fluid-resistant treatment to our scrub       02:10:44
```

Page 474

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1     wear called Spill Resist.

 2          But -- can you hear me?

 3     Q    Yeah.  It was just Jake went off mute.

 4          You can keep going.

 5     A    And we stopped using that in 2017 and have,    02:11:06

 6     you know, continued to maintain the naturally

 7     inherent fluid-resistant qualities of our fabric

 8     because like I mentioned before, we haven't -- , you

 9     know, we haven't changed the -- the composition of

10     it since 2017.  But then we did introduce in 2021    02:11:31

11     the FIONLite collection which does have the DWR

12     which is a -- it's a liquid-resistant additional

13     treatment.

14

15

16

17

18

19

20

21

22

23

24

25
```

                                            Page  475

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6          Q    Okay.

7              So unless it was made out of 100 percent

8      cotton since 2012 until current, all of FIGS scrub

9      wear was liquid-repellant; is that correct?

10         A    Just a quick clarification.  It's not just          02:13:05

11     because it wasn't made out of 100 percent cotton.

12     What really gives our scrub wear the kind of

13     inherent fluid-resistant properties is the high

14     polyester content.  And all of our scrubs, with the

15     exception of the California collection, 100 percent          02:13:25

16     cotton have had that very high polyester content and

17     the special twill weave that I described earlier

18     that do give our scrubs fluid-resistant properties.

19         Q    Okay.

20              So it's just a fabric composition.  It wasn't       02:13:46

21     like there was some kind of agent put on it to make

22     a liquid-repellent scrub; is that right?

23         A    Well, it's the -- it's the nature of

24     polyester.  And our fabric composition is -- it's a

25     high-polyester rayon/spandex blend.  So it's the            02:14:01

                                                    Page 476

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    composition in which the majority of it is
 2    polyester, but then it's also the actual weave
 3    construction.  So we have a twill weave which is a
 4    very -- it creates a very tight weave, so the yarns
 5    are woven very tightly together, and there aren't --    02:14:23
 6    there's no gaps or spacing in the weave that you
 7    might see in, you know, different types of fabrics.
 8    And as a result, you know, it's very difficult for
 9    water to get through because it's such a tight
10    weave.                                                  02:14:45
11
12         So there's no -- other than '15 to '17, there
13    was no -- there was no liquid or material placed on
14    the scrubs to make them liquid-repellent?
15         Did I get that right?                              02:14:53
16    A    On the -- our FIONx which is our core scrub
17    wear collection, aside from 2015 to 2017, there was
18    not an additional -- aside from 2015 to 2017 when we
19    had that treatment, we have not used an additional
20    treatment on our core FIONx scrub wear collection.     02:15:16
21    But we do have the FIONLite collection that we
22    introduced in 2021 that I mentioned earlier that is
23    treated with a DWR.
24    Q    Okay.
25    A    It does have an additional fluid-resistant        02:15:30
```

Page 477

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    protection to it.

2        Q    And for the period predating Silvadur, this

3    generic antimicrobial, how did the mills apply the

4    antimicrobial agent?

5        A    So it's typ -- well, antimicrobial actually    02:15:46

6    can be done in a number of different ways.

7        Q    I know exactly how antimicrobials can be

8    used.  I don't need a history.

9            I'm just asking how did the mills do it for

10   FIGS products?                                           02:16:00

11       A    So for our scrub wear, we have used a wash,

12   an -- an antimicrobial wash treatment that is

13   applied after the fabric dyeing is completed.

14       Q    And that's what the mills did from 2012 to

15   2016?                                                    02:16:17

16       A    From -- well, I know in 2015 and 2016 that

17   that is, you know, one of the methods that -- and

18   once we transitioned to Silvadur, that was

19   absolutely the method that was being used.  In, I

20   guess, the very early years that -- you know, 2012       02:16:40

21   to 2014 -- I'm not -- I don't have an exact

22   confirmation through my research of the methodology

23   that was being used to apply the antimicrobial, but

24   just given our poly rayon fabrication, you know,

25   it's -- you know, I believe that it was likely an        02:17:04

                                                  Page 478

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    antimicrobial wash treatment that was being applied

2    at the end of the fabric production following the

3    dye stat.

4        Q   You don't know; that's just your opinion.

5    You have no evidence that in 2012 or 2013, there was    02:17:21

6    an antimicrobial wash applied by these mills; is

7    that true?

8        A   Well, it's based on my understanding of our

9    fabrication that, you know, was -- what we were

10   using is our fabrication in the early years, you       02:17:34

11   know, continued to essentially be the fabrication

12   in -- in 2015 and 2016.

13       Q   What document, what evidence do you have in

14   2012 of the antimicrobial -- this generic

15   antimicrobial agent was applied through a wash?        02:17:52

16       A   I don't have a document that confirms that it

17   was definitively a wash that was being applied, but

18   that is what I, you know, would expect and believe.

19

20

21

22

23

24

25

Page 479

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19          What document do you have to establish that

20     the mills applied a generic antimicrobial agent in      02:19:02

21     2013?

22       A   Like I shared before, I don't have, you know,

23     one specific document that is confirming this, but I

24     do have information from my conversations with

25     Heather where she has confirmed that an               02:19:22

                                                  Page 480

SPI Affirmative Designations       FIGS' Counter-Designations      FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    antimicrobial was being applied to our fabrics and

2    that our agent was overseeing this.

Page 481

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              I, the undersigned, a Certified Shorthand
 2      Reporter of the State of California, Registered
 3      Professional Reporter, Certified Live Note Reporter,
 4      do hereby certify:
 5              That the foregoing proceedings were taken
 6      before me at the time and place herein set forth;
 7      that any witnesses in the foregoing proceedings,
 8      prior to testifying, were duly sworn; that a record
 9      of the proceedings was made by me using machine
10      shorthand which was thereafter transcribed under my
11      direction; that the foregoing transcript is a true
12      record of the testimony given.
13              Further, that if the foregoing pertains to
14      the original transcript of a deposition in a Federal
15      Case, before completion of the proceedings, review
16      of the transcript [  ] was [  ] was not requested.
17              I further certify I am neither financially
18      interested in the action nor a relative or employee
19      of any attorney or party to this action.
20              IN WITNESS WHEREOF, I have this date
21      subscribed my name this 4th day of February, 2022.
22
23
24      MELISSA M. VILLAGRAN
25      CSR No. 12543 RPR
```

Page  483

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations