MONA Z. HANNA (SBN 131439)
  mhanna@mrllp.com
JEFFREY D. FARROW (SBN 180019)
  jfarrow@mrllp.com
KEVIN S. KIM (SBN 275200)
  kkim@mrllp.com
ALLISON C. AGUIRRE (SBN 312544)
  aaguirre@mrllp.com
AMANDA V. ANDERSON (SBN 306903)
  aanderson@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Avenue, Suite 1000
Irvine, CA 92614
Telephone:   (714) 557-7990
Facsimile:   (714) 557-7991

SANFORD L. MICHELMAN (SBN 179702)
  smichelman@mrllp.com
MARC R. JACOBS (SBN 185924)
  mjacobs@mrllp.com
JESSE J. CONTRERAS (SBN 190538)
  jcontreras@mrllp.com
JENNIFER S. GOLDSTEIN (SBN 310335)
  jgoldstein@mrllp.com
ADAM M. KORN (SBN 333270)
  akorn@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90024
Telephone: (310) 299-5500
Facsimile:  (310) 201-2110

*Additional Counsel on Next Page*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC PARTNERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIGS, INC., CATHERINE ("TRINA") SPEAR, HEATHER HASSON, <br><br> Defendants. | Case No.: 2:19-cv-02286-JWH-KSx <br><br> District Judge:  Hon. John W. Holcomb <br> Magistrate Judge:  Hon. Karen Stevenson <br> Special Discovery Master: Hon. Suzanne Segal <br><br> **PLAINTIFF STRATEGIC PARTNERS, INC.'S LODGMENT OF DEPOSITION TESTIMONY OF DR. AHMED EL-SHAFEI PLAYED TO THE JURY ON NOVEMBER 1, 2022** <br><br> Complaint Filed:  February 22, 2019 <br> Trial Date: October 17, 2022 |

**PLAINTIFF STRATEGIC PARTNERS, INC.'S LODGMENT OF DEPOSITION TESTIMONY OF DR. AHMED EL-SHAFEI PLAYED TO THE JURY ON NOVEMBER 1, 2022**

1  *Additional Counsel:*

2  KRISTIN J. ACHTERHOF
   (*Admitted Pro Hac Vice*)
3     kristin.achterhof@katten.com
   **KATTEN MUCHIN ROSENMAN LLP**
4  525 W. Monroe Street
   Chicago, IL 60661-3693
5  T: (312) 902-5296
   F: (312) 902-1061
6
   RICHARD H. ZELICHOV (SBN 193858)
7     richard.zelichov@katten.com
   **KATTEN MUCHIN ROSENMAN LLP**
8  2029 Century Park East, Suite 2600
   Los Angeles, CA 90067-3012
9  T: (310) 788-4680
   F: (310) 788-4471
10
   TIMOTHY H. GRAY
11 (*Admitted Pro Hac Vice*)
      timothy.gray@katten.com
12 **KATTEN MUCHIN ROSENMAN LLP**
   2900 K Street NW, North Tower, Suite 200
13 Washington, DC 20007-5118
   T: (202) 625-3608
14 F: (202) 298-7570

15 *Attorneys for Plaintiff, STRATEGIC PARTNERS, INC.*

16

17

18

19

20

21

22

23

24

25

26

27

28

**PLAINTIFF STRATEGIC PARTNERS, INC.'S LODGMENT OF DEPOSITION TESTIMONY OF DR. AHMED EL-SHAFEI PLAYED TO THE JURY ON NOVEMBER 1, 2022**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                   UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA


    STRATEGIC PARTNERS, INC.,       )
                                    )
            Plaintiff,              )
        v.                          ) Case No. 2:19-cv-
                                    ) 02286-JWH-KSx
                                    )
    FIGS, INC., CATHERINE           )
    ("TRINA") SPEAR, HEATHER        )
    HASSON,                         )
                                    )
            Defendants.




               CONFIDENTIAL - ATTORNEYS' EYES ONLY




     VIDEOTAPED REMOTE DEPOSITION VIA ZOOM OF:
                EXPERT DR. AHMED EL-SHAFEI
                TUESDAY, APRIL 26, 2022
                10:01 A.M. EASTERN DAYLIGHT TIME



    Reported by:   PAULA A. PYBURN
                   CSR 7304, RPR, CLR
```

Page 1

SPI's Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
16            THE VIDEOGRAPHER:  Will the court reporter    10:02:54
17    please swear in the witness.                          10:02:56
18            THE WITNESS:  My name is Ahmed El-Shafei.     10:03:00
19    I'm a professor at North Carolina State University   10:03:03
20    and representing the defendant, FIGS, Inc.           10:03:03
```

Page 9

**SPI's Affirmative Designations**

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25     Do you solemnly swear the testimony you are    10:06:23
```

Page 10

SPI's Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | about to give in this deposition shall be the truth, | 10:06:23 |
| 2 | the whole truth, and nothing but the truth? | 10:06:23 |
| 3 |       THE WITNESS:  I do. | 10:06:23 |

Page 11

SPI's Affirmative Designations

```
 1
 2
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22      Q    Do you know what an enzyme wash is?           12:06:47
23      A    Say that again, please.                       12:06:49
24      Q    Do you know what an enzyme wash is?           12:06:50
25      A    Enzyme wash?                                  12:06:52
```

Page 105

SPI's Affirmative Designations

```
1        Q    Yes.                                          12:06:56
2        A    Can you explain that a little bit more?       12:06:57
3        Q    That's actually my question for you.          12:06:59
4             Have you ever heard of an antimicrobial       12:07:02
5    agent that's applied as an enzyme wash?                12:07:06
6        A    No, I haven't.                                12:07:10
7        Q    Do you know if quat is an enzyme wash?        12:07:11
8        A    I -- I haven't come across this -- this       12:07:21
9    term before, "enzyme wash."                            12:07:23
```

Page 106

SPI's Affirmative Designations

1  STATE OF CALIFORNIA     )
2  COUNTY OF RIVERSIDE     ) ss.
3
4        I, Paula A. Pyburn, CSR No. 7304, RPR, CLR, in
5  and for the State of California, do hereby certify:
6        I am the deposition officer that
7  stenographically recorded the testimony in the
8  foregoing deposition;
9        Prior to being examined the deponent was first
10 duly sworn by me;
11       The foregoing transcript is a true record of the
12 testimony given.
13       Before completion of the deposition, review of
14 the transcript [ ] was [xx] was not requested.  If
15 requested, any changes made by the deponent (and
16 provided to the reporter) during the period allowed
17 are appended hereto.
18 Dated:  April 28, 2022
19
20
21
22
                           Paula A. Pyburn, RPR, CLR
23                         CSR No. 7304
                           Certified Shorthand
24                         Reporter for the
                           State of California
25

Page 374

SPI's Affirmative Designations