MONA Z. HANNA (SBN 131439)
 mhanna@mrllp.com
JEFFREY D. FARROW (SBN 180019)
 jfarrow@mrllp.com
KEVIN S. KIM (SBN 275200)
 kkim@mrllp.com
ALLISON C. AGUIRRE (SBN 312544)
 aaguirre@mrllp.com
**MICHELMAN & ROBINSON, LLP**
17901 Von Karman Avenue, Suite 1000
Irvine, CA 92614
Telephone:   (714) 557-7990
Facsimile:    (714) 557-7991

SANFORD L. MICHELMAN (SBN 179702)
 smichelman@mrllp.com
MARC R. JACOBS (SBN 185924)
 mjacobs@mrllp.com
JESSE J. CONTRERAS (SBN 190538)
 jcontreras@mrllp.com
JENNIFER S. GOLDSTEIN (SBN 310335)
 jgoldstein@mrllp.com
ADAM M. KORN (SBN 333270)
 akorn@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90024
Telephone: (310) 299-5500
Facsimile: (310) 201-2110

*Additional Counsel on Next Page*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC PARTNERS, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FIGS, INC., CATHERINE ("TRINA") SPEAR, HEATHER HASSON,<br><br>　　　　Defendants. | Case No.: 2:19-cv-02286-JWH-KSx<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen Stevenson<br>Special Master: Hon. Suzanne H. Segal (Ret.)<br><br>**STIPULATION REGARDING TRIAL TRANSCRIPT REVISIONS**<br><br>Complaint Filed: February 22, 2019<br>Trial Date: October 17, 2022 |

1
**STIPULATION REGARDING TRIAL TRANSCRIPT REVISIONS**

1  *Additional Counsel:*

2  KRISTIN J. ACHTERHOF
   (*Admitted Pro Hac Vice*)
3     kristin.achterhof@katten.com
   **KATTEN MUCHIN ROSENMAN LLP**
4  525 W. Monroe Street
   Chicago, IL 60661-3693
5  T: (312) 902-5296
   F: (312) 902-1061
6
7  RICHARD H. ZELICHOV (SBN 193858)
      richard.zelichov@katten.com
   **KATTEN MUCHIN ROSENMAN LLP**
8  2029 Century Park East, Suite 2600
   Los Angeles, CA 90067-3012
9  T: (310) 788-4680
   F: (310) 788-4471
10
11 TIMOTHY H. GRAY
   (*Admitted Pro Hac Vice*)
12    timothy.gray@katten.com
   **KATTEN MUCHIN ROSENMAN LLP**
13 2900 K Street NW, North Tower, Suite 200
   Washington, DC 20007-5118
14 T: (202) 625-3608
   F: (202) 298-7570
15
   *Attorneys for Plaintiff, STRATEGIC PARTNERS, INC.*
16
17
18
19
20
21
22
23
24
25
26
27
28

1  WHEREAS, on October 17, 2022, trial began in the above-referenced case;

2  WHEREAS, on November 3, 2022, the parties agreed to correct clerical errors in
3  the transcripts memorializing the trial;

4  WHEREAS, on November 3, 2022, the parties sent the transcript corrections to
5  court reporters Sharon Seffens and Sherri Kleeger;

6  WHEREAS, on November 3, 2022, Ms. Seffens requested the parties authorize the
7  requested changes with the Court or by stipulation;

8  IT IS HEREBY STIPULATED by and between the parties that the following
9  changes be made to the trial transcript dated October 19, 2022: Add Exhibits 59, 136, and
10  623 to the Index of admitted exhibits;

11  IT IS FURTHER STIPULATED by and between the parties that the following
12  changes be made to the trial transcript dated October 24, 2022: Revise the Index of
13  admitted exhibits to list Exhibit 3334 and remove Exhibit 334; revise the Index of admitted
14  exhibits to list Exhibit 2274 and remove Exhibit 2275; and revise 208:21 to read "Exhibit
15  2274" instead of "Exhibit 2275;"

