# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | | | |
|---|---|---|---|
| Case No. | CV19-02286-JWH(KSx) | Date | November 2, 2022 |
| Title: | Strategic Partners, Inc. v. FIGS, Inc., et al | | |

Present: The Honorable **JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE**

| Elsa Vargas | Sheri Kleeger/Sharon Seffens |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Mona Z. Hanna; Jesse J. Contreras; Jennifer S. Goldstein; Kristin J. Achterhof; Timothy Gray; Sanford Michelman; Jeffrey D. Farrow | Ekwan E. Rhow; James R. Salzmann; Adam Weiss; Jacob S. Kreilkamp; Sara A. McDermott; Fanxi Wang; Julia Cherlow; Sara Worth; Fanxi Wang |

Day Court Trial     11th     Day Jury Trial

\_\_\_ One day trial:    Begun (1st day);   X   Held & Continued;    \_\_\_ Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.

\_\_\_ Opening statements made by \_\_\_

\_\_\_ Witnesses called, sworn, and testified.    \_\_\_ Exhibits Identified    \_\_\_ Exhibits admitted.

\_\_\_ Plaintiff(s) rest.     \_\_\_ Defendant(s) rest.

X   Closing arguments made by   X   plaintiff(s)    X   defendant(s).    X   Court pre-instructs jury.

X   Bailiff(s) sworn.     X   Jury retires to deliberate.    \_\_\_ Jury resumes deliberations.

\_\_\_ Jury Verdict in favor of    \_\_\_ plaintiff(s)    \_\_\_ defendant(s) is read and filed.

\_\_\_ Jury polled.     \_\_\_ Polling waived.

\_\_\_ Filed Witness & Exhibit Lists    X   Filed jury notes.    \_\_\_ Filed jury instructions.

\_\_\_ Judgment by Court for \_\_\_    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).

\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by    \_\_\_ plaintiff(s)    \_\_\_ defendant(s).

\_\_\_ Case submitted.    \_\_\_ Briefs to be filed by \_\_\_

\_\_\_ Motion to Dismiss by \_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.

\_\_\_ Motion for mistrial by \_\_\_ is \_\_\_ granted. \_\_\_ denied. \_\_\_ submitted.

X   Motion for Judgment/Directed Verdict by \_\_\_ is \_\_\_ granted. X   denied. \_\_\_ submitted.

\_\_\_ Settlement reached and placed on the record.

X   Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

X   Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

\_\_\_ Trial subpoenaed documents returned to subpoenaing party.

X   Case continued to   November 3, 2022, at 8:30 a.m.    for further trial.

\_\_\_ Other: \_\_\_

            06   :   10

Initials of Deputy Clerk     eva

cc: