# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| Case No. | CV19-02286-JWH(KSx) | | Date | November 3, 2022 |
|---|---|---|---|---|
| Title: | Strategic Partners, Inc. v. FIGS, Inc., et al | | | |

Present: The Honorable **JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE**

| Elsa Vargas/Rolls Royce Paschal | Sheri Kleeger/Sharon Seffens |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Mona Z. Hanna; Jesse J. Contreras; Jennifer S. Goldstein; Kristin J. Achterhof; Timothy Gray; Sanford Michelman; Jeffrey D. Farrow | Ekwan E. Rhow; James R. Salzmann; Adam Weiss; Jacob S. Kreilkamp; Sara A. McDermott; Fanxi Wang; Julia Cherlow; Sara Worth; Fanxi Wang |

Day Court Trial _____ 12th _____ Day Jury Trial

_____ One day trial: _____ Begun (1st day); _____ Held & Continued; __X__ Completed by jury verdict/submitted to court.

_____ The Jury is impaneled and sworn.

_____ Opening statements made by _____

_____ Witnesses called, sworn, and testified. _____ Exhibits Identified _____ Exhibits admitted.

_____ Plaintiff(s) rest. _____ Defendant(s) rest.

_____ Closing arguments made by _____ plaintiff(s) _____ defendant(s). _____ Court pre-instructs jury.

_____ Bailiff(s) sworn. _____ Jury retires to deliberate. __X__ Jury resumes deliberations.

__X__ Jury Verdict in favor of _____ plaintiff(s) __X__ defendant(s) is read and filed.

__X__ Jury polled. _____ Polling waived.

__X__ Filed Witness & Exhibit Lists __X__ Filed jury notes. __X__ Filed jury instructions.

_____ Judgment by Court for _____ plaintiff(s) _____ defendant(s).

_____ Findings, Conclusions of Law & Judgment to be prepared by _____ plaintiff(s) _____ defendant(s).

_____ Case submitted. _____ Briefs to be filed by _____

_____ Motion to Dismiss by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for mistrial by _____ is _____ granted. _____ denied. _____ submitted.

_____ Motion for Judgment/Directed Verdict by _____ is _____ granted. _____ denied. _____ submitted.

_____ Settlement reached and placed on the record.

_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

_____ Trial subpoenaed documents returned to subpoenaing party.

_____ Case continued to _____ for further trial.

_____ Other:

|  | 0 | : | 29 |
|---|---|---|---|
| Initials of Deputy Clerk | | eva/rrp | |

cc: