CV19-2286-JWH    Strategic Partners v. FIGS, Inc. et al

REDACTED Jury note #1

We will end at 4:45pm 11/2.

We will need to return on 11/3.

FILED
CLERK, U.S. DISTRICT COURT
11/2/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: eva  DEPUTY