UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
11/3/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: eva DEPUTY

JURY NOTE

**REDACTED**
**JURY NOTE • NUMBER** 3

Case No. CV19-02286-JWH(KSx)

Title: Strategic Partners, Inc. v. FIGS, Inc., et al

========================================================================

☑ The Jury has reached a unanimous verdict.
☐ Other:

_____
_____
_____
_____
_____
_____
_____
_____

Dated this 3 day of Nov, 2022.

Time: 3 : 55 am/pm

N. Horodysky
Foreperson of the Jury

Court's Response: