**F I L E D**
CLERK, U.S. DISTRICT COURT

11/3/2022

CENTRAL DISTRICT OF CALIFORNIA
BY: _____ eva _____ DEPUTY

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

STRATEGIC PARTNERS, INC.,

Plaintiff,

v.

FIGS, INC.,
CATHERINE ("TRINA") SPEAR,
HEATHER HASSON,

Defendants.

Case No. 2:19-cv-02286-JWH-KSx

**REDACTED**

**VERDICT FORM**

We, the jury in the above-entitled action, unanimously find on the questions presented as follows:

## Lanham Act:  Claim 1

1.　Do you find that FIGS made the statement that FIGS' scrubs kill bacteria and infection immediately upon contact through interstate commerce in commercial advertising?

　　　　Yes　✓　　　　No＿＿＿＿＿

If you answered "No", *please proceed to Question 8.* If you answered "Yes", *please proceed to Question 2.*

2.　Do you find that FIGS' statement that FIGS' scrubs kill bacteria and infection immediately upon contact is literally false and had a tendency to deceive or actually deceived a substantial segment of FIGS' audience of consumers?

　　　　Yes＿＿＿＿＿　　　No　✓

If you answered "No", *please proceed to Question 3.* If you answered "Yes", *please proceed to Question 4.*

3.　Do you find that FIGS' statement that FIGS' scrubs kill bacteria and infection immediately on contact was misleading and actually deceived FIGS' consumers?

　　　　Yes＿＿＿＿＿　　　No　✓

If you answered "No", *please proceed to Question 8.* If you answered "Yes", *please proceed to Question 4.*

-2-

4. Do you find that FIGS' statement that FIGS' scrubs kill bacteria and infection immediately on contact was material, meaning it was likely to influence the purchasing decisions of FIGS' audience of consumers?

Yes _____ No _____

If you answered "No", *please proceed to Question 8*. If you answered "Yes", *please proceed to Question 5*.

5. Do you find that SPI was injured by FIGS' statement that FIGS' scrubs kill bacteria and infection immediately on contact?

Yes _____ No _____

If you answered "No", *please proceed to Question 8*. If you answered "Yes", *please proceed to Question 6*.

6. What profits did SPI lose that are attributable to FIGS' statement that FIGS' scrubs kill bacteria and infection immediately on contact:

$ _____

*Please proceed to Question 7.*

7. Do you find that FIGS made the statement that FIGS' scrubs kill bacteria and infection immediately on contact with the intention to deceive or mislead its consumers?

Yes _____ No _____

*Please proceed to Question 8.*

## **Lanham Act:  Claim 2**

8.    Do you find that FIGS made the statement that FIGS' scrubs reduce hospital acquired infection rates by 66% through interstate commerce in commercial advertising?

Yes  ✓          No  _____

If you answered "No", *please proceed to Question 15.* If you answered "Yes", *please proceed to Question 9.*

9.    Do you find that FIGS' statement that FIGS' scrubs reduce hospital acquired infection rates by 66% is literally false and had a tendency to deceive or actually deceived a substantial segment of FIGS' audience of consumers?

Yes  _____          No  ✓

If you answered "No", *please proceed to Question 10.* If you answered "Yes", *please proceed to Question 11.*

10.    Do you find that FIGS' statement that FIGS' scrubs reduce hospital acquired infection rates by 66% was misleading and actually deceived FIGS' consumers?

Yes  _____          No  ✓

If you answered "No", *please proceed to Question 15.* If you answered "Yes", *please proceed to Question 11.*

-4-

11. Do you find that FIGS' statement that FIGS' scrubs reduce hospital acquired infection rates by 66% was material, meaning it was likely to influence the purchasing decisions of FIGS' audience of consumers?

Yes _____      No _____

If you answered "No", *please proceed to Question 15.* If you answered "Yes", *please proceed to Question 12.*

12. Do you find that SPI was injured by FIGS' statement that FIGS' scrubs reduce hospital acquired infection rates by 66%?

