**NAME & ADDRESS:**

FILED
CLERK, U.S. DISTRICT COURT
11/2/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: eva    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC PARTNERS, INC.,<br><br>PLAINTIFF(S)<br>v.<br><br>FIGS, INC., et al.<br><br>DEFENDANT(S) | **CASE NUMBER:**<br>CV19-02286-JWH(SKx)<br><br>**RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT / JUDGMENT AT TRIAL / AFTER HEARING** |

Pursuant to stipulation of counsel in this action and/or by Order of this Court, all exhibits listed on the joint _____ exhibit list are hereby being returned to counsel for the respective party(ies) except the following exhibit(s)




The undersigned counsel hereby declare that these exhibits shall be retained in counsel's custody in a secure place; not be altered; and will not be destroyed until after the time for an appeal of the verdict or judgment has expired or until such time as all pending appeal(s) have been completed and decision(s) rendered. Counsel further agree that such exhibits shall be returned to this Court upon request by the Court and within seventy-two (72) hours notice thereof.

11/2/22
Date

Sara Worth
Counsel for: ☐Plaintiff ☑Defendant ☐ _____

_Signature_    (310) 502-0923
Telephone Number

11/2/22
Date

Jesse Contreras
Counsel for: ☑Plaintiff ☐Defendant ☐ _____

_Signature_    (818) 448-5347
Telephone Number

I hereby certify that the above-mentioned exhibits where returned to counsel as indicated above this date.

Clerk, U.S. District Court

11/2/2022
Date

By   E. Vargas
Deputy Clerk

G-38 (08/16)   RECEIPT FOR RELEASE OF EXHIBITS TO COUNSEL UPON VERDICT JUDGMENT AT TRIAL / AFTER HEARING