| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-2888 | Email from David Lee to Mike Singer re: REDv2 | | | |
| EX-2890 | Email from Debbie Singer to Mike Singer | | | |
| EX-2898 | Email between M.Singer and Steven Sevran | | | |
| EX-2899 | Email between Dale Fry and Mike Singer | | | |
| EX-2900 | Email between Debbie and Mike Singer re: FIGS | | | |
| EX-2902 | Email from Mike Singer to Jennifer Lu re: Dickies ppt.pptx" | | | |

158

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-2903 | Email from Debbie Singer to Mike Singer and others | | | |
| EX 2904 | *Ex 2904 Limited Instructions* | | NOV -1 2022 | NOV -1 2022 |
| EX-2905 | Attachment to Kim | | | |
| EX-2910 | Emails between Marni Penta and Mike Alexander | | | |
| EX-2911 | Emails between Jonathan Rogers, Mike Alexander, and Debbie Singer | | | |
| EX-2912 | Email from Renata Ritcheson to Kim Webb re: "Jaanuu/Figs summary of info" with 1 attachment | | | |
| EX-2913 | Email from Jae Yim to M.Singer and others attaching "Evaluation FIGS & Jaanuu" | | OCT 27 2022 | OCT 27 2022 |

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-2914 | Email from Kim Webb to Renata Ritcheson re: "Jaanuu and Figs research" attaching "Competitor Analysis Prepared for SPI" with 5 attachments | | | |
| EX-2915 | Email between M.Singer and Kim Webb re: Figs Facebook ads to site | | OCT 27 2022 | OCT 27 2022 |
| EX-2922 | Email from Mike Singer to Debbie Singer | | | |
| EX-2923 | Email from M.Singer to Sayne Krause | | | |
| EX-2924 | Email from Marni Penta to Mike Singer and Mike Alexander | | | |
| EX-2925 | Email from Heather Staley to Vickie Nellor re: competitive report | | | |

160

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-2927 | Strategic Partners Corp. Fiscal Plan: Profit and Loss Statement | | | |
| EX-2931 | Spreadsheet titled "Medical Scrubs 4th Quarter 2019" | | | |
| EX-2932 | 4/9/18 email from Mike Alexander to Catherine Gornto re: "AH Acquisition Script" | | | |
| EX-2939 | Email exchanges between Richard Pope and Mike Singer | | OCT 27 2022 | OCT 27 2022 |
| EX-2940 | Email from Bob Pierpoint to David Lee, copying Mike Singer attaching "Ecomm Division Fiscal 2019 plan" | | | |
| EX-2943 | 1/8/2019 Email from M. Singer to M. Singer forwarding 5/1/2012 Email from K. Linn re FIGS Scrubs - Welcome | | OCT 27 2022 | OCT 27 2022 |

161

**THIRD AMENDED JOINT EXHIBIT LIST**

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-2949 | Spreadsheet titled "Medical Scrubs, Q1 2011 to Q2 2021" | | | |
| EX-2950 | Email from Matthew Tingler to Kevin McGee | | | |
| EX-2951 | FIGS Facebook 9.21.21 | | | |
| EX-2955 | Photo of billboard advertisement depicting healthcare professional running with stethoscope and kit while wearing gray scrubs | | | |
| EX-2957 | Certainty Antimicrobial Technology Fact Sheet | | | |

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-2959 | Cherokee Uniforms Facebook | | | |
| EX-2960 | Cherokee Uniforms Instagram | | | |
| EX-2961 | Declaration of Danielle Warner (Joint Exhibit Part S) | | | |
| EX-2962 | Declaration of James Salzmann (Joint Exhibit Part 115) re Wayback Machine images and tested scrub fabrics | | | |

163

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-2963 | Dickies Scrubs Facebook | | | |
| EX-2964 | DickiesUniforms Instagram | | | |
| EX-2966 | Expert Report of Dr. Ahmed El-Shafei including declaration, and all appendices and exhibits. | | | |
| EX-2967 | Expert Report of Dr. Matthew Hardwick (Exhibit A to May 20, 2022 Declaration of Dr. Matthew Hardwick), including declaration, and all appendices and exhibits. | | | |
| EX-2970 | Expert Report of Dr. Stephen Nowlis (Exhibit A to May 20, 2022 Declaration of Dr. Stephen Nowlis), including declaration, and all appendices and exhibits. | | OCT 31 2022 | |

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-2975 | Heartsoul Scrubs Facebook | | | |
| EX-2976 | Heartsoul Scrubs Instagram | | | |
| EX-2977 | Infinity Scrubs Facebook | | | |
| EX-2978 | Infinity Scrubs Instagram | | | |

165

**THIRD AMENDED JOINT EXHIBIT LIST**

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-2986 | Rebuttal Report of Dr. Simon Blanchard, including declaration, and all appendices and exhibits. | | | |
| EX-2989 | SPI IGTV [Instagram TV] Founder Interview with M. Singer | | | |
| EX-2992 | SPI's Memorandum of Points and Authorities in Opposition to Vestagen's Motion for Partial Summary Judgment; Declaration of Robert A. Monticello; Declaration of Renata Ritcheson; Evidence In Support | | | |
| EX-2993 | SPI's Highly Confidential AEO Responses to Requests for Admission, Set One | | | |
| EX-2994 | SPI's Highly Confidential AEO Amended Responses to Requests for Admission, Set One | | | |
| EX-3000 | SPI's Responses to Interrogatories, Set One | | | |

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3001 | SPI's Highly Confidential Outside AEO Supplemental Responses to Interrogatories, Set One | | | |
| EX-3002 | SPI's Highly Confidential AEO Supplemental Responses to Interrogatories, Set One | | | |
| EX-3003 | SPI's Highly Confidential AEO Responses to Interrogatories, Set Two | | | |
| EX-3008 | Materials Relied Upon by Expert Dr. Christopher Pastore | | | |
| EX-3009 | Materials Relied Upon by Expert Dr. Sabit Adanur | | | |
| EX-3010 | Materials Relied Upon by Expert Dr. Kusum Ailawadi | | | |
| EX-3011 | Materials Relied Upon by Expert Dr. Ahmed El-Shafei | | | |

167

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.¹ | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3012 | Materials Relied Upon by Expert Dr. Matthew Hardwick | | | |
| EX-3013 | Materials Relied Upon by Expert Dr. Stephen Nowlis | | | |
| EX-3014 | Materials Relied Upon by Expert Dominic Persechini | | | |
| EX-3015 | Materials Relied Upon by Expert Brian Sowers | | | |
| EX-3016 | https://workingnotworking.com/projects/217127-advertising | | | |

168

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3018 | https://www.facebook.com/wearFIGS/photos/2729031907118920 | | OCT 25 2022 | OCT 25 2022 |
| EX-3019 | https://www.facebook.com/wearFIGS/photos/2665300023492109 | | | |
| EX-3020 | https://www.facebook.com/wearFIGS/photos/2449091728446274 | | | |
| EX-3021 | https://www.facebook.com/wearFIGS/photos/2321062641249184 | | | |

