# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC PARTNERS, INC., <br><br>        Plaintiff, <br><br>   v. <br><br> FIGS, INC., CATHERINE ("TRINA") SPEAR, HEATHER HASSON, <br><br>        Defendants. | Case No.: 2:19-cv-02286-JWH-KSx <br><br> District Judge: Hon. John W. Holcomb <br> Magistrate Judge: Hon. Karen Stevenson <br> Special Master: Hon. Suzanne H. Segal (Ret.) <br><br> **STIPULATION AND ORDER REGARDING TRIAL TRANSCRIPT REVISIONS** <br><br> Complaint Filed: February 22, 2019 <br> Trial Date: October 17, 2022 |

1     WHEREAS, on October 17, 2022, trial began in the above-referenced case;

2     WHEREAS, on November 3, 2022, the parties agreed to correct clerical errors in
3 the transcripts memorializing the trial;

4     WHEREAS, on November 3, 2022, the parties sent the transcript corrections to
5 court reporters Sharon Seffens and Sherri Kleeger;

6     WHEREAS, on November 3, 2022, Ms. Seffens requested the parties authorize the
7 requested changes with the Court or by stipulation;

8     IT IS HEREBY STIPULATED by and between the parties that the following
9 changes be made to the trial transcript dated October 19, 2022: Add Exhibits 59, 136, and
10 623 to the Index of admitted exhibits;

11     IT IS FURTHER STIPULATED by and between the parties that the following
12 changes be made to the trial transcript dated October 24, 2022: Revise the Index of
13 admitted exhibits to list Exhibit 3334 and remove Exhibit 334; revise the Index of
14 admitted exhibits to list Exhibit 2274 and remove Exhibit 2275; and revise 208:21 to read
15 "Exhibit 2274" instead of "Exhibit 2275;"

16     IT IS FURTHER STIPULATED by and between the parties that the following
17 changes be made to the "AM" trial transcript dated October 25, 2022: Add Exhibits 711,
18 714-719, and 721-735 to the Index of admitted exhibits;

19     IT IS FURTHER STIPULATED by and between the parties that the following
20 changes be made to the "PM" trial transcript dated October 25, 2022: Revise the Index of
21 admitted exhibits to list "Exhibit 3049" and remove "Exhibit 3089;" revise 111:22 to read
22 "Exhibit 3049" instead of "Exhibit 3089;" and add Exhibit 361 to the Index of admitted
23 exhibits;

24     IT IS FURTHER STIPULATED by and between the parties that the following
25 changes be made to the "AM" trial transcript dated October 26, 2022: Revise the Index of
26 admitted exhibits to list Exhibit 2082A and remove Exhibit 2082; and revise 31:19 to
27 read "Exhibit 2082A" instead of "Exhibit 2082;"

28

1    IT IS FURTHER STIPULATED by and between the parties that the following
2 changes be made to the "AM" trial transcript dated October 27, 2022: Add Exhibit 2561
3 to the Index of admitted exhibits;
4    IT IS FURTHER STIPULATED by and between the parties that the following
5 changes be made to the "PM" trial transcript dated October 27, 2022: Revise 54:22 to
6 read "Exhibit 2652" instead of "Exhibit 2651;" and revise the Index of admitted exhibits
7 to list Exhibit 2652 and remove Exhibit 2651;
8    IT IS FURTHER STIPULATED by and between the parties that the following
9 changes be made to the "PM" trial transcript dated October 31, 2022: Revise 14:10-13 to
10 reference Exhibit 2503 and remove references to Exhibit 2053; and revise 14:14-19 to
11 reference Exhibit 2504 and remove references to Exhibit 2054.
12    IT IS SO STIPULATED.

Dated: November 4, 2022              **MICHELMAN & ROBINSON, LLP**

                                 By:   */s/ Jennifer S. Goldstein*
                                       Sanford L. Michelman, Esq.
                                       Mona Z. Hanna, Esq.
                                       Jeff D. Farrow, Esq.
                                       Marc R. Jacobs, Esq.
                                       Jesse J. Contreras, Esq.
                                       Kevin S. Kim, Esq.
                                       Allison C. Aguirre, Esq.
                                       Jennifer S. Goldstein, Esq.
                                       Adam M. Korn, Esq.

Dated: November 4, 2022              **KATTEN MUCHIN ROSENMAN LLP**

                                 By:   */s/Kristin J. Achterhof*
                                       Richard H. Zelichov, Esq.
                                       Kristin J. Achterhof, Esq.
                                       Timothy H. Gray, Esq.

                                       Attorneys for Plaintiff
                                       STRATEGIC PARTNERS, INC.

| | | |
|---|---|---|
| 1 | Dated: November 4, 2022 | **MUNGER, TOLLES & OLSON LLP** |
| 2 | | |
| 3 | | By: */s/ Jacob S. Kreilkamp* |
| | | Jacob S. Kreilkamp |
| 4 | | Adam B. Weiss |
| | | Sara A. McDermott |
| 5 | | Xiaonan April Hu |
| | | James R. Salzmann |
| 6 | | Hunter V. Armour |
| 7 | Dated: November 4, 2022 | **BIRD, MARELLA, BOXER, WOLPERT,** |
| | | **NESSIM, DROOKS, LICENBERG &** |
| 8 | | **RHOW, P.C.** |
| 9 | | |
| 10 | | By: */s/ Ekwan Rhow* |
| | | Ekwan E. Rhow |
| 11 | | Julia B. Cherlow |
| | | Fanxi Wang |
| 12 | | Cameron R. Partrovi |
| | | Attorneys for Defendants |

### ORDER

IT IS SO ORDERED.

Dated: November 14, 2022    By: _____
Hon. John W. Holcomb
United States District Judge

---

7

**STIPULATION REGARDING TRIAL TRANSCRIPT REVISIONS**