MONA Z. HANNA (SBN 131439)
 mhanna@mrllp.com
JEFFREY D. FARROW (SBN 180019)
 jfarrow@mrllp.com
KEVIN S. KIM (SBN 275200)
 kkim@mrllp.com
ALLISON C. AGUIRRE (SBN 312544)
 aaguirre@mrllp.com
MICHELMAN & ROBINSON, LLP
17901 Von Karman Avenue, Suite 1000
Irvine, CA 92614
Telephone:   (714) 557-7990
Facsimile:   (714) 557-7991

*Additional Counsel on Next Page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC PARTNERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> FIGS, INC., CATHERINE ("TRINA") SPEAR, HEATHER HASSON, <br><br> Defendants. | Case No. 2:19-cv-02286-JWH-KS <br><br> **SUPPLEMENTAL STATUS REPORT** <br><br> Trial:   October 17, 2022 <br> Time:   8:00 a.m. <br> Crtrm.:  9D <br><br> Judge: Hon. John W. Holcomb |

*Additional Counsel*

SANFORD L. MICHELMAN (SBN 179702)
 smichelman@mrllp.com
MARC R. JACOBS (SBN 185924)
 mjacobs@mrllp.com
JESSE J. CONTRERAS (SBN 190538)
 jcontreras@mrllp.com
JENNIFER S. GOLDSTEIN (SBN 310335)
 jgoldstein@mrllp.com
ADAM M. KORN (SBN 333270)
 akorn@mrllp.com
MICHELMAN & ROBINSON, LLP
10880 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90024
Telephone: (310) 299-5500
Facsimile: (310) 201-2110

KRISTIN J. ACHTERHOF
(*Admitted Pro Hac Vice*)
  kristin.achterhof@katten.com
KATTEN MUCHIN ROSENMAN LLP
525 W. Monroe Street
Chicago, IL 60661-3693
T: (312) 902-5296
F: (312) 902-1061

RICHARD H. ZELICHOV (SBN 193858)
  richard.zelichov@katten.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
T: (310) 788-4680
F: (310) 788-4471

TIMOTHY H. GRAY
(*Admitted Pro Hac Vice*)
  timothy.gray@katten.com
KATTEN MUCHIN ROSENMAN LLP
2900 K Street NW, North Tower, Suite 200
Washington, DC 20007-5118
T: (202) 625-3608
F: (202) 298-7570

*Attorneys for Plaintiff Strategic Partners, Inc.*

SUPPLEMENTAL STATUS REPORT

# SUPPLEMENTAL STATUS REPORT[1]

Plaintiff Strategic Partners, Inc. ("SPI") submits this Supplemental Status Report to apprise the Court of possible prejudicial deficiencies in FIGS' production of survey data, based on the trial deposition and trial testimony of FIGS' "Data Science Director" Brian Kim. As indicated in the parties' initial Joint Status Report, SPI anticipates filing a Motion for New Trial pursuant to Federal Rule of Civil Procedure 59. *See* Dkt. No. 931 at 1. Since that Joint Status Report, SPI has diligently reviewed the record and the survey materials produced in discovery against Mr. Kim's sworn statements and believes Mr. Kim's statements are irreconcilable with what FIGS ultimately produced. If survey data was indeed withheld—as appears to be the case—it prevented SPI from fully and fairly presenting its case. This, in turn, would justify a new trial. *See Jones v. Aero/Chem Corp.*, 921 F.2d 875, 879 (9th Cir. 1990) ("[W]hen the case involves the withholding of information called for by discovery, the party [seeking a new trial] need not establish that the result in the case would be altered.").

FIGS was previously ordered by the Special Master to produce survey data. Mr. Kim's trial deposition testimony established that survey data was collected continuously from at least 2017 to 2021, and that such data was preserved and available to FIGS at any time. The survey data spreadsheets produced by FIGS, however, chiefly contain survey data with respondents from only eight of the 71 months from February 2016 to December 2021. Since filing the initial Joint Status Report, SPI has twice requested that FIGS clarify Mr. Kim's testimony and confirm

---

[1] On November 15, 2022, SPI met and conferred with FIGS about the issues set forth herein. After FIGS did not provide answers to SPI's questions, SPI sent additional correspondence to FIGS, proposing that the parties file a Supplemental Joint Status Report. SPI provided FIGS a draft of same on November 30, 2022, with a request that FIGS provide its section of the proposed supplement the next day. On December 1, 2022, FIGS stated that "FIGS does not consent to [such an] unauthorized and frivolous filing."

exactly what survey data it produced and/or withheld so that SPI may determine whether it is appropriate or necessary to base—at least in part—its Rule 59 Motion on SPI's lack of access to that evidence. FIGS' failure to meaningfully respond to SPI's questions underscored the disparity between Mr. Kim's testimony and the data produced.

Similarly, Catherine "Trina" Spear testified at trial for the first time that Figs did not have an ERP (document management) system in place until 2019 and that FIGS "really relied on our outside partners for document retention, for recordkeeping, especially because we didn't have any ERPs early on." *See* 10/24/2022 Tr. at 177:24-180:8. Documents that FIGS entrusted to outside partners would be deemed in its possession, custody, or control under the Federal Rules of Civil Procedure. Both Ms. Spear and Ms. Hasson testified that FIGS requested all documents from such outside partners and produced everything to SPI. *See* 10/25/2022 Tr. at 51:10-53:3 (Spear); 10/23/2022 at 72:7-13 (Hasson). However, contrary to the trial testimony, Ms. Gago—the corporate representative designated by FIGS pursuant to Rule 30(b)(6)—testified at her deposition on February 3, 2022 that Ms. Hasson only allegedly asked certain outside partners to request documents for the first time in 2022, *see* Duff Gago Tr. at 467:19-468:2, and FIGS produced no such documents to SPI thereafter. In addition, Ms. Gago also testified that FIGS did not ask the fabric mills with whom it worked and allegedly relied upon for testing for any documents. *See* Duff Gago Tr. at 468:11-469:15. None of these "partners" were ever identified as custodians in FIGS' discovery disclosures. As this Circuit has long recognized, a new trial may be warranted where withheld information has demonstrable "worth as trial evidence *or* . . . as a tool for obtaining meaningful discovery." *Jones*, 921 F.2d at 879 (quotation marks omitted) (emphasis added).

\* \* \*

Accordingly, SPI respectfully requests that the Court schedule a status conference to discuss these issues and the parties' next steps in post-trial proceedings before this Court.

Dated: December 2, 2022         MICHELMAN & ROBINSON, LLP

                                By:   */s/ Mona Z. Hanna*
                                      Mona Z. Hanna, Esq.

Dated: December 2, 2022         KATTEN MUCHIN ROSENMAN LLP

                                By:   */s/ Kristin J. Achterhof*
                                      Kristin J. Achterhof, Esq.

                                *Attorneys for Plaintiff*
                                STRATEGIC PARTNERS, INC.