# EXHIBIT 2

```
1                    UNITED STATES DISTRICT COURT
2                   CENTRAL DISTRICT OF CALIFORNIA
3
     STRATEGIC PARTNERS, INC.,              )
4                                           )
                 Plaintiff,                 )
5                                           )Case No.
            vs.                             )2:19-cv-02286-JWH-KSx
6                                           )
     FIGS, INC., CATHERINE ("TRINA")        )
7    SPEAR, HEATHER HASSON,                 )
                                            )
8                Defendants.                )
     _____)
9
10
11
12
13   VIDEOTAPED VIDEOCONFERENCE ZOOM DEPOSITION OF BRIAN KIM
14                     Los Angeles, California
15                    Monday, October 31, 2022
16                           VOLUME I
17
     Remotely and Stenographically Reported by:
18   RENEE D. ZEPEZAUER, RPR, CRR
     CSR No. 6275
19   JOB No. 5563963
20   PAGES 1 - 73
21
22
23
24
25
```

Page 1

```
1                UNITED STATES DISTRICT COURT
2                CENTRAL DISTRICT OF CALIFORNIA
3

   STRATEGIC PARTNERS, INC.,              )
4                                         )
              Plaintiff,                  )
5                                         ) Case No.
         vs.                              ) 2:19-cv-02286-JWH-KSx
6                                         )
   FIGS, INC., CATHERINE ("TRINA")        )
7  SPEAR, HEATHER HASSON,                 )
                                          )
8             Defendants.                 )
   _____)
9
10
11            Videotaped Videoconference Zoom
12       Deposition of BRIAN KIM, VOLUME I, taken
13       remotely on behalf of Plaintiff in Los
14       Angeles, California, beginning at 7:04
15       p.m. and ending at 8:13 p.m., Monday,
16       October 31, 2022, before RENEE D.
17       ZEPEZAUER, Certified Shorthand Reporter
18       No. 6275.
19
20
21
22
23
24
25

                                               Page 2
```

| | | |
|---|---|---|
| 1 | FIGS; consumers do not like the claims about how these | 08:08:52 |
| 2 | products could reduce infections? | |
| 3 |     A   The surveys weren't designed to answer those | |
| 4 | specific questions so it's hard to, like, put myself in | |
| 5 | those shoes and what it's saying or not.  It's like | 08:09:05 |
| 6 | putting a square into a round peg.  It's not what's | |
| 7 | being asked. | |
| 8 |     Q   Let me ask the same question about liquid | |
| 9 | repellancy.  Did any of these surveys based on your | |
| 10 | knowledge indicate whether or not FIGS' purchasers | 08:09:18 |
| 11 | purchased or do not like FIGS' products based on liquid | |
| 12 | repellancy? | |
| 13 |        MR. WEISS:  Object to form.  Calls for | |
| 14 | speculation. | |
| 15 |        Go ahead. | 08:09:28 |
| 16 |        THE WITNESS:  I'll give the same answer.  I | |
| 17 | don't know. | |
| 18 | BY MR. KIM: | |
| 19 |     Q   Okay.  What about -- same question.  Do any of | |
| 20 | these surveys indicate whether or not FIGS' consumers do | 08:09:34 |
| 21 | not like Threads for Threads program or its charitable | |
| 22 | donation? | |
| 23 |     A   They don't like it. | |
| 24 |        MR. WEISS:  Object to form. | |
| 25 |        THE WITNESS:  Same answer.  I don't know. | 08:09:46 |

```
 1   BY MR. KIM:                                           08:09:48
 2       Q    Got it.  Okay.  Are you aware of responses
 3   to -- actually, let me show you the actual document.
 4   Give me one second here.  It's a native Excel file.  Let
 5   me know when you have it in front of you.              08:11:09
 6       A    Sorry.  What is it called?
 7       Q    It's called Exhibit 2, and it has another
 8   Exhibit number, 2282 native file.
 9            Do you have it in front of you?
10            MR. WEISS:  Kevin, is this one of the three   08:11:37
11   documents in the declaration?
12            MR. KIM:  I don't know.  But I believe this is
13   one of the similar types of surveys at least that
14   Mr. Kim has referred to in his document.
15            THE WITNESS:  Okay.  I have the file open.    08:11:53
16            MR. WEISS:  Kevin, this document is already in
17   evidence.  I don't know if you're aware of that.  So
18   that's not the purpose of this deposition.
19            MR. KIM:  It may not be the purpose of this
20   deposition for you, but it is for us.                  08:12:08
21       Q    Mr. Kim, do you recognize this document?
22            MR. WEISS:  Do you have an estimate for how
23   much longer?  Can you give us a sense?  Do you have an
24   estimate for how much longer?
25            MR. KIM:  It's going to be as long as we can to 08:12:16
```

Page 66

```
 1   get through this without interruptions.                    08:12:18

 2            MR. WEISS:  Kevin.  Kevin, we've given you all

 3   the rope here.  Hold on.  This deposition is over.  This

 4   deposition is over.  This has exceeded -- well exceeded

 5   the permissible bounds set by Judge Holcomb.  This is a    08:12:33

 6   waste of this man's time.  It's abusive.  So the

 7   deposition is over.

 8            Thank you, Mr. Kim.  You can see whatever

 9   relief you want.  Okay.

10            MR. KIM:  So for the record, Mr. Weiss            08:12:44

11   indicated he is going to end this deposition

12   prematurely.  Notwithstanding the Court has no order

13   ruling in terms of how long this deposition should go,

14   notwithstanding the fact that Mr. Weiss interrupted for

15   about 20, 25 minutes constantly.  So at this point I'm    08:12:57

16   going to leave this deposition open.  If Mr. Kim and

17   Mr. Weiss stops the deposition, we're going to leave

18   this deposition open, we'll seek relief from the Court.

19            Is that what you want to do, Adam?

20            MR. WEISS:  Yes, it is.  Kevin, the rest of us   08:13:14

21   have a case to try.  Okay.  This is not the purpose of

22   this deposition.  So the deposition over.

23            Thank you, Mr. Kim.  You can go.

24            THE WITNESS:  Thank you.

25            THE VIDEOGRAPHER:  Are we going off the record?  08:13:23
```

Page 67

```
 1            I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby certify:
 3            That the foregoing proceedings were taken
 4   before me at the time and place herein set forth; that any
 5   witnesses in the foregoing proceedings, prior to
 6   testifying, were administered an oath; that a record of
 7   the proceedings was made by me using machine shorthand
 8   which was thereafter transcribed under my direction; that
 9   the foregoing transcript is a true record of the testimony
10   given; that if the foregoing proceedings were reported
11   stenographically remote from the witness and parties, the
12   transcript of the proceedings reflects the record that I
13   could hear and understand to the best of my ability.
14            Further, that if the foregoing pertains to
15   the original transcript of a deposition in a Federal
16   Case, before completion of the proceedings, review of
17   the transcript [ ] was [ ] was not requested.
18            I further certify I am neither financially
19   interested in the action nor a relative or employee of any
20   attorney or any party to this action.
21            IN WITNESS WHEREOF, I have this date
22   subscribed my name.
23   Dated: 11/01/2022
24                    _____
25                    RENEE DiMENNO ZEPEZAUER
                      CSR #6275, RPR, CRR
```

Page 70