# EXHIBIT 3

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1                UNITED STATES DISTRICT COURT
 2                CENTRAL DISTRICT OF CALIFORNIA
 3
 4     _____
 5     STRATEGIC PARTNERS, INC.,      )
 6              Plaintiff,            )
 7          vs.                       ) Case No.
 8     FIGS, INC., CATHERINE          ) 2:19-cv-02286-JWH-KSx
 9     ("TRINA") SPEAR, HEATHER       )
10     HASSON,                        )
11              Defendants.           )
       _____)
12
13         ** CONFIDENTIAL - ATTORNEYS' EYES ONLY **
14
15            REMOTE VIDEOTAPED DEPOSITION OF
16                 CATHERINE "TRINA" SPEAR
17                 Friday, October 22, 2021
18                       Volume I
19
20     Reported by:
21     NADIA NEWHART
22     CSR No. 8714
23     Job No. 4831933
24
25     PAGES 1 - 425
```

Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
                 UNITED STATES DISTRICT COURT

                 CENTRAL DISTRICT OF CALIFORNIA


     _____
     STRATEGIC PARTNERS, INC.,      )
              Plaintiff,            )
          vs.                       ) Case No.
     FIGS, INC., CATHERINE          ) 2:19-cv-02286-JWH-KSx
     ("TRINA") SPEAR, HEATHER       )
     HASSON,                        )
              Defendants.           )
     _____)



          Remote videotaped deposition of CATHERINE
     "TRINA" SPEAR, Volume I, taken on behalf of
     Plaintiff, with all participants appearing remotely
     via videoconference and the witness testifying from
     Los Angeles, California, beginning at 9:25 a.m. and
     ending at 5:59 p.m. on Friday, October 22, 2021,
     before NADIA NEWHART, Certified Shorthand Reporter
     No. 8714.
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A    Finance and accounting, I'm -- I'm much more
 2   involved on that, given that's my background.
 3        Q    Right.  And isn't it true that you're the
 4   de facto CFO of FIGS?
 5        A    Not today.                                      11:04:40
 6        Q    At what point did you stop being the de facto
 7   CFO of FIGS?
 8        A    When we hired Jeff Lawrence this year.
 9        Q    All right.  And isn't it true that you
10   personally oversaw FIGS' finance department?             11:04:52
11        A    I did oversee, and I still oversee our
12   finance department.
13        Q    Okay.  And isn't it true that FIGS tracks its
14   net unit sales broken down by product type?
15        A    We track a whole host of information about    11:05:09
16   our sales.
17        Q    Isn't it true that FIGS tracks its net unit
18   sales broken down by product type?
19        A    What do you mean by product type?
20        Q    You don't know what product type means?       11:05:18
21        A    We have a lot of different ways we define a
22   product type.
23        Q    Well --
24        A    It could be a category, it could be style, it
25   could be a color, it could be a SKU, it could be a      11:05:27
```

Page 104

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    variant of a size.
 2            So it could be a regular cut, a slim cut, a
 3    high waist, a regular waist.  It could be the length
 4    of the pants; it could be regular length, tall.
 5       Q    I get it.  Stop filibustering.              11:05:42
 6            Using any definition that you want --
 7            MR. KREILKAMP:  Hey, don't lecture my
 8    witness, Sanford, okay?
 9    BY MR. MICHELMAN:
10       Q    -- any -- any definition you want.          11:05:53
11            MR. KREILKAMP:  Be professional, okay?
12    BY MR. MICHELMAN:
13       Q    -- any definition you want, isn't it true
14    that FIGS tracks its net unit sales broken down by
15    product type?                                       11:06:01
16       A    Net unit sales by product type, I believe we
17    have that.
18       Q    Yeah.  And you've always had that; isn't that
19    correct?
20       A    I don't think we've always had that.  I mean, 11:06:11
21    we definitely upgraded our systems over time, and
22    that's been easier to pull.  You know, earlier on, I
23    think that was more difficult just given our -- we
24    didn't have any ERP in place, we didn't have
25    NetSuite in place, so we've evolved to be able to do 11:06:22
```

Page 105

