1 | MONA Z. HANNA (SBN 131439)
  | mhanna@mrllp.com
2 | JEFFREY D. FARROW (SBN 180019)
  | jfarrow@mrllp.com
3 | KEVIN S. KIM (SBN 275200)
  | kkim@mrllp.com
4 | ALLISON C. AGUIRRE (SBN 312544)
  | aaguirre@mrllp.com
5 | **MICHELMAN & ROBINSON, LLP**
  | 17901 Von Karman Avenue, Suite 1000
6 | Irvine, CA 92614
  | Telephone:   (714) 557-7990
7 | Facsimile:   (714) 557-7991

8 | KRISTIN J. ACHTERHOF
  | (*Admitted Pro Hac Vice*)
9 | kristin.achterhof@katten.com
  | **KATTEN MUCHIN ROSENMAN**
10 | **LLP**
   | 525 W. Monroe Street
11 | Chicago, IL 60661-3693
   | Telephone:   (312) 902-5296
12 | Facsimile:   (312) 902-1061

13 | *Additional Counsel on Next Page*

14

15 | **UNITED STATES DISTRICT COURT**

    | **CENTRAL DISTRICT OF CALIFORNIA**
16

17

18 | STRATEGIC PARTNERS, INC.,                | Case No. 2:19-cv-02286-JWH-KS
   |                                          |
19 |                      Plaintiff,          | **PLAINTIFF STRATEGIC PARTNERS INC.'S SUPPLEMENTAL APPENDIX IN SUPPORT OF ITS POST-TRIAL REPLY BRIEF ON EQUITABLE CLAIMS AND CAUSATION AND PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**
   |                                          |
20 |            vs.                           |
   |                                          |
21 | FIGS, INC., CATHERINE ("TRINA")          |
   | SPEAR, HEATHER HASSON,                   |
22 |                                          |
   |                      Defendants.         |
23 |                                          |
   |                                          | Trial:   October 17, 2022
24 |                                          | Time:    8:00 a.m.
   |                                          | Crtrm.:  9D
25 |                                          |
   |                                          | Judge: Hon. John W. Holcomb
26

27

28

---

**PLAINTIFF SPI'S SUPPLEMENTAL COMPENDIUM OF EVIDENCE IN SUPORT OF ITS POST-TRIAL BRIEF AND PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

*Additional Counsel:*

SANFORD L. MICHELMAN (SBN 179702)
 smichelman@mrllp.com
MARC R. JACOBS (SBN 185924)
 mjacobs@mrllp.com
JESSE J. CONTRERAS (SBN 190538)
 jcontreras@mrllp.com
JENNIFER S. GOLDSTEIN (SBN 10335)
 jgoldstein@mrllp.com
ADAM M. KORN (SBN 333270)
 akorn@mrllp.com
MICHELMAN & ROBINSON, LLP
10880 Wilshire Boulevard, 19th Floor
Los Angeles, CA 90024
Telephone: (310) 299-5500
Facsimile: (310) 201-2110

RICHARD H. ZELICHOV (SBN 193858)
 richard.zelichov@katten.com
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
T: (310) 788-4680
F: (310) 788-4471

TIMOTHY H. GRAY
(*Admitted Pro Hac Vice*)
 timothy.gray@katten.com
KATTEN MUCHIN ROSENMAN LLP
2900 K Street NW, North Tower, Suite 200
Washington, DC 20007-5118
T: (202) 625-3608
F: (202) 298-7570

*Attorneys for Plaintiff*

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Strategic Partners, Inc. ("SPI") hereby submits the following Supplemental Appendix of evidence in support of (1) its Post-Trial Reply Brief regarding SPI's ability to establish the causation element of its equitable claims brought under California's Unfair Competition Law ("UCL"), Cal. Bus. & Prof. Code § 17200, and California's False Advertising Law ("FAL"), *id.* § 17500, and (2) SPI's Proposed Findings of Fact and Conclusions of Law.

| EXHIBIT | DOCUMENT |
|---------|----------|
| U | Trial Exh. 42: 02/20/2015 Email from Megan Eden to Elaine Chiang Re: "Antimicrobial" |
| V | Trial Exh. 59: 11/21/2013 Email from Trina Spear to Heather Hasson CC: Elaine Chiang Re: Updated Crocs PR Kit (FIGS0033830_DD1 - FIGS0033837_DD1) |
| W | Trial Exh. 104: 09/23/2015 Email T. Spear to M. Leban re "customer list - from Cherokee" and attachment "Full Cusomterr [sic] list.xls " (FIGS0058951_DD1 - FIGS0058953_DD1) |
| X | Trial Exh, 128: 02/13/2019 Email from Marie Boney to Trina Spear, Jenny Seyfried CC: Heather Hasson, Devon Duff Gago RE: Brand Book |
| Y | Trial Exh. 129: 06/10/2020 FIGS Invoice to USC Ostrow School of Dentistry |
| Z | Trial Exh. 136: 03/03/2015 Email from Ananda Bhavani to Heather Hasson RE: "FIGS Wholesale - Product Marketing" |
| AA | Trial Exh. 144: 03/02/2016 Email from Trina Spear to Elaine Chiang CC: Heather Hasson , Marie Boney Re: Threads for Threads Impact Section - Need Copy |

**PLAINTIFF SPI'S SUPPLEMENTAL APPENDIX OF EVIDENCE IN SUPORT OF ITS POST-TRIAL BRIEF AND PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

| EXHIBIT | DOCUMENT |
|---------|----------|
| BB | Trial Exh. 146: 03/20/2017 Email from Trina Spear to Joseph Granato CC: Heather Hasson Re: A board package |
| CC | Trial Exh. 147: 02/24/2016 Email from Trina Spear to Heather Hasson Re: Writing Example |
| DD | Trial Exh. 158: Document entitled "Sets Donated" |
| EE | Trial Exh. 165: (2/04/2014 Email from T. Spear to J. Draper re: Glam Q&A (plus attachments) |
| FF | Trial Exh. 200: 2015 FIGS Catalog |
| GG | Trial Exh. 204: 02/26/2015 Email from Elaine Chiang to Marie Zalameda CC: Heather Hasson, et al. Re: "Update - Innovation Mockup" |
| HH | Trial Exh. 233: 07/23/2015 FIGS Instagram Post |
| II | Trial Exh. 290: 12/23/2015 Email from M. Eden to T. Spear, H. Hasson et al re "antimacrobial" |
| JJ | Trial Exh. 587: 12/31/2019 FIGS Units Sold by Product Type (2019) (FIGS0032667) |
| KK | Trial Exh. 593: 05/19/2020 Touro Customer Invoice |
| LL | Trial Exh. 606: 12/19/2018 Email from Jenny Seyfried to Trina Spear Re: HAF Score- do we have a doc (FIGS0008860_DD1 - FIGS0008861_DD1) |
| MM | Trial Exh. 610: 08/19/2020 Facebook Document of FIGS (@wearFIGS)- Clothing Brand |
| NN | Trial Exhs. 697, 698, 700, and 713-20: Test Results Reports from EMSL Analytical |
| OO | Trial Exh. 711: 03/07/2022 Vartest Laboratories Third Party Test Results |

| EXHIBIT | DOCUMENT |
|---|---|
| PP | Trial Exhs. 721-735: Vartest Laboratories Test Results |
| QQ | Trial Exh. 782: 2020-2021 FIGS Units Sold by Product Type |
| RR | Trial Exh. 3348: FIGS - Units Sold by Product Type 2014-2018 |
| SS | Excerpts from the Designated Deposition Testimony of Ben Chase, played to jury October 18, 2022 |
| TT | Excerpts from the Trial Testimony of Heather Hasson (October 19, 2022) |
| UU | Excerpts from the Designated Deposition Testimony of Devon Duff Gago, played to the jury October 19, 2022 |
| VV | Excerpts from the Trial Testimony of Catherine "Trina" Spear and Dr. Itamar Simonson (October 24, 2022) |
| WW | Excerpts from the Trial Testimony of Dr. Peter Hauser (October 25, 2022) |
| XX | Excerpts from the Trial Testimony of Dr. Deverick Anderson and Dr. Peter Hauser (October 26, 2022) |
| YY | Excerpts from the Trial Testimony of Michael Singer (October 27, 2022) |
| ZZ | Excerpts from the Trial Testimony of Kusum Ailawadi (October 27, 2022) |
| AAA | Excerpts from the Designated Deposition Testimony of Timothy Byers, played to jury October 31, 2022 |

**PLAINTIFF SPI'S SUPPLEMENTAL APPENDIX OF EVIDENCE IN SUPORT OF ITS
POST-TRIAL BRIEF AND PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

1  Dated: January 20, 2023     MICHELMAN & ROBINSON, LLP

2

                         By:   */s/ Mona Z. Hanna, Esq.*

3                             Mona Z. Hanna, Esq.

4

  Dated: January 20, 2023     KATTEN MUCHIN ROSENMAN LLP

5

6                         By:   */s/ Kristin J. Achterhof, Esq.*

7                             Kristin J. Achterhof, Esq.

8                           *Attorneys for Plaintiff*
                           STRATEGIC PARTNERS, INC.

**PLAINTIFF SPI'S SUPPLEMENTAL APPENDIX OF EVIDENCE IN SUPORT OF ITS POST-TRIAL BRIEF AND PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW**

# EXHIBIT U

---

**Message**

| | |
|---|---|
| **From:** | Megan Eden [megan@wearfigs.com] |
| **Sent:** | 2/20/2015 11:38:40 AM |
| **To:** | Elaine Chiang [elaine@wearfigs.com] |
| **Subject:** | Re: Antimicrobial |

Our proprietary FION technnology utilizes an anti-microbial enzyme coating that is woven into the fibers of our scrubs. Most anti-microbial scrubs are treated after the yarns are woven and consequently, the treatment washes out after 4-5 washes. Fortunately, our anti-microbial coating lasts the full lifetime of the uniform.

Our FION technology prevents bacteria and infections from seeping through our garments.

MEGAN EDEN
CUSTOMER EXPERIENCE



915 S. Mateo Street, Ste 311
Los Angeles, CA 90021
P: 877.444.8411
www.wearFIGS.com | newsletter-sign up!

---

**From:** Elaine Chiang <elaine@wearfigs.com>
**Date:** Friday, February 20, 2015 at 11:19 AM
**To:** Megan Eden <megan@wearfigs.com>
**Subject:** Antimicrobial

What have you been writing to customers who ask about antimicrobial scrubs

ELAINE CHIANG
DIGITAL MARKETING DIRECTOR



915 S. MATEO STREET STE 311
LOS ANGELES, CALIFORNIA 90021
M: 626.780.8948
www.wearFIGS.com | newsletter-sign up!

# EXHIBIT V

---

**Message**

| | |
|---|---|
| **From**: | Trina Spear [trina@wearfigs.com] |
| **Sent**: | 11/21/2013 8:59:23 PM |
| **To**: | Heather Hasson [heather@wearfigs.com] |
| **CC**: | Elaine Chiang [elaine@wearfigs.com] |
| **Subject**: | Updated Crocs PR Kit |
| **Attachments**: | Crocs_PR Kit_v2.pptx |

Great comments Elaine.

Heather -

Please send this version to Pete.

Thanks,
Trina

**TRINA SPEAR**
PRESIDENT // CO-FOUNDER

**FIGS**
3431 WESLEY ST, STUDIO B
CULVER CITY, CALIFORNIA 90232
M: 646.510.4880 // O: 310.202.1000
www.wearFIGS.com



FIGS is revolutionizing the old and stodgy $9 billion medical apparel industry. FIGS has given the medical "uniform" a huge face lift by using 100% ridiculously soft, performance fabrics that are tailored to perfection.

Through its *threads for threads* initiative, for every set of scrubs sold, FIGS distributes a set to a healthcare provider in need.

FIGS0033831_DD1

**EX.0059 - 2**

## THE IDEA FOR FIGS

Heather Hasson was grabbing coffee with her friend, Jamie, a Nurse Practitioner at City of Hope Hospital. Jamie was embarrassed to meet Heather in her medical uniform, because of how awful she thought they made her look. She explained that there was nothing else available that was more flattering. Knowing how vast the apparel landscape was, Heather was unconvinced. After three months of research, she realized that there was not one uniform that she could recommend to her dear friend!

Taking matters into her own hands, Heather took Jamie's scrubs and completely redesigned the scrubs - taking in the inseam, moving the pockets, bringing in the shoulders, and more. Jamie loved her new uniform! Soon, other medical professionals at City of Hope noticed Jamie's tailored scrubs and started calling Heather to fix their scrubs too. That is when Heather realized she had a real business on her hands...



FIGS0033832_DD1

**EX.0059 - 3**



## OUR PRODUCT

Boxy and ill-fitting scrubs? Baggy unisex lab coats? Harsh fabrics? That is no way to go to work every day and perform your best. There has got to be a better way - welcome to FIGS!

FIGS has disrupted the status quo on every dimension — fit, comfort, performance, functionality, and durability. We deliver the highest quality medical apparel, infusing fashion-forward tailoring and angular cuts into a 100% ridiculously soft woven blend that casts a striking silhouette. Applying our distinctive Innovative Synaptic Flex Technology, our scrubs move with you in an effortless flex that compliments your actions, as well as your figure. Accented with our signature yellow bar tacking and featuring a classic color palette, FIGS scrubs masters the modern aesthetic of the confident healthcare professional.

FIGS0033833_DD1

**EX.0059 - 4**

## OUR BUSINESS MODEL

Medical professionals have been subjected to an inferior shopping experience, where they have had to find their mandated medical uniforms in remote discount aggregated stores or outdated discount aggregated sites. Even if they knew what they were looking for, they would not be able to find it.



FIGS has bypassed the antiquated distribution model and delivers their medical apparel directly to its customer. Through its customer centric, vertically integrated e-commerce platform, FIGS has transformed the way medical professionals shop by redesigning the experience.

FIGS0033834_DD1

**EX.0059 - 5**

## HOW WE GIVE BACK

Through our *threads for threads* initiative, for every set of scrubs sold, FIGS gives a set to a healthcare provider in need.

**Why We Do What We Do**

- Many medical professionals cannot afford or access clean scrubs
- Clean scrubs reduce the spreading of disease and infection. In the past year, we have reduced the hospital acquired infection rate by 66%.
- The medical uniform is a recognizable symbol of caring and commitment, promoting a strong sense of pride, professional identity and teamwork.



We work with Project C.U.R.E. and other healthcare organizations to execute on our mission. To date, we have donated over 5,000 sets of scrubs in 11 different countries (Kenya, South Sudan, Jordan, Honduras, Ecuador, Senegal, Uganda, Haiti, Dominican Republic, Botswana, Philippines).

FIGS0033835_DD1

**EX.0059 - 6**

## MEET THE FOUNDERS



trina spear        heather hasson

**Heather Hasson** has spent her career as a social entrepreneur focused on high end fashion – she had a luxury handbag and premium tie company. Heather created FIGS to bring the beauty, design and performance focus from the fashion world to the medical apparel world. Heather started donating uniforms when she was 19 years old in Vietnam. Over the past decade, Heather has donated over 12,000 uniforms to children in need. Through our *threads for threads* initiative, FIGS has donated over 5,000 sets of scrubs to medical professionals in need around the world. Heather received a B.S. in Political Science from University of Wisconsin.

**Trina Spear** has spent the majority of her career on Wall Street.  Prior to FIGS, Trina worked at Blackstone, where she was involved in business and product development. Trina began her career at Citigroup in Investment Banking and Private Equity, where she advised companies on M&A transactions and executed private equity investments across industries. Trina had performed diligence on the medical apparel industry while working in private equity. After learning about the lack of innovation in the space, Trina felt as though she could bring something significantly better to the market while making a difference in the world. Trina received a B.A. in Economics from Tufts University, where she graduated magna cum laude, and an MBA from Harvard Business School.

FIGS0033836_DD1

**EX.0059 - 7**

THANK YOU!

COMPANY CONTACT: TRINA SPEAR // TRINA@WEARFIGS.COM // 3431 WESLEY ST, STUDIO B, CULVER CITY CA 90232

FIGS0033837_DD1

**EX.0059 - 8**



Message

| | |
|---|---|
| **From:** | Trina Spear [trina@wearfigs.com] |
| on behalf of | Trina Spear <trina@wearfigs.com> [trina@wearfigs.com] |
| **Sent:** | 9/23/2015 1:45:21 PM |
| **To:** | Matthew Leban [Matthew Leban <matthew@wearfigs.com>]; Laura Pinzon [Laura Pinzon <laura@wearfigs.com>] |
| **Subject:** | Fwd: customer list - from Cherokee |
| **Attachments:** | Full Customerr list.xls |

TRINA SPEAR
PRESIDENT // CO-FOUNDER



1909 Tyler Street, Suite 306
Hollywood, FL 33020
Office: 954-866-1099 x100 // Cell: 646-510-4880 // Fax: 877-582-3777
www.wearFIGS.com | newsletter-sign up!

---------- Forwarded message ----------
From: **Dan Abitan** <dan@wearfigs.com>
Date: Sat, Oct 11, 2014 at 4:43 PM
Subject: customer list - from Cherokee
To: Trina Spear <trina@wearfigs.com>, Heather Hasson <heather@wearfigs.com>

Hi Trina/heather,

Around almost 2 years ago, someone at Cherokee screwed up and sent out their complete customer listing, credit card info and all.

We deleted the credit card info asap, but kept the list.

My suggestion is to separate the list by state and send it to the reps so they can have additional listings.

They might already work with most of these accounts in their territories, but you never know.

For the customers on this spreadsheet that fall in the states that we have no coverage, we can have customer service start calling on them and sending them catalogs and stuff like that to get sales going as well for early jan 2015.

Whoever sent this list out from Cherokee, probably got fired instantly.

FIGS0058951_DD1

**EX.0104 - 1**

Thanks

Dan Abitan

FIGS0058952_DD1

**EX.0104 - 2**

**This record produced in native format**

CONFIDENTIAL

# EXHIBIT X

---

Message

| | |
|---|---|
| **From:** | Marie Bonéy [marie@wearfigs.com] |
| **on behalf of** | Marie Bonéy <marie@wearfigs.com> [marie@wearfigs.com] |
| **Sent:** | 2/13/2019 10:43:52 AM |
| **To:** | Trina Spear [Trina Spear <trina@wearfigs.com>]; Jenny Seyfried [Jenny Seyfried <jenny@wearfigs.com>] |
| **CC:** | Heather Hasson [Heather Hasson <heather@wearfigs.com>]; Devon Duff Gago [Devon Duff Gago <devon@wearfigs.com>] |
| **Subject:** | Re: brand book |

Hi Trina,

Attached!

--

MARIE BONEY
DIGITAL ART DIRECTOR

⬡FIGS

11390 W Olympic Blvd. Suite 350
Los Angeles, California 90064
Office: +1310-504-3709 ext.107 // Fax: +1877-295-5545
www.wearFIGS.com | newsletter sign-up | @wearfigs

On Tue, Feb 12, 2019 at 11:09 PM Trina Spear <trina@wearfigs.com> wrote:
marie - can you send the latest brand book in pdf format?

thanks!

TRINA SPEAR
CO-CEO//CO-FOUNDER

⬡FIGS

11390 W Olympic Blvd. Suite 350
Los Angeles, California 90064
Cell: 646-510-4880
www.wearFIGS.com | newsletter sign-up | @wearfigs

FIGS0000202_DD1

EX.0128 - 1



FIGS0000203_DD1

**EX.0128 - 2**



Kaiser Medical Center, California

FIGS0000204_DD1

**EX.0128 - 3**

**FIGS transforms the healthcare experience.**

We are a modern lifestyle company for the healthcare professional.

We create innovative medical apparel that makes the healthcare community

look good, feel good, and perform at their best.

For every set of scrubs sold, we give a set to a healthcare provider in need.

FIGS0000205_DD1

**EX.0128 - 4**



**EX.0128 - 5**

FIGS0000206_DD1



**EX.0128 - 6**

FIGS0000207_DD1



**EX.0128 - 7**



**EX.0128 - 8**

FIGS0000209_DD1



**EX.0128 - 9**

FIGS0000210_DD1

the new uniform cool witty comfort
innovation modern
sophisticated los angeles interesting
**daring clever polished**
u n d e r s t a t e d   e f f o r t l e s s
**a d v e n t u r o u s   f r e s h   t e a m w o r k**
threads for threads™
r i s k t a k e r s   s m a r t   a l t r u i s t i c   f u n
**p e r f o r m a n c e   p u r p o s e - d r i v e n**

FIGS0000211_DD1

**EX.0128 - 10**



Whatever you're thinking, think BIGGER.

FIGS0000212_DD1



Heather Hasson

Trina Spear

FIGS0000213_DD1

**EX.0128 - 12**



FIGS0000214_DD1

**EX.0128 - 13**



EX.0128 - 14

FIGS0000215_DD1



The highest standards weren't available so we created them.

FIGS0000216_DD1



FIGS0000217_DD1

EX.0128 - 16



**EX.0128 - 17**

FIGS0000218_DD1



FIGS0000219_DD1



**EX.0128 - 19**

FIGS0000220_DD1



**EX.0128 - 20**

FIGS0000221_DD1



EX.0128 - 21

FIGS0000222_DD1



The medical profession is the ultimate contact sport.

FIGS0000223_DD1



EX.0128 - 23

FIGS0000224_DD1



**EX.0128 - 24**

FIGS0000225_DD1



FIGS0000226_DD1

**EX.0128 - 25**



**EX.0128 - 26**



**EX.0128 - 27**

FIGS0000228_DD1



Dream big, work hard, stay focused, and surround yourself with a lot of champagne.

- H.H.

**EX.0128 - 28**



**EX.0128 - 29**

FIGS0000230_DD1



EX.0128 - 30

FIGS0000231_DD1



**EX.0128 - 31**

FIGS0000232_DD1



Be an outsider.

**EX.0128 - 32**

FIGS0000233_DD1



FIGS0000234_DD1

**EX.0128 - 33**



FIGS0000235_DD1

**EX.0128 - 34**



FIGS0000236_DD1

**EX.0128 - 35**



**EX.0128 - 36**

FIGS0000237_DD1



FIGS0000238_DD1

EX.0128 - 37



The future belongs to the few of us still willing to get our hands dirty.

FIGS0000239_DD1



EX.0128 - 39

FIGS0000240_DD1



**EX.0128 - 40**

FIGS0000241_DD1



FIGS0000242_DD1

**EX.0128 - 41**



Ridiculously soft scrubs.

**EX.0128 - 42**

FIGS0000243_DD1



EX.0128 - 43



**EX.0128 - 44**

FIGS0000245_DD1









Of course I talk to
myself because I need
expert advice.

- Me









FIGS0000246_DD1

**EX.0128 - 45**



**EX.0128 - 46**

FIGS0000247_DD1



**EX.0128 - 47**

FIGS0000248_DD1



FIGS0000249_DD1

**EX.0128 - 48**



100% awesome medical apparel.

FIGS0000250_DD1



FIGS0000251_DD1

**EX.0128 - 50**



**EX.0128 - 51**

FIGS0000252_DD1





op·tom·e·trist
[op-tom-i-trist]
*noun*
a person who practices optometry.

FIGS0000253_DD1

EX.0128 - 52





## Our Factories:

Los Angeles, USA
Taipei, Taiwan
Nanchung, China
Ho Chi Minh, Vietnam
Lima, Peru

**EX.0128 - 54**

FIGS0000255_DD1



**EX.0128 - 55**

FIGS0000256_DD1



**EX.0128 - 56**

FIGS0000257_DD1



**EX.0128 - 57**

FIGS0000258_DD1



FIGS0000259_DD1

**EX.0128 - 58**



FIGS0000260_DD1



FIGS0000261_DD1

EX.0128 - 60



EX.0128 - 61

FIGS0000262_DD1



For every set of scrubs sold,
FIGS gives a set to a healthcare provider in need.



**EX.0128 - 62**

FIGS0000263_DD1

FIGS0000264_DD1

**EX.0128 - 63**

# EXHIBIT Y



Date: 6/10/2020
Order #3168890

Bill To:
Kim Eeles
Ostrow School of Dentistry of USC
925 W. 34th St., #201
Los Angeles CA 90089

Ship To:
Kim Eeles
Ostrow School of Dentistry of USC
925 W. 34th St., #201
Los Angeles CA 90089

| Product | Color | Size | Qty | Unit Price | Amount |
|---|---|---|---|---|---|
| Scrub tops and pants | | | | | $8,724.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Subtotal | $          8,724.00 |
| | | | | CA STATE TAX 6% | $             523.44 |
| | | | | CA SPECIAL TAX 2.25% | $             196.32 |
| | | | | CA COUNTY TAX 0.25% | $               21.84 |
| | | | | CA SPECIAL TAX 1% | $               87.24 |
| | | | | Shipping | $                    - |
| | | | | TOTAL | $9,552.84 |

*For every set of scrubs sold, FIGS gives a set to a healthcare provided in need.*

2834 Colorado Ave #100 Santa Monica, CA 90404

Fax: 1-877-295-5545

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

**EX.0129 - 1**

USC_00000391

# EXHIBIT Z

| | |
|---|---|
| **Date:** | Tuesday, March 3 2015 10:55 PM |
| **Subject:** | Fwd: FIGS Wholesale - Product Marketing |
| **From:** | Ananda Bhavani <ananda@wearfigs.com> |
| **To:** | Heather Hasson <Heather Hasson <heather@wearfigs.com>>; |

I am a bit confused, does Trina know that the Poly/Rayon does not have any treatments on it? I am not sure how to say all of these things & back up the technology if it is not there... :(

---------- Forwarded message ---------
From: **Trina Spear** <trina@wearfigs.com>
Date: Tue, Mar 3, 2015 at 2:52 PM
Subject: FIGS Wholesale - Product Marketing
To: Heather Hasson <heather@wearfigs.com>, Elaine Chiang <elaine@wearfigs.com>, Marie Zalameda <marie@wearfigs.com>, Ananda Bhavani <ananda@wearfigs.com>, Dan Abitan <dan@wearfigs.com>


FIGS Wholesale - Product Education:

These are the following product attributes that I would like to include with tons of information and little icons in catalog and on **HANG TAGS (like a little booklet)** going forward.
- anti-microbial
- stain repellent
- liquid resistant
- anti-chafing
- wrinkle resistant
- lint free
- moisture wicking
- 4 way stretch (I guess not this until we launch poly/rayon/spandex to wholesale market in spring 2016)

Very sciency and cool - like goretex, dri-fit lulu, etc.; research to back everything up...

Are we doing technical comfort, fion, something else?

Cherokee is going after the wholesale market with poly rayon fabric with anti-microbial treatment at our price point in a big way. Our design and brand blows them away but our research and marketing of these attributes must also compete with theirs.

Thanks!

TRINA SPEAR
PRESIDENT // CO-FOUNDER



1909 Tyler Street, Suite 308
Hollywood, FL 33020
Office: 954-866-1099 x100 // Cell: 646-510-4880
www.wearFIGS.com | newsletter-sign up!


--

**EX.0136 - 1**

ANANDA BHAVANI
DESIGN DIRECTOR



11390 W. Olympic Blvd. Ste 280
Los Angeles, CA 90064
M: 310-897-0771
www.wearFIGS.com | newsletter-sign up!

**EX.0136 - 2**

# EXHIBIT AA

Message
| | |
|---|---|
| **From**: | Trina Spear [trina@wearfigs.com] |
| on behalf of | Trina Spear <trina@wearfigs.com> [trina@wearfigs.com] |
| **Sent**: | 3/2/2016 4:22:11 PM |
| **To**: | Elaine Chiang [Elaine Chiang <elaine@wearfigs.com>] |
| **CC**: | Heather Hasson [Heather Hasson <heather@wearfigs.com>]; Marie Bonéy [=?utf-8?Q?Marie_Bon=C3=A9y?= <marie@wearfigs.com>] |
| **Subject**: | Re: Threads for Threads Impact Section - Need Copy |

Exactly.

1) Reduce HAI rate
2) professionalize and standardize your team
3) give back through our threads for threads initiative.


Sent from my iPhone

On Mar 2, 2016, at 6:59 PM, Elaine Chiang <elaine@wearfigs.com> wrote:

> What are the points we want to get across? My thoughts....sanitary, unifying as a team, identify to community they are the healers
>
> idea below...needs a lot of content/wordsmithing.
>
> GLOBAL HEALTHCARE After a single work shift, 92% of uniforms worn on a general medical floor carry MRSA, VRE or C. difficile bacteria. Clean FIGS scrubs reduce hospital acquired infection rates by 66%.
>
> UNITY AS A TEAM Without proper medical apparel, the healthcare workers in resource poor areas wear standard clothing while performing procedures. FIGS scrubs unify a team as a unit
>
> HEALING THE COMMUNITY Remember that pride you felt when you put on your first set of scrubs? Many of these healthcare providers have never owned scrubs. FIGS scrubs help identify them proudly to the their community as the healthcare providers.


> ELAINE CHIANG
> DIGITAL MARKETING DIRECTOR
>
> 
>
> 11390 W. Olympic Blvd. Suite 280
> Los Angeles, California 90064
> O: 310.504.3709 x 106 // M: 626.780.8948
> www.wearFIGS.com | **newsletter-sign up!**

On Wed, Mar 2, 2016 at 2:32 PM, Heather Hasson <heather@wearfigs.com> wrote:

**EX.0144 - 1**

I'll do this tomorrow on the plane. 👍

Looking great.

Sent from my iPhone

On Mar 2, 2016, at 1:28 PM, Marie Bonéy <marie@wearfigs.com> wrote:

> This section is ready for 4.2, I just need copy under "What's the Impact of a set of FIGS Scrubs?"
>
> <Screen Shot 2016-03-02 at 10.26.17 AM.png>
>
> Thanks
> --
> Marie Bonéy
> SENIOR GRAPHIC DESIGNER
>
> 
>
> 11390 W Olympic Blvd. Suite 280
> Los Angeles, California 90064
> T: +1310 504 3709 ext. 107
> www.wearFIGS.com | newsletter-sign up!

**EX.0144 - 2**

# EXHIBIT BB

Message
_____

| | |
|---|---|
| **From:** | Trina Spear [trina@wearfigs.com] |
| **on behalf of** | Trina Spear <trina@wearfigs.com> [trina@wearfigs.com] |
| **Sent:** | 3/20/2017 12:10:42 PM |
| **To:** | Joseph Granato [Joseph Granato <joseph@jpgranato.com>] |
| **CC:** | Heather Hasson [Heather Hasson <heather@wearfigs.com>] |
| **Subject:** | Re: A board package |
| **Attachments:** | FIGS Overview.pdf; FIGS_The PJ Project.pdf |

Hi Joe,

Thanks so much for telling the board member of Baptist about FIGS.

Please see attached for a few presentations. We built the PJ Project in partnership with one of Baptist's neighbors in Miami - Nicklaus Children's Hospital.

Our value proposition to institutions is as follows:
1) reduce hospital acquired infection rates through antimicrobial scrubs
2) standardize and professionalize teams while branding institution
3) make medical staff look good and feel good - focus on fit, comfort and functionality
4) bring dignity, comfort and sense of home to kids and teenagers in hospital setting through our PJ Project

Thank you so much for your help. We really appreciate it.

Trina


TRINA SPEAR
PRESIDENT//CO-FOUNDER


11390 W Olympic Blvd. Suite 280
Los Angeles, California 90064
Cell: 646-510-4880
www.wearFIGS.com | newsletter sign-up | @wearfigs

On Sat, Mar 18, 2017 at 6:49 AM, Joseph Granato <joseph@jpgranato.com> wrote:
Happy Saturday,

I had dinner and sat with a board member of a hospital group in Miami
Florida last night (Baptist). I bragged about you, FIGS and what
you're up to.

Do you have a high-level package for board members about the company?
I'd like to follow up with him and provide him with more info on you.

Lmk what would work for you.

Onward,
Joe


_____

joseph p. granato

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

m: <u>604.787.4185</u>

sent from my miracle pocket computer phone, the gift of brevity is offered in exchange for you forgiving any typos.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EX.0146 - 2**

FIGS0044129



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIGS0044130

FIGS Medical Apparel        Overview        P-2

MISSION STATEMENT

FIGS transforms the healthcare experience.

We are a modern lifestyle clothing company for the healthcare professional.

We create innovative medical apparel that makes the healthcare community

look good, feel good, and perform at their best.

For every set of scrubs sold, we give a set to a healthcare provider in need.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EX.0146 - 4**

FIGS Medical Apparel          Overview          P-3

**OUR PRODUCT**

We make the highest quality medical apparel in the world. Our foundation is built on product quality. We have a relentless focus on three key areas: comfort, technology, & design.



antimicrobial

wrinkle resistant

breathable

100% Ridiculously Soft Fabric

four-way stretch

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIGS0044132

**EX.0146 - 5**

FIGS Medical Apparel        Overview        P-4



### OUR ANTIMICROBIAL FABRIC

We've partnered with Silvadur™ to bring you revolutionary antimicrobial technology with the following benefits:



Prevention of the spread of disease and infection.



Inhibition of bacteria growth, yeast, and algae.



Minimization of odor and resistance to discoloration by bacteria.

What this means for you is superior protection and durability for the lifetime of our scrubs!



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIGS0044133

**EX.0146 - 6**

FIGS Medical Apparel        Overview        P-5

OUR PREMIUM LAB COATS

Stain & Fluid Repellent

Lightweight

Pre-shrunk

Modern design details

Structured tailoring

100% Cotton Twill



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EX.0146 - 7

FIGS Medical Apparel          Overview          P-6

OUR ORIGINAL BEST SELLER

## The Axim Cargo Scrub Pants

deep frontal pockets

faux fly stitching

double cargo pocket for storage on the go

reinforced double needle stitching for maximum durability

mechanical four-way stretch

FION Technology fabric

improved, ergonomic flat elastic waistband

nylon extra strength drawcord for optimal hold and comfort





structured tailored fit with a straight leg

7

smart pockets provide the functionality required without sacrificing the aesthetic desired.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIGS0044135

**EX.0146 - 8**

FIGS Medical Apparel        Overview        P-7

FIGS scrubs can be used to color code by group. We can customize our medical apparel to address all of your style, color, and size needs.

## FIGS helps hospitals brand themselves through customization and color standardization by group.

Results: increased patient satisfaction scores and employee morale.

Hospitals we currently work with:













The medical uniform gives healthcare providers a recognizable symbol of caring and commitment, promoting a strong sense of pride, professional identity, and team work.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EX.0146 - 9**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EX.0146 - 10**

FIGS Medical Apparel        Overview        P-9

WHAT WE'RE UP TO

## Introducing the PJ Project

Our goal was to create an experience that made kids feel like themselves during their hospital stay, because after all, when you look good, you feel better. We partnered with top hospitals across the country to revolutionize the standard-issue gown for babies, kids & teens.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIGS0044138

EX.0146 - 11

FIGS Medical Apparel     Overview     P-10



*threads for threads*™

Through our Threads for Threads initative, for every set of scrubs sold, we give a set to a healthcare provider in need.

### THE FACTS

Many medical professionals in resource-poor areas do not have access to basic medical supplies, including scrubs. Clean scrubs reduce hospital-acquired infection rates by 66%.

### OUR IMPACT

FIGS has donated over 100,000 sets of scrubs in 26 countries around the world.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIGS0044139

EX.0146 - 12



EX.0146 - 13

FIGS0044140



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EX.0146 - 14**

# We are FIGS.

We're here to transform the healthcare experience.



# We are innovators.

We create thoughtfully designed, functional, ridiculously comfortable workwear for today's modern health care professional. We believe when you spend more time in your uniform than any other piece of clothing, it should perform and make you look and feel 100% awesome.

# We are philanthropists.

Giving back is what we do. For every set of scrubs sold, we give a set  to a healthcare provider in need through our *Threads for Threads* initiative.   To date, we've donated over 92,000 sets in 26 countries around the world!

# We love patients.

We know the patient experience needs some  serious TLC, and we want to be a part of the solution. We applied our knowledge, experience, design and technology resources and got to work to create a solution for the standard issue (flimsy, cold, not at all modest) patient gown for kids. We had to change the name too, because 'gown' just wasn't cutting it.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

EX.0146 - 15



# Introducing the PJ PROJECT

Our goal was to create an experience that made kids feel like themselves during their hospital stay, because after all, when you look good, you feel better. We partnered with top hospitals across the country to revolutionize the standard-issue gown for babies, kids & teens.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# The PJ Project Collection



**The Hoodie PJ**



**The Dress PJ**



**The Baby PJ**



**The Jogger PJ**



**The Baseball PJ**



**The Grown-Up PJ**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EX.0146 - 17**

FIGS0044144

We were inspired by the clothing kids already own & love - from their favorite hoodie to that pink princess dress. We made sure our designs have everything that kids expect.



• super soft fabrics

• awesome style & color options

• pockets for all the stuff they "need"

• modesty - no butts hanging out on our watch!

• stretchy materials

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIGS0044145

**EX.0146 - 18**

# We worked closely with nurses & technicians to ensure that we didn't sacrifice any function or safety features necessary to give kids the best care possible.

· we utilized snaps, for easy on, off functionality

· fully accessible to IV, port, medical lines etc.

· we used our proprietary *FIONTECHNOLOGY*, an antimicrobial & stain repellent finish

· fire retardant

· wrinkle & lint free



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIGS0044146

**EX.0146 - 19**



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
FIGS0044147

**EX.0146 - 20**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

FIGS0044148

# EXHIBIT CC

**Message**

| | |
|---|---|
| **From:** | Trina Spear [trina@wearfigs.com] |
| **on behalf of** | Trina Spear <trina@wearfigs.com> [trina@wearfigs.com] |
| **Sent:** | 2/24/2016 12:03:43 PM |
| **To:** | Heather Hasson [Heather Hasson <heather@wearfigs.com>] |
| **Subject:** | Re: Writing example |

They missed the boat. Main reasons to order FIGS for your office!
1) Antimicrobial scrubs - Bring down your hospital acquired infection rate!
2) Professionalize and standardize your team!
3) Give back to your colleagues around the world.

TRINA SPEAR
PRESIDENT // CO-FOUNDER



11390 W. Olympic Blvd. Suite 280
Los Angeles, California 90064
Office: 310-504-3709 x100 // Cell: 646-510-4880 // Fax: 877-582-3777
www.wearFIGS.com | newsletter-sign up!

On Wed, Feb 24, 2016 at 3:01 PM, Heather Hasson <heather@wearfigs.com> wrote:

---------- Forwarded message ----------
From: **Mike Martens** <mike@lostissue.com>
Date: Tue, Feb 23, 2016 at 1:48 PM
Subject: Re: Writing example
To: Elaine Chiang <elaine@wearfigs.com>
Cc: Heather Hasson <heather@wearfigs.com>


Hi Elaine,

Attached, you'll find what'd be my initial pass. Happy to talk about the specifics, but here's what I was generally up to:

• Improved flow of the storytelling.
• Increased emphasis on FIGS' group-order concept.
• Tinkered with phrasing to be more customer-centric and broaden appeal.

Quick heads up: I have a meeting on a freelance project this afternoon so might not be available if you call.

Thanks!

--
Mike Martens
mike.lostissue.com
630.207.8377


On February 22, 2016 at 5:05:43 PM, Elaine Chiang (elaine@wearfigs.com) wrote:

Hi Mike,

Highly Confidential – Attorneys' Eyes Only

FIGS0005422

It was great to meet you just now. We'd love to see your thoughts on how to rework some of our existing copy.

