# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:19-02286-JWH(KSx) | Date | February 3, 2023 |
| Title | *Strategic Partners, Inc. v. FIGS, Inc. et al* | | |

Present: The Honorable   JOHN W. HOLCOMB, UNITED STATES DISTRICT JUDGE

| Clarissa Lara | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Kevin S. Kim | Adam Benjamin Weiss |
| Kristin J. Achterhof | Ekwan E. Rhow |
| Timothy Gray | Jacob S. Kreilkamp |
| | James R. Salzmann |
| | Sara A. McDermott |
| | April Hu |

**Proceedings:**   **STATUS CONFERENCE**

Counsel state their appearances.  The Court confers with counsel.  The Court **CONTINUES** the Status Conference to February 17, 2023, at 9:00 a.m., in-person.

**IT IS SO ORDERED.**

Time:  00:08
Initials of Preparer: cla