| | |
|---|---|
| MONA Z. HANNA (SBN 131439)<br>mhanna@mrllp.com<br>JEFFREY D. FARROW (SBN 180019)<br>jfarrow@mrllp.com<br>KEVIN S. KIM (SBN 275200)<br>kkim@mrllp.com<br>ALLISON C. AGUIRRE (SBN 312544)<br>aaguirre@mrllp.com<br>**MICHELMAN & ROBINSON, LLP**<br>17901 Von Karman Avenue, Suite 1000<br>Irvine, CA 92614<br>Telephone: (714) 557-7990<br>Facsimile: (714) 557-7991<br><br>KRISTIN J. ACHTERHOF<br>(Admitted Pro Hac Vice)<br>kristin.achterhof@katten.com<br>**KATTEN MUCHIN ROSENMAN LLP**<br>525 W. Monroe Street<br>Chicago, IL 60661-3693<br>Telephone: (312) 902-5296<br>Facsimile: (312) 902-1061 | Ekwan E. Rhow (State Bar No. 174604)<br>erhow@birdmarella.com<br>Julia B. Cherlow (State Bar No. 290538)<br>jcherlow@birdmarella.com<br>Fanxi Wang (State Bar No. 287584)<br>fwang@birdmarella.com<br>Kate S. Shin (State Bar No. 279867)<br>kshin@birdmarella.com<br>**BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS, LINCENBERG & RHOW, P.C.**<br>1875 Century Park East, 23rd Floor<br>Los Angeles, California 90067-2561<br>Telephone: (310) 201-2100<br>Facsimile: (310) 201-2110<br><br>Jacob S. Kreilkamp (State Bar No. 248210)<br>jacob.kreilkamp@mto.com<br>**MUNGER, TOLLES & OLSON LLP**<br>350 South Grand Avenue, Fiftieth Floor<br>Los Angeles, California 90071-3426<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702 |

*Additional Counsel on Next Page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC PARTNERS, INC.,<br><br>    Plaintiff,<br><br>    vs.<br><br>FIGS, INC., CATHERINE ("TRINA") SPEAR, HEATHER HASSON,<br><br>    Defendants. | Case No. 2:19-cv-02286-JWH-KS<br><br>**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Trial:   October 17, 2022<br>Time:  8:00 a.m.<br>Crtrm.: 9D<br><br>Judge: Hon. John W. Holcomb |

| | | |
|---|---|---|
| 1 | *Additional Counsel:* | |
| 2 | SANFORD L. MICHELMAN (SBN 179702) | Adam B. Weiss (State Bar No. 296381) adam.weiss@mto.com |
| 3 |   smichelman@mrllp.com MARC R. JACOBS | Sara A. McDermott (State Bar No. 307564)   sara.mcdermott@mto.com |
| 4 | (SBN 185924)   mjacobs@mrllp.com | James R. Salzmann (State Bar No. 324527)   james.salzmann@mto.com |
| 5 | JESSE J. CONTRERAS (SBN 190538) | William M. Orr (State Bar No. 331842)   william.orr@mto.com |
| 6 |   jcontreras@mrllp.com JENNIFER S. GOLDSTEIN | **MUNGER, TOLLES & OLSON LLP** 350 South Grand Avenue, Fiftieth Floor |
| 7 | (SBN 10335)   jgoldstein@mrllp.com | Los Angeles, California 90071-3426 Telephone: (213) 683-9100 |
| 8 | ADAM M. KORN (SBN 333270) | Facsimile: (213) 687-3702 |
| 9 |   akorn@mrllp.com | Xiaonan April Hu (State Bar No. 321354) |
| 10 | **MICHELMAN & ROBINSON, LLP** | april.hu@mto.com **MUNGER, TOLLES & OLSON LLP** |
| 11 | 10880 Wilshire Boulevard, 19th Floor Los Angeles, CA 90024 | 601 Massachusetts Ave. NW, Suite 500E Washington, D.C. 20001-5369 |
| 12 | Telephone: (310) 299-5500 Facsimile: (310) 201-2110 | Telephone: (202) 220-1100 Facsimile: (202) 220-2300 |
| 13 | RICHARD H. ZELICHOV (SBN 193858) | *Attorneys for Defendants* |
| 14 |   richard.zelichov@katten.com **KATTEN MUCHIN ROSENMAN** | |
| 15 | **LLP** 2029 Century Park East, Suite 2600 | |
| 16 | Los Angeles, CA 90067-3012 Telephone: (310) 788-4680 | |
| 17 | Facsimile: (310) 788-4471 | |
| 18 | TIMOTHY H. GRAY (*Admitted Pro Hac Vice*) | |
| 19 |   timothy.gray@katten.com **KATTEN MUCHIN ROSENMAN** | |
| 20 | **LLP** 2900 K Street NW, North Tower, Suite | |
| 21 | 200 Washington, DC 20007-5118 | |
| 22 | Telephone: (202) 625-3608 Facsimile: (202) 298-7570 | |
| 23 | | |
| 24 | *Attorneys for Plaintiff* | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**[PROPOSED] ORDER ON STIPULATION OF DISMISSAL**

# [PROPOSED] ORDER

The Court having received and reviewed the parties' Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41, it is hereby

ORDERED that this action is dismissed in its entirety with prejudice as to all of Plaintiff's claims, actions, and causes of action asserted against Defendants.

IT IS FURTHER ORDERED that the Court shall retain jurisdiction to enforce the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: _____

_____
Hon. John W. Holcomb
U.S. District Court Judge