JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC PARTNERS, INC., <br><br>            Plaintiff, <br><br>      vs. <br><br> FIGS, INC., CATHERINE ("TRINA") SPEAR, HEATHER HASSON, <br><br>            Defendants. | Case No. 2:19-cv-02286-JWH-KS <br><br> **ORDER ON STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> Trial:   October 17, 2022 <br> Time:   8:00 a.m. <br> Ctrm.:   9D <br><br> Judge: Hon. John W. Holcomb |

**ORDER ON STIPULATION OF DISMISSAL**

The Court having received and reviewed the parties' Stipulation of Dismissal With Prejudice pursuant to Federal Rule of Civil Procedure 41, it is hereby **ORDERED** as follows:

1. This action is **DISMISSED** in its entirety **with prejudice** as to all of Plaintiff's claims, actions, and causes of action asserted against Defendants.

2. The Court retains jurisdiction to enforce the terms of the parties' settlement agreement.

**IT IS SO ORDERED.**

Dated: February 22, 2023

Hon. John W. Holcomb
U.S. DISTRICT JUDGE