KRISTIN J. ACHTERHOF
(*Admitted Pro Hac Vice*)
  kristin.achterhof@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
525 W. Monroe Street
Chicago, IL 60661-3693
T: (312) 902-5296
F: (312) 902-1061

PAUL S. YONG (SBN 303164)
  paul.yong@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
2029 Century Park East, Suite 2600
Los Angeles, CA 90067-3012
T: (310) 788-4400
F: (310) 788-4471

TIMOTHY H. GRAY
(*Admitted Pro Hac Vice*)
  timothy.gray@katten.com
**KATTEN MUCHIN ROSENMAN LLP**
1919 Pennsylvania Ave NW - Suite 800
Washington, DC 20006-3404
T: (202) 625-3608
F: (202) 298-7570

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STRATEGIC PARTNERS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FIGS, INC., CATHERINE ("TRINA") SPEAR, HEATHER HASSON,<br><br>Defendant. | Case No.: 2:19-cv-02286-JWH-KS<br><br>District Judge: Hon. John W. Holcomb<br>Magistrate Judge: Hon. Karen Stevenson<br><br>**STRATEGIC PARTNERS, INC.'S UNOPPOSED NOTICE OF MOTION AND MOTION TO ENTER STIPULATED FOURTH AMENDED PROTECTIVE ORDER**<br><br>Date: March 8, 2024<br>Time: 9:00 a.m.<br>Crtrm.: 9D |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

 **PLEASE TAKE NOTICE** that on March 8, 2024, at 9:00 a.m., or as soon thereafter as this matter may be heard, we shall appear before the Honorable John W. Holcomb in Courtroom 9D of the above-entitled Court, located at Ronald Reagan Federal Building and U.S. Courthouse, 411 W. 4th Street, Santa Ana, California 92701-4516, to present this Unopposed Motion to Enter Stipulated Fourth Amended Protective Order. A copy of the proposed Stipulated Amended Protective Order is attached as Exhibit A.

 This Motion is made and based on the parties' consent. Defendants do not oppose this motion and have agreed to the Stipulated Fourth Amended Protective Order.

 The Court previously granted Unopposed Motions to enter Stipulated Amended Protective Orders modifying the initial Protective Order's provision for return or destruction of documents to extend the deadline for such return or destruction by 90 days. (Dkt. Nos. 948, 949, 957, 960.) The basis for those extensions was the existence of proceedings involving the Michelman & Robinson Firm and Plaintiff separate from, but related to, this case, and that necessitate the preservation of documents that were exchanged in this case.

 There is good cause to grant this Unopposed Motion because those proceedings have not yet concluded, and therefore the time for return or destruction of Protected Material must be further extended to account for those proceedings. Accordingly, the parties have agreed to extend the date for another 90 days from entry of the Fourth Amended Protective Order, which the text of the previous Amended Protective Order already reflects.

Dated: February 5, 2024   **KATTEN MUCHIN ROSENMAN LLP**

          By: */s/ Kristin J. Achterhof*
            Kristin J. Achterhof, Esq.
            525 W. Monroe Street
            Chicago, IL 60661-3693
            T: (312) 902-5296
            F: (312) 902-1061
            kristin.achterhof@katten.com
            *One of the Attorneys for Plaintiff*