16  IT IS FURTHER STIPULATED by and between the parties that the following
17  changes be made to the "AM" trial transcript dated October 25, 2022: Add Exhibits 711,
18  714-719, and 721-735 to the Index of admitted exhibits;

19  IT IS FURTHER STIPULATED by and between the parties that the following
20  changes be made to the "PM" trial transcript dated October 25, 2022: Revise the Index of
21  admitted exhibits to list "Exhibit 3049" and remove "Exhibit 3089;" revise 111:22 to read
22  "Exhibit 3049" instead of "Exhibit 3089;" and add Exhibit 361 to the Index of admitted
23  exhibits;

24  IT IS FURTHER STIPULATED by and between the parties that the following
25  changes be made to the "AM" trial transcript dated October 26, 2022: Revise the Index of
26  admitted exhibits to list Exhibit 2082A and remove Exhibit 2082; and revise 31:19 to read
27  "Exhibit 2082A" instead of "Exhibit 2082;"

28  IT IS FURTHER STIPULATED by and between the parties that the following

1  changes be made to the "AM" trial transcript dated October 27, 2022: Add Exhibit 2561
2  to the Index of admitted exhibits;

3      IT IS FURTHER STIPULATED by and between the parties that the following
4  changes be made to the "PM" trial transcript dated October 27, 2022: Revise 54:22 to read
5  "Exhibit 2652" instead of "Exhibit 2651;" and revise the Index of admitted exhibits to list
6  Exhibit 2652 and remove Exhibit 2651;

7      IT IS FURTHER STIPULATED by and between the parties that the following
8  changes be made to the "PM" trial transcript dated October 31, 2022: Revise 14:10-13 to
9  reference Exhibit 2503 and remove references to Exhibit 2053; and revise 14:14-19 to
10 reference Exhibit 2504 and remove references to Exhibit 2054.

11     IT IS SO STIPULATED.

13 Dated: November 4, 2022                                                   **MICHELMAN & ROBINSON, LLP**

15                                              By:   */s/ Jennifer Goldstein*
16                                                     Sanford L. Michelman, Esq.
                                                    Mona Z. Hanna, Esq.
17                                                     Jeff D. Farrow, Esq.
18                                                     Marc R. Jacobs, Esq.
                                                    Jesse J. Contreras, Esq.
19                                                     Kevin S. Kim, Esq.
20                                                     Allison C. Aguirre, Esq.
                                                    Jennifer S. Goldstein, Esq.
21                                                     Adam M. Korn, Esq.

24 Dated: November 4, 2022                                                   **KATTEN MUCHIN ROSENMAN LLP**

26                                              By:   */s/ Kristin Achterhof*
                                                    Richard H. Zelichov, Esq.
27                                                     Kristin J. Achterhof, Esq.
28                                                     Timothy H. Gray, Esq.

|   |   |   |
|---|---|---|
| | | Attorneys for Plaintiff<br>STRATEGIC PARTNERS, INC. |
| Dated: November 4, 2022 | | **MUNGER, TOLLES & OLSON LLP** |
| | By: | */s/ Jacob Kreilkamp*<br>Jacob S. Kreilkamp<br>Adam B. Weiss<br>Sara A. McDermott<br>Xiaonan April Hu<br>James R. Salzmann<br>Hunter V. Armour |
| Dated: November 4, 2022 | | **BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LICENBERG & RHOW, P.C.** |
| | By: | */s/ Ekwan Rhow*<br>Ekwan E. Rhow<br>Julia B. Cherlow<br>Fanxi Wang<br>Cameron R. Partrovi<br>Attorneys for Defendants |

## [PROPOSED] ORDER

**IT IS SO ORDERED.**

Dated: _____          By: _____
                                 Hon. John W. Holcomb
                                 United States District Judge

# ATTESTATION

Pursuant to Local Rules 5-4.3.4(a)(2)(i), I, Jennifer S. Goldstein, attest that the signatories listed above, on whose behalf this filing is submitted, concur in the filing's content and have authorized this filing.

/s/ *Jennifer S. Goldstein*
Jennifer S. Goldstein