Yes _____      No _____

If you answered "No", *please proceed to Question 15.* If you answered "Yes", *please proceed to Question 13.*

13. What profits did SPI lose that are attributable to FIGS' statement that FIGS' scrubs reduce hospital acquired infection rates by 66%:

$ _____

*Please proceed to Question 14.*

14. Do you find that FIGS made the statement that FIGS' scrubs reduce hospital acquired infection rates by 66% with the intention to deceive or mislead its consumers?

Yes _____      No _____

*Please proceed to Question 15.*

## Lanham Act: Claim 3

15.    Do you find that FIGS made the statement that FIGS' scrubs are liquid or fluid repellent through interstate commerce in commercial advertising?

Yes  ✓    No _____

If you answered "No", *please proceed to Question 22.* If you answered "Yes", *please proceed to Question 16.*

16.    Do you find that FIGS' statement that FIGS' scrubs are liquid or fluid repellent is literally false and had a tendency to deceive or actually deceived a substantial segment of FIGS' audience of consumers?

Yes _____    No  ✓

If you answered "No", *please proceed to Question 17.* If you answered "Yes", *please proceed to Question 18.*

17.    Do you find that FIGS' statement that FIGS' scrubs are liquid or fluid repellent was misleading and actually deceived FIGS' consumers?

Yes _____    No  ✓

If you answered "No", *please proceed to Question 22.* If you answered "Yes", *please proceed to Question 18.*

18.    Do you find that FIGS' statement that FIGS' scrubs are liquid or fluid repellent was material, meaning it was likely to influence the purchasing decisions of FIGS' audience of consumers?

Yes _____        No _____

If you answered "No", *please proceed to Question 22.* If you answered "Yes", *please proceed to Question 19.*

19.    Do you find that SPI was injured by FIGS' statement that FIGS' scrubs are liquid or fluid repellent?

Yes _____        No _____

If you answered "No", *please proceed to Question 22.* If you answered "Yes", *please proceed to Question 20.*

20.    What profits did SPI lose that are attributable to FIGS' statement that FIGS' scrubs are liquid or fluid repellent:

$ _____

*Please proceed to Question 21.*

21.    Do you find that FIGS made the statement that FIGS' scrubs are liquid or fluid repellent with the intention to deceive or mislead its consumers?

Yes _____        No _____

*Please proceed to Question 22.*

## Lanham Act:  Claim 4

22.   Do you find that FIGS made the statement that FIGS donates one set of scrubs for every set sold through interstate commerce in commercial advertising?

Yes ___✓___      No _____

If you answered "No", *please proceed to Question 29*.  If you answered "Yes", *please proceed to Question 23*.

23.   Do you find that FIGS' statement that FIGS donates one set of scrubs for every set sold is literally false and had a tendency to deceive or actually deceived a substantial segment of FIGS' audience of consumers?

Yes _____      No ___✓___

If you answered "No", *please proceed to Question 24*.  If you answered "Yes", *please proceed to Question 25*.

24.   Do you find that FIGS' statement FIGS donates one set of scrubs for every set sold was misleading and actually deceived FIGS' consumers?

Yes _____      No ___✓___

If you answered "No", *please proceed to Question 29*.  If you answered "Yes", *please proceed to Question 25*.

25.     Do you find that FIGS' statement that FIGS donates one set of scrubs for every set sold was material, meaning it was likely to influence the purchasing decisions of FIGS' audience of consumers?

Yes _____          No _____

If you answered "No", *please proceed to Question 29.* If you answered "Yes", *please proceed to Question 27.*

26.     Do you find that SPI was injured by FIGS' statement that FIGS donates one set of scrubs for every set sold?

Yes _____          No _____

If you answered "No", *please proceed to Question 29.* If you answered "Yes", please *proceed to Question 27.*

27.     What profits did SPI lose that are attributable to FIGS' statement that FIGS donates one set of scrubs for every set sold:

$ _____

*Please proceed to Question 28.*

28.     Do you find that FIGS made the statement that FIGS donates one set of scrubs for every set sold with the intention to deceive or mislead its consumers?

Yes _____          No _____

*Please proceed to Question 29.*

1  ### Intentional Interference Claim (as to FIGS)

2      29.   Did SPI prove by a preponderance of the evidence that it and one or

3  more of the persons or retailers listed in Exhibit 104 and/or Exhibit 2187 had an

4  economic relationship that probably would have resulted in an economic benefit

5  to SPI?