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3024 | https://www.facebook.com/wearFIGS/photos/1847107088644744 | | | |
| EX-3025 | https://www.facebook.com/wearFIGS/photos/1085213798167414 | | | |
| EX-3026 | https://www.facebook.com/wearFIGS/photos/1025331564155638 | | OCT 24 2022 | OCT 24 2022 |
| EX-3030 | https://www.facebook.com/wearFIGS/photos/686673518021446 | | | |

170

**THIRD AMENDED JOINT EXHIBIT LIST**

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3032 | https://www.facebook.com/wearFI GS/photos/643478672340931 | | OCT 20 2022 | OCT 20 2022 |
| EX-3034 | https://www.facebook.com/wearFI GS/photos/610161719005960 | | | |
| EX-3042 | New High Waisted Zamora TM and High Waisted Yoga - FIGS Scrubs: https://www.youtube.com/watch?v= 6mM-3gZ3528 | | | |
| EX-3043 | Caribbean Blue (New Icons): https://www.youtube.com/watch?v= egtc1rmVEk4 | | | |

171

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3044 | FIGS Awesome Humans Dr. Jennifer Plotnick: https://www.youtube.com/shorts/7kYeZ84jcR0 | | | |
| EX-3045 | Who We Are: https://www.youtube.com/watch?v=bOs7WYwNwmI | | OCT 24 2022 | OCT 24 2022 |
| EX-3049 | New Icons - Neon Pink and Neon Blue: https://www.youtube.com/watch?v=ZHvwkMkW_2s | | OCT 25 2022 | OCT 25 2022 |
| EX-3050 | The New Icons: https://www.youtube.com/watch?v=WICsfuun6do | | OCT 24 2022 | OCT 24 2022 |

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3052 | https://www.instagram.com/p/CUctl x8lTgv/?igshid=NDRkN2NkYzU= <br></div> | | OCT 25 2022 | OCT 25 2022 |
| EX-3054 | https://www.instagram.com/p/CNX 9F8jATaI/?igshid=NDRkN2NkYzU =<br></div> | | | |
| EX-3055 | https://www.instagram.com/p/CJez B5_gsm2/?igshid=NDRkN2NkYzU =<br></div> | | OCT 25 2022 | OCT 25 2022 |
| EX-3057 | https://www.instagram.com/p/CGsv NNngfQN/?igshid=NDRkN2NkYz U=<br></div> | | | |

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3058 | https://www.instagram.com/p/CEF BzsmlJHL/?igshid=NDRkN2NkYz U=<br></div> | | | |
| EX-3059 | https://www.instagram.com/p/CAG _gw3AX8Q/?igshid=NDRkN2NkY zU=<br></div> | | | |
| EX-3061 | https://www.instagram.com/p/B40J W2mAXFl/?igshid=NDRkN2NkYz U=<br></div> | | | |
| EX-3062 | https://www.instagram.com/p/B2FV R8wAcca/?igshid=NDRkN2NkYzU =<br></div> | | | |

THIRD AMENDED JOINT EXHIBIT LIST

| | Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | EX-3064 | https://www.instagram.com/p/BtUei zoH3Vw/?igshid=NDRkN2NkYzU =<br></div> | | | |
| | EX-3065 | https://www.instagram.com/p/Bsb8 Z1enJuQ/?igshid=NDRkN2NkYzU =<br></div> | | | |
| | EX-3066 | https://www.instagram.com/p/BqVn H2an6e1/?igshid=NDRkN2NkYzU =<br></div> | | | |
| | EX-3070 | https://www.instagram.com/p/Ba1_ dnGl3b8/?igshid=NDRkN2NkYzU =<br></div> | | | |

**THIRD AMENDED JOINT EXHIBIT LIST**

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3072 | https://www.instagram.com/p/BUfIWCsF7H9/?igshid=NDRkN2NkYzU=<br></div> | | | |
| EX-3073 | https://www.instagram.com/p/BQdaHf-ATC7/?igshid=NDRkN2NkYzU=<br></div> | | | |
| EX-3074 | https://www.instagram.com/p/BFXTZviGQaU/?igshid=NDRkN2NkYzU=<br></div> | | | |
| EX-3076 | https://www.instagram.com/p/8b4Q5imQfH/?igshid=NDRkN2NkYzU=</div> | | OCT 24 2022 | OCT 24 202 |

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3078 | Cpath Sample Tracker Detail (2019) Dupont.xlsx | | | |
| EX-3085 | 6/2/2013 Email from T. Spear to Jack re Fw: NDA Attached | | | |
| EX-3092 | San Fernando Valley Business Journal Innovation Clothing with a Real Silver Lining | | oct 27 2022 withdrawn Order | oct 27 2022 |
| EX-3093 | Email From Steve Haber re: Certainty | | | |
| EX-3094 | Email From Randall Evenson re: Scrubs & Beyond data | | | |
| EX-3097 | File: Medelita Sales.xlsx | | | |

177

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3099 | File: allheart sales.xlsx | | | |
| EX-3100 | File: Dickies Sales allheart Amazon Walmart.xlsx | | | |
| EX-3101 | File: Elle Sales allheart Amazon Walmart.xlsx | | | |
| EX-3104 | Email From Lennie Fox re: Benefits and Educational Pieces Requested by Your Store 21 with attachments | | | |
| EX-3105 | Email From vkadosh@strategicpartners.net re: The Spring Issue of Scrubs Magazine Available Next Week | | | |
| EX-3107 | Email From spi@strategicpartners.net re: Certainty Technology Marketing and PR Initiatives | | | |

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3109 | Email From Lennie Fox re: Features and Benefits with attachment | | | |
| EX-3112 | https://www.youtube.com/watch?v=ooC4oKDCReg | | OCT 27 2022 | OCT 27 2022 |
| EX-3113 | https://www.youtube.com/watch?v=2IGbgKGdsJU | | | |
| EX-3114 | https://www.youtube.com/watch?v=Uwxjh7LUcOM | | | |

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3117 | Article - Retrospective Clinical Surveillance Measuring Healthcare Associated Infection (HAI) Rates Pre-and Post-Inclusion of Novel Silver Ion Antimicrobial Textile Intervention in an Infection Control Program | | | |
| EX-3120 | Article - Reduction in Bacterial Contamination of Hospital Textiles by a Novel Silver-Based Laundry Treatment | | | |
| EX-3124 | Email from Heather Rosenstein to Mike Singer attaching a FIGS article | | | |
| EX-3125 | Email between Marni Penta and Mike Singer | | | |
| EX-3126 | Ross Fischman Texts December 15 2020 | | | |

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3127 | Expert Report of Christopher Pastore with Appendices | | | |
| EX-3128 & 3128A | https://www.youtube.com/watch?v=zGNOd7EH_qQ | | NOV -1 2022 | NOV -1 2022 |
| EX-3129 | https://www.youtube.com/watch?v=7WzHm4k7sLU&t=4s | | OCT 27 2022 | OCT 27 2022 |
| EX-3130 | https://www.youtube.com/watch?v=EY74txJ21nk | | | |
| EX-3132 | https://www.cherokeeuniforms.com/CK865A.html | | OCT 27 2022 | OCT 27 2022 |