```
 1    that over time.
 2       Q    When did you get the ability to track net
 3    unit sales broken down by product type?
 4            MR. KREILKAMP:  I think the first part of
 5    your question cut out there.  Can you repeat it.        11:06:33
 6    BY MR. MICHELMAN:
 7       Q    When did you -- when did FIGS get the ability
 8    to track net unit sales broken down by product type?
 9       A    Oh, I don't remember the exact date.
10       Q    2019?                                           11:06:43
11       A    We implemented NetSuite in 2019, so we -- we
12    probably had the ability from when we implemented
13    that.
14       Q    Okay.  Did you have the ability in 2014?
15       A    I don't think so.  We were a startup.  We       11:07:04
16    didn't have all of our, you know, systems in place
17    to the extent we do today.
18       Q    All right.  How about 2015?
19       A    I don't -- I don't think we did.  I mean, our
20    sales were not very high in those early years.  And    11:07:14
21    so, you know, that wouldn't have been something that
22    we were focused on, because we were focused on
23    generating any sales, let alone breaking them down
24    in different ways.
25       Q    How about 2016?                                 11:07:29
```

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL — ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A | Same, right?  2016, sales -- |
| 2 | Q | How about 2017? |
| 3 | A | Yeah, I don't think we'd look at it -- or we |
| 4 | | had that then. |
| 5 | Q | 2018?                                                    11:07:43 |
| 6 | A | Same.  I mean, we didn't implement the system |
| 7 | | until 2019. |
| 8 | Q | Okay. |
| 9 | A | And from a financial standpoint, just to add |
| 10 | | to this a little bit --                                 11:07:53 |
| 11 | Q | I don't need anymore.  The question is done. |
| 12 | | I asked for time.  I don't need more. |
| 13 | | MR. KREILKAMP:  Well, no, no, you're -- |
| 14 | | you're welcome to finish answering the question if |
| 15 | | you have more to say.                                   11:08:01 |
| 16 | | MR. MICHELMAN:  No, no, that's not even |
| 17 | | responsive, and I know what she's doing. |
| 18 | Q | Let me ask you -- |
| 19 | | MR. KREILKAMP:  But, Sanford, again, she's -- |
| 20 | | if she wants to say more to answer the question,        11:08:07 |
| 21 | | she's entitled to do that. |
| 22 | BY MR. MICHELMAN: | |
| 23 | Q | So let me ask you -- |
| 24 | A | All I was going to say, Sanford, is that -- |
| 25 | | or Mr. Michelman, all I was going to say is that,       11:08:14 |

```
 1    you know, products -- net sales by product type
 2    isn't a financial -- it's not -- it doesn't go on
 3    the financials.  So it's not important to anything
 4    that we're -- from a financial standpoint.
 5           MR. MICHELMAN:  Great.  It has nothing to do     11:08:27
 6    with my question, so move to strike.
 7       Q   You were intimately knowledgeable -- strike
 8    that.
 9           Do you consider Heather Hasson a good friend?
10       A   Yes, Heather is a good friend.                  11:08:37
11       Q   Do you consider her to be truthful?
12       A   Yes, very.
13       Q   Has she ever lied to you?
14       A   No.
15       Q   Has she ever made you to believe that she's a   11:08:43
16    liar?
17       A   Never.
18       Q   What year did she get her M.B.A. from Oxford?
19       A   I don't know if she got her M.B.A.  She was a
20    part of a program at Oxford for a few months, and I   11:08:55
21    don't have all the details around that.
22       Q   So do you know if she got her M.B.A. from
23    Oxford?
24       A   She was in an M.B.A. program.  I don't know
25    if you would call it got her M.B.A. -- I don't know   11:09:07
```

Page 108

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1          I, the undersigned, a Certified Shorthand
 2    Reporter of the State of California, do hereby
 3    certify:
 4          That the foregoing proceedings were taken
 5    before me at the time and place herein set forth;
 6    that any witnesses in the foregoing proceedings,
 7    prior to testifying, were administered an oath; that
 8    a record of the proceedings was made by me using
 9    machine shorthand which was thereafter transcribed
10    under my direction; that the foregoing transcript is
11    a true record of the testimony given.
12          Further, that if the foregoing pertains to the
13    original transcript of a deposition in a Federal
14    Case, before completion of the proceedings, review
15    of the transcript [ ] was [ ] was not requested.
16          I further certify that I am neither financially
17    interested in the action nor a relative or employee
18    of any attorney or any party to this action.
19          IN WITNESS WHEREOF, I have this date subscribed
20    my name.
21          Dated: October 25, 2021
22
23          [signature: Nadia Newhart]
24          NADIA NEWHART
25          CSR NO. 8714
```

Page 421