Please see the group orders page that will be on our website. This page explains to offices how to order our try on sample kits for the entire office.
A sample kit comes with scrubs in each style and size so the office can try it on and know their size for ordering.

No one has ever done this in our industry before- so it needs to be explained very simply.

URL: https://www.wearfigs.com/pages/group-orders

 Can you please rework the copy on this page to see where you would make improvements?

Tone: sweet, fun, conversational, direct,

See below for some of our product descriptions. That should give you a good feel for our tone.  Feel free to go on the site and look at a few more product descriptions. That should give you a good idea of what we're looking for.

There are never enough hours in the day, so let the Torbeck pants give you enough pockets (and comfort) to help you tackle the important stuff. Nine pockets keep tools organized, and lightweight, breathable fabric in a flattering, easy silhouette keeps you looking and feelin

We get it. Some days you need more than two arms and more than one pocket. We've built ease-of-movement, amazing comfort, and four handy pockets (plus a pen slot) into the Poko just for this reason. Featuring a flattering v-neckline and a streamlined silhouette, you'll juggle everything in style, too. There's no such thing as a normal day, so why would you wear a normal scrub top?

Hallway runner, gadget grappler, master interpreter and unflinching multitasker- you perform like an athlete. Shouldn't your pants be up to the challenge as well? The high-quality fabric and highly functioning pockets of our Tela pants will help you clock your best time with tools right at your fingertips. Elastic waistband, drawcord, AND zipper keep your posterior secure. (Did we also mention how insanely comfortable they are?)

Examples of other sites to check out for tone:
https://www.wrightbedding.com/pages/trial-delivery
https://www.warbyparker.com/home-try-on
https://www.harrys.com/our-story

Kit & Ace also has some witty product descriptions that are fun.

Let's discuss once you review this.

**ELAINE CHIANG**
DIGITAL MARKETING DIRECTOR



11390 W. Olympic Blvd. Suite 280
Los Angeles, California 90064
O: 310.504.3709 x 106 // M: 626.780.8948
www.wearFIGS.com | newsletter-sign up!

HEATHER HASSON
CEO//CO-FOUNDER

11390 W. Olympic Blvd. Suite 280
Los Angeles, California 90064
O: 310.504.3709 ext 105
M: 310.922.6510
www.wearFIGS.com | newsletter-sign up!

Highly Confidential – Attorneys' Eyes Only

FIGS0005424

**EX.0147 - 3**

# EXHIBIT DD

**HIGHLY CONFIDENTIAL**

| | |
|---|---|
| **Sets Donated:** | 610,000 |

**Countries of Donation:**

| | |
|---|---|
| Argentina | |
| Australia | * |
| Bahamas | * |
| Belize | |
| Botswana | |
| Brazil | |
| Dominican Republic | * |
| Democratic Republic of the Congo | |
| Ecuador | * |
| Egypt | |
| El Salvador | |
| Ghana | |
| Guatemala | |
| Haiti | * |
| Honduras | |
| India | |
| Indonesia | |
| Jamaica | |
| Kenya | * |
| Mexico | |
| Mongolia | |
| Myanmar | |
| Namibia | |
| Nepal | |
| Nicaragua | |
| Nigeria | * |
| Palestine | |
| Panama | |
| Papau New Guinea | |
| Paraguay | |
| Peru | * |
| Philippines | |
| Rwanda | * |
| Senegal | |
| South Africa | |
| Sudan | |
| Suriname | |
| Tanzania | |
| Uganda | |
| US | * |
| Venezuela | |
| Vietnam | |

**Asterisk (*) indicates top ten country of donation.**

CONFIDENTIAL

**EX.0158 - 1**

FIGS0032675_DD1

# EXHIBIT EE

**From:** Trina Spear [trina@wearfigs.com] on behalf of Trina Spear <trina@wearfigs.com>
**Sent:** Tuesday, February 4, 2014 5:41 PM
**To:** Jesse Draper
**CC:** Heather Hasson
**Subject:** Glam Q&A
**Attachments:** Jesse Draper_Q&A_HH.docx; Jesse Draper_Q&A_TS.docx

Hi Jesse,

Please see attached for our questions and answers.

Let us know if you need anything else! Have a great night!

Thanks so much!!
Trina

TRINA SPEAR
PRESIDENT // CO-FOUNDER



3431 WESLEY ST, STUDIO B
CULVER CITY, CALIFORNIA 90232
M: 646.510.4880
www.wearFIGS.com | newsletter-sign up!

CONFIDENTIAL

**EX.0165 - 1**

FIGS0062983

**GLAM – Q&A (Heather Hasson)**

1. **What is/are FIGS?**
   What was the first fashion ever? FIGS! Adam and his fig leaf cover up! So technically, FIGS is the first fashion piece…which is pretty cool. On a more serious note, FIGS is the medical apparel that is pioneering a movement of style and confidence into work wear.

2. **Why did you start FIGS?**
   I was grabbing coffee with a good friend of mine, who is a Nurse Practitioner at City of Hope Hospital. She explained to me that she couldn't stand her scrubs and that there was nothing available that was more flattering. Having worked in fashion for many years, I was unconvinced. After three months of research, I realized that there was not one uniform that I could recommend to her. I took her scrubs and completely redesigned them. I started getting calls from her colleagues at City of Hope. I realized there was something here. I manufactured a few thousand sets of crubs and sold out within a few weeks. It is crazy to me that 1 in 11 people in the US work in healthcare. Why shouldn't they feel good when they go to work in the morning?

3. **How do you pick the materials?**
   Funny that you ask that. When we were starting our initial production, we realized that the fabrics and materials that we believed were ideal for the medical setting did not exist in the medical apparel industry. And they did not exist in the fashion industry either. Although it would have been a lot easier to just pick out pre-existing fabrics at a factory, it has been well worth it to create something from scratch. We spent months developing the perfect fabrications with the medical professional in mind. Our apparel needed to be both comfortable and soft yet performance-based, wrinkle resistant and durable. It was also really important to us to protect our medical professionals from blood, liquids and other contaminants. We spent a lot of time integrating different coatings and anti-microbial enzyme washes into our fabric. These treatments keep fluid from penetrating the fabric and kill bacteria and infection before coming into contact with our medical professionals. There is a lot of science behind FIGS.

4. **Tell me about your relationship with Project C.U.R.E.?**
   I started donating uniforms to children in Vietnam when I was 19 years old. I saw that there were a bunch of kids who could not attend school if they didn't have a uniform. I started making them and giving them to these kids. From that point on, I knew giving would always be a part of anything I did. While working in Kenya with Project C.U.R.E., I witnessed first-hand the impact of giving scrubs to medical professionals in need around the world.  There are thousands of doctors and nurses operating in dirty jeans and a t-shirt because they cannot afford or access clean scrubs.  In the past year, we have been able to reduce the hospital acquired infection rate by 66%. Project C.U.R.E. enables us to magnify our impact and get to the places that need us most.

5. **What is your daily routine as an entrepreneur?**
   I wake up at 5:45am to a light drumming sound on my iPhone. I hit the snooze button until around 6:15am. I start my day with coffee, WWD and the Business of Fashion. I like to see what deals have been done in the space, the latest in fabric technology, who is opening up more retail stores. And then my day gets WILD. My days are filled with talks of production, pop up shops, partnerships, catalogs, packaging, photo shoots, web design – I love immersing myself in all the creative aspects of the business. I could spend hours just designing a label or a hang tag. My

**EX.0165 - 2**

afternoons usually involve conversations with our production teams in Taiwan and China. At times, the time zones are tough but it is great to have people working while you are sleeping. At night, I go to yoga (or hot yoga more recently). I have to have that release to make me relax and get focused for the next day.

6. **How do you prioritize?**
I have stacks of note pads and I make lists in 10 different moleskin notebooks. I am a bit old fashioned and use pen and paper. It gets the job done.

7. **What is your favorite thing about what you do?**
I absolutely love design and making things beautiful. Prior to founding FIGS, I started a luxury handbag and a premium tie company.  I bring my same eye and attention to detail that I brought to the high end fashion world to the medical apparel industry. Design is what makes ideas tangible.

8. **If you could offer the working woman one style tip, what would it be?**
Always smell good. I wear Serge Lutens and feel great. Oh and pink lip gloss.

9. **How do you wind down at the end of the day?**
Hot yoga and coconut juice.

10. **Do you have a celebrity crush?**
Adrian Brody

11. **What is your favorite dance move?**
I do this one move all the time – legs move in sideways moonwalk and arms twist around each other in circular motion AT THE SAME TIME. Trust me, it's awesome!

CONFIDENTIAL

**EX.0165 - 3**

FIGS0062985

**GLAM – Q&A (Trina Spear)**

1. **What is/are FIGS?**
2. FIGS are the most ridiculously comfortable scrubs in the world. FIGS stands for Fashion Inspires Global Sophistication – for every set of scrubs that we sell, we give a set to a healthcare provider in need in resource poor countries around the world.

3. **Why did you start FIGS?**
   We started FIGS because everyone hates their scrubs, plain and simple – most scrubs are baggy, boxy, and uncomfortable. We wanted to provide the medical community with a better solution. Our apparel focuses on the things that the medical professional really cares about – tailored fits so you can see your figure, pockets for all of your supplies, and comfortable performance fabrics so you can run around the hospital feeling professional, comfortable and dry.

4. **How do you pick the materials?**
   Heather and her team develop all our fabrications and materials from scratch – I will defer to her on this one.

5. **Tell me about your relationship with International Medical Corps?**
   Through our threads for threads initiative, we are able to give back to the medical community around the world. We partner with organizations like International Medical Corps (IMC) so that we can plug into a larger infrastructure that is on the ground in each of the communities that we give to. They understand exactly what the community needs. Recently, we worked with IMC on the Typhoon Haiyan relief efforts in the Philippines. IMC was on the ground within 24 hours of the Typhoon. We are inspired by the work that they do.

6. **What is your daily routine as an entrepreneur?**
   I wake up at 8:30am and respond to emails from bed. I am not a morning person. I spend most of my day talking about FIGS – to medical partners, non-medical partners, customers, investors, potential hires – on the phone, over email, in person, at conferences, in hospitals, over lunch, over coffee, over dinner. I love having no more than 5 emails in my inbox at any given time. I find I am most productive from 10pm to 2am. No more noise, meetings, emails, or calls. I hit my stride right around 11pm.

7. **How do you prioritize?**
   I make lots of lists - a new one every morning so I don't forget anything. I know they say to do the hard stuff first but I always do the easy stuff first so I can start crossing things off the list and make sure the easy stuff is not lingering in the back of my head when I am trying to work on the hard stuff. They also say to wake up early. What do "they" know – be a contrarian!

8. **What is your favorite thing about what you do?**
   I love talking to people all day long. I obtain all my energy from being around others.

9. **If you could offer the working woman one style tip, what would it be?**
   Wear what you like. When you feel good in your clothing, you project confidence and perform better. When I worked on Wall Street, I had to follow the company's business formal dress code.

CONFIDENTIAL

**EX.0165 - 4**

I love that I am able to dress like how I feel now – avant-garde and totally awesome. When in doubt, wear black or scrubs!

**10. How do you wind down at the end of the day?**
I usually wind down by talking to my co-founder, Heather, about all of the things that happened during the day. We focus on different parts of the business so it is great to re-connect, run things by each other, and celebrate the victories. We are roommates so it is pretty easy to make decisions and move the ball forward.

**11. How do you brainstorm?**
We are in a creative loft space in Culver City. The open and collaborative workspace is great for brainstorming with the team. We write down everyone's thoughts on a whiteboard and then categorize them into buckets to visualize and narrow down the options.

**12. What is your favorite dance move?**
Miami booty shake – perfected on the Miami bar mitzvah circuit.

**EX.0165 - 5**

# EXHIBIT FF

FIGS CATALOG 2015 WOMEN MEN

Highly Confidential – Attorneys' Eyes Only

FIGS0033961

**EX.0200 - 1**



### 100% AWESOME MEDICAL APPAREL

We are FIGS. Always moving toward the new and exciting. We are not scared by the unknown. The unknown is what excites us. Innovative fabric technology, unprecedented design, and philanthropy. This is what FIGS stands for. Join us as we pioneer a movement of innovation, comfort, and performance in medical apparel.

**Antimicrobial**
our antimicrobial technology is woven directly into our fabric to kill bacteria immediately upon contact and prevent the spread of infection

**Wrinkle Resistant**
our durable press preserves fabric strength without compromising softness

**Fit**
our clean, modern, and minimalistic design complements every silhouette

**100% Ridiculously Soft Fabric**
brushed-cotton feel that moves like silk.

**Breathable**
our fabric allows air to flow through the material to keep you cool and provide unparalleled comfort.

"The highest standards weren't available so we created them."

2   WEARFIGS.COM

WEARFIGS.COM

Highly Confidential – Attorneys' Eyes Only

FIGS0033

**EX.0200 - 2**



*Introducing*

# PREMIUM STANDARDS

—————

We've reinvented the relaxed silhouette with our super-soft fabric that allows for comfort and ease of movement minus added material. Our scrubs are made from wrinkle-resistant, antimicrobial fabric that is breathable. We finish our scrubs with simple and elegant details like side slits, contrast drawstring cords and zippers.

Functional. Stylish. Comfortable.

In a word? Sophistication.

Highly Confidential – Attorneys' Eyes Only

FIGS0033

**EX.0200 - 3**



**Cabral One-Pocket Scrub Top**
FW2000 XXS-2XL
77% Poly / 23% Rayon
Shown in Charcoal

| black | royal blue |
| navy | coll blue |
| charcoal | pink |
| midnight blue | white |

- Sleek silhouette with modern V-neck and flattering back darts
- Chest pocket with hidden inside pocket
- Side slits for ease of movement
- Reinforced double needle stitching for maximum durability

6       WEARFIGS.COM

WEARFIGS.COM

Highly Confidential – Attorneys' Eyes Only

FIGS0033

**EX.0200 - 4**





**Dakar Basic Scrub Pants**
PW5300 XXS-2XL
77% Poly / 23% Rayon
Shown in White and Navy

| | |
|---|---|
| black | royal blue |
| navy | cell blue |
| charcoal | pink |
| midnight blue | white |

- Relaxed, straight leg scrub pant for maximum mobility
- Soft elastic waistband with drawstring closure
- Two front and two back pockets for all around storage
- Lightweight & breathable fabric with a brushed-cotton feel

8    W E A R F I G S . C O M

Highly Confidential – Attorneys' Eyes Only

**EX.0200 - 5**

**Poko Four-Pocket Scrub Top**
PW2100 XXS-2XL
77% Poly / 23% Rayon
Shown in Royal Blue

| black | royal blue |
|-------|------------|
| navy | cell blue |
| charcoal | pink |
| midnight blue | white |

- Relaxed fit for maximum comfort and mobility
- Back darts and slit sides for a flattering silhouette
- Four roomy front pockets plus a pen slot to organize all your tools and gadgets
- Lightweight & breathable fabric with a brushed-cotton feel







10    WEARFIGS.COM

WEARFIGS.COM

Highly Confidential – Attorneys' Eyes Only

FIGS0033

**EX.0200 - 6**



**Fizi Skinny Scrub Pants**
PW5400 XXS-2XL
77% Poly / 23% Rayon
Shown in Pink and Midnight Blue

| | |
|---|---|
| black | royal blue |
| navy | ceil blue |
| charcoal | pink |
| midnight blue | white |

• Sophisticated slim-fit tapered
  scrub pant
• Soft elastic waistband with
  drawstring closure
• Nine pockets for all your
  gadgets and tools, including
  one cargo zip pocket and a
  mini tablet pocket
• Lightweight & breathable fabric
  with brushed-cotton feel

12   WEARFIGS.COM



WEARFIGS.COM

Highly Confidential – Attorneys' Eyes Only

FIGS0033

**EX.0200 - 7**

**Isabela Two-Pocket Scrub Top**
PW2300 XXS-2XL
77% Poly / 23% Rayon
Shown in Black

| black | royal blue |
|-------|-----------|
| navy | ceil blue |
| charcoal | pink |
| midnight blue | white |

• Relaxed fit for maximum comfort and mobility
• Modern slim v-neck & back darts for a flattering silhouette
• Two roomy front pockets for ample storage with hidden twill loops for your tools
• Lightweight & breathable fabric with a brushed-cotton feel







14    W E A R F I G S . C O M

W E A R F I G S . C O M

Highly Confidential – Attorneys' Eyes Only

FIGS0033

**EX.0200 - 8**



**Torbeck Cargo Scrub Pants**
PW5500 XXS-2XL
77% Poly / 23% Rayon
Shown in Ceil Blue

| | |
|---|---|
| black | royal blue |
| navy | ceil blue |
| charcoal | pink |
| midnight blue | white |

- Relaxed, straight leg scrub pant for maximum mobility
- Soft elastic waistband with drawstring closure
- Nine pockets for all your gadgets and tools, including one cargo zip pocket and a mini tablet pocket
- Lightweight & breathable fabric with a brushed-cotton feel

16   W E A R F I G S . C O M

W E A R F I G S . C O M

Highly Confidential – Attorneys' Eyes Only

FIGS0033

**EX.0200 - 9**



**Naga One-Pocket Scrub Top**
PM2600 XS-2XL
77% Poly / 23% Rayon
Shown in Navy Blue and Charcoal

| black | royal blue |
| navy | coil blue |
| charcoal | midnight blue |

- Relaxed fit for maximum comfort and mobility
- One chest pocket plus a pen slot for a streamlined look
- Lightweight & breathable fabric with a brushed-cotton feel

18      W E A R F I G S . C O M

Highly Confidential – Attorneys' Eyes Only

FIGS0033

**EX.0200 - 10**



**Eldoret Basic Scrub Pants**
PM5800 XS-2XL
77% Poly / 23% Rayon
Shown in Cell Blue and Royal Blue

| black | royal blue |
| navy | cell blue |
| charcoal | midnight blue |

• Relaxed, straight leg scrub pant for maximum mobility
• Soft elastic waistband with drawstring closure
• Two front and two back pockets for all around storage
• Lightweight & breathable fabric with a brushed-cotton feel

20    W E A R F I G S . C O M

Highly Confidential – Attorneys' Eyes Only

FIGS0033

**EX.0200 - 11**



**Cotui Three-Pocket Scrub Top**
PM2700 XS-2XL
77% Poly / 23% Rayon
Shown in Midnight

| black | royal blue |
| navy | cell blue |
| charcoal | midnight blue |

- Relaxed fit for maximum comfort and mobility
- One chest pocket plus a pen slot
- Two front pockets to organize all your tools
- Lightweight & breathable fabric with a brushed cotton feel

22    W E A R F I G S . C O M

Highly Confidential – Attorneys' Eyes Only

FIGS0033

**EX.0200 - 12**



**Tela Cargo Scrub Pants**
PM5900 XS-2XL
77% Poly / 23% Rayon
Shown in Black

| black | royal blue |
|---|---|
| navy | ceil blue |
| charcoal | midnight blue |

- Relaxed, straight leg scrub pant for maximum mobility
- Soft elastic waistband with button closure, functional fly front zipper and drawstring
- Nine pockets for all your gadgets and tools, including one cargo zip pocket and a mini tablet pocket
- Lightweight & breathable fabric with a brushed cotton feel

Highly Confidential – Attorneys' Eyes Only

FIGS0033

**EX.0200 - 13**



*Introducing*

# THE TECHNICAL COLLECTION

———

With a tailored-fit and minimalistic design, our technical collection scrubs are engineered with *FION*TECHNOLOGY™ — our proprietary four-way stretch fabric that is moisture-wicking, lightweight, and breathable. We finish our scrubs with smart pockets, double needle stitching and an antimicrobial treatment. Wearable technology meets Work Wear.

Look great. Feel great. Perform at your best.

In a word? Revolutionary.

WEARFIGS.COM

Highly Confidential – Attorneys' Eyes Only

FIGS0033

EX.0200 - 14



**Casma Three-Pocket Scrub Top**
FW1100 XXS-2XL
72% Poly / 21% Rayon / 7% Spandex
Shown in Graphite

| black | royal blue |
|---|---|
| navy | purple |
| graphite | |

- Sleek silhouette with modern v-neck & flattering back darts
- Slim welt pockets with hidden inside pocket
- Vented side slits for ease of movement
- Reinforced double-needle stitching for maximum durability
- Engineered with FIONTECHNOLOGY™: superior four-way stretch and moisture wicking properties (to keep you dry)

28   WEARFIGS.COM

WEARFIGS.COM

Highly Confidential – Attorneys' Eyes Only

FIGS0033

**EX.0200 - 15**



**Kade Cargo Scrub Pants**
FW4300 XXS-2XL
72% Poly / 21% Rayon / 7% Spandex
Shown in Purple

black royal blue
navy purple
graphite

- Tailored straight leg pant with flattering fit
- Four pocket cargo pant for smart storage
- Flat stretch knit yoga waistband with draw-cord for optimal comfort
- Slimming curved back yoke seam
- Reinforced double-needle stitching for maximum durability
- Engineered with FIONTECHNOLOGY™: superior four-way stretch and moisture wicking properties (to keep you dry)

30   W E A R F I G S . C O M

W E A R F I G S . C O M

Highly Confidential – Attorneys' Eyes Only

FIGS0033

**EX.0200 - 16**



**Catarina One-Pocket Scrub Top**
FW1100 XXS-2XL
72% Poly / 21% Rayon / 7% Spandex
Shown in Graphite

| black | royal blue |
|---|---|
| navy | purple |
| graphite | |

- Sleek silhouette with slim v-neck & flattering back darts
- Streamlined front chest pocket
- Vented side slits for ease of movement
- Reinforced double-needle stitching for maximum durability
- Engineered with FIONTECHNOLOGY™: superior four-way stretch and moisture-wicking properties (to keep you dry)



**Livingston Basic Scrub Pants**
FW4300 XXS-2XL
72% Poly / 21% Rayon / 7% Spandex
Shown in Graphite

| black | royal blue |
|---|---|
| navy | purple |
| graphite | |

- Tailored straight leg pant with flattering fit
- Two back pockets for smart storage
- Flat stretch knit yoga waistband with drawcord for optimal comfort
- Reinforced double-needle stitching for maximum durability
- Engineered with FIONTECHNOLOGY™: superior four-way stretch and moisture wicking properties (to keep you dry)

32   W E A R F I G S . C O M

W E A R F I G S . C O M

Highly Confidential – Attorneys' Eyes Only

FIGS0033

EX.0200 - 17



This page:
**Catarina One-Pocket Scrub Top**
Shown in Royal Blue
See page 10

Left page:
**Livingston Basic Scrub Pants**
Shown in Navy
See page 11

34    W E A R F I G S . C O M

W E A R F I G S . C O M

Highly Confidential – Attorneys' Eyes Only

FIGS0033

**EX.0200 - 18**



**Axim Cargo Scrub Pants**
FM4800 XS–2XL
72% Poly / 21% Rayon / 7% Spandex
Shown in Graphite

black          royal blue
navy           graphite

- Straight leg cargo pant with structured fit
- Seven deep pockets for smart storage
- Hidden elastic waistband with drawcord and zipper for optimal hold and comfort
- Reinforced double-needle stitching for maximum durability
- Engineered with FIONx TECHNOLOGY™: superior four-way stretch and moisture wicking properties to keep you dry

*This page:*
**Leon Two-Pocket Scrub Top**
Shown in Graphite
See page 38



W E A R F I G S . C O M

Highly Confidential – Attorneys' Eyes Only

FIGS0033

**EX.0200 - 19**



This page:
**Axim Cargo Scrub Pants**
Shown in Royal Blue
See page 36

**Leon Two-Pocket Scrub Top**
FM1500 XS-2XL
72% Poly / 21% Rayon / 7% Spandex
Shown in Black

| black | royal blue |
| navy | graphite |

- Simple design for a sophisticated look
- Tailored fit
- Double chest pocket
- Reinforced double-needle stitching for maximum durability
- Engineered with FIONTECHNOLOGY™ superior four-way stretch and moisture wicking properties to keep you dry

WEARFIGS.COM

WEARFIGS.COM

Highly Confidential – Attorneys' Eyes Only

FIGS0033

**EX.0200 - 20**



This page
Leon-Two Pocket Scrub To
Shown in Nav
See page 3

**Pisco Basic Scrub Pants**
FM4500 XS-2XL
72% Poly / 21% Rayon / 7% Spandex
Shown in Navy

black    royal blue

navy    graphite

• Straight leg pant with structured fit
• Four pocket pants for smart storage
• Hidden elastic waistband with drawcord for
  optimal hold and comfort
• Reinforced double-needle stitching for maximum
  durability

40    WEARFIGS.COM

WEARFIGS.COM

Highly Confidential – Attorneys' Eyes Only

**EX.0200 - 21**



This page:
**Leon Two-Pocket Scrub Top**
**Pisco Basic Scrub Pants**
Shown in Navy
See page 38 & 40

42   WEARFIGS.COM

WEARFIGS.COM

Highly Confidential – Attorneys' Eyes Only

FIGS0033

**EX.0200 - 22**



*Introducing*

## *The* LAB COAT

———

A lab coat that gets respect — and style points. Double win. Pairing high-tech functionality with comfort and good looks, our trim, tailored design is made from breathable fabric with an antimicrobial finish that's engineered to be stain and fluid repellent. Features front pockets and an inside pocket for your wallet, phone, mints, Chapstick, keys and essential whatnots.

The only lab coat you will ever need.

In a word? Professional.

W E A R F I G S . C O M

Highly Confidential – Attorneys' Eyes Only

FIGS0033

**EX.0200 - 23**



**Newton Premium Lab Coat**
ML3500 S-XL
100% Cotton Dobby with Teflon
Stain Repellent Coating
Shown in White

white

- Slim cut with structured professional tailoring and modern design details
- Stain and fluid repellent
- Pen marks wash out easily
- Breathable fabric allows air to flow through and keep you cool
- Antimicrobial finish for lasting protection against bacteria and infection
- Three welt pockets and an inside pocket for your essentials
- Side slit openings for pocket access
- Back vent with overlapping panels for ease of movement

**Antimicrobial**
our antimicrobial technology is woven directly into our fabric to kill bacteria immediately upon contact and prevent the spread of infection.

**Stain & Fluid Repellent**
protective coating repels spills, prevents stains and even pen-marks.

48   WEARFIGS.COM

WEARFIGS.COM

Highly Confidential – Attorneys' Eyes Only

FIGS0033

**EX.0200 - 24**



**Joule Premium Lab Coat**
WL3000 XS-XL
100% Cotton Dobby with Teflon
Stain Repellent Coating
Shown in White

white

- Slim cut with structured professional tailoring and modern design details
- Stain and fluid repellent
- Pen marks wash out easily
- Breathable fabric allows air to flow through and keep you cool
- Antimicrobial finish for lasting protection against bacteria and infection
- Three front pockets and an inside pocket for your essentials
- Back vent with overlapping panels for ease of movement

**Antimicrobial**
our antimicrobial technology is woven directly into our fabric to kill bacteria immediately upon contact and prevent the spread of infection.

**Stain & Fluid Repellent**
protective coating repels spills, prevents stains and even pen-marks.

48   W E A R F I G S . C O M

W E A R F I G S . C O M

Highly Confidential – Attorneys' Eyes Only

EX.0200 - 25



*Introducing*

# THE LIFE WEAR COLLECTION

——————

First we reinvented Work Wear. Now we introduce you to Life Wear. We understand that the medical profession is the ultimate contact sport. To keep all the elements at bay in and out of work, these "here, there, and back" pieces get you where you need to go with unbelievable style and function. If you love life, you will love our Life Wear.

Perfect for anywhere life takes you.

In a word? Adventure.

50   W E A R F I G S . C O M

W E A R F I G S . C O M

Highly Confidential – Attorneys' Eyes Only

FIGS0033

**EX.0200 - 26**



**Women's Fleece**
LJW1800 XS-XL
100% Poly
Shown in Stormy Sea & Gray

`stormy sea` `gray`

- Six zippered pockets - one chest pocket, two side pockets, two inside pockets, one arm pocket
- Cozy, soft and totally comfortable
- Moisture-wicking
- Durable
- Liquid and stain repellent

62 | WEARFIGS.COM

WEARFIGS.COM

Highly Confidential – Attorneys' Eyes Only

FIGS0033

**EX.0200 - 27**





**Women's Seamless Long Sleeve Underscrub**
LSW5001 XS-L
61% Nylon / 29% Poly / 10% Spandex
Shown in Grey/Black

grey/black    grey/blue

• Warm base layer
• Four-way stretch moves with you
• Breathable, moisture-wicking knit
• Antimicrobial



WEARFIGS.COM

54  WEARFIGS.COM

Highly Confidential – Attorneys' Eyes Only

FIGS0033

**EX.0200 - 28**

**Women's Vest**
LVW1600 XS-XL
100% Cotton Dobby with Teflon
Shell 100% Poly / Filling Down
Alternative / Lining 100% Nylon
Shown in Black & Steel Grey

| black | steel gray |
|---|---|

- Five pockets - two side pockets, two front pockets, 1 inside pocket
- Warm-yet-lightweight
- Breathable and durable
- Liquid and stain repellent







55   WEARFIGS.COM

Highly Confidential – Attorneys' Eyes Only

FIGS0033

EX.0200 - 29

**Men's Vest**
LVM1900 XS-XL
Shell 50% Poly/50% Cotton / Filling
Down Alternative / Lining 100% Nylon /
Micro-peach Finish
Shown in Blue & Black

`blue` `black`

- Eight pockets - two side pockets, two front pockets, two welt chest pockets, 1 inside pocket, 1 chest pocket with flap and snap closure
- Warm and wind-proof
- Durable
- Liquid and stain repellent







Highly Confidential – Attorneys' Eyes Only

FIGS0033

EX.0200 - 30



**Men's Fleece**
LJM1700 XS-XL
100% Poly
Shown in Blue & Stormy Sea

blue        stormy sea

- Six zippered pockets - one chest pocket, two side pockets, two inside pockets, one arm pocket
- Cozy, soft and totally comfortable
- Moisture-wicking
- Durable
- Liquid and stain repellent

60   WEARFIGS.COM

WEARFIGS.COM

Highly Confidential – Attorneys' Eyes Only

FIGS0033

**EX.0200 - 31**

**SIZE GUIDE**







| WOMEN | XXS | XS | S | M | L | XL | 2XL |
|---|---|---|---|---|---|---|---|
|  | 0 | 0-2 | 4-6 | 8-10 | 12-14 | 16-18 | 20 |
| BUST | 30-32 | 32-34 | 34-36 | 37-38 | 39-41 | 42-44 | 45-47 |
| WAIST | 23-24 | 25-26 | 27-28 | 29-30 | 31-32 | 33-34 | 33-34 |
| HIP | 32-34 | 34-36 | 37-39 | 40-41 | 42-44 | 45-48 | 45-48 |
| PANTS INSEAM | 30.5 | 30.5 | 30.5 | 31.5 | 31.5 | 32 | 32 |
| TOP LENGTH | 26 | 26 1/4 | 26 1/2 | 27 1/8 | 27 3/4 | 28 5/8 | 29 1/2 |
| SLEEVE LENGTH* | N/A | 23 | 23 1/2 | 24 | 24 1/2 | 25 1/2 | N/A |
| LAB COAT LENGTH | N/A | 36 | 36 1/2 | 37 | 37 1/2 | 38 1/2 | N/A |

| MEN | XS | S | M | L | XL | 2XL |
|---|---|---|---|---|---|---|
| CHEST | 37-38 | 38-40 | 40-42 | 43-45 | 46-48 | 50-52 |
| WAIST | 28-30 | 30-32 | 32-34 | 34-36 | 36-38 | 40-42 |
| PANTS INSEAM | 31 | 31 | 32 | 32 | 33 | 33 |
| TOP LENGTH | 28 | 28 1/2 | 29 | 29 1/2 | 30 | 30 1/2 |
| SLEEVE LENGTH* | 25 | 25 1/2 | 26 | 26 1/2 | 27 | N/A |
| LAB COAT LENGTH | 36 1/2 | 37 1/4 | 37 3/4 | 38 1/4 | 39 | N/A |





**MEASUREMENT IN INCHES.**
*SLEEVE LENGTH FOR LAB COATS ONLY.

**MEASUREMENT IN INCHES.**
*SLEEVE LENGTH FOR LAB COATS ONLY.

WEARFIGS.COM

Highly Confidential – Attorneys' Eyes Only

FIGS0033

**EX.0200 - 32**



*threads for threads*™

### OUR MISSION TO GIVE

THROUGH OUR THREADS FOR THREADS™ INITIATIVE, FOR EVERY SET OF SCRUBS SOLD,
FIGS GIVES A SET TO A HEALTHCARE PROVIDER IN NEED.

### THE FACTS

MANY MEDICAL PROFESSIONALS IN RESOURCE-POOR AREAS DO NOT HAVE ACCESS TO
BASIC MEDICAL SUPPLIES, INCLUDING SCRUBS. CLEAN SCRUBS REDUCE
HOSPITAL-ACQUIRED INFECTION RATES BY 66%.

### OUR IMPACT

FIGS HAS DONATED OVER 75,000 SETS OF SCRUBS IN
26 COUNTRIES AROUND THE WORLD.

## WE HOPE YOU LOVE YOUR FIGS AS MUCH AS WE DO.

64      W E A R F I G S . C O M

Highly Confidential – Attorneys' Eyes Only

FIGS0033

EX.0200 - 33



WE'RE HERE TO HELP!

**FIGS HQ**
11390 W. OLYMPIC BLVD SUITE 280
LOS ANGELES, CALIFORNIA 90064

HELLO@WEARFIGS.COM
O:   +1 310 504 3709
F:   +1 877 295 5545

Highly Confidential – Attorneys' Eyes Only

**EX.0200 - 34**

# EXHIBIT GG

---

**Message**

| | |
|---|---|
| **From:** | Elaine Chiang [elaine@wearfigs.com] |
| on behalf of | Elaine Chiang <elaine@wearfigs.com> [elaine@wearfigs.com] |
| **Sent:** | 2/26/2015 3:21:00 PM |
| **To:** | Marie Zalameda [Marie Zalameda <marie@wearfigs.com>] |
| **CC:** | Heather Hasson [Heather Hasson <heather@wearfigs.com>]; Ananda Bhavani [Ananda Bhavani <ananda@wearfigs.com>]; Megan Eden [Megan Eden <megan@wearfigs.com>]; Trina Spear [Trina Spear <trina@wearfigs.com>] |
| **Subject:** | Re: Update - Innovation Mockup |

I think Ananda can best help with content/how we want to break out technology v design., etc.

Do we want a section on "fit" separate from "fabric"? because right now under our fabric we talk about fit, which to me is not the same thing.

I think we definitely need a separate page on what is Fion

Here's what I had drafted but depends on how we end up laying out the content --

FIGS creates premium medical apparel with an emphasis on comfort and technical innovation.

TECHNOLOGY
Fabric technology is at the core of our products for the most innovative medical apparel to keep up with the dynamic lives of busy medical professionals. FION, the core fabrication in all our scrubs, integrates technical details like antimicrobial enzyme washes and heat & moisture management, yet is the softest and most breathable material found in the industry. (Learn More)

DESIGN
We craft clean, modern and minimalist scrubs that incorporate the functionality required without sacrificing the aesthetic desired. From thoughtful pocket placement to flat waistbands to rounded rear seams, each detail serves to complement your silhouette and to optimize the functionality of your workwear.

ELAINE CHIANG
DIGITAL MARKETING DIRECTOR



915 S. MATEO STREET STE 311
LOS ANGELES, CALIFORNIA 90021
M: 628.780.8948
www.wearFIGS.com | newsletter-sign up!

On Thu, Feb 26, 2015 at 2:54 PM, Marie Zalameda <marie@wearfigs.com> wrote:
Thanks Elaine -

Can anyone give me updated descriptions of  EXACTLY what we want to explain & how we want to explain our fabric. The more specific words I can get, the better it will help me with layout.
I can do an extra page just about antimicrobial fabrics if necessary.  We don't have to use the exact words techology, performance, design - it can be antimicrobial fabric, performance, design etc.

OR we can even have 4 sections up there too instead of 3.

On Thu, Feb 26, 2015 at 12:33 PM, Elaine Chiang <elaine@wearfigs.com> wrote:

CONFIDENTIAL

**EX.0204 - 1**

**Meet full-on luon:** http://shop.lululemon.com/products/category/meet-full-on-luon-fabric?mnid=mn;women;activities;meetfullonluonfabric#bubble_pg4right

ELAINE CHIANG
DIGITAL MARKETING DIRECTOR



915 S. MATEO STREET STE 311
LOS ANGELES, CALIFORNIA 90021
M: 626.780.8948
www.wearFIGS.com | newsletter-sign up!

On Thu, Feb 26, 2015 at 12:14 PM, Elaine Chiang <elaine@wearfigs.com> wrote:
Patagonia link: http://www.patagonia.com/us/patagonia.go?assetid=2076

ELAINE CHIANG
DIGITAL MARKETING DIRECTOR



915 S. MATEO STREET STE 311
LOS ANGELES, CALIFORNIA 90021
M: 626.780.8948
www.wearFIGS.com | newsletter-sign up!

On Thu, Feb 26, 2015 at 12:14 PM, Elaine Chiang <elaine@wearfigs.com> wrote:
Looks great! My feedback:

-Those three paragraphs under Technology, Performance, and Design are not enough to explain the technology behind the fabric. It will either get really wordy or not really explain enough. Look at Patagonia's Materials & Technology. Granted they have a lot more tech they use, they have broken it out e-fibers, technology, and materials with the option to read more. Maybe we do read more.
We need to explain better the key areas that we want people to know about. Antimicrobial enzyme wash protects against common HAIs (MRSA, Staph, etc) how and why, stretch - how our 4 way stretch works, FION - what is it, why is it great?, comfort - process or materials what makes our fabric so soft and breathable.
-What are we envisioning are the difference between Technology and Performance?
-Under about our collections, we should specify both collections are antimicrobial, etc etc. and then lay out beneath the differences so people don't have to compare and contrast.
-Testimonials look great. Need buttons below so people can easily share - Instagram, Twitter, FB.

ELAINE CHIANG
DIGITAL MARKETING DIRECTOR



915 S. MATEO STREET STE 311
LOS ANGELES, CALIFORNIA 90021
M: 626.780.8948
www.wearFIGS.com | newsletter-sign up!

CONFIDENTIAL

EX.0204 - 2

On Thu, Feb 26, 2015 at 11:49 AM, Marie Zalameda <marie@wearfigs.com> wrote:
Hey everyone! I'll be needing your feedback on this - Carson requested this be sent to him Monday.

--------------------------

Please see attached for the latest innovation page mockup. Please keep in mind this is for layout purposes - all content/copy will be changed. I typed in what information I think should go where i.e explanation of technology, what is antimicrobial, attributes etc.

We can add more icons, attributes, sections etc. if needed. I want to keep this as simple, straight-forward as possible so anyone can understand it :)

If you would like to see anything specific that's not there or wondering where something could go, please let me know asap!

Thanks!!!