6          Yes   ✓        No       

7

8      If you answered "Yes", *please proceed to Question 30.* If you answered

9  "No", *please proceed to Question 51.*

10

11      30.   Did FIGS know of the relationship?

12          Yes   ✓        No       

13

14      If you answered "Yes", *please proceed to Question 31.* If you answered

15  "No", *please proceed to Question 37.*

16

17      31.   Did FIGS engage in false advertising?

18          Yes          No   ✓  

19

20      If you answered "Yes", *please proceed to Question 32.* If you answered

21  "No", *please proceed to Question 37.*

22

23

24

25

26

27

28

32. By engaging in false advertising, did FIGS intend to disrupt SPI's relationship with one or more of the persons or retailers listed in Exhibit 104 and/or Exhibit 2187 or know that disruption of that relationship was certain or substantially certain to occur?

Yes _____          No _____

If you answered "Yes", *please proceed to Question 33*. If you answered "No", *please proceed to Question 37*.

33. Was SPI's relationship with one or more of the persons or retailers listed in Exhibit 104 and/or Exhibit 2187 actually disrupted?

Yes _____          No _____

If you answered "Yes", *please proceed to Question 34*. If you answered "No", *please proceed to Question 37*.

34. Was FIGS' false advertising a substantial factor in causing that harm to SPI?

Yes _____          No _____

If you answered "Yes", *please proceed to Question 35*. If you answered "No", *please proceed to Question 37*.

35.     What are SPI's damages?

        a.     Past economic loss

             lost profits       $ _____

        b.     Future economic loss

             lost profits       $ _____

**TOTAL**:   $ _____

If you awarded damages in response to Question 35, *please proceed to Question 36.* If not, *please proceed to Question 37.*

36.     Did SPI prove by clear and convincing evidence that FIGS' false advertising was malicious, oppressive, or in reckless disregard of SPI's rights?

        Yes _____        No _____

*Please proceed to Question 37.*

**Intentional Interference Claim (as to Catherine ("Trina") Spear)**

37.    Did Catherine ("Trina") Spear know of the relationship between SPI and one or more of the persons or retailers listed in Exhibits 104 and/or Exhibit 2187?

Yes ___✓___        No _____

If you answered "Yes", *please proceed to Question 38*. If you answered "No", *please proceed to Question 44.*

38.    Did Catherine ("Trina") Spear engage in false advertising?

Yes _____        No ___✓___

If you answered "Yes", *please proceed to Question 39*. If you answered "No", *please proceed to Question 44.*

39.    By engaging in false advertising, did Catherine ("Trina") Spear intend to disrupt SPI's relationship with one or more of the persons or retailers listed in Exhibit 104 and/or Exhibit 2187 or know that disruption of the relationships was certain or substantially certain to occur?

Yes _____        No _____

If you answered "Yes", *please proceed to Question 40*. If you answered "No", *please proceed to Question 44.*

40.     Was SPI's relationship with one or more of the persons or retailers listed in Exhibit 104 and/or Exhibit 2187 disrupted?

Yes _____          No _____

If you answered "Yes", *please proceed to Question 41.* If you answered "No", *please proceed to Question 44.*

41.     Was Catherine ("Trina") Spear's conduct a substantial factor in causing that harm to SPI?

Yes _____          No _____

If you answered "Yes", *please proceed to Question 42.* If you answered "No", *please proceed to Question 44.*

42.     What are SPI's damages?

      c.     Past economic loss

           lost profits          $ _____

      d.     Future economic loss

           lost profits          $ _____

**TOTAL:**   $ _____

If you awarded damages in response to Question 42, *please proceed to Question 43.* If not, *please proceed to Question 44.*

-14-

1    43.    Did SPI prove by clear and convincing evidence that Catherine

2    ("Trina") Spear's false advertising was malicious, oppressive, or in reckless

3    disregard of SPI's rights?