181

**THIRD AMENDED JOINT EXHIBIT LIST**

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3133 | https://www.cherokeeuniforms.com/CK200.html | | | |
| EX-3135 | https://web.archive.org/web/20211026005551/https://www.cherokeeuniforms.com/?SID=b69qh0jogd5tascov5v68hv862 | | | |
| EX-3136 | https://web.archive.org/web/2016011201 3850/http://www.cherokeeuniforms.com/ | | | |
| EX-3140 | Link to article embedded in the email communication contained in EX-2741: https://labusinessjournal.com/technology/medical-scrub-startup-raises-2-million/ | | | |
| EX-3142 | Expert Report of Dr. Adanur including declaration, and all appendices and exhibits. | | | |

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3143 | "2013-2020 YTD Annual Operating Expense Detail.pdf" | | | |
| EX-3144 | https://www.facebook.com/wearFIGS/photos/613119525376846 | | OCT 20 2022 | OCT 20 2022 |
| EX-3145 | https://www.facebook.com/wearFIGS/photos/643479329007532 | | | |
| EX-3146 | https://www.facebook.com/wearFIGS/photos/1015238828498245 | | OCT 20 2022 | OCT 20 2022 |

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3147 | 10/13/2020 FIGS YouTube Video "Burgundy \| Always an Icon \| FIGS Scrubs" https://www.youtube.com/watch?v=Hdyh3oKxEII | | | |
| EX-3148 | 12/8/2020 FIGS Facebook Video "THIS PANT HAS 20 POCKETS. WE REPEAT. THIS PANT HAS 20 POCKETS." https://fb.watch/fQAehTkWy4/ | | OCT 25 2022 | OCT 25 2022 |
| EX-3149 | 2/17/2022 FIGS YouTube Video "Dark Moss \| FIGS Scrubs" https://www.youtube.com/watch?v=BBN9dZQm2OQ | | | |
| EX-3153 | Email from Mike Singer re: New Draft | Ritcheson Ex. 112 | | |
| EX-3154 | Email from Kim Webb to Mike Singer re: All Heart Contact | Pierpoint Ex. 505 | | |

184

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3155 | Email from Kim Webb to Mike Singer re: All Heart Contact | Ritcheson Ex. 114 | | |
| EX-3156 | Email from Kim Webb re: WEARFIGS new look book featuring Brand Ambassadors | Singer Ex. 352 | | |
| EX-3157 | Email from Mike Alexander to Mike singer re: The Wall Street Journal: How the 'World's Most Comfortable Shoe' Is Challenging Nike and Adidas | Alexander Ex. 653 | | |
| EX-3158 | Email from Vickie Nellor re: New Antimicrobial fabric COMING SOON FROM FIGS | Alexander Ex. 660 | | |
| EX-3160 | Email from David Lee re: Sales Meeting Topics -- March 11 | Webb Ex. 455 | | |
| EX-3162 | Email from Kim Webb re: Per Mike's E-mail below | Ritcheson Ex. 106 | | |

185

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3163 | 1/24/2014 Facebook image depicting a white board titled Outgoing Loads | | | |
| EX-3164 | FIGS Customer Survey Data Cited by Dr. Nowlis | | | |
| EX-3166 | 2016 Monthly Operating Expense Detail.pdf | | | |
| EX-3167 | 2017 Monthly Operating Expense Detail.pdf | | | |
| EX-3168 | 2018 Monthly Operating Expense Detail.pdf | | | |

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3169 | 2019 Monthly Operating Expense Detail.pdf | | | |
| EX-3170 | 2020 Monthly Operating Expense Detail.pdf | | | |
| EX-3171 | FIGS file - Revenue from Online Sales vs. Revenue from FIGS-Owned Retail 2016-2019 | | OCT 25 2022 | OCT 25 2022 |
| EX-3174 | allheart letter to retailers v33 | | | |
| EX-3175 | Email from M. Singer to New Mountain Capital forwarding 2/10/2019 Email from S. Raderstorf to M. Singer re My prediction of Manufactures being at risk not just independents comes to fruition! | | | |
| EX-3181 | Re: New Draft | | OCT 27 2022 | OCT 27 2022 |

187
THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3185 | Screenshots of Infinity and FIGS websites used for Figs. 10 and 11 to Ailawadi Report | | | |
| EX-3186 | Google search screenshot used for Figure 9 to Ailawadi Report | | | |
| EX-3187 | Google trends data in excel used for Figure 7 to Ailawadi Report | | | |
| EX-3188 | Similarweb reports used in creating Figure 8 to Ailawadi Report | | | |

188

**THIRD AMENDED JOINT EXHIBIT LIST**

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3189 | U.S. Census Bureau, "U.S. Retail Trade Sales -- Total and E-Commerce (1998-2019)," accessed at https://www.census.gov/data/tables/2019/econ/arts/annual-report.html | | | |
| EX-3190 | https://www.cnbc.com/2019/12/19/how-amazon-changed-americas-malls-in-the-2010s.html | | | |
| EX-3191 | 3/19/2014 Email from T. Spear to E. Chiang re Lab Coat Hangtag Copy | | | |
| EX-3192 | RE: FIGS - NPR Sponsorship | | OCT 25 2022 | |
| EX-3194 | 5/21/2019 FIGS YouTube video "I am a Doctor | Mauricio G., MD | FIGS Scrubs", https://www.youtube.com/watch?v=InOavpqAyms | | | |

189

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3195 | 5/28/2019 FIGS YouTube Video "I am a Doctor | Osose O., Med Student | FIGS Scrubs", https://www.youtube.com/watch?v=okrVHyGu3Po | | | |
| EX-3199 | https://www.wearfigs.com/products/womens-casma-scrub-top?color=Sandstone | | | |
| EX-3201 | FIGS Hangtag | | | |
| EX-3202 | Tim Byers LinkedIn | Byers Ex. 2 | | |
| EX-3203 | Article - The Polymer Approach - Polymer-based technologies offer new opportunities for microbial control on textiles - Robert A. Monticello | Byers Ex. 8 | | |

190

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3211 | Email from Tingler | Tingler Ex. 713 | | |
| EX-3216 | Plaintiff and Counterclaim Defendant Strategic Partners, Inc. Separately Bound Evidence In Support of Its Opposition to Motion for Partial Summary Judgment" | Byers Ex. 9 | A (19-22) B (24-29) OCT 24 2022 | A (19-22) B (24-29) OCT 24 2022 |
| EX-3221 | Email dated 1/15/18 | Tshering Ex. 4 | | |
| EX-3223 | Email dated 3/12/2018 | | | |
| EX-3228 | AATCC-100 Test Protocol | | | |

191

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3229 | AATCC-22 Spray Test Protocol | | | |
| EX-3231 | Appendix B to Nowlis Report: Surveys 1-5 Screenshots and Questionnaire | | | |
| EX-3232 | Appendix C to Nowlis Report: Survey 6 Screenshots and Questionnaire | | | |
| EX-3233 | Appendix D to Nowlis Report: Survey 1-5 Data Glossary | | | |
| EX-3234 | Appendix E to Nowlis Report: Survey 6 Data Glossary | | | |

192

**THIRD AMENDED JOINT EXHIBIT LIST**

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3235 | Appendix F to Nowlis Report: Study 7 Codebook | | | |
| EX-3236 | Appendix G1 to Nowlis Report: Survey 1  Data Listing | | | |
| EX-3237 | Appendix G2 to Nowlis Report: Survey 2 Data Listing | | | |
| EX-3238 | Appendix G3 to Nowlis Report: Survey 3 Data Listing | | | |
| EX-3239 | Appendix G4 to Nowlis Report: Survey 4 Data Listing | | | |
| EX-3240 | Appendix G5 to Nowlis Report: Survey 5 Data Listing | | | |