--
MARIE ZALAMEDA
GRAPHIC DESIGNER



915 S. Mateo Street, Ste 311
Los Angeles, CA 90021
M: 310.850.5484
www.wearFIGS.com | newsletter-sign up!

--
MARIE ZALAMEDA
GRAPHIC DESIGNER



915 S. Mateo Street, Ste 311
Los Angeles, CA 90021
M: 310.850.5484
www.wearFIGS.com | newsletter-sign up!

CONFIDENTIAL

**EX.0204 - 3**

CONFIDENTIAL

FIGS0014100_DD1

**EX.0204 - 4**

# EXHIBIT HH



EX.0233 - 1

# EXHIBIT II

Message

---

| | |
|---|---|
| **From**: | Megan Eden [megan@wearfigs.com] |
| **on behalf of** | Megan Eden <megan@wearfigs.com> [megan@wearfigs.com] |
| **Sent**: | 12/23/2015 12:21:26 PM |
| **To**: | Trina Spear [Trina Spear <trina@wearfigs.com>]; Heather Hasson [Heather Hasson <heather@wearfigs.com>]; Marie Bonéy [Marie =?ISO-8859-1?B?Qm9u6Xk=?= <marie@wearfigs.com>]; Elaine Chiang [Elaine Chiang <elaine@wearfigs.com>] |
| **Subject**: | Re: antimacrobial |

I agree!  Customers always want to know what makes it antimicrobial.  This will be great!

---

**From:** Trina Spear <trina@wearfigs.com>
**Date:** Wednesday, December 23, 2015 at 12:16 PM
**To:** Heather Hasson <heather@wearfigs.com>, Megan Eden <megan@wearfigs.com>, Marie Bonéy <marie@wearfigs.com>, Elaine Chiang <elaine@wearfigs.com>
**Subject:** Fwd: antimacrobial

can we add all of this to our website? i think we should and it would be great to have more tangible evidence.

thanks!


TRINA SPEAR
PRESIDENT // CO-FOUNDER



1909 Tyler Street, Suite 308
Hollywood, FL 33020
Office: 954-866-1099 x100 // Cell: 646-510-4880 // Fax: 877-582-3777
www.wearFIGS.com | newsletter-sign up!

---------- Forwarded message ----------
**From: Heather Hasson** <heather@wearfigs.com>
**Date:** Wed, Dec 23, 2015 at 1:54 PM
**Subject:** antimacrobial
**To:** Megan Eden <megan@wearfigs.com>
**Cc:** Trina Spear <trina@wearfigs.com>


Antimicrobial:
The active agent used is Silane. This technology has a very well documented safety profile as well as European BPR compliance.

Let's discuss before you send to UK.


Heather



--
HEATHER HASSON
CEO//CO-FOUNDER




11390 W. Olympic Blvd. Suite 280

**EX. 0290 - 1**

FIGS0006444_DD1

Los Angeles, California 90064
O: 310.504.3709 ext 105
M: 310.922.6510
www.wearFIGS.com | newsletter-sign up!

**EX. 0290 - 2**

FIGS0006445_DD1

# EXHIBIT JJ

| | | Units Sold by Product Type | | | |
|---|---|---|---|---|---|
| Year | Scrub Top | Scrub Bottom | Scrub Jacket | Lab Coat | Performance Underscrub |
| 2019 | 1,225,848 | 1,422,999 | 17,170 | 16,017 | 19,348 |

**EX. 0587 - 1**

Highly Confidential – Attorneys' Eyes Only

# EXHIBIT KK



**Touro College**

**This order is for your records only. It has already been fulfilled.**
**Invoice Number:** ▮

**Purchase Order** ▮▮▮
Created Date: 5/19/2020

| Supplier | Ship To | Bill To |
|---|---|---|
| FIGS, Inc. | ▮▮▮ | *Attn:* |
| 11390 W Olympic Blvd | Touro College at NYMC [TCUS40] | Touro College Headquarters [TCUS10] |
| Suite 350 | | |
| 90064 | ▮▮▮ | ▮▮▮ |
| Los Angeles, California 90064 | | |
| United States | | |
| accountspayable@wearfigs.com | | |
| 3105043709 | | |

| Buyer Contact | Payment | Account Number | Shipping | Currency |
|---|---|---|---|---|
| ▮▮▮ @touro.edu | On Account - Default | | Standard Delivery | USD |

| # | Code | Description | QTY | Price / Units | Subtotal |
|---|---|---|---|---|---|
| 1 | | Core Collection Scrub Tops | ▮ | ▮ | ▮ |
| 2 | | Core Collection Scrub Pants | ▮ | ▮ | ▮ |
| 3 | | Logo + Text Embroidery | ▮ | ▮ | ▮ |
| | | | Subtotal | | ▮ |
| | | | Shipping | | ▮ |
| | | | Tax | | ▮ |
| | | | TOTAL Paid - USD | | ▮ |

## Terms and Conditions

This Purchase Order was issued under the following Terms and Conditions

https://touro.box.com/v/unimarkettermsandconditions

The link above contains the full terms and conditions which you agree to by accepting this PO and delivering goods or performing services.
For prompt payment please ensure the invoices is sent to the proper Accounts Payable as listed on this PO. The document must clearly show the PO number.

**EX. 0593 - 1**

Case 2:19-cv-02286-JWH-KS   Document 177-2   Filed 12/10/20   Page 7 of 9   Page ID #:3949



**⊕FIGS**

April 23, 2020

Invoice: ■

PO:

**Bill to:**
Touro College of Dental Medicine ■

**Ship to:**
Touro College of Dental Medicine ■

| Product | Color | Qty | Unit Price | Amount |
|---|---|---|---|---|
| Core Collection Scrub Tops | Navy Blue | | | $ |
| Core Collection Scrub Pants | Navy Blue | ■ | ■ | $ |
| Logo + Text Embroidery | | | | $ |
| | | | Subtotal | $ |
| | | | Shipping | $ |
| | | | TOTAL | $ |

*For every set of scrubs sold, FIGS gives a set to a healthcare provided in need.*

2834 Colorado Avenue Suite 100 Santa Monica, CA 90404

**EX. 0593 - 2**

# EXHIBIT LL

| Message |
| --- |

| **From:** | Jenny Seyfried [jenny@wearfigs.com] |
| **on behalf of** | Jenny Seyfried <jenny@wearfigs.com> [jenny@wearfigs.com] |
| **Sent:** | 12/19/2018 4:40:11 PM |
| **To:** | Trina Spear [Trina Spear <trina@wearfigs.com>] |
| **Subject:** | Re: HAF Score - do we have a doc |

I have that macro.
People are inquiring about the actual study which is what I'm trying to track down - or what third-party did
this?

JENNY SEYFRIED
VP of Brand

◉FIGS
11390 W Olympic Blvd. Suite 350
Los Angeles, California 90064
Cell: +1-314-691-3562
www.wearFIGS.com | newsletter sign-up | @wearfigs


On Wed, Dec 19, 2018 at 4:15 PM Trina Spear <trina@wearfigs.com> wrote:
> Hi xxxxxxxxxxxx,
>
> Thank you very much for reaching out to us. Our proprietary fabrication and its antimicrobial properties are
> essential to what we do here at FIGS. The method in which our antimicrobial technology is woven into our
> fabrication is unique and proprietary to FIGS. We have performed third party studies that demonstrate the
> effectiveness of our SILVADUR antimicrobial technology and its benefits to the medical community. Through
> our threads for threads initiative, we have decreased the infection rate by 66% in the countries in which we
> have donated.
>
> Hope this is helpful and we are so happy that you love your FIGS!
>
> Thank you,
> Trina
> TRINA SPEAR
> CO-CEO//CO-FOUNDER
>
> ◉FIGS
> 11390 W Olympic Blvd. Suite 350
> Los Angeles, California 90064
> Cell: 646-510-4880
> www.wearFIGS.com | newsletter sign-up | @wearfigs


On Wed, Dec 19, 2018 at 3:21 PM Jenny Seyfried <jenny@wearfigs.com> wrote:
> Hi, I just got another inquiry about this. LMK if we have any documentation on this from the study that
> resulted in our 66$ rate. If not, I'll create a macro around our Silvadur treatment etc.
>
> Thanks!
>
> JENNY SEYFRIED
> VP of Brand

FIGS0008860_DD1

❖FIGS

11390 W Olympic Blvd. Suite 350
Los Angeles, California 90064
Cell: +1-314-691-3562
www.wearFIGS.com | newsletter sign-up | @wearfigs

On Fri, Dec 14, 2018 at 2:19 PM Trina Spear <trina@wearfigs.com> wrote:
Yes, I have the study - what do we need this for?


TRINA SPEAR
CO-CEO//CO-FOUNDER

❖FIGS

11390 W Olympic Blvd. Suite 350
Los Angeles, California 90064
Cell: 646-510-4880
www.wearFIGS.com | newsletter sign-up | @wearfigs


On Fri, Dec 14, 2018 at 9:22 AM Jenny Seyfried <jenny@wearfigs.com> wrote:
Proving that our scrubs reduce hospital acquired infection rates by 66%?
If I could have the study that we did, it'd be super!
If not, no problemo!

Thanks,

Jenny
JENNY SEYFRIED
VP of Brand

❖FIGS

11390 W Olympic Blvd. Suite 350
Los Angeles, California 90064
Cell: +1-314-691-3562
www.wearFIGS.com | newsletter sign-up | @wearfigs

**EX. 0606 - 2**

# EXHIBIT MM

     20+ 

 



# FIGS

@wearFIGS · Clothing (Brand)

 Send Message

Home    **About**    Videos    Community    More     Like

## GENERAL

254,460 people like this

258,626 people follow this

Clothing (Brand)

## ADDITIONAL CONTACT INFO

http://www.wearFIGS.com/

(424) 500-8209

stat@wearfigs.com

Send Message

**EX. 0610 - 1**

     

20+

## About

100% Awesome Medical Apparel! For every set of scrubs sold, FIGS gives a set to a healthcare provider in need. www.wearFIGS.com

## Long Description

Revolutionizing Medical Apparel For centuries, medical professionals have been subjected to inferior medical apparel and a mediocre shopping experience. Boxy scrubs? Ill-fitting lab coats? Harsh fabrics? Unisex? We developed a solution. Welcome to FIGS. Where the status quo no longer suffices. Where complacency is met with innovation. By interacting directly with the medical community, FIGS is able to manufacture the highest quality medical apparel and transform how it is delivered to the healthcare provider. After many late nights in hospitals examining how medical professionals move, interact with patients, and perform their work, we have figured out exactly what they need. Our dedicated, detail-oriented approach translates to scrubs that feel better, last longer, and provide unparalleled freedom of movement both in and out of the OR. WELCOME TO THE REVOLUTION Threads for Threads Millions of people around the world cannot afford or access clean scrubs, resulting in the astronomical rise in disease and infection. We are here to make an impact. A clean pair of scrubs reduces the hospital acquired infection rate by 2/3. We are partnered with International Medical Corp and other healthcare organizations to ensure that for every set of scrubs sold, a set is distributed to a healthcare provider in need. Why FIGS? It is not just a fruit. Or Adam's leafy cover up – although the fig leaf is technically the first fashion piece. We stand for Fashion Inspires Global Sophistication. We are here to inspire the world through fashion. When healthcare professionals in the developing world put on our scrubs, their sense of self-worth and identity skyrockets. We hope that FIGS can change the way people think, the way people feel, and most importantly, the way people perform. **See Less**

**EX. 0610 - 2**

# EXHIBIT NN



# FINAL REPORT

**PROTOCOL**
Antimicrobial Efficacy Testing of Textile Materials
By AATCC 100

**PRODUCTS TESTED**
FIGS Men's Navy Leon™ – Two-Pocket Scrub Top - Large
FIGS Men's Navy Axim™ – Cargo Scrub Pants – Large
FIGS Women's Navy Catarina™ – One-Pocket Scrub Top – Large
FIGS Women's Navy Livingston™ – Basic Scrub Pants – Large

**EMSL ORDER NUMBER**
152200895

**TESTING LABORATORY**
EMSL Analytical, Inc.
5950 Fairbanks North Houston Rd.
Houston TX 77040
Phone: (713) 686-3635
Web: www.emsl.com

**SPONSOR**
Michelman & Robinson, LLP
10880 Wilshire Blvd. 19th Floor
Los Angeles, CA 90024

**STUDY START DATE**
February 9, 2022

**STUDY COMPLETION DATE**
February 16, 2022



**EX. 0697 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000044

# Test Summary

**Project Title:** Antimicrobial efficacy testing of textile materials
**Study Methods:** AATCC Test Method 100
**Sponsor:** Michelman & Robinson, LLP
**Product Tested:**

Sample 1 - FIGS Men's Navy Leon™ – Two-Pocket Scrub Top – Large

 

Sample 2 - FIGS Men's Navy Axim™ – Cargo Scrub Pants – Large

 

EX. 0697 - 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        HAUSER0000045

Sample 3 - FIGS Women's Navy Catarina™ – One-Pocket Scrub Top – Large




Sample 4 - FIGS Women's Navy Livingston™ – Basic Scrub Pants – Large




**Test Conditions:**

Challenge Organisms:  *Staphylococcus aureus* – ATCC 6538
                                  *Klebsiella pneumonia* – ATCC 31488

Exposure Times:  5 seconds and 24 hours

## Study Dates and Facilities

All analytical testing was performed at EMSL Analytical, Inc. in Houston, Texas from date 02/09/2022 to 2/16/2022.

## Record Retention

All raw data and a copy of the final report will be archived and stored by EMSL Analytical, Inc. for 5 years.

EX. 0697 - 3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          HAUSER0000046

## Objectives

To determine the antibacterial efficacy of FIGS textile materials against *Staphylococcus aureus* and *Klebsiella pneumonia* after immediate contact (5 seconds) and after 24 hours of contact time at 37±2°C. The 5-second exposure time was used to evaluate an immediate antimicrobial effect when in contact with the material while the 24 hour is the standard exposure time per AATCC 100 when evaluating antimicrobial properties of a fabric.

## Test Method

<u>Organism Preparation</u>

For each organism tested, a culture from a pure stock was grown on tryptic soy agar supplemented with 5% sheep blood (TSAB) and incubated at 36±1°C for 24 hours. Well-isolated colonies were transferred into 50 mL centrifuge tubes with 40 mL of tryptic soy broth (TSB) and incubated at 36±1°C for 24 hours. After incubation, the broth cultures were shaken, diluted 1:10 with D. H2O, then allowed to stand for 15-20 minutes before using as inoculum in the testing.

<u>Procedure</u>

Test specimens were prepared by cutting circular swatches 4.8±0.1 cm in diameter from the scrub material. Untreated cotton fabric was used as control material and prepared in the same manner. Each material was placed into a sterile Petri dish (Pic 1) and inoculated with 1 mL of the bacterial suspension. Multiple swatches were used to ensure the amount of material could absorb the 1 mL of the inoculum with no free liquid in the container. The inoculum was applied in small drops over the surface of the specimen to ensure even coverage. One set of fabrics were placed after 5 seconds of contact time into containers with 30 mL of D/E neutralizing broth. All other plates containing inoculated untreated control samples and plates containing inoculated test samples were sealed in a plastic chamber to reduce evaporation and incubated at 37±2 °C for 24 hours (Pic 2).  All tests were performed in triplicate.

After each contact time, the test specimens were transferred into 30 mL of D/E neutralizing broth and then shaken for 1 minute to recover any remaining microbes into suspension. The recovered samples were serially diluted, plated onto Petrifilm AC plates and incubated for 48 hours at 37±2 °C.

EX. 0697 - 4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000047



**Pic 1.**



**Pic 2.**

EX. 0697 - 5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000048

## Experimental Results:

Table 1. Antimicrobial efficacy of FIGS scrub material after 5 seconds of exposure against *S. aureus*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 9,000,000 | | | | |
| Sample 1 | 6,300,000 | 30.0 | 6.95 | 6.80 | 0.15 |
| Sample 2 | 8,400,000 | 6.3 | 6.95 | 6.93 | 0.03 |
| Sample 3 | 6,200,000 | 30.7 | 6.95 | 6.79 | 0.16 |
| Sample 4 | 7,400,000 | 17.4 | 6.95 | 6.87 | 0.08 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

Table 2. Antimicrobial efficacy of FIGS scrub material after 5 seconds of exposure against *K. pneumoniae*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 81,700,000 | | | | |
| Sample 1 | 65,700,000 | 19.6 | 7.91 | 7.82 | 0.09 |
| Sample 2 | 62,000,000 | 24.1 | 7.91 | 7.79 | 0.12 |
| Sample 3 | 58,700,000 | 28.2 | 7.91 | 7.77 | 0.14 |
| Sample 4 | 60,700,000 | 25.7 | 7.91 | 7.78 | 0.13 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

## EX. 0697 - 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   HAUSER0000049

Table 3. Antimicrobial efficacy of FIGS scrub material after 24 hours of exposure against *S. aureus*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 45,700,000 | | | | |
| Sample 1 | 270,000 | 99.4 | 7.66 | 5.43 | 2.23 |
| Sample 2 | 227,000 | 99.5 | 7.66 | 5.36 | 2.30 |
| Sample 3 | 8,400,000 | 81.6 | 7.66 | 6.92 | 0.74 |
| Sample 4 | 2,400,000 | 94.8 | 7.66 | 6.38 | 1.28 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

Table 4. Antimicrobial efficacy of FIGS scrub material after 24 hours of exposure against *K. pneumoniae*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 52,700,000 | | | | |
| Sample 1 | 54,300,000 | None | 7.72 | 7.74 | None |
| Sample 2 | 45,700,000 | 13.3 | 7.72 | 7.66 | 0.06 |
| Sample 3 | 56,000,000 | None | 7.72 | 7.75 | None |
| Sample 4 | 57,700,000 | None | 7.72 | 7.76 | None |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

EX. 0697 - 7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000050



## Conclusions

There was no significant reduction of the two test bacteria for any of the four scrub samples after 5 seconds of contact time in order to support an immediate kill effect (Table 1 and 2).

After 24 hours of contact, there was a 1-2 log reduction of *S. aureus* found but no significant reduction against the Gram negative bacterium *K. pneumonia* (Table 3 and 4).

## Signatures

Study Performed by:

_____          2/16/2022
Mona Ramadi, Ph.D.                          Date
Microbiologist


Report Issued by:

_____          2/16/2022
Jason Dobranic, Ph.D.                       Date
Vice President of Microbiology & Life Sciences
Study Director

EX. 0697 - 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000051



# FINAL REPORT

**PROTOCOL**
Antimicrobial Efficacy Testing of Textile Materials
By AATCC 100

**PRODUCTS TESTED**
FIGS Men's Navy Leon™ – Two-Pocket Scrub Top - Large
FIGS Men's Navy Axim™ – Cargo Scrub Pants – Large
FIGS Women's Navy Catarina™ – One-Pocket Scrub Top – Large
FIGS Women's Navy Livingston™ – Basic Scrub Pants – Large

**EMSL ORDER NUMBER**
152201219

**TESTING LABORATORY**
EMSL Analytical, Inc.
5950 Fairbanks North Houston Rd.
Houston TX 77040
Phone: (713) 686-3635
Web: www.emsl.com

**SPONSOR**
Michelman & Robinson, LLP
10880 Wilshire Blvd. 19th Floor
Los Angeles, CA 90024

**STUDY START DATE**
February 21, 2022

**STUDY COMPLETION DATE**
March 1, 2022



**EX. 0698 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000053

# Test Summary

**Project Title:** Antimicrobial efficacy testing of textile materials
**Study Methods:** AATCC Test Method 100
**Sponsor:** Michelman & Robinson, LLP
**Product Tested:**

Sample 1 - FIGS Men's Navy Leon™ – Two-Pocket Scrub Top – Large

 

Sample 2 - FIGS Men's Navy Axim™ – Cargo Scrub Pants – Large

 

EX. 0698 - 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   HAUSER0000054

Sample 3 - FIGS Women's Navy Catarina™ – One-Pocket Scrub Top – Large

 

Sample 4 - FIGS Women's Navy Livingston™ – Basic Scrub Pants – Large

 

**Test Conditions:**
Challenge Organisms:  MRSA (Methicillin-resistant *Staphylococcus aureus)* – ATCC 33592
                                         *E. coli* – ATCC BAA-2469

Exposure Times:  5 seconds and 24 hours

## Study Dates and Facilities
All analytical testing was performed at EMSL Analytical, Inc. in Houston, Texas from date 02/21/2022 to 3/1/2022.

## Record Retention
All raw data and a copy of the final report will be archived and stored by EMSL Analytical, Inc. for 5 years.

**EX. 0698 - 3**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    HAUSER0000055

## Objectives

To determine the antibacterial efficacy of FIGS textile materials against MRSA (Methicillin-resistant *Staphylococcus aureus*) and *E. coli* after immediate contact (5 seconds) and after 24 hours of contact time at 37±2°C. The 5-second exposure time was used to evaluate an immediate antimicrobial effect when in contact with the material while the 24 hour is the standard exposure time per AATCC 100 when evaluating antimicrobial properties of a fabric.

## Test Method

### Organism Preparation

For each organism tested, a culture from a pure stock was grown on tryptic soy agar supplemented with 5% sheep blood (TSAB) and incubated at 36±1°C for 24 hours. Well-isolated colonies were transferred into 50 mL centrifuge tubes with 40 mL of tryptic soy broth (TSB) and incubated at 36±1°C for 24 hours. After incubation, the broth cultures were shaken, diluted 1:10 with D. H2O, then allowed to stand for 15-20 minutes before using as inoculum in the testing.

### Procedure

Test specimens were prepared by cutting circular swatches 4.8±0.1 cm in diameter from the scrub material. Untreated cotton fabric was used as control material and prepared in the same manner. Each material was placed into a sterile Petri dish (Pic 1) and inoculated with 1 mL of the bacterial suspension. Multiple swatches were used to ensure the amount of material could absorb the 1 mL of the inoculum with no free liquid in the container. The inoculum was applied in small drops over the surface of the specimen to ensure even coverage. One set of fabrics were placed after 5 seconds of contact time into containers with 30 mL of D/E neutralizing broth. All other plates containing inoculated untreated control samples and plates containing inoculated test samples were sealed in a plastic chamber to reduce evaporation and incubated at 37±2 °C for 24 hours (Pic 2).  All tests were performed in triplicate.

After each contact time, the test specimens were transferred into 30 mL of D/E neutralizing broth and then shaken for 1 minute to recover any remaining microbes into suspension. The recovered samples were serially diluted, plated onto Petrifilm AC plates and incubated for 48 hours at 37±2 °C.

| E M S L   A n a l y t i c a l ,   I n c. | O r d e r   I D   1 5 2 2 0 1 2 1 9 | Page 4 of 8 |
|---|---|---|

**EX. 0698 - 4**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Pic 1.**



**Pic 2.**

**EX. 0698 - 5**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    HAUSER0000057



## Experimental Results:

Table 1. Antimicrobial efficacy of FIGS scrub material after 5 seconds of exposure against MRSA (Methicillin-resistant *S. aureus*).

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 17,800,000 | | | | |
| Sample 1 | 24,500,000 | None | 7.25 | 7.39 | None |
| Sample 2 | 23,500,000 | None | 7.25 | 7.37 | None |
| Sample 3 | 19,900,000 | None | 7.25 | 7.30 | None |
| Sample 4 | 18,700,000 | None | 7.25 | 7.27 | None |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

Table 2. Antimicrobial efficacy of FIGS scrub material after 5 seconds of exposure against *E. coli*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 19,800,000 | | | | |
| Sample 1 | 10,200,000 | 48.6 | 7.30 | 7.01 | 0.29 |
| Sample 2 | 14,400,000 | 27.0 | 7.30 | 7.16 | 0.14 |
| Sample 3 | 15,900,000 | 19.7 | 7.30 | 7.20 | 0.10 |
| Sample 4 | 16,300,000 | 17.7 | 7.30 | 7.21 | 0.08 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

EX. 0698 - 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        HAUSER0000058



Table 3. Antimicrobial efficacy of FIGS scrub material after 24 hours of exposure against MRSA (Methicillin-resistant *S. aureus*).

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 415,000,000 | | | | |
| Sample 1 | 20,100,000 | 95.2 | 8.62 | 7.30 | 1.32 |
| Sample 2 | 8,900,000 | 97.9 | 8.62 | 6.95 | 1.67 |
| Sample 3 | 5,900,000 | 98.6 | 8.62 | 6.77 | 1.85 |
| Sample 4 | 19,500,000 | 95.3 | 8.62 | 7.29 | 1.33 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

Table 4. Antimicrobial efficacy of FIGS scrub material after 24 hours of exposure against *E. coli*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 318,000,000 | | | | |
| Sample 1 | 39,800,000 | 87.5 | 8.50 | 7.60 | 0.90 |
| Sample 2 | 69,000 | 99.98 | 8.50 | 4.84 | 3.66 |
| Sample 3 | 1,600,000 | 99.5 | 8.50 | 6.21 | 2.29 |
| Sample 4 | 26,800,000 | 91.6 | 8.50 | 7.43 | 1.07 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

EX. 0698 - 7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                    HAUSER0000059



## Conclusions

There was no significant reduction of the two test bacteria for any of the four scrub samples after 5 seconds of contact time in order to support an immediate kill effect (Table 1 and 2).

After 24 hours of contact, there was a 1.32-1.85 log reduction of MRSA found and 0.90-3.66 log reduction of *E. coli* (Table 3 and 4).

## Signatures

Study Performed by:

_____
Mona Ramadi, Ph.D.
Microbiologist

3/01/2022
Date

Report Issued by:

_____
Jason Dobranic, Ph.D.
Vice President of Microbiology & Life Sciences
Study Director

3/01/2022
Date

EX. 0698 - 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    HAUSER0000060



# FINAL REPORT

### PROTOCOL
Antimicrobial Efficacy Testing of Textile Materials
By AATCC 100

### PRODUCTS TESTED
FIGS Men's Navy Leon™ – Two-Pocket Scrub Top - Large
FIGS Men's Navy Axim™ – Cargo Scrub Pants – Large
FIGS Women's Navy Catarina™ – One-Pocket Scrub Top – Large
FIGS Women's Navy Livingston™ – Basic Scrub Pants – Large

### EMSL ORDER NUMBER
152201219

### TESTING LABORATORY
EMSL Analytical, Inc.
5950 Fairbanks North Houston Rd.
Houston TX 77040
Phone: (713) 686-3635
Web: www.emsl.com

### SPONSOR
Michelman & Robinson, LLP
10880 Wilshire Blvd. 19th Floor
Los Angeles, CA 90024

### STUDY START DATE
February 21, 2022

### STUDY COMPLETION DATE
March 3, 2022



**EX. 0700 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000002

# Test Summary

**Project Title:** Antimicrobial efficacy testing of textile materials
**Study Methods:** AATCC Test Method 100
**Sponsor:** Michelman & Robinson, LLP
**Product Tested:**
Sample 1 - FIGS Men's Navy Leon™ – Two-Pocket Scrub Top – Large

 

Sample 2 - FIGS Men's Navy Axim™ – Cargo Scrub Pants – Large

 

EX. 0700 - 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000003

Sample 3 - FIGS Women's Navy Catarina™ – One-Pocket Scrub Top – Large

 

Sample 4 - FIGS Women's Navy Livingston™ – Basic Scrub Pants – Large

 

**Test Conditions:**

Challenge Organisms: *S. epidermidis* – ATCC 12228
*P. aeruginosa* – ATCC 27853
*C. albicans* – ATCC 10231

Exposure Times:  5 seconds and 24 hours

## Study Dates and Facilities

All analytical testing was performed at EMSL Analytical, Inc. in Houston, Texas from date 02/21/2022 to 3/3/2022.

## Record Retention

All raw data and a copy of the final report will be archived and stored by EMSL Analytical, Inc. for 5 years.

EX. 0700 - 3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                        HAUSER0000004

## Objectives

To determine the antimicrobial efficacy of FIGS textile materials against *S. epidermidis, P. aeruginosa* and *C. albicans* after immediate contact (5 seconds) and after 24 hours of contact time at 37±2°C. The 5-second exposure time was used to evaluate an immediate antimicrobial effect when in contact with the material while the 24 hour is the standard exposure time per AATCC 100 when evaluating antimicrobial properties of a fabric.

## Test Method

<u>Organism Preparation</u>

For each bacterium tested, a culture from a pure stock was grown on tryptic soy agar supplemented with 5% sheep blood (TSAB) and incubated at 36±1°C for 24 hours. Well-isolated colonies were transferred into 50 mL centrifuge tubes with 40 mL of tryptic soy broth (TSB) and incubated at 36±1°C for 24 hours.

For *C. albicans*, a culture from a pure stock was grown on Sabouraud dextrose agar (SAB) and incubated at 30±1°C for 48 hours. Well-isolated colonies were transferred into 50 mL centrifuge tubes with 40 mL of Sabouraud dextrose broth and incubated at 30±1°C for 48 hours.

After incubation, the broth cultures were shaken, diluted 1:10 with D. H2O, then allowed to stand for 15-20 minutes before using as inoculum in the testing.

<u>Procedure</u>

Test specimens were prepared by cutting circular swatches 4.8±0.1 cm in diameter from the scrub material. Untreated cotton fabric was used as control material and prepared in the same manner. Each material was placed into a sterile Petri dish (Pic 1) and inoculated with 1 mL of the bacterial suspension. Multiple swatches were used to ensure the amount of material could absorb the 1 mL of the inoculum with no free liquid in the container. The inoculum was applied in small drops over the surface of the specimen to ensure even coverage. One set of fabrics were placed after 5 seconds of contact time into containers with 30 mL of D/E neutralizing broth. All other plates containing inoculated untreated control samples and plates containing inoculated test samples were sealed in a plastic chamber to reduce evaporation and incubated at 37±2 °C for 24 hours (Pic 2).  All tests were performed in triplicate.

After each contact time, the test specimens were transferred into 30 mL of D/E neutralizing broth and then shaken for 1 minute to recover any remaining microbes into suspension. For *S. epidermidis* and *P. aeruginosa*, the recovered samples were serially diluted, plated onto Petrifilm AC plates and incubated for 48 hours at 37±2 °C.

For *C. albicans*, the recovered samples were serially diluted, plated onto Petrifilm RYM plates and incubated for 96 hours at 30±1 °C.

EX. 0700 - 4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    HAUSER0000005



**Pic 1.**



**Pic 2.**

**EX. 0700 - 5**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    HAUSER0000006

## Experimental Results:

Table 1. Antimicrobial efficacy of FIGS scrub material after 5 seconds of exposure against *S. epidermidis*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 5,300,000 | | | | |
| Sample 1 | 5,500,000 | None | 6.72 | 6.74 | None |
| Sample 2 | 5,100,000 | 3.2 | 6.72 | 6.71 | 0.01 |
| Sample 3 | 5,400,000 | None | 6.72 | 6.74 | None |
| Sample 4 | 4,400,000 | 16.5 | 6.72 | 6.64 | 0.08 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

Table 2. Antimicrobial efficacy of FIGS scrub material after 5 seconds of exposure against *P. aeruginosa*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 8,300,000 | | | | |
| Sample 1 | 5,400,000 | 34.9 | 6.92 | 6.73 | 0.19 |
| Sample 2 | 7,100,000 | 14.9 | 6.92 | 6.85 | 0.07 |
| Sample 3 | 5,900,000 | 28.9 | 6.92 | 6.77 | 0.15 |
| Sample 4 | 5,600,000 | 32.1 | 6.92 | 6.75 | 0.17 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

EX. 0700 - 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                             HAUSER0000007



Table 3. Antimicrobial efficacy of FIGS scrub material after 5 seconds of exposure against *C. albicans*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 930,000 | | | | |
| Sample 1 | 540,000 | 41.4 | 5.97 | 5.74 | 0.23 |
| Sample 2 | 570,000 | 38.1 | 5.97 | 5.76 | 0.21 |
| Sample 3 | 610,000 | 33.8 | 5.97 | 5.79 | 0.18 |
| Sample 4 | 480,000 | 48.6 | 5.97 | 5.68 | 0.29 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.

Detection limit was 100 CFU/sample

Table 4. Antimicrobial efficacy of FIGS scrub material after 24 hours of exposure against *S. epidermidis*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 69,000,000 | | | | |
| Sample 1 | 120,000 | 99.8 | 7.84 | 5.08 | 2.76 |
| Sample 2 | 4,600,000 | 93.3 | 7.84 | 6.66 | 1.18 |
| Sample 3 | 440,000 | 99.4 | 7.84 | 5.65 | 2.19 |
| Sample 4 | 2,200,000 | 96.8 | 7.84 | 6.35 | 1.49 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.

Detection limit was 100 CFU/sample

EX. 0700 - 7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        HAUSER0000008

Table 5. Antimicrobial efficacy of FIGS scrub material after 24 hours of exposure against *P. aeruginosa*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 497,000,000 | | | | |
| Sample 1 | 76,000,000 | 84.7 | 8.70 | 7.88 | 0.82 |
| Sample 2 | 550,000 | 99.9 | 8.70 | 5.74 | 2.96 |
| Sample 3 | 39,000,000 | 92.2 | 8.70 | 7.59 | 1.11 |
| Sample 4 | 252,000,000 | 49.2 | 8.70 | 8.40 | 0.29 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.

Detection limit was 100 CFU/sample

Table 6. Antimicrobial efficacy of FIGS scrub material after 24 hours of exposure against *C. albicans*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 4,900,000 | | | | |
| Sample 1 | 4,400,000 | 10.1 | 6.69 | 6.65 | 0.05 |
| Sample 2 | 370,000 | 92.6 | 6.69 | 5.56 | 1.13 |
| Sample 3 | 3,300,000 | 33.1 | 6.69 | 6.52 | 0.17 |
| Sample 4 | 14,000,000 | None | 6.69 | 7.14 | None |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.

Detection limit was 100 CFU/sample

EX. 0700 - 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000009

## Conclusions

There was no significant reduction of the test bacteria or test fungus for any of the four scrub samples after 5 seconds of contact time in order to support an immediate kill effect (Tables 1-3).

After 24 hours of contact, there was a 1.18-2.76 log reduction of *S. epidermidis* found, 0.29-2.96 log reduction of *P. aeruginosa,* and 0.05-1.13 log reduction of *C. albicans* (Tables 4-6).

## Signatures

Study Performed by:

_____

Mona Ramadi, Ph.D.
Microbiologist

3/03/2022
Date

Report Issued by:

_____

Jason Dobranic, Ph.D.
Vice President of Microbiology & Life Sciences
Study Director

3/03/2022
Date

EX. 0700 - 9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        HAUSER0000010



# FINAL REPORT

**PROTOCOL**
Antimicrobial Efficacy Testing of Textile Materials
By AATCC 100

**PRODUCTS TESTED**
FIGS Men's Navy Leon™ – Two-Pocket Scrub Top - Large
FIGS Men's Navy Axim™ – Cargo Scrub Pants – Large
FIGS Women's Navy Catarina™ – One-Pocket Scrub Top – Large
FIGS Women's Navy Livingston™ – Basic Scrub Pants – Large

**EMSL ORDER NUMBER**
152201219

**TESTING LABORATORY**
EMSL Analytical, Inc.
5950 Fairbanks North Houston Rd.
Houston TX 77040
Phone: (713) 686-3635
Web: www.emsl.com

**SPONSOR**
Michelman & Robinson, LLP
10880 Wilshire Blvd. 19th Floor
Los Angeles, CA 90024

**STUDY START DATE**
February 21, 2022

**STUDY COMPLETION DATE**
March 15, 2022



**EX. 0713 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Test Summary

**Project Title:** Antimicrobial efficacy testing of textile materials
**Study Methods:** AATCC Test Method 100
**Sponsor:** Michelman & Robinson, LLP
**Product Tested:**
Sample 1 - FIGS Men's Navy Leon™ – Two-Pocket Scrub Top – Large



Sample 2 - FIGS Men's Navy Axim™ – Cargo Scrub Pants – Large



**EX. 0713 - 2**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000147



Sample 3 - FIGS Women's Navy Catarina™ – One-Pocket Scrub Top – Large



Sample 4 - FIGS Women's Navy Livingston™ – Basic Scrub Pants – Large



**Test Conditions:**
Challenge Organisms:  *Salmonella enterica* – ATCC 14028
                                    *Listeria monocytogenes* – ATCC 19111

Exposure Times:  5 seconds and 24 hours

## Study Dates and Facilities

All analytical testing was performed at EMSL Analytical, Inc. in Houston, Texas from date 02/21/2022 to 3/15/2022.

## Record Retention

All raw data and a copy of the final report will be archived and stored by EMSL Analytical, Inc. for 5 years.

**EX. 0713 - 3**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                        HAUSER0000148

## Objectives

To determine the antimicrobial efficacy of FIGS textile materials against *Salmonella enterica* and *Listeria monocytogenes* after immediate contact (5 seconds) and after 24 hours of contact time at 37±2°C. The 5-second exposure time was used to evaluate an immediate antimicrobial effect when in contact with the material while the 24 hour is the standard exposure time per AATCC 100 when evaluating antimicrobial properties of a fabric.

## Test Method

### Organism Preparation

For each bacterium tested, a culture from a pure stock was grown on tryptic soy agar supplemented with 5% sheep blood (TSAB) and incubated at 36±1°C for 24 hours. Well-isolated colonies were transferred into 50 mL centrifuge tubes with 40 mL of tryptic soy broth (TSB) and incubated at 36±1°C for 24 hours.

After incubation, the broth cultures were shaken, diluted 1:10 with D. H$_2$O, then allowed to stand for 15-20 minutes before using as inoculum in the testing.

### Procedure

Test specimens were prepared by cutting circular swatches 4.8±0.1 cm in diameter from the scrub material. Untreated cotton fabric was used as control material and prepared in the same manner. Each material was placed into a sterile Petri dish (Pic 1) and inoculated with 1 mL of the bacterial suspension. Multiple swatches were used to ensure the amount of material could absorb the 1 mL of the inoculum with no free liquid in the container. The inoculum was applied in small drops over the surface of the specimen to ensure even coverage. One set of fabrics were placed after 5 seconds of contact time into containers with 30 mL of D/E neutralizing broth. All other plates containing inoculated untreated control samples and plates containing inoculated test samples were sealed in a plastic chamber to reduce evaporation and incubated at 37±2 °C for 24 hours (Pic 2).  All tests were performed in triplicate.

After each contact time, the test specimens were transferred into 30 mL of D/E neutralizing broth and then shaken for 1 minute to recover any remaining microbes into suspension. The recovered samples were serially diluted, plated onto Petrifilm AC plates and incubated for 48 hours at 37±2 °C.

**EX. 0713 - 4**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    HAUSER0000149



**Pic 1.**



**Pic 2.**

**EX. 0713 - 5**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY      HAUSER0000150

## Experimental Results:

Table 1. Antimicrobial efficacy of FIGS scrub material after 5 seconds of exposure against *Salmonella enterica*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 10,200,000 | | | | |
| Sample 1 | 8,200,000 | 19.6 | 7.01 | 6.91 | 0.09 |
| Sample 2 | 6,800,000 | 33.3 | 7.01 | 6.83 | 0.18 |
| Sample 3 | 5,200,000 | 49.3 | 7.01 | 6.71 | 0.30 |
| Sample 4 | 7,700,000 | 24.5 | 7.01 | 6.89 | 0.12 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

Table 2. Antimicrobial efficacy of FIGS scrub material after 5 seconds of exposure against *Listeria monocytogenes*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 3,000,000 | | | | |
| Sample 1 | 3,500,000 | None | 6.48 | 6.54 | None |
| Sample 2 | 3,500,000 | None | 6.48 | 6.54 | None |
| Sample 3 | 3,600,000 | None | 6.48 | 6.56 | None |
| Sample 4 | 2,600,000 | 6.48 | 6.48 | 6.41 | 0.07 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

EX. 0713 - 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   HAUSER0000151

Table 3. Antimicrobial efficacy of FIGS scrub material after 24 hours of exposure against *Salmonella enterica*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 76,000,000 | | | | |
| Sample 1 | 65,700,000 | 13.6 | 7.88 | 7.82 | 0.06 |
| Sample 2 | 380,000 | 99.5 | 7.88 | 5.58 | 2.30 |
| Sample 3 | 337,000,000 | None | 7.88 | 8.53 | None |
| Sample 4 | 41,700,000 | 45.2 | 7.88 | 7.62 | 0.26 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

Table 4. Antimicrobial efficacy of FIGS scrub material after 24 hours of exposure against *Listeria monocytogenes*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 4,800,000 | | | | |
| Sample 1 | 1,300 | 99.97 | 6.68 | 3.12 | 3.56 |
| Sample 2 | 250,000 | 94.89 | 6.68 | 5.39 | 1.29 |
| Sample 3 | 6,500,000 | None | 6.68 | 6.81 | None |
| Sample 4 | 2,300 | 99.95 | 6.68 | 3.37 | 3.32 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

EX. 0713 - 7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000152

## Conclusions

There was no significant reduction of the test bacteria for any of the four scrub samples after 5 seconds of contact time in order to support an immediate kill effect (Tables 1-2).