4           Yes _____        No _____

5

6    *Please proceed to Question 44.*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## Intentional Interference Claim (as to Heather Hasson)

44.     Did Heather Hasson know of the relationship between SPI and one or more of the persons or retailers listed in Exhibit 104 and/or Exhibit 2187?

Yes ✓          No _____

If you answered "Yes", *please proceed to Question 45.* If you answered "No", *please proceed to Question 51.*

45.     Did Heather Hasson engage in false advertising?

Yes _____          No ✓

If you answered "Yes", *please proceed to Question 46.* If you answered "No", *please proceed to Question 51.*

46.     By engaging in false advertising, did Heather Hasson intend to disrupt SPI's relationship with one or more of the persons or retailers listed in Exhibit 104 and/or Exhibit 2187 or know that disruption of the relationships was certain or substantially certain to occur?

Yes _____          No _____

If you answered "Yes", *please proceed to Question 47.* If you answered "No", *please proceed to Question 51.*

47.   Was SPI's relationship with one or more of the persons or retailers listed in Exhibit 104 and/or Exhibit 2187 disrupted?

Yes _____        No _____

If you answered "Yes", *please proceed to Question 48*.  If you answered "No", *please proceed to Question 51*.

48.   Was Heather Hasson's conduct a substantial factor in causing that harm to SPI?

Yes _____        No _____

If you answered "Yes", *please proceed to Question 49*.  If you answered "No", *please proceed to Question 51*.

49.   What are SPI's damages?

    e.   Past economic loss

       lost profits        $ _____

    f.   Future economic loss

       lost profits        $ _____

                    **TOTAL**:   $ _____

If you awarded damages in response to Question 49, *please proceed to Question 50*.  If not, *please proceed to Question 51*.

50.   Did SPI prove by clear and convincing evidence that Heather Hasson's false advertising was malicious, oppressive, or in reckless disregard of SPI's rights?

Yes _____          No _____

*Please proceed to Question 51.*

## **Additional Questions**

51.     Did SPI timely file its Intentional Interference with Prospective Economic Relations claims with respect to:

      a.     Defendants' statement that FIGS' scrubs kill bacteria and infection immediately upon contact?

               Yes ✓          No _____

      b.     Defendants' statement that FIGS' scrubs reduce hospital-acquired infection rates by 66%?

               Yes ✓          No _____

      c.     Defendants' statement that FIGS' scrubs are liquid or fluid repellent?

               Yes ✓          No _____

      d.     Defendants' statement that FIGS donates one set of scrubs for every set of scrubs sold?

               Yes ✓          No _____

*Please proceed to Question 52.*

52.     Did FIGS prove by clear and convincing evidence that SPI previously made one or more advertising claims that were functionally the same as or similar to FIGS' advertising claims that its products kill bacteria and infection immediately upon contact?

      Yes ✓          No _____

*Please proceed to Question 53.*

53.     For its Lanham Act claim, did FIGS prove that SPI knew or should have known of its claimed harm before February 22, 2016, with respect to:

a.     FIGS' statement that FIGS' scrubs kill bacteria and infection immediately upon contact?

Yes _____     No __✓__

b.     FIGS' statement that FIGS' scrubs reduce hospital-acquired infection rates by 66%?

Yes _____     No __✓__

c.     FIGS' statement that FIGS' scrubs are liquid and fluid repellent?

Yes _____     No __✓__

d.     FIGS' statement that FIGS donates one set of scrubs for every set of scrubs sold?

Yes _____     No __✓__

*Please proceed to Question 54.*

54.   If you answered "Yes" to any of Questions 53(a)-(d) above, which, if any, of those statements did FIGS continue to make after February 22, 2016?

a.   FIGS' statement that FIGS' scrubs kill bacteria and infection immediately upon contact.

Yes _____     No _____

b.   FIGS' statement that FIGS' scrubs reduce hospital-acquired infection rates by 66%.

Yes _____     No _____

c.   FIGS' statement that FIGS' scrubs are liquid and fluid repellent.

Yes _____     No _____

d.   FIGS' statement that FIGS donates one set of scrubs for every set of scrubs sold.

Yes _____     No _____

Please sign, date, and return this verdict form.

Dated: __Nov. 3, 2022__

Presiding Juror _____

-21-