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3241 | Appendix G6 to Nowlis Report: Survey Listing | | | |
| EX-3242 | Appendix G7 to Nowlis Report: Study Data Listing | | | |
| EX-3245 | Shekhar Agnihotri, Soumyo Mukherji and Suparna Mukherji, Immobilized Silver Nanoparticles Enhance Contact Killing and Show Highest Efficacy: Elucidation of The Mechanism of Bactericidal Action of Silver, 5 NANOSCALE 7328–7340 (May 20, 2013), doi:10.1039/C3NR00024A; | | | |
| EX-3246 | Dong JJ, Muszanska A, Xiang F, Falkenberg R, van de Belt-Gritter B, Loontjens T. Contact Killing of Gram-Positive and Gram-Negative Bacteria on PDMS Provided with Immobilized Hyperbranched Antibacterial Coatings. Langmuir. 2019 Oct 29;35(43):14108-14116. doi: 10.1021/acs.langmuir.9b02549. Epub 2019 Oct 16. PMID: 31568724; PMCID: PMC6822135. | | | |

194
**THIRD AMENDED JOINT EXHIBIT LIST**

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3247 | VCU Study Suggests Use of Antimicrobial Scrubs May Reduce Bacterial Burden on Health Care Worker Apparel, VCU News (Jan. 18, 2022), https://www.news.vcu.edu/article/ VCU_Study_Suggests_Use_of_Ant imicrobial_Scrubs_May_Reduce_B acterial | | | |
| EX-3248 | Costi D. Sifri, Gene H. Burke, Kyle B. Enfield, Reduced Health Care-Associated Infections in an Acute Care Community Hospital Using a Combination of Self-Disinfecting Copper- Impregnated Composite Hard Surfaces and Linens, 44 AM. J. INFECT. CONTROL. 1565–1571 (Sept. 28, 2016), doi:10.1016/j.ajic.2016.07.007. | | | |
| EX-3249 | Priya Balachandran, Kavita Mathur, J. Trees Ritter, Retrospective Clinical Surveillance Measuring Healthcare Associated Infection (HAI) Rates Pre-and Post-Inclusion of Novel Silver Ion Antimicrobial Textile Intervention in an Infection Control Program, MEDRXIV (posted Dec. 11, 2020), doi:10.1101/2020.12.09.20246702. | | | |
| EX-3250 | Mark E. Rupp, Theresa Fitzgerald, Nedra Marion, Virginia Helget, Susan Puumala, James R. Anderson, Paul D. Fey, Effect of Silver-Coated Urinary Catheters: Efficacy, Cost-Effectiveness, and Antimicrobial Resistance, 32 AM. J. INFECT. CONTROL 445–50 (Dec. 1, 2004), doi:10.1016/j.ajic.2004.05.002. | | | |

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3251 | J.P. Butler, Effect Of Copper-Impregnated Composite Bed Linens And Patient Gowns On Healthcare-Associated Infection Rates In Six Hospitals, 100 J. HOSP. INFECT. e130-e134 (Nov. 1, 2018), doi:10.1016/j.jhin.2018.05.013 (Epub May 24, 2018) | | | |
| EX-3252 | John J. Openshaw, William M. Morris, Gregory V. Lowry, Aydin Nazmi, Reduction in Bacterial Contamination of Hospital Textiles by a Novel Silver-Based Laundry Treatment, 44 AM. J. INFECT. CONTROL. 1705–1708 (Dec. 1, 2016), doi:10.1016/j.ajic.2016.06.021 (Epub Aug. 30, 2016). | | | |
| EX-3253 | Marin Schweizer, Maggie Graham, Michael Ohl, Kris Heilmann, Linda Boyken, Daniel Diekema, Novel Hospital Curtains With Antimicrobial Properties: A Randomized, Controlled Trial, 33 INFECT CONTROL HOSP. EPIDEMIOL. 1081–1085 (2012), doi:10.1086/668022 (Epub Jan. 2, 2015). | | | |
| EX-3254 | Cassandra D. Salgado, Kent A. Sepkowitz, Joseph F. John, J. Robert Cantey, Hubert H. Attaway, Katherine D. Freeman, Peter A. Sharpe, Harold T. Michels, Michael G. Schmidt, Copper Surfaces Reduce the Rate of Healthcare-Acquired Infections in the Intensive Care Unit, 34 INFECT. CONTROL & HOSP. EPIDEMIOL. 479–486 | | | |

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| | (2013), doi:10.1086/670207 (Epub Jan. 2, 2015). | | | |
| EX-3255 | Gonzalo M. L. Bearman, Adriana Rosato, Kara Elam, Kakotan Sanogo, Michael P. Stevens, Curtis N. Sessler, Richard P. Wenzel, A Crossover Trial of Antimicrobial Scrubs to Reduce Methicillin-Resistant Staphylococcus aureus Burden on Healthcare Worker Apparel, 33 INFECT. CONTROL & HOSP. EPIDEMIOL. 268–275 (Mar. 2012), doi:10.1086/664045 (Epub Jan. 6, 2012). | | | |
| EX-3256 | Wei Chen, Alexander Y. Fadeev, Meng Che Hsieh, Didem Öner, Jeffrey Youngblood, and Thomas J. McCarthy, Ultrahydrophobic and Ultralyophobic Surfaces: Some Comments and Examples, 15 LANGMUIR 3395–3399 (Apr. 24, 1999), | | | |
| EX-3257 | A.B.D. Cassie and S. Baxter, Wettability of Porous Surfaces, 40 TRANS. FARADAY SOC. 546–551 (1944), doi:10.1039/TF9444000546. | | | |

**THIRD AMENDED JOINT EXHIBIT LIST**

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3258 | T. Onda, S. Shibuichi, N. Satoh, and K. Tsujii, Super-Water-Repellent Fractal Surfaces, 12 LANGMUIR 2125–2127 (May 1, 1996), doi:10.1021/la950418o. | | | |
| EX-3259 | Masashi Miwa, Akira Nakajima, Akira Fujishima, Kazuhito Hashimoto, and Toshiya Watanabe, Effects of the Surface Roughness on Sliding Angles of Water Droplets on Superhydrophobic Surfaces, 16 LANGMUIR 5754–5760 (May 27, 2000), doi:10.1021/la991660o. | | | |
| EX-3260 | David Quéré, Non-sticking Drops, 68 REP. PROG. PHYS. 2495 (Sept. 7, 2005), doi:10.1088/0034-4885/68/11/R01. | | | |
| EX-3261 | FIGS Garment Tags (Appendix E to the Report of Dr. Adanur) | | | |

198

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3262 | ASTM D7334 – 08 (Reapproved 2022), Standard Practice for Surface Wettability of Coatings, Substrates and Pigments by Advancing Contact Angle Measurement | | | |
| EX-3263 | ASTM D629-15 Standard Test Methods for Quantitative Analysis of Textiles | | | |
| EX-3264 | Alahi, et al., Investigation Of Different Effects Of Water Repellent Finishes On Different Knit Dyed Fabrics, IOSR Journal of Polymer and Textile Engineering, Volume 5, Issue 1 (Jan.–Feb. 2018), pps. 22-31, available at https://www.iosrjournals.org/iosr-jpte/papers/Vol5-Issue1/D05012231.pdf. | | | |
| EX-3265 | Dr. Sabit Adanur - ASTM D7334 Test Results - Contact Angle Measurements | | | |