After 24 hours of contact, there was 0.06-2.30 log reduction of *Salmonella enterica* found and 1.29-3.56 log reduction of *Listeria monocytogenes* (Tables 3-4).

## Signatures

Study Performed by:

_____
Mona Ramadi, Ph.D.
Microbiologist

3/15/2022
Date

Report Issued by:

_____
Jason Dobranic, Ph.D.
Vice President of Microbiology & Life Sciences
Study Director

3/15/2022
Date

**EX. 0713 - 8**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                            HAUSER0000153



# FINAL REPORT

**PROTOCOL**
Antimicrobial Efficacy Testing of Textile Materials
By AATCC 100

**PRODUCTS TESTED**
FIGS Men's Navy Leon™ – Two-Pocket Scrub Top - Large
FIGS Men's Navy Axim™ – Cargo Scrub Pants – Large
FIGS Women's Navy Catarina™ – One-Pocket Scrub Top – Large
FIGS Women's Navy Livingston™ – Basic Scrub Pants – Large

**EMSL ORDER NUMBER**
152201219

**TESTING LABORATORY**
EMSL Analytical, Inc.
5950 Fairbanks North Houston Rd.
Houston TX 77040
Phone: (713) 686-3635
Web: www.emsl.com

**SPONSOR**
Michelman & Robinson, LLP
10880 Wilshire Blvd. 19th Floor
Los Angeles, CA 90024

**STUDY START DATE**
February 21, 2022

**STUDY COMPLETION DATE**
March 15, 2022



**EX. 0714 - 1**
HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    HAUSER0000139



# Test Summary

**Project Title:** Antimicrobial efficacy testing of textile materials
**Study Methods:** AATCC Test Method 100
**Sponsor:** Michelman & Robinson, LLP
**Product Tested:**
Sample 1 - FIGS Men's Navy Leon™ – Two-Pocket Scrub Top – Large



Sample 2 - FIGS Men's Navy Axim™ – Cargo Scrub Pants – Large



**EX. 0714 - 2**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000140

Sample 3 - FIGS Women's Navy Catarina™ – One-Pocket Scrub Top – Large



Sample 4 - FIGS Women's Navy Livingston™ – Basic Scrub Pants – Large



**Test Conditions:**
Challenge Organisms: *Acinetobacter baumannii* –ATCC ™ BAA-747

Exposure Times: 5 seconds and 24 hours

## Study Dates and Facilities

All analytical testing was performed at EMSL Analytical, Inc. in Houston, Texas from date 02/21/2022 to 3/15/2022.

## Record Retention

All raw data and a copy of the final report will be archived and stored by EMSL Analytical, Inc. for 5 years.

**EX. 0714 - 3**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000141

## Objectives

To determine the antimicrobial efficacy of FIGS textile materials against *Acinetobacter baumannii* after immediate contact (5 seconds) and after 24 hours of contact time at 37±2°C. The 5-second exposure time was used to evaluate an immediate antimicrobial effect when in contact with the material while the 24 hour is the standard exposure time per AATCC 100 when evaluating antimicrobial properties of a fabric.

## Test Method

Organism Preparation

The test organism was grown from a pure stock on tryptic soy agar supplemented with 5% sheep blood (TSAB) and incubated at 36±1°C for 24 hours. Well-isolated colonies were transferred into 50 mL centrifuge tubes with 40 mL of tryptic soy broth (TSB) and incubated at 36±1°C for 24 hours.

After incubation, the broth cultures were shaken, diluted 1:10 with D. H2O, then allowed to stand for 15-20 minutes before using as inoculum in the testing.

Procedure

Test specimens were prepared by cutting circular swatches 4.8±0.1 cm in diameter from the scrub material. Untreated cotton fabric was used as control material and prepared in the same manner. Each material was placed into a sterile Petri dish (Pic 1) and inoculated with 1 mL of the bacterial suspension. Multiple swatches were used to ensure the amount of material could absorb the 1 mL of the inoculum with no free liquid in the container. The inoculum was applied in small drops over the surface of the specimen to ensure even coverage. One set of fabrics were placed after 5 seconds of contact time into containers with 30 mL of D/E neutralizing broth. All other plates containing inoculated untreated control samples and plates containing inoculated test samples were sealed in a plastic chamber to reduce evaporation and incubated at 37±2 °C for 24 hours (Pic 2).  All tests were performed in triplicate.

After each contact time, the test specimens were transferred into 30 mL of D/E neutralizing broth and then shaken for 1 minute to recover any remaining microbes into suspension. The recovered samples were serially diluted, plated onto Petrifilm AC plates and incubated for 48 hours at 37±2 °C.

**EX. 0714 - 4**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     HAUSER0000142



**Pic 1.**



**Pic 2.**

**EX. 0714 - 5**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000143

## Experimental Results:

Table 1. Antimicrobial efficacy of FIGS scrub material after 5 seconds of exposure against *Acinetobacter baumannii*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 24,700,000 | | | | |
| Sample 1 | 29,700,000 | None | 7.39 | 7.47 | None |
| Sample 2 | 21,300,000 | 13.5 | 7.39 | 7.33 | 0.06 |
| Sample 3 | 33,000,000 | None | 7.39 | 7.52 | None |
| Sample 4 | 20,000,000 | 18.9 | 7.39 | 7.30 | 0.09 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

Table 2. Antimicrobial efficacy of FIGS scrub material after 24 hours of exposure against *Acinetobacter baumannii*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 617,000,000 | | | | |
| Sample 1 | 43,000 | 99.99 | 8.79 | 4.64 | 4.15 |
| Sample 2 | 20,000 | 99.997 | 8.79 | 4.30 | 4.49 |
| Sample 3 | 283,000,000 | 54.1 | 8.79 | 8.45 | 0.34 |
| Sample 4 | 68,000,000 | 89.0 | 8.79 | 7.83 | 0.96 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

EX. 0714 - 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000144

## Conclusions

There was no significant reduction of the test bacteria for any of the four scrub samples after 5 seconds of contact time in order to support an immediate kill effect (Table 1).

After 24 hours of contact, there was 0.34-4.49 log reduction of *Acinetobacter baumannii* found (Table 2).

## Signatures

Study Performed by:

_____
Mona Ramadi, Ph.D.
Microbiologist

_____
3/15/2022
Date

Report Issued by:

_____
Jason Dobranic, Ph.D.
Vice President of Microbiology & Life Sciences
Study Director

_____
3/15/2022
Date

**EX. 0714 - 7**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    HAUSER0000145



# FINAL REPORT

**PROTOCOL**
Antimicrobial Efficacy Testing of Textile Materials
By AATCC 100

**PRODUCTS TESTED**
FIGS Men's Navy Leon™ – Two-Pocket Scrub Top - Large
FIGS Men's Navy Axim™ – Cargo Scrub Pants – Large
FIGS Women's Navy Catarina™ – One-Pocket Scrub Top – Large
FIGS Women's Navy Livingston™ – Basic Scrub Pants – Large

**EMSL ORDER NUMBER**
152201219

**TESTING LABORATORY**
EMSL Analytical, Inc.
5950 Fairbanks North Houston Rd.
Houston TX 77040
Phone: (713) 686-3635
Web: www.emsl.com

**SPONSOR**
Michelman & Robinson, LLP
10880 Wilshire Blvd. 19th Floor
Los Angeles, CA 90024

**STUDY START DATE**
February 21, 2022

**STUDY COMPLETION DATE**
March 15, 2022



**EX. 0715 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000132

# Test Summary

**Project Title:** Antimicrobial efficacy testing of textile materials
**Study Methods:** AATCC Test Method 100
**Sponsor:** Michelman & Robinson, LLP
**Product Tested:**

Sample 1 - FIGS Men's Navy Leon™ – Two-Pocket Scrub Top – Large



Sample 2 - FIGS Men's Navy Axim™ – Cargo Scrub Pants – Large



**EX. 0715 - 2**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000133

Sample 3 - FIGS Women's Navy Catarina™ – One-Pocket Scrub Top – Large



Sample 4 - FIGS Women's Navy Livingston™ – Basic Scrub Pants – Large



**Test Conditions:**
Challenge Organisms: *Bacillus cereus* – ATCC 11778

Exposure Times: 5 seconds and 24 hours

## Study Dates and Facilities

All analytical testing was performed at EMSL Analytical, Inc. in Houston, Texas from date 02/21/2022 to 3/15/2022.

## Record Retention

All raw data and a copy of the final report will be archived and stored by EMSL Analytical, Inc. for 5 years.

**EX. 0715 - 3**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        HAUSER0000134

## Objectives

To determine the antimicrobial efficacy of FIGS textile materials against *Bacillus cereus* after immediate contact (5 seconds) and after 24 hours of contact time at 37±2°C. The 5-second exposure time was used to evaluate an immediate antimicrobial effect when in contact with the material while the 24 hour is the standard exposure time per AATCC 100 when evaluating antimicrobial properties of a fabric.

## Test Method

Organism Preparation

The test organism was grown from a pure stock on tryptic soy agar supplemented with 5% sheep blood (TSAB) and incubated at 36±1°C for 24 hours. Well-isolated colonies were transferred into 50 mL centrifuge tubes with 40 mL of tryptic soy broth (TSB) and incubated at 36±1°C for 24 hours.

After incubation, the broth cultures were shaken, diluted 1:10 with D. H2O, then allowed to stand for 15-20 minutes before using as inoculum in the testing.

Procedure

Test specimens were prepared by cutting circular swatches 4.8±0.1 cm in diameter from the scrub material. Untreated cotton fabric was used as control material and prepared in the same manner. Each material was placed into a sterile Petri dish (Pic 1) and inoculated with 1 mL of the bacterial suspension. Multiple swatches were used to ensure the amount of material could absorb the 1 mL of the inoculum with no free liquid in the container. The inoculum was applied in small drops over the surface of the specimen to ensure even coverage. One set of fabrics were placed after 5 seconds of contact time into containers with 30 mL of D/E neutralizing broth. All other plates containing inoculated untreated control samples and plates containing inoculated test samples were sealed in a plastic chamber to reduce evaporation and incubated at 37±2 °C for 24 hours (Pic 2).  All tests were performed in triplicate.

After each contact time, the test specimens were transferred into 30 mL of D/E neutralizing broth and then shaken for 1 minute to recover any remaining microbes into suspension. The recovered samples were serially diluted, plated onto Petrifilm AC plates and incubated for 48 hours at 37±2 °C.

EX. 0715 - 4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                      HAUSER0000135



**Pic 1.**



**Pic 2.**

**EX. 0715 - 5**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000136

## Experimental Results:

Table 1. Antimicrobial efficacy of FIGS scrub material after 5 seconds of exposure against *Bacillis cereus*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 210,000 | | | | |
| Sample 1 | 96,000 | 55.2 | 5.33 | 4.98 | 0.35 |
| Sample 2 | 74,000 | 65.5 | 5.33 | 4.87 | 0.46 |
| Sample 3 | 72,000 | 66.4 | 5.33 | 4.86 | 0.47 |
| Sample 4 | 65,000 | 69.7 | 5.33 | 4.81 | 0.52 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

Table 2. Antimicrobial efficacy of FIGS scrub material after 24 hours of exposure against *Bacillus cereus*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 46,000,000 | | | | |
| Sample 1 | 2,300 | 99.99 | 7.66 | 3.37 | 4.29 |
| Sample 2 | 3,700,000 | 91.9 | 7.66 | 6.57 | 1.09 |
| Sample 3 | 41,000,000 | 10.9 | 7.66 | 7.61 | 0.05 |
| Sample 4 | 3,300 | 99.99 | 7.66 | 3.52 | 4.14 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

EX. 0715 - 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   HAUSER0000137

## Conclusions

There was no significant reduction of the test bacteria for any of the four scrub samples after 5 seconds of contact time in order to support an immediate kill effect (Table 1).

After 24 hours of contact, there was 0.05-4.29 log reduction of *Bacillus cereus* found (Table 2).

## Signatures

Study Performed by:

_____          3/15/2022
Mona Ramadi, Ph.D.                                  Date
Microbiologist

Report Issued by:

_____          3/15/2022
Jason Dobranic, Ph.D.                               Date
Vice President of Microbiology & Life Sciences
Study Director

EX. 0715 - 7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        HAUSER0000138



# FINAL REPORT

### PROTOCOL
Antimicrobial Efficacy Testing of Textile Materials
By AATCC 100

### PRODUCTS TESTED
FIGS Men's Navy Leon™ – Two-Pocket Scrub Top - Large
FIGS Men's Navy Axim™ – Cargo Scrub Pants – Large
FIGS Women's Navy Catarina™ – One-Pocket Scrub Top – Large
FIGS Women's Navy Livingston™ – Basic Scrub Pants – Large

### EMSL ORDER NUMBER
152201219

### TESTING LABORATORY
EMSL Analytical, Inc.
5950 Fairbanks North Houston Rd.
Houston TX 77040
Phone: (713) 686-3635
Web: www.emsl.com

### SPONSOR
Michelman & Robinson, LLP
10880 Wilshire Blvd. 19th Floor
Los Angeles, CA 90024

### STUDY START DATE
February 21, 2022

### STUDY COMPLETION DATE
March 16, 2022



**EX. 0716 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000168

# Test Summary

**Project Title:** Antimicrobial efficacy testing of textile materials
**Study Methods:** AATCC Test Method 100
**Sponsor:** Michelman & Robinson, LLP
**Product Tested:**
Sample 1 - FIGS Men's Navy Leon™ – Two-Pocket Scrub Top – Large



Sample 2 - FIGS Men's Navy Axim™ – Cargo Scrub Pants – Large



EX. 0716 - 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                     HAUSER0000169

Sample 3 - FIGS Women's Navy Catarina™ – One-Pocket Scrub Top – Large



Sample 4 - FIGS Women's Navy Livingston™ – Basic Scrub Pants – Large



**Test Conditions:**

Challenge Organisms:  *Stenotrophomonas maltophilia* –ATCC ™ 13637

Exposure Times:  5 seconds and 24 hours

## Study Dates and Facilities

All analytical testing was performed at EMSL Analytical, Inc. in Houston, Texas from date 02/21/2022 to 3/16/2022.

## Record Retention

All raw data and a copy of the final report will be archived and stored by EMSL Analytical, Inc. for 5 years.

**EX. 0716 - 3**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    HAUSER0000170

## Objectives

To determine the antimicrobial efficacy of FIGS textile materials against *S. maltophilia* after immediate contact (5 seconds) and after 24 hours of contact time at 37±2°C. The 5-second exposure time was used to evaluate an immediate antimicrobial effect when in contact with the material while the 24 hour is the standard exposure time per AATCC 100 when evaluating antimicrobial properties of a fabric.

## Test Method

Organism Preparation

The test organism was grown from a pure stock on tryptic soy agar supplemented with 5% sheep blood (TSAB) and incubated at 36±1°C for 24 hours. Well-isolated colonies were transferred into 50 mL centrifuge tubes with 40 mL of tryptic soy broth (TSB) and incubated at 36±1°C for 24 hours.

After incubation, the broth cultures were shaken, diluted 1:10 with D. H2O, then allowed to stand for 15-20 minutes before using as inoculum in the testing.

Procedure

Test specimens were prepared by cutting circular swatches 4.8±0.1 cm in diameter from the scrub material. Untreated cotton fabric was used as control material and prepared in the same manner. Each material was placed into a sterile Petri dish (Pic 1) and inoculated with 1 mL of the bacterial suspension. Multiple swatches were used to ensure the amount of material could absorb the 1 mL of the inoculum with no free liquid in the container. The inoculum was applied in small drops over the surface of the specimen to ensure even coverage. One set of fabrics were placed after 5 seconds of contact time into containers with 30 mL of D/E neutralizing broth. All other plates containing inoculated untreated control samples and plates containing inoculated test samples were sealed in a plastic chamber to reduce evaporation and incubated at 37±2 °C for 24 hours (Pic 2).  All tests were performed in triplicate.

After each contact time, the test specimens were transferred into 30 mL of D/E neutralizing broth and then shaken for 1 minute to recover any remaining microbes into suspension. The recovered samples were serially diluted, plated onto Petrifilm AC plates and incubated for 48 hours at 37±2 °C.

EX. 0716 - 4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      HAUSER0000171



**Pic 1.**



**Pic 2.**

**EX. 0716 - 5**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000172

## Experimental Results:

Table 1. Antimicrobial efficacy of FIGS scrub material after 5 seconds of exposure against *S. maltophilia*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 8,800,000 | | | | |
| Sample 1 | 7,200,000 | 17.9 | 6.94 | 6.86 | 0.09 |
| Sample 2 | 6,100,000 | 30.0 | 6.94 | 6.79 | 0.16 |
| Sample 3 | 7,100,000 | 19.4 | 6.94 | 6.85 | 0.09 |
| Sample 4 | 7,900,000 | 9.9 | 6.94 | 6.90 | 0.05 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

Table 2. Antimicrobial efficacy of FIGS scrub material after 24 hours of exposure against *S. maltophilia*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 1,580,000,000 | | | | |
| Sample 1 | 6,100,000 | 99.6 | 9.20 | 6.78 | 2.42 |
| Sample 2 | 2,300,000 | 99.9 | 9.20 | 6.36 | 2.84 |
| Sample 3 | 923,000,000 | 41.6 | 9.20 | 8.97 | 0.23 |
| Sample 4 | 780,000,000 | 50.6 | 9.20 | 8.89 | 0.31 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

EX. 0716 - 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000173

## Conclusions

There was no significant reduction of the test bacteria for any of the four scrub samples after 5 seconds of contact time in order to support an immediate kill effect (Table 1).

After 24 hours of contact, there was 0.23-2.84 log reduction of *Stenotrophomonas maltophilia* found (Table 2).

## Signatures

Study Performed by:

_____
Mona Ramadi, Ph.D.
Microbiologist

3/16/2022
Date

Report Issued by:

_____
Jason Dobranic, Ph.D.
Vice President of Microbiology & Life Sciences
Study Director

3/16/2022
Date

EX. 0716 - 7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000174



# FINAL REPORT

**PROTOCOL**
Antimicrobial Efficacy Testing of Textile Materials
By AATCC 100

**PRODUCTS TESTED**
FIGS Men's Navy Leon™ – Two-Pocket Scrub Top - Large
FIGS Men's Navy Axim™ – Cargo Scrub Pants – Large
FIGS Women's Navy Catarina™ – One-Pocket Scrub Top – Large
FIGS Women's Navy Livingston™ – Basic Scrub Pants – Large

**EMSL ORDER NUMBER**
152201219

**TESTING LABORATORY**
EMSL Analytical, Inc.
5950 Fairbanks North Houston Rd.
Houston TX 77040
Phone: (713) 686-3635
Web: www.emsl.com

**SPONSOR**
Michelman & Robinson, LLP
10880 Wilshire Blvd. 19th Floor
Los Angeles, CA 90024

**STUDY START DATE**
February 21, 2022

**STUDY COMPLETION DATE**
March 22, 2022



**EX. 0717 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000182

# Test Summary

**Project Title:** Antimicrobial efficacy testing of textile materials
**Study Methods:** AATCC Test Method 100
**Sponsor:** Michelman & Robinson, LLP
**Product Tested:**
Sample 1 - FIGS Men's Navy Leon™ – Two-Pocket Scrub Top – Large



Sample 2 - FIGS Men's Navy Axim™ – Cargo Scrub Pants – Large



EX. 0717 - 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   HAUSER0000183

Sample 3 - FIGS Women's Navy Catarina™ – One-Pocket Scrub Top – Large



Sample 4 - FIGS Women's Navy Livingston™ – Basic Scrub Pants – Large



**Test Conditions:**
Challenge Organisms: *Enterococcus faecalis* –ATCC ™ 19433

Exposure Times:  5 seconds and 24 hours

## Study Dates and Facilities

All analytical testing was performed at EMSL Analytical, Inc. in Houston, Texas from date 02/21/2022 to 3/22/2022.

## Record Retention

All raw data and a copy of the final report will be archived and stored by EMSL Analytical, Inc. for 5 years.

EX. 0717 - 3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    HAUSER0000184

## Objectives

To determine the antimicrobial efficacy of FIGS textile materials against *E. faecalis* after immediate contact (5 seconds) and after 24 hours of contact time at 37±2°C. The 5-second exposure time was used to evaluate an immediate antimicrobial effect when in contact with the material while the 24 hour is the standard exposure time per AATCC 100 when evaluating antimicrobial properties of a fabric.

## Test Method

Organism Preparation

The test organism was grown from a pure stock on tryptic soy agar supplemented with 5% sheep blood (TSAB) and incubated at 36±1°C for 24 hours. Well-isolated colonies were transferred into 50 mL centrifuge tubes with 40 mL of tryptic soy broth (TSB) and incubated at 36±1°C for 24 hours.

After incubation, the broth cultures were shaken, diluted 1:10 with D. H2O, then allowed to stand for 15-20 minutes before using as inoculum in the testing.

Procedure

Test specimens were prepared by cutting circular swatches 4.8±0.1 cm in diameter from the scrub material. Untreated cotton fabric was used as control material and prepared in the same manner. Each material was placed into a sterile Petri dish (Pic 1) and inoculated with 1 mL of the bacterial suspension. Multiple swatches were used to ensure the amount of material could absorb the 1 mL of the inoculum with no free liquid in the container. The inoculum was applied in small drops over the surface of the specimen to ensure even coverage. One set of fabrics were placed after 5 seconds of contact time into containers with 30 mL of D/E neutralizing broth. All other plates containing inoculated untreated control samples and plates containing inoculated test samples were sealed in a plastic chamber to reduce evaporation and incubated at 37±2 °C for 24 hours (Pic 2).  All tests were performed in triplicate.

After each contact time, the test specimens were transferred into 30 mL of D/E neutralizing broth and then shaken for 1 minute to recover any remaining microbes into suspension. The recovered samples were serially diluted, plated onto Petrifilm AC plates and incubated for 48 hours at 37±2 °C.

EX. 0717 - 4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000185



**Pic 1.**



**Pic 2.**

**EX. 0717 - 5**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY      HAUSER0000186

**EMSL**

## Experimental Results:

Table 1. Antimicrobial efficacy of FIGS scrub material after 5 seconds of exposure against *E. faecalis*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 6,100,000 | | | | |
| Sample 1 | 5,300,000 | 13.6 | 6.79 | 6.72 | 0.06 |
| Sample 2 | 4,400,000 | 28.8 | 6.79 | 6.64 | 0.15 |
| Sample 3 | 4,400,000 | 28.8 | 6.79 | 6.64 | 0.15 |
| Sample 4 | 4,300,000 | 29.3 | 6.79 | 6.64 | 0.15 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

Table 2. Antimicrobial efficacy of FIGS scrub material after 24 hours of exposure against *E. faecalis*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 48,700,000 | | | | |
| Sample 1 | 18,000 | 99.96 | 7.69 | 4.26 | 3.43 |
| Sample 2 | 169,000 | 99.7 | 7.69 | 5.23 | 2.46 |
| Sample 3 | 17,000,000 | 64.8 | 7.69 | 7.23 | 0.45 |
| Sample 4 | 3,970,000 | 91.9 | 7.69 | 6.60 | 1.09 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

EX. 0717 - 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   HAUSER0000187

## Conclusions

There was no significant reduction of the test bacteria for any of the four scrub samples after 5 seconds of contact time in order to support an immediate kill effect (Table 1).

After 24 hours of contact, there was 0.45-3.43 log reduction of *Enterococcus faecalis* found (Table 2).

## Signatures

Study Performed by:

_____
Mona Ramadi, Ph.D.
Microbiologist

_____
3/22/2022
Date

Report Issued by:

_____
Jason Dobranic, Ph.D.
Vice President of Microbiology & Life Sciences
Study Director

_____
3/22/2022
Date

EX. 0717 - 7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000188



# FINAL REPORT

### PROTOCOL
Antimicrobial Efficacy Testing of Textile Materials
By AATCC 100

### PRODUCTS TESTED
FIGS Men's Navy Leon™ – Two-Pocket Scrub Top - Large
FIGS Men's Navy Axim™ – Cargo Scrub Pants – Large
FIGS Women's Navy Catarina™ – One-Pocket Scrub Top – Large
FIGS Women's Navy Livingston™ – Basic Scrub Pants – Large

### EMSL ORDER NUMBER
152201219

### TESTING LABORATORY
EMSL Analytical, Inc.
5950 Fairbanks North Houston Rd.
Houston TX 77040
Phone: (713) 686-3635
Web: www.emsl.com

### SPONSOR
Michelman & Robinson, LLP
10880 Wilshire Blvd. 19th Floor
Los Angeles, CA 90024

### STUDY START DATE
February 21, 2022

### STUDY COMPLETION DATE
March 22, 2022



**EX. 0718 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Test Summary

**Project Title:** Antimicrobial efficacy testing of textile materials
**Study Methods:** AATCC Test Method 100
**Sponsor:** Michelman & Robinson, LLP
**Product Tested:**

Sample 1 - FIGS Men's Navy Leon™ – Two-Pocket Scrub Top – Large



Sample 2 - FIGS Men's Navy Axim™ – Cargo Scrub Pants – Large



EX. 0718 - 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    HAUSER0000155

Sample 3 - FIGS Women's Navy Catarina™ – One-Pocket Scrub Top – Large



Sample 4 - FIGS Women's Navy Livingston™ – Basic Scrub Pants – Large



**Test Conditions:**
Challenge Organisms:  *Haemophilus influenza* –ATCC ™ 33930

Exposure Times:  5 seconds and 24 hours

## Study Dates and Facilities

All analytical testing was performed at EMSL Analytical, Inc. in Houston, Texas from date 02/21/2022 to 3/22/2022.

## Record Retention

All raw data and a copy of the final report will be archived and stored by EMSL Analytical, Inc. for 5 years.

EX. 0718 - 3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     HAUSER0000156

## Objectives

To determine the antimicrobial efficacy of FIGS textile materials against *H. influenza* after immediate contact (5 seconds) and after 24 hours of contact time at 37±2°C. The 5-second exposure time was used to evaluate an immediate antimicrobial effect when in contact with the material while the 24 hour is the standard exposure time per AATCC 100 when evaluating antimicrobial properties of a fabric.

## Test Method

Organism Preparation

The bacterium was grown from a pure stock onto Chocolate agar and incubated at 36±1°C for 24 hours. Well-isolated colonies from this culture were suspended into 50 mL centrifuge tubes with 40 mL of Brain Heart Infusion (BHI) Broth with X and V Factors and incubated at 36±1°C for 28 hours.

After incubation, the broth cultures were shaken, diluted 1:10 with D. H2O, then allowed to stand for 15-20 minutes before using as inoculum in the testing.

Procedure

Test specimens were prepared by cutting circular swatches 4.8±0.1 cm in diameter from the scrub material. Untreated cotton fabric was used as control material and prepared in the same manner. Each material was placed into a sterile Petri dish (Pic 1) and inoculated with 1 mL of the bacterial suspension. Multiple swatches were used to ensure the amount of material could absorb the 1 mL of the inoculum with no free liquid in the container. The inoculum was applied in small drops over the surface of the specimen to ensure even coverage. One set of fabrics were placed after 5 seconds of contact time into containers with 30 mL of D/E neutralizing broth. All other plates containing inoculated untreated control samples and plates containing inoculated test samples were sealed in a plastic chamber to reduce evaporation and incubated at 37±2 °C for 24 hours (Pic 2). All tests were performed in triplicate.

After each contact time, the test specimens were transferred into 30 mL of D/E neutralizing broth and then shaken for 1 minute to recover any remaining microbes into suspension. The recovered samples were serially diluted, plated onto Chocolate agar plates and incubated for 48 hours at 37±2 °C.

EX. 0718 - 4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                     HAUSER0000157



**Pic 1.**



**Pic 2.**

EX. 0718 - 5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000158

**Experimental Results:**

Table 1. Antimicrobial efficacy of FIGS scrub material after 5 seconds of exposure against *H. influenza*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 4,000,000 | | | | |
| Sample 1 | 5,200,000 | None | 6.61 | 6.71 | None |
| Sample 2 | 4,600,000 | None | 6.61 | 6.66 | None |
| Sample 3 | 3,800,000 | 5.8 | 6.61 | 6.58 | 0.03 |
| Sample 4 | 3,700,000 | 9.1 | 6.61 | 6.56 | 0.04 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

Table 2. Antimicrobial efficacy of FIGS scrub material after 24 hours of exposure against *H. influenza*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 330 | | | | |
| Sample 1 | 370 | None | 2.52 | 2.56 | None |
| Sample 2 | 130 | 60.0 | 2.52 | 2.12 | 0.40 |
| Sample 3 | 100 | 70.0 | 2.52 | 2.00 | 0.52 |
| Sample 4 | 270 | 20.0 | 2.52 | 2.43 | 0.10 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

EX. 0718 - 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    HAUSER0000159



## Conclusions

There was no significant reduction of the test bacteria for any of the four scrub samples after 5 seconds of contact time in order to support an immediate kill effect (Table 1).

After 24 hours of contact, there was poor survivability of *Haemophilus influenza* on the control fabric making the comparison with the test samples inconclusive (Table 2).

## Signatures

Study Performed by:

_____          3/22/2022
Mona Ramadi, Ph.D.                                     Date
Microbiologist


Report Issued by:

_____          3/22/2022
Jason Dobranic, Ph.D.                                   Date
Vice President of Microbiology & Life Sciences
Study Director

EX. 0718 - 7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          HAUSER0000160



# FINAL REPORT

### PROTOCOL
Antimicrobial Efficacy Testing of Textile Materials
By AATCC 100

### PRODUCTS TESTED
FIGS Men's Navy Leon™ – Two-Pocket Scrub Top - Large
FIGS Men's Navy Axim™ – Cargo Scrub Pants – Large
FIGS Women's Navy Catarina™ – One-Pocket Scrub Top – Large
FIGS Women's Navy Livingston™ – Basic Scrub Pants – Large

### EMSL ORDER NUMBER
152201219

### TESTING LABORATORY
EMSL Analytical, Inc.
5950 Fairbanks North Houston Rd.
Houston TX 77040
Phone: (713) 686-3635
Web: www.emsl.com

### SPONSOR
Michelman & Robinson, LLP
10880 Wilshire Blvd. 19th Floor
Los Angeles, CA 90024

### STUDY START DATE
February 21, 2022

### STUDY COMPLETION DATE
March 22, 2022



**EX. 0719 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000175

# Test Summary

**Project Title:** Antimicrobial efficacy testing of textile materials
**Study Methods:** AATCC Test Method 100
**Sponsor:** Michelman & Robinson, LLP
**Product Tested:**
Sample 1 - FIGS Men's Navy Leon™ – Two-Pocket Scrub Top – Large



Sample 2 - FIGS Men's Navy Axim™ – Cargo Scrub Pants – Large



EX. 0719 - 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    HAUSER0000176



Sample 3 - FIGS Women's Navy Catarina™ – One-Pocket Scrub Top – Large



Sample 4 - FIGS Women's Navy Livingston™ – Basic Scrub Pants – Large



**Test Conditions:**
Challenge Organisms: *Clostridioides difficile* –ATCC ™ 43598

Exposure Times:  5 seconds and 24 hours

## Study Dates and Facilities

All analytical testing was performed at EMSL Analytical, Inc. in Houston, Texas from date 02/21/2022 to 3/22/2022.

## Record Retention

All raw data and a copy of the final report will be archived and stored by EMSL Analytical, Inc. for 5 years.

EX. 0719 - 3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    HAUSER0000177

## Objectives

To determine the antimicrobial efficacy of FIGS textile materials against *C. difficile* endospores after immediate contact (5 seconds) and after 24 hours of contact time at 37±2°C. The 5-second exposure time was used to evaluate an immediate antimicrobial effect when in contact with the material while the 24 hour is the standard exposure time per AATCC 100 when evaluating antimicrobial properties of a fabric.

## Test Method

### Organism Preparation

*C. difficile* endospores were prepared according to EPA MLB SOP MB-28: Production and Storage of Spores of Clostridium difficile for Use in the Efficacy Evaluation of Antimicrobial Agents. The spores were suspended into PBS and used as inoculum in the testing.

### Procedure

Test specimens were prepared by cutting circular swatches 4.8±0.1 cm in diameter from the scrub material. Untreated cotton fabric was used as control material and prepared in the same manner. Each material was placed into a sterile Petri dish (Pic 1) and inoculated with 1 mL of the bacterial suspension. Multiple swatches were used to ensure the amount of material could absorb the 1 mL of the inoculum with no free liquid in the container. The inoculum was applied in small drops over the surface of the specimen to ensure even coverage. One set of fabrics were placed after 5 seconds of contact time into containers with 30 mL of D/E neutralizing broth. All other plates containing inoculated untreated control samples and plates containing inoculated test samples were sealed in a plastic chamber to reduce evaporation and incubated at 37±2 °C for 24 hours (Pic 2). All tests were performed in triplicate.

After each contact time, the test specimens were transferred into 30 mL of D/E neutralizing broth and then shaken for 1 minute to recover any remaining microbes into suspension. The recovered samples were serially diluted, plated onto Brain Heart Infusion *Agar* with Horse Blood and Taurocholate (BHIY-HT) and incubated anaerobically at 37±2 °C for 72 hours.

EX. 0719 - 4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY   HAUSER0000178



**Pic 1.**



**Pic 2.**

**EX. 0719 - 5**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000179



## Experimental Results:

Table 1. Antimicrobial efficacy of FIGS scrub material after 5 seconds of exposure against *C. difficile*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 310,000 | | | | |
| Sample 1 | 360,000 | None | 5.49 | 5.56 | None |
| Sample 2 | 380,000 | None | 5.49 | 5.58 | None |
| Sample 3 | 280,000 | 10.8 | 5.49 | 5.44 | 0.05 |
| Sample 4 | 397,000 | None | 5.49 | 5.60 | None |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

Table 2. Antimicrobial efficacy of FIGS scrub material after 24 hours of exposure against *C. difficile*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 53,000 | | | | |
| Sample 1 | 17,000 | 67.3 | 4.72 | 4.24 | 0.49 |
| Sample 2 | 9,000 | 83.0 | 4.72 | 3.95 | 0.77 |
| Sample 3 | 17,000 | 67.3 | 4.72 | 4.24 | 0.49 |
| Sample 4 | 16,000 | 69.2 | 4.72 | 4.21 | 0.51 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

EX. 0719 - 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    HAUSER0000180

## Conclusions

There was no significant reduction of the test bacteria for any of the four scrub samples after 5 seconds of contact time in order to support an immediate kill effect (Table 1).

After 24 hours of contact, there was 0.49-0.77 log reduction of *Clostridioides difficile* endospores found (Table 2).

## References:

EPA MLB SOP MB-28: Procedure for the Production and Storage of Spores of Clostridium difficile for Use in the Efficacy Evaluation of Antimicrobial Agents, December 2017, Docket Number: EPA-HQ-OPP-2016-0753.

## Signatures

Study Performed by:

_____
Mona Ramadi, Ph.D.
Microbiologist

_____
3/22/2022
Date

Report Issued by:

_____
Jason Dobranic, Ph.D.
Vice President of Microbiology & Life Sciences
Study Director

_____
3/22/2022
Date

EX. 0719 - 7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000181



# FINAL REPORT

### PROTOCOL
Antimicrobial Efficacy Testing of Textile Materials
By AATCC 100

### PRODUCTS TESTED
FIGS Men's Navy Leon™ – Two-Pocket Scrub Top - Large
FIGS Men's Navy Axim™ – Cargo Scrub Pants – Large
FIGS Women's Navy Catarina™ – One-Pocket Scrub Top – Large
FIGS Women's Navy Livingston™ – Basic Scrub Pants – Large

### EMSL ORDER NUMBER
152201219

### TESTING LABORATORY
EMSL Analytical, Inc.
5950 Fairbanks North Houston Rd.
Houston TX 77040
Phone: (713) 686-3635
Web: www.emsl.com

### SPONSOR
Michelman & Robinson, LLP
10880 Wilshire Blvd. 19th Floor
Los Angeles, CA 90024

### STUDY START DATE
February 21, 2022

### STUDY COMPLETION DATE
March 22, 2022



**EX. 0720 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Test Summary**

**Project Title:** Antimicrobial efficacy testing of textile materials
**Study Methods:** AATCC Test Method 100
**Sponsor:** Michelman & Robinson, LLP
**Product Tested:**
Sample 1 - FIGS Men's Navy Leon™ – Two-Pocket Scrub Top – Large



Sample 2 - FIGS Men's Navy Axim™ – Cargo Scrub Pants – Large



EX. 0720 - 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                HAUSER0000162

Sample 3 - FIGS Women's Navy Catarina™ – One-Pocket Scrub Top – Large



Sample 4 - FIGS Women's Navy Livingston™ – Basic Scrub Pants – Large



**Test Conditions:**
Challenge Organisms: *Streptococcus pneumoniae* –ATCC ™ 49136

Exposure Times:  5 seconds and 24 hours

## Study Dates and Facilities
All analytical testing was performed at EMSL Analytical, Inc. in Houston, Texas from date 02/21/2022 to 3/22/2022.

## Record Retention
All raw data and a copy of the final report will be archived and stored by EMSL Analytical, Inc. for 5 years.

EX. 0720 - 3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY       HAUSER0000163

## Objectives

To determine the antimicrobial efficacy of FIGS textile materials against *S. pneumoniae* after immediate contact (5 seconds) and after 24 hours of contact time at 37±2°C. The 5-second exposure time was used to evaluate an immediate antimicrobial effect when in contact with the material while the 24 hour is the standard exposure time per AATCC 100 when evaluating antimicrobial properties of a fabric.

## Test Method

### Organism Preparation

The test organism was grown from a pure stock on tryptic soy agar supplemented with 5% sheep blood (TSAB) and incubated at 36±1°C for 24 hours. Well-isolated colonies were transferred into 50 mL centrifuge tubes with 40 mL of tryptic soy broth (TSB) and incubated at 36±1°C for 24 hours.

After incubation, the broth cultures were shaken, diluted 1:10 with D. H2O, then allowed to stand for 15-20 minutes before using as inoculum in the testing.