199

| Exhibit No.¹ | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3268 | ResInnova Laboratories Liquid Repellency Spray Test Reports (Exhibit C to the Report of Dr. Hardwick) | | OCT 31 2022 | OCT 31 2022 |
| EX-3269 | ResInnova Laboratories Liquid Repellency Spray Test Reports - FIONLite Scrubs (Exhibit D to the Rebuttal Report of Dr. Hardwick) | | OCT 26 2022 OCT 31 2022 | OCT 31 2022 |
| EX-3270 | ResInnova Laboratories Liquid Repellency Spray Test Reports - FIONLite Scrubs (Appendix F to the Rebuttal Report of Dr. Adanur) | | | |
| EX-3271 | AATCC-22 Liquid Repellency Spray Test Results (Nanotex, Huafang, and Intertek) (Appendix D to the Report of Dr. Adanur) | | | |
| EX-3273 | ResInnova Laboratories Antimicrobial Test Reports (Appendix B to the Report of Dr. Hardwick) | | OCT 31 2022 | OCT 31 2022 |
| EX-3274 | 3/5/2019 Email re FW: Huafang FID 544 for Strategic Partners development | | OCT 27 2022 | OCT 27 2022 |

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3275 | 1/8/2019 Nanotex spray test reports | | OCT 27 2022 | OCT 27 2022 |
| EX-3277 | 12/5/2018 Greenchem Laboratory antimicrobial test report | | OCT 25 2022 | OCT 25 2022 |
| EX-3278 | 12/5/2018 Greenchem Laboratory antimicrobial test report - HGHT05363938 | | OCT 25 2022 | OCT 25 2022 |
| EX-3280 | 9/29/2018 SGS antimicrobial test report - Caribbean Blue | | OCT 25 2022 | OCT 25 2022 |
| EX-3281 | 9/29/2018 SGS antimicrobial test report - ASH18-027848-02 | | OCT 25 2022 | OCT 25 2022 |
| EX-3282 | 9/29/2018 SGS antimicrobial test report - Antimicrobial | | OCT 25 2022 | OCT 25 2022 |

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3283 | 9/29/2018 SGS antimicrobial test report - Surgical Green - Antimicrobial | | OCT 25 2021 | OCT 25 2022 |
| EX-3284 | 9/29/2018 SGS antimicrobial test report - Quartz Antimicrobial Test | | OCT 25 2022 | OCT 25 2022 |
| EX-3285 | 9/29/2018 SGS antimicrobial test report - Teal Antimicrobial Test | | OCT 25 2022 | OCT 25 2022 |
| EX-3286 | 9/29/2018 SGS antimicrobial test report - Jade | | OCT 25 2022 | OCT 25 2022 |
| EX-3287 | 9/29/2018 SGS antimicrobial test report - Space Dye | | OCT 25 2022 | OCT 25 2022 |
| EX-3288 | 9/29/2018 SGS antimicrobial test report - Coral | | OCT 25 2022 | OCT 25 2022 |

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3289 | 9/29/2018 SGS antimicrobial test report - Deep Sea | | OCT 25 2022 | OCT 25 2022 |
| EX-3290 | 9/29/2018 SGS antimicrobial test report - Boulder | | OCT 25 2022 | OCT 25 2022 |
| EX-3291 | 9/29/2018 SGS antimicrobial test report - Winning Blue | | OCT 25 2022 | OCT 25 2022 |
| EX-3292 | 9/29/2018 SGS antimicrobial test report - Haute Red | | OCT 25 2022 | OCT 25 2022 |
| EX-3293 | 9/29/2018 SGS antimicrobial test report - Neon Blue | | OCT 25 2022 | OCT 25 2022 |
| EX-3294 | 9/29/2018 SGS antimicrobial test report - Burgundy | | OCT 25 2022 | OCT 25 2022 |

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3295 | 9/29/2018 SGS antimicrobial test report - Deep Pink | | OCT 25 2022 | OCT 25 2022 |
| EX-3296 | 9/29/2018 SGS antimicrobial test report - Mauve | | OCT 25 2022 | OCT 25 2022 |
| EX-3297 | 9/29/2018 SGS antimicrobial test report - Moss | | OCT 25 2022 | OCT 25 2022 |
| EX-3298 | 9/29/2018 SGS antimicrobial test report - Clay | | OCT 25 2022 | OCT 25 2022 |
| EX-3299 | 9/29/2018 SGS antimicrobial test report - Denim | | OCT 25 2022 | OCT 25 2022 |
| EX-3300 | 9/29/2018 SGS antimicrobial test report - Alps Blue | | OCT 25 2022 | OCT 25 2022 |

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3301 | 9/29/2018 SGS antimicrobial test report - Violet Space Dye | | OCT 25 2022 | OCT 25 2022 |
| EX-3302 | 9/29/2018 SGS antimicrobial test report - Jade | | OCT 25 2022 | OCT 25 2022 |
| EX-3303 | 9/29/2018 SGS antimicrobial test report - Teal | | OCT 25 2022 | OCT 25 2022 |
| EX-3304 | 9/29/2018 SGS antimicrobial test report - Lilac | | OCT 25 2022 | OCT 25 2022 |
| EX-3305 | 9/29/2018 SGS antimicrobial test report - Royal Blue | | OCT 25 2022 | OCT 25 2022 |
| EX-3306 | 9/29/2018 SGS antimicrobial test report - Violet | | OCT 25 2022 | OCT 25 2022 |

**THIRD AMENDED JOINT EXHIBIT LIST**

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3307 | 9/29/2018 SGS antimicrobial test report - Heather Indigo | | OCT 25 2022 | OCT 25 2022 |
| EX-3308 | 9/29/2018 SGS antimicrobial test report - Hot Pink | | OCT 25 2022 | OCT 25 2022 |
| EX-3309 | 9/29/2018 SGS antimicrobial test report - S. Green | | OCT 25 2022 | OCT 25 2022 |
| EX-3310 | 9/29/2018 SGS antimicrobial test report - Deep Purple | | OCT 25 2022 | OCT 25 2022 |
| EX-3311 | 9/29/2018 SGS antimicrobial test report - Gold | | OCT 25 2022 | OCT 25 2022 |
| EX-3312 | 9/29/2018 SGS antimicrobial test report - Mauve | | OCT 25 2022 | OCT 25 2022 |

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3313 | 9/29/2018 SGS antimicrobial test report - Perf US Am Test | | OCT 25 2022 | OCT 25 2022 |
| EX-3315 | TEST REPORT-ANTIMICROBIAL-JULY-2020.pdf | | OCT 25 2022 | OCT 25 2022 |
| EX-3316 | Project C.U.R.E. 2013 Annual Report, https://www.passporthealthusa.com/wp-content/uploads/2014/07/ProjectCure2013annual_report.pdf | | | |
| EX-3317 | Project C.U.R.E. 2021 Annutal Report, https://projectcure.org/app/uploads/2020/12/AR21-WEB.pdf | | | |
| EX-3318 | Dan Abitan Separation Agreement | | | |