### Procedure

Test specimens were prepared by cutting circular swatches 4.8±0.1 cm in diameter from the scrub material. Untreated cotton fabric was used as control material and prepared in the same manner. Each material was placed into a sterile Petri dish (Pic 1) and inoculated with 1 mL of the bacterial suspension. Multiple swatches were used to ensure the amount of material could absorb the 1 mL of the inoculum with no free liquid in the container. The inoculum was applied in small drops over the surface of the specimen to ensure even coverage. One set of fabrics were placed after 5 seconds of contact time into containers with 30 mL of D/E neutralizing broth. All other plates containing inoculated untreated control samples and plates containing inoculated test samples were sealed in a plastic chamber to reduce evaporation and incubated at 37±2 °C for 24 hours (Pic 2).  All tests were performed in triplicate.

After each contact time, the test specimens were transferred into 30 mL of D/E neutralizing broth and then shaken for 1 minute to recover any remaining microbes into suspension. The recovered samples were serially diluted, plated onto Petrifilm AC plates and incubated for 48 hours at 37±2 °C.

**EX. 0720 - 4**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                    HAUSER0000164



**Pic 1.**



**Pic 2.**

EX. 0720 - 5

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                 HAUSER0000165

## Experimental Results:

Table 1. Antimicrobial efficacy of FIGS scrub material after 5 seconds of exposure against *S. pneumoniae*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 640,000 | | | | |
| Sample 1 | 530,000 | 18.1 | 5.81 | 5.72 | 0.09 |
| Sample 2 | 670,000 | None | 5.81 | 5.82 | None |
| Sample 3 | 540,000 | 16.6 | 5.81 | 5.73 | 0.08 |
| Sample 4 | 630,000 | 2.1 | 5.81 | 5.80 | 0.01 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

Table 2. Antimicrobial efficacy of FIGS scrub material after 24 hours of exposure against *S. pneumoniae*.

| Test Material | CFU per sample (avg of 3) | Percent Reduction | Log of Control | Log of Treated | Log Reduction |
|---|---|---|---|---|---|
| Cotton control | 2,300 | | | | |
| Sample 1 | 5,800 | None | 3.37 | 3.77 | None |
| Sample 2 | 100 | 95.7 | 3.37 | 2.00 | 1.37 |
| Sample 3 | 42,000 | None | 3.37 | 4.62 | None |
| Sample 4 | 330 | 85.7 | 3.37 | 2.52 | 0.85 |

Log Reduction = difference between Log of Control (inoculated cotton control) and Log of inoculated test specimen after contact time.
Detection limit was 100 CFU/sample

EX. 0720 - 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    HAUSER0000166



## Conclusions

There was no significant reduction of the test bacteria for any of the four scrub samples after 5 seconds of contact time in order to support an immediate kill effect (Table 1).

After 24 hours of contact, there was 0.85-1.37 log reduction of *Streptococcus pneumoniae* found (Table 2).

## Signatures

Study Performed by:

_____          _____
Mona Ramadi, Ph.D.                                              3/22/2022
Microbiologist                                                          Date

Report Issued by:

_____          _____
Jason Dobranic, Ph.D.                                            3/22/2022
Vice President of Microbiology & Life Sciences          Date
Study Director

EX. 0720 - 7

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    HAUSER0000167

# EXHIBIT OO

# Vartest
## Laboratories

**Quality Assurance & Compliance Testing**
**Utilizing Textile & Related Technologies**

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

## ISO/IEC 17025 Third Party Test Report

**DATE:** March 7, 2022      **FILE:** MICHEL.A022522A-R1

**CLIENT:** Michelman & Robinson LLP     **ATTN:** Kevin Kim
10880 Wilshire Blvd., 19ᵗʰ Floor
Los Angeles, CA 90024

**SAMPLE IDENTIFIED BY CLIENT AS:**

Garment Submitted
Style #: FM1500BLK:2XL
Ref: Men's Black Leon - Two Pocket Scrub Top - 2XL
72% Polyester, 21%Viscose, 7% Elastane
Color Black

**TEST PROCEDURES:**      **TEST RESULTS:**

**SPRAY TEST (AATCC 22):**

| CHALLENGING AWAY FROM BODY SIDE OF THE FABRIC | | | |
|---|---|---|---|
| SPECIMEN | 1 | 2 | 3 |
| RATING | 0 | 0 | 0 |

| CHALLENGING TOWARDS BODY SIDE OF THE FABRIC | | | |
|---|---|---|---|
| SPECIMEN | 1 | 2 | 3 |
| RATING | 0 | 0 | 0 |

**RATINGS KEY:**

100 - No sticking or wetting of upper surface.
90 - Slight random sticking or wetting of upper surface.
80 - Wetting of upper surface at spray points.
70 - Partial wetting of whole upper surface.
50 - Complete wetting of whole upper surface.
0 - Complete wetting of whole upper and lower surfaces.



The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing. Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/

**EX. 0711 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000036

**Vartest®**
*Laboratories*

Quality Assurance & Compliance Testing
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

# ISO/IEC 17025 Third Party Test Report

**DATE:**       March 7, 2022                                **FILE:** MICHEL.A022522B-R1

**CLIENT:**     Michelman & Robinson LLP                      **ATTN:** Kevin Kim
               10880 Wilshire Blvd., 19ᵗʰ Floor
               Los Angeles, CA 90024

**SAMPLE IDENTIFIED BY CLIENT AS:**

> Garment Submitted
> Style #: FM1000BLK:XL
> Ref: Women's Black Catarina - One Pocket Scrub Top - XL
> 72% Polyester, 21% Viscose, 7% Elastane
> Color Black

**TEST PROCEDURES:**              **TEST RESULTS:**

**SPRAY TEST (AATCC 22):**

| CHALLENGING AWAY FROM BODY SIDE OF THE FABRIC | | | |
|---|---|---|---|
| SPECIMEN | 1 | 2 | 3 |
| RATING | 0 | 0 | 0 |

| CHALLENGING TOWARDS BODY SIDE OF THE FABRIC | | | |
|---|---|---|---|
| SPECIMEN | 1 | 2 | 3 |
| RATING | 0 | 0 | 0 |

**RATINGS KEY:**
- 100 – No sticking or wetting of upper surface.
- 90 – Slight random sticking or wetting of upper surface.
- 80 – Wetting of upper surface at spray points.
- 70 – Partial wetting of whole upper surface.
- 50 – Complete wetting of whole upper surface.
- 0 – Complete wetting of whole upper and lower surfaces.

Page 1 of 2

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing. Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/



EX. 0711 - 3

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                HAUSER0000038

**Vartest®**
*Laboratories*

Quality Assurance & Compliance Testing
Utilizing Textile & Related Technologies
19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

# 𝕴𝕾𝕺/𝕴𝕰𝕮 𝟏𝟕𝟎𝟐𝟓 𝕿𝕳𝖎𝖗𝖉 𝕻𝖆𝖗𝖙𝖞 𝕿𝖊𝖘𝖙 𝕽𝖊𝖕𝖔𝖗𝖙

FILE: MICHEL.A022522B-R1
**SAMPLE IDENTIFIED BY CLIENT AS:**
  Garment Submitted
  Style #: FM1000BLK:XL
  Ref: Women's Black Catarina - One Pocket Scrub Top - XL
  72% Polyester, 21% Viscose, 7% Elastane
  Color Black

**RESISTANCE OF MATERIALS IN PROTECTIVE CLOTHING**
**TO PENETRATION BY SYNTHETIC BLOOD (ASTM F1670-B):**

| Sample | Result |
|--------|--------|
| B | Fail |

Uniform results in triplicate.
B1 and B2 were cut from the front of the garment, B3 was cut from the back of the garment.
Synthetic blood challenge against away from body side.

This report was revised to remove test results for AATCC 193, at the request of the client. This report replaces report # MICHEL.A022522B, dated March 4, 2022.

Signed For The Company By

Joseph Lin
Laboratory Manager

Stacy Sadowy
Quality Assurance Manager

CS/03…CS/03

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing. Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/




Testing Cert #2180.01

## EX. 0711 - 4

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000039

# Vartest®
*Laboratories*

**Quality Assurance & Compliance Testing**
**Utilizing Textile & Related Technologies**

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391  Fax: 212 947 8719

www.vartest.com

## ISO/IEC 17025 Third Party Test Report

**DATE:** March 7, 2022   **FILE:** MICHEL.A022522C-R1

**CLIENT:** Michelman & Robinson LLP   **ATTN:** Kevin Kim
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024

**SAMPLE IDENTIFIED BY CLIENT AS:**

Garment Submitted
Style #: T2001BLK:2XL
Ref: Men's Black Axim - Cargo Scrub Pants - 2XL
Body: 72% Polyester, 21% Viscose, 7% Elastane
Contrast: 88% Polyester, 12% Elastane
Color Black

**TEST PROCEDURES:**   **TEST RESULTS:**

**SPRAY TEST (AATCC 22):**

| CHALLENGING AWAY FROM BODY SIDE OF THE FABRIC | | | |
|---|---|---|---|
| SPECIMEN | 1 | 2 | 3 |
| RATING | 0 | 0 | 0 |

| CHALLENGING TOWARDS BODY SIDE OF THE FABRIC | | | |
|---|---|---|---|
| SPECIMEN | 1 | 2 | 3 |
| RATING | 0 | 0 | 0 |

**RATINGS KEY:**

100 - No sticking or wetting of upper surface.
90 - Slight random sticking or wetting of upper surface.
80 - Wetting of upper surface at spray points.
70 - Partial wetting of whole upper surface.
50 - Complete wetting of whole upper surface.
0 - Complete wetting of whole upper and lower surfaces.

Page 1 of 2



The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing.
Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/

**EX. 0711 - 5**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HAUSER0000040

# Vartest® Laboratories

Quality Assurance & Compliance Testing
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

## ISO/IEC 17025 Third Party Test Report

FILE: MICHEL.A022522C-R1
SAMPLE IDENTIFIED BY CLIENT AS:
    Garment Submitted
    Style #: T2001BLK:2XL
    Ref: Men's Black Axim - Cargo Scrub Pants - 2XL
    Body: 72% Polyester, 21% Viscose, 7% Elastane
    Contrast: 88% Polyester, 12% Elastane
    Color Black

**RESISTANCE OF MATERIALS IN PROTECTIVE CLOTHING
TO PENETRATION BY SYNTHETIC BLOOD (ASTM F1670-B):**

| Sample | Result |
|--------|--------|
| C | Fail |

Uniform results in triplicate.
C1 and C2 were cut from the front of the garment, C3 was cut from the back of the garment.
Synthetic blood challenge against away from body side.

This report was revised to remove test results for AATCC 193, at the request of the client. This report replaces report # MICHEL.A022522C, dated March 4, 2022.

Signed For The Company By

Joseph Lin
Laboratory Manager

Stacy Sadowy
Quality Assurance Manager

CS/03…CS/03

Page 2 of 2



The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing. Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/

EX. 0711 - 6

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000041

# Vartest®
### Laboratories

**Quality Assurance & Compliance Testing**
**Utilizing Textile & Related Technologies**

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

## ISO/IEC 17025 Third Party Test Report

**DATE:**   March 7, 2022

**FILE:**  MICHEL.A022522D-R1

**CLIENT:**   Michelman & Robinson LLP
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024

**ATTN:**  Kevin Kim

**SAMPLE IDENTIFIED BY CLIENT AS:**

Garment Submitted
Style #: T21003BLK:2XL
Ref: Women's Black Livingston – Basic Scrub Pants – 2XL
Body: 72% Polyester, 21% Viscose, 7% Elastane
Contrast: 88% Polyester, 12% Elastane
Color Black

**TEST PROCEDURES:**               **TEST RESULTS:**

**SPRAY TEST (AATCC 22):**

| CHALLENGING AWAY FROM BODY SIDE OF THE FABRIC | | | |
| --- | --- | --- | --- |
| SPECIMEN | 1 | 2 | 3 |
| RATING | 0 | 0 | 0 |

| CHALLENGING TOWARDS BODY SIDE OF THE FABRIC | | | |
| --- | --- | --- | --- |
| SPECIMEN | 1 | 2 | 3 |
| RATING | 0 | 0 | 0 |

**RATINGS KEY:**

100 – No sticking or wetting of upper surface.
90 – Slight random sticking or wetting of upper surface.
80 – Wetting of upper surface at spray points.
70 – Partial wetting of whole upper surface.
50 – Complete wetting of whole upper surface.
0 – Complete wetting of whole upper and lower surfaces.

Page 1 of 2



The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing. Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/

**EX. 0711 - 7**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                HAUSER0000042

**Vartest®**
Laboratories

**Quality Assurance & Compliance Testing**
**Utilizing Textile & Related Technologies**
19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

# ISO/IEC 17025 Third Party Test Report

FILE: MICHEL.A022522D-R1
**SAMPLE IDENTIFIED BY CLIENT AS:**
  Garment Submitted
  Style #: T21003BLK:2XL
  Ref: Women's Black Livingston - Basic Scrub Pants - 2XL
  Body: 72% Polyester, 21% Viscose, 7% Elastane
  Contrast: 88% Polyester, 12% Elastane
  Color Black

**RESISTANCE OF MATERIALS IN PROTECTIVE CLOTHING**
**TO PENETRATION BY SYNTHETIC BLOOD (ASTM F1670-B):**

| Sample | Result |
|--------|--------|
| D | Fail |

Uniform results in triplicate.
D1 and D2 were cut from the front of the garment, D3 was cut from the back of the garment.
Synthetic blood challenge against away from body side.

This report was revised to remove test results for AATCC 193, at the request of the client. This report replaces report # MICHEL.A022522D, dated March 4, 2022.

Signed For The Company By

Joseph Lin
Laboratory Manager

Stacy Sadowy
Quality Assurance Manager

CS/03...CS/03



ilac-MRA

ACCREDITED
Testing Cert #2180.01

Page 2 of 2

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing. Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/

EX. 0711 - 8

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000043

# EXHIBIT PP



**Quality Assurance & Compliance Testing**
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

# ISO/IEC 17025 Third Party Test Report

**DATE:**   April 14, 2022                    **FILE:** MICHEL.A041122A

**CLIENT:**   Michelman & Robinson LLP        **ATTN:** Allison Aguirre
              10880 Wilshire Blvd., 19th Floor
              Los Angeles, CA 90024

**SAMPLE IDENTIFIED BY CLIENT AS:**

        Fabric Submitted
        Style #: FGP
        Color Navy Blue

        BLUE LABEL SERVICE


**TEST PROCEDURES:**                          **TEST RESULTS:**


**SPRAY TEST (AATCC 22):**
        -          FACE:
        -    SPECIMEN 1:          0
        -    SPECIMEN 2:          0
        -    SPECIMEN 3:          0

**RATINGS KEY:**                      100 – No sticking or wetting of
                                            upper surface.
                                       90 – Slight random sticking or
                                            wetting of upper surface.
                                       80 – Wetting of upper surface at
                                            spray points.
                                       70 – Partial wetting of whole
                                            upper surface.
                                       50 – Complete wetting of whole
                                            upper surface.
                                        0 – Complete wetting of whole
                                            upper and lower surfaces.


Page 1 of 2

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing. Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/



ilac-MRA

ACCREDITED
Testing Cert #2180.01

## EX. 0721 - 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    HAUSER0000113



**Vartest** Laboratories

Quality Assurance & Compliance Testing
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

# ISO/IEC 17025 Third Party Test Report

FILE: MICHEL.A041122A
**SAMPLE IDENTIFIED BY CLIENT AS:**
 Fabric Submitted
 Style #: FGP
 Color Navy Blue

OIL REPELLENCY: HYDROCARBON RESISTANCE TEST
(AATCC 118):
 - FACE SIDE:

OIL TEST KIT  DUPONT TEST KIT

| Oil Test Liquid Number | Composition | Surface Tension (N) | Grade As Received |
|---|---|---|---|
| 1 | White Mineral Oil | 31.5 | D |
| 2 | 65:35 n-hexadecane by Volume | N/A | D |
| 3 | n-hexadecane | 27.3 | D |
| 4 | n-tetradecane | 26.4 | D |
| 5 | n-dodecane | 24.7 | D |
| 6 | n-decane | 23.5 | D |
| 7 | n-octane | 21.4 | D |
| 8 | n-heptane | 19.8 | D |
| **OIL REPELLENCY GRADE:** | | | **0** |

**Rating:**  A = Passes. Clear well-rounded drop.
     B = Borderline pass. Rounding drop with partial darkening.
     C = Fails. Wicking apparent with flattened drop.
     D = Fails. Complete wetting.

**RESISTANCE OF MATERIALS IN PROTECTIVE CLOTHING
TO PENETRATION BY SYNTHETIC BLOOD (ASTM F1670-B):**

| Sample | Result |
|---|---|
| A | Fail |

Signed For The Company By

Joseph Lin
Laboratory Manager

Stacy Sadowy
Quality Assurance Manager

CS/04

Page 2 of 2

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing.
Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/




iLac-MRA

ACCREDITED
Testing Cert #2180.01

**EX. 0721 - 2**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        HAUSER0000114



**Vartest** Laboratories

Quality Assurance & Compliance Testing
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

# ISO/IEC 17025 Third Party Test Report

**DATE:**      April 14, 2022                    **FILE:** MICHEL.A041122B

**CLIENT:**    Michelman & Robinson LLP          **ATTN:** Allison Aguirre
               10880 Wilshire Blvd., 19th Floor
               Los Angeles, CA 90024

**SAMPLE IDENTIFIED BY CLIENT AS:**

      Fabric Submitted
      Style #: FGR
      Color Burgundy

      BLUE LABEL SERVICE

**TEST PROCEDURES:**                          **TEST RESULTS:**


**SPRAY TEST (AATCC 22):**
-          FACE:
-      SPECIMEN 1:                              0
-      SPECIMEN 2:                              0
-      SPECIMEN 3:                              0

**RATINGS KEY:**                            100 – No sticking or wetting of
                                                   upper surface.
                                             90 – Slight random sticking or
                                                   wetting of upper surface.
                                             80 – Wetting of upper surface at
                                                   spray points.
                                             70 – Partial wetting of whole
                                                   upper surface.
                                             50 – Complete wetting of whole
                                                   upper surface.
                                              0 – Complete wetting of whole
                                                   upper and lower surfaces.

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing.
Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/



ilac-MRA
ACCREDITED
Testing Cert #2180.01

**EX. 0722 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000128

# Vartest
## Laboratories

Quality Assurance & Compliance Testing
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

## ISO/IEC 17025 Third Party Test Report

FILE: MICHEL.A041122B
SAMPLE IDENTIFIED BY CLIENT AS:
    Fabric Submitted
    Style #: FGR
    Color Burgundy

OIL REPELLENCY: HYDROCARBON RESISTANCE TEST
(AATCC 118):
  -  FACE SIDE:

OIL TEST KIT       DUPONT TEST KIT

| Oil Test Liquid Number | Composition | Surface Tension (N) | Grade As Received |
|---|---|---|---|
| 1 | White Mineral Oil | 31.5 | C |
| 2 | 65:35 n-hexadecane by Volume | N/A | D |
| 3 | n-hexadecane | 27.3 | D |
| 4 | n-tetradecane | 26.4 | D |
| 5 | n-dodecane | 24.7 | D |
| 6 | n-decane | 23.5 | D |
| 7 | n-octane | 21.4 | D |
| 8 | n-heptane | 19.8 | D |
| | OIL REPELLENCY GRADE: | | 0 |

Rating:    A = Passes. Clear well-rounded drop.
            B = Borderline pass. Rounding drop with partial darkening.
            C = Fails.  Wicking apparent with flattened drop.
            D = Fails.  Complete wetting.

RESISTANCE OF MATERIALS IN PROTECTIVE CLOTHING
TO PENETRATION BY SYNTHETIC BLOOD (ASTM F1670-B):

| Sample | Result |
|---|---|
| B | Fail |

Signed For The Company By

Joseph Lin
Laboratory Manager

Stacy Sadowy
Quality Assurance Manager

CS/04

Page 2 of 2

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing. Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/

IAC-MRA

ACCREDITED
Testing Cert #2180.01

## EX. 0722 - 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000129



**Quality Assurance & Compliance Testing**
**Utilizing Textile & Related Technologies**

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

# 𝕴𝕾𝕺/𝕴𝕰𝕮 17025 𝕿𝖍𝖎𝖗𝖉 𝕻𝖆𝖗𝖙𝖞 𝕿𝖊𝖘𝖙 𝕽𝖊𝖕𝖔𝖗𝖙

**DATE:**     April 14, 2022                    **FILE:** MICHEL.A041122C

**CLIENT:**   Michelman & Robinson LLP          **ATTN:** Allison Aguirre
              10880 Wilshire Blvd., 19th Floor
              Los Angeles, CA 90024

**SAMPLE IDENTIFIED BY CLIENT AS:**

              Fabric Submitted
              Style #: FGS
              Color Navy Blue

              BLUE LABEL SERVICE

**TEST PROCEDURES:**                **TEST RESULTS:**

**SPRAY TEST (AATCC 22):**
    -         FACE:
    -   SPECIMEN 1:                  0
    -   SPECIMEN 2:                  0
    -   SPECIMEN 3:                  0

**RATINGS KEY:**                    100 - No sticking or wetting of
                                          upper surface.
                                     90 - Slight random sticking or
                                          wetting of upper surface.
                                     80 - Wetting of upper surface at
                                          spray points.
                                     70 - Partial wetting of whole
                                          upper surface.
                                     50 - Complete wetting of whole
                                          upper surface.
                                      0 - Complete wetting of whole
                                          upper and lower surfaces.

Page 1 of 2

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing.
Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/



ilac-MRA   ACCREDITED
Testing Cert #2180.01

**EX. 0723 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Vartest®
*Laboratories*

Quality Assurance & Compliance Testing
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

## ISO/IEC 17025 Third Party Test Report

FILE: MICHEL.A041122C
**SAMPLE IDENTIFIED BY CLIENT AS:**
    Fabric Submitted
    Style #: FGS
    Color Navy Blue

**OIL REPELLENCY: HYDROCARBON RESISTANCE TEST**
**(AATCC 118):**
  - FACE SIDE:

OIL TEST KIT      DUPONT TEST KIT

| Oil Test Liquid Number | Composition | Surface Tension (N) | Grade As Received |
|---|---|---|---|
| 1 | White Mineral Oil | 31.5 | D |
| 2 | 65:35 n-hexadecane by Volume | N/A | D |
| 3 | n-hexadecane | 27.3 | D |
| 4 | n-tetradecane | 26.4 | D |
| 5 | n-dodecane | 24.7 | D |
| 6 | n-decane | 23.5 | D |
| 7 | n-octane | 21.4 | D |
| 8 | n-heptane | 19.8 | D |
| **OIL REPELLENCY GRADE:** | | | 0 |

**Rating:**    A = Passes. Clear well-rounded drop.
                 B = Borderline pass. Rounding drop with partial darkening.
                 C = Fails.  Wicking apparent with flattened drop.
                 D = Fails.  Complete wetting.

**RESISTANCE OF MATERIALS IN PROTECTIVE CLOTHING**
**TO PENETRATION BY SYNTHETIC BLOOD (ASTM F1670-B):**

| Sample | Result |
|---|---|
| C | Fail |

Signed For The Company By

*[signature]*
Joseph Lin
Laboratory Manager

*[signature]*
Stacy Sadowy
Quality Assurance Manager

CS/04

Page 2 of 2

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing. Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/

ilac-MRA

A2LA
ACCREDITED
Testing Cert #2180.01

**EX. 0723 - 2**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000093



**Vartest®**
Laboratories

Quality Assurance & Compliance Testing
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

# ISO/IEC 17025 Third Party Test Report

**DATE:**   April 14, 2022                    **FILE:** MICHEL.A041122D

**CLIENT:**   Michelman & Robinson LLP       **ATTN:** Allison Aguirre
             10800 Wilshire Blvd., 19th Floor
             Los Angeles, CA 90024

**SAMPLE IDENTIFIED BY CLIENT AS:**

        Fabric Submitted
        Style #: FGT
        Color Light Blue

        BLUE LABEL SERVICE

**TEST PROCEDURES:**                    **TEST RESULTS:**


SPRAY TEST (AATCC 22):
    -       FACE:
    -    SPECIMEN 1:                    0
    -    SPECIMEN 2:                    0
    -    SPECIMEN 3:                    0

RATINGS KEY:                           100 - No sticking or wetting of
                                             upper surface.
                                        90 - Slight random sticking or
                                             wetting of upper surface.
                                        80 - Wetting of upper surface at
                                             spray points.
                                        70 - Partial wetting of whole
                                             upper surface.
                                        50 - Complete wetting of whole
                                             upper surface.
                                         0 - Complete wetting of whole
                                             upper and lower surfaces.

Page 1 of 2

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing.
Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/



ilac-MRA

ACCREDITED
Testing Cert #2180.01

**EX. 0724 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000098

# Vartest®
## Laboratories

Quality Assurance & Compliance Testing
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

## ISO/IEC 17025 Third Party Test Report

FILE: MICHEL.A041122D
SAMPLE IDENTIFIED BY CLIENT AS:
    Fabric Submitted
    Style #: FGT
    Color Light Blue

OIL REPELLENCY: HYDROCARBON RESISTANCE TEST
(AATCC 118):
  -   FACE SIDE:

OIL TEST KIT     DUPONT TEST KIT

| Oil Test Liquid Number | Composition | Surface Tension (N) | Grade As Received |
|---|---|---|---|
| 1 | White Mineral Oil | 31.5 | C |
| 2 | 65:35 n-hexadecane by Volume | N/A | D |
| 3 | n-hexadecane | 27.3 | D |
| 4 | n-tetradecane | 26.4 | D |
| 5 | n-dodecane | 24.7 | D |
| 6 | n-decane | 23.5 | D |
| 7 | n-octane | 21.4 | D |
| 8 | n-heptane | 19.8 | D |
| OIL REPELLENCY GRADE: | | | 0 |

Rating:    A = Passes. Clear well-rounded drop.
              B = Borderline pass. Rounding drop with partial darkening.
              C = Fails.  Wicking apparent with flattened drop.
              D = Fails.  Complete wetting.

RESISTANCE OF MATERIALS IN PROTECTIVE CLOTHING
TO PENETRATION BY SYNTHETIC BLOOD (ASTM F1670-B):

| Sample | Result |
|---|---|
| D | Fail |

Signed For The Company By

Joseph Lin
Laboratory Manager

Stacy Sadowy
Quality Assurance Manager

CS/04

Page 2 of 2

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing.
Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/

ilac-MRA

ANAB ACCREDITED
Testing Cert #2180.01

EX. 0724 - 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          HAUSER0000099



**Quality Assurance & Compliance Testing**
**Utilizing Textile & Related Technologies**

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

# ISO/IEC 17025 Third Party Test Report

**DATE:**   April 14, 2022                    **FILE:** MICHEL.A041122E

**CLIENT:**   Michelman & Robinson LLP        **ATTN:** Allison Aguirre
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024

**SAMPLE IDENTIFIED BY CLIENT AS:**

Fabric Submitted
Style #: FGU
Color Burgundy

BLUE LABEL SERVICE

**TEST PROCEDURES:**                    **TEST RESULTS:**

**SPRAY TEST (AATCC 22):**
-           FACE:
-     SPECIMEN 1:                        0
-     SPECIMEN 2:                        0
-     SPECIMEN 3:                        0

**RATINGS KEY:**                      100 - No sticking or wetting of
                                              upper surface.
                                       90 - Slight random sticking or
                                              wetting of upper surface.
                                       80 - Wetting of upper surface at
                                              spray points.
                                       70 - Partial wetting of whole
                                              upper surface.
                                       50 - Complete wetting of whole
                                              upper surface.
                                        0 - Complete wetting of whole
                                              upper and lower surfaces.

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing.
Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/




Testing Cert #2180.01

**EX. 0725 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000126



**Vartest®**
*Laboratories*

Quality Assurance & Compliance Testing
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

# ISO/IEC 17025 Third Party Test Report

FILE: MICHEL.A041122E
**SAMPLE IDENTIFIED BY CLIENT AS:**
Fabric Submitted
Style #: FGU
Color Burgundy

OIL REPELLENCY: HYDROCARBON RESISTANCE TEST
(AATCC 118):
- FACE SIDE:

OIL TEST KIT        DUPONT TEST KIT

| Oil Test Liquid Number | Composition | Surface Tension (N) | Grade As Received |
|---|---|---|---|
| 1 | White Mineral Oil | 31.5 | D |
| 2 | 65:35 n-hexadecane by Volume | N/A | D |
| 3 | n-hexadecane | 27.3 | D |
| 4 | n-tetradecane | 26.4 | D |
| 5 | n-dodecane | 24.7 | D |
| 6 | n-decane | 23.5 | D |
| 7 | n-octane | 21.4 | D |
| 8 | n-heptane | 19.8 | D |
| **OIL REPELLENCY GRADE:** | | | **0** |

Rating:     A = Passes. Clear well-rounded drop.
            B = Borderline pass. Rounding drop with partial darkening.
            C = Fails. Wicking apparent with flattened drop.
            D = Fails. Complete wetting.

RESISTANCE OF MATERIALS IN PROTECTIVE CLOTHING
TO PENETRATION BY SYNTHETIC BLOOD (ASTM F1670-B):

| Sample | Result |
|---|---|
| E | Fail |

Signed For The Company By

*[signature]*

Joseph Lin
Laboratory Manager

*[signature]* Stacy Sadowy

Stacy Sadowy
Quality Assurance Manager

CS/04

Page 2 of 2

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing.
Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/

ilac-MRA

ACCREDITED
Testing Cert #2180.01

**EX. 0725 - 2**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HAUSER0000127



**Quality Assurance & Compliance Testing**
**Utilizing Textile & Related Technologies**

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

# ISO/IEC 17025 Third Party Test Report

**DATE:**    April 14, 2022                    **FILE:** MICHEL.A041122F

**CLIENT:**    Michelman & Robinson LLP        **ATTN:** Allison Aguirre
               10880 Wilshire Blvd., 19th Floor
               Los Angeles, CA 90024

**SAMPLE IDENTIFIED BY CLIENT AS:**

    Fabric Submitted
    Style #: FGV
    Color Navy Blue

    BLUE LABEL SERVICE

**TEST PROCEDURES:**                        **TEST RESULTS:**


**SPRAY TEST (AATCC 22):**
    -         FACE:
    -    SPECIMEN 1:                        80
    -    SPECIMEN 2:                        80
    -    SPECIMEN 3:                        80

**RATINGS KEY:**                           100 - No sticking or wetting of
                                                 upper surface.
                                            90 - Slight random sticking or
                                                 wetting of upper surface.
                                            80 - Wetting of upper surface at
                                                 spray points.
                                            70 - Partial wetting of whole
                                                 upper surface.
                                            50 - Complete wetting of whole
                                                 upper surface.
                                             0 - Complete wetting of whole
                                                 upper and lower surfaces.

Page 1 of 2

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing.
Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/



Testing Cert #2180.01

**EX. 0726 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000094



**Vartest®** Laboratories

Quality Assurance & Compliance Testing
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

## ISO/IEC 17025 Third Party Test Report

FILE: MICHEL.A041122F
**SAMPLE IDENTIFIED BY CLIENT AS:**
 Fabric Submitted
 Style #: FGV
 Color Navy Blue

**OIL REPELLENCY: HYDROCARBON RESISTANCE TEST
(AATCC 118):**
 - FACE SIDE:

**OIL TEST KIT**  DUPONT TEST KIT

| Oil Test Liquid Number | Composition | Surface Tension (N) | Grade As Received |
|---|---|---|---|
| 1 | White Mineral Oil | 31.5 | D |
| 2 | 65:35 n-hexadecane by Volume | N/A | D |
| 3 | n-hexadecane | 27.3 | D |
| 4 | n-tetradecane | 26.4 | D |
| 5 | n-dodecane | 24.7 | D |
| 6 | n-decane | 23.5 | D |
| 7 | n-octane | 21.4 | D |
| 8 | n-heptane | 19.8 | D |
| OIL REPELLENCY GRADE: | | | 0 |

Rating: A = Passes. Clear well-rounded drop.
  B = Borderline pass. Rounding drop with partial darkening.
  C = Fails. Wicking apparent with flattened drop.
  D = Fails. Complete wetting.

**RESISTANCE OF MATERIALS IN PROTECTIVE CLOTHING
TO PENETRATION BY SYNTHETIC BLOOD (ASTM F1670-B):**

| Sample | Result |
|---|---|
| F | Fail |

Signed For The Company By

Joseph Lin
Laboratory Manager

Stacy Sadowy
Quality Assurance Manager

CS/04




Page 2 of 2
The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing. Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/

**EX. 0726 - 2**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY  HAUSER0000095



**Quality Assurance & Compliance Testing**
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

## ISO/IEC 17025 Third Party Test Report

**DATE:** April 14, 2022                    **FILE:** MICHEL.A041122G

**CLIENT:** Michelman & Robinson LLP          **ATTN:** Allison Aguirre
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024

**SAMPLE IDENTIFIED BY CLIENT AS:**

Fabric Submitted
Style #: FGW
Color White

BLUE LABEL SERVICE

**TEST PROCEDURES:**                         **TEST RESULTS:**

**SPRAY TEST (AATCC 22):**
-   FACE:
-   SPECIMEN 1:                              90
-   SPECIMEN 2:                              90
-   SPECIMEN 3:                              90

**RATINGS KEY:**                             100 – No sticking or wetting of
                                                   upper surface.
                                              90 – Slight random sticking or
                                                   wetting of upper surface.
                                              80 – Wetting of upper surface at
                                                   spray points.
                                              70 – Partial wetting of whole
                                                   upper surface.
                                              50 – Complete wetting of whole
                                                   upper surface.
                                               0 – Complete wetting of whole
                                                   upper and lower surfaces.

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing. Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/

 

**EX. 0727 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000090



**Quality Assurance & Compliance Testing**
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

## 𝕴𝕾𝕺/𝕴𝕰𝕮 17025 𝕿𝕳𝕚𝕣𝕕 𝕻𝕒𝕣𝕥𝕪 𝕿𝖊𝖘𝖙 𝕽𝖊𝖕𝖔𝖗𝖙

FILE: MICHEL.A041122G
SAMPLE IDENTIFIED BY CLIENT AS:
   Fabric Submitted
   Style #: FGW
   Color White

OIL REPELLENCY: HYDROCARBON RESISTANCE TEST
(AATCC 118):
   - FACE SIDE:

OIL TEST KIT          DUPONT TEST KIT

| Oil Test Liquid Number | Composition | Surface Tension (N) | Grade As Received |
|---|---|---|---|
| 1 | White Mineral Oil | 31.5 | A |
| 2 | 65:35 n-hexadecane by Volume | N/A | A |
| 3 | n-hexadecane | 27.3 | A |
| 4 | n-tetradecane | 26.4 | A |
| 5 | n-dodecane | 24.7 | A |
| 6 | n-decane | 23.5 | B |
| 7 | n-octane | 21.4 | D |
| 8 | n-heptane | 19.8 | D |
| OIL REPELLENCY GRADE: | | | 5.5 |

Rating:    A = Passes. Clear well-rounded drop.
           B = Borderline pass. Rounding drop with partial darkening.
           C = Fails.  Wicking apparent with flattened drop.
           D = Fails.  Complete wetting.

RESISTANCE OF MATERIALS IN PROTECTIVE CLOTHING
TO PENETRATION BY SYNTHETIC BLOOD (ASTM F1670-B):

| Sample | Result |
|---|---|
| G | Fail |

Signed For The Company By

Joseph Lin
Laboratory Manager

Stacy Sadowy /AF
Stacy Sadowy
Quality Assurance Manager

CS/04

Page 2 of 2

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing. Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/




ACCREDITED
Testing Cert #2180.01

**EX. 0727 - 2**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   HAUSER0000091

**Vartest**
Laboratories

Quality Assurance & Compliance Testing
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

# 𝕴𝕾𝕺/𝕴𝕰𝕮 17025 𝕿𝖍𝖎𝖗𝖉 𝕻𝖆𝖗𝖙𝖞 𝕿𝖊𝖘𝖙 𝕽𝖊𝖕𝖔𝖗𝖙

| | | | |
|---|---|---|---|
| **DATE:** | April 14, 2022 | **FILE:** | MICHEL.A041122H |
| **CLIENT:** | Michelman & Robinson LLP | **ATTN:** | Allison Aguirre |
| | 10880 Wilshire Blvd., 19th Floor | | |
| | Los Angeles, CA 90024 | | |

**SAMPLE IDENTIFIED BY CLIENT AS:**

Fabric Submitted
Style #: FGX
Color Navy Blue

BLUE LABEL SERVICE

**TEST PROCEDURES:**                      **TEST RESULTS:**

SPRAY TEST (AATCC 22):
-              FACE:
-      SPECIMEN 1:                            0
-      SPECIMEN 2:                            0
-      SPECIMEN 3:                            0

RATINGS KEY:
                          100 – No sticking or wetting of
                                upper surface.
                           90 – Slight random sticking or
                                wetting of upper surface.
                           80 – Wetting of upper surface at
                                spray points.
                           70 – Partial wetting of whole
                                upper surface.
                           50 – Complete wetting of whole
                                upper surface.
                            0 – Complete wetting of whole
                                upper and lower surfaces.

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing.
Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/

Page 1 of 2



**EX. 0728 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000096



# Vartest®
*Laboratories*

Quality Assurance & Compliance Testing
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391  Fax: 212 947 8719

www.vartest.com

## ISO/IEC 17025 Third Party Test Report

FILE: MICHEL.A041122H
SAMPLE IDENTIFIED BY CLIENT AS:
 Fabric Submitted
 Style #: FGX
 Color Navy Blue

OIL REPELLENCY: HYDROCARBON RESISTANCE TEST
(AATCC 118):
 -- FACE SIDE:

OIL TEST KIT        DUPONT TEST KIT

| Oil Test Liquid Number | Composition | Surface Tension (N) | Grade As Received |
|---|---|---|---|
| 1 | White Mineral Oil | 31.5 | C |
| 2 | 65:35 n-hexadecane by Volume | N/A | D |
| 3 | n-hexadecane | 27.3 | D |
| 4 | n-tetradecane | 26.4 | D |
| 5 | n-dodecane | 24.7 | D |
| 6 | n-decane | 23.5 | D |
| 7 | n-octane | 21.4 | D |
| 8 | n-heptane | 19.8 | D |
| OIL REPELLENCY GRADE: | | | 0 |

Rating:    A = Passes.  Clear well-rounded drop.
           B = Borderline pass. Rounding drop with partial darkening.
           C = Fails.  Wicking apparent with flattened drop.
           D = Fails.  Complete wetting.

RESISTANCE OF MATERIALS IN PROTECTIVE CLOTHING
TO PENETRATION BY SYNTHETIC BLOOD (ASTM F1670-B):

| Sample | Result |
|---|---|
| H | Fail |

Signed For The Company By

*[signature]*
Joseph Lin
Laboratory Manager

*[signature]* Stacy Sadowy /AF
Stacy Sadowy
Quality Assurance Manager

CS/04



The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing. Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/

**EX. 0728 - 2**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        HAUSER0000097



**Vartest** Laboratories

Quality Assurance & Compliance Testing
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

# ISO/IEC 17025 Third Party Test Report

**DATE:** April 14, 2022                    **FILE:** MICHEL.A041122I

**CLIENT:** Michelman & Robinson LLP          **ATTN:** Allison Aguirre
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024

**SAMPLE IDENTIFIED BY CLIENT AS:**

Fabric Submitted
Style #: FGY
Color Teal

BLUE LABEL SERVICE

**TEST PROCEDURES:**                          **TEST RESULTS:**

SPRAY TEST (AATCC 22):
-           FACE:
-    SPECIMEN 1:                               0
-    SPECIMEN 2:                               0
-    SPECIMEN 3:                               0

RATINGS KEY:                                 100 – No sticking or wetting of
                                                   upper surface.
                                              90 – Slight random sticking or
                                                   wetting of upper surface.
                                              80 – Wetting of upper surface at
                                                   spray points.
                                              70 – Partial wetting of whole
                                                   upper surface.
                                              50 – Complete wetting of whole
                                                   upper surface.
                                               0 – Complete wetting of whole
                                                   upper and lower surfaces.