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3319 | Goldman Sachs Bank USA v. Dan Abitan – Docket & Dkt. 2 | | | |
| EX-3320 | Goodman Factors v. Unimd Scrubs LLC -- Docket & Dkt. 2, Dkt. 7 | | | |
| EX-3321 | Goodman Factors v. Unimc Scrubs LLC (Recording of Judgment and Writ of Execution) | | | |
| EX-3322 | 2015 SPI Group Catalog (Cherokee, Heartsoul, Dickies) | | | |

208

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3323 | Link to view Cherokee Summer 2015 Catalog: https://pdf.medicalexpo.com/pdf/cherokee-uniforms/catalog/68022-167593.html | | | |
| EX-3325 | May 2021 Times Square Advertisements | | | |
| EX-3328 | Attachment to Email from wjr2016ray@163.com to Diana Shin and others, copying Heather Hasson re: Huafung Meeting Recap 11.7.16 - 1/4/2017 Huafang water spray test | | | |
| EX-3330 | DTC-FABRIC-TEST-WUXT01059009 (1).pdf | | | |
| EX-3334 | FIGS - Financial Statements, c. April 2020 | | OCT 24 2022 | OCT 24 2022 |

209

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3336 | FIGS – Marketing and R&D Expenses | | OCT 25 2022 | OCT 25 2022 |
| EX-3341 | Board of Governors of the Federal Reserve, Data Download Program | | | |
| EX-3344 | Refinitiv, "FIGS.N - Full Year 2021 Figs Inc Earnings Call," March 8, 2022 | | | |
| EX-3345 | Morgan Stanley, "FIGS, Inc. - A Slight Blemish," August 13, 2021 | | | |

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3346 | "Most Innovative Companies: FIGS," FastCompany Website, https://web.archive.org/web/20220622204137/https://www.fastcompany.com/company/figs, (accessed March 31, 2022) | | | |
| EX-3348 | FIGS - Units Sold by Product Type 2014-2018 | | OCT 25 2022 | OCT 25 2022 |
| EX-3349 | 2013 Photograph of H. Hasson and T. Spear with Project C.U.R.E in Kitale, Kenya: https://www.facebook.com/wearFIGS/photos/643478529007612 | | | |
| EX-3350 | https://www.facebook.com/wearFIGS/photos/643478559007609 | | | |

**THIRD AMENDED JOINT EXHIBIT LIST**

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3351 | 2013 Photograph of H. Hasson at Medical Centre in Kenya: https://www.facebook.com/wearFIGS/photos/643479045674227 | | | |
| EX-3352 | https://www.facebook.com/wearFIGS/photos/643479502340848 | | | |
| EX-3353 | 2013 Photograph of T. Spear in Kenya: https://www.facebook.com/wearFIGS/photos/643479405674191 | | | |
| EX-3354 | Photograph of individuals wearing FIGS scrubs in Kitale, Kenya: https://www.facebook.com/wearFIGS/photos/643479395674192 | | | |

**THIRD AMENDED JOINT EXHIBIT LIST**

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3355 | Photograph of H. Hasson and T. Spear holding yellow duffel bags: https://www.facebook.com/wearFIGS/photos/643479022340896 | | | |
| EX-3356 | Photograph of H. Hasson and T. Spear with cardboard boxes dated 11/14/2013, captioned "FIGS + International Medical Corps - Our scrubs en route to Cebu. Philippines": https://www.facebook.com/wearFIGS/photos/653767947978670 | | | |
| EX-3357 | Photograph of a child and a women wearing FIGS scrubs with the logo Smiles for Life. posted 11/15/2013: https://www.facebook.com/wearFIGS/photos/654224847932980 | | | |
| EX-3358 | Photograph of HCPs holding banner "Thank you FIGS | Smiles for Life Foundation" | https://www.facebook.com/wearFIGS/photos/663116927043772 | | | |

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3359 | Photograph of scrubs with logo "Saving Mothers" posted 1/31/2014 https://www.facebook.com/wearFIGS/photos/690035931018538 | | | |
| EX-3360 | Photograph with caption "Threads for Threads in #Nicaragua!" dated 2/28/2014: https://www.facebook.com/wearFIGS/photos/702925836396214 | | | |
| EX-3361 | Photograph of Trina Spear at Project CURE's Colorado Warehouse | | | |
| EX-3362 | Photograph of Project CURE's Colorado Warehouse (Int.) | | | |

214

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3363 | Photograph of Project CURE's Colorado Warehouse (Ext.) | | | |
| EX-3364 | Curriculum Vitae of Sabit Adanur | | | |
| EX-3365 | Curriculum Vitae of Ahmed El-Shafei | | | |
| EX-3366 | Curriculum Vitae of Dominic Persechini | | NOV -1 2022 | NOV -1 2022 |
| EX-3367 | Curriculum Vitae of Kusum Ailawadi | | OCT 27 2022 | OCT 27 2022 |

215

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3368 | Curriculum Vitae of Matthew Hardwick | | OCT 27 2022 | OCT 27 2022 |
| EX-3369 | Curriculum Vitae of Brian Sowers | | | |
| EX-3370 | Curriculum Vitae of Stephen Nowlis | | OCT 31 2022 | OCT 31 2022 |
| EX-3371 | FIGS Immersion Event | | OCT 25 2022 | OCT 25 2022 |
| EX-3372 | Photo of E. Chiang with FIGS Coffee Cart | | | |

**THIRD AMENDED JOINT EXHIBIT LIST**

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3373 | FIGS Inc, 2018 Audited Financial Statements.pdf | | | |
| EX-3375 | PL and Balance Sheet Summary.pdf | | OCT 25 2022 | OCT 25 2022 |
| EX-3376 | CURE Annual Report - 2014 | | | |
| EX-3377 | https://www.instagram.com/p/CdOJNz4uAKz/?igshid=NDRkN2NkYzU= | | OCT 25 2022 | OCT 25 2022 |
| EX-3378 | https://www.instagram.com/p/CK7FcWJgRe9/?igshid=NGIzOGRhOTI | | | |

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3379 | 4/7/2017 - FIGS Testing Specification | | OCT 25 2022 | OCT 25 2022 |
| 3380 | | | OCT 20 2022 | |
| EX-3380 | 3/28/2016 Purchase Order - TECHNICAL DN-HF-FIGS02-2016 | | OCT 25 2022 | OCT 25 2022 |
| 3380B | | | OCT 25 2022 | OCT 25 2022 |
| EX-3381 | 3/28/2016 Purchase Order - TECHNICAL DN-HF-FIGS02-2016 | | | |
| EX-3382 | 3/28/2016 Purchase Order - DN-HF-FIGS02-2016 | | | |
| 3383 | | | OCT 27 2022 | OCT 27 2022 |
| EX-3383 | 7/7/2016 - JAMM Active Limited - Purchase Order - F16070704-HU | | OCT 25 2022 | OCT 25 2022 |
| EX-3384 | 7/7/2016 - JAMM Active Limited - Purchase Order - HUAFANG | | OCT 25 2022 | OCT 25 2022 |
| 3384B | | | OCT 25 2022 | OCT 25 2022 |