Page 1 of 2

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing.
Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/



ILAC-MRA

ACCREDITED
Testing Cert #2180.01

**EX. 0729 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000122



Quality Assurance & Compliance Testing
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

# ISO/IEC 17025 Third Party Test Report

FILE: MICHEL.A041122I
SAMPLE IDENTIFIED BY CLIENT AS:
Fabric Submitted
Style #: FGY
Color Teal

OIL REPELLENCY: HYDROCARBON RESISTANCE TEST
(AATCC 118):
-- FACE SIDE:

OIL TEST KIT        DUPONT TEST KIT

| Oil Test Liquid Number | Composition | Surface Tension (N) | Grade As Received |
|---|---|---|---|
| 1 | White Mineral Oil | 31.5 | C |
| 2 | 65:35 n-hexadecane by Volume | N/A | D |
| 3 | n-hexadecane | 27.3 | D |
| 4 | n-tetradecane | 26.4 | D |
| 5 | n-dodecane | 24.7 | D |
| 6 | n-decane | 23.5 | D |
| 7 | n-octane | 21.4 | D |
| 8 | n-heptane | 19.8 | D |
| OIL REPELLENCY GRADE: | | | 0 |

Rating:    A = Passes. Clear well-rounded drop.
           B = Borderline pass. Rounding drop with partial darkening.
           C = Fails.  Wicking apparent with flattened drop.
           D = Fails.  Complete wetting.

RESISTANCE OF MATERIALS IN PROTECTIVE CLOTHING
TO PENETRATION BY SYNTHETIC BLOOD (ASTM F1670-B):

| Sample | Result |
|---|---|
| I | Fail |

Signed For The Company By

Joseph Lin
Laboratory Manager

Stacy Sadowy /AF
Stacy Sadowy
Quality Assurance Manager

CS/04

Page 2 of 2




ACCREDITED
Testing Cert #2180.01

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing.
Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/

**EX. 0729 - 2**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          HAUSER0000123



**Quality Assurance & Compliance Testing**
**Utilizing Textile & Related Technologies**

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

## 𝕴𝕾𝕺/𝕴𝕰𝕮 17025 𝕿𝖍𝖎𝖗𝖉 𝕻𝖆𝖗𝖙𝖞 𝕿𝖊𝖘𝖙 𝕽𝖊𝖕𝖔𝖗𝖙

**DATE:**　　　April 14, 2022　　　　　　　　　**FILE:** MICHEL.A041122J

**CLIENT:**　　Michelman & Robinson LLP　　　**ATTN:** Allison Aguirre
　　　　　　　10880 Wilshire Blvd., 19th Floor
　　　　　　　Los Angeles, CA 90024

**SAMPLE IDENTIFIED BY CLIENT AS:**

　　　　　Fabric Submitted
　　　　　Style #: FGZ
　　　　　Color Burgundy

　　　　　BLUE LABEL SERVICE

**TEST PROCEDURES:**　　　　　　　　　**TEST RESULTS:**

SPRAY TEST (AATCC 22):
　–　　　　　FACE:
　–　　SPECIMEN 1:　　　　　70
　–　　SPECIMEN 2:　　　　　70
　–　　SPECIMEN 3:　　　　　70

**RATINGS KEY:**　　　　　　　　100 – No sticking or wetting of
　　　　　　　　　　　　　　　　　　　upper surface.
　　　　　　　　　　　　　　 90 – Slight random sticking or
　　　　　　　　　　　　　　　　　　wetting of upper surface.
　　　　　　　　　　　　　　 80 – Wetting of upper surface at
　　　　　　　　　　　　　　　　　　spray points.
　　　　　　　　　　　　　　 70 – Partial wetting of whole
　　　　　　　　　　　　　　　　　　upper surface.
　　　　　　　　　　　　　　 50 – Complete wetting of whole
　　　　　　　　　　　　　　　　　　upper surface.
　　　　　　　　　　　　　　　0 – Complete wetting of whole
　　　　　　　　　　　　　　　　　　upper and lower surfaces.

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing.
Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/



**EX. 0730 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000124



**Quality Assurance & Compliance Testing**
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

## ISO/IEC 17025 Third Party Test Report

FILE: MICHEL.A041122J
SAMPLE IDENTIFIED BY CLIENT AS:
Fabric Submitted
Style #: FGZ
Color Burgundy

OIL REPELLENCY: HYDROCARBON RESISTANCE TEST
(AATCC 118):
- FACE SIDE:

OIL TEST KIT          DUPONT TEST KIT

| Oil Test Liquid Number | Composition | Surface Tension (N) | Grade As Received |
|---|---|---|---|
| 1 | White Mineral Oil | 31.5 | D |
| 2 | 65:35 n-hexadecane by Volume | N/A | D |
| 3 | n-hexadecane | 27.3 | D |
| 4 | n-tetradecane | 26.4 | D |
| 5 | n-dodecane | 24.7 | D |
| 6 | n-decane | 23.5 | D |
| 7 | n-octane | 21.4 | D |
| 8 | n-heptane | 19.8 | D |
| OIL REPELLENCY GRADE: | | | 0 |

Rating:    A = Passes. Clear well-rounded drop.
           B = Borderline pass. Rounding drop with partial darkening.
           C = Fails.  Wicking apparent with flattened drop.
           D = Fails.  Complete wetting.

RESISTANCE OF MATERIALS IN PROTECTIVE CLOTHING
TO PENETRATION BY SYNTHETIC BLOOD (ASTM F1670-B):

| Sample | Result |
|---|---|
| J | Fail |

Signed For The Company By

Joseph Lin
Laboratory Manager

Stacy Sadowy /AF
Stacy Sadowy
Quality Assurance Manager

CS/04

Page 2 of 2



ilac-MRA
ACCREDITED
Testing Cert #2180.01

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing. Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/

EX. 0730 - 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          HAUSER0000125



**Vartest** Laboratories®

Quality Assurance & Compliance Testing
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

## ISO/IEC 17025 Third Party Test Report

**DATE:** April 14, 2022                    **FILE:** MICHEL.A041122K

**CLIENT:** Michelman & Robinson LLP         **ATTN:** Allison Aguirre
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024

**SAMPLE IDENTIFIED BY CLIENT AS:**

Fabric Submitted
Style #: FGAA
Color Red

BLUE LABEL SERVICE

**TEST PROCEDURES:**                    **TEST RESULTS:**

SPRAY TEST (AATCC 22):
  -            FACE:
  -      SPECIMEN 1:           70
  -      SPECIMEN 2:           70
  -      SPECIMEN 3:           70

RATINGS KEY:                    100 - No sticking or wetting of
                                      upper surface.
                                 90 - Slight random sticking or
                                      wetting of upper surface.
                                 80 - Wetting of upper surface at
                                      spray points.
                                 70 - Partial wetting of whole
                                      upper surface.
                                 50 - Complete wetting of whole
                                      upper surface.
                                  0 - Complete wetting of whole
                                      upper and lower surfaces.

Page 1 of 2

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing.
Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/



ILAC-MRA   ACCREDITED   Testing Cert #2180.01

**EX. 0731 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000130

# Vartest
*Laboratories*

Quality Assurance & Compliance Testing
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

## ISO/IEC 17025 Third Party Test Report

FILE: MICHEL.A041122K
SAMPLE IDENTIFIED BY CLIENT AS:
   Fabric Submitted
   Style #: FGAA
   Color Red

OIL REPELLENCY: HYDROCARBON RESISTANCE TEST
(AATCC 118):
 - FACE SIDE:

OIL TEST KIT        DUPONT TEST KIT

| Oil Test Liquid Number | Composition | Surface Tension (N) | Grade As Received |
|---|---|---|---|
| 1 | White Mineral Oil | 31.5 | C |
| 2 | 65:35 n-hexadecane by Volume | N/A | D |
| 3 | n-hexadecane | 27.3 | D |
| 4 | n-tetradecane | 26.4 | D |
| 5 | n-dodecane | 24.7 | D |
| 6 | n-decane | 23.5 | D |
| 7 | n-octane | 21.4 | D |
| 8 | n-heptane | 19.8 | D |
| OIL REPELLENCY GRADE: | | | 0 |

Rating:    A = Passes. Clear well-rounded drop.
           B = Borderline pass. Rounding drop with partial darkening.
           C = Fails. Wicking apparent with flattened drop.
           D = Fails. Complete wetting.

RESISTANCE OF MATERIALS IN PROTECTIVE CLOTHING
TO PENETRATION BY SYNTHETIC BLOOD (ASTM F1670-B):

| Sample | Result |
|---|---|
| K | Fail |

Signed For The Company By

Joseph Lin
Laboratory Manager

Stacy Sadowy/AF
Stacy Sadowy
Quality Assurance Manager

CS/04



Page 2 of 2

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing. Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/

IAC-MRA

ACCREDITED
Testing Cert #2180.01

EX. 0731 - 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                HAUSER0000131



**Vartest** Laboratories

Quality Assurance & Compliance Testing
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

# ISO/IEC 17025 Third Party Test Report

**DATE:** April 14, 2022                **FILE:** MICHEL.A041122L

**CLIENT:** Michelman & Robinson LLP          **ATTN:** Allison Aguirre
10880 Wilshire Blvd., 19th Floor
Los Angeles, CA 90024

**SAMPLE IDENTIFIED BY CLIENT AS:**

Fabric Submitted
Style #: FGAB
Color Navy Blue

BLUE LABEL SERVICE

**TEST PROCEDURES:**                **TEST RESULTS:**

SPRAY TEST (AATCC 22):
-       FACE:
-     SPECIMEN 1:          70
-     SPECIMEN 2:          70
-     SPECIMEN 3:          70

**RATINGS KEY:**          100 – No sticking or wetting of
                              upper surface.
                          90 – Slight random sticking or
                              wetting of upper surface.
                          80 – Wetting of upper surface at
                              spray points.
                          70 – Partial wetting of whole
                              upper surface.
                          50 – Complete wetting of whole
                              upper surface.
                           0 – Complete wetting of whole
                              upper and lower surfaces.

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing.
Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/



ACCREDITED
Testing Cert #2180.01

**EX. 0732 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
HAUSER0000105

# Vartest
## Laboratories

Quality Assurance & Compliance Testing
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

## ISO/IEC 17025 Third Party Test Report

FILE: MICHEL.A041122L

SAMPLE IDENTIFIED BY CLIENT AS:
- Fabric Submitted
- Style #: FGAB
- Color Navy Blue

OIL REPELLENCY: HYDROCARBON RESISTANCE TEST
(AATCC 118):
- FACE SIDE:

OIL TEST KIT          DUPONT TEST KIT

| Oil Test Liquid Number | Composition | Surface Tension (N) | Grade As Received |
|---|---|---|---|
| 1 | White Mineral Oil | 31.5 | C |
| 2 | 65:35 n-hexadecane by Volume | N/A | D |
| 3 | n-hexadecane | 27.3 | D |
| 4 | n-tetradecane | 26.4 | D |
| 5 | n-dodecane | 24.7 | D |
| 6 | n-decane | 23.5 | D |
| 7 | n-octane | 21.4 | D |
| 8 | n-heptane | 19.8 | D |
| | OIL REPELLENCY GRADE: | | 0 |

Rating:    A = Passes. Clear well-rounded drop.
           B = Borderline pass. Rounding drop with partial darkening.
           C = Fails.  Wicking apparent with flattened drop.
           D = Fails.  Complete wetting.

RESISTANCE OF MATERIALS IN PROTECTIVE CLOTHING
TO PENETRATION BY SYNTHETIC BLOOD (ASTM F1670-B):

| Sample | Result |
|---|---|
| L | Fail |

Signed For The Company By

Joseph Lin
Laboratory Manager

Stacy Sadowy/AF
Stacy Sadowy
Quality Assurance Manager

CS/04

Page 2 of 2

The findings and results in this test report apply only to the specific samples submitted to us by the client for testing.
Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/

ilac-MRA
ACCREDITED
Testing Cert #2180.01

EX. 0732 - 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000106



**Quality Assurance & Compliance Testing**
**Utilizing Textile & Related Technologies**

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

# 𝕴𝕾𝕺/𝕴𝕰𝕮 17025 𝕿𝖍𝖎𝖗𝖉 𝕻𝖆𝖗𝖙𝖞 𝕿𝖊𝖘𝖙 𝕽𝖊𝖕𝖔𝖗𝖙

**DATE:**  April 14, 2022                    **FILE:** MICHEL.A041122M

**CLIENT:**  Michelman & Robinson LLP        **ATTN:** Allison Aguirre
             10880 Wilshire Blvd., 19th Floor
             Los Angeles, CA 90024

**SAMPLE IDENTIFIED BY CLIENT AS:**

             Fabric Submitted
             Style #: FGAC
             Color Burgundy

             BLUE LABEL SERVICE

**TEST PROCEDURES:**                    **TEST RESULTS:**

**SPRAY TEST (AATCC 22):**
        -       FACE:
        -    SPECIMEN 1:              70
        -    SPECIMEN 2:              70
        -    SPECIMEN 3:              70

**RATINGS KEY:**                       100 – No sticking or wetting of
                                              upper surface.
                                        90 – Slight random sticking or
                                              wetting of upper surface.
                                        80 – Wetting of upper surface at
                                              spray points.
                                        70 – Partial wetting of whole
                                              upper surface.
                                        50 – Complete wetting of whole
                                              upper surface.
                                         0 – Complete wetting of whole
                                              upper and lower surfaces.

Page 1 of 2

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing.
Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/



**EX. 0733 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000107



**Vartest®**
*Laboratories*

Quality Assurance & Compliance Testing
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

# ISO/IEC 17025 Third Party Test Report

FILE: MICHEL.A041122M
SAMPLE IDENTIFIED BY CLIENT AS:
   Fabric Submitted
   Style #: FGAC
   Color Burgundy

OIL REPELLENCY: HYDROCARBON RESISTANCE TEST
(AATCC 118):
  - FACE SIDE:

OIL TEST KIT    DUPONT TEST KIT

| Oil Test Liquid Number | Composition | Surface Tension (N) | Grade As Received |
|---|---|---|---|
| 1 | White Mineral Oil | 31.5 | C |
| 2 | 65:35 n-hexadecane by Volume | N/A | D |
| 3 | n-hexadecane | 27.3 | D |
| 4 | n-tetradecane | 26.4 | D |
| 5 | n-dodecane | 24.7 | D |
| 6 | n-decane | 23.5 | D |
| 7 | n-octane | 21.4 | D |
| 8 | n-heptane | 19.8 | D |
| OIL REPELLENCY GRADE: | | | 0 |

Rating:    A = Passes.  Clear well-rounded drop.
              B = Borderline pass. Rounding drop with partial darkening.
              C = Fails.  Wicking apparent with flattened drop.
              D = Fails.  Complete wetting.

RESISTANCE OF MATERIALS IN PROTECTIVE CLOTHING
TO PENETRATION BY SYNTHETIC BLOOD (ASTM F1670-B):

| Sample | Result |
|---|---|
| M | Fail |

Signed For The Company By

*[signature]*
Joseph Vin
Laboratory Manager

*Stacy Sadowy /At*
Stacy Sadowy
Quality Assurance Manager

CS/04



Testing Cert #2180.01

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing.
Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/

**EX. 0733 - 2**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY        HAUSER0000108



**Vartest**
*Laboratories*

**Quality Assurance & Compliance Testing**
**Utilizing Textile & Related Technologies**

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

# ISO/IEC 17025 Third Party Test Report

**DATE:**  April 14, 2022                          **FILE:** MICHEL.A041122N

**CLIENT:**  Michelman & Robinson LLP            **ATTN:** Allison Aguirre
             10880 Wilshire Blvd., 19th Floor
             Los Angeles, CA 90024

**SAMPLE IDENTIFIED BY CLIENT AS:**

            Fabric Submitted
            Style #: FGAD
            Color Red

            BLUE LABEL SERVICE

**TEST PROCEDURES:**                    **TEST RESULTS:**

**SPRAY TEST (AATCC 22):**
       –         **FACE:**
       –      SPECIMEN 1:              70
       –      SPECIMEN 2:              70
       –      SPECIMEN 3:              70

**RATINGS KEY:**                        100 – No sticking or wetting of
                                              upper surface.
                                         90 – Slight random sticking or
                                              wetting of upper surface.
                                         80 – Wetting of upper surface at
                                              spray points.
                                         70 – Partial wetting of whole
                                              upper surface.
                                         50 – Complete wetting of whole
                                              upper surface.
                                          0 – Complete wetting of whole
                                              upper and lower surfaces.

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing.
Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/




ilac-MRA

ACCREDITED
Testing Cert #2180.01

**EX. 0734 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000120



**Vartest**
*Laboratories*

Quality Assurance & Compliance Testing
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

# 𝕴𝕾𝕺/𝕴𝕰𝕮 17025 𝕿𝖍𝖎𝖗𝖉 𝕻𝖆𝖗𝖙𝖞 𝕿𝖊𝖘𝖙 𝕽𝖊𝖕𝖔𝖗𝖙

FILE: MICHEL.A041122N
<u>SAMPLE IDENTIFIED BY CLIENT AS:</u>
<u>Fabric Submitted</u>
<u>Style #: FGAD</u>
<u>Color Red</u>

OIL REPELLENCY: HYDROCARBON RESISTANCE TEST
(AATCC 118):
- FACE SIDE:

OIL TEST KIT          DUPONT TEST KIT

| Oil Test Liquid Number | Composition | Surface Tension (N) | Grade As Received |
|---|---|---|---|
| 1 | White Mineral Oil | 31.5 | C |
| 2 | 65:35 n-hexadecane by Volume | N/A | D |
| 3 | n-hexadecane | 27.3 | D |
| 4 | n-tetradecane | 26.4 | D |
| 5 | n-dodecane | 24.7 | D |
| 6 | n-decane | 23.5 | D |
| 7 | n-octane | 21.4 | D |
| 8 | n-heptane | 19.8 | D |
| OIL REPELLENCY GRADE: | | | 0 |

Rating:   A = Passes. Clear well-rounded drop.
          B = Borderline pass. Rounding drop with partial darkening.
          C = Fails.  Wicking apparent with flattened drop.
          D = Fails.  Complete wetting.

RESISTANCE OF MATERIALS IN PROTECTIVE CLOTHING
TO PENETRATION BY SYNTHETIC BLOOD (ASTM F1670-B):

| Sample | Result |
|---|---|
| N | Fail |

Signed For The Company By

*[signature]*

Joseph Lin
Laboratory Manager

*Stacy Sadowy /AF*

Stacy Sadowy
Quality Assurance Manager

CS/04



Page 2 of 2

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing.
Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/

**EX. 0734 - 2**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY    HAUSER0000121



**Quality Assurance & Compliance Testing**
**Utilizing Textile & Related Technologies**

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391   Fax: 212 947 8719

www.vartest.com

# ISO/IEC 17025 Third Party Test Report

**DATE:**     April 14, 2022                    **FILE:** MICHEL.A041122O

**CLIENT:**   Michelman & Robinson LLP          **ATTN:** Allison Aguirre
              10880 Wilshire Blvd., 19th Floor
              Los Angeles, CA 90024

## SAMPLE IDENTIFIED BY CLIENT AS:

        Fabric Submitted
        Style #: FGQ
        Color Light Blue

        BLUE LABEL SERVICE

**TEST PROCEDURES:**                       **TEST RESULTS:**


SPRAY TEST (AATCC 22):
    -         FACE:
    -    SPECIMEN 1:              0
    -    SPECIMEN 2:              0
    -    SPECIMEN 3:              0

RATINGS KEY:                       100 - No sticking or wetting of
                                         upper surface.
                                    90 - Slight random sticking or
                                         wetting of upper surface.
                                    80 - Wetting of upper surface at
                                         spray points.
                                    70 - Partial wetting of whole
                                         upper surface.
                                    50 - Complete wetting of whole
                                         upper surface.
                                     0 - Complete wetting of whole
                                         upper and lower surfaces.

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing.
Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/

**EX. 0735 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

ilac-MRA   ACCREDITED   Testing Cert #2180.01

HAUSER0000118

# Vartest®
## Laboratories

Quality Assurance & Compliance Testing
Utilizing Textile & Related Technologies

19 West 36th Street, 10th Floor
New York, NY 10018
Tel: 212 947 8391  Fax: 212 947 8719

www.vartest.com

## ISO/IEC 17025 Third Party Test Report

FILE: MICHEL.A041122O
<ins>SAMPLE IDENTIFIED BY CLIENT AS:</ins>
<ins>Fabric Submitted</ins>
<ins>Style #: FGQ</ins>
<ins>Color Light Blue</ins>

<ins>OIL REPELLENCY:</ins> HYDROCARBON RESISTANCE TEST
(AATCC 118):
- FACE SIDE:

<ins>OIL TEST KIT</ins>    DUPONT TEST KIT

| Oil Test Liquid Number | Composition | Surface Tension (N) | Grade As Received |
|:---:|:---:|:---:|:---:|
| 1 | White Mineral Oil | 31.5 | C |
| 2 | 65:35 n-hexadecane by Volume | N/A | D |
| 3 | n-hexadecane | 27.3 | D |
| 4 | n-tetradecane | 26.4 | D |
| 5 | n-dodecane | 24.7 | D |
| 6 | n-decane | 23.5 | D |
| 7 | n-octane | 21.4 | D |
| 8 | n-heptane | 19.8 | D |
| OIL REPELLENCY GRADE: | | | 0 |

Rating:    A = Passes. Clear well-rounded drop.
           B = Borderline pass. Rounding drop with partial darkening.
           C = Fails.  Wicking apparent with flattened drop.
           D = Fails.  Complete wetting.

RESISTANCE OF MATERIALS IN PROTECTIVE CLOTHING
TO PENETRATION BY SYNTHETIC BLOOD (ASTM F1670-B):

| Sample | Result |
|:---:|:---:|
| O | Fail |

Signed For The Company By

Joseph Vin
Laboratory Manager

Stacy Sadowy/Af
Stacy Sadowy
Quality Assurance Manager

CS/04

Page 2 of 2

The findings and results in this test report apply only to the specific sample(s) submitted to us by the client for testing. Unless otherwise specified, all compliance statements are simple acceptance.
Terms and Conditions: http://vartest.com/resources/terms-and-conditions/

ilac-MRA

ACCREDITED
Testing Cert #2180.01

EX. 0735 - 2

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

HAUSER0000119

# EXHIBIT QQ

| Time Period | Units Sold by Product Type | | | | |
|---|---|---|---|---|---|
| | Scrub Top | Scrub Bottom | Scrub Jacket | Lab Coat | Performance Underscrub |
| 2021 H1 | 1,925,704 | 2,076,643 | 36,212 | 9,995 | 22,059 |
| 2020 | 2,691,482 | 2,910,080 | 50,185 | 16,994 | 42,573 |

**EX. 0782 - 1**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT RR

| | Units Sold by Product Type | | | | |
|---|---|---|---|---|---|
| Year | Scrub Top | Scrub Bottom | Scrub Jacket | Lab Coat | Performance Underscrub |
| 2018 | 610,344 | 688,316 | 8,771 | 8,848 | 7,884 |
| 2017 | 206,585 | 232,435 | 555 | 2,440 | 3,305 |
| 2016 | 49,856 | 55,048 | 0 | 2,164 | 0 |
| 2015 | 16,299 | 17,772 | 0 | 470 | 0 |
| 2014 | 2,640 | 2,891 | 0 | 0 | 0 |

Highly Confidential – Attorneys' Eyes Only

**EX-3348-1**

FIGS0015842

# EXHIBIT SS

1   MONA Z. HANNA (SBN 131439)           SANFORD L. MICHELMAN (SBN 179702)
      mhanna@mrllp.com                      smichelman@mrllp.com
2   JEFFREY D. FARROW (SBN 180019)       MARC R. JACOBS (SBN 185924)
      jfarrow@mrllp.com                    mjacobs@mrllp.com
3   KEVIN S. KIM (SBN 275200)            JESSE J. CONTRERAS (SBN 190538)
      kkim@mrllp.com                       jcontreras@mrllp.com
4   ALLISON C. AGUIRRE (SBN 312544)      JENNIFER S. GOLDSTEIN (SBN 310335)
      aaguirre@mrllp.com                   jgoldstein@mrllp.com
5   AMANDA V. ANDERSON (SBN 306903)      ADAM M. KORN (SBN 333270)
      aanderson@mrllp.com                  akorn@mrllp.com
6   **MICHELMAN & ROBINSON, LLP**        **MICHELMAN & ROBINSON, LLP**
7   17901 Von Karman Avenue, Suite 1000  10880 Wilshire Boulevard, 19th Floor
    Irvine, CA 92614                     Los Angeles, CA  90024
8   Telephone:   (714) 557-7990          Telephone: (310) 299-5500
    Facsimile:   (714) 557-7991          Facsimile:  (310) 201-2110
9

10

11  *Additional Counsel on Next Page*

12              **UNITED STATES DISTRICT COURT**

13        **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

14  STRATEGIC PARTNERS, INC.,            Case No.: 2:19-cv-02286-JWH-KSx

15              Plaintiff,               District Judge:  Hon. John W. Holcomb
                                         Magistrate Judge:  Hon. Karen Stevenson
16        v.                             Special Discovery Master: Hon. Suzanne
                                         Segal
17  FIGS, INC., CATHERINE ("TRINA")
    SPEAR, HEATHER HASSON,
18                                       **PLAINTIFF STRATEGIC PARTNERS,**
              Defendants.               **INC.'S LODGMENT OF DEPOSITION**
19                                       **TESTIMONY OF BENJAMIN CHASE**
                                         **PLAYED TO THE JURY ON OCTOBER**
20                                       **18, 2022**

21

22                                       Complaint Filed:  February 22, 2019
                                         Trial Date: October 17, 2022
23

24

25

26

27

28

*Additional Counsel:*

KRISTIN J. ACHTERHOF
(*Admitted Pro Hac Vice*)
 kristin.achterhof@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, IL 60661-3693
T: (312) 902-5296
F: (312) 902-1061

RICHARD H. ZELICHOV (SBN 193858)
 richard.zelichov@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
T: (310) 788-4680
F: (310) 788-4471

TIMOTHY H. GRAY
(*Admitted Pro Hac Vice*)
 timothy.gray@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2900 K Street NW, North Tower, Suite 200
Washington, DC 20007-5118
T: (202) 625-3608
F: (202) 298-7570

*Attorneys for Plaintiff, STRATEGIC PARTNERS, INC.*

2

**PLAINTIFF STRATEGIC PARTNERS, INC.'S LODGMENT OF DEPOSITION TESTIMONY OF BENJAMIN
CHASE PLAYED TO THE JURY ON OCTOBER 18, 2022**

HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2            CENTRAL DISTRICT OF CALIFORNIA
 3
 4    _____
                                     )
 5    STRATEGIC PARTNERS, INC.,      )
                                     )
 6             Plaintiff,            )
                                     )
 7        vs.                        ) No. 8:19-cv-01692-GW-PLA
                                     )
 8    FIGS, INC., CATHERINE          )
      ("TRINA") SPEAR, HEATHER       )
 9    HASSON,                        )
                                     )
10             Defendants.           )
      _____)
11
12
13      *** HIGHLY CONFIDENTIAL, ATTORNEYS' EYES ONLY ***
14
15          VIRTUAL VIDEOCONFERENCE DEPOSITION OF
16                    BENJAMIN CHASE
17               Friday, October 8, 2021
18                      Volume I
19
20    Reported by:
21    ALEXIS KAGAY
22    CSR No. 13795
23    Job No. 4831911
24
25    PAGES 1 - 156
```

SPI's Affirmative Designations

FIGS' Counter-Designations

Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22          Do you know that -- how do you know that any

23     of the scrubs that FIGS was selling were -- had any

24     antimicrobial products on them?

25          A    I didn't.                                    11:09:51

                                                    Page 120

SPI's Affirmative Designations                    FIGS' Counter-Designations

```
1        Q   Did you just take her -- you just took her
2    word for it?
3        A   Correct.
4        Q   Okay.  Let's go to -- let me ask you, in 2018
5    or before, did you see any studies done by FIGS that    11:10:09
6    demonstrated the effectiveness of their scrubs to
7    reduce infection by 66 percent?
8        A   No.
9        Q   Do you see any studies that demonstrated the
10   effectiveness of Silvadur antimicrobial technology      11:10:28
11   to reduce hospital-acquired infections?
12       A   No.
13       Q   Did you see any studies that their -- FIGS
14   Threads for Threads initiatives decreased the
15   infection rate by 66 percent in the countries in        11:10:41
16   which they have donated?
17       A   No.
18       Q   Are you aware of any such study?
19       A   I'm not aware whether studies exist or they
20   don't exist regarding what types of testing FIGS has    11:10:55
21   done.
22           MR. MICHELMAN:  Let's go to Exhibit -- my 12,
23   Kevin.  So it might be -- should be 12 in yours.
24           (Exhibit 12 was marked for identification
25           and is attached hereto.)                        11:11:14
```

Page 121

SPI's Affirmative Designations          FIGS' Counter-Designations

```
 1
 2
 3
 4
 5
 6
 7
 8
 9        Q   And then it goes (as read):
10            -- "the scrubs cut the spread of        11:12:39
11        infection by 66 percent."
12        Do you know what the basis of that is?
13
14
15        Q   What's ever in your brain.             11:12:48
16        So do you have any basis for what is the
17    foundation for that statement?
18        A   I don't.  I -- I wasn't involved in the -- in
19    the writing of this or -- yeah.  I wasn't around
20    then.                                           11:12:59
21        Q   Okay.  If Heather Hasson said that they made
22    the statement based on your research, would that be
23    a truthful statement?
24
25            THE WITNESS:  I didn't do anything in a test  11:13:16
                                                    Page 123
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    lab.
 2    BY MR. MICHELMAN:
 3       Q   Well, did you do anything to establish that
 4    the scrubs cut the spread of infection by
 5    66 percent?                                    11:13:26
 6
 7
 8
 9       A   I didn't do any tests with any scrubs.
10       Q   Okay.  Okay.  And if Devon Duff Gago said  11:13:33
11    that this statement was based on research you did,
12    would you consider that to be a truthful statement?
13
14
15          THE WITNESS:  Yeah, I don't know who --     11:13:53
16    BY MR. MICHELMAN:
17       Q   Is that -- all right.  That's fair.
18          If anybody from FIGS said that they made the
19    statement based on your medical research, would that
20    be a truthful statement?                         11:14:03
21
22          THE WITNESS:  I would say that they
23    misunderstood what I was researching.
24    BY MR. MICHELMAN:
25       Q   Okay.  And if anybody at FIGS said that you  11:14:16
```

Page 124

SPI's Affirmative Designations                    FIGS' Counter-Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    sent to them written conclusions substantiating the

2    representation that FIGS scrubs reduces hospital-

3    acquired infections by 66 percent, would that be

4    truthful?

5        A    I don't know what they would be referring to.    11:14:41

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                                                    Page 125

SPI's Affirmative Designations                    FIGS' Counter-Designations

# EXHIBIT TT

```
 1                  UNITED STATES OF AMERICA
                 UNITED STATES DISTRICT COURT
 2               CENTRAL DISTRICT OF CALIFORNIA
                        WESTERN DIVISION
 3
                          - - -
 4             HONORABLE JOHN W. HOLCOMB,
          UNITED STATES DISTRICT JUDGE PRESIDING
 5                        - - -

 6
    STRATEGIC PARTNERS, Inc.,        )
 7                                   )  CERTIFIED COPY
                                     )
 8               PLAINTIFF,          )
                                     )  CV 19-02286 JWH-KSx
 9   VS.                             )
                                     )
10                                   )
    FIGS, Inc., CATHERINE            )
11  ("TRINA") SPEAR, HEATHER         )
    HASSON,                          )
12                                   )
                                     )
13               DEFENDANTS.         )
                                     )
14                                   )
    _____)
15

16

17           REPORTER'S TRANSCRIPT OF PROCEEDINGS
               WEDNESDAY, OCTOBER 19, 2022
18                  A.M./P.M SESSION
                 SANTA ANA, CALIFORNIA
19

20

21
                SHERI S. KLEEGER, CSR 10340
22            FEDERAL OFFICIAL COURT REPORTER
              312 NORTH SPRING STREET, ROOM 402
23              LOS ANGELES, CALIFORNIA 90012
                    PH:  (213)894-6604
24

25
```

1    Q.  So in or about 2010 you started FIGS as -- or,

2  excuse me, around 2011 I think you said you started FIGS

3  Inc.; is that correct?

4    A.  FIGS Inc. was incorporated in 2013.

5    Q.  2013.  Okay.  And tell me and tell the jury,

6  please, about the formation of FIGS Inc.

7    A.  Are you asking me the technical -- I don't

8  understand what your question was.

9    Q.  Yes.  So how is it that FIGS Inc. came to be?

10 Why did you start FIGS Inc.?

11   A.  Oh, this is a good question actually.  So

12 originally -- so I had a tie company, which I'm very,

13 very proud of.  It was really cool.  I sent about 10,000

14 kids to school.

15          So I'm in fashion.  I love fashion.  And I

16 think that a uniform really allows, you know, you to say

17 who you are, and it changes kind of how you perform,

18 right.  Whether if you're in school, if you're a nurse,

19 if you're a healthcare professional.  If you're a judge.

20 If you're anybody, it changes how you feel.

21          And the tie company -- a lot of people think

22 of companies as for profit.  This one was a company, but

23 I didn't make any money.  A little bit, but didn't

24 actually make money.  And I put a lot of kids in school.

25 So basically -- in Kenya.  And I think maybe some people

1   know, some people do not know, but kids don't go to

2   school if they are not dressed properly.  It is not that

3   they are not allowed to.  It's the fact that they just

4   don't.  Maybe they're embarrassing.  Maybe they're in

5   rags and they just don't -- they don't want to do it.

6   But having a uniform allows them to have confidence.

7   They're -- and they can go and get an education.

8              And that's what I did.  And put about 10,000

9   kids in school.  Yeah.  And I worked with a lot of

10  organizations.  And it was amazing.  So that was that

11  first company.

12             And then the second company was FIGS scrubs,

13  which is what we are here today talking about.

14  Q.   Thank you very much, Ms. Hasson.

15             Are you familiar with the phrase "origin

16  story" or the concept of an origin story?

17  A.   Of course.

18  Q.   What do you understand origin story to mean?

19  A.   About the company, why you started something.

20  Q.   So your attorney, Mr. Rhow, in his opening

21  statement here in this courtroom mentioned that Heather

22  came up with the idea for FIGS as a scrub company over a

23  cup of coffee she had with a friend of hers who happened

24  to be a nurse.

25             Is that true?

1  now have a copy of the transcript of Ms. Hasson's

2  deposition?

3          MS. McDERMOTT:  We just received it, Your

4  Honor.

5          THE COURT:  Ms. McDermott, are you ready?

6          MS. McDERMOTT:  Ready.  Thank you.

7          THE COURT:  Okay.  Please proceed.

8          MS. ACHTERHOF:  Ms. Hauff, would you please

9  play the witnesses testimony.

10         (VIDEO PLAYED.)

11  BY MS. ACHTERHOF:

12    Q.  All right.  Ms. Hasson, turning to a different

13  topic, I would like to talk about FIGS's use of

14  antimicrobial agents.

15         So Devon Duff Gago, we just heard by video,

16  testified that FIGS scrubs has always been

17  antimicrobial.  Did you hear that?

18    A.  Yes.

19    Q.  And do you agree with that statement?

20    A.  100 percent.

21    Q.  So it is your testimony today under oath that

22  FIGS scrubs have always been antimicrobial?  Is that

23  true?

24    A.  That is true.

25    Q.  At some point FIGS decided to license Silvadur as

1    an antimicrobial agent to be applied to its scrubs,

2    correct?

3        A.   That is correct.

4        Q.   And Ms. Duff Gago testified that was sometime in

5    around 2016.  Is that your testimony?

6        A.   That is sounds about right.  She's pretty good

7    with dates.

8        Q.   Prior to that time, isn't it true that FIGS told

9    the public that it had some other antimicrobial agents

10   on its scrubs that would reduce hospital-acquired

11   infections by 66 percent?

12       A.   It should say "at least 66 percent."

13       Q.   Is that what FIGS told the public about their

14   scrubs prior to 2016?

15       A.   I'm not sure.  But if we didn't, we should have.

16       Q.   What is the basis for FIGS's statement prior to

17   2016 --

18       A.   Uh-huh.

19       Q.   -- that its scrubs could reduce hospital-acquired

20   infections by 66 percent?

21       A.   I think you are conflating two things.  But it

22   should be 99.  And 66 is something different.

23       Q.   So FIGS made a statement to the public that its

24   scrubs could reduce hospital-acquired infections by

25   66 percent; that's true, correct?

1      Q.   By 99 percent.

2           Are you familiar with any statements that

3   FIGS has made to the public about its scrubs where it

4   stated that its scrubs reduced hospital-acquired

5   infections by 66 percent?

6      A.   At least 66 percent.  If you would like to show

7   me, I would be happy to look at it.

8      Q.   Okay.  We'll get there.

9           So what antimicrobial agent was FIGS using

10  prior to 2016 when it started exploring Silvadur?

11     A.   We were using a generic, a generic antimicrobial

12  through one of our facilities.

13     Q.   When did FIGS start using that generic

14  antimicrobial?

15     A.   The second that I started making scrubs.

16     Q.   And when was that?

17     A.   20 -- I want to say 2010.  2010, I was just

18  actually making silhouettes and just, you know, kind of

19  understanding what silhouettes I wanted to make.  I

20  wasn't even on to fabric yet.  And then probably around,

21  I want to say, 20- -- production around 2012.

22     Q.   Would you please take a look at your deposition.

23     A.   Uh-huh.

24          MS. ACHTERHOF:  We are going to play a

25  snippet from there, if it's okay with Your Honor.

# EXHIBIT UU

1  MONA Z. HANNA (SBN 131439)
     mhanna@mrllp.com
2  JEFFREY D. FARROW (SBN 180019)
     jfarrow@mrllp.com
3  KEVIN S. KIM (SBN 275200)
     kkim@mrllp.com
4  ALLISON C. AGUIRRE (SBN 312544)
     aaguirre@mrllp.com
5  AMANDA V. ANDERSON (SBN 306903)
     aanderson@mrllp.com
6
7  **MICHELMAN & ROBINSON, LLP**
   17901 Von Karman Avenue, Suite 1000
8  Irvine, CA 92614
   Telephone:  (714) 557-7990
9  Facsimile:  (714) 557-7991

SANFORD L. MICHELMAN (SBN 179702)
  smichelman@mrllp.com
MARC R. JACOBS (SBN 185924)
  mjacobs@mrllp.com
JESSE J. CONTRERAS (SBN 190538)
  jcontreras@mrllp.com
JENNIFER S. GOLDSTEIN (SBN 310335)
  jgoldstein@mrllp.com
ADAM M. KORN (SBN 333270)
  akorn@mrllp.com
**MICHELMAN & ROBINSON, LLP**
10880 Wilshire Boulevard, 19th Floor
Los Angeles, CA  90024
Telephone: (310) 299-5500
Facsimile:  (310) 201-2110

10
11  *Additional Counsel on Next Page*

12  ## UNITED STATES DISTRICT COURT

13  ## FOR THE CENTRAL DISTRICT OF CALIFORNIA

14  STRATEGIC PARTNERS, INC.,

15          Plaintiff,

16      v.

17  FIGS, INC., CATHERINE ("TRINA")
    SPEAR, HEATHER HASSON,

18          Defendants.

19

20

21

22

23

Case No.: 2:19-cv-02286-JWH-KSx

District Judge:  Hon. John W. Holcomb
Magistrate Judge:  Hon. Karen Stevenson
Special Discovery Master: Hon. Suzanne
Segal

**PLAINTIFF STRATEGIC PARTNERS,
INC.'S LODGMENT OF DEPOSITION
TESTIMONY OF DEVON DUFF GAGO
PLAY TO THE JURY ON OCTOBER 19,
2022**

Complaint Filed:  February 22, 2019
Trial Date: October 17, 2022

24
25
26
27
28

*Additional Counsel:*

KRISTIN J. ACHTERHOF
(*Admitted Pro Hac Vice*)
  kristin.achterhof@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, IL 60661-3693
T: (312) 902-5296
F: (312) 902-1061

RICHARD H. ZELICHOV (SBN 193858)
  richard.zelichov@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
T: (310) 788-4680
F: (310) 788-4471

TIMOTHY H. GRAY
(*Admitted Pro Hac Vice*)
  timothy.gray@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2900 K Street NW, North Tower, Suite 200
Washington, DC 20007-5118
T: (202) 625-3608
F: (202) 298-7570

*Attorneys for Plaintiff, STRATEGIC PARTNERS, INC.*

PLAINTIFF STRATEGIC PARTNERS, INC.'S LODGMENT OF DEPOSITION TESTIMONY OF DEVON DUFF
GAGO PLAY TO THE JURY ON OCTOBER 19, 2022

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT
 2              CENTRAL DISTRICT OF CALIFORNIA
 3
 4      _____
                                        )    SPI Affirmative Designations
 5      STRATEGIC PARTNERS, INC.,       )
                                        )    FIGS Counter-Designations
 6              Plaintiff,              )
                                        )    FIGS Affirmative Designations
 7         vs.                          )    Case No. 2:19-cv-02286-JWH-KS
                                        )
 8      FIGS, INC., CATHERINE           )
        ("TRINA") SPEAR, HEATHER        )
 9      HASSON,                         )
                                        )
10              Defendants.             )
        _____)
11
12
13
14      ** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **
15         REMOTE VIDEOTAPED DEPOSITION OF
16       30(b)(6) WITNESS FOR FIGS, INCORPORATED
17                  DEVON DUFF GAGO
18               Friday, July 9, 2021
19                    Volume I
20
21
22      Reported by:
        NADIA NEWHART
23      CSR No. 8714
24      Job No. 4671915
25      PAGES 1 - 325
```