218

**THIRD AMENDED JOINT EXHIBIT LIST**

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3385 | 7/7/2016 - JAMM Active Limited - Purchase Order - HYOSUNG | | OCT 25 2022 | OCT 25 2022 |
| EX-3386 | 7/7/2016 - JAMM Active Limited - Purchase Order - HYOSUNG | | OCT 25 2022 | OCT 25 2022 |
| EX-3387 | 7/7/2016 - JAMM Active Limited - Purchase Order - F16070704-HU | | OCT 25 2022 | OCT 25 2022 |
| 3387B | | | OCT 25 2022 | OCT 25 2022 |
| EX-3388 | 7/7/2016 - JAMM Active Limited - Purchase Order - F16070703-HU | | OCT 25 2022 | OCT 25 2022 |
| EX-3389 | 2018 Fabric Detail Sheet | | | |
| EX-3393 | Huafang Technical Fabric Detail Sheet | | | |

219

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3394 | Huafang Technical Fabric Detail Sheet | | | |
| EX-3395 | 3/8/2017 - Huafang Technical Fabric Detail Sheet | | | |
| EX-3396 | Huafang Fabric Detail Sheet | | | |
| EX-3397 | Huafang Fabric Detail Sheet | | | |
| EX-3398 | Huafang Fabric Detail Sheet | | | |
| EX-3399 | Huafang Fabric Detail Sheet | | | |

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3400 | Huafang Fabric Detail Sheet | | | |
| EX-3401 | Huafang Fabric Detail Sheet | | OCT 25 2022 | OCT 25 2022 |
| EX-3402 | Huafang Fabric Detail Sheet | | | |
| EX-3403 | 3/28/2016 - Purchase Order DN-HF-FIGS02-2016 | | OCT 25 2022 | OCT 25 2022 |
| EX-3404 | 3/28/2016 - Purchase Order DN-HF-FIGS02-2016 | | OCT 25 2022 | OCT 25 2022 |
| EX-3405 | 3/28/2016 - Purchase Order DN-HF-FIGS02-2016 | | OCT 25 2022 | OCT 25 2022 |

**THIRD AMENDED JOINT EXHIBIT LIST**

| Exhibit No.¹ | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3406 | SGS Test Report - ASH20-068536-01_AFNG_F - NSC Antimicrobial test report | | OCT 25 2022 | OCT 25 2022 |
| EX-3407 | SGS Test Report - ASH20-082048-02_AFNG_F(CIEL BLUE) | | OCT 25 2022 | OCT 25 2022 |
| EX-3408 | 12/8/16 - FIGS Testing Specification | | | |
| EX-3409 | Re: Technical Core- Fabric and Trims - Artwork - Galtex | | | |
| EX-3410 | FIGS Testing Specification | | | |
| EX-3411 | 1/17/17 - FIGS Testing Specification - KNIT | | | |

222

THIRD AMENDED JOINT EXHIBIT LIST

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3412 | 1/17/17 - FIGS Testing Specification - KNIT | | | |
| EX-3413 | 2/24/2016 - FIGS Testing Specification | | | |
| EX-3414 | FIGS Testing Specification | | | |
| EX-3415 | 8/3/17 - FIGS Testing Specification | | | |
| EX-3416 | 4/4/17 - FIGS Testing Specification | | | |
| EX-3417 | 4/4/17 - FIGS Testing Specification | | | |

223

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3418 | 4/4/17 - FIGS Testing Specification | | | |
| EX-3419 | 12/8/16 - FIGS Testing Specification | | | |
| EX-3420 | 12/8/16 - FIGS Testing Specification | | | |
| EX-3421 | https://www.facebook.com/wearFIGS/photos/686673864688078 | | | |
| EX-3422 | Email from Jonathan Franks re: None | | | |

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3424 | Email from Molly Reynolds re: FIGS Expo List | | | |
| EX-3425 | Email from Kimberly Eeles re: Maternity Scrub Top | | | |
| EX-3426 | Email from Kimberly Eeles re: Figs Gift Cards | | | |
| EX-3427 | Email from Mariam Agazaryan re: Scrub Order | | | |
| EX-3428 | 9/12/2015 Smiletrain post | | | |
| EX-3429 | LifeThreads Website: https://www.life-threads.com/pages/our-fabric-tech | | | |

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3430 | Jaanuu Website: https://www.jaanuu.com/collection/ womens-antimicrobial-scrubs | | | |
| EX-3431 | https://www.instagram.com/p/Ciye0 0zO-5U/?hl=en | | | |
| EX-3432 | https://www.instagram.com/p/Ciye0 0zO-5U/?hl=en | | | |
| EX-3433 | 2021-09-07(MTO)- HistoricalTestingAdd_1 | | | |
| EX-3434 | Antimicrobial_HuaFangCo_TZS16- 1-13.pdf | | OCT 25 2022 | OCT 25 2022 |
| EX-3435 | 2014 email copy and graphic | | | |

**THIRD AMENDED JOINT EXHIBIT LIST**

| Exhibit No.[1] | Description | Previously Marked As | Date Identified | Date Admitted |
|---|---|---|---|---|
| EX-3436 | 2015 email copy and graphic | | | |
| EX-3437 | 2015 ambassador email and graphic | | | |
| EX-3438 | 2016 email copy and graphic | | | |
| EX-3439 | 2016 email copy and graphic | | | |
| EX-3440 | 2017 email copy and graphic | | | |

EX 3446

*I*
NOV  -1  2022

*A*
NOV  -1  2022

227

**THIRD AMENDED JOINT EXHIBIT LIST**

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR**

**ATTORNEYS OF RECORD:**

Pursuant to Local Rule 16-5 and the Court's Civil Trial Scheduling Order,

Defendants FIGS, Inc., Catherine "Trina" Spear, and Heather Hasson submit their

Witness List. Defendants respectfully reserve the right to call other witnesses for

purposes of rebuttal or impeachment and to modify or supplement the following

Witness List:

| Witness Name | Contact Information | Date Called to Testify |
|---|---|---|
| 1. Sabit Adanur | c/o Munger, Tolles & Olson LLP 350 South Grand Ave., 50th Floor Los Angeles, California 90071 (213) 683-9100 | |
| 2. Alia Adel | 8386 Blackburn Ave, Apt 208 Los Angeles, CA 90048-4252 (818) 614-6383 | |
| Dr. CST 3. Kusum Ailawadi | c/o Munger, Tolles & Olson LLP 350 South Grand Ave., 50th Floor Los Angeles, California 90071 (213) 683-9100 | OCT 27 2022 |
| 4. Michael Alexander | c/o Michelman & Robinson 10880 Wilshire Blvd., 19th Floor Los Angeles, CA 90024 (310) 299-5500 | OCT 31 2022 (video Deposition) |
| 5. Deverick Anderson* | c/o Michelman & Robinson 10880 Wilshire Blvd., 19th Floor Los Angeles, CA 90024 (310) 299-5500 | |
| 6. Gregory Bell* | c/o Michelman & Robinson 10880 Wilshire Blvd., 19th Floor Los Angeles, CA 90024 (310) 299-5500 | |
| 7. Simon Blanchard* | c/o Michelman & Robinson 10880 Wilshire Blvd., 19th Floor Los Angeles, CA 90024 (310) 299-5500 | |
| 8. Timothy Byers | N/A: Designations only | OCT 31 2022 (Video Depo) |