Page 1

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

```
 1    to do with hospital-acquired infections rates being

 2    reduced by 66 percent?

 3        A   Well, antimicrobial properties help to --

 4    antimicrobial properties in fabric neutralize

 5    bacteria, which, you know, results in a reduction in   11:14:41

 6    the likelihood of HAIs.

 7        Q   Okay.  So the reason that FIGS uses

 8    antimicrobial properties is for the purpose of

 9    trying to reduce hospital-acquired infections; is

10    that correct?                                          11:15:06

11        A   I think you could say that that is, you know,

12    one of the reasons.  I think it's -- it's broader

13    than that though.  You know, healthcare

14    professionals are working in environments where, you

15    know, there are a lot of different, you know,          11:15:21

16    bacteria and it's a -- a nice feature to have

17    antimicrobial properties in the scrubs.  It's

18    something that we've always done and that, you know,

19    we have always felt was important.

20        Q   Why would it -- why was it important?  I       11:15:42

21    don't understand it.

22            Help me understand.  Why was it important to

23    have antimicrobial features on your scrubs?

24        A   Well, I think it's -- you know, it's a little

25    bit of common sense.                                   11:15:56
```

Page 106

SPI Affirmative Designations       FIGS' Counter-Designations       FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              If you can have properties on your clothing,
 2     you know, that would result in bacteria not
 3     continuing to be on your clothing, or you could have
 4     clothing, you know, that -- that did have bacteria,
 5     I think it's a -- it's a helpful feature.  I         11:16:20
 6     think --
 7       Q   And it's -- and it's helpful to whom -- for
 8     whom?
 9       A   I think we view it as -- it's just kind of
10     like a baseline necessary feature --                 11:16:29
11       Q   Okay.
12       A   -- in modern healthcare apparel.
13       Q   Okay.  And you -- you call your healthcare
14     workers awesome humans; is that right?
15       A   That's correct.                                11:16:43
16       Q   And one of the reasons you have this
17     antimicrobial property is you want to protect your
18     awesome humans; is that right?
19       A   I think we have the antimicrobial properties,
20     because, you know, it's -- 2021, we have these, you  11:16:54
21     know, technical, you know, capabilities so, you
22     know, why wouldn't we include it in our product?
23              Why wouldn't we ensure that, you know, we're
24     giving always kind of the -- the most innovative
25     products and features to our healthcare             11:17:17
```

Page 107

SPI Affirmative Designations      FIGS' Counter-Designations      FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7

 8           If a statement was made that FIGS scrubs

 9    reduced hospital-acquired infections by 66 percent

10    simply because they're clean, could you say whether    12:45:41

11    or not that was a true or false statement without

12    additional information?

13        A   Yes, it's true.

14        Q   Okay.  What's that based on?

15        A   It's based on our own testing of the         12:46:01

16    antimicrobial properties of our fabric.

17        Q   I didn't talk about antimicrobial.  I said

18    just clean.  I'm not talking about antimicrobial.

19           So do you have anything else you can support

20    that with?                                             12:46:14

21        A   That FIGS scrubs are antimicrobial --

22        Q   I'm not asking about antimicrobial.  I'm

23    saying if it's just that they're clean scrubs

24    without any -- I'll rephrase it.

25           Without any antimicrobial properties and       12:46:25
```

Page 144

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    they're just clean scrubs, would they reduce

 2    hospital-acquired infections by 66 percent?

 3        A    Yes.   There is research that shows that clean

 4    scrubs can reduce HAIs by 66 percent.

 5        Q    Where is that research?  Do you have it?        12:46:41

 6             I'd love to know it.   Where is it?

 7        A    There is a variety of research that has shown

 8    this.  FIGS has collected this research over the

 9    years and -- and has a number of different pieces of

10    research that -- that show this.                         12:47:05

11        Q    Name them to me.

12             Where are they located?   Where is this --

13    where is this research?

14             Because I can tell you -- I can represent to

15    you the only thing you guys have produced to us was     12:47:13

16    one regarding a catheter.

17             So where is this research housed?

18        A    The former team member, Ben Chase, conducted

19    research across a number of different sources.

20

21

22

23

24

25
```

Page 145

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

```
 1

 2

 3

 4          All right.  So in December of '18, it says

 5      (as read):                                      03:18:23

 6          "Proving that our scrubs reduce

 7          hospital acquired infection rates by

 8          66%?  If I could have the study that

 9          we did, it would be super.  If not,

10          no problema" -- "problemo!"               03:18:34

11          And then you got Trina writing back (as

12      read):

13          "Yes, I have the study - what do we

14          need this for?"

15          I'm going to ask you -- the first question  03:18:44

16      is, was the study published anywhere within the

17      company?

18      A   I'm not aware of the study being published to

19      the company.

20      Q   Is -- well, was it available to anybody who   03:18:55

21      wanted to see the study?

22      A   I'm not sure.

23      Q   Why was it kept a secret from people?

24      A   I don't know that it was kept a secret.

25      Q   Have you ever seen the study?              03:19:08
```

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A   I'm not sure if I have.  I've seen a lot of,
 2   you know, different -- I'm not sure exactly what
 3   they're referring to in this email here.  But I have
 4   seen a lot of -- you know, the different research
 5   that Ben Chase, you know, reviewed as -- as part of    03:19:28
 6   his collection.
 7        Q   Yeah.  The question was, "The" -- "The study
 8   that we did," meaning FIGS -- have you ever seen a
 9   study that FIGS did as referenced by Jenny?
10        A   I'm not sure if I have seen the study around   03:19:44
11   the Threads For Threads.
12        Q   Do you know anybody in the company?  Give me
13   any name of somebody that has seen it.
14        A   Well, I'm sure that Trina and Heather have.
15        Q   Other than those two.                          03:19:56
16        A   I'm not sure.
17        Q   Okay.  And then -- so she asks for it, and
18   Trina says (as read):
19            "What do you need" -- "what do we
20            need this for?"                                03:20:14
21            Why does it matter?  If Jenny wants to see a
22   study that FIGS did that proves its claim, who cares
23   what the reason is?  Why does it matter?
24
25
```

Page 241

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1

 2

 3

 4

 5

 6

 7              (Exhibit 158 was marked for identification

 8         and is attached hereto.)

 9    BY MR. MICHELMAN:

10       Q   All right.  Have you seen this document      05:16:16

11    before?

12       A   I have.

13       Q   Who created it?

14       A   I worked on this document together with our

15    attorneys.                                          05:16:24

16       Q   All right.  So 610,000 sets donated.

17           What year -- in two thousand -- well, how did

18    you create this?  What is the source information for

19    this document?  What is the source data?

20       A   So I'm -- this document represents donations  05:16:44

21    from prior to 2020.  And as such, the source data is

22    a compilation of many, many different pieces of

23    information, as I had described earlier --

24       Q   Okay.

25       A   -- that I --                                  05:17:10
```

SPI Affirmative Designations          FIGS' Counter-Designations          FIGS' Affirmative Designations

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        Q    Okay.  Yeah, where is that source data?

 2        A    The source data was collected, you know, in

 3   terms of the actual documents and pieces of

 4   information but also through conversations.

 5

 6

 7

 8

 9

10

11             So forget about the conversations, the

12   non-conversations, the documents you reviewed.

13   Where is that data today?  Where is that located?

14   Is it in a file?  In your office?  Where is it?

15        A    There's many different pieces of information    05:17:53

16   at FIGS that was used to come up with, you know, the

17   best estimate of the number of sets that FIGS

18   donated in 2019 and prior.

19        Q    Okay.  I'm asking where the data is today.

20   Where is it residing?  Is it in a file?  Where is      05:18:15

21   it?

22        A    There are many different pieces of data.

23   It's not just one source file.

24

25
```

SPI Affirmative Designations    FIGS' Counter-Designations    FIGS' Affirmative Designations

CONFIDENTIAL – ATTORNEYS' EYES ONLY

```
 1        Q    And in 2020, out of all the products that
 2    FIGS sold, what percentage had an antimicrobial
 3    agent?
 4
 5        THE DEPONENT:  Based on my research, I recall   09:45:58
 6    that about 90 percent of all products sold had an
 7    antimicrobial treatment.
 8    BY MR. MICHELMAN:
 9        Q    Okay.
10        And in 2021, out of all the products that      09:46:07
11    FIGS sold, what percentage had an antimicrobial
12    agent?
13
14        THE DEPONENT:  Based on my research, I recall
15    that about 88 percent of all products that FIGS sold   09:46:17
16    had an antimicrobial treatment.
17    BY MR. MICHELMAN:
18        Q    In 2013, who was the manufacturer of the
19    antimicrobial products applied to FIGS' products?
20        A    In 2013, FIGS was working with agents to   09:46:36
21    produce its scrub wear, which meant that the agent
22    was really responsible for coordinating the
23    production of the fabric, and at that time FIGS was
24    using a generic antimicrobial.
25        Q    What's the name?  What's the name of the   09:47:05
```

Page 362

SPI Affirmative Designations     FIGS' Counter-Designations     FIGS' Affirmative Designations

```
 1    generic?  I'm just asking for names.
 2        A   Well, a generic antimicrobial wouldn't have a
 3    brand name.
 4        Q   I'm not asking for brand name.  Who -- I'll
 5    go another direction.                          09:47:22
 6            Who is the manufacturer of this generic
 7    antimicrobial product that FIGS applied to
 8    100 percent of its products in 2013?
 9
10
11            THE DEPONENT:  It was a generic antimicrobial
12    that was applied by the mill that was engaged by our
13    agent.  And based on my research, I did not see the
14    name of the manufacturer of the generic
15    antimicrobial that was used in 2013.            09:48:03
16
17
18
19
20
21
22
23
24
25
```

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

```
 1

 2

 3

 4

 5      Q   In 2014, what was the name of the          10:18:35

 6   antimicrobial product that FIGS applied to

 7   90 percent of the products it sold?

 8

 9

10      Q   I'm sorry, I might have misspoken, so let me   10:18:51

11   do a clear question.

12          In 2014 what was the name of the

13   antimicrobial product that FIGS applied?

14      A   That FIGS applied to what?

15      Q   To 90 percent of its products.           10:19:08

16

17

18          THE DEPONENT:  FIGS was using a generic

19   antimicrobial in 2014.

20   BY MR. MICHELMAN:                                10:19:21

21      Q   And do you know who the manufacturer of that

22   generic antimicrobial was?

23      A   No.  Just like for 2013, our agent Shandong

24   Dashen was coordinating that and, given that it was

25   a generic antimicrobial applied by the mill, I have   10:19:39
```

SPI Affirmative Designations        FIGS' Counter-Designations        FIGS' Affirmative Designations

CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    generic antimicrobial agent that was applied to FIGS

 2    products?

 3        A   From my research I can't recall a specific

 4    test that FIGS has that was conducted in 2014.

 5            But like I said before, just because FIGS    10:21:52

 6    does not have a record from 2014 does not mean that

 7    it didn't exist then.  We were a young company.  You

 8    know, Heather, our CEO was extremely involved in

 9    creating the -- the product and, you know, was

10    working hand in hand with the agent to ensure that    10:22:22

11    the antimicrobial was applied and that the fabric

12    was created according to our specifications.

13        Q   In 2015, what antimicrobial agent did FIGS

14    allegedly use for its products?

15        A   In 2015 FIGS was still using generic with    10:22:42

16    some of its production but began doing testing with

17    Silvadur in 2015 and made the transition to Silvadur

18    in 2016.

19        Q   Okay.

20            So 2015, do you know the name of this alleged  10:23:08

21    generic antimicrobial agent that FIGS used?

22        A   No.  Given that it's a generic, it wouldn't

23    have a specific name.  It was, in 2015, being

24    coordinated by our agent, Dongnam, who was

25    overseeing the development and production and    10:23:31
```

Page 378

1    was being conducted and evolved to having more

2    regular testing under the AATCC 100 method that I

3    described previously.

4        Q   In 2016, what antimicrobial agents did FIGS

5    allegedly apply to 93 percent of its products?        10:26:57

6        A   In 2016, FIGS started using Rudolf -- I'm

7    sorry -- started using Silvadur for our scrub wear.

8    And from my research, I recall that the name of

9    antimicrobial that was used for our lab coats was

10   Rudolf.                                               10:27:29

11       Q   When in 2016 did FIGS start using Silvadur?

12       A   I believe it was in early 2016.  I can't

13   recall the exact date from my research.  I believe

14   it was early 2016.

15       Q   January?  February?  March?  Can you give me  10:27:55

16   any estimate?

17       A   Early 2016.

18       Q   Well, what is early to you?  First quarter?

19   Second quarter?

20       A   First quarter.                                10:28:05

21       Q   Okay.

22           And so prior to that, is it your testimony

23   that FIGS was using this generic antimicrobial?

24       A   Yes, FIGS was using the generic antimicrobial

25   prior to that.                                        10:28:17

                                                  Page 381

SPI Affirmative Designations          FIGS' Counter-Designations          FIGS' Affirmative Designations

# EXHIBIT VV

```
 1                  UNITED STATES OF AMERICA
                  UNITED STATES DISTRICT COURT
 2               CENTRAL DISTRICT OF CALIFORNIA
                      WESTERN DIVISION
 3
                         - - -
 4             HONORABLE JOHN W. HOLCOMB,
          UNITED STATES DISTRICT JUDGE PRESIDING
 5                       - - -

 6
    STRATEGIC PARTNERS, INC.,        )
 7                                   )  CERTIFIED COPY
                                     )
 8              PLAINTIFF,           )
                                     )  CV 19-02286 JWH-KSx
 9   VS.                             )
                                     )
10                                   )
    FIGS, INC., CATHERINE            )
11  ("TRINA") SPEAR, HEATHER         )
    HASSON,                          )
12                                   )
                                     )
13              DEFENDANTS.          )
                                     )
14                                   )
    _____)
15

16

17           REPORTER'S TRANSCRIPT OF PROCEEDINGS
                MONDAY, OCTOBER 24, 2022
18                  A.M./P.M SESSION
                 SANTA ANA, CALIFORNIA
19

20

21
                SHERI S. KLEEGER, CSR 10340
22            FEDERAL OFFICIAL COURT REPORTER
              312 NORTH SPRING STREET, ROOM 402
23            LOS ANGELES, CALIFORNIA 90012
                  PH:  (213)894-6604
24

25
```

```
 1

 2

 3    APPEARANCES OF COUNSEL:

 4    ON BEHALF OF PLAINTIFF:
                     MICHELMAN & ROBINSON, LLP
 5                   BY:  MONA Z. HANNA, ATTORNEY AT LAW
                          SANFORD L. MICHELMAN, ESQUIRE
 6                   17901 VON KARMAN AVENUE
                     SUITE 1000
 7                   IRVINE, CA 92614

 8                   KATTEN MUCHIN ROSENMAN LLP
                     BY:  KRISTIN J. ACHTERHOF, ATTORNEY AT LAW
 9                   525 WEST MONROE STREET
                     CHICAGO, IL 60661-3693
10
      ALSO PRESENT:  MICHAEL SINGER
11

12
      ON BEHALF OF DEFENDANT:
13                   BIRD, MARELLA, BOXER, WOLPERT,
                     NESSIM, DROOKS LINCENBERG & RHOW
14                   BY:  EKWAN E. RHOW, ESQUIRE
                          JULIA CHERLOW, ATTORNEY AT LAW
15                   1875 CENTURY PARK EAST
                     23RD FLOOR
16                   LOS ANGELES, CA 90067-2561

17
                     MUNGER, TOLLES & OLSON LLP
18                   BY:  ADAM BENJAMIN WEISS, ESQUIRE
                          JACOB S. KREILKAMP, ESQUIRE
19                        SARA WORTH, ATTORNEY AT LAW
                          SARA McDERMOTT, ATTORNEY AT LAW
20                   350 South Grand Avenue
                     50th Floor
21                   Los Angeles, CA 90071

22    ALSO PRESENT:  HEATHER HASSON, TRINA SPEAR

23

24

25
```

1    Q.  Isn't it true that FIGS was targeting consumers

2    that were wearing scrubs from other brands in its

3    marketing -- in its marketing?

4    A.  We weren't targeting customers.  They came to us.

5    Q.  Well, isn't the point of marketing is to promote

6    your products so that consumers will purchase them?

7    A.  Yes.

8    Q.  And part of your marketing effort was targeted

9    towards consumers, healthcare workers, that wore other

10   brands of medical apparel, right?

11   A.  A lot of them did wear other brands before they

12   came to us.

13   Q.  One of the competitors whose consumers were

14   specifically targeted was Cherokee; isn't that true?

15   A.  Was the question if they wore Cherokee before us?

16   Some did.

17   Q.  The question was slightly different.

18        Isn't it true that one of the competitors

19   who's consumers were specially targeted by FIGS were

20   consumers of Cherokee?

21   A.  Yes.

22   Q.  And in that effort to target Cherokee customers,

23   FIGS was able to obtain a copy of all of FIGS's

24   consumers.

25        Do you recall that.

1    evidence.

2              MS. HANNA:  Your Honor, 2187-1, the email,

3    is dated August -- August of 2017.

4              Counsel just asked if it was conducted in

5    2016, unless I misheard.

6              MR. RHOW:  I don't recall a cover email.  It

7    is just -- 2187 -- you could be right.  I'm just saying

8    what I recall --

9              THE COURT:  Talk to me.

10             MR. RHOW:  I'm sorry, my apologies.

11             2187 -- Your Honor, I'm not going to use the

12   cover email.  That is just an internal email where it

13   was being sent around.  The data, it's my understanding,

14   is from a 2016 survey, which she just authenticated.  So

15   I will take that cover email out and just use the data.

16             THE COURT:  Okay.  I understand.

17             Are there objections.

18             MS. HANNA:  Same as objections as before.

19   Foundation.  Hearsay.

20             THE COURT:  The foundation is a little

21   skimpy.  You covered some of hearsay issues, but can you

22   lay a better foundation for precisely what this is?

23             MR. RHOW:  Understood.

24   BY MR. RHOW:

25      Q.  Do you recall, Ms. Spear, in 2016 that FIGS did

1   conduct a customer survey?

2      A.   Yes.

3      Q.   And what was the purpose of the survey?

4      A.   So separate from the delighted work that we do,

5   we send out a specific survey to get feedback from our

6   customers about why they like our products and what --

7   why they purchase our scrubs.

8      Q.   Did you collect the data from that survey in the

9   normal course of business?

10     A.   Yes.

11     Q.   And is that survey -- the data from the survey,

12  did you put on to a spreadsheet?

13     A.   Yes.

14          MR. RHOW:   Assuming 2187 is that

15  spreadsheet, which I represent it will be, I would like

16  move that into evidence.

17          THE COURT:   Objection?

18          MS. HANNA:   Hearsay.

19          THE COURT:   Objection.   Overruled.

20  Exhibit 2187 is received into evidence.   And it does not

21  include the cover email, it is just the spreadsheet.

22          MR. RHOW:   Yes.   Let's just publish the

23  first page.

24          (Exhibit 2187 is received.)

25  BY MR. RHOW:

1        And this way you can later tabulate the results,

2    and see for each type of response, how -- what

3    percentage of respondents mentioned that.

4      Q.  Did you ask any other types of questions in the

5    survey?

6      A.  I did.  I had other open-ended questions,

7    follow-up, open-ended questions and closed-ended

8    questions, as well as after this question.

9      Q.  Are there certain types of questions that are

10   better suited than others to this study?

11     A.  As I said, I think this question is the most

12   reliable and suitable and open-ended to provide the

13   relevant results.

14     Q.  Did you rely on the result of the close-ended

15   questions in forming your conclusions?

16     A.  I did not.

17     Q.  Let's go to the next slide.  It should be slide

18   31.  Let's look at some results.

19        First, how many people did you survey for this

20   message?

21     A.  There were a total of 453.  So that's about 150

22   respondents per group.

23     Q.  Again, is this a sufficient sample on which to

24   base your conclusions?

25     A.  It is.

1     Q.  Next slide, 32.

2         Did you prepare slides summarizing the response

3  of these open-ended questions?

4     A.  Yes.

5     Q.  Can you describe it for us, please?

6     A.  So here, if you look at the two red bars, the

7  first one on the list, the 71 percent, that describes

8  the percentage of respondents shown the 66 percent

9  statement who said this must have been based on a test

10  or study.

11         The 73 percent, that's the percentage of

12  respondents who looked at the -- kills bacteria and

13  infection immediately on contact, who said it is based

14  on the test or study.

15         And finally, we see that even in the control

16  group, those shown the ultra light and sustainable,

17  30 percent still said it was based on a test -- or tests

18  or study.  But we see a very large difference here where

19  the difference is about -- on average, about 42 percent

20  more said that the two statements at issue were based on

21  a test or study as compared with the control.

22     Q.  Thank you.  And in the next slide, slide 33, can

23  you share can us what conclusions you drew from these

24  results?

25     A.  So for the two statements that I tested, the

1    Q.  All right.  Let's go to 41.  Can you explain this

2    slide for us, please.

3    A.  This is just the total number of respondents.

4    There were almost 1,200 respondents, about close to 200

5    respondents per group.

6    Q.  And I think it is slide 42, actually, that

7    summarizes the results of the survey, if I'm not

8    mistaken.

9        Can you walk us through that.

10   A.  So here, we can see the choice share of FIGS

11   across the six groups.

12           And you see that in the control group, when

13   -- where nothing was added, 42 percent chose FIGS.  When

14   one -- the 66 percent claim, was added, it went from

15   42 percent to 54 percent chose FIGS.

16           When you added the kills bacteria and

17   infection claim, that went to 57 percent.

18           The liquid repellent claim, it went to

19   62 percent.

20           The one for one donations claim is 55.

21           And when you add all claims together, it

22   reaches 72 percent of the respondents now chose FIGS.

23   Q.  I certainly don't want you to repeat your answer

24   if you have addressed this, but do these results allow

25   you to quantify the impact of the allegedly deceptive

1      Q.  Can you walk us through this, please.

2      A.  So for the 66 percent claim, that's group B, the

3   48 percent, so that's close to a half respondent,

4   mentioned the 66 percent claim as a reason for choosing

5   FIGS.  And we can see 54 percent for kills bacteria

6   claim; 39 percent for liquid repellent; and 53 percent

7   for the one-for-one claim.

8          So that shows you how many mentioned that claim

9   as a reason for choosing FIGS.

10     Q.  Did you do any other analysis of the results?

11     A.  So I also looked separately at FIGS purchasers.

12     Q.  And slide 45, does that reflect your findings

13   there.

14     A.  Exactly.

15         So here, just looking at FIGS purchasers, we see

16   that it is probably not surprising, that even in the

17   control group, there are more people here choosing FIGS,

18   these are FIGS purchasers, that's 53 percent.

19         But when you add the claims, it significantly

20   increases the percentage of respondents who purchase or

21   choose FIGS.

22     Q.  Can you please summarize your conclusions from

23   the Choice Impact Survey.

24         MS. HANNA:  And if we can go to slide 47, please.

25             THE WITNESS:  So overall, we see that all

# EXHIBIT WW

```
 1                    UNITED STATES OF AMERICA
                    UNITED STATES DISTRICT COURT
 2                 CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION
 3
                            - - -
 4            HONORABLE JOHN W. HOLCOMB,
           UNITED STATES DISTRICT JUDGE PRESIDING
 5                          - - -

 6
   STRATEGIC PARTNERS, INC.,      )
 7                               )   CERTIFIED COPY
                                 )
 8              PLAINTIFF,        )
                                 )   CV 19-02286 JWH-KSx
 9   VS.                         )
                                 )
10                               )
   FIGS, INC., CATHERINE         )
11 ("TRINA") SPEAR, HEATHER      )
   HASSON,                       )
12                               )
                                 )
13              DEFENDANTS.       )
                                 )
14                               )
   _____)
15

16

17            REPORTER'S TRANSCRIPT OF PROCEEDINGS
               TUESDAY, OCTOBER 25, 2022
18                    A.M. SESSION
                 SANTA ANA, CALIFORNIA
19

20

21
              SHERI S. KLEEGER, CSR 10340
22          FEDERAL OFFICIAL COURT REPORTER
           312 NORTH SPRING STREET, ROOM 402
23          LOS ANGELES, CALIFORNIA 90012
                PH:  (213)894-6604
24

25
```

1    evidence Exhibits 697, 698, 700 and 713 through 720.

2              MS. McDERMOTT:  No objection.

3              THE COURT:  All right.  Without objection,

4    the Court receives into evidence Exhibits 697, 698, 700,

5    and 713 through 720, inclusive.

6              (Exhibits 697, 698, 700 and 713 through 720

7    are received.)

8    BY MS. ACHTERHOF:

9      Q.  Turning to the demonstrative on the screen,

10   Dr. Hauser, does this chart reflect the test results for

11   the 15 types of bacteria that are most likely found in

12   hospitals based on the testing that was done in this

13   case?

14     A.  Yes, it does.

15     Q.  And generally what are the results shown on this

16   chart?

17     A.  This was, of course, the test done after five

18   seconds, which is as quickly as we could do it, which is

19   as close to immediate as we can possibly get.  And every

20   case there was no significant reduction in the amount of

21   bacteria in five seconds.

22     Q.  So let's take a look at some of specific test

23   report results.

24             MS. ACHTERHOF:  If we could turn to slide

25   13, please, that would be great.

1    do not immediately kill bacteria and infection,

2    immediately upon contact.

3        Q.   Dr. Hauser, you testified regarding Dr. El-Shafei

4    who was retained by FIGS to test in this case.

5        A.   Yes.

6        Q.   Did you review Dr. El-Shafei's test results?

7        A.   Yes, I was able to do so.

8        Q.   Do you recognize this graph included in Dr.

9    El-Shafei's report?

10       A.   Yes, I do.

11       Q.   Does this display the results of his testing for

12   FIGS fabric?

13       A.   Yes, it does.

14       Q.   What does this graph show us?

15       A.   Okay.  On those multi-colored bars on the left,

16   each of those bars represents a particular fabric, a

17   FIGS fabric that Dr. El-Shafei reviewed the results on.

18            This is all from Test Method 100.  The black

19   bar on the far left is the control.  In other words,

20   that is what -- that was what lends the control that

21   everything was to be compared to.  And all the bars to

22   the right, the multi-color ones are what was found on

23   various FIGS fabrics.  The identification of the fabric

24   goes by the color.  You can see down below on the legend

25   there which one is which.  And the T-zero there, that

1   really is, in my opinion, a -- five seconds, because

2   it's just not possible to do the test any faster than

3   that.

4       Q.   So Dr. El-Shafei also used Test Method 100?

5       A.   Yes, he did.

6       Q.   If FIGS fabric really killed bacteria on contact,

7   immediately on contact, what would the test results look

8   like?

9       A.   Those bars would be much lower, at least down to

10  the 10 to minus 1 down there, because that would be 3 --

11  a 3 log reduction.

12      Q.   Dr. Hauser, based on the test results we have

13  seen today from EMSL and FIGS, and those test results

14  that you examined and studied, were you able to reach a

15  conclusion regarding FIGS -- whether FIGS scrubs are

16  able to skill bacteria immediately on contact?

17      A.   Yes.

18      Q.   What is that opinion?

19      A.   My opinion is that the scrubs do not kill

20  bacteria immediately upon contact.

21      Q.   All right.  Dr. Hauser, you also said that you

22  were retained and you formed opinions regarding the

23  liquid repellency of FIGS scrubs, correct?

24      A.   That is correct.

25      Q.   How would you test to determine if a textile is

1  liquid repellent?

2     A.   Well, there are multiple tests that can be used.

3  The -- again, AATCC has developed some tests.  Test

4  Method 22 is one for water repellency.  Test Method 118

5  is one that measures resistance to wetting by different

6  fluids.  And then there's an ASTM test method, F-1670

7  that measures a resistance of a fabric to penetration by

8  synthetic blood.

9     Q.   Doctor, did you use or implement these test

10  methods in order to evaluate whether the FIGS scrubs

11  were liquid repellent?

12     A.   Yes, I did.

13     Q.   How did you go about doing that?

14     A.   I commissioned Vartest Laboratories in New York

15  City to carry out these tests under my supervision.

16     Q.   Do you know how Vartest received FIGS fabric

17  samples for testing?

18     A.   Vartest went to FIGS's website and ordered four

19  FIGS scrubs for this testing.

20     Q.   Would you please show slide 18.

21          And what does the slide show us?

22     A.   It shows how the garments were received by

23  Vartest as part of the chain of custody of these

24  garments.  They were new garments just purchased in

25  February of 2022.

1    Q.  From where did Vartest purchase these garments?

2    A.  They purchased them from the FIGS website.

3         MS. ACHTERHOF:  Your Honor, we have a set of

4    the demonstratives if you would like me to hand that up.

5         THE COURT:  Yes.  My clerk will get them

6    from you.  Thank you.

7         Sorry for the interruption.  Please proceed.

8         MS. ACHTERHOF:  I apologize for not having

9    them right away.

10   BY MS. ACHTERHOF:

11   Q.  So how did you supervise the testing of Vartest?

12   A.  I was able to observe the test.  This test -- not

13   like the antimicrobial test, where you have to wait for

14   the fabric -- for the bacteria to be counted.  This test

15   is an immediate hands-on test.  And I was able to

16   observe the testing of these garments live.  There was a

17   Zoom call.

18   Q.  And did you feel that your observations of the

19   testing were clear and that you watched the process

20   unfold?

21   A.  Yes.

22   Q.  Let's go through the test results that you

23   reviewed.

24   A.  Okay.

25   Q.  Please turn to Exhibits 711 and then also 721

1    through 735.

2              So 711.

3    A.   711, okay.

4    Q.   And then Exhibits 721 through 735.

5    A.   2, 3, 4, and 25.   Okay.

6    Q.   Dr. Hauser, are these the Vartest test reports

7    that you relied on in forming your opinions in this

8    case?

9    A.   Yes, they are.

10   Q.   What test methods are displayed on these reports?

11   A.   The Test Method F-1670, which is the blood

12   penetration.   The Test 22, which is water repellency

13   evaluation.   And Test 118, which is the oil resistance

14   test.

15             MS. ACHTERHOF:   At this point, plaintiff

16   offers these documents into evidence.

17             THE COURT:   Defendants have any objections

18   to Exhibits 711 and 721 through 735?

19             MS. McDERMOTT:   No, Your Honor.

20             THE COURT:   All right.   Exhibits 711 and 721

21   through 735 inclusive are received into evidence.

22             Hold on one second.

23             Ms. Vargas, did you get that?

24             THE CLERK:   I got it.

25             THE COURT:   So you see we have a new cast

1    their fabric samples.  And every one of those also

2    failed this test for blood penetration.

3        Q.  So Dr. Hauser, were you able to reach a

4    conclusion based on this testing as to whether FIGS's

5    fabric is blood resistant?

6        A.  Yes.

7        Q.  What's your conclusion?

8        A.  The conclusion is that the fabrics that we tested

9    were not blood resistant.

10       Q.  Let's turn to the second test method on liquid

11   repellency.  AATCC 22.

12               This is a water repellency test?

13       A.  Yes.

14       Q.  Please turn to Exhibit 791 in your binder.

15       A.  Okay.

16       Q.  What is this document?

17       A.  This is a copy of Test Method 22, test method for

18   water repellency.

19       Q.  This is the test method that was used in

20   conducting the water repellency in this case, correct?

21       A.  Yes, it was.

22               MS. ACHTERHOF:  Your Honor, plaintiffs offer

23   this into evidence.

24               THE COURT:  Any objection to Exhibit 791?

25               MS. McDERMOTT:  Hearsay, just for the

1    record, Your Honor.

2                THE COURT:  Response to 703?

3                MS. ACHTERHOF:  Yes, Your Honor.

4                THE COURT:  Any additional reason beyond

5    what we discussed about 476, Ms. McDermott?

6                MS. McDERMOTT:  No, Your Honor.

7                THE COURT:  The objection is overruled.

8                Exhibit 791 is received into evidence.

9                (Exhibit 791 is received.)

10   BY MS. ACHTERHOF:

11     Q.  Doctor, why was this test method -- the water

12   repellency test for water repellency testing chosen?

13     A.  This test method is well-known.  It is used

14   around the world.  You may -- it's the -- you will see,

15   as we describe it, it's kind of a very quick test that

16   gives an indication on whether a fabric actually repels

17   water.

18                And it is what -- as I said, is used around

19   the world.  If you want to call it a gold standard you

20   be do that because it's well-established.

21     Q.  So how does this test method work?

22     A.  As you can see by the picture here, what you have

23   is a funnel that is -- and attached to the funnel is a

24   spray nozzle.  And below that at a specific distance is

25   an embroidery hoop that the test fabric is stretched

1   tight on.  And then you pour 250 milliliters of water

2   through.  You can see on the right is a -- kind of a

3   demonstration of that.

4             250 milliliters of water is poured through.

5   Comes through the spray head and impinges on the fabric

6   in the embroidery hoop.

7   Q.   The fabric that was being tested here, that was

8   the same four samples that you instructed Vartest to

9   use?

10  A.   Yes.  Called Sample A, B, C and D.  What was

11  obtained from FIGS's website.

12  Q.   What is considered passing for this test method?

13  A.   Oh, okay.  The way the fabric is rated is as

14  follows:  Photographic examples are given.  If all of

15  the water drops that impinge on the fabric roll off,

16  nothing sticks on the fabric, it is given a grade of

17  100.

18            If a few drops stay on the fabric but do not

19  penetrate the fabric, it is given a grade of 90.  Okay.

20  If there is -- if when the drops hit the fabric, there

21  is a little bit of penetration below the drop, it is

22  given a grade of 80.  All right.

23            If it spreads more than just a little bit

24  around the fabric, around the drop, it is given a grade

25  of 70 as you can see on the bottom left over there.

1            If it spreads even more, it could be a 50.

2    If it's totally wet out, it's given a grade of zero.

3        Q.   Did you observe Vartest conducting this test

4    method?

5        A.   I did.

6        Q.   How did Vartest conduct this testing?

7            And we will look at Demonstrative Slide

8    No. 32.

9        A.   You see the technician cutting the sample,

10   placing it in the embroidery hoop, placing it in the

11   apparatus, getting it set up, and then pouring the water

12   through the funnel.

13       Q.   What were the results of the water repellency

14   testing on FIGS scrubs?

15       A.   Every sample that was tested got a grade of zero,

16   which meant the fabric completely absorbed the water

17   while it was coming down.

18       Q.   So did Vartest conduct any testing of any other

19   samples, other than the four samples that were purchased

20   from the FIGS.com website?

21       A.   Yes.  I understand that the 15 fabrics that FIGS

22   had sent them was also tested with Test Method 22.

23       Q.   What were the results of those tests?

24       A.   It is shown here.  The majority of the fabrics

25   were completely wetted.  It is like four of the fabrics

 1   received a grade of 70, and -- yep.  That's what the

 2   results show.

 3       Q.  What are your overall opinions regarding the

 4   samples that were tested for water repellency?

 5       A.  Well, they were -- I wouldn't consider them to be

 6   fluid repellent on the basis of these tests.

 7       Q.  Let's turn to the last test method for liquid

 8   repellency.  That is AATCC 118.  That was for oil

 9   repellency, correct?

10       A.  Yes.

11       Q.  Dr. Hauser, please turn to Exhibit 788 in your

12   binder.

13       A.  Okay.

14       Q.  Is this a copy of the written test method for

15   AATCC 118?

16       A.  Yes, it is.

17       Q.  Is this a test method that is widely used in the

18   industry to test liquid repellency specifically?

19       A.  Yes, it can be used.

20       Q.  Okay.

21           MS. ACHTERHOF:  Your Honor, plaintiff

22   submits this for entry into evidence.

23           THE COURT:  Any objection to Exhibit 788?

24           MS. McDERMOTT:  Yes, Your Honor.  Hearsay

25   for the same reasons we previously discussed.