-1-
DEFENDANTS' WITNESS LIST

| | | |
|---|---|---|
| 9. Elaine Chiang | c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067<br>(310) 201-2100 | |
| 10. Emiel Den Hartog* | c/o Michelman & Robinson<br>10880 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90024<br>(310) 299-5500 | |
| 11. Devon Duff Gago | c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067<br>(310) 201-2100 | |
| 12. Katie Duke | c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067<br>(310) 201-2100 | |
| 13. Ahmed El-Shafei | c/o Munger, Tolles & Olson LLP<br>350 South Grand Ave., 50th Floor<br>Los Angeles, California 90071<br>(213) 683-9100 | NOV -1 2022 |
| 14. Sara Hamilton | c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067<br>(310) 201-2100 | |
| 15. Corinne Hancock | 1 University Ln.<br>Greenwood Village, CO, 8012<br>(303) 912-3788 | |
| 16. Matthew Hardwick | c/o Munger, Tolles & Olson LLP<br>350 South Grand Ave., 50th Floor<br>Los Angeles, California 90071<br>(213) 683-9100 | OCT 27 2022<br>Again 10/31/22 |

-2-
DEFENDANTS' WITNESS LIST

| | | |
|---|---|---|
| 17. Heather Hasson | c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067<br>(310) 201-2100 | |
| 18. Peter J. Hauser* | c/o Michelman & Robinson<br>10880 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90024<br>(310) 299-5500 | |
| 19. Douglas Jackson | 10377 E Geddes Ave., Suite 200<br>Centennial, CO 80112 | |
| 20. Lars Johansson | N/A: Designations only | NOV -1 2022 (video Depo) |
| 21. Brian Kim | c/o Bird, Marella, Boxer, Wolpert, Nessim, Drooks, Lincenberg & Rhow, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067<br>Telephone: (310) 201-2100 | NOV -1 2022 |
| 22. Paul McAdam | c/o Michelman & Robinson<br>10880 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90024<br>(310) 299-5500 | OCT 31 2022 (video deposition) |
| 23. Stephen Nowlis | c/o Munger, Tolles & Olson LLP<br>350 South Grand Ave., 50th Floor<br>Los Angeles, California 90071<br>(213) 683-9100 | OCT 31 2022 |
| 24. Christopher Pastore | c/o Munger, Tolles & Olson LLP<br>350 South Grand Ave., 50th Floor<br>Los Angeles, California 90071<br>(213) 683-9100 | |
| 25. Marni Penta | 11513 W Pico Blvd.<br>Los Angeles, CA 90064-1519<br>(310) 948-9915 | OCT 31 2022 (video deposition) |
| 26. Dominic Persechini | c/o Munger, Tolles & Olson LLP<br>350 South Grand Ave., 50th Floor<br>Los Angeles, California 90071<br>(213) 683-9100 | NOV -1 2022 |

| | | | |
|---|---|---|---|
| 27. Robert Pierpoint | c/o Michelman & Robinson<br>10880 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90024<br>(310) 299-5500 | OCT 31 - 2022<br>(video Deposition) | |
| 28. Renata Ritcheson | c/o Michelman & Robinson<br>10880 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90024<br>(310) 299-5500 | NOV -1 2022<br>(video Deposition) | |
| 29. Jenny Seyfried | c/o Bird, Marella, Boxer, Wolpert,<br>Nessim, Drooks, Lincenberg &<br>Rhow, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067<br>(310) 201-2100 | | |
| 30. Itamar Simonson* | c/o Michelman & Robinson<br>10880 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90024<br>(310) 299-5500 | | |
| 31. Michael Singer | c/o Michelman & Robinson<br>10880 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90024<br>(310) 299-5500 | | |
| 32. Deborah Singer | 4020 Prado Del Trigo<br>Calabasas, CA 91302-3644<br>(818) 564-4814 | | |
| 33. Sallian Song | 3349 Soft Whisper Ct.<br>Simi Valley, CA 93065<br>(805) 577-5957 | | |
| 34. Brian Sowers | c/o Munger, Tolles & Olson LLP<br>350 South Grand Ave., 50th Floor<br>Los Angeles, California 90071<br>(213) 683-9100 | | |
| 35. Catherine Spear | c/o Bird, Marella, Boxer, Wolpert,<br>Nessim, Drooks, Lincenberg &<br>Rhow, P.C.<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067<br>(310) 201-2100 | | |
| 36. Matthew Tingler | N/A: Designations only | NOV -1 2022 video depo | |
| 37. Alex Tshering | N/A: Designations only | | |

-4-
DEFENDANTS' WITNESS LIST

| | | |
|---|---|---|
| 38. Kim Webb | c/o Michelman & Robinson<br>10880 Wilshire Blvd., 19th Floor<br>Los Angeles, CA 90024<br>(310) 299-5500 | OCT 31 2022 |

DATED:  September 12, 2022          MUNGER, TOLLES & OLSON LLP


By:  _____/s/ Jacob S. Kreilkamp_____
        Jacob S. Kreilkamp
        Attorneys for Defendants


DATED:  September 12, 2022          BIRD, MARELLA, BOXER, WOLPERT,
                                                      NESSIM, DROOKS, LINCENBERG &
                                                      RHOW, P.C.


By:  _____/s/ Ekwan E. Rhow_____
        Ekwan E. Rhow
        Attorneys for Defendants

**HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Plaintiff Strategic Partners, Inc. ("Plaintiff") provides to the Court Plaintiff's Third Amended Witness Order for Trial. Plaintiff takes this opportunity to alert the Court that this order may change to accommodate judicial efficiency.

Plaintiff takes this opportunity to alert the Court that this order may change to accommodate judicial efficiency.

| Case No. 2:19-cv-02286-JWH-KSx | | **Case Name:** *Strategic Partners. Inc. v. FIGS. Inc. et al.* |
|---|---|---|
| NO. | Witness Name | Date Called to Testify |
| 1. | Benjamin Chase | October 18, 2022  Depo |
| 2. | Devon Duff Gago | October 19, 2022  Depo |
| 3. | Hyosung Corp. | |
| 4. | Heather Hasson  CST | October 19-20, 2022 |
| 5. | Catherine "Trina" Spear  CST | October 20, 2022, OCT 24 2022  OCT 25 2022 |
| 6. (Expert) | Dr. Itamar Simonson CST | OCT 24 2022 |
| 7. | Elaine Chang  CST | OCT 25 2022 |
| 8. | Jenny Seyfried  CST | OCT 25 2022 |
| 9. | Renata Ritcheson | |
| 10 (Expert) | Dr. Peter Hauser  CST | OCT 25 2022 |
| 11 (Expert) | Dr. Deverick Anderson  CST | OCT 26 2022 |
| 12. | Timothy Byers | |
| 13. | Michael Singer  CST | OCT 27 2022 |
| 14. (Expert) | Dr. Greg Bell  CST | OCT 26 2022 |
| | Se-Won Cheon | OCT 25 2022  Examination |
| (Expert) | Dr. Simon Blanchard CST | OCT 26 2022  Testimony  read  into  record |

r