```
 1              MS. ACHTERHOF:  And Your Honor, our response
 2    is that it's admissible under 703.
 3              THE COURT:  Any additional argument beyond
 4    what we discussed with respect to Exhibit 476?
 5              MS. McDERMOTT:  No.  Thank you, Your Honor.
 6              THE COURT:  All right.  Thank you.
 7    Objection is overruled.  Exhibit 788 is received into
 8    evidence.
 9              (Exhibit 788 is received.)
10    BY MS. ACHTERHOF:
11       Q.  Dr. Hauser, we have seen testing for blood
12    repellency and water repellency.
13              Why oil repellency?  Why did you test for
14    that?
15       A.  Well, since the claim was for fluid resistance we
16    wanted to check other fluids.  And these fluids are
17    convenient in that they have a variety of lower surface
18    tensions.
19              A low surface tension fluid is more easily
20    wetted -- more easily wets than a high-surface tension
21    fluid.  So these fluids are all lower surface tension
22    than water or the blood that was used.  We just wanted
23    to get a full picture of the -- was there any resistance
24    at all to lower surface tension fluids?
25       Q.  How is this method conducted?
```

1     A.   You place a drop of the test fluid on the fabric.
2  If the drop stays as a nice, clean drop, you -- it gets
3  a grade of A for that fluid.   If it wets -- if it
4  spreads out but doesn't really penetrate, it gets a B
5  under those tests for that fluid.   If it starts to go
6  in, it can either get a C or a D, depending on how fast
7  it goes in.   But in both cases C's and D's are
8  considered failures.
9     Q.   Did Vartest test the four FIGS samples that were
10  purchased on FIGS.com?
11     A.   Yes, they did.
12     Q.   Using this test method?
13     A.   Yes, they did.
14     Q.   What were the results of this test?
15     A.   All four samples failed the test.
16     Q.   Let's look closer at some of the specific
17  fabrics.
18          What did the first product, a navy scrub,
19  receive when tested?
20     A.   It failed.
21     Q.   Okay.   And what score did the fabric receive when
22  it was tested?
23     A.   Received a D, which is a failure.
24     Q.   Let's take another look at another test result, a
25  set of bottoms this time.

1           So what did FIGS light blue scrub bottoms

2   receive when tested?

3       A.   Received a grade of D, which is failure.

4       Q.   Were you able to reach a conclusion regarding the

5   liquid repellency qualities of FIGS scrubs?

6       A.   Yes.  The samples that we tested were not fluid

7   repellent.

8       Q.   Do you have an overall opinion regarding the two

9   areas you examined in this case?

10      A.   Yes.

11      Q.   And what is your opinion, sir?

12      A.   That FIGS fabrics do you kill bacteria or

13  infections immediately upon contact and that they are

14  not liquid or fluid repellent.

15           MS. ACHTERHOF:  Thank you.

16           THE COURT:  No further questions.

17           MS. ACHTERHOF:  No further questions.

18           THE COURT:  Ms. McDermott, do you have

19  cross-examination for this witness?

20           MS. McDERMOTT:  I do, Your Honor.

21           THE COURT:  You're looking at the clock as

22  am I.

23           MS. McDERMOTT:  It's my stomach, Your Honor.

24           THE COURT:  Let's take our lunch break.

25  Take about an hour.  Please be ready to come back about

# EXHIBIT XX

```
 1                  UNITED STATES OF AMERICA
                 UNITED STATES DISTRICT COURT
 2               CENTRAL DISTRICT OF CALIFORNIA
                      WESTERN DIVISION
 3
                          - - -
 4            HONORABLE JOHN W. HOLCOMB,
          UNITED STATES DISTRICT JUDGE PRESIDING
 5                        - - -

 6
     STRATEGIC PARTNERS, INC.,       )
 7                                   )   CERTIFIED COPY
                                     )
 8               PLAINTIFF,          )
                                     )   CV 19-02286 JWH-KSx
 9   VS.                             )
                                     )
10                                   )
     FIGS, INC., CATHERINE           )
11   ("TRINA") SPEAR, HEATHER        )
     HASSON,                         )
12                                   )
                                     )
13               DEFENDANTS.         )
                                     )
14                                   )
     _____)
15

16

17           REPORTER'S TRANSCRIPT OF PROCEEDINGS
                 WEDNESDAY, OCTOBER 26, 2022
18                     A.M. SESSION
                   SANTA ANA, CALIFORNIA
19

20

21
                 SHERI S. KLEEGER, CSR 10340
22            FEDERAL OFFICIAL COURT REPORTER
             312 NORTH SPRING STREET, ROOM 402
23              LOS ANGELES, CALIFORNIA 90012
                   PH:  (213)894-6604
24

25
```

```
 1

 2

 3   APPEARANCES OF COUNSEL:

 4   ON BEHALF OF PLAINTIFF:
                 MICHELMAN & ROBINSON, LLP
 5               BY:  MONA Z. HANNA, ATTORNEY AT LAW
                      SANFORD L. MICHELMAN, ESQUIRE
 6                    JEFFREY FARROW, ESQUIRE
                 17901 VON KARMAN AVENUE
 7               SUITE 1000
                 IRVINE, CA 92614
 8
                 KATTEN MUCHIN ROSENMAN LLP
 9               BY:  KRISTIN J. ACHTERHOF, ATTORNEY AT LAW
                 525 WEST MONROE STREET
10               CHICAGO, IL 60661-3693

11   ALSO PRESENT:  MICHAEL SINGER

12

13   ON BEHALF OF DEFENDANT:
                 BIRD, MARELLA, BOXER, WOLPERT,
14               NESSIM, DROOKS LINCENBERG & RHOW
                 BY:  EKWAN E. RHOW, ESQUIRE
15                    JULIA CHERLOW, ATTORNEY AT LAW
                      FANXI WANG, ATTORNEY AT LAW
16               1875 CENTURY PARK EAST
                 23RD FLOOR
17               LOS ANGELES, CA 90067-2561

18
                 MUNGER, TOLLES & OLSON LLP
19               BY:  ADAM BENJAMIN WEISS, ESQUIRE
                      JACOB S. KREILKAMP, ESQUIRE
20                    SARA WORTH, ATTORNEY AT LAW
                      SARA McDERMOTT, ATTORNEY AT LAW
21               350 South Grand Avenue
                 50th Floor
22               Los Angeles, CA 90071

23   ALSO PRESENT:  HEATHER HASSON, TRINA SPEAR

24

25
```

```
1                          I   N   D   E   X

2
      WITNESS                   DIRECT  CROSS   REDIRECT  RECROSS
3
         HAUSER, Peter                    18        59        77
4   ANDERSON, Deverick          81       117
     BELL, Gregory              137
5

6

7

8                      E   X   H   I   B   I   T   S
                          NUMBER              PAGE
9                          2082                31
                           1521                83
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1                    THE COURT:  All right.  Very well.

 2                    Do you have any more questions for the

 3     witness?

 4                    MS. McDERMOTT:  No questions for the

 5     witness, Your Honor, except to clarify.

 6     BY MS. McDERMOTT:

 7        Q.  Did you understand, Dr. Hauser, when I was

 8     referring to Exhibit 471, that I was -- you may not

 9     remember.  That I was referring to the standard test

10     method for resistance of materials use in protective

11     clothing?

12        A.  Yes, I was able to find it in my binder.

13                    MS. McDERMOTT:  Thank you.  No further

14     questions.

15                    THE COURT:  I take it Ms. McDermott is done

16     with her cross-examination.

17                    Ms. Achterhof, do you have any redirect?

18                    MS. ACHTERHOF:  Yes, Your Honor.  Thank you.

19                    THE COURT:  You may proceed when you are

20     ready.

21                    **REDIRECT EXAMINATION**

22     BY MS. ACHTERHOF:

23        Q.  So Dr. Hauser, at the end of cross-examination,

24     Counsel asked you about the fact that you were viewing

25     the testing that Vartest Labs was doing by Zoom.
```

1               Do you recall that?

2     A.   Yes.

3     Q.   Does the fact that you were viewing the testing

4  by Zoom impact your opinions at all in this case?

5     A.   No.  Also, Vartest technicians actually gave the

6  rating, and I agreed with the rating.  So the rating was

7  actually made by -- determined by a person on-site.  And

8  I simply said, Yes, I agree.  Or I concur.

9     Q.   And during your initial presentation to the Court

10 and to the jury, there were slides showing what you were

11 looking at during the testing process, correct?

12    A.   Yes, ma'am, there were.

13    Q.   Counsel also asked you about some of the liquid

14 repellent testing that was done.

15    A.   Yes.

16    Q.   And so you were provided FIGS scrubs, four pieces

17 of FIGS scrubs, correct?

18    A.   Yes.

19    Q.   That those were purchased from FIGS.com?

20    A.   Yes.

21    Q.   And what year scrubs were those?

22    A.   They were purchased in February 2022.  So they

23 were whatever was in stock at that time.

24    Q.   And if FIGS -- and based on the scores, did

25 those -- did those February 22 scrubs that were

1  purchased, did those scrubs pass the liquid repellency

2  test?

3      A.  They did not pass the -- any of the -- they did

4  not pass the F-1670 test for blood.  They received a

5  score of zero on the TM 22 test.  And did not repel the

6  highest surface tension oil on the 118 test.

7      Q.  So Dr. Hauser, if FIGS were advertising that its

8  scrubs were liquid repellent, would that be a false

9  claim based on your testing?

10     A.  On my opinion, yes.

11     Q.  So you also testified that you tested fabrics

12  submitted by FIGS, correct?

13     A.  Yes.

14     Q.  And some received a score of 70 -- or the fabrics

15  received a score of 70 as we just saw?

16     A.  Yes, uh-huh.

17     Q.  Is this a passing score, in your opinion?

18     A.  Well, since we don't know the -- what the fabric

19  had been treated with before it had been laundered -- in

20  my experience, as someone who has been working in this

21  field for over 40 years now, if a company wants to say

22  their fabric is water repellent, it needs least -- as

23  the counsel has said, you get a score of, you know, 95

24  or a hundred to get it.  Also -- so companies that I

25  have worked with and for would not call a fabric that

1  had an initial rating of 70 a water-repellent fabric.

2  Other companies may.

3           It is possible that since these fabrics were

4  the ones that were tested, were at least six years old.

5  They could have been laundered since they were

6  purchased -- I'm told they were purchased on eBay.

7  Which means that they could have been washed ten times,

8  hundred times.

9           And then they were put on eBay.  And so we

10 don't know how much they have been tested -- or washed

11 before they were actually tested.

12          So, therefore, to say that they originally

13 were water repellent, we don't know because we don't

14 have that information.

15    Q.  But those scrubs that you received -- those were

16 received from FIGS, correct?

17    A.  Yes.

18    Q.  So FIGS actually provided those for testing?

19    A.  That is correct.

20    Q.  We didn't -- no one on plaintiff's side actually

21 purchased those scrubs from eBay and sent them for

22 testing?

23    A.  My understanding is that they were provided to

24 Vartest for testing.

25    Q.  By FIGS?

1     A.  By FIGS.

2     Q.  Also in the liquid repellency topic, counsel was

3   talking about testing for liquid repellency for things

4   like coffee, Diet Coke and apple juice.

5            Did you ever consider having Vartest test

6   for the liquid repellency with respect to those types of

7   products?

8     A.  No.  I felt that would have been kind of a waste

9   of time.  Because a hospital scrub to me wouldn't

10   need -- you'd need -- what is the most important fluid

11   that a scrub is going to be exposed to, is blood.  So I

12   felt blood should be tested.  And orange juice and apple

13   juice, those are cafeteria spills.  They are not in --

14   they are not working spills.

15     Q.  So based on your experience in the textile

16   industry, is it common for retailers or manufacturers to

17   claim that their fabric is liquid repellent without

18   specifying the type of liquid that they are claiming is

19   repellent?

20            MS. McDERMOTT:  Objection, Your Honor.  I'm

21   not sure that the witness was qualified to testify on

22   this topic.

23            THE COURT:  Overruled.  The question is,

24   Based on your experience.  And you can cross-examine on

25   this issue.  Overruled.

1              THE WITNESS:  May I have the question again,

2    please.

3    BY MS. ACHTERHOF:

4       Q.  Sure.  Based on your experience in the textile

5    industry, is it common or appropriate for an advertiser

6    to just claim that its product is liquid repellent

7    without identifying the specific liquid that they are

8    referring to?

9       A.  It's not common.  And I don't recall a case where

10   a company actually has done it.  Most of the companies

11   that I've worked with will either say water repellent or

12   oil repellent since that's what they test.

13      Q.  So based on the documents you reviewed in this

14   case, is it your understanding that FIGS's claims were

15   that its scrubs were liquid repellent?

16      A.  That is my understanding.

17      Q.  Did FIGS ever claim that its scrubs were coffee

18   repellent?

19      A.  I don't think so.  I don't know.

20      Q.  Did FIGS ever claim that that its scrubs were

21   Diet Coke repellent?

22      A.  I don't recall.  I don't know.

23      Q.  Let's turn to Exhibit 697, please.

24      A.  Okay.

25      Q.  And counsel represented to you that the bacteria

1    A.   Sure.  So a hospital-acquired infection is a term

2    we use for actually several different types of

3    infection.  Kind of at its core, as you might gather

4    from the name, these are infections that happen to

5    patients while they're in the hospital receiving care

6    for some reason.

7              You know, all the things that we do when we

8    are trying to care for patients, IVs, other sorts of

9    devices, are all obviously really important, but they do

10   always carry some amount of risk.

11             And so we see infections, if we have someone

12   on a ventilator, we can develop pneumonia after -- we

13   call it ventilator associated pneumonia.

14             We give someone antibiotics, they can get

15   what's called clostridium difficile, clostridioides

16   difficile or C. diff.

17             We put in IV lines that are important as a

18   way to give patients medicines in IVs, but we can have

19   central line bloodstream infections amongst others.  But

20   at its core it's infections that happen while patients

21   are receiving care.

22   Q.   What is the difference between these infections

23   that you described and contaminations?

24   A.   I think that's a really important distinction to

25   make.

1              Infection is, again, something that happens
2    to a person, to a human.
3              It is related to some form of a pathogen, a
4    bacteria, a virus that has caused invasion into normal
5    body tissues and the body's responding.  We all are
6    familiar with scratches on our skin.  We've had puses,
7    pimples, things like that.  Those are all infections.
8    It's our body's inflammatory response reacting to some
9    form of an invasive pathogen.
10             And that's very different than
11   contamination.  Contamination's what happens to
12   inanimate surfaces and objects.
13             And so we -- lots of -- a buzz word that we
14   hear a lot about these days is the "microbiome."  Kind
15   of the idea that we all have bacteria all over us all
16   the time, while our bacteria are routinely contaminating
17   the environment around us; when we interact with other
18   people, we exchange bacteria, contaminating each other
19   with our bacteria.
20             And so it's very important to make that
21   distinction, because I think that those terms were used
22   incorrectly in quite a bit of materials that I reviewed.
23   Q.  So are there other examples of contamination, as
24   someone who works in a hospital, that come to mind?
25   A.  Of course.  And, in fact, that's one of the areas

1   be reduced.  You need to take this step-wise process.

2   You wouldn't even say that if you had clinical studies

3   from case control studies.  You really have to get all

4   the way up before you can make a claim like that.  But

5   yes, as you move up, you want to see that there's a

6   signal in the lab-based type of studies before you would

7   move to a clinical type of investigation.

8       Q.   What is a clinical type of investigation?

9       A.   Well, you can do several different things.

10           But what we then are talking about is moving

11  from a lab where it's a highly controlled environment

12  where the only thing that we really can -- again, as a

13  result of that control can really say:  We put bacteria

14  here, we used our product, and the bacteria reduced

15  compared controls.  It's a great first step.

16           You then, however, need to move to the

17  clinical setting.  Does this decrease contamination when

18  it's used by healthcare providers?  Does it -- if we

19  change a specific kind of intervention in one setting,

20  over time do we see a difference?  That's what we would

21  call the case series types and cohort studies.  These

22  are important steps of this process.

23           And we would want to see each of those

24  showing us that, yeah, okay, still seems like there's

25  some kind of signal.  So we're kind of building this

1    A.  No, not that I could tell.  Not the published

2    studies.

3    Q.  And you also mentioned that you reviewed test

4    reports.

5          Did any of the FIGS test reports demonstrate

6    that FIGS scrubs reduced hospital-acquired infections by

7    66 percent?

8    A.  Definitely not.  And, again, as a point worth

9    clarifying, you just can't do that with laboratory-based

10   studies.  Again, we are talking about what you see in a

11   petri dish, for example, is a very different setting

12   than what we're talking about when it comes to patient

13   specific outcomes.

14         So you can't say that you'd reduce infection

15   just based on a laboratory test.

16   Q.  Did you review any materials that were cited by a

17   witness in this case, Mr. Ben Chase?

18   A.  I did.

19   Q.  And did any of those articles or the research

20   cited by Mr. Chase support the claim that FIGS scrubs

21   reduce hospital-acquired infections by 66 percent?

22   A.  No, they did not.

23   Q.  And was Mr. Chase's research that you reviewed

24   specific to FIGS scrubs?

25   A.  Not that I could tell.  I think there were

1    studies based on just contamination.  There were some

2    studies in international settings, but as far as I could

3    tell, none of them actually involved FIGS scrubs.

4        Q.  Dr. Anderson, you testified that you reviewed

5    studies that were cited by FIGS experts.

6            Specifically, did you review any studies

7    cited by Dr. Ahmed El-Shafei?

8        A.  I did.

9        Q.  Did those study support FIGS claim that it's

10   scrubs could reduce hospital-acquired infections by

11   66 percent?

12       A.  In my opinion, no.

13       Q.  Why is that?

14       A.  Well, several reasons.  First is, actually, none

15   of them involved FIGS scrubs to begin with.  Second,

16   none of them actually involved scrubs.  There were

17   different studies that were looking at other types of

18   antimicrobial textiles.  For example, hospital curtains

19   and linens, like gowns that patients wear, and sheets.

20   Another one specifically looked at a Foley catheter,

21   what we put in patient's bladders when we need to help

22   urine come out of the body.

23           That also had a silver antiseptic included in it.

24   And that is just a very different setting than what we

25   would want to study, if we were trying to decide that

1   expect it to have any impact on infection.  So

2   infections in the end are much, much less common.  Thank

3   goodness, right?  But in order to do studies related to

4   infection, you're talking about thousands and thousands

5   of patients because healthcare associated infections

6   happen, but they only happen a very small percentage of

7   time.  So when you're looking at finding some kind of

8   difference, that is a highly, highly resource-intensive

9   type of study to do.

10          So we wanted to do the, kind of, initial step to

11  set that up further with what we'd would call again, a

12  mechanistic study.  Does it change contamination?  If it

13  did, we would have immediately pitched to the CDC, hey,

14  let's figure out a way to study if this reduces

15  infection.  But since it didn't, we decided not to

16  pursue it.

17     Q.  All right.  So Dr. Anderson, based on your

18  expertise in the area of infectious diseases, did you

19  reach opinion as to whether FIGS scrubs reduced

20  hospital-acquired infections by 66 percent?

21     A.  I did.

22     Q.  And what is that opinion?

23     A.  My opinion is that I don't think that they do.  I

24  don't think they reduce healthcare hospital-acquired

25  infections by 66 percent, and I don't think the

1    citations provided support that at all.

2       Q.  Let's turn to the second part of your assignment,

3    the immediate kill claim.  At a high level, what did you

4    review to determine if FIGS scrubs kill bacteria and

5    infection immediately on contact?

6       A.  Generally, the same answer as before.  So that

7    would include the materials provided, as far as the

8    discovery, including the interrogatory responses.

9    Again, various citations were included in those

10   responses that I reviewed, including various types of

11   laboratory based tests.  Again, materials from

12   plaintiffs -- excuse me -- from depositions, as well as

13   from expert reports and rebuttal reports.

14      Q.  Okay.  So expert reports.  Did you review any

15   expert reports by plaintiff's expert, again,

16   Dr. El-Shafei?

17      A.  I did.

18      Q.  And I know the jury has not heard from

19   Dr. El-Shafei yet.

20          But didn't those test results show that FIGS

21   scrubs kill at least some bacteria?

22      A.  Well, yes, with time, and I think that's an

23   important thing that we should make clear here.  Is

24   that, every equation related to reducing bacteria, that

25   I'm aware of, is a time based equation.  We're talking

1    about sterilization, we're talking about the

2    disinfectants that we use in hospital settings.  It

3    always takes time.

4              And so, you would imagine that with time,

5    like I said I -- silver does have some antibacterial

6    properties.  Give it enough time and it may reduce

7    bacteria.

8              Again, as we'll say, I did not see any kind

9    of empirical evidence to support that it immediately

10   killed bacteria and infection on contact.

11   Q.  And are you aware of any chemicals or

12   disinfectants in the industry that could possibly kill

13   bacteria and infection immediately on contact?

14   A.  Two things come to mind with that question.

15   First, I would never say that infection should be a part

16   of that statement.  Because again, if we are talking

17   about disinfectant reducing material, we're talking

18   about contamination.  And so, including the term

19   infection is an incorrect thing to do.  No.  I thought

20   we were talking about patient related outcomes, not

21   surface fabric types of outcomes.

22             So with that said, no.  Otherwise, as well,

23   that things that kill bacteria take time.  And as

24   another example, when we disinfect hospital surfaces,

25   and we do that on a daily basis, we try and do it much

1   either.

2      Q.   Okay.  So for a company to claim that it's

3   hospital scrubs can kill infection and bacteria

4   immediately on contact, would that be a false claim?

5      A.   I don't think a claim like that would be correct.

6      Q.   Okay.  Why not?

7      A.   Because again, through the materials I reviewed,

8   there was no empirical data to show that the bacteria

9   were killed immediately upon contact.  And like I said

10  before, you would never include the term infection in a

11  statement like that.  It's just not appropriate.

12     Q.   Okay.

13          MS. ACHTERHOF:  I have nothing further right

14  now for the witness, Your Honor.

15          THE COURT:  All right.  Any

16  cross-examination for this witness?

17          MS. WANG:  Yes, please, Your Honor.

18          THE COURT:  Go ahead, Ms.  Wang.  Is the

19  pronunciation Wang or Wong?

20          MS. WANG:  Wang is good.

21          THE COURT:  Okay.  Ms. Wang.

22          MS. WANG:  May I inquire if our and

23  Dr. Anderson's witness binders have been distributed?

24          THE COURT:  So what I have right now is

25  one -- one big white binder.

# EXHIBIT YY

```
 1                 UNITED STATES OF AMERICA
                 UNITED STATES DISTRICT COURT
 2               CENTRAL DISTRICT OF CALIFORNIA
                      WESTERN DIVISION
 3
                           - - -
 4            HONORABLE JOHN W. HOLCOMB,
          UNITED STATES DISTRICT JUDGE PRESIDING
 5                         - - -

 6
     STRATEGIC PARTNERS, INC.,        )
 7                                    )  CERTIFIED COPY
                                      )
 8              PLAINTIFF,            )
                                      )  CV 19-02286 JWH-KSx
 9   VS.                              )
                                      )
10                                    )
     FIGS, INC., CATHERINE            )
11   ("TRINA") SPEAR, HEATHER         )
     HASSON,                          )
12                                    )
                                      )
13              DEFENDANTS.           )
                                      )
14                                    )
     _____ )
15

16

17            REPORTER'S TRANSCRIPT OF PROCEEDINGS
              Thursday, OCTOBER 27, 2022
18                   A.M. SESSION
               SANTA ANA, CALIFORNIA
19

20

21
              SHERI S. KLEEGER, CSR 10340
22         FEDERAL OFFICIAL COURT REPORTER
           312 NORTH SPRING STREET, ROOM 402
23          LOS ANGELES, CALIFORNIA 90012
                PH:  (213)894-6604
24

25
```

```
 1

 2

 3   APPEARANCES OF COUNSEL:

 4   ON BEHALF OF PLAINTIFF:
                 MICHELMAN & ROBINSON, LLP
 5               BY:   MONA Z. HANNA, ATTORNEY AT LAW
                       SANFORD L. MICHELMAN, ESQUIRE
 6                     JEFFREY FARROW, ESQUIRE
                 17901 VON KARMAN AVENUE
 7               SUITE 1000
                 IRVINE, CA 92614
 8
                 KATTEN MUCHIN ROSENMAN LLP
 9               BY:   KRISTIN J. ACHTERHOF, ATTORNEY AT LAW
                 525 WEST MONROE STREET
10               CHICAGO, IL 60661-3693

11   ALSO PRESENT:  MICHAEL SINGER

12

13   ON BEHALF OF DEFENDANT:
                 BIRD, MARELLA, BOXER, WOLPERT,
14               NESSIM, DROOKS LINCENBERG & RHOW
                 BY:   EKWAN E. RHOW, ESQUIRE
15                     JULIA CHERLOW, ATTORNEY AT LAW
                       FANXI WANG, ATTORNEY AT LAW
16                     KATE SHIN, ATTORNEY AT LAW
                 1875 CENTURY PARK EAST
17               23RD FLOOR
                 LOS ANGELES, CA 90067-2561
18
19               MUNGER, TOLLES & OLSON LLP
                 BY:   ADAM BENJAMIN WEISS, ESQUIRE
20                     JACOB S. KREILKAMP, ESQUIRE
                       SARA WORTH, ATTORNEY AT LAW
21                     SARA McDERMOTT, ATTORNEY AT LAW
                 350 South Grand Avenue
22               50th Floor
                 Los Angeles, CA 90071
23
     ALSO PRESENT:  TRINA SPEAR
24

25
```

1                          I   N   D   E   X

2
        WITNESS                    DIRECT CROSS   REDIRECT RECROSS
3
        SINGER, MICHAEL              43    100
4

5

6
                          E   X   H   I   B   I   T   S
7                              NUMBER      PAGE
                                770        80
8                               771        80
                                772        81
9                              3132        85
                               2003        88
10                             2111       116
                               3181       119
11                             2555       124
                               2004       128
12                             2479       130
                               2827       132
13                             2005       139
                               2006       139
14                             2008       144
                               2009       146
15

16

17

18

19

20

21

22

23

24

25

1    to buy the division.  And then finally in 1995, I think
2    they weren't really taking me that seriously, because I
3    was pretty young at the time, I was 32 years old.  So
4    what I did was I -- I took -- kind of showed them what
5    my total savings that my wife and I had saved up.  We
6    were pretty young in our marriage still.  We had a
7    two-year-old -- daughter who's just about two years old
8    I think at the time.
9              But I took all of that and put it up as a
10   nonrefundable deposit.  And I asked them for 60 days to
11   close the transaction.  And if I didn't -- you know,
12   didn't raise the money and close the transaction, I
13   would forfeit all the money that I had.
14             So they took me seriously.  And we entered
15   into a transaction for me to raise the money and buy the
16   business.
17   Q.  And after you bought the business -- or actually,
18   what did you get in the deal?  What did you actually
19   purchase?
20   A.  We bought the assets of the uniform division.  It
21   was kind of an unusual transaction.  Because we bought
22   the inventory, we bought the equipment.  We took
23   obviously the great team we had built.  But we also
24   bought the brand.  So we actually bifurcated the
25   Cherokee brand.  That company continued to own it for

1    apparel.  And we owned it for medical uniforms.

2        Q.  So you were here when -- in the opening

3    statements when Mr. Rhow testified that Careismatic

4    Brands licenses its brands.  Is that 100 percent true?

5        A.  Well, it's partially true.  We own the majority

6    of our brands, either by creating them or buying them.

7               But we do have some brands that we license

8    as well.  It would be fantastic to own the Disney brand,

9    but it's really not available for purchase.

10              So We license that brand.  And we license

11   other great brands, like Dickies.

12              So we are looking in that case for brands

13   that have mass appeal, that the consumer really knows

14   and that fit in the healthcare industry.  And that we

15   can create great products that they will be proud of and

16   great products that the healthcare workers will love.

17       Q.  So when you first spun off the healthcare apparel

18   division and started your own company using the Cherokee

19   brand, did you use designers in connection with the

20   design of the scrubs that you were producing?

21       A.  Yes, we did.

22       Q.  And what was the background experience of the

23   designers that were with you at that time?

24       A.  They had a background in textile design and in

25   garment design.  They went to school for that.

1    meetings.  And we started to work with them, learn about

2    their product.  And we began to test it, and to run

3    batches of fabric.  And we had a lot of problems with it

4    initially.

5        Q.  So ultimately did you -- did Careismatic Brands

6    go with Dow Chemical and apply Silvadur to its products?

7        A.  We did, yes.

8        Q.  And as a licensee or a company that was using

9    Silvadur, what were your limitations in -- with respect

10   to your advertising?

11       A.  Well, Dow -- Dow's policies followed the EPA

12   guidelines.  So there are EPA guidelines around what you

13   can and can't say.  It's kind of like -- you know, at an

14   airport, you can't joke as you're going through, you

15   know, security about having a gun.  You know, you don't

16   yell, Fire in a move theater.  And there's reason for

17   it.  Sound logic for it.

18            And in healthcare, and we heard from Dr.

19   Anderson, who is the infectious disease doctor, about

20   infection control procedure.  So because of these

21   procedures and what they want healthcare workers to do,

22   they created guidelines around what you could say about

23   textiles.

24            So what you can say about textiles is,

25   first, whatever antimicrobial you are putting on first

1    has to be approved by the EPA.  And Dow's chemical

2    Silvadur was approved.

3              But when you're talking about antimicrobial,

4    the issue is, it only works on the garment itself.  So

5    when we apply to the garment, we can only talk about

6    what's happening on the garment.  We can't talk about

7    what's happening in the outer community, because hand

8    washing, surfaces, curtains, all kinds of things, the

9    patient impact the outside community.

10             So first is the concept that we can only

11   talk about the garment.  So their role was everything

12   you do has to be about the garment, and it has to be

13   about bacteria that caused odor or fabric degradation.

14             So we're always talking about the garment,

15   following our guidelines.  And we're always talking

16   about odor control and fabric degradation.

17             We are not talking about infection.  We are

18   not talking about disease.  We are not talking about

19   hospital-acquired infections.  So those are the rules.

20   Q.    And Mr. Singer, if I may interject.

21   A.    Sorry.

22   Q.    You're limited by Dow in using Silvadur to those

23   specific claims; is that correct?

24   A.    Yes.  And not just Dow, but I would assume -- I

25   didn't work with many, although I've worked with two or

1    three.  But each of the antimicrobial mills -- they
2    don't want to lose their EPA license.  So they encourage
3    you to follow the EPA guidelines.
4              So we set up a process that every time we
5    created an ad, it had to be approved by our internal
6    person who was an expert in this area.  And we sent it
7    over to Dow to our supplier for them to approve it.
8    Because we're using their chemical, so we're going to be
9    making claims about what their chemical can do.  We're
10   putting them at risk.  So we not only had our own
11   procedure, but we sent it over to Dow for approval in
12   all instances.
13   Q.  You mentioned a mill.
14             In your experience, have you ever known one
15   of the fabric mills that you've worked with to create an
16   antimicrobial agent?
17   A.  No.  If I may explain.  The mills apply the
18   antimicrobial agents that are created by antimicrobial
19   manufacturers.
20             So they -- they don't create the agents.
21   Q.  So you also described this time period of a
22   number of years before you were able to actually apply
23   successfully the antimicrobial agent and offer it to the
24   public.
25             Prior to that time period, prior to the time

# EXHIBIT ZZ



1

2

3                    UNITED STATES DISTRICT COURT

4                   CENTRAL DISTRICT OF CALIFORNIA

5                         SOUTHERN DIVISION

6                              - - -

7        THE HONORABLE JOHN W. HOLCOMB, JUDGE PRESIDING

8

          STRATEGIC PARTNERS, INC.,      )CERTIFIED TRANSCRIPT
9                                        )
                          Plaintiff,  )
10           vs.                         )
                                         )   CV-19-02286-JWH
11        FIGS, INC., et al.,            )
                                         ) TRIAL DAY 8, VOL. 2
12                       Defendants. )
          ----------------------------)
13

14

15           REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                   Santa Ana, California

17                    October 27, 2022

18

19                    SHARON A. SEFFENS, RPR
                      United States Courthouse
20                    411 West 4th Street, Suite 1-1053
                      Santa Ana, CA  92701
21                    (612) 804-8655

22

23

24

25

```
 1

 2                              I-N-D-E-X

 3   PLAINTIFF'S
     WITNESSES:              DIRECT   CROSS   REDIRECT   RECROSS
 4
     MICHAEL SINGER
 5     (Continued)                      6        70

 6   DEFENSE
     WITNESSES:             DIRECT   CROSS   REDIRECT   RECROSS
 7
     KUSUM AILAWADI           74       109
 8   MATTHEW HARDWICK        117

 9   DEFENSE
     EXHIBITS:                             MARKED    RECEIVED
10
     Exhibit 2574                                         6
11   Exhibit 2578                                        10
     Exhibit 2662                                        13
12   Exhibit 2021                                        16
     Exhibit 2913, 2679                                  18
13   Exhibit 2604                                        20
     Exhibit 2022                                        22
14   Exhibit 2915                                        23
     Exhibit 2564                                        25
15   Exhibit 2101                                        26
     Exhibit 2018                                        33
16   Exhibit 2333                                        34
     Exhibit 2508                                        37
17   Exhibit 2035                                        40
     Exhibit 2727                                        41
18   Exhibit 2524                                        42
     Exhibit 2943                                        43
19   Exhibit 2480                                        44
     Exhibit 2939                                        45
20   Exhibit 3112                                        52
     Exhibit 2651, 2342, 2016, 2017                      54
21   Exhibit 2825                                        61
     Exhibit 2034                                        68
22   Exhibit 2254                                        68
     Exhibit 3129                                        68
23   Exhibit 3274                                        69
     Exhibit 3275                                        69
24   Exhibit 3367                                        78
     Exhibit 3368                                       121

25
```

SHARON A. SEFFENS, U.S. DISTRICT COURT REPORTER

115

```
04:35   1   not do that.  That was not my assignment.
04:35   2   Q    All right.  So when you looked at the ability of SPI to
04:35   3   compete with FIGS, were you doing that because you were told
04:36   4   that they were competitors in the market apparel industry?
04:36   5   A    Yes.
04:36   6   Q    Okay.  And you were told that Careismatic brands and
04:36   7   FIGS were competitors by FIGS's attorneys that retained you
04:36   8   in this case, right?
04:36   9   A    Yes, when they first introduced the case to me.
04:36   10  Q    And when you talk about the inability of Careismatic
04:36   11  brands or SPI to compete successfully in the medical apparel
04:36   12  field, do you actually know what the market shares are for
04:36   13  the Careismatic brand's labels as compared to FIGS?
04:36   14  A    I do from whatever the documents were able to tell me,
04:36   15  and they are not very clear.  I was unable to get clear,
04:36   16  consistent definitions of market share.  But, yes, I got
04:36   17  them from a couple of the SPI documents as well as a couple
04:36   18  of FIGS documents.
04:37   19  Q    And were you aware that the SPI or Careismatic brands
04:37   20  outperform in market share FIGS year over year?
04:37   21  A    Yes, and I certainly hope so.  They have been around
04:37   22  for 30 years.
04:37   23        MS. HANNA:  I have no further questions.
04:37   24        THE COURT:  Very well.  Any redirect?
04:37   25        MR. WEISS:  No, Your Honor.
```

# EXHIBIT AAA

1   Jacob S. Kreilkamp (State Bar No. 248210)
        jacob.kreilkamp@mto.com
2   Adam B. Weiss (State Bar No. 296381)
        adam.weiss@mto.com
3   Sara A. McDermott (State Bar No. 307564)
        sara.mcdermott@mto.com
4   James R. Salzmann (State Bar No. 324527)
        james.salzmann@mto.com
5   Hunter V. Armour (State Bar No. 334874)
        hunter.armour@mto.com
6   MUNGER, TOLLES & OLSON LLP
    350 South Grand Avenue, Fiftieth Floor
7   Los Angeles, California 90071-3426
    Telephone: (213) 683-9100
8   Facsimile: (213) 687-3702

9   Ekwan E. Rhow (State Bar No. 174604)
        erhow@birdmarella.com
10  Julia B. Cherlow (State Bar No. 290538)
        jcherlow@birdmarella.com
11  Fanxi Wang (State Bar No. 287584)
        fwang@birdmarella.com
12  Kate S. Shin (State Bar No. 279867)
        kshin@birdmarella.com
13  BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
    DROOKS, LINCENBERG & RHOW, P.C.
14  1875 Century Park East, 23rd Floor
    Los Angeles, California 90067-2561
15  Telephone: (310) 201-2100
    Facsimile: (310) 201-2110
16
    *Additional Counsel on Next Page*
17
    R
18                    **UNITED STATES DISTRICT COURT**

19                    **CENTRAL DISTRICT OF CALIFORNIA**

20  STRATEGIC PARTNERS, INC.,                Case No. 2:19-cv-02286-JWH-KS

21              Plaintiff,                   **NOTICE OF LODGING EXHIBITS
                                             CONTAINING TEXT OF VIDEO
22        vs.                                PLAYED IN COURT DURING
                                             TRIAL BEGINNING ON OCTOBER
23  FIGS, INC., CATHERINE ("TRINA")          17, 2022**
    SPEAR, HEATHER HASSON,
24                                           Judge: Hon. John W. Holcomb
              Defendants.
25

26

27

28

49910482.1

NOTICE OF LODGING EXHIBITS CONTAINING TEXT OF VIDEO PLAYED AT TRIAL

1 *Additional Counsel*

2 Xiaonan April Hu (State Bar No. 321354)
3    april.hu@mto.com
  MUNGER, TOLLES & OLSON LLP
4 601 Massachusetts Ave. NW, Suite 500E
Washington, D.C. 20001-5369
5 Telephone: (202) 220-1100
Facsimile: (202) 220-2300

6 Sara H. Worth (State Bar No. 341088)
7    sara.worth@mto.com
MUNGER, TOLLES & OLSON LLP
8 350 South Grand Avenue, Fiftieth Floor
Los Angeles, California 90071-3426
9 Telephone: (213) 683-9100
Facsimile: (213) 687-3702

10 Miri E. Gold (State Bar No. 319060)
11    mgold@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
12 DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
13 Los Angeles, California 90067-2561
Telephone: (310) 201-2100
14 Facsimile: (310) 201-2110

15 Attorneys for Defendants

16

17

18

19

20

21

22

23

24

25

26

27

28

49910482.1

NOTICE OF LODGING EXHIBITS CONTAINING TEXT OF VIDEO PLAYED AT TRIAL

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants FIGS, Inc., Catherine (Trina) Spear and Heather Hasson (collectively, FIGS) will and hereby do lodge the attached exhibits containing the text of video played in court during the trial beginning October 17, 2022:

- Exhibit A – Michael Alexander (played on October 31, 2022)
- Exhibit B – Timothy Byers (played on October 31, 2022)
- Exhibit C – Lars Johansson (played on November 1, 2022)
- Exhibit D – Paul McAdam (played on October 31, 2022)
- Exhibit E – Marni Penta (played on October 31, 2022)
- Exhibit F – Robert Pierpoint (played on October 31, 2022)
- Exhibit G – Renata Ritcheson (played on November 1, 2022)
- Exhibit H – Matthew Tingler (played on November 1, 2022)

DATED:  November 1, 2022          MUNGER, TOLLES & OLSON LLP


                                 By:  _____/s/ Sara A. McDermott_____
                                      Sara A. McDermott
                                      Attorneys for Defendants

1

NOTICE OF LODGING EXHIBITS CONTAINING TEXT OF VIDEO PLAYED AT TRIAL

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

1    believe is still at Consolidated Pathways.

2    BY MR. KIM:

3        Q   Let's move on to a different claim that a

4    company can make about Silvadur.

5            Have you seen any testing or studies that          01:42:41

6    show Silvadur reduces hospital-acquired infections

7    by 66 percent?

8        A   I have not seen any formal studies reported

9    on that.  I've seen studies done by alternate

10   technologies that people have done, and I'm aware of       01:43:05

11   technologies that can achieve that.